## Lease Contract Rejection Exhibit

| # | Counterparty Name | Debtor Counterparty | Description of Contract[1] | Property Address | Description of Abandoned property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| 1 | 221 N MATHILDA, LLC / SCG Grove 221, LLC | 23ANDME, INC. | LEASE AGREEMENT SUNNYVALE OFFICE, DATED 01/24/2019 | 223 N. MATHILDA AVENUE, SUNNYVALE, CA 94086 | Furniture and fixtures | 3/23/2025 |
| 2 | COREWEAVE, INC. | 23ANDME, INC. | SUBLEASE AGREEMENT SUNNYVALE OFFICE, DATED 08/15/2024 | 223 N. MATHILDA AVENUE, SUNNYVALE, CA 94086 | -- | 3/23/2025 |
| 3 | KR OP TECH, LLC / Kilroy Realty Corporation | 23ANDME, INC. | LEASE AGREEMENT SOUTH SAN FRANCISCO OFFICE, DATED 02/28/2023 | 349 OYSTER POINT BOULEVARD, SOUTH SAN FRANCISCO, CA 94080 | Furniture and fixtures | 3/23/2025 |

**Notes**
[1] The agreements referenced herein include any amendments or modifications thereto

**Other Contract Rejection Exhibit**

| # | Counterparty Name | Debtor Counterparty | Description of Contract[1] | Counterparty Address | Rejection Effective Date |
|---|---|---|---|---|---|
| 1 | ABM INDUSTRY GROUPS, LLC | 23ANDME, INC. | ADDENDUM NO. 1 TO THE MASTER SERVICES AGREEMENT DATED 11/09/2020 | 14141 SOUTHWEST FREEWAY, SUITE 477 SUGAR LAND, TX 77478 | 3/23/2025 |
| 2 | ABM INDUSTRY GROUPS, LLC | 23ANDME, INC. | EXHIBIT A STATEMENT OF WORK #4 DATED 08/22/2022 | 14141 SOUTHWEST FREEWAY, SUITE 477 SUGAR LAND, TX 77478 | 3/23/2025 |
| 3 | ABM INDUSTRY GROUPS, LLC | 23ANDME, INC. | STATEMENT OF WORK #3 DATED 04/18/2022 | 14141 SOUTHWEST FREEWAY, SUITE 477 SUGAR LAND, TX 77478 | 3/23/2025 |
| 4 | ACCO ENGINEERED SYSTEMS | 23ANDME, INC. | MAINTENANCE SERVICE AGREEMENT DATED 10/07/2019 | 300 BROADWAY STREET SUITE 20 SAN FRANCISCO, CA 94133-4529 | 3/23/2025 |
| 5 | ADVANCED CHEMICAL TRANSPORT, INC. | 23ANDME, INC. | MASTER SERVICES AGREEMENT DATED 01/22/2025 | 967 MABURY ROAD SAN JOSE, CA 95133 | 3/23/2025 |
| 6 | ADVANCED CHEMICAL TRANSPORT, INC. | 23ANDME, INC. | LETTER AGREEMENT DATED 04/27/2020 | 967 MABURY ROAD SAN JOSE, CA 95133 | 3/23/2025 |
| 7 | ALLIED UNIVERSAL SECURITY SERVICES | 23ANDME, INC. | TERMINATION LETTER FOR THE STATEMENT OF WORK #4 DATED 10/09/2024 | 229 N FIRST STREET SAN JOSE, CA 95132 | 3/23/2025 |
| 8 | AUTOMATED BUILDING CONTROL SOLUTIONS | 23ANDME, INC. | TERMS AND CONDITIONS DATED 12/20/2021 | 330 MATHEW STREET SANTA CLARA, CA 95050 | 3/23/2025 |
| 9 | BENCHLING, INC. | 23ANDME, INC. | SALES ORDER DATED 06/24/2024 | 555 MONTGOMERY STREET #1700 SAN FRANCISCO, CA 94111 | 3/23/2025 |
| 10 | BENCHLING, INC. | 23ANDME, INC. | SALES ORDER DATED 06/24/2024 | 555 MONTGOMERY STREET #1700 SAN FRANCISCO, CA 94111 | 3/23/2025 |
| 11 | BENCHLING, INC., | 23ANDME, INC. | CUSTOMER AGREEMENT DATED 04/30/2021 | 555 MONTGOMERY STREET #1700 SAN FRANCISCO, CA 94111 | 3/23/2025 |
| 12 | BRAVOSOLUTION UK LTD | 23ANDME, INC. | USER AGREEMENT DATED (None entered) | 3020 CARRINGTON MILL BLVD SUITE 100 MORRISVILLE, NC 27560 | 3/23/2025 |
| 13 | CINTAS CORPORATION NO. 2 | 23ANDME, INC. | DATED 10/08/2019 | 6800 CINTAS BLVD. CINCINNATI, OH 45262-5737 | 3/23/2025 |

## Other Contract Rejection Exhibit

| # | Counterparty Name | Debtor Counterparty | Description of Contract[1] | Counterparty Address | Rejection Effective Date |
|---|---|---|---|---|---|
| 14 | CONTROLLED CONTAMINATION SERVICES, LLC | 23ANDME, INC. | JANITORIAL CLEANING PROPOSAL DATED 01/01/2020 | 6150 LUSK BLVD SUITE 205B SAN DIEGO, CA 92121 | 3/23/2025 |
| 15 | EGNYTE, INC. | 23ANDME, INC. | RENEWAL ORDER FORM DATED 05/26/2024 | 1350 W. MIDDLEFIELD RD MOUNTAIN VIEW, CA 94043 | 3/23/2025 |
| 16 | EGNYTE, INC. | 23ANDME, INC. | RENEWAL ORDER FORM DATED 05/26/2024 | 1350 W. MIDDLEFIELD RD MOUNTAIN VIEW, CA 94043 | 3/23/2025 |
| 17 | EGNYTE, INC. | 23ANDME, INC. | ORDER FORM DATED 05/21/2021 | 1350 W. MIDDLEFIELD RD MOUNTAIN VIEW, CA 94043 | 3/23/2025 |
| 18 | ENVOY, INC. | 23ANDME, INC. | NOTICE OF THE NON-RENEWAL OF THE ORDER FORM DATED 05/04/2024 | 410 TOWNSEND STREET 4TH FLOOR SAN FRANCISCO, CA 94107 | 3/23/2025 |
| 19 | ENVOY, INC. | 23ANDME, INC. | SAAS AGREEMENT DATED 05/04/2024 | 410 TOWNSEND STREET 4TH FLOOR SAN FRANCISCO, CA 94107 | 3/23/2025 |
| 20 | JAGGAER, LLC | 23ANDME, INC. | ORDER FORM DATED 09/09/2023 | 3020 CARRINGTON MILL BLVD SUITE 100 MORRISVILLE, NC 27560 | 3/23/2025 |
| 21 | JAGGAER, LLC | 23ANDME, INC. | ORDER FORM DATED 09/09/2022 | 3020 CARRINGTON MILL BLVD SUITE 100 MORRISVILLE, NC 27560 | 3/23/2025 |
| 22 | LINKEDIN CORPORATION | 23ANDME, INC. | TALENT TRANSFORMATION CONFERENCE DATED 03/13/2020 | 1000 W. MAUDE AVENUE SUNNYVALE, CA 94085 | 3/23/2025 |
| 23 | LINKEDIN CORPORATION | 23ANDME, INC. | ORDER FORM DATED 09/14/2023 | 1000 W. MAUDE AVENUE SUNNYVALE, CA 94085 | 3/23/2025 |
| 24 | O'SULLIVAN VENDING & COFFEE SERVICES | 23ANDME, INC. | TERMINATION OF THE STATEMENT OF WORK DATED 09/25/2022 | 3536 ARDEN RD. HAYWARD, CA 94545 | 3/23/2025 |
| 25 | OFFICE SPACE | 23ANDME, INC. | SERVICES AGREEMENT DATED (None entered) | 228 PARK AVENUE S. SUITE 39903 NEW YORK, NY 10003 | 3/23/2025 |
| 26 | OFFICESPACE SOFTWARE INC. | 23ANDME, INC. | SERVICES ORDER FORM DATED 12/01/2019 | 228 PARK AVENUE S. SUITE 39903 NEW YORK, NY 10003 | 3/23/2025 |
| 27 | OFFICESPACE SOFTWARE INC. | 23ANDME, INC. | ATA PROCESSING ADDENDUM DATED 06/01/2022 | 30000 MILL CREEK AVENUE SUITE 300 ALPHARETTA, GA 30022 | 3/23/2025 |
| 28 | OKTA, INC. | 23ANDME, INC. | ORDER FORM DATED 01/19/2024 | 100 1ST STREET SAN FRANCISCO, CA 94105 | 3/23/2025 |
| 29 | PACIFIC GAS AND ELECTRIC COMPANY | 23ANDME, INC. | INTERCONNECTION AGREEMENT DATED 05/28/2020 | 245 MARKET STREET MAIL CODE N7L SAN FRANCISCO, CA 94105-1702 | 3/23/2025 |

## Other Contract Rejection Exhibit

| # | Counterparty Name | Debtor Counterparty | Description of Contract[1] | Counterparty Address | Rejection Effective Date |
|---|---|---|---|---|---|
| 30 | SHARP ELECTRONICS CORPORATION DBA SHARP BUSINESS SYSTEMS | 23ANDME, INC. | VALUE LEASE SUPPLEMENT DATED 12/03/2019 | 100 PARAGON DRIVE MONTVALE, NJ 07645 | 3/23/2025 |
| 31 | SHARP ELECTRONICS CORPORATION DBA SHARP BUSINESS SYSTEMS | 23ANDME, INC. | LEASE APPLICATION DATED 03/18/2022 | 100 PARAGON DRIVE MONTVALE, NJ 07645 | 3/23/2025 |
| 32 | SILICON VALLEY MECHANICAL, INC. | 23ANDME, INC. | STATEMENT OF WORK #2 DATED 03/01/2024 | 2115 RINGWOOD AVE. SAN JOSE, CA 95131 | 3/23/2025 |
| 33 | SILICON VALLEY MECHANICAL, INC. | 23ANDME, INC. | MASTER SERVICES AGREEMENT DATED 02/01/2023 | 2115 RINGWOOD AVE. SAN JOSE, CA 95131 | 3/23/2025 |
| 34 | SILICON VALLEY MECHANICAL, INC. | 23ANDME, INC. | STATEMENT OF WORK #3 DATED 09/12/2024 | 2115 RINGWOOD AVE. SAN JOSE, CA 95131 | 3/23/2025 |
| 35 | SIMPLE BUT NEEDED, INC. | 23ANDME, INC. | PRIVACY AND SECURITY ADDENDUM DATED 03/15/2021 | 2425 CHANNING WAY BERKELEY, CA 94704 | 3/23/2025 |
| 36 | SIMPLE BUT NEEDED, INC. | 23ANDME, INC. | MASTER SERVICES AGREEMENT DATED 03/15/2021 | 2425 CHANNING WAY BERKELEY, CA 94704 | 3/23/2025 |
| 37 | TWILIO, INC. | 23ANDME, INC. | PLATFORM AGREEMENT (SEGMENT) DATED 08/01/2024 | 101 SPEAR STREET, 5TH FLOOR SAN FRANCISCO, CA 94105 | 3/23/2025 |
| 38 | UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES | 23ANDME, INC. | STATEMENT OF WORK #2 DATED 05/25/2022 | 229 N FIRST STREET SAN JOSE, CA 95132 | 3/23/2025 |
| 39 | VERISK 3E | 23ANDME, INC. | VERISK 3E ORDER FORM – 3E PROTECT DATED 09/29/2020 | 3207 GREY HAWK CT. SUITE 200 CARLSBAD, CA 92010 | 3/23/2025 |
| 40 | VIVREAU USA LP | 23ANDME, INC. | RENTAL AGREEMENT DATED 10/03/2019 | 131 WEST 35TH STREET 8TH FLOOR NEW YORK, NY 10001 | 3/23/2025 |
| 41 | VIVREAU USA LP | 23ANDME, INC. | RENTAL AGREEMENT DATED 11/01/2019 | 14 MADISON ROAD, UNIT D FAIRFIELD, NJ 07004 | 3/23/2025 |

**Notes**
[1] The agreements referenced herein include any amendments or modifications thereto