**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976 |
| Debtors. | (Joint Administration Requested) |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 2090 and Rule 12.01(E) of the local rules of the United States District Court for the Eastern District of Missouri, I, Paul M. Basta, move to be admitted pro hac vice to the bar of this Court for the purpose of representing the above-referenced Debtors and Debtors-in-Possession, as lead counsel, in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

a. *Full name of the movant- attorney*:

   Paul M. Basta

b. *Address and telephone number of the movant-attorney*:

   1285 Avenue of the Americas
   New York, NY 10019
   (212) 373 3023

c. *Name of the firm or letterhead under which the movant practices*:

   Paul, Weiss, Rifkind, Wharton & Garrison LLP

d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom*:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

The George Washington University School of Law, 1992

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any*:

New York, 3rd Department (9/2/1993) 2568046;
U.S. Court of Appeals, 5th Circuit (9/11/2024);
U.S. District Court, Southern District of New York (5/10/1994) PB4434

f. Paul M. Basta is a member in good standing of all bars of which movant is a member and movant is not under suspension or disbarment from any bar.

g. Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.

Movant has associated with Carmody MacDonald P.C. as local counsel in this matter.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated: March 24, 2025
St. Louis, Missouri

Respectfully submitted,

*/s/ Paul M. Basta*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Paul M. Basta (*pro hac vice* pending)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3023
Facsimile: (212) 757-3990
E-mail: pbasta@paulweiss.com

*Lead Counsel to the Debtors and Debtors-in-Possession*

-and-

CARMODY MACDONALD P.C.

*/s/ Thomas H. Riske*
Thomas H. Riske, #61838MO
120 S. Central Avenue, Suite 1800

St. Louis, Missouri 63105
Telephone: (314) 854-8600
Facsimile: (314) 854-8660
thr@carmodymacdonald.com

*Local Counsel to the Debtors and Debtors-in-Possession*