**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11 Proceeding** |
| | ) | |
| **23ANDME HOLDING CO.,** | ) | **Case No. 25-40976** |
| | ) | |
| **Debtor.** | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR COPIES OF ALL PLEADINGS,
NOTICES AND ORDERS**

COMES NOW Robert E. Eggmann, pursuant to Bankruptcy Rule 9010(b) and Local Rule 9010-1(a), and hereby enters his appearance as counsel for Debtor 23andMe Holding Co. Listed below is the additional information required by Bankruptcy Rule 9010(b):

Robert E. Eggmann, Esq.
Carmody MacDonald P.C.
120 South Central Avenue, Ste. 1800
St. Louis, Missouri  63105
Tel:  (314) 854-8600
Fax:  (314) 854-8660
Email:  ree@carmodymacdonald.com

Pursuant to Bankruptcy Rule 2002, Counsel also respectfully requests that copies of all documents, including but not limited to, notices, pleadings, proposed orders and orders which are filed with the Court, or mailed, telecopied or otherwise transmitted or delivered to creditors, parties in interest, or to the Debtor be mailed to Counsel at the above address.

CARMODY MACDONALD P.C.

By:   */s/ Robert E. Eggmann*
ROBERT E. EGGMANN (#37374)
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
(314) 854-8600
(314) 854-8660 – FAX
ree@carmodymacdonald.com

COUNSEL FOR 23ANDME HOLDING CO.

1

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing on this 24th day of March, 2025, upon all counsel of record.

                                                         */s/ Annie L. Lancaster*