**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976 |
| Debtors. | (Joint Administration Requested) |

### <u>VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*</u>

Pursuant to Local Bankruptcy Rule 2090 and Rule 12.01(E) of the local rules of the United States District Court for the Eastern District of Missouri, I, Robert J Lemons, move to be admitted *pro hac vice* to the bar of this Court for the purpose of acting as special counsel on behalf of and at the sole discretion of the Special Committee of the Borad of Directors of 23andMe Holding Co., as lead counsel, in the instant matter.  In support of this motion, I submit the following information as required by Rule 12.01(E):

    a.  *Full name of the movant-attorney*:

        Robert J. Lemons

    b.  *Address and telephone number of the movant-attorney*:

        620 Eighth Avenue
        New York, NY 10018
        (212) 813 8925

    c.  *Name of the firm or letterhead under which the movant practices*:

        Goodwin Procter LLP

    d.  *Name of the law school(s) movant attended and the date(s) of graduation therefrom*:

        New York University School of Law, 1999

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/23andMe.  The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

4934-6910-6478.4

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any*:

    New York State Bar, Admitted 2001, Registration Number 3892734
    U.S. District Court, Southern District of New York;
    U.S. District Court, Eastern District of New York

f. Robert J. Lemons is a member in good standing of all bars of which movant is a member and movant is not under suspension or disbarment from any bar.

g. Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.

Movant has associated with Lewis Rice. as local counsel in this matter.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the instant matter.

Dated:  March 24, 2025
    St. Louis, Missouri

                        Respectfully submitted,

                        */s/ Robert J. Lemons*
                        Robert J. Lemons (*pro hac vice* pending)
                        Goodwin Procter LLP
                        620 Eighth Avenue
                        New York, NY 10018
                        Telephone: (212) 813 8925
                        Facsimile: (212) 757-3990
                        E-mail: RLemons@goodwinlaw.com

                        *Lead Counsel to the Special Committee of the Board of Directors of 23andMe Holding, Co.*

                        -and-

LEWIS RICE LLC

_/s/ Larry E. Parres_
Larry E. Parres, # 35597MO
600 Washington Avenue, Ste 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7660
Facsimile: (314) 612-7660
lparres@lewisrice.com

*Local Counsel to the Special Committee of the
Board of Directors of 23andMe Holding, Co.*