UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 11 |
| | ) | |
| 23andMe Holding Co. | ) | Case No.  25-40976 |
| a/k/a VG Acquisition Corp. | ) | |
| | ) | |
| Debtor. | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR COPIES OF ALL
NOTICES, PLEADINGS, PAPERS AND ORDERS**

PLEASE TAKE NOTICE AND BE ADVISED that the undersigned attorney hereby appears as counsel for Jerry Jensen, the Acting United States Trustee (the "U.S. Trustee") for Region 13.  Pursuant to 11 U.S.C. §§ 342, 307 and 1109(B) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned respectfully requests that all notices hereafter given or required to be given, and all papers filed, served or requested to be served in this case, be given and be served upon:

**Joseph Schlotzhauer
Trial Attorney
Office of the U.S. Trustee
111 South 10th Street, Suite 6.353
St. Louis, MO  63102
(314) 539-2980
(314) 539-2990 (facsimile)**
Joseph.schlotzhauer@usdoj.gov

PLEASE BE ADVISED AND TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, and the Local Rules for the Eastern District of Missouri, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telefax, electronic mail or transmission or otherwise.

          JERRY JENSEN
          ACTING UNITED STATES TRUSTEE

          PAUL A. RANDOLPH
          ASSISTANT UNITED STATES TRUSTEE

          /s/ Joseph Schlotzhauer
          Joseph Schlotzhauer
          E.D. Mo #62138MO, MO #62138
          United States Department of Justice
          Office of U. S. Trustee
          111 So. 10th Street, Suite 6.353
          St. Louis, MO 63102
          (314) 539-2980 Phone
          (314) 539-2990 Fax
          Joseph.schlotzhauer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the *Entry of Appearance and Request for Copies of All Notices, Pleadings Papers and Orders* was electronically mailed by U.S. Bankruptcy Court, Eastern District of Missouri, to those names listed below and/or by first class mail postage prepaid to the following at the below listed addresses, this 24th day of March 2025 to:

Robert E Eggmann, III
Carmody MacDonald P.C.
120 South Central Avenue, Suite 1800
Clayton, MO 63105
COUNSEL FOR DEBTOR

Thomas H Riske
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63105
COUNSEL FOR DEBTOR

Nathan R Wallace
Carmody MacDonald PC
120 S Central Ave, Ste 1800
St Louis, MO 63105
COUNSEL FOR DEBTOR

23andMe Holding Co.
870 Market Street, Room 415
San Francisco, CA 94102
DEBTOR

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

      /s/ Margaret Slaughter
Margaret Slaughter, Paralegal Specialist