**POTENTIAL PARTIES IN INTEREST[1]**

1. (FINANCIAL ADVISOR TO) POTENTIAL BUYER
    - JPMORGAN SECURITIES LLC
    - TD COWEN
2. (LEGAL COUNSEL TO) POTENTIAL BUYER
    - ROPES & GRAY LLC
    - SKADDEN, ARPS, SLATE, MEAEGHER & FLOM LLP
3. BANKRUPTCY JUDGES/STAFF
    - CATHERINE NORWOOD
    - CHICQUITA GREENE-HESTER
    - CHIEF JUDGE BONNIE L. CLAIR
    - COURTNEY KIRBIS
    - HAYLEY KOONTZ
    - JUDGE BRIAN C. WALSH
    - JUDGE KATHY A. SURRATT-STATES
    - KAILA SPIVEY
    - TAYLOR ROWLAND
4. BANKRUPTCY PROFESSIONALS - RETAINED
    - ALVAREZ AND MARSAL NORTH AMERICA, LLC
    - CARMODY MACDONALD P.C.
    - DELOITTE TAX LLP
    - GOODWIN PROCTER LLP
    - KROLL RESTRUCTURING ADMINISTRATION LLC
    - LEWIS RICE LLC
    - MOELIS & COMPANY LLC
    - PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
5. BANKS/LENDER/UCC LIEN PARTIES/ADMINISTRATIVE AGENTS
    - CARDINAL HEALTH 110 LLC, "AS AGENT"
    - JPMORGAN CHASE BANK N.A.
    - JPMORGAN CHASE BANK N.A. - TORONTO BRANCH
    - SMITH DRUG COMPANY-DIVISION OF JM SMITH CORP.
    - U.S. BANK EQUIPMENT FINANCE
    - U.S. BANK NATIONAL ASSOCIATION
6. COUNSEL REPRESENTING CYBER SECURITY INCIDENT CLAIMANTS
    - ARON LAW FIRM
    - AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ PLLC
    - BARNOW & ASSOCIATES P.C.
    - BERMAN TOBACCO

---

[1] This list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that otherwise may fall under multiple categories is likely to be listed under only one category.

- BONI, ZACK & SNYDER LLC
- BOTTINI & BOTTINI, INC.
- BRADLEY/GROMBACHER LLP
- CLARKSON LAW FIRM
- CLAYEO C. ARNOLD, PROFESSIONAL LAW CORP.
- COLE & VAN NOTE
- COTCHETT PITRE & MCCARTHY LLP
- CUNEO GILBERT & LADUCA
- DU VERNET STEWART
- EDELSBERG LAW, P.A.
- EMPLOYEE JUSTICE LEGAL GROUP, PC
- FALLS LAW GROUP
- FEDERMAN & SHERWOOD
- FREED KANNER LONDON & MILLEN LLC
- GLANCY PRONGAY & MURRAY LLP
- GUSTAFSON GLUEK PLLC
- HERMAN JONES LLP
- KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
- KAPLAN FOX & KILSHEIMER LLP
- KAZEROUNI LAW GROUP
- KLEINE PC
- KOPELITZ OSTROW FERGUSON WEISELBERG GILBERT
- KP LAW LTD. (UK)
- LABATON KELLER
- LAUKAITIS LAW LLC
- LAW OFFICE OF COURTNEY WEINER PLLC
- LAW OFFICES OF PAUL WHALEN, PC
- LEVI & KORSINSKY
- LEVIN SEDRAN & BERMAN LLP
- LEXINGTON LAW GROUP, LLP
- LIEFF CABRASER HEIMANN & BERNSTEIN AND ROBBINS GELLER
- LOCKRIDGE GRINDAL NAUEN P.L.L.P.
- LOFTUS & EISENBERG, LTD.
- LONGMAN LAW, P.C.
- LYNCH CARPENTER LLP
- MASON LLP
- MCSHANE & BRADY, LLC
- MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN
- MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC
- NEAL & HARWELL
- PIERCE GORE LAW FIRM
- POTTER HANDY LLP
- POULIN | WILLEY | ANASTOPOULO, LLC
- REESE LLP

- ROBBINS GELLER RUDMAN & DOWD, LLP
- SALTZ, MONGELUZZI & BENDESKY, PC
- SCHUBERT JONCKHEER & KOLBE LLP
- SCOTT+SCOTT ATTORNEYS AT LAW LLP
- SROURIAN LAW FIRM, P.C.
- THE GRANT LAW FIRM, PLLC
- THE MEHDI FIRM LLP
- TOSTRUD LAW GROUP PC
- TYCKO & ZAVAREEI
- TYCKO & ZAVAREEI, LLP
- WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
- WUCETICH & KOROVILAS LLP
- YANNI LAW
- ZINNS LAW, LLC

7. CUSTOMERS
   - ABBVIE INC.
   - AMAZON
   - AMAZON : AMAZON CA
   - AMAZON : AMAZON UK
   - AMAZON : WOOT
   - CARDINAL HEALTH, INC.
   - COREWEAVE, INC.
   - GLAXOSMITHKLINE & GLAXOSMITHKLINE LLC
   - GSK
   - MICHAEL J FOX FOUNDATION : MJFF PD
   - MYHERITAGE
   - SANOFI US SERVICES INC.
   - WALMART.COM

8. DEBTORS
   - 23 AND ME
   - 23ANDME HOLDING CO.
   - 23ANDME INC.
   - 23ANDME PHARMACY HOLDINGS, INC.
   - LEMONAID COMMUNITY PHARMACY
   - LEMONAID HEALTH INC.
   - LEMONAID PHARMACY HOLDINGS, INC.
   - LPHARM CS LLC
   - LPHARM INS LLC
   - LPHARM RX LLC
   - LPRXONE, LLC
   - LPRXTHREE LLC
   - LPRXTWO, LLC

9. DIRECTOR/OFFICER
   - ANDRE FERNANDEZ

4

- AVI FACTOR
- ELAND SIDDLE
- GUY CHAYOUN
- JIM FRANKOLA
- JOE SELSAVAGE
- MARK JENSEN
- THOMAS WALPER

10. INSURANCE
    - AIG FINANCIAL LINES CLAIMS
    - ALLIED WORLD SPECIALTY INSURANCE COMPANY
    - ARCH SPECIALTY INSURANCE COMPANY
    - AXIS INSURANCE
    - BEAZLEY USA SERVICES, INC
    - BERKLEY LIFE SCIENCES
    - BERKLEY PROFESSIONAL LIABILTY
    - CHUBB GROUP
    - CHUBB GROUP OF INSURANCE CO
    - CNA CLAIMS REPORTING
    - COMMERCIAL MANAGEMENT LIABILITY
    - GREAT AMERICAN INSURANCE COMPANY
    - HCC GLOBAL FINANCIAL PRODUCTS, LLC.
    - HISCOX USA
    - HUDSON INSURANCE COMPANY
    - LLOYD'S AMERICA, INC.
    - OLD REPUBLIC PROFESSIONAL LIABILITY, INC.
    - RESILIENCE CYBER INSURANCE SOLUTIONS
    - THE HARTFORD FINANCIAL LINES
    - THE TRAVELERS COMPANIES, INC.
    - TRIUM CYBER US SERVICES, INC.
    - WOODRUFF SAWYER
    - XL PROFESSIONAL INSURANCE

11. KNOWN AFFILIATES - JV
    - LMND CA
    - LMND KS
    - LMND NJ
    - LMND TX

12. LANDLORDS/ SUBTENANTS
    - KR OP TECH, LLC
    - OYSTER POINT TECH CENTER LLC, A DELEWARE LIMITED LIABILITY COMPANY

13. LETTER OF CREDIT- BENEFICIARY
    - 221 N MATHILDA, LLC, A DELEWARE LIMITED LIABILITY COMPANY
    - PAYPAL, INC.

14. LITIGATION

- ADRIANE FARMER
- ALEX VELARDE
- ALEXANDRA HOFFMAN
- ALMEIDA LAW GROUP LLC
- ALYSON HU
- ANDEZ JONES
- ANTOINETTE POWELL
- BONNIE EDEN
- BRANDON MOLINA
- BRIANA DUBE
- BRIANNA SORENSEN
- CAMIE PICHA
- CAROLINE GREENBERG
- CAROLYN ROCK
- CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP
- CHRISTINA SHAW
- CHRISTOPHER DU VERNET CARLIN MCGOOGAN DUVERNET STEWART, BARRISTERS AND SOLICITERS
- CLAIRE PADDY
- DAVID MELVIN
- DAVID TULCHINSKY
- DHAMAN GILL
- EDELSON PC
- ELAINE FRALIX
- ERIK STANFORD
- FALLS LAW GROUP
- HARIS MIRZA
- HAROLD GARRETT
- HAROLD VELEZ
- JOHN DIAZ
- JULIE MACMILLAN
- KATHY VASQUEZ
- KATIANNE NAVARRO
- KELLER ROHRBACK L.L.P.
- KERRY LAMONS
- KND COMPLEX LITIGATION
- KP LAW LIMITED
- KRISTEN RIVERS
- LABATON KELLER SUCHAROW LLP
- LAQUISHA SMITH
- LEENA YOUSEFI YLAW GROUP
- LEVI + KORSINSKY LLP
- LUIS VALLADARES
- MARJORIE MORGENSTERN

6

- MATTHEW A. SMITH
- MATTHEW MARDEN
- MAX ALPERSTEIN
- MCGUIRE LAW, P.C.
- MELANIE BERMAN
- MELISSA RYAN
- MICHAEL SCHUTZ
- MICHELE BACUS
- MICHELLE ANDRIZZI
- MICHELLE IGOE
- MIGLIACCIO & RATHOD LLP
- MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLC
- MONICA SANTANA
- NEIL BENEDICT
- NICHOLAS FURIA
- NICHOLE FRIEND
- PATRICK CAPSTICK
- POLINA IOFFE
- POTTER HANDY, LLP
- RICHARD ROE
- RUDY K. THOMPSON
- SARAH CANTU
- STEPHEN L. SEIKEL
- STEVE SIEGEL HANSON LLP
- THOMAS VICKERY
- TRACY SCOTT
- TRISHA WILKUS
- TYRELL BROWN

15. POTENTIAL BUYER
    - NEW MOUNTAIN CAPITAL, LLC
16. REGULATORS
    - AGENCIA ESPAÑOLA DE PROTECCIÓN DE DATOS
    - BUREAU OF CONSUMER PROTECTION
    - FEDERAL TRADE COMMISSION
    - OFFICE OF ATTORNEY GENERAL TODD ROKITA
    - OFFICE OF THE ATTORNEY GENERAL - CONNECTICUT
    - OFFICE OF THE PRIVACY COMMISSIONER OF CANADA
    - UNITED KINGDOM INFORMATION COMMISSIONER'S OFFICE
17. SIGNIFICANT EQUITY HOLDERS
    - ABEEC 2.0, LLC
    - ANNE WOJCICKI
    - ZENTREE INVESTMENTS LIMITED
18. U.S. TRUSTEE OFFICE
    - PAUL RANDOLPH

7

**19.** VENDORS (TOP 85% OF ACCOUNTS PAYABLE)
- ACCO ENGINEERED SYSTEMS
- AGANITHA AI INC.
- ALIXPARTNERS, LLC
- ALLIED UNIVERSAL SECURITY SERVICES
- ALOM TECHNOLOGIES CORPORATION
- AMAZON WEB SERVICES
- ANDRE JOHN FERNANDEZ
- BDO USA LLP
- BLUE SHIELD OF CALIFORNIA
- BRAINTREE
- CATALENT CTS SINGAPORE PRIVATE LIMITED
- CDW DIRECT LLC
- CLOUDFLARE, INC.
- COALITION FOR GENETIC DATA PROTECTION INC.
- CONSULTING, JW LLC
- CONVERGE TECHNOLOGY SOLUTIONS US, LLC
- DECHERT LLP
- DELOITTE & TOUCHE LLP
- DELOITTE CONSULTING LLP
- DELTA DENTAL OF CALIFORNIA
- DNA GENOTEK INC.
- EGON ZEHNDER INTERNATIONAL, INC
- FEDEX CORP
- FOLK DEVILS LLC
- FOODA, INC.
- FULGENT THERAPEUTICS, LLC
- GLAXOSMITHKLINE INTELLECTUAL PROPERTY LTD.
- GOODWIN PROCTER LLP
- GOOGLE, INC. - ADWORDS
- GREENBERG TRAURIG LLP
- HEALTHLINE MEDIA INC
- IHEARTMEDIA + ENTERTAINMENT
- ILLUMINA, INC.
- INTEGRAL RX
- JELLYFISH US LIMITED
- KAISER FOUNDATION HEALTH PLAN NORTHERN CA
- KATIE COURIC MEDIA, LLC
- KILROY REALTY, LP
- KPMG LLP
- L.E.K. CONSULTING LLC
- LIFEBIT BIOTECH LIMITED
- MARK E. JENSEN
- MEDPACE INC.

- META PLATFORMS, INC.
- METROPOLITAN LIFE INSURANCE COMPANY
- MOELIS & COMPANY, LLC
- MORGAN, LEWIS & BOCKIUS LLP
- MOVIANTO
- NATIONAL GENETICS INSTITUTE
- PACIFIC GAS AND ELECTRIC COMPANY
- PARTNERIZE
- PETER M LEFKOWITZ
- POWER DIGITAL MARKETING, INC.
- PRECISION FOR MEDICINE, INC.
- PRITI PATEL CONSULTING LLC
- RAIN THE GROWTH AGENCY
- RIGHT SIDE UP LLC
- SALESFORCE.COM
- SANTA CLARA COUNTY TAX COLLECTOR
- SCALE STRATEGY OPERATIONS LLC
- SCG GROVE 221, LLC
- STEADYMD, INC.
- SUREFOX NORTH AMERICAN
- TANGO CARD, INC.
- TATARI, INC.
- TCWGLOBAL (WMBE PAYROLLING INC.)
- TELUS INTERNATIONAL SERVICES LIMITED
- UNUM LIFE INSURANCE COMPANY OF AMERICA
- VENTANA MEDICAL SYSTEMS, INC.
- WILSON SONSINI GOODRICH & ROSATI, PROFESSIONAL CORPORATION
- WOODRUFF-SAWYER & CO.
- WOOT SERVICES LLC
- WORLD ARCHIVES
- WUXI BIOLOGICS (HONG KONG) LIMITED
- ZENDESK, INC