## **Schedule 2**

### **Disclosure List[1]**

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Goodwin Procter LLP as Special Counsel on Behalf of and at the Sole Direction of the Special Committee of the Board of Directors of 23andMe Holding Co., Effective as of the Petition Date.*

ACTIVE/136776311.4

| Entity on Schedule 1 | Relationship to Debtor | Connection to Goodwin Procter |
|---|---|---|
| Abbvie Inc. | Customers | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| AIG Specialty Lines Claims | Insurance | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| AlixPartners | Vendor | Affiliate or Subsidiary of Current Client in Unrelated Matter(s) |
| Alvarez and Marsal North America, LLC | Bankruptcy Professionals | Affiliate or Subsidiary of Current Client in Unrelated Matter(s) |
| Amazon | Customer | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| Amazon CA | Customer | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| Amazon UK | Customer | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| Amazon Web Services | Vendor | Current Client in Unrelated Matter(s) |
| Amazon: WOOT | Customer | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| Arch Specialty Insurance Company | Insurance | Current Client in Unrelated Matter(s) |
| Axis Insurance | Insurance | Affiliate or Subsidiary of Former Client in Unrelated Matter(s) |
| BDO USA LLP | Vendor | Affiliate or Subsidiary of Former Client in Unrelated Matter(s) |
| Braintree | Vendor | Affiliate or Subsidiary of Former Client in Unrelated Matter(s) |
| Cardinal Health 110 LLC | Banks/Lender/UCC Lien Parties/Administrative Agents | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| Catalent CTS Singapore Private Limited | Vendor | Affiliate or Subsidiary of Current Client in Unrelated Matter(s) |

ACTIVE/136776311.4

| Entity on Schedule 1 | Relationship to Debtor | Connection to Goodwin Procter |
|---|---|---|
| CloudFlare Inc. | Vendor | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| CNA Claims Reporting | Insurance | Affiliate or Subsidiary of Current Client in Unrelated Matter(s) |
| Deloitte Consulting LLP | Vendor | Affiliate or Subsidiary of Former Client in Unrelated Matter(s) |
| Delta Dental of California | Vendor | Former Client in Unrelated Matter(s) |
| Deloitte& Touche LLP | Vendor | Former Client in Unrelated Matter(s) |
| Deloitte Tax LLP | Bankruptcy Professionals - Retained | Former Client in Unrelated Matter(s) |
| DNA Genotek Inc. | Vendor | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| FedEx Corp. | Vendor | Affiliate or Subsidiary of Current Client in Unrelated Matter(s) |
| Glaxosmithkline & Glaxosmithkline LLC | Customer | Affiliate or Subsidiary of Current Client in Unrelated Matter(s) |
| Google, Inc. - Adwords | Vendor | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| Great American Insurance Company | Insurance | Current Client in Unrelated Matter(s) |
| Greenberg Traurig LLP | Vendor | Former Client in Unrelated Matter(s) |
| HCC Global Financial Products, LLC | Insurance | Affiliate or Subsidiary of Current Client in Unrelated Matter(s) |
| Healthline Media Inc. | Vendor | Affiliate or Subsidiary of Current Client in Unrelated Matter(s) |
| Hudson Insurance Company | Insurance | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |

| Entity on Schedule 1 | Relationship to Debtor | Connection to Goodwin Procter |
|---|---|---|
| Illumina, Inc. | Vendor | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s); Former Client in Unrelated Matter(s) |
| Jellyfish US Limited | Vendor | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| Jim Frankola | Director/Officer/Vendor | Current Client in Unrelated Matter(s) |
| JPMorgan Chase Bank N.A. | Banks/Lender/UCC Lien Parties/Administrative Agents/Letter of Credit - Issuer | Current Client in Unrelated Matter(s); Affiliate or Subsidiary of Current Clients in Unrelated Matters |
| JPMorgan Chase Bank N.A. - Toronto Branch | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client in Unrelated Matter(s) |
| JPMorgan Securities LLC | Financial Advisor to Potential Buyer | Current Client in Unrelated Matter(s) |
| Kilroy Reality, LP | Landlords/Vendors | Former Client in Unrelated Matters(s) |
| Kroll Restructuring Administration LLC | Bankruptcy Professionals - Retained | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| L.E.K. Consulting LLC | Vendor | Current Client in Unrelated Matter(s) |
| Lloyd's America, Inc. | Insurance | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| Mark Jensen | Director/Officer | Current Client in Related Matter(s) |
| Meta Platforms, Inc. | Vendor | Current Client in Unrelated Matter(s); Affiliate or Subsidiary of Current Client in Unrelated Matter(s) |
| Metropolitan Life Insurance Company | Vendor | Current Client in Unrelated Matter(s); Affiliate or Subsidiary of Current Client in Unrelated Matter(s) |
| Movianto | Vendor | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |

| Entity on Schedule 1 | Relationship to Debtor | Connection to Goodwin Procter |
|---|---|---|
| New Mountain Capital, LLC | Potential Buyer | Affiliate or Subsidiary of Current Client in Unrelated Matter(s) |
| Partnerize | Vendor | Affiliate or Subsidiary of Current Client in Unrelated Matter(s) |
| PayPal, Inc. | Banks/Lender/UCC Lien Parties/Administrative Agents | Former Client in Unrelated Matter(s) |
| Precision for Medicine, Inc. | Vendor | Affiliate or Subsidiary of Former Client in Unrelated Matter(s) |
| Rain The Growth Agency | Vendor | Affiliate or Subsidiary of Current Client in Unrelated Matter(s) |
| Salesforce.com | Vendor | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s); Former Client in Unrelated Matters |
| Sanofi US Services Inc. | Customers | Affiliate or Subsidiary of Former Clients in Unrelated Matter(s) |
| SCG Grove 221, LLC | Vendor/Landlords/Subtenants | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| SteadyMD, Inc. | Vendor | Current Client in Unrelated Matter(s) |
| Tango Card, Inc. | Vendor | Affiliate or Subsidiary of Current Client in Unrelated Matter(s) |
| TD Cowen | Financial Advisor to Potential Buyer | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| Telus International Services Limited | Vendor | Affiliate or Subsidiary of Former Client in Unrelated Matter(s) |
| The Hartford Financial Lines | Insurance | Affiliate or Subsidiary of Current Client in Unrelated Matter(s) |
| The Travelers Companies Inc. | Insurance | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| U.S. Bank National Association | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client in Unrelated Matter(s) |

| Entity on Schedule 1 | Relationship to Debtor | Connection to Goodwin Procter |
|---|---|---|
| Ventana Medical Systems Inc. | Vendor | Affiliate or Subsidiary of Current Client in Unrelated Matter(s) |
| Walmart | Customers | Current Client in Unrelated Matters(s) |
| Woot Services LLC | Vendor | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| WuXi Biologics (Hong Kong) Ltd. | Vendor | Affiliate or Subsidiary of Current Clients in Unrelated Matter(s) |
| ZENDESK, Inc. | Vendor | Current Client in Unrelated Matter(s) |