UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | Case No. 25-40976-169 |
| **23andMe Holding Co.,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### ORDER OF TRANSFER

Upon careful review of the record in this case, it is

**ORDERED** that the Clerk of the Court is directed to take the necessary steps to transfer this Chapter 11 bankruptcy proceeding, as well as its affiliated bankruptcy proceedings, to another judge of this Court.

_____
DATED: March 25, 2025              BONNIE L. CLAIR
St. Louis, Missouri                Chief United States Bankruptcy Judge
mtc

Copies to:

**23andMe Holding Co.**
870 Market Street
Room 415
San Francisco, CA 94102

**23andMe Pharmacy Holdings, Inc.**
870 Market Street
Room 415
San Francisco, CA 94102

**Lemonaid Pharmacy Holdings Inc.**
1701 Macklind Ave.
Suite 300
St. Louis, MO 63110

**Lemonaid Community Pharmacy, Inc.**
7580 Watson Road
Shrewsbury, MO 63119

**Lemonaid Health, Inc.**
870 Market Street
Room 415
San Francisco, CA 94102

**LPRXOne LLC**
1701 Macklind Ave.
Suite 300
St. Louis, MO 63110

**LPharm INS LLC**
1701 Macklind Ave.
Suite 300
St. Louis, MO 63110

**LPharm RX LLC**
1701 Macklind Ave.
Suite 300
St. Louis, MO 63110

**LPRXThree LLC**
1701 Macklind Ave.
Suite 300
St. Louis, MO 63110

**LPRXTwo LLC**
1015 Locust Street
Suite 420
St. Louis, MO 63101

**Thomas H Riske**
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63105

**Robert E Eggmann, III**
Carmody MacDonald P.C.
120 South Central Avenue, Suite 1800
Clayton, MO 63105

**Nathan R Wallace**
Carmody MacDonald PC
120 S Central Ave
Ste 1800
St Louis, MO 63105

**Lawrence E. Parres**
Lewis, Rice et al.
600 Washington Avenue
Suite 2500
St. Louis, MO 63101

**Carole J. Ryczek**
Office of the U. S. Trustee
11 South 10th Street, Suite 6.353
St. Louis, MO 63102

**Joseph Richard Schlotzhauer**
United States Trustee Program
111 South 10th Street
Suite 6.353
St. Louis, MO 63102

**Joshua M. Jones**
Office of the U.S. Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102

**Paul M. Basta**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

**Lauren Castillo**
1285 Avenue of the Americas
New York, NY 10019

**Jessica I Choi**
1285 Avenue of the Americas
New York, NY 10019

**William A. Clareman**
1285 Avenue of the Americas
New York, NY 10019

**Christopher Hopkins**
1285 Avenue of the Americas
New York, NY 10019

**Grace C Hotz**
1285 Avenue of the Americas
New York, NY 10019

**Justin Simms**
1285 Avenue of the Americas
New York, NY 10019