UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976 |
| Debtors. | (Joint Administration Requested) |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Erin M. Edelman, move that Jason Kestecher be admitted *pro hac vice* to the bar of this Court for the purpose of representing TTAM 2.0, LLC in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

a. *Full name of the movant-attorney:*
   **Jason Kestecher**

b. *Address and telephone number of the movant-attorney:*
   **Skadden, Arps, Slate, Meagher & Flom LLP
   One Manhattan West
   New York, New York 10001-8602
   (212) 735-26296**

c. *Name of the firm or letterhead under which the movant practices:*
   **Skadden, Arps, Slate, Meagher & Flom LLP**

d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom:*
   **Georgetown University Law Center (2014)**

e. *State and federal bars of which the movant is a member, with dates of admission*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

*and registration numbers, if any:*
**New York Bar: Bar No. 5299128 (1/21/2015)**
**New Jersey State Bar: Bar No. 393642022 (2/8/2022)**

**New York Southern District Court: No. JK6148 (2/14/2017)**
**New York Eastern District Court: No. JK6148 (12/11/2015)**
**District of New Jersey (12/6/2024)**

f. *Statement that attorney seeking admission is a member in good standing of all bars of which attorney is a member and that attorney is not under suspension or disbarment from any bar*:
**Mr. Kestecher affirms that he is a member in good standing of all the bars set forth above and is not currently under suspension or disbarment from any bar.**

g. *Statement that attorney seeking admission does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District*:
**Mr. Kestecher affirms that he does not reside in the Eastern District of Missouri, is not regularly employed by this District and is not regularly engaged in the practice of law in this District.**

Mr. Kestecher attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the instant matter.

Dated:  March 25, 2025

Respectfully submitted,

/s/ *Jason Kestecher*
Jason Kestecher
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3528
Facsimile: (212) 735-2000
Jason.Kestecher@skadden.com

*Lead Counsel for TTAM 2.0, LLC*

and

/s/ *Erin M. Edelman*
Erin M. Edelman, MO 67374
David Going, MO 33435
Laura Toledo, MO 56954
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone:  (314) 621-5070
Facsimile:  (314) 621-5065
eedelman@atllp.com
dgoing@atllp.com
ltoledo@atllp.com

*Local counsel for TTAM 2.0, LLC*