UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>23ANDME HOLDING CO., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-40976<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, and 9010 ("Bankruptcy Rules") and 11 U.S.C. § 1109(b), the law firm Norton Rose Fulbright US LLP ("NRF") hereby enters its appearance as counsel to JMB Capital Partners Lending, LLC ("JMB") in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that, NRF requests that the undersigned be added to the official mailing matrix and service lists for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that NRF requests that copies of all notices and pleadings given or required to be given in this case and copies of all papers served or required to be served in this case be given and served upon JMB through service upon NRF at the addresses, telephone numbers, and email addresses set forth below:

Jeffrey Kalinowski (MO 29926)
Joshua Watts (MO 72539)
**NORTON ROSE FULBRIGHT US LLP**
7676 Forsyth Blvd.
Suite 2230
St. Louis, MO 63105
Telephone: (314) 314-505-8800

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

Facsimile: (314) 505-8899
jeffrey.kalinowski@nortonrosefulbright.com
josh.watts@nortonrosefulbright.com

and

Kristian W. Gluck (*Pro Hac Vice* forthcoming)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Ave., Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
kristian.gluck@nortonrosefulbright.com

and

Robert M. Hirsh (*Pro Hac Vice* forthcoming)
James A. Copeland (*Pro Hac Vice* forthcoming)
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
robert.hirsh@nortonrosefulbright.com
james.copeland@nortonrosefulbright.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, presentment, pleading or request, orders to show cause, memoranda, affidavits, declarations, orders, disclosure statements and plans of reorganization, answering or reply papers filed in this case, and other documents, filed or entered in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance nor any subsequent appearances, pleadings, claims, documents, suits, motions nor any other writings or

conduct, shall not be deemed or construed to be a waiver of any of the rights of JMB including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, whether or not the same be designated legal or private right, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 (b)(2)(H), and whether or not such jury trial right is pursuant to statute or the United States Constitution; (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which JMB may be entitled under any agreements or at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that all of the above rights are expressly reserved and preserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

[*Signature Page to Follow*]

Dated: March 25, 2025

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Joshua Watts*
Jeffrey Kalinowski
Joshua Watts
7676 Forsyth Blvd.
Suite 2230
St. Louis, MO 63105
Telephone: (314) 314-505-8800
Facsimile: (314) 505-8899
jeffrey.kalinowski@nortonrosefulbright.com
josh.watts@nortonrosefulbright.com

and

Kristian W. Gluck (*Pro Hac Vice* forthcoming)
2200 Ross Ave., Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
kristian.gluck@nortonrosefulbright.com

and

Robert M. Hirsh (*Pro Hac Vice* forthcoming)
James A. Copeland (*Pro Hac Vice* forthcoming)
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
robert.hirsh@nortonrosefulbright.com
james.copeland@nortonrosefulbright.com

*Counsel for JMB Capital Partners Lending, LLC*

**CERTIFICATE OF SERVICE**

    On March 25, 2025, I filed the foregoing document with the clerk of court for the United States Bankruptcy Court for the Eastern District of Missouri via CM/ECF.

                                              */s/ Joshua Watts*
                                              Joshua Watts