**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**                                                                  **Case No.: 25–40976 – B357**
23andMe Holding Co.                                          **Chapter: 11**

**Debtor(s)**

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

The Court, having considered Jason Kestecher's motion for admission *pro hac vice*, has determined that cause exists to grant the relief requested. It is, therefore,

ORDERED that the motion is GRANTED, and Jason Kestecher is admitted pro hac vice to the bar of this Court for the purpose of appearing in this case only.


*Brian C. Walsh*

**U. S. Bankruptcy Judge**


**Dated:** 3/25/25
**St. Louis, Missouri**
**Rev. 09/16 omphvbk**