UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| In re: | Chapter 11 |
|---|---|
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976 |
| Debtors. | (Joint Administration Requested) |

### NOTICE OF APPEARANCE AND REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND ORDERS

COME NOW David Going and the law firm of Armstrong Teasdale LLP, pursuant to Bankruptcy Rule 9010(b), hereby file this Notice of Appearance on behalf of TTAM 2.0, LLC in the above-referenced cause. Listed below is the additional information required by Bankruptcy Rule 9010(b):

David Going, MO #33435
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 591-4717
Facsimile: (314) 621-5065
dgoing@atllp.com

Pursuant to Bankruptcy Rule 2002, counsel also respectfully requests that copies of all documents, including but not limited to notices, pleadings, plans, proposed orders and orders which are filed with the Court in regard to this case or mailed to creditors, parties in interest, committees of creditors, or to the Debtors be mailed to counsel at the above address.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

Dated: March 25, 2025

ARMSTRONG TEASDALE LLP

By: */s/ David Going*
David Going            MO #33435
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.591.4717
314.621.5065 (Facsimile)
dgoing@armstrongteasdale.com

ATTORNEY FOR TTAM 2.0, LLC

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on March 25, 2025 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

*/s/ David Going*

2