**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**  
23andMe Holding Co.

**Debtor(s)**

**Case No.: 25–40976 – B357**  
**Chapter: 11**

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE

   The Court, having considered Katherine M. Lynn's motion for admission *pro hac vice*, has determined that cause exists to grant the relief requested. It is, therefore,

   ORDERED that the motion is GRANTED, and Katherine M. Lynn is admitted pro hac vice to the bar of this Court for the purpose of appearing in this case only.

*/s/ Brian C. Walsh*

**U. S. Bankruptcy Judge**

**Dated:** 3/25/25  
**St. Louis, Missouri**  
**Rev. 09/16 omphvbk**