# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 25-40976 |
| 23ANDME HOLDING CO., *et al.*; | ) |
| | ) Chapter 11 |
| | ) |
| | ) (Joint Administration Requested) |
| Debtors. | ) |
| | ) |
| _____ | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Joshua M. Jones, Assistant United States Attorney for said District, pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), hereby enter their appearance on behalf of the United States of America in the above-captioned bankruptcy matter.

Pursuant to Fed. R. Bankr. P. 2002(j), if the papers in the case disclose a debt to the United States other than for taxes, notices required under Rule 2002 should be mailed to the undersigned Assistant United States Attorney.

1

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ *Joshua M. Jones*
JOSHUA M. JONES #61988 MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2310
(314) 539-2287 fax
joshua.m.jones@usdoj.gov

**Certificate of Service**

Pursuant to L.R. 9004(D)(1) and L.R. 9013-1(A), the undersigned hereby certifies that on March 25, 2025, a copy of the foregoing was filed electronically and therefore served by operation of the Court's CM/ECF system upon all parties in interest participating in said system.

/s/ *Joshua M. Jones*
Assistant United States Attorney

2