UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | | |
|---|---|---|
| IN RE: | \| | Chapter 11 |
| | \| | Case No. 25-40976 |
| 23ANDME HOLDING CO., et al.,[1] | \| | |
| | \| | Joint Administration Requested |
| Debtors. | \| | |

**APPEARANCE**

Comes now Todd Rokita, Attorney General of Indiana and enters his appearance by counsel, Heather M. Crockett, Deputy Attorney General, pursuant to Bankruptcy Rule 9010(b), hereby files this Notice of Appearance on behalf of the State of Indiana, as an Interested Party, in the above-referenced cause. Listed below is the additional information required by Bankruptcy Rule 9010(b):

Heather M. Crockett
Deputy Attorney General
Office of the Attorney General of Indiana
302 W. Washington St., IGCS-5th Floor
Indianapolis, IN 46204
Phone: 317-233-6254
Fax: 317-232-7979
Heather.Crockett@atg.in.gov

Pursuant to Bankruptcy Rule 2002, counsel also respectfully requests that copies of all documents, including, but not limited to, notices, pleadings, plans, proposed orders and orders which are filed with the Court in regard to this case or

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

mailed to creditors, parties in interest, committees of creditors, or to the Debtors be mailed to counsel at the above address.

Respectfully submitted,

By: /s/ Heather M. Crockett
Heather M. Crockett
Deputy Attorney General
Indiana Office of Attorney General
IGCS-5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone: 317-233-6254
Facsimile: 317-232-7979
Email:  Heather.Crockett@atg.in.gov

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on March 26, 2025.

*/s/ Heather M. Crockett*
Heather M. Crockett

2