UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>23ANDME HOLDING CO., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-40976<br><br>(Joint Administration Requested) |

### VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Bankruptcy Rule 2090 and Rule 12.01(E) of the local rules of the United States District Court for the Eastern District of Missouri, I, Robert M. Hirsh move to be admitted pro hac vice to the bar of this court for the purpose of representing JMB Capital Partners Lending, LLC in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

a. *Full name of movant-attorney:*

Robert M. Hirsh

b. *Address and telephone number of movant-attorney:*

1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000

c. *Name of firm or letterhead under which the movant practices:*

Norton Rose Fulbright US LLP

d. *Name of law school(s) movant attended and dates(s) of graduation therefrom:*

Brooklyn Law School, 1998

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any:*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

    See Attached.

f.    Robert M. Hirsh is a member in good standing of all bars of which movant is a member and movant is not under suspension or disbarment from any bar.

g.    Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted, and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated: March 26, 2025  
       St. Louis, Missouri

Respectfully submitted,

By: */s/ Robert M. Hirsh*  
Robert M. Hirsh (*Pro Hac Vice* forthcoming)  
Norton Rose Fulbright US LLP  
1301 Avenue of the Americas  
New York, NY 10019  
Telephone: (212) 318-3000  
Facsimile: (212) 318-3400  
robert.hirsh@nortonrosefulbright.com

*Counsel for JMB Capital Partners Lending, LLC*

-and-

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Joshua Watts*  
Jeffrey Kalinowski  
Joshua Watts  
7676 Forsyth Blvd.  
Suite 2230  
St. Louis, MO 63105  
Telephone: (314) 314-505-8800  
Facsimile: (314) 505-8899  
jeffrey.kalinowski@nortonrosefulbright.com  
josh.watts@nortonrosefulbright.com

*Counsel for JMB Capital Partners Lending, LLC*

- 3 -

## CERTIFICATE OF SERVICE

    On March 26, 2025, I filed the foregoing document with the clerk of court for the United States Bankruptcy Court for the Eastern District of Missouri via CM/ECF.

                                            */s/ Joshua Watts*
                                            Joshua Watts

- 4 -

**Robert Michael Hirsh**

| US Court/State: | Admission Date: | Bar No.: |
| --- | --- | --- |
| New Jersey | 12/14/98 | 018901998 |
| New York | 12/16/98 | 2932127 |
| US District Ct. District of NJ | 12/31/98 | 018901998 |
| US District Ct. EDNY | 1/19/99 | RH5499 |
| US District Ct. NDNY | 6/14/10 | 511765 |
| US District Ct. SDNY | 1/19/99 | RH5499 |
| US District Ct. SDTX | 12/18/01 | NY5499 |
| 6th Circuit Ct. of Appeals | 1/31/23 | |