**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976 |
| Debtors. | (Joint Administration Requested) |

### VERIFIED MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Bankruptcy Rule 2090 and Rule 12.01(E) of the local rules of the United States District Court for the Eastern District of Missouri, I, Kristian W. Gluck move to be admitted pro hac vice to the bar of this court for the purpose of representing JMB Capital Partners Lending, LLC in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

a. *Full name of movant-attorney:*

   Kristian W. Gluck

b. *Address and telephone number of movant-attorney:*

   2200 Ross Ave., Suite 3600
   Dallas, TX 75201
   Telephone: (214) 855-8210

c. *Name of firm or letterhead under which the movant practices:*

   Norton Rose Fulbright US LLP

d. *Name of law school(s) movant attended and dates(s) of graduation therefrom:*

   George Mason University School of Law, 2001

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any:*

Alabama State Bar Admitted 2002, Registration number 0848K70G
Texas State Bar Admitted 2003, Registration number 24038921
New York State Bar Admitted 2017, Registration number 5519012
United States District Court for the Northern District of Texas, 2002
United States District Court for the Southern District of Texas, 2003
United States District Court for the Eastern District of Texas, 2004
United States Court of Appeals for the Fifth Circuit, 2005
United States District Court for the Western District of Texas, 2007
United States District Court for the Southern District of New York, 2018

f. Kristian W. Gluck is a member in good standing of all bars of which movant is a member and movant is not under suspension or disbarment from any bar.

g. Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted, and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated: March 26, 2025
   St. Louis, Missouri

Respectfully submitted,

By: */s/ Kristian W. Gluck*
Kristian W. Gluck (*Pro Hac Vice* forthcoming)
Norton Rose Fulbright US LLP
2200 Ross Ave., Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8210
Facsimile: (214) 855-8200
kristian.gluck@nortonrosefulbright.com

*Counsel for JMB Capital Partners Lending, LLC*

-and-

- 2 -

**NORTON ROSE FULBRIGHT US LLP**

By: /s/ Joshua Watts
Jeffrey Kalinowski
Joshua Watts
7676 Forsyth Blvd.
Suite 2230
St. Louis, MO 63105
Telephone: (314) 314-505-8800
Facsimile: (314) 505-8899
jeffrey.kalinowski@nortonrosefulbright.com
josh.watts@nortonrosefulbright.com

*Counsel for JMB Capital Partners Lending, LLC*

## CERTIFICATE OF SERVICE

On March 26, 2025, I filed the foregoing document with the clerk of court for the United States Bankruptcy Court for the Eastern District of Missouri via CM/ECF.

/s/ Joshua Watts
Joshua Watts

- 3 -