**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976 |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 16** |

# NOTICE OF FILING OF CONSOLIDATED LIST OF
# COUNSEL REPRESENTING CYBER SECURITY INCIDENT CLAIMANTS

**PLEASE TAKE NOTICE** that on March 23, 2025 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Petitions").

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, the Debtors filed with each Petition the Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (the "Top 30 List"). A copy of the Top 30 List is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that, on March 24, 2025, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases and Statements of Financial Affairs, (II) Extending the Time to Schedule the Meeting of Creditors, (III) Waiving the Requirement to File Equity Lists and Provide Notice to Equity Security Holders, (IV) Authorizing the Debtors to File (A) A Consolidated List of Counsel Representing Cyber Security Incident Claimants and (B) A Consolidated List of Other Unsecured Creditors of the Debtors, (V) Authorizing the Debtors to Prepare A Consolidated and Redacted List of Creditors in Lieu of Submitting Separate and Reformatted Creditor Matrices for Each Debtor, (VI) Approving the Manner of Notifying Creditors of the Commencement of these Chapter 11 Cases, and (VII) Granting Related Relief* [Docket No. 16] (the "Creditors Matrix and Extension Motion").

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

**PLEASE TAKE FURTHER NOTICE** that on March 26, 2025, the United States Bankruptcy Court for the Eastern District of Missouri held a hearing on the Creditors Matrix and Extension Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Creditors Matrix and Extension Motion, the Debtors are filing the Consolidated List of Counsel Representing Cyber Security Incident Claimants (the "Cyber Claimants Counsel List") attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Creditors Matrix Motion and all documents filed in the Debtors' chapter 11 cases, are available on (a) PACER at https://pacer.uscourts.gov/ and (b) the website maintained by the Debtors' proposed claims and noticing agent, Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/23andMe.

[*Reminder of page intentionally left blank*]

Dated: March 27, 2025  
St. Louis, Missouri

Respectfully submitted,

**Carmody MacDonald P.C.**
*/s/ Thomas H. Riske*  
Thomas H. Riske #61838MO  
Nathan R. Wallace #74890MO  
Jackson J. Gilkey #73716MO  
120 S. Central Avenue, Suite 1800  
St. Louis, Missouri 63105  
Telephone: (314) 854-8600  
Facsimile: (314) 854-8660  
Email: thr@carmodymacdonald.com  
nrw@carmodymacdonald.com  
jjg@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**  
Paul M. Basta (*pro hac vice* pending)  
Christopher Hopkins (*pro hac vice* pending)  
Jessica I. Choi (*pro hac vice* pending)  
Grace C. Hotz (*pro hac vice* pending)  
1285 Avenue of the Americas  
New York, New York 10019  
Telephone: (212) 373-3000  
Facsimile: (212) 757-3990  
Email: pbasta@paulweiss.com  
chopkins@paulweiss.com  
jchoi@paulweiss.com  
ghotz@paulweiss.com

*Proposed Counsel to the Debtors and Debtors in Possession*

# **Exhibit A**

Cyber Claimants Counsel List

Case 25-40976    Doc 101    Filed 03/27/25    Entered 03/27/25 13:20:43    Main Document
Pg 4 of 15

Fill in this information to identify the case:
Debtor name: 23andMe Holding Co.
United States Bankruptcy Court for the: Eastern District of Missouri
Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Counsel Representing Cyber Security Incident Claimants
12/15

The following is a consolidated alphabetical list of counsel representing cyber security incident claimants against the debtors and debtors in possession (the "Debtors"), based on the number of known pending and asserted claims (the "Top Plaintiffs' Counsel List"). Concurrently with the filing of their petitions, the Debtors have filed a motion seeking authority to file this Top Plaintiffs' Counsel List and a consolidated list of creditors holding unsecured claims against the Debtors other than holders of cyber security incident claimants, in lieu of a list of the thirty (30) largest unsecured creditors that would include individual holders of cyber security incident claimants for each of 23andMe Holding Co. The Top Plaintiffs' Counsel List does not include any person or entity who is now, or formerly was, an "insider" of the Debtors as that term is defined in 11 U.S.C. § 101(31). The Top Plaintiffs' Counsel List was prepared with information existing as of February 26, 2025. The Debtors reserve the right to amend the Top Plaintiffs' Counsel List. The information contained in the Top Plaintiffs' Counsel List shall not constitute an admission by, nor shall it be binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date. The Debtors' failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority and/or amount of any such claim.

| | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ARON LAW FIRM<br>15 W Carrillo St, Suite 217<br>Santa Barbara, CA 93101<br>United States | **ATTN**: WILLIAM ARON<br>**EMAIL**: bill@aronlawfirm.com<br>**PHONE**: (805) 618-1768, (805) 500-0759 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 2 | AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ PLLC<br>17 E. Main Street Suite 200<br>Pensacola, FL 32502<br>United States | **ATTN**: Sin-Ting Mary Liu, Bryan Aylstock, E. Samuel Geisler<br>**EMAIL**: mliu@awkolaw.com, baylstock@awkolaw.com, sgeisler@awkolaw.com<br>**PHONE**: (844) 794-7402 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 3 | BARNOW & ASSOCIATES P.C.<br>205 W Randolph St Ste 1630<br>Chicago, IL 60606<br>United States | **ATTN**: Ben Barnow, Anthony L. Parkhill<br>**EMAIL**: b.barnow@barnowlaw.com, aparkhill@barnowlaw.com<br>**PHONE**: (312) 621-2000 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 4 | BERMAN TABACCO<br>425 California St. Ste 2300<br>San Francisco CA, 94104-2208<br>United States | **ATTN**: Daniel E. Barenbaum, Christina M. Sarraf, Berman Tabacco<br>**EMAIL**: dbarenbaum@bermantabacco.com, csarraf@bermantabacco.com<br>**PHONE**: (415) 433-3200 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 5 | BONI, ZACK & SNYDER LLC<br>15 Saint Asaphs Rd,<br>Bala-Cynwyd, PA 19004<br>United States | **ATTN**: Michael J. Boni, Joshua D. Snyder, Benjamin J. Eichel<br>**EMAIL**: mboni@bonizack.com, jsnyder@bonizack.com, beichel@bonizack.com<br>**PHONE**: (610) 822-0200 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 6 | BOTTINI & BOTTINI, INC.<br>7817 Ivanhoe Ave Ste 102<br>La Jolla, CA 92037<br>United States | **ATTN**: Francis Alexander Bottini, Anne Bottini Best, Alberg Chang<br>**EMAIL**: fbottini@bottinilaw.com, abeste@bottinilaw.com, achang@bottinilaw.com<br>**PHONE**: (858) 914-2001 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 7 | BRADLEY/GROMBACHER LLP<br>31365 Oak Crest Dr. Suite 240<br>Westlake Village, CA 91361<br>United States | **ATTN**: Marcus J. Bradley, Kiley L. Grombacher<br>**EMAIL**: mbradley@bradleygrombacher.com, kgrombacher@bradleygrombacher.com<br>**PHONE**: (805) 270-7100 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 8 | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>United States | **ATTN**: Gayle M. Blatt, P. Camille Guerra, David S. Casey, Jr.<br>**EMAIL**: gmb@cglaw.com, camille@cglaw.coM, dcasey@cglaw.com<br>**PHONE**: (619) 238-1811 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |

| | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CLARKSON LAW FIRM<br>22525 Pacific Coast Hwy<br>Malibu, CA 90265<br>United States | ATTN: Ryan J. Clarkson, Yana Hart, Tiara Avaness, Valter Malkhasyan<br>EMAIL: rclarkson@clarksonlawfirm.com, yhart@clarksonlawfirm.com, tavaness@clarksonlawfirm.com, vmalkhasyan@clarksonlawfirm.com<br>PHONE: (213) 788-4050 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 10 | CLAYEO C. ARNOLD, PROFESSIONAL LAW CORP.<br>865 Howe Ave Ste 300<br>Sacramento, CA 95825<br>United States | ATTN: Michael Anderson Berry, Gregory Haroutunian, Brandon P. Jack<br>EMAIL: aberry@justice4you.com, gharoutunian@justice4you.com, bjack@justice4you.com<br>PHONE: (916) 777-7777 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 11 | COLE & VAN NOTE<br>555 12 Th Street, Suite 2100<br>Oakland, CA 94607<br>United States | ATTN: Scott Edward Cole, Laura Grace Van Note<br>EMAIL: sec@colevannote.com, lvn@colevannote.com<br>PHONE: (510) 891-9800 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 12 | COTCHETT PITRE & MCCARTHY LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>United States | ATTN: Gia Jung, Joseph W. Cotchett, Mark C. Molumphy, Tyson C. Redenbarger<br>EMAIL: gjung@cpmlegal.com, jcotchett@cpmlegal.com, mmolumphy@cpmlegal.com, tredenbarger@cpmlegal.com<br>PHONE: (650) 697-6000 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 13 | CUNEO GILBERT & LADUCA<br>4725 Wisconsin Avenue NW Suite 200<br>Washington, DC 20016<br>United States | ATTN: Charles J. LaDuca, Brendan Thompson<br>EMAIL: charles@cuneolaw.com, brendant@cuneolaw.com<br>PHONE: (202) 789-3960 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 14 | DU VERNET STEWART<br>1392 Hurontario Street<br>Mississauga, ON L5G 3H4<br>Canada | ATTN: Christopher Du Vernet, Carlin McGoogan<br>EMAIL: mcgoogan@duvernet.ca, duvernet@duvernet.ca<br>PHONE: (416) 231-1668 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 15 | EDELSBERG LAW, P.A.<br>1925 Century Park E #1700<br>Los Angeles, CA 90067<br>United States | ATTN: Scott Edelsberg, Andrew J. Shamis<br>EMAIL: scott@edelsberglaw.com, ashamis@shamisgentile.com<br>PHONE: (305) 479-2299, (305) 975-3320 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 16 | EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>United States | ATTN: Rafey S. Balabanian<br>EMAIL: rbalabanian@edelson.com<br>PHONE: (312) 589-6376 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 17 | EMPLOYEE JUSTICE LEGAL GROUP, PC<br>1001 Wilshire Boulevard<br>Los Angeles, CA 90017<br>United States | ATTN: Kaveh S. Elihu, Saima Ali Gipson<br>EMAIL: kelihu@ejlglaw.com, sali@ejlglaw.com<br>PHONE: (213) 382-2222 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 18 | FALLS LAW GROUP<br>255 Manitoba Street<br>Bracebridge ON, P1L 1S2<br>Canada | ATTN: Cara Valiquette, Jay Herbert<br>EMAIL: cara@fallslaw.ca, jay@fallslaw.ca<br>PHONE: (705) 645-3007 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |

| | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>United States | ATTN: William Federman<br>EMAIL: wbf@federmanlaw.com<br>PHONE: (405) 235-1560 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 20 | FREED KANNER LONDON & MILLEN LLC<br>923 Fayette Street<br>Conshohocken, PA 19428<br>United States | ATTN: Jonathan M. Jagher, Michael E. Moskovitz, Nia-Imara Barberousse Binns<br>EMAIL: jjagher@fklmlaw.com, mmoskovitz@fklmlaw.com, nbinns@fklmlaw.com<br>PHONE: (224) 632-4506, (610) 234-6486 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 21 | GLANCY PRONGAY & MURRAY LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>United States | ATTN: Marc L. Godino, Brian P. Murray<br>EMAIL: mgodino@glancylaw.com, bmurray@glancylaw.com<br>PHONE: (310) 201-9150 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 22 | GUSTAFSON GLUEK PLLC<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>United States | ATTN: David A. Goodwin<br>EMAIL: dgoodwin@gustafsongluek.com<br>PHONE: (612) 333-8844 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 23 | HERMAN JONES LLP<br>3424 Peachtree Road NE<br>Suite 1650<br>Atlanta, GA 30326<br>United States | ATTN: John C. Herman, Candace N. Smith<br>EMAIL: jherman@hermanjones.com, csmith@hermanjones.com<br>PHONE: (404) 504-6555 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 24 | KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.<br>135 Chestnut Ridge Rd Suite 200<br>Montvale, NJ 07645<br>United States | ATTN: Melissa R. Emert, Gary S. Graifman,<br>EMAIL: memert@kgglaw.com, ggraifman@kgglaw.com<br>PHONE: (845) 356-2570 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 25 | KAPLAN FOX & KILSHEIMER LLP<br>1999 Harrison Street<br>Suite 1560<br>Oakland, CA 94612<br>United States | ATTN: Laurence D. King, Matthew B. George, Blair E. Reed<br>EMAIL: lking@kaplanfox.com, mgeorge@kaplanfox.com, breed@kaplanfox.com<br>PHONE: (415) 772-4700 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 26 | KAZEROUNI LAW GROUP<br>245 Fischer Ave Ste D1,<br>Costa Mesa, CA 92626<br>United States | ATTN: Abbas Kazerounian, Mona Amini<br>EMAIL: ak@kazlg.com, mona@kazlg.com<br>PHONE: (800) 400-6808 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 27 | KELLER ROHRBACK LLP<br>801 Garden St Ste 301,<br>Santa Barbara, CA 93101<br>United States | ATTN: Chris Springer, Cari Campen Laufenberg, Gretchen Freeman Cappio<br>EMAIL: cspringer@kellerrohrback.com, claufenberg@kellerrohrback.com, gcappio@kellerrohrback.com<br>PHONE: (805) 456-1496, (206) 623-1900 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 28 | KLEINE PC<br>95 3rd St Fl 9048 # 2,<br>San Francisco, CA 94103-3103<br>United States | ATTN: Benjamin H. Kleine<br>EMAIL: ben@kleinepc.com<br>PHONE: (415) 465-5655 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |

| | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29 | KND COMPLEX LITIGATION<br>2300 Younge St<br>Suite 401<br>Toronto ON, M4P LE4<br>Canada | ATTN: Eli Karp, Sage Nematollaha<br>EMAIL: ek@knd.law, sn@knd.law<br>PHONE: (416) 507-6592 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 30 | KOPELITZ OSTROW FERGUSON WEISELBERG GILBERT<br>1 W Las Olas Blvd Ste 500,<br>Fort Lauderdale, FL 33301<br>United States | ATTN: Jeff Ostrow<br>EMAIL: ostrow@kolawyers.com<br>PHONE: (954) 525-4100 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 31 | KP LAW LTD. (UK)<br>81 Chancery Lane<br>London, WC3A 1DD<br>United Kingdom | ATTN: Kingsley Hayes, Lucy Burrows, Kajal Patel, Thiago Lopes<br>EMAIL: kingsley.hayes@kpl.co.uk, lucy.burrows@kpl.co.uk, kajal.patel@kpl.co.uk, thiago.lopes@kpl.co.uk<br>PHONE: (020) 8057-7480 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 32 | LABATON KELLER SUCHAROW LLP<br>140 Broadway<br>New York NY, 10005<br>United States | ATTN: Melissa Nafash<br>EMAIL: mnafash@labaton.com<br>PHONE: (212) 907-0861 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 33 | LAUKAITIS LAW LLC<br>954 Ave Ponce De Leon Suite 205,<br>San Juan, PR 00907<br>Puerto Rico | ATTN: Kevin Laukaitis<br>EMAIL: klaukaitis@laukaitislaw.com<br>PHONE: (215) 789-4462 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 34 | LAW OFFICE OF COURTNEY WEINER PLLC<br>1629 K St NW Ste 300<br>Washington, DC 20006<br>United States | ATTN: Courtney L. Weiner<br>EMAIL: cw@courtneyweinerlaw.com<br>PHONE: (202) 827-9980 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 35 | LAW OFFICES OF PAUL WHALEN, PC<br>565 Plandome Road 212<br>Manhasset, NY 11030<br>United States | ATTN: Paul Whalen<br>EMAIL: paul@paulwhalen.com<br>PHONE: (516) 426-6870 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 36 | LEVI & KORSINSKY<br>33 Whitehall St.<br>17th Floor<br>New York NY, 10004<br>United States | ATTN: Mark S. Reich, Eduard Korsinsky, Colin Brown<br>EMAIL: mreich@zlk.com, ek@zlk.com, cbrown@zlk.com<br>PHONE: (212) 363-7500 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 37 | LEVIN SEDRAN & BERMAN LLP<br>510 Walnut Street 5th Floor<br>Philadelphia, PA  19106<br>United States | ATTN: Charles Schaffer<br>EMAIL: cschaffer@lfsblaw.com<br>PHONE: (215) 592-1500 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 38 | LEXINGTON LAW GROUP, LLP<br>503 Divisadero St<br>San Francisco, CA 94117<br>United States | ATTN: Mark Todzo<br>EMAIL: mtodzo@lexlawgroup.com<br>PHONE: (415) 913-7800 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |

| | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 39 | LIEFF CABRASER HEIMANN & BERNSTEIN AND ROBBINS GELLER<br>275 Battery St<br>San Francisco, CA 94111<br>United States | ATTN: Elizabeth J. Cabraser, Michael W. Sobol, Melissa A. Gardner, Jallé Dafa<br>EMAIL: ecabraser@lchb.com, msobol@lchb.com, mgardner@lchb.com, jdafa@lchb.com<br>PHONE: (415) 956-1000 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 40 | LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Ave S Ste 2200<br>Minneapolis, MN 55401<br>United States | ATTN: Karen Hanson Riebel, Kate Baxter-Kauf, Maureen Kane Berg<br>EMAIL: khriebel@locklaw.com, kmbaxter-kauf@locklaw.com, mkberg@locklaw.com<br>PHONE: (612) 339-6900 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 41 | LONGMAN LAW, P.C.<br>354 Eisenhower Parkway<br>Suite 1800<br>Livingston NJ, 07039<br>United States | ATTN: Howard T. Longman<br>EMAIL: HLongman@Longman.Law<br>PHONE: (973) 994-2315 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 42 | LYNCH CARPENTER LLP<br>111 W. Washington St.<br>Suite 1240<br>Chicago, IL 60602<br>United States | ATTN: Gary F. Lynch, Katrina Carroll<br>EMAIL: gary@lcllp.com, katrina@lcllp.com<br>PHONE: (312) 750-1265, (412) 322-9243 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 43 | MASON LLP<br>5335 Wisconsin Ave NW Ste 640<br>Washington, DC 20015<br>United States | ATTN: Gary E. Mason<br>EMAIL: gmason@masonllp.com<br>PHONE: (202) 256-8540 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 44 | MCSHANE & BRADY, LLC<br>1656 Washington St Ste 120<br>Kansas City, MO 64108<br>United States | ATTN: Maureen M. Brady, Lucy McShane<br>EMAIL: mbrady@mcshanebradylaw.com, lmcshane@mcshanebradylaw.com<br>PHONE: (816) 888-8010 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 45 | MIGLIACCIO & RATHOD LLP<br>412 H Street NE<br>Washington, DC 20002<br>United States | ATTN: Matthew Smith, Jason S. Rathod<br>EMAIL: msmith@classlawdc.com<br>PHONE: (202) 470-3520, (831) 687-8255 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 46 | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN<br>3833 Central Ave.<br>St. Petersburg, FL 33713<br>United States;<br>221 W. Monroe Street<br>Suite 2100<br>Chicago, IL 60606<br>United States;<br>280 S. Beverly Dr.<br>Beverly Hills, CA 90212<br>United States | ATTN: Jonathan B. Cohen, Gary M. Klinger, Daniel K. Bryson, John J. Nelson<br>EMAIL: jcohen@milberg.com, gklinger@milberg.com, dbryson@milberg.com, jnelson@milberg.com<br>PHONE: (865) 247-0080, (866) 252-0878, (858) 209-6941 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 47 | NEAL & HARWELL<br>1201 Demonbreun St.<br>Suite 1000<br>Nashville, TN 37203<br>United States | ATTN: Charles Barrett, Daniella Bhadare-Valente, Morgan L. Burkett<br>EMAIL: cbarrett@nealharwell.com, dbhadare-valente@nealharwell.com, mburkett@nealharwell.com<br>PHONE: (615) 244-1713 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 48 | PIERCE GORE LAW FIRM<br>315 Montgomery Street<br>10th Floor<br>San Francisco, CA 94104<br>United States | ATTN: Ben F. Pierce Gore<br>EMAIL: piercegore@gmail.com<br>PHONE: (408) 806-4600 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |

| | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 49 | POTTER HANDY LLP<br>100 Pine St, Ste 1250<br>San Francisco, CA 94111-5235<br>United States | ATTN: Mark Potter, Barry Walker, Jim Treglio, Christina Carson, Tehniat Zaman<br>EMAIL: mark@potterhandy.com, jimt@potterhandy.com, ChrisC@potterhandy.com, tehniatz@potterhandy.com<br>PHONE:(909) 731-3865 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 50 | POULIN \| WILLEY \| ANASTOPOULO, LLC<br>32 Ann St<br>Charleston, SC 29403-6212<br>United States | ATTN: Eric M. Poulin, Blake G. Abbott, Paul J. Doolittle<br>EMAIL: eric.poulin@poulinwilley.com, blake.abbott@poulinwilley.com, paul.doolittle@poulinwilley.com<br>PHONE: (803) 222-2222 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 51 | REESE LLP<br>8484 Wilshire Blvd, Ste 515<br>Beverly Hills, CA 90211-3235<br>United States | ATTN: George V. Granade, Michael R. Reese, Charles D. Moore, Kevin Laukaitis, Sue Nam<br>EMAIL: ggranade@reesellp.com, mreese@reesellp.com, cmoore@reesellp.com, klaukaitis@laukaitislaw.com, snam@reesellp.com<br>PHONE: (310) 393-0070, (212) 643-0500, (212) 643-0500, (215) 789-4462 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 52 | ROBBINS GELLER RUDMAN & DOWD, LLP<br>225 NE Mizner Boulevard<br>Suite 720<br>Boca Raton, FL 33432<br>United States | ATTN:Dorothy P. Antullis, Stuart A. Davidson, Lindsey H. Taylor, Nicolle B. Brito, Alexander C. Cohen<br>EMAIL: dantullis@rgrdlaw.com, sdavidson@rgrdlaw.com, ltaylor@rgrdlaw.com, nbrito@rgrdlaw.com, acohen@rgrdlaw.com<br>PHONE: (561) 750-3000 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 53 | SALTZ, MONGELUZZI & BENDESKY, PC<br>1650 Market St O<br>Philadelphia, PA 19103<br>United States | ATTN: Simon B. Paris, Patrick Howard<br>EMAIL: sparis@smbb.com, phoward@smbb.com<br>PHONE: (215) 575-3986, (215) 575-3895 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 54 | SCHUBERT JONCKHEER & KOLBE LLP<br>2001 Union St Ste 200<br>San Francisco, CA 94123<br>United States | ATTN: Robert C. Schubert, Willem F. Jonckheer, Amber L. Schubert<br>EMAIL: Rschubert@Sjk.Law, Wjonckheer@Sjk.Law, aschubert@sjk.law<br>PHONE: (415) 788-4220 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 55 | SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>230 Park Ave, 24th Floor<br>New York, NY 10169<br>United States | ATTN: Joseph P. Guglielmo, Carey Alexander<br>EMAIL: jguglielmo@scott-scott.com, calexander@scott-scott.com<br>PHONE: (212) 223-6444 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 56 | SROURIAN LAW FIRM, P.C.<br>3435 Wilshire Blvd Ste 1710<br>Los Angeles, CA 90010<br>United States | ATTN: Daniel Srourian<br>EMAIL: daniel@slfla.com<br>PHONE: (213) 474-3800 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 57 | STUEVE SIEGEL HANSON LLP<br>460 Nichols Road Suite 200<br>Kansas City, MO 64112<br>United States | ATTN: Norman E. Siegel, J. Austin Moore, Brandi Spates<br>EMAIL: siegel@stuevesiegel.com, moore@stuevesiegel.com, spates@stuevesiegel.com<br>PHONE: (816) 714-7112, (816) 714-7114 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 58 | SULTZER & LIPARI, PLLC<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, NY 12601<br>United States | ATTN: Jason P. Sultzer, Esq.<br>EMAIL: sultzerj@thesultzerlawgroup.com<br>PHONE: (845) 483-7100 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |

| | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 59 | THE GOOD LAW GROUP  800 E Northwest Hwy Suite 814  Palatine, IL 60074  United States | **ATTN:** Ross Michael Good  **EMAIL:** ross@thegoodlawgroup.com  **PHONE:** (847) 600-9576 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 60 | THE GRANT LAW FIRM, PLLC  521 Fifth Avenue  17th Floor  New York, NY 10175  United States | **ATTN:** Lynda J. Grant  **EMAIL:** lgrant@grantfirm.com  **PHONE:** (212) 292-4441 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 61 | THE MEHDI FIRM LLP  201 Mission Street  Suite 1200  San Francisco, CA 94105  United States | **ATTN:** Azra Z. Mehdi  **EMAIL:** azram@themehdifirm.com  **PHONE:** (415) 293-8039 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 62 | TOSTRUD LAW GROUP PC  1925 Century Park E, Ste 2100  Los Angeles, CA 90067-2722  United States | **ATTN:** Jon Tostrud  **EMAIL:** jtostrud@tostrudlaw.com  **PHONE:** (310) 278-2600 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 63 | TYCKO & ZAVAREEI, LLP  2000 Pennsylvania Ave NW Ste 1010  Washington, DC 20006  United States;  1970 Broadway Ave, Suite 1070  Oakland, CA 94612  United States | **ATTN:** Andrea Gold, David W. Lawler, Hassan A. Zavareei, Glenn E. Chappell, Leora N. Friedman  **EMAIL:** agold@tzlegal.com, hzavareei@tzlegal.com, gchappell@tzlegal.com, dlawler@tzlegal.com, lfriedman@tzlegal.com  **PHONE:** (202) 973-0900, (510) 254-6808 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 64 | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP  750 B St Ste 1820,  San Diego, CA 92101  United States | **ATTN:** Rachele R. Byrd  **EMAIL:** byrd@whafh.com  **PHONE:** (619) 239-4599 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 65 | WUCETICH & KOROVILAS LLP  222 Pacific Coast Highway  El Segundo, CA 90245  United States | **ATTN:** Jason M. Wucetich, Dimitrios V. Korovilas  **EMAIL:** Jason@Wukolaw.com, Dimitri@Wukolaw.com  **PHONE:** (310) 335-2000 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 66 | YANNI LAW  501 W Broadway Ste. 800  San Diego, California 92101  United States | **ATTN:** John Christian Bohren  **EMAIL:** yanni@bohrenlaw.com  **PHONE:** (619) 433-2803 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 67 | YLAW GROUP  410-1122 Mainland Street  Vancouver BC, V6B 5L1  Canada | **ATTN:** Leena Yousefi, Dana Rogers  **EMAIL:** leena@ylaw.ca, dana@ylaw.ca  **PHONE:** (604) 974-9529 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 68 | ZINNS LAW, LLC  4243 Dunwoody Club Dr, Ste 104  Atlanta, GA 30350-5206  United States | **ATTN:** Sharon J. Zinns  **EMAIL:** sharon@zinnslaw.com  **PHONE:** (404) 882-9002 | Cyber Security Incident Claims | Contingent/ Unliquidated/ Disputed | | | Undetermined |

# Exhibit B

## Top 30 List

Fill in this information to identify the case:
Debtor name: 23andMe Holding Co.
United States Bankruptcy Court for the: Eastern District of Missouri
Case number (If known): _____

¨ Check if this is an amended filing

Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NGI LABCORP (NATIONAL GENETICS INSTITUTE)<br>2440 S SEPULVEDA BLVD<br>SUITE 100<br>LOS ANGELES, CA 90064<br>UNITED STATES | ADAM SCHECHTER<br>CEO<br>EMAIL - SCHECHA@LABCORP.COM<br>PHONE - (800) 343-4407 | TRADE CLAIM | | | | $ 1,193,437 |
| 2 | JELLYFISH US LIMITED<br>1201 WILLS ST., SUITE 600<br>BALTIMORE, MD 21231<br>UNITED STATES | NICK EMERY<br>CEO<br>EMAIL - NICK.EMERY@JELLYFISH.COM<br>PHONE - +44 20 3970 0248 | TRADE CLAIM | | | | $ 382,544 |
| 3 | BLUE SHIELD OF CALIFORNIA<br>PO BOX 749415<br>LOS ANGELES, CA 90074-9415<br>UNITED STATES | LOIS QUAM<br>CEO<br>PHONE - (844) 831-4133 | TRADE CLAIM | | | | $ 339,925 |
| 4 | KAISER FOUNDATION HEALTH PLAN NORTHERN CA<br>FILE 5915<br>LOS ANGELES, CA 90074-5915<br>UNITED STATES | DREW ALTMAN<br>PRESIDENT & CEO<br>EMAIL - DALTMAN@KFF.ORG<br>PHONE - (650) 854-9400 | TRADE CLAIM | | | | $ 205,155 |
| 5 | POWER DIGITAL MARKETING, INC.<br>2251 SAN DIEGO AVENUE, SUITE A250<br>SAN DIEGO, CA 92110<br>UNITED STATES | JOHN TAUMOEPEAU<br>COO<br>EMAIL - JOHN@POWERDIGITALMARKETING.COM<br>PHONE - (503) 484-0548 | TRADE CLAIM | | | | $ 194,506 |
| 6 | ALOM TECHNOLOGIES CORPORATION<br>PO BOX 5040<br>SAN JOSE, CA 95150-5040<br>UNITED STATES | HANNAH KAIN<br>PRESIDENT & CEO<br>EMAIL - HKAIN@ALOM.COM<br>PHONE - (510) 360-3694 | TRADE CLAIM | | | | $ 183,507 |
| 7 | KATIE COURIC MEDIA, LLC<br>100 CROSBY ST<br>SUITE 301<br>NEW YORK, NY 10012<br>UNITED STATES | COURTNEY LITZ<br>EVP<br>EMAIL - COURTNEY@KATIECOURIC.COM<br>PHONE - (212) 253-9493 | TRADE CLAIM | | | | $ 175,000 |
| 8 | DATASITE LLC<br>733 S MARQUETTE AVE<br>SUITE 600<br>MINNEAPOLIS, MN 55402<br>UNITED STATES | RUSTY WILEY<br>CEO<br>EMAIL - RUSTY.WILEY@DATASITE.COM<br>PHONE - (407) 352-2732 | TRADE CLAIM | | | | $ 167,650 |
| 9 | RIGHT SIDE UP LLC<br>9901 BRODIE LANE SUITE 160, PMB 515<br>AUSTIN, TX 78748<br>UNITED STATES | TYLER ELLISTON<br>CEO<br>EMAIL - TYLER@RIGHTSIDEUP.COM<br>PHONE - (415) 882-7765 | TRADE CLAIM | | | | $ 84,645 |
| 10 | WILSON SONSINI GOODRICH & ROSATI, PROFESSIONAL CORPORATION<br>P.O.BOX 742866<br>LOS ANGELES, CA 90074-2866<br>UNITED STATES | ARIELA TANNENBAUM<br>CFO<br>EMAIL - ATANNENBAUM@WSGR.COM<br>PHONE - (650) 493-9300 | TRADE CLAIM | | | | $ 60,441 |

| | Name | Contact | Nature of Claim | Indicator | | | Amount |
|---|---|---|---|---|---|---|---|
| 11 | ADVANCED CHEMICAL TRANSPORT<br>967 MABURY RD<br>SAN JOSE, CA 95133<br>UNITED STATES | WALTER SINGER<br>CEO<br>EMAIL - WSINGER@ACTENVIRO.COM<br>PHONE - (408) 548-5050 | TRADE CLAIM | | | | $ 58,149 |
| 12 | 221 N MATHILDA, LLC<br>ONE MARKET PLAZA, SPEAR TOWER, SUITE 4125<br>SAN FRANCISCO, CA 94105<br>UNITED STATES | DAVE PICKERING<br>CFO<br>EMAIL - DPICKERING@SPEARSTREETCAPITAL.COM<br>PHONE - (415) 222-7420 | CONTRACT REJECTION | CONTINGENT,<br>UNLIQUIDATED,<br>DISPUTED | | | UNDETERMINED |
| 13 | AGANITHA AI INC.<br>777 FIRST ST., #519<br>GILROY, CA 95020-4918<br>UNITED STATES | VIKRAM DUVVOORI<br>CEO<br>EMAIL - VIKRAMD@AGANITHA.AI<br>PHONE - (408) 523-8406 | TRADE CLAIM | UNLIQUIDATED | | | UNDETERMINED |
| 14 | ALLIED UNIVERSAL SECURITY SERVICES<br>P.O. BOX 828854<br>PHILADELPHIA, PA 19182-8854<br>UNITED STATES | TIM BRANDT<br>CFO<br>EMAIL - TIM.BRANDT@AUS.COM<br>PHONE - (949) 713-6316 | TRADE CLAIM | UNLIQUIDATED | | | UNDETERMINED |
| 15 | BRAINTREE<br>2211 NORTH FIRST STREET<br>SAN JOSE, CA 95131<br>UNITED STATES | JAMIE MILLER<br>CFO & COO<br>EMAIL - JMILLER@PAYPAL.COM<br>PHONE - (408) 967-1000 | TRADE CLAIM | UNLIQUIDATED | | | UNDETERMINED |
| 16 | CONVERGE TECHNOLOGY SOLUTIONS US, LLC<br>P.O. BOX 23623<br>NEW YORK, NY 10087-3623<br>UNITED STATES | GREG BERARD<br>CEO<br>EMAIL - GBERARD@CONVERGETP.COM<br>PHONE - (678) 250-7123 | TRADE CLAIM | UNLIQUIDATED | | | UNDETERMINED |
| 17 | COREWEAVE, INC.<br>101 EISENHOWER PARKWAY<br>SUITE 106<br>ROSELAND, NJ 07068<br>UNITED STATES | NITIN AGRAWAL<br>CFO<br>EMAIL - NITINAGRAWAL@COREWEAVE.COM<br>PHONE - (917)-373-3740 | CONTRACT REJECTION | CONTINGENT,<br>UNLIQUIDATED,<br>DISPUTED | | | UNDETERMINED |
| 18 | DELTA DENTAL OF CALIFORNIA<br>PO BOX 44460<br>SAN FRANCISCO, CA 94144-0460<br>UNITED STATES | SARAH CHAVARRIA<br>CEO<br>EMAIL - SCHAVARRIA@DELTA.ORG<br>PHONE - (800) 632-8555 | TRADE CLAIM | UNLIQUIDATED | | | UNDETERMINED |
| 19 | FULGENT THERAPEUTICS, LLC<br>P.O. BOX 748677<br>LOS ANGELES, CA 90074-8677<br>UNITED STATES | MING HSIEH<br>CEO<br>EMAIL - MINGHSIEH@FULGENTGENETICS.COM<br>PHONE - (503) 999-5576 | TRADE CLAIM | UNLIQUIDATED | | | UNDETERMINED |
| 20 | GOOGLE, INC. - ADWORDS<br>P.O. BOX 883654<br>LOS ANGELES, CA 90088-3654<br>UNITED STATES | SUNDAR PICHAI<br>CEO<br>EMAIL - SUNDAR@GOOGLE.COM<br>PHONE - (650) 253-0000 | TRADE CLAIM | UNLIQUIDATED | | | UNDETERMINED |
| 21 | JUICE MEDIA, INC.<br>4094 GLENCOE AVE<br>MARINA DEL REY, CA 90292<br>UNITED STATES | MARK ZAMUNER<br>CEO<br>EMAIL - MARK@JUICEMEDIA.IO<br>PHONE - (310) 439-5515 | TRADE CLAIM | UNLIQUIDATED | | | UNDETERMINED |
| 22 | KR OP TECH, LLC<br>12200 WEST OLYMPIC BLVD., SUITE 200<br>LOS ANGELES, CA 90064<br>UNITED STATES | ANGELA AMAN<br>CEO<br>EMAIL - AAMAN@KILROYREALTY.COM<br>PHONE - (415) 808-6011 | CONTRACT REJECTION | CONTINGENT,<br>UNLIQUIDATED,<br>DISPUTED | | | UNDETERMINED |
| 23 | LINKEDIN CORPORATION<br>62228 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693-0622<br>UNITED STATES | RYAN ROSLANSKY<br>CEO<br>EMAIL - RROSLANSKY@LINKEDIN.COM<br>PHONE - (866) 533-4332 | TRADE CLAIM | UNLIQUIDATED | | | UNDETERMINED |
| 24 | META PLATFORMS, INC.<br>15161 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693<br>UNITED STATES | MARK ZUCKERBURG<br>CEO<br>EMAIL - MARKZUCKERBURG@FB.COM<br>PHONE - (650) 543-4800 | TRADE CLAIM | UNLIQUIDATED | | | UNDETERMINED |

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | MOVIANTO<br>KELTENWEG 70<br>OSS, 5342 LP OSS<br>NETHERLANDS | THOMAS CREUZBERGER<br>CEO<br>EMAIL - THOMAS.CREUZBERGER@MOVIANTO.COM<br>PHONE - (31041) 240-6420 | TRADE CLAIM | UNLIQUIDATED | | UNDETERMINED |
| 26 | MIGLIACCIO & RATHOD LLP<br>412 H ST. NE<br>WASHINGTON, DC 20002<br>UNITED STATES;<br>201 SPEAR ST<br>UNIT 1100<br>SAN FRANCISCO, CA 94105<br>UNITED STATES | NICHOLAS MIGLIACCIO, JASON RATHOD<br>EMAIL - NMIGLIACCIO@CLASSLAWDC.COM, JRATHOD@CLASSLAWDC.COM<br>PHONE - (202) 470-3510 | PIXEL LITIGATION | CONTINGENT,<br>UNLIQUIDATED,<br>DISPUTED | | UNDETERMINED |
| 27 | SUREFOX NORTH AMERICAN<br>P.O. BOX 610028<br>DALLAS, TX 75261<br>UNITED STATES | JOSHUA SZOTT<br>CEO<br>EMAIL - JOSHUA.SZOTT@SUREFOX.COM<br>PHONE - (888) 767-7665 | TRADE CLAIM | UNLIQUIDATED | | UNDETERMINED |
| 28 | TELUS INTERNATIONAL SERVICES LIMITED<br>VOXPRO HOUSE POINT VILLAGE EAST WALL ROAD<br>DUBLIN, 1 D01X7H6 CO.<br>IRELAND | MICHAEL RINGMAN<br>CIO<br>EMAIL - MICHAEL.RINGMAN@TELUSINTERNATIONAL.COM<br>PHONE - (604) 327-2371 | TRADE CLAIM | UNLIQUIDATED | | UNDETERMINED |
| 29 | WOOT SERVICES LLC<br>4121 INTERNATIONAL PARKWAY<br>SUITE 900<br>CARROLLTON, TX 75007<br>UNITED STATES | KENT STEWART<br>CEO<br>EMAIL - KSTEWART@WOOT.COM<br>PHONE - (214) 445-2848 | TRADE CLAIM | UNLIQUIDATED | | UNDETERMINED |
| 30 | WORKDAY, INC<br>P.O. BOX 886106<br>LOS ANGELES, CA 90088-6106<br>UNITED STATES | CARL ESCHENBACK<br>CEO<br>EMAIL - CARL.ESCHENBACH@WORKDAY.COM<br>PHONE - (925) 951-9522 | TRADE CLAIM | UNLIQUIDATED | | UNDETERMINED |