**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br><br> 23ANDME HOLDING CO., <br><br>              Debtor. <br> Tax ID No. 87-1240344 | Chapter 11 <br><br> Case No. 25-40976-357 <br><br> Joint Administration Requested |
| In re: <br><br> 23ANDME, INC., <br><br>              Debtor. <br> Tax ID No. 20-4857371 | Chapter 11 <br><br> Case No. 25-40977-357 <br><br> Joint Administration Requested |
| In re: <br><br> 23ANDME PHARMACY HOLDINGS, INC., <br><br>              Debtor. <br> Tax ID No. 93-3084690 | Chapter 11 <br><br> Case No. 25-40978-357 <br><br> Joint Administration Requested |
| In re: <br><br> LEMONAID COMMUNITY PHARMACY, INC., <br><br>              Debtor. <br> Tax ID No. 85-1117330 | Chapter 11 <br><br> Case No. 25-40979-357 <br><br> Joint Administration Requested |
| In re: <br><br> LEMONAID HEALTH, INC., <br><br>              Debtor. <br> Tax ID No. 87-4006739 | Chapter 11 <br><br> Case No. 25-40980-357 <br><br> Joint Administration Requested |

| | |
|---|---|
| In re:<br><br>LEMONAID PHARMACY HOLDINGS INC.,<br><br>                     Debtor.<br>Tax ID No. 87-1286500 | Chapter 11<br><br>Case No. 25-40981-357<br><br>Joint Administration Requested |
| In re:<br><br>LPHARM CS LLC,<br><br>                       Debtor.<br>Tax ID No. 87-1381125 | Chapter 11<br><br>Case No. 25-40982-357<br><br>Joint Administration Requested |
| In re:<br><br>LPHARM INS LLC,<br><br>                       Debtor.<br>Tax ID No. 87-1429800 | Chapter 11<br><br>Case No. 25-40983-357<br><br>Joint Administration Requested |
| In re:<br><br>LPHARM RX LLC,<br><br>                       Debtor.<br>Tax ID No. 87-1397746 | Chapter 11<br><br>Case No. 25-40984-357<br><br>Joint Administration Requested |
| In re:<br><br>LPRXONE LLC,<br><br>                       Debtor.<br>Tax ID No. 87-1453447 | Chapter 11<br><br>Case No. 25-40975-357<br><br>Joint Administration Requested |

| | |
|---|---|
| In re:<br><br>LPRXTHREE LLC,<br><br>                Debtor.<br>Tax ID No. 87-1483852 | Chapter 11<br><br>Case No. 25-40985-357<br><br>Joint Administration Requested |
| In re:<br><br>LPRXTWO LLC,<br><br>                Debtor.<br>Tax ID No. 87-1471595 | Chapter 11<br><br>Case No. 25-40986-357<br><br>Joint Administration Requested |

**ORDER (I) DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the Debtors for entry of an order (this "Order") (a) directing the joint administration of the Debtors' chapter 11 cases and (b) granting related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and rule 9.01(B)(1) of the Local Rules of the United States District Court for the Eastern District of Missouri; and this Court having found that this is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED in that:

2. The above-captioned cases shall be administered jointly under Case No. 25-40976 in accordance with the provisions of Bankruptcy Rule 1015(b). All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in Case No. 25-40976.

3. All pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption in the following form:

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976-357 |
| Debtors. | Jointly Administered |

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

4. The foregoing caption satisfies the requirements of section 342(c)(1) of the Bankruptcy Code.

5. A docket entry shall be made in the chapter 11 cases of each Debtor (except that of Debtor 23andMe Holding Co.) substantially as follows:

> An order has been entered in this case directing the joint administration of the chapter 11 cases of 23andMe Holding Co., 23andMe, Inc., 23andMe Pharmacy Holdings, Inc., Lemonaid Community Pharmacy, Inc., Lemonaid Health, Inc., Lemonaid Pharmacy Holdings Inc., LPharm CS LLC, LPharm INS LLC, LPharm RX LLC, LPRXOne LLC, LPRXThree LLC, and LPRXTwo LLC. **The docket in the chapter 11 case of 23andMe Holding Co., Case No. 25-40976**, should be consulted for all matters affecting these cases.

6. Any creditor, debtor, or other party filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

7. One consolidated docket, one file, and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of the Court.

8. Separate claims registers shall be maintained from the date of this Order forward for all claims in the chapter 11 cases of each Debtor. Counsel for the Debtors shall consult with the Clerk of the Court to prepare applicable forms, notices, and procedures to effectuate this provision (including a standard form for a proof of claim specific for these cases and instructions and bar date notices for submitting proof of claims).

9. One mailing matrix shall be maintained for all cases, which the Debtors' counsel shall file as required under this Court's Local Rules. Subject to the terms of any order of the Court to the contrary, the matrix shall include all names and addresses comprising the most current list of the Debtors' creditors. The matrix shall be maintained in the electronic record for the chapter 11 case of 23andMe Holding Co., Case No. 25-40976.

10. The Debtors shall file monthly operating reports as may be arranged and agreed to between the Debtors and the U.S. Trustee. Such parties may agree to file a single joint monthly

operating report with segregated data specific to each Debtor. Each Debtor shall remain liable for its own U.S. Trustee fees under 28 U.S.C. § 1930.

11. Nothing in the Motion or in this Order is intended or shall be deemed or otherwise construed as directing or otherwise effecting a substantive consolidation of the Debtors' estates and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

12. Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

13. No later than two business days after the date of this Order, the Debtors shall serve on the Notice Parties a copy of the Order and shall file a certificate of service no later than 24 hours after service.

14. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

15. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

16. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: March 27, 2025
St. Louis, Missouri
cjs

_____
Brian C. Walsh
United States Bankruptcy Judge

**Order Prepared By:**

**Carmody MacDonald P.C.**
Thomas H. Riske #61838MO
Nathan R. Wallace #74890MO
Jackson J. Gilkey #73716MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone:     (314) 854-8600
Facsimile:     (314) 854-8660
Email:         thr@carmodymacdonald.com
               nrw@carmodymacdonald.com
               jjg@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (*pro hac vice* pending)
Christopher Hopkins (*pro hac vice* pending)
Jessica I. Choi (*pro hac vice* pending)
Grace C. Hotz (*pro hac vice* pending)
1285 Avenue of the Americas
New York, New York 10019
Telephone:     (212) 373-3000
Facsimile:     (212) 757-3990
Email:         pbasta@paulweiss.com
               chopkins@paulweiss.com
               jchoi@paulweiss.com
               ghotz@paulweiss.com

*Proposed Counsel to the Debtors and Debtors in Possession*