**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

**In re:**                                       **Case No.: 25‑40976 – B357**

23andMe Holding Co.                    **Chapter: 11**

**Debtor(s)**

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

    The Court, having considered Robert J. Lemons's motion for admission *pro hac vice*, has determined that cause exists to grant the relief requested. It is, therefore,

    ORDERED that the motion is GRANTED, and Robert J. Lemons is admitted pro hac vice to the bar of this Court for the purpose of appearing in this case only.

**U. S. Bankruptcy Judge**

**Dated:** 3/25/25
**St. Louis, Missouri**
**Rev. 09/16 omphvbk**

United States Bankruptcy Court

Eastern District of Missouri

In re:                                                                    Case No. 25-40976-bcw

23andMe Holding Co.                                                       Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0865-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2025 | Form ID: omphvbk | Total Noticed: 8 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 23andMe Holding Co., 870 Market Street, Room 415, San Francisco, CA 94102-3010 |
| aty | + | Christopher Hopkins, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Grace C Hotz, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Jessica I Choi, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Justin Simms, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Lauren Castillo, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Paul M. Basta, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | William A. Clareman, 1285 Avenue of the Americas, New York, NY 10019-6031 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carole J. Ryczek | |
| | on behalf of U.S. Trustee Office of US Trustee carole.ryczek@usdoj.gov |
| Joseph Richard Schlotzhauer | |
| | on behalf of U.S. Trustee Office of US Trustee joseph.schlotzhauer@usdoj.gov |
| Lawrence E. Parres | |
| | on behalf of Debtor 23andMe Holding Co. lparres@lewisrice.com  larry-parres-3537@ecf.pacerpro.com |

Nathan R Wallace
                    on behalf of Debtor 23andMe Holding Co. nrw@carmodymacdonald.com
                    kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Office of US Trustee
                    USTPRegion13.SL.ECF@USDOJ.gov

Robert E Eggmann, III
                    on behalf of Debtor 23andMe Holding Co. ree@carmodymacdonald.com
                    thr@carmodymacdonald.com;ala@carmodymacdonald.com;kxd@carmodymacdonald.com

Thomas H Riske
                    on behalf of Debtor 23andMe Holding Co. thr@carmodymacdonald.com
                    kxd@carmodymacdonald.com;ala@carmodymacdonald.com


TOTAL: 7