# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | Case No. 25-40976-169 |
| **23andMe Holding Co.,** | § | |
| | § | Chapter 11 |
| Debtor. | § | |

## ORDER OF TRANSFER

Upon careful review of the record in this case, it is

**ORDERED** that the Clerk of the Court is directed to take the necessary steps to transfer this Chapter 11 bankruptcy proceeding, as well as its affiliated bankruptcy proceedings, to another judge of this Court.

_____
BONNIE L. CLAIR
Chief United States Bankruptcy Judge

DATED: March 25, 2025
St. Louis, Missouri
mtc

Copies to:

**23andMe Holding Co.**
870 Market Street
Room 415
San Francisco, CA 94102

**23andMe Pharmacy Holdings, Inc.**
870 Market Street
Room 415
San Francisco, CA 94102

**Lemonaid Pharmacy Holdings Inc.**
1701 Macklind Ave.
Suite 300
St. Louis, MO 63110

**Lemonaid Community Pharmacy, Inc.**
7580 Watson Road
Shrewsbury, MO 63119

**Lemonaid Health, Inc.**
870 Market Street
Room 415
San Francisco, CA 94102

**LPRXOne LLC**
1701 Macklind Ave.
Suite 300
St. Louis, MO 63110

**LPharm INS LLC**
1701 Macklind Ave.
Suite 300
St. Louis, MO 63110

**LPharm RX LLC**
1701 Macklind Ave.
Suite 300
St. Louis, MO 63110

**LPRXThree LLC**
1701 Macklind Ave.
Suite 300
St. Louis, MO 63110

**LPRXTwo LLC**
1015 Locust Street
Suite 420
St. Louis, MO 63101

**Thomas H Riske**
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63105

**Robert E Eggmann, III**
Carmody MacDonald P.C.
120 South Central Avenue, Suite 1800
Clayton, MO 63105

**Nathan R Wallace**
Carmody MacDonald PC
120 S Central Ave
Ste 1800
St Louis, MO 63105

**Lawrence E. Parres**
Lewis, Rice et al.
600 Washington Avenue
Suite 2500
St. Louis, MO 63101

**Carole J. Ryczek**
Office of the U. S. Trustee
11 South 10th Street, Suite 6.353
St. Louis, MO 63102

**Joseph Richard Schlotzhauer**
United States Trustee Program
111 South 10th Street
Suite 6.353
St. Louis, MO 63102

**Joshua M. Jones**
Office of the U.S. Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102

**Paul M. Basta**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

**Lauren Castillo**
1285 Avenue of the Americas
New York, NY 10019

**Jessica I Choi**
1285 Avenue of the Americas
New York, NY 10019

**William A. Clareman**
1285 Avenue of the Americas
New York, NY 10019

**Christopher Hopkins**
1285 Avenue of the Americas
New York, NY 10019

**Grace C Hotz**
1285 Avenue of the Americas
New York, NY 10019

**Justin Simms**
1285 Avenue of the Americas
New York, NY 10019

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 25-40976-blc
23andMe Holding Co.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4      User: admin      Page 1 of 2
Date Rcvd: Mar 25, 2025      Form ID: pdfo2      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 23andMe Holding Co., 870 Market Street, Room 415, San Francisco, CA 94102-3010 |
| aty | + | Christopher Hopkins, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Grace C Hotz, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Jessica I Choi, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Justin Simms, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Lauren Castillo, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Paul M. Basta, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | William A. Clareman, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| | + | Joshua M. Jones, Office of the U.S. Attorney, Thomas F. Eagleton U.S. Courthouse, 111 South Tenth Street, 20th Floor, St. Louis, Missouri 63102-1125 |
| 25699614 | + | 23ANDME HOLDING CO., 223 N MATHILDA AVE, SUNNYVALE, CA 94086-4830 |
| 25699616 | + | 23ANDME PHARMACY HOLDINGS, INC., 223 N MATHILDA AVE, SUNNYVALE, CA 94086-4830 |
| 25723554 | + | LEMONAID HEALTH INC., 349 OYSTER POINT BLVD., SOUTH SAN FRANCISCO, CA 94080-1913 |
| 25723555 | + | LEMONAID PHARMACY HOLDINGS, INC., 1701 MACKLIND AVE, SUITE 300, SAINT LOUIS, MO 63110-2020 |
| 25724731 | + | LPHARM INS LLC, 1701 MACKLIND AVE, SUITE 300, SAINT LOUIS, MO 63110-2020 |
| 25724732 | + | LPHARM RX LLC, 1701 MACKLIND AVE, SUITE 300, SAINT LOUIS, MO 63110-2020 |
| 25724733 | + | LPRXONE, LLC, 1701 MACKLIND AVE, SUITE 300, SAINT LOUIS, MO 63110-2020 |
| 25724734 | + | LPRXTHREE LLC, 1701 MACKLIND AVE, SUITE 300, SAINT LOUIS, MO 63110-2020 |
| 25724735 | + | LPRXTWO, LLC, 1015 LOCUST STREET, SUITE 420, ST. LOUIS, MO 63101-1333 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25723553 | ##+ | LEMONAID COMMUNITY PHARMACY, 7580 WATSON ROAD, SHREWSBURY, MO 63119-4409 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 25, 2025 | Form ID: pdfo2 | Total Noticed: 18 |
| Date: Mar 27, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carole J. Ryczek | on behalf of U.S. Trustee Office of US Trustee carole.ryczek@usdoj.gov |
| Joseph Richard Schlotzhauer | on behalf of U.S. Trustee Office of US Trustee joseph.schlotzhauer@usdoj.gov |
| Lawrence E. Parres | on behalf of Debtor 23andMe Holding Co. lparres@lewisrice.com  larry-parres-3537@ecf.pacerpro.com |
| Nathan R Wallace | on behalf of Debtor 23andMe Holding Co. nrw@carmodymacdonald.com kxd@carmodymacdonald.com;ala@carmodymacdonald.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| Robert E Eggmann, III | on behalf of Debtor 23andMe Holding Co. ree@carmodymacdonald.com thr@carmodymacdonald.com;ala@carmodymacdonald.com;kxd@carmodymacdonald.com |
| Thomas H Riske | on behalf of Debtor 23andMe Holding Co. thr@carmodymacdonald.com kxd@carmodymacdonald.com;ala@carmodymacdonald.com |

TOTAL: 7