**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*, | Case No. 25-40976 |
| Debtors. | (Joint Administration Requested) |

**ENTRY OF APPEARANCE AND REQUEST FOR COPIES
OF ALL PLEADINGS, NOTICES AND ORDERS**

COMES NOW Robert J. Lemons, pursuant to Bankruptcy Rule 9010(b) and Local Rule 9010-1(a), and hereby enters his appearance as special counsel on behalf of and at the sole discretion of the Special Committee of the Borad of Directors of 23andMe Holding Co., as lead counsel, in the instant matter.  Listed below is the additional information required by Bankruptcy Rule 9010(b):

> Robert J. Lemons
> Goodwin Procter LLP
> 620 Eighth Avenue
> New York, NY 10018
> Telephone: (212) 813-8925
> Facsimile: (212) 202-4119
> E-mail:  rlemons@goodwinlaw.com

Pursuant to Bankruptcy Rule 2002, Counsel also respectfully requests that copies of all documents, including but not limited to, notices, pleadings, proposed orders and orders which are filed with the Court, or mailed, telecopied or otherwise transmitted or delivered to creditors, parties in interest, or to the Debtor be mailed to Counsel at the above address.

4911-7852-4463.1

Dated: March 28, 2025
St. Louis, Missouri

Respectfully submitted,

*/s/ Robert J. Lemons*
Robert J. Lemons
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8925
Facsimile: (212) 202-4119
E-mail: rlemons@goodwinlaw.com

*Lead Counsel to the Special Committee of the Board of Directors of 23andMe Holding, Co.*

-and-

LEWIS RICE LLC

*/s/ Larry E. Parres*
Larry E. Parres, # 35597MO
600 Washington Avenue, Ste 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7660
Facsimile: (314) 612-7660
lparres@lewisrice.com

*Local Counsel to the Special Committee of the Board of Directors of 23andMe Holding, Co.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served by ECF electronic noticing on this 28th day of March, 2025.

*/s/ Robert J. Lemons*