# THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF MISSOURI

IN RE: 23andMe Holding Co., Debtor(s).  
870 Market Street  
Room 415  
San Francisco, CA 94102  
87-1240344

Case No. 25-40976 BCW  
Chapter 11

---

## Notice of Appearance and Request for Notice

---

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the State of Tennessee.

Notices should be addressed to:  
State of Tennessee  
c/o TN Attorney General's Office, Bankruptcy Division  
PO Box 20207  
Nashville, Tennessee 37202-0207

The State of Tennessee hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,

Jonathan Skrmetti  
Attorney General and Reporter

/s/ Marvin E. Clements, Jr.  
Marvin E. Clements, Jr.  
Senior Assistant Attorney General  
BPR No. 016031  
OFFICE OF THE ATTORNEY GENERAL  
BANKRUPTCY DIVISION  
P O BOX 20207  
Nashville, TN 37202-0207  
Phone: (615) 741-1935   Fax: 615-741-3334  
Email: marvin.clements@ag.tn.gov

### CERTIFICATE OF SERVICE

I certify that on _____March 28, 2025_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Marvin E. Clements, Jr.  
Marvin E. Clements, Jr.  
Senior Assistant Attorney General

Office of the U.S. Trustee  
111 South 10th Street  
Suite 6353  
St. Louis, Missouri 63102

Paul M. Basta  
Attorney for the Debtor(s)  
Paul Weiss Rifkind Wharton & Garrison LLP  
1285 Avenue of the Americas  
New York, NY 10019