**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

**In re:**                                         **Case No.: 25−40976 − B357**
23andMe Holding Co.                                **Chapter: 11**

**Debtor(s)**

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

    The Court, having considered Justin Simms's motion for admission *pro hac vice*, has determined that cause exists to grant the relief requested. It is, therefore,

    ORDERED that the motion is GRANTED, and Justin Simms is admitted pro hac vice to the bar of this Court for the purpose of appearing in this case only.

*[signature: Brian C. Walsh]*

**U. S. Bankruptcy Judge**

**Dated:** 3/27/25
**St. Louis, Missouri**
**Rev. 09/16 omphvbk**

United States Bankruptcy Court
Eastern District of Missouri

| | |
|---|---|
| In re: | Case No. 25-40976-bcw |
| 23andMe Holding Co. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 27, 2025 | Form ID: omphvbk | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 23andMe Holding Co., 870 Market Street, Room 415, San Francisco, CA 94102-3010 |
| aty | + | Christopher Hopkins, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Deborah A. Hoehne, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Evan Hill, Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, New York, NY 10001-0193 |
| aty | + | Grace C Hotz, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | James A. Copeland, 1301 Avenue of the Americas, New York, NY 10019-6022 |
| aty | + | Jason Kestecher, Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, New York, NY 10001-0193 |
| aty | + | Jessica I Choi, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Joe Larkin, Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, 920 N. King Street, Wilmington, DE 19801-3356 |
| aty | + | Justin Simms, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Katherine M Lynn, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Kristian W Gluck, 2200 Ross Ave., Suite 3600, Dallas, TX 75201-7921 |
| aty | + | Lauren Castillo, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Paul M. Basta, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Robert J. Lemons, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Robert M Hirsh, 1301 Avenue of the Americas, New York, NY 10019-6022 |
| aty | + | Ron E Meisler, 320 S Canal Street, Chicago, IL 60606-5707 |
| aty | + | William A. Clareman, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| op | + | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| intp | | State of Indiana, Office of the Indiana Attorney General, 302 W Washington St, IGCS-5th Floor, Indianapolis, IN 46204 |
| intp | + | TTAM 2.0, LLC, c/o Armstrong Teasdale LLP, 7700 Forsyth Blvd, Suite 1800, St. Louis, MO 63105-1807 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 29, 2025 | Signature: | /s/Gustava Winters |

Case 25-40976   Doc 139   Filed 03/29/25   Entered 03/29/25 23:24:52   Imaged
                         Certificate of Notice   Pg 3 of 3

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 27, 2025 | Form ID: omphvbk | Total Noticed: 21 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carole J. Ryczek | on behalf of U.S. Trustee Office of US Trustee carole.ryczek@usdoj.gov |
| David L. Going | on behalf of Interested Party TTAM 2.0  LLC dgoing@armstrongteasdale.com, jscharf@armstrongteasdale.com |
| Erin M. Edelman | on behalf of Interested Party TTAM 2.0  LLC eedelman@armstrongteasdale.com |
| Heather M Crockett | on behalf of Interested Party State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov |
| Joseph Richard Schlotzhauer | on behalf of U.S. Trustee Office of US Trustee joseph.schlotzhauer@usdoj.gov |
| Joshua M Watts | on behalf of Interested Party JMB Capital Partners Lending  LLC josh.watts@nortonrosefulbright.com |
| Joshua Michael Jones | on behalf of Interested Party United States of America joshua.m.jones@usdoj.gov rebecca.ferguson@usdoj.gov;peggy.dryden@usdoj.gov;caseview.ecf@usdoj.gov;usamoe.crimdock@usdoj.gov;usamoe.civldock@usdoj.gov |
| Lawrence E. Parres | on behalf of Debtor 23andMe Holding Co. lparres@lewisrice.com  larry-parres-3537@ecf.pacerpro.com |
| Nathan R Wallace | on behalf of Debtor 23andMe Holding Co. nrw@carmodymacdonald.com kxd@carmodymacdonald.com;ala@carmodymacdonald.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |
| Robert E Eggmann, III | on behalf of Debtor 23andMe Holding Co. ree@carmodymacdonald.com thr@carmodymacdonald.com;ala@carmodymacdonald.com;kxd@carmodymacdonald.com |
| Thomas H Riske | on behalf of Debtor 23andMe Holding Co. thr@carmodymacdonald.com kxd@carmodymacdonald.com;ala@carmodymacdonald.com |

TOTAL: 12