**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 11 |
| | ) | |
| 23andMe Holding Co., et al. | ) | Case No. 25-40976-357 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR COPIES OF ALL**
**NOTICES, PLEADINGS, PAPERS AND ORDERS**

PLEASE TAKE NOTICE AND BE ADVISED that the undersigned attorney hereby appears as counsel for Jerry Jensen, the Acting United States Trustee (the "U.S. Trustee") for Region 13. Pursuant to 11 U.S.C. §§ 342, 307 and 1109(B) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned respectfully requests that all notices hereafter given or required to be given, and all papers filed, served or requested to be served in this case, be given and be served upon:

**Paul A. Randolph**
**Assistant U. S. Trustee**
**Office of the U.S. Trustee**
**111 South 10th Street, Suite 6.353**
**St. Louis, MO 63102**
**(314) 539-2984**
**(314) 539-2990 (facsimile)**
Paul.A.Randolph@usdoj.gov

PLEASE BE ADVISED AND TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, and the Local Rules for the Eastern District of Missouri, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telefax, electronic mail or transmission or otherwise.

JERRY JENSEN
ACTING UNITED STATES TRUSTEE

PAUL A. RANDOLPH
ASSISTANT UNITED STATES TRUSTEE

     /s/ Paul A. Randolph
Paul A. Randolph, Assistant U. S. Trustee
E. D. MO #506384 / Arizona Bar #AZ-011952
Office of United States Trustee
Thomas F. Eagleton Courthouse
111 So. 10th Street, Suite 6353
St. Louis, MO 63102
(314) 539-2984 Phone / (314) 539-2990 Fax
Paul.A.Randolph@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and accurate copy of the *Entry of Appearance and Request for Copies of All Notices, Pleadings Papers and Orders* was electronically mailed by U.S. Bankruptcy Court, Eastern District of Missouri, to those names listed below and/or by first class mail postage prepaid to the following at the below listed addresses, this 31st day of March 2025 to:

Thomas H Riske
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63105

Nathan R Wallace
Carmody MacDonald PC
120 S Central Ave, Ste 1800
St Louis, MO 63105

Paul M. Basta
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Christopher Hopkins
1285 Avenue of the Americas
New York, NY 10019

Jessica I Choi
1285 Avenue of the Americas
New York, NY 10019

Grace C Hotz
1285 Avenue of the Americas
New York, NY 10019

                                                /s/ Margaret Slaughter
                                  Margaret Slaughter, Paralegal Specialist