**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**

|   |   |
|---|---|
| 23ANDME HOLDING CO., | ) <br> ) <br> ) |
| Debtor, | ) Case No. 25-40976-357-11 <br> ) Ch. 11 Reorganization <br> ) <br> ) |

**ENTRY OF APPEARANCE AND REQUEST FOR**
**PLEADINGS, NOTICES AND DOCUMENTS**

The Missouri Department of Revenue enters its appearance as a creditor of the captioned debtor. This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should preferably be served by e-mail at edmoecf@dor.mo.gov or at the following address: Missouri Department of Revenue, Bankruptcy Unit, Attention: James Treece, PO Box 475, Jefferson City, MO 65105-0475.

Andrew Bailey, Attorney General
State of Missouri

_____

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was electronically filed and served upon all those who receive electronic notification on March 31, 2025.

23andMe Holding Co.
870 Market St
Rm 415
San Francisco, CA 94102

_____
James Treece