# Memorandum

**Office of the United States Trustee**

Thomas F. Eagleton U. S. Courthouse
111 South 10th Street, Suite 6353
St. Louis, MO 63102
(314) 539-2976; FAX 539-2990

---

| **SUBJECT:** | **DATE:** April 2, 2025 |
|---|---|
| Chapter 11 Creditors Meetings | |

---

TO:   Debtors' Counsel                                             FROM: /s/ Paul A. Randolph
                                                                                              Assistant U. S. Trustee

Office of General Counsel
Missouri Department of Revenue

The following jointly administered Chapter 11 cases are set for hearing pursuant to 11 U.S.C. §341 on the date, time, and location indicated below.

Pursuant to Local Bankruptcy Rule 2002-2, the notice of commencement of case and meeting of creditors will be sent by the Court unless a party is authorized by the Court to provide said notice.

**§341 Meeting of Creditors** – May 2, 2025, 10:00 a.m.
**U. S. Trustee Trial Attorney** – Carole Ryczek

**Re:**

23andMe Holding, Co., a/k/a VG Acquisition Corp., Case No. 25-40976
23andMe, Inc., a/k/a Chrome Merger Sub, Inc., Case No. 25-40977
23andMe Pharmacy Holdings, Inc., Case No. 25-40978
Lemonaid Community Pharmacy, Inc., Case No. 25-40979
Lemonaid Health, Inc., Case No. 25-40980
Lemonaid Pharmacy Holdings, Inc., Case No. 25-40981
LPharm CS LLC, Case No. 25-40982
LPharm INS LLC, Case No. 25-40983
LPharm RX LLC, Case No. 25-40984
LPRXOne LLC, Case No. 25-40975
LPRXThree LLC, Case No. 25-40985
LPRXTwo LLC, Case No. 25-40986

**Location:**

[✓]   TELECONFERENCE: Conference Line 1- 844-767-5651, Participant Code 9613859