UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976-357 |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF PUBLICATION

I, Tariful Huq, do declare and state as follows:

I am employed by Kroll Restructuring Administration LLC, the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

This Certificate of Publication includes certification verifying that the *Notice of (I) Disclosure Procedures Applicable to Certain Holders of Common Stock or Options, (II) Disclosure Procedures for Certain Transfers of and Declarations of Worthlessness With Respect to Common Stock, and (III) Final Hearing on the Application Thereof*, as conformed for publication, was published on April 1, 2025, in the national edition of *The Wall Street Journal* as described in the affidavit of publication attached hereto as **Exhibit A**.

Dated: April 2, 2025

/s/ *Tariful Huq*
Tariful Huq

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

SRF 87224

**Exhibit A**

# AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s):

APR-01-2025;

ADVERTISER: 23ANDME HOLDING CO.;

and that the foregoing statements are true and correct to the best of my knowledge.

Keith Oechsner

Sworn to before me this
1 day of April 2025

Notary Public

IAN C. MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES 07/18/2028
STATE OF NEW JERSEY



## TECHNOLOGY

WSJ.com/Tech

# Huawei Posted Profit Drop in 2024

**Solid revenue growth signaled the tech giant is making a comeback**

BY JIAHUI HUANG

Chinese technology giant **Huawei**'s net profit fell in 2024 as higher expenses weighed on results, but solid revenue growth signaled that the company is making a comeback after years of heavy U.S. sanctions that have affected its businesses.

Huawei made a net profit of 62.57 billion yuan, equivalent to $8.61 billion, last year. That's down from 86.95 billion yuan the prior year, a decline the company attributed largely to research-and-development expenses. It also pointed to a lack of gains from the sale of budget brand Honor, which buoyed 2023 results.

The Chinese company, which remains under U.S. sanctions barring access to advanced U.S. technologies, posted solid revenue growth.

Total revenue rose 22% to 862.07 billion yuan in 2024, coming closer to its record high of 891.37 billion yuan reached in 2020. Last year's growth was driven by the revival of the company's smartphone segment and the first-ever profit of its auto business.

Huawei's smartphones have regained popularity in China, dethroning **Apple** as the most-popular brand in the final quarter of 2024, according to market research firm Counterpoint. That has come as the iPhone faces challenges in the Chinese market since its artificial-intelligence features can't be used there.

Huawei ranked as the second-most-popular phone brand in China last year, with Apple in third, according to data from industry research agency Canalys.

The company's foray into the automotive space, which began in 2019, also seems to be paying off. Its auto-tech business turned a profit for the first time in 2024, as Chinese government policy helped fuel demand for electric vehicles. The company has managed to carve a space for itself in China's competitive auto sector, focusing on selling autonomous driving technology and collaborating with automakers on EVs.

Last year, revenue at Huawei's intelligent automotive solution business surged nearly sixfold to 26.4 billion yuan.

The company's results showed growth across other key segments, too. Revenue at the core information and communication-technology business rose 4.9% to 369.9 billion yuan, and consumer business revenue climbed 38% to 339 billion yuan. Cloud-computing and digital-power revenue grew 8.5% and 24%, respectively.

Looking ahead, Huawei said it would boost investment in digitalization and the development of advanced AI features.

"We are working alongside customers and partners in a bid to provide every person with an intelligent personal assistant, help every company become an intelligent enterprise, and power every vehicle with autonomous driving," the company said.



**A newly released folding mobile phone from Huawei.**



**Huawei's annual net profit**
120 billion yuan
62.57B
Note: 1 billion yuan = $137.7 million
Sources: the company (profit); Counterpoint Research (market share)

**Smartphone market share in China, 4Q 2024**
- Huawei
- Xiaomi
- Apple
- Vivo
- Honor
- Oppo
- Others

---

# Apple Fined By France Over App Tracking Policy

BY EDITH HANCOCK

France's competition regulator fined **Apple** 150 million euros ($162.4 million) over concerns the company abused its dominant position in mobile apps through the privacy measures it imposes on developers on its iPhone and iPad's operating system.

The watchdog said on Monday that the goal of Apple's App Tracking Transparency system—which since 2021 has forced app developers to issue a prompt asking permission to track users' activity across multiple apps—is not open to criticism, but the way the company implements its policy is "neither necessary nor proportionate to Apple's stated objective of protecting personal data."

The regulator said that Apple's services don't face the same restrictions and that its policy penalizes smaller publishers because they depend on collecting third-party data to finance their business.

An Apple spokesperson said that the system gives users more control of their privacy by mandating that developers issue a prompt to ask permission to track data, adding that it has received strong support for the feature from consumers, privacy advocates and data protection authorities.

"While we are disappointed with today's decision, the French Competition Authority has not required any specific changes to ATT," they said.

The penalty could provoke more tension with the U.S. ahead of new tariffs going into effect this week. President Trump has openly criticized the European Union for fining companies like Apple for antitrust infringements, saying they amount to a taxation on successful American technology groups. Trump issued a memo in February saying his administration will consider retaliatory measures to counter "the digital service taxes, fines, practices, and policies that foreign governments levy on American companies."

Apple's business terms for developers have come under mounting scrutiny from competition regulators, which have warned they create an unequal playing field in the digital economy. Germany's competition regulator is also looking into the app tracking system.

---

# Yahoo Chases Old Mojo With Marketing Hire

BY MEGAN GRAHAM

Yahoo hired a new chief marketing officer to revive a brand that has seen major ownership and leadership changes over the years.

The company hired Josh Line, who was most recently **Paramount Global**'s chief brand officer, to oversee global marketing, brand positioning, user acquisition and customer engagement. He will report to Yahoo CEO Jim Lanzone.

Line succeeds Tressie Lieberman, who left Yahoo's CMO role in October.

Yahoo has "almost latent brand love" among consumers as "one of the OGs of the internet," Line said. "A big part of the marketing challenge is to kind of reignite that love and to put the brand back into culture, and, of course, to drive growth of all the products."

Yahoo was a major name of the early internet, with a market capitalization of more than $125 billion at the height of the dot-com boom. But its popularity and influence waned as Google gained prominence and the company underwent strategic shifts and changes in leadership. The private-equity giant **Apollo Global Management** bought Yahoo and AOL from **Verizon Communications** in 2021 for about $5 billion.

But Yahoo still draws major traffic: Yahoo.com attracted 3 billion global web visits in February, excluding app users, according to Similarweb, a digital market intelligence company. That means it trails behind the web traffic of sites like Google, which drew 76.3 billion in the same month, and Facebook, which drew 10.9 billion, but is more on par with **Amazon.com**, which drew 2.3 billion worldwide visits in the month.

The company in its current era is focused on investing in its products, workforce and partnerships, according to Line. "And now marketing, I think, can really unlock the power of the brand," he said.



**Yahoo's new CMO Josh Line.**

---

# AMD Closes $4.9 Billion Deal

BY BELLE LIN

**Advanced Micro Devices** has completed its $4.9 billion purchase of **ZT Systems**, a designer of data-center equipment for cloud computing and artificial intelligence, the company said on Monday.

The deal, first announced last August, marks the latest effort by the chip maker better known as AMD to pump up its data-center systems offerings against its rival **Nvidia**.

With the acquisition, AMD is able to better maneuver as a player in data centers for AI—giving big customers such as **Microsoft** and Facebook owner **Meta Platforms** an alternative to Nvidia's dominant chips and servers. As AI drives up the complexity of hardware integration for customers, AMD needs to provide more than just chips and software, said Chief Executive Lisa Su. "You really have to put the entire system together," she said.

Over the past several years, Nvidia and AMD have taken greater interest in data-center servers, the infrastructure that goes into the massive server farms that power cloud-computing platforms and AI applications. Servers are the overall systems that house and connect chips and accelerators like graphics processing units.

Nvidia has made a concerted effort to broaden its focus from silicon by taking on a new role as data-center designer—or an "AI factory," a strategy most associated with Chief Executive Jensen Huang. That means offering a sort of one-stop shop for all the key elements in data centers, including software, design services and networking technology.

With ZT, AMD is aiming to get a piece of the AI factory, too. Where AMD stands out among competitors like Nvidia is by offering a so-called open or open-source ecosystem, rather than a proprietary system with all-inclusive pieces, Su said. "I'm not at all stating that AMD is going to provide every component for the systems," Su said. "The idea is we want to have all the capability, and then we want to have an open enough ecosystem so that our customers can choose what they want in their environments."

The market for AI computing is big enough for both AMD and Nvidia, according to industry analysts. The need for AI compute is "orders of magnitude higher" than it was just a year ago, Su said, echoing some of Huang's comments earlier this month at Nvidia's annual conference. At that gathering, Huang said the need for AI computing had surged 100-fold from a year ago.

AMD is taking on ZT Systems' roughly 1,000 design engineers, who specialize in hardware and server design, and adding them to the AMD Data Center Solutions unit, the company said. Secaucus, N.J.-based ZT Systems is a privately held company that had over $10 billion in annual revenue at the time the deal was announced. As planned, AMD is also in the process of selling ZT's manufacturing unit and is "actively engaged" with multiple potential buyers. In recent years, AMD has made other acquisitions to bolster its data-center offerings, including the purchases of programmable-chip company Xilinx and data-center networking company Pensando in 2022.



**Chip giant CEO Lisa Su says AI is still in its "very early stage."**

---



### ADVERTISEMENT

## The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

### PUBLIC NOTICES

IN THE HIGH COURT OF JUSTICE
BUSINESS AND PROPERTY COURTS OF ENGLAND AND WALES
COMPANIES COURT (ChD)  CR-2024-005159
IN THE MATTER OF
CREDIT SUISSE INTERNATIONAL
and
IN THE MATTER OF
UBS AG LONDON BRANCH
and
IN THE MATTER OF PART VII OF
THE FINANCIAL SERVICES AND MARKETS ACT 2000
NOTICE

NOTICE IS HEREBY GIVEN that on 19 March 2025 an application (the **Application**) was made to the High Court of Justice of England and Wales (the **Court**) by Credit Suisse International (**CSi**) and UBS AG, London Branch (**UBS AGLB**) pursuant to section 107(1) of the Financial Services and Markets Act 2000 (as amended) (**FSMA**) for an Order:

1. under section 111 of FSMA and in accordance with Regulations made thereunder to sanction a banking business transfer scheme (the **Scheme**) providing for the transfer to UBS AGLB of the Transferring Business (as defined in the document setting out the full terms and conditions of the Scheme (the **Scheme Document**)), but excluding the EEA Contracted Business (as defined in the Scheme Document), being CSi's residual business and related products, which includes: intra-group deposits (together with the loans and security arrangements related to those deposits); a large number of OTC derivative transactions, repurchase transactions and securities lending transactions (together with all associated guarantees, collateral, security arrangements, other client support arrangements and ancillary arrangements (including the general terms of business)); corporate loans (together with all associated guarantees, security arrangements and other ancillary arrangements (including the general terms of business)); structured deposit plan terms and conditions in relation to matured structured deposits (together with all associated segregated trust account agreements, trust arrangements and service agreements); structured notes; one outstanding role in relation to a special purpose entity and certain other assets and liabilities, in accordance with the Order and without any further act or instrument (the **UBS AGLB Transfer**); and
2. making ancillary provisions in connection with the UBS AGLB Transfer pursuant to sections 112 and 112A of FSMA, including, to ensure the Scheme is fully and effectively carried out, an Order sanctioning the transfer of the EEA Contracted Business to UBS Europe SE (**UBS ESE**) pursuant to section 112(1)(d) of FSMA (the **UBS ESE Transfer**, and together with the UBS AGLB Transfer, the **Transfers**).

A copy of the Scheme Document and Explanatory Statement setting out the terms of the proposed Scheme will be sent free of charge to any person who requests them and will be made available to collect from 5 Broadgate, London, EC2M 2QS, United Kingdom until 18 July 2025. The Scheme Document and Explanatory Statement will also be available at www.ubs.com/global/en/investment-bank/about-us/csi-part-vii-transfer-process.

An email attaching: (i) a copy of the Explanatory Statement; and (ii) a copy of the Q&A document, addressing a number of issues that may be of interest to Transferring Counterparties (as defined in the Scheme Document), will be sent to each Transferring Counterparty for whom CSi holds valid contact details.

The Application is directed to be heard before a Judge of the Chancery Division of the Court at the Business and Property Courts of England & Wales, 7 Rolls Buildings, Fetter Lane, London EC4A 1NL on 18 July 2025. If approved by the Court, it is currently proposed that the Scheme will become effective on 22 July 2025 (the **Effective Date**) and the Transfers will take effect on a staggered basis over multiple transfer dates, to take place over a period of six months from the Effective Date. Transferring Counterparties and other affected persons will, where valid contacts are held for them by CSi, be notified of the specific Relevant Transfer Date (as defined in the Scheme Document) applicable to them closer to the time of transfer, and will have the ability to request a different Relevant Transfer Date.

Any person (including any counterparty or employee of CSi, UBS AGLB or UBS ESE) who alleges that they would be adversely affected by the carrying out of the Scheme is entitled to appear at the Court hearing either in person or by legal representative.

Any person who does not intend to attend the Court hearing may make representations about the Scheme to CSi by post or email using the contact details set out at the end of this notice. A record of the number of respondents will be maintained and, together with copies of any representations, provided to the Court at the date of the Court hearing. Summaries of any representations received by CSi will be given to the Prudential Regulation Authority and the Financial Conduct Authority.

Any person who intends to: (i) appear at the Court hearing either in person or by legal representative; and/or (ii) make representations, is requested (but not obliged) to give notice of such objections as soon as possible and preferably at least five business days before the Court hearing on 18 July 2025, setting out the grounds of their objection by using the contact details set out at the end of this notice.

For the avoidance of doubt, a failure to give notice in advance does not prevent any person who wishes to do so from: (i) attending the Court hearing either in person or by legal representative; and/or (ii) from making representations in writing to be put before the Court.

All other questions or concerns and any requests for information relating to the Scheme should be referred to CSi using the contact details set out at the end of this notice.

CSi can be contacted in relation to the Scheme:
**By email:**
Attention: CSi Part VII Transfer Support Team
csi-transfers@ubs.com
**By post:**
Attention: CSi Part VII Transfer Support Team
CSi Part VII Scheme
UBS AG, London Branch
5 Broadgate
London
EC2M 2QS
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Freshfields LLP
100 Bishopsgate, London, EC2P 2SR, United Kingdom
Ref: 101807-0370/LEH
**Solicitors for CSi and UBS AGLB**

### BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION
In re: 23ANDME HOLDING CO., et al.[1]  Chapter 11, Case No. 25-40976 (Jointly Administered) Related Docket No. 6
Debtors.
NOTICE OF (I) DISCLOSURE PROCEDURES APPLICABLE TO CERTAIN HOLDERS OF COMMON STOCK OR OPTIONS, (II) DISCLOSURE PROCEDURES FOR CERTAIN TRANSFERS OF AND DECLARATIONS OF WORTHLESSNESS WITH RESPECT TO COMMON STOCK, AND (III) FINAL HEARING ON THE APPLICATION THEREOF

TO: ALL ENTITIES (AS DEFINED BY SECTION 101(15) OF THE BANKRUPTCY CODE) THAT MAY HOLD BENEFICIAL OWNERSHIP OF COMMON STOCK OF 23ANDME HOLDING CO. (THE "COMMON STOCK"):

PLEASE TAKE NOTICE that on March 23, 2025 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed petitions with the United States Bankruptcy Court for the Eastern District of Missouri (the "Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Subject to certain exceptions, section 362 of the Bankruptcy Code operates as a stay of any act to obtain possession of property of or from the Debtors' estates or to exercise control over property of the Debtors' estates.

PLEASE TAKE FURTHER NOTICE that on the Petition Date, the Debtors filed the Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock of 23andMe Holding Co. and (II) Granting Related Relief [Docket No. 6] (the "Motion").

PLEASE TAKE FURTHER NOTICE that on March 28, 2025, the Court entered the Interim Order (I) Establishing Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock of 23andMe Holding Co. and (II) Granting Related Relief [Docket No. 119] (the "Order") approving procedures for certain transfers of, and declarations of worthlessness with respect to, Common Stock, set forth in Exhibit 1 attached to the Order (the "Procedures").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, a Substantial Shareholder or person that may become a Substantial Shareholder may not consummate any purchase, sale, or other transfer of Common Stock or Beneficial Ownership of Common Stock in violation of the Procedures, and such transaction in violation of the Procedures shall be null and void ab initio, and the 50% Shareholder shall be required to file an amended tax return revoking such proposed deduction.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, a 50% Shareholder may not claim a worthless stock deduction in respect of the Common Stock or Beneficial Ownership of Common Stock in violation of the Procedures, any such deduction in violation of the Procedures is null and void ab initio, and the 50% Shareholder shall be required to file an amended tax return revoking such proposed deduction.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, the Procedures shall apply to the holding and transfers of Common Stock or any Beneficial Ownership therein by a Substantial Shareholder or someone who may become a Substantial Shareholder.

PLEASE TAKE FURTHER NOTICE that upon the request of any entity, the proposed notice, solicitation, and claims agent for the Debtors, Kroll Restructuring Administration LLC, will provide a copy of the Order and a form of each of the declarations required to be filed by the Procedures in a reasonable period of time. The Order and such declarations are also available via PACER at https://pacer.uscourts.gov/ for a fee, or at no charge by accessing the Debtors' restructuring website at https://restructuring.ra.kroll.com/23andMe.

PLEASE TAKE FURTHER NOTICE that the final hearing (the "Final Hearing") on the Motion shall be held on April 22, 2025, at 1:30 p.m., prevailing Central Time. Any objections or responses to the Motion must be filed on or before the Final Hearing. If the Court enters an order on the Motion at the Final Hearing or on or before 4:00 p.m., prevailing Central Time, on April 15, 2025. If no objections to entry of a final order on the Motion are timely received, the Court may enter such final order without need for the final hearing.

PLEASE TAKE FURTHER NOTICE THAT FAILURE TO FOLLOW THE PROCEDURES SET FORTH IN THE ORDER SHALL CONSTITUTE A VIOLATION OF, AMONG OTHER THINGS, THE AUTOMATIC STAY PROVISIONS OF SECTION 362 OF THE BANKRUPTCY CODE.

PLEASE TAKE FURTHER NOTICE THAT ANY PROHIBITED PURCHASE, SALE, OTHER TRANSFER OF, OR DECLARATION OF WORTHLESSNESS WITH RESPECT TO COMMON STOCK OR BENEFICIAL OWNERSHIP THEREIN IN VIOLATION OF THE ORDER IS PROHIBITED AND SHALL BE NULL AND VOID AB INITIO AND MAY BE SUBJECT TO ADDITIONAL SANCTIONS AS THIS COURT MAY DETERMINE.

PLEASE TAKE FURTHER NOTICE that the requirements set forth in the Order are in addition to the requirements of applicable law and do not excuse compliance therewith.

Dated: March 28, 2025, St. Louis, Missouri, Respectfully submitted, **Carmody MacDonald P.C.**, /s/ Thomas H. Riske __, Thomas H. Riske #61838MO, Nathan R. Wallace #74890MO, Jackson J. Gilkey #73716MO, 120 S. Central Avenue, Suite 1800, St. Louis, Missouri 63105, Telephone: (314) 854-8600, Facsimile: (314) 854-8660, Email: thr@carmodymacdonald.com, nrw@carmodymacdonald.com, jjg@carmodymacdonald.com -and- **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**, Paul M. Basta (pro hac vice granted), Christopher Hopkins (pro hac vice granted), Jessica I. Choi (pro hac vice granted), Grace C. Hotz (pro hac vice granted), 1285 Avenue of the Americas, New York, New York 10019, Telephone: (212) 373-3000, Facsimile: (212) 757-3990, Email: pbasta@paulweiss.com, chopkins@paulweiss.com, jchoi@paulweiss.com, ghotz@paulweiss.com, Counsel to the Debtors and Debtors in Possession
[1] The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA, 94102. The last four digits of the Debtors' federal tax identification numbers are: (i) 23andMe Holding Co. [0344], (ii) 23andMe Inc. [7371], (iii) 23andMe Pharmacy Holdings, Inc. [4690], (iv) Lemonaid Community Pharmacy, Inc. [7330], (v) Lemonaid Health, Inc. [6739], (vi) Lemonaid Pharmacy Holdings Inc. [6500], (vii) LPHARM CS LLC [1125], (viii) LPHARM INS LLC [9800], (ix) LPHARM RX LLC [7746], (x) LPRXONE LLC [3447], (xi) LPRXTHREE LLC [3852], (xii) LPRXTWO LLC [1595].
Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion or the Order, as applicable.

### COMMERCIAL REAL ESTATE

**NOTICE OF UCC PUBLIC AUCTION SALE**
PLEASE TAKE NOTICE, that in accordance with applicable provisions of the Uniform Commercial Code of the States of Delaware and Illinois (as applicable), PMRP V Holdings, L.L.C., a Delaware limited liability company ("Secured Party"), will sell at public auction sale all limited liability company interests held by (i) Shoreview Apartments, LLC, a Delaware limited liability company ("Pledgor 1"), in Shoreview Holding, LLC, a Delaware limited liability company (such entity, the "Pledged Entity 1"), (ii) PLF Shoreview Mezz, LLC, a Delaware limited liability company ("Pledgor 2"), in PLF Shoreview, LLC, a Delaware limited liability company ("Pledged Entity 2"), and (iii) MDW Shoreview Mezz, LLC, a Delaware limited liability company ("Pledgor 3"; and together with Pledgor 1 and Pledgor 2, collectively, "Pledgor"), in MDW Shoreview, LLC, a Delaware limited liability company ("Pledged Entity 3"; and together with Pledged Entity 1 and Pledged Entity 2, collectively, "Pledged Entity"; such interests, collectively, the "Equity Interests"). The Equity Interests secure Pledgor's indebtedness owed to Secured Party in the principal amount of $13,500,000.00 plus unpaid interest, attorneys' fees and other charges including the costs to sell the Equity Interests ("Debt").

The public auction sale will be held at 1pm (EST) on April 24, 2025 ("Public Sale") by virtual bidding via Zoom via the following Zoom meeting link: https://bit.ly/ShoreviewUCC, meeting ID: 819 4471 0306, passcode: 727263 (or by telephone at +1 (646) 931-3860 (US), using same meeting ID and passcode). The Public Sale will be conducted by Rick Levin & Associates, Inc., a State of Illinois Licensed Auction Firm (State of Illinois License No. 444.000149).

At the Public Sale, Secured Party reserves the right to: (i) credit bid up to the amount of the Debt; (ii) set minimum reserve price(s) for the Equity Interests; (iii) reject bids, in whole or in part; (iv) cancel or adjourn the Public Sale, in whole or in part; and (v) establish the terms and conditions of the Public Sale ("Terms of Public Sale").

Secured Party's understanding, without making any representation or warranty as to accuracy or completeness, is that the principal assets of the Pledged Entity are located in Bradenton, Florida commonly known as "Shoreview Apartments", a multifamily apartment complex with an approximate 216 units and related amenities.

Prospective and winning bidder(s) will be required to represent in writing to Secured Party that they are purchasing the Equity Interests for their own account, not acquiring them with a view toward the sale or distribution thereof and will not resell the Equity Interests unless pursuant to a valid registration under applicable federal and/or state securities laws, or a valid exemption from the registration thereunder. The Equity Interests have not been registered under such securities laws and cannot be sold by the winning bidder(s) without registration or application of a valid exemption. The Equity Interests will be offered for sale at the Public Auction "as-is, where-is", with Seller making no express or implied warranties or representations relating to title, possession, quiet enjoyment, merchantability, fitness, or the like as to the Equity Interests.

Parties interested in bidding on the Equity Interests must contact Secured Party's broker, Newmark ("Broker"), via email at john.daniels@nmrk.com. Upon execution of a non-disclosure agreement, the Terms of Public Sale as well as documentation and information that Secured Party has in its possession will be made available on Broker's online data site concerning the Equity Interests, the Pledged Entity, the Debt and the senior and mezzanine loan and intercreditor documents. Interested parties should not contact Broker and register and otherwise satisfy all other conditions precedent to such participation at least three (3) business days prior to the Public Sale will not be permitted to participate in bidding at the Public Sale.

---

**Sold by Owner - CIRCA 1841**
**HISTORIC INN & RESTAURANT**
20K+ SF, NEXT TO LARGE NATIONAL-HISTORIC-SITE IN WEST-CENTRAL IL.
ADJOINING PROPERTIES ALSO AVAILABLE
▶▶▶ AT LOW COST. $3.9M ◀◀◀
DETAILS: TEMPLEPROXIMITY@GMAIL.COM

---

THE WALL STREET JOURNAL.
## THE MARKETPLACE
**ADVERTISE TODAY**
**(800) 366-3975**
For more information visit:
wsj.com/classifieds

© 2025 Dow Jones & Company, Inc.
All Rights Reserved.