**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976-357 |
| Debtors. | Jointly Administered |

**CERTIFICATE OF PUBLICATION**

I, Tariful Huq, do declare and state as follows:

I am employed by Kroll Restructuring Administration LLC, the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Certificate of Publication includes a certification verifying that *Notice of Auction for the Sale of the Debtors' Assets*, as conformed for publication, was published on April 2, 2025, in the national edition of *The Wall Street Journal* as described in the affidavit of publication attached hereto as **Exhibit A**.

Dated: April 2, 2025

*/s/ Tariful Huq*
Tariful Huq

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

**Exhibit A**

# AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): 04/02/2025

ADVERTISER: 23ANDME HOLDING CO.

and that the foregoing statements are true and correct to the best of my knowledge.

Wayne Sidor

Sworn to
before me this
2nd day of
April 2025

Notary Public



# BIGGEST 1,000 STOCKS

Continued From Page B7

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| HeicoA | HEIA | 212.46 | 1.49 |
| Heico | HEI | 270.21 | 3.02 |
| HenrySchein | HSIC | 69.07 | 0.58 |
| Hershey | HSY | 169.62 | -1.41 |
| Hess | HES | 161.29 | 1.56 |
| HessMidstream | HESM | 42.45 | 0.16 |
| HewlettPackard | HPE | 15.64 | 0.21 |
| Hilton | HLT | 227.28 | -0.27 |
| Hologic | HOLX | 61.38 | -0.39 |
| HomeDepot | HD | 365.52 | -0.97 |
| HondaMotor | HMC | 26.80 | -0.33 |
| Honeywell | HON | 213.45 | 1.70 |
| HormelFoods | HRL | 30.74 | -0.20 |
| DR Horton | DHI | 127.41 | 0.28 |
| HostHotels | HST | 14.44 | 0.23 |
| HoulihanLokey | HLI | 164.10 | 2.60 |
| HowmetAerospace | HWM | 131.78 | 2.05 |
| Hubbell | HUBB | 332.86 | 1.95 |
| HubSpot | HUBS | 582.02 | 10.73 |
| Humana | HUM | 264.74 | 0.14 |
| JBHunt | JBHT | 149.72 | 1.77 |
| HuntingtonBcshs | HBAN | 14.95 | -0.06 |
| HuntingtonIngalls | HII | 202.20 | -1.84 |
| HyattHotels | H | 121.78 | -0.72 |
| ICICI Bank | IBN | 31.13 | -0.39 |
| IdexxLab | IDXX | 418.57 | -1.38 |
| ING Groep | ING | 19.62 | 0.03 |
| IQVIA | IQV | 171.24 | -5.06 |
| ITT | ITT | 131.15 | 1.99 |
| IcahnEnterprises | IEP | 9.07 | 0.01 |
| Icon | ICLR | 166.56 | -8.43 |
| IDEX | IEX | 181.15 | 0.18 |
| IllinoisToolWks | ITW | 248.70 | 0.69 |
| Illumina | ILMN | 78.39 | -0.95 |
| ImperialOil | IMO | 72.89 | 0.57 |
| Incyte | INCY | 60.91 | 0.36 |
| Infosys | INFY | 18.20 | -0.05 |
| IngersollRand | IR | 80.61 | 0.58 |
| Ingredion | INGR | 135.96 | 1.55 |
| Insmed | INSM | 72.00 | -4.29 |
| Insulet | PODD | 263.18 | 0.57 |
| Intel | INTC | 22.05 | -0.66 |
| InteractiveBrkrs | IBKR | 173.08 | 7.49 |
| ICE | ICE | 171.49 | -1.01 |
| InterContlHtls | IHG | 109.48 | -0.11 |
| IBM | IBM | 250.34 | 1.68 |
| IntlFlavors | IFF | 77.43 | -0.18 |
| IntlPaper | IP | 53.65 | -0.30 |
| Interpublic | IPG | 26.12 | -1.04 |
| Intra-Cellular | ITCI | 131.87 | -0.05 |
| Intuit | INTU | 613.78 | -0.21 |
| IntuitiveSurgical | ISRG | 496.36 | 1.09 |
| InvitatHomes | INVH | 34.55 | -0.30 |
| IronMountain | IRM | 86.89 | 0.85 |
| ItauUnibanco | ITUB | 5.52 | 0.02 |
| **J K L** | | | |
| JD.com | JD | 41.32 | 0.20 |
| JPMorganChase | JPM | 243.66 | -1.64 |
| Jabil | JBL | 136.42 | 0.35 |
| JackHenry | JKHY | 184.02 | 1.42 |
| JacobsSolns | J | 121.98 | 1.09 |
| JamesHardie | JHX | 23.12 | -0.44 |
| JazzPharm | JAZZ | 124.99 | 0.84 |
| JefferiesFinl | JEF | 53.54 | -0.03 |
| J&J | JNJ | 153.25 | -12.59 |
| JohnsonControls | JCI | 81.40 | 1.29 |
| JonesLang | JLL | 246.00 | -1.91 |
| JuniperNetworks | JNPR | 36.14 | -0.05 |
| KB Financial | KB | 54.64 | 0.53 |
| KE Holdings | BEKE | 20.37 | 0.28 |
| KKR | KKR | 117.84 | 2.23 |
| KLA | KLAC | 682.46 | 2.66 |
| KT | KT | 17.69 | -0.02 |
| Kanzhun | BZ | 19.06 | -0.11 |
| Kaspi.kz | KSPI | 94.33 | 1.48 |
| Kellanova | K | 82.50 | 0.01 |
| Kenvue | KVUE | 23.88 | -0.10 |
| KeurigDrPepper | KDP | 34.97 | 0.75 |
| KeyCorp | KEY | 15.80 | -0.19 |
| KeysightTech | KEYS | 150.04 | 0.27 |
| KimberlyClark | KMB | 143.03 | 0.81 |
| KimcoRealty | KIM | 21.14 | -0.10 |
| KinderMorgan | KMI | 28.63 | 0.10 |
| Kinetik | KNTK | 53.12 | 1.18 |
| KinrossGold | KGC | 12.60 | -0.01 |
| KinsaleCapital | KNSL | 488.15 | 1.44 |
| Klaviyo | KVYO | 31.00 | 0.74 |
| Philips | PHG | 25.23 | -0.17 |
| KoreaElecPwr | KEP | 7.32 | -0.09 |
| KraftHeinz | KHC | 30.34 | -0.09 |
| Kroger | KR | 68.14 | 0.45 |
| LatamAirlines | LTM | 31.09 | -0.19 |
| LKQ | LKQ | 42.97 | 0.43 |
| LPL Financial | LPLA | 334.82 | 7.68 |
| L3HarrisTech | LHX | 209.75 | 0.44 |
| Labcorp | LH | 232.65 | -0.09 |
| LamResearch | LRCX | 72.83 | 0.13 |
| LamarAdv | LAMR | 113.36 | -0.42 |
| LambWeston | LW | 53.31 | 0.01 |
| LasVegasSands | LVS | 39.15 | 0.52 |
| Leidos | LDOS | 134.96 | 0.02 |
| Lennar B | LEN.B | 108.37 | -0.70 |
| Lennar A | LEN | 114.51 | -0.36 |
| LennoxIntl | LII | 564.83 | 4.00 |
| LeonardoDRS | DRS | 32.67 | -0.01 |
| LiAuto | LI | 25.64 | 0.44 |
| LibertyBroadbandC | LBRDK | 85.53 | 0.48 |
| LibertyBroadbandA | LBRDA | 84.83 | -0.17 |
| LibertyLiveC | LLYVK | 70.03 | 1.89 |
| LibertyFormOne C | FWONK | 88.89 | -1.12 |
| LibertyFormOne A | FWONA | 80.14 | -1.33 |
| LibertyLiveA | LLYVA | 69.19 | 1.95 |
| EliLilly | LLY | 805.23 | -20.68 |
| LincolnElectric | LECO | 192.22 | 3.06 |
| Linde | LIN | 467.09 | 1.45 |
| Lineage | LINE | 56.91 | -1.72 |
| LithiaMotors | LAD | 296.83 | 3.29 |
| LiveNationEnt | LYV | 132.01 | 1.43 |
| LloydsBanking | LYG | 3.81 | -0.01 |
| LockheedMartin | LMT | 448.64 | 1.93 |
| Loews | L | 92.09 | 0.18 |
| LogitechIntl | LOGI | 85.02 | 0.61 |
| Lowe's | LOW | 234.01 | 0.78 |
| lululemon | LULU | 279.63 | -3.43 |
| LyondellBasell | LYB | 70.04 | -0.36 |
| **M N** | | | |
| M&T Bank | MTB | 176.37 | -2.38 |
| MGM Resorts | MGM | 29.94 | 0.30 |
| MPLX | MPLX | 53.65 | 0.13 |
| MSCI | MSCI | 567.30 | 1.80 |
| MagnaIntl | MGA | 34.22 | 0.23 |
| MakeMyTrip | MMYT | 99.13 | 1.14 |
| ManhattanAssoc | MANH | 174.76 | 1.72 |
| ManulifeFinl | MFC | 31.76 | 0.61 |
| Maplebear | CART | 40.22 | 0.33 |
| MarathonPetrol | MPC | 146.63 | 0.94 |
| Markel | MKL | 1859.85 | -9.76 |
| MarketAxess | MKTX | 215.92 | -0.43 |
| Marriott | MAR | 238.24 | 0.04 |
| Marsh&McLen | MMC | 244.00 | -0.03 |
| MartinMarietta | MLM | 484.56 | 6.43 |
| MarvellTech | MRVL | 62.67 | 1.10 |
| Masco | MAS | 69.84 | 0.30 |
| Mastercard | MA | 548.51 | 0.39 |
| MatchGroup | MTCH | 31.41 | 0.21 |
| McCormickVtg | MKC.V | 82.01 | -0.04 |
| McCormick | MKC | 82.25 | -0.06 |
| McDonald's | MCD | 313.63 | 1.26 |
| McKesson | MCK | 673.69 | 0.70 |
| Medpace | MEDP | 297.73 | -6.96 |
| Medtronic | MDT | 88.49 | -1.37 |
| MercadoLibre | MELI | 1915.00 | -35.87 |
| Merck | MRK | 87.12 | -2.64 |
| MetaPlatforms | META | 586.00 | 9.64 |
| MetLife | MET | 81.16 | 0.87 |
| Mettler-Toledo | MTD | 1156.38 | -24.53 |
| MicrochipTech | MCHP | 48.50 | 0.09 |
| MicronTech | MU | 88.71 | 1.82 |
| Microsoft | MSFT | 382.19 | 6.80 |
| MicroStrategy | MSTR | 306.02 | 17.75 |
| MidAmApt | MAA | 167.48 | -0.10 |
| Middleby | MIDD | 152.73 | 0.75 |
| MitsubishiUFJ | MUFG | 13.30 | -0.33 |
| MizuhoFin | MFG | 5.44 | -0.07 |
| Mobileye | MBLY | 14.49 | 0.10 |
| Moderna | MRNA | 27.16 | -1.19 |
| MolinaHealthcare | MOH | 327.71 | -1.68 |
| MolsonCoorsB | TAP | 61.24 | 0.37 |
| monday.com | MNDY | 262.18 | 19.02 |
| Mondelez | MDLZ | 67.65 | -0.20 |
| MongoDB | MDB | 176.61 | 1.21 |
| MonolithicPower | MPWR | 581.48 | 1.50 |
| MonsterBev | MNST | 59.04 | 0.52 |
| Moody's | MCO | 468.78 | 3.09 |
| MorganStanley | MS | 115.74 | -0.93 |
| Morningstar | MORN | 301.51 | 1.64 |
| Mosaic | MOS | 26.80 | -0.21 |
| MotorolaSol | MSI | 435.99 | -1.82 |
| MrCooper | COOP | 125.08 | 5.48 |
| MuellerIndustries | MLI | 77.52 | 1.38 |
| MurphyUSA | MUSA | 475.20 | 5.39 |
| NICE | NICE | 155.09 | 0.92 |
| NIO | NIO | 3.87 | 0.06 |
| NNN REIT | NNN | 42.50 | -0.15 |
| NRG Energy | NRG | 98.53 | 3.07 |
| NVR | NVR | 7213.62 | -30.77 |
| NXP Semicon | NXPI | 190.00 | -0.06 |
| Nasdaq | NDAQ | 76.04 | 0.18 |
| Natera | NTRA | 140.65 | -0.76 |
| NationalGrid | NGG | 65.78 | 0.17 |
| NatWest | NWG | 11.99 | 0.07 |
| NetApp | NTAP | 89.49 | 1.65 |
| NetEase | NTES | 106.35 | 3.43 |
| Netflix | NFLX | 928.38 | -4.15 |
| Neurocrine | NBIX | 107.00 | -3.60 |
| NewOrientalEduc | EDU | 47.94 | 0.13 |
| NYTimes A | NYT | 50.15 | 0.73 |
| Newmont | NEM | 48.29 | 0.01 |
| NewsCorp B | NWS | 30.28 | -0.09 |
| NewsCorp A | NWSA | 27.00 | -0.22 |
| NextEraEnergy | NEE | 70.92 | 0.03 |
| Nike | NKE | 64.76 | 1.28 |
| NiSource | NI | 40.40 | 0.31 |
| Nokia | NOK | 5.34 | 0.07 |
| Nomura | NMR | 6.10 | -0.05 |
| Nordson | NDSN | 200.95 | -0.77 |
| NorfolkSouthern | NSC | 236.61 | -0.24 |
| NorthernTrust | NTRS | 97.95 | -0.70 |
| NorthropGrum | NOC | 513.10 | 1.09 |
| NorwegCruise | NCLH | 19.06 | 0.10 |
| Novartis | NVS | 109.61 | -1.87 |
| NovoNordisk | NVO | 68.03 | -1.41 |
| NuHoldings | NU | 10.43 | 0.19 |
| Nucor | NUE | 119.66 | -0.68 |
| Nutanix | NTNX | 69.80 | -0.01 |
| Nutrien | NTR | 49.56 | -0.11 |
| nVentElectric | NVT | 53.22 | 0.80 |
| NVIDIA | NVDA | 110.15 | 1.77 |
| **O P Q** | | | |
| OGE Energy | OGE | 46.13 | 0.17 |
| ONEOK | OKE | 99.50 | 0.28 |
| ON Semi | ON | 40.20 | -0.49 |
| O'ReillyAuto | ORLY | 1431.80 | -0.78 |
| OccidentalPetrol | OXY | 49.19 | -0.17 |
| Okta | OKTA | 104.69 | -0.53 |
| OldDomFreight | ODFL | 167.09 | 1.64 |
| OldRepublic | ORI | 39.62 | 0.40 |
| OmegaHealthcare | OHI | 38.07 | -0.01 |
| Omnicom | OMC | 79.77 | -3.14 |
| OnHolding | ONON | 42.70 | -1.22 |
| Oracle | ORCL | 141.94 | 2.13 |
| Orix | IX | 20.83 | -0.06 |
| OtisWorldwide | OTIS | 104.06 | 0.86 |
| Ovintiv | OVV | 43.91 | 1.11 |
| OwensCorning | OC | 144.08 | 1.26 |
| PDD | PDD | 122.19 | 3.84 |
| PG&E | PCG | 17.27 | 0.09 |
| PNC Finl | PNC | 174.64 | -1.13 |
| POSCO | PKX | 47.44 | -0.09 |
| PPG Ind | PPG | 108.95 | -0.40 |
| PPL | PPL | 36.06 | -0.05 |
| PTC | PTC | 156.20 | 1.25 |
| Paccar | PCAR | 98.29 | 0.92 |
| PackagingCpAm | PKG | 199.93 | 1.91 |
| PalantirTech | PLTR | 84.68 | 0.28 |
| PaloAltoNtwks | PANW | 171.31 | 0.67 |
| PanAmerSilver | PAAS | 25.60 | -0.23 |
| ParamountB | PARA | 11.73 | -0.23 |
| ParamountA | PARAA | 22.57 | -0.18 |
| ParkerHannifin | PH | 609.86 | 2.01 |
| Paychex | PAYX | 154.59 | 0.31 |
| PaycomSoftware | PAYC | 220.90 | 2.42 |
| Paylocity | PCTY | 189.83 | 2.49 |
| PayPal | PYPL | 66.10 | 0.85 |
| Pearson | PSO | 16.10 | 0.09 |
| PembinaPipeline | PBA | 40.50 | 0.47 |
| PenskeAuto | PAG | 146.38 | 2.40 |
| Pentair | PNR | 88.04 | 0.56 |
| Penumbra | PEN | 271.13 | 3.72 |
| PepsiCo | PEP | 149.67 | -0.27 |
| PerformanceFood | PFGC | 79.45 | 0.82 |
| PermianRscs | PR | 13.80 | -0.05 |
| PetroleoBrasil | PBR | 14.46 | 0.12 |
| PetroleoBrasilA | PBR.A | 13.16 | 0.12 |
| Pfizer | PFE | 24.54 | -0.80 |
| PhilipMorris | PM | 158.09 | -0.64 |
| Phillips66 | PSX | 124.35 | 0.87 |
| Pilgrim'sPride | PPC | 56.26 | 1.75 |
| PinnacleFinPtrs | PNFP | 104.75 | -1.29 |
| PinnacleWest | PNW | 95.28 | 0.03 |
| Pinterest | PINS | 31.00 | |
| PlainsAllAmPipe | PAA | 20.13 | 0.13 |
| PlainsGP | PAGP | 21.47 | 0.11 |
| PlanetFitness | PLNT | 95.68 | -0.93 |
| Pool | POOL | 318.13 | -0.22 |
| Primerica | PRI | 288.05 | 3.52 |
| PrimoBrands | PRMB | 35.21 | -0.28 |
| PrincipalFinl | PFG | 85.15 | 0.78 |
| ProcoreTech | PCOR | 67.63 | 1.61 |
| Procter&Gamble | PG | 170.56 | 0.14 |
| Progressive | PGR | 284.29 | 1.28 |
| Prologis | PLD | 111.45 | -0.34 |
| PrudentialFinl | PRU | 111.69 | 0.01 |
| Prudential | PUK | 21.57 | 0.07 |
| PSEG | PEG | 83.26 | 0.96 |
| PublicStorage | PSA | 298.86 | -0.43 |
| PulteGroup | PHM | 103.04 | 0.24 |
| PureStorage | PSTG | 45.39 | 1.12 |
| Qiagen | QGEN | 39.50 | -0.65 |
| Qualcomm | QCOM | 153.05 | -0.56 |
| QuantaServices | PWR | 257.90 | 3.72 |
| QuestDiag | DGX | 169.28 | 0.08 |
| **R S** | | | |
| RBC Bearings | RBC | 332.93 | 11.16 |
| RB Global | RBA | 100.37 | 0.07 |
| RELX | RELX | 50.67 | 0.26 |
| RPM | RPM | 116.45 | 0.77 |
| RTX | RTX | 132.85 | 0.39 |
| RalphLauren | RL | 228.92 | 8.18 |
| RangeResources | RRC | 40.22 | 0.29 |
| RaymondJames | RJF | 138.10 | -0.31 |
| RealtyIncome | O | 57.15 | -0.59 |
| Reddit | RDDT | 110.05 | 5.15 |
| RegalRexnord | RRX | 114.72 | 0.87 |
| RegencyCtrs | REG | 73.57 | -0.19 |
| RegenPharm | REGN | 617.00 | -17.23 |
| RegionsFinl | RF | 21.57 | -0.16 |
| ReinsGrp | RGA | 198.27 | 1.37 |
| Reliance | RS | 289.01 | 0.26 |
| RenaissanceRe | RNR | 245.00 | 5.00 |
| RentokilInit | RTO | 23.02 | 0.12 |
| RepublicSvcs | RSG | 243.72 | 1.56 |
| ResMed | RMD | 222.30 | -1.53 |
| RestaurantBrands | QSR | 67.17 | 0.53 |
| Revvity | RVTY | 104.31 | -1.49 |
| RexfordIndlRealty | REXR | 39.14 | -0.01 |
| RioTinto | RIO | 60.23 | 0.15 |
| Rivian | RIVN | 13.28 | 0.83 |
| Robinhood | HOOD | 42.16 | 0.54 |
| Roblox | RBLX | 60.99 | 2.70 |
| RocketCos. | RKT | 12.60 | 0.53 |
| RocketLab | RKLB | 18.15 | 0.27 |
| Rockwell | ROK | 258.74 | 0.36 |
| RogersComm B | RCI | 25.25 | -1.48 |
| Roku | ROKU | 70.60 | 0.16 |
| Rollins | ROL | 54.36 | 0.33 |
| RoperTech | ROP | 590.78 | 1.20 |
| RossStores | ROST | 129.11 | 1.32 |
| RoyalBkCanada | RY | 113.65 | 0.93 |
| RoyalCaribbean | RCL | 208.12 | 2.68 |
| RoyalGold | RGLD | 164.26 | 0.75 |
| RoyaltyPharma | RPRX | 31.17 | 0.04 |
| Rubrik | RBRK | 60.47 | -0.51 |
| RyanSpecialty | RYAN | 73.81 | -0.06 |
| Ryanair | RYAAY | 42.67 | 0.30 |
| SAP | SAP | 270.34 | 1.90 |
| S&P Global | SPGI | 510.78 | 2.68 |
| SBA Comm | SBAC | 220.42 | 0.41 |
| SEI Investments | SEIC | 77.28 | -0.35 |
| SK Telecom | SKM | 21.19 | -0.07 |
| SS&C Tech | SSNC | 83.00 | -0.53 |
| Saia | SAIA | 354.77 | 5.34 |
| SailPoint | SAIL | 18.29 | -0.46 |
| Salesforce | CRM | 270.20 | 1.84 |
| Samsara | IOT | 38.80 | 0.47 |
| Sanofi | SNY | 54.34 | -1.12 |
| Schlumberger | SLB | 42.20 | 0.40 |
| SchwabC | SCHW | 77.67 | -0.61 |
| Sea | SE | 132.46 | 1.97 |
| Seagate | STX | 84.54 | -0.41 |
| Sempra | SRE | 71.56 | 0.20 |
| ServiceIntl | SCI | 80.88 | 0.68 |
| ServiceNow | NOW | 811.56 | 15.42 |
| ServiceTitan | TTAN | 95.00 | -0.11 |
| Shell | SHEL | 73.05 | -0.23 |
| SherwinWilliams | SHW | 350.57 | 1.38 |
| ShinhanFin | SHG | 32.56 | 0.48 |
| Shopify | SHOP | 97.64 | 2.16 |
| SimonProperty | SPG | 166.47 | 0.39 |
| SiriusXM | SIRI | 21.96 | -0.59 |
| SkechersUSA | SKX | 57.49 | 0.71 |
| Skyworks | SWKS | 64.62 | -0.01 |
| SmithAO | AOS | 65.60 | 0.24 |
| Smith&Nephew | SNN | 28.19 | -0.18 |
| SmithfieldFds | SFD | 20.63 | 0.24 |
| Smucker | SJM | 118.52 | 0.11 |
| SmurfitWestrock | SW | 45.62 | 0.56 |
| Snap | SNAP | 8.93 | 0.22 |
| Snap-On | SNA | 339.58 | 2.57 |
| Snowflake | SNOW | 149.54 | 3.38 |
| SOQUIMICH | SQM | 40.05 | 0.32 |
| SoFiTech | SOFI | 11.91 | 0.28 |
| Solventum | SOLV | 76.34 | 0.30 |

Continued on Page B13

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## NOTICE OF SALE

**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION**

In re: 23ANDME HOLDING CO., *et al.*,[1] Debtors. Chapter 11 Case No. 25-40976-357 (Jointly Administered) Related Docket Nos. 30 & 125

**NOTICE OF AUCTION FOR THE SALE OF THE DEBTORS' ASSETS**

**PLEASE TAKE NOTICE** that, on March 28, 2025 the United States Bankruptcy Court for the Eastern District of Missouri (the "Court") entered the *Order (I) Approving Bidding Procedures for the Sale of the Debtors' Assets, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of the Notice Thereof, (IV) Approving Procedures Regarding Entry into Stalking Horse Agreement(s), (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Approving Procedures for the Sale, Transfer, or Abandonment of De Minimis Assets, and (VII) Granting Related Relief* [Docket No. 125] (the "Bidding Procedures Order"),[2] authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors") to conduct an auction (the "Auction"), if any, to select the party or parties to purchase all or substantially all of the Debtors' assets (the "Company Assets" and, such transaction, the "Sale"). The Auction will be governed by the bidding procedures approved pursuant to the Bidding Procedures Order (attached to the Bidding Procedures Order as Exhibit 1, the "Bidding Procedures"). ***All interested bidders should carefully read the Bidding Procedures Order and the Bidding Procedures in their entirety.***

**PLEASE TAKE FURTHER NOTICE** that the non-binding IOI Deadline is **April 13, 2025 at 4:00 p.m. (prevailing Central Time).**

**PLEASE TAKE FURTHER NOTICE** that the **Bid Deadline is May 7, 2025, at 4:00 p.m. (prevailing Central Time)** and that any person or entity who wishes to participate in the Auction, if any, must comply with the participation requirements, bid requirements, and other requirements set forth in the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that (a) any person or entity who wishes to participate in the Auction must comply in all respects with the Debtors' consumer privacy practices, which do not restrict the transfer of personally identifiable information of the Debtors' customers in connection with a bankruptcy, merger, acquisition, reorganization, or sale of assets, (b) each Bid must contain a statement acknowledging such compliance, and (c) each Bid must acknowledge that it has complied, and will continue to comply, in all respects with the Bidding Procedures, the Bankruptcy Code, and any applicable law, among other requirements.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, if necessary, intend to conduct the Auction, if any, at which they will consider proposals submitted to them and their advisors, by and pursuant to the Bidding Procedures as set forth in the Bidding Procedures Order, on **May 14, 2025 at 9:00 a.m. (prevailing Central Time)** at the offices of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019, or by remote video, or such other date and time location as selected by the Debtors in consultation with the Consultation Parties and timely communicated to all entities entitled to attend the Auction.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify the Bidding Procedures, in their reasonable business judgment and in consultation with the Consultation Parties, in accordance with the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that **June 17, 2025, at 9:00 a.m. (prevailing Central Time)**, or as soon thereafter as the Debtors may be heard, shall be the date and time for the hearing at which the Bankruptcy Court will consider approval of the Sale (the "Sale Hearing").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Sale (the "Sale Objections") shall be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Procedure for the Eastern District of Missouri, set forth the name of the objecting party, the nature and amount of any claims or interests held or asserted against the Debtors' estate or properties, the basis for the objection, and the specific grounds therefore, and be filed and served upon the following so that such objections are received by **June 10, 2025, at 4:00 p.m. (prevailing Central Time)** (the "Sale Objection Deadline") by: (a) counsel for the Debtors, (i) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn. Christopher Hopkins (chopkins@paulweiss.com); Jessica Choi (jchoi@paulweiss.com); and Grace C. Hotz (ghotz@paulweiss.com)), and (ii) Carmody MacDonald P.C., 120 S. Central Avenue, Suite 1800 St. Louis, Missouri 63105 (Attn: Thomas H. Riske (thr@carmodymacdonald.com); Nathan R. Wallace (nrw@carmodymacdonald.com); and Jackson J. Gilkey (jjg@carmodymacdonald.com)); (b) the Office of the United States Trustee for the Eastern District of Missouri, 111 South 10th Street, Suite 6.353, St. Louis, Missouri 63102 (Attn: Carole Ryczek (Carole.Ryczek@usdoj.gov); Joseph Schlotzhauer (Joseph.Schlotzhauer@usdoj.gov); and Paul A. Randolph (Paul.A.Randolph@usdoj.gov)); and (c) the Sale Notice Parties (as defined in the Bidding Procedures).

**PLEASE TAKE FURTHER NOTICE** that this notice is subject to the full terms and conditions of the Motion, the Bidding Procedures Order, and the Bidding Procedures, and the Debtors urge parties in interest to review such documents in their entirety. Copies of the Motion, the Stalking Horse Agreement(s), if any, the Bidding Procedures, and the Bidding Procedures Order, in addition to any related documents that may be filed, may be obtained by accessing (a) the website of the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/23andMe, for no charge, or (b) the Court's internet site: https://www.moeb.uscourts.gov/, for a fee, through an account obtained from the PACER website at http://pacer.psc.uscourts.gov.

**CONSEQUENCES OF FAILING TO TIMELY MAKE AN OBJECTION. ANY PARTY OR ENTITY THAT FAILS TO TIMELY FILE AND SERVE AN OBJECTION ON OR BEFORE THE SALE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO SUCH SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE COMPANY ASSETS OF THE DEBTORS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS AFFECTED THEREUNDER.**

Dated: March 28, 2025 St. Louis, Missouri, Respectfully submitted, **Carmody MacDonald P.C.** */s/ Thomas H. Riske* Thomas H. Riske #61838MO, Nathan R. Wallace #74890MO, Jackson J. Gilkey #73716MO, 120 S. Central Avenue, Suite 1800, St. Louis, Missouri 63105, Telephone: (314) 854-8600, Facsimile: (314) 854-8660, Email: thr@carmodymacdonald.com, nrw@carmodymacdonald.com, jjg@carmodymacdonald.com -and- **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP,** Paul M. Basta (*pro hac vice* granted), Christopher Hopkins (*pro hac vice* granted), Jessica I. Choi (*pro hac vice* granted), Grace C. Hotz (*pro hac vice* granted), 1285 Avenue of the Americas, New York, New York 10019, Telephone: (212) 373-3000, Facsimile: (212) 757-3990, Email: pbasta@paulweiss.com, chopkins@paulweiss.com, jchoi@paulweiss.com, ghotz@paulweiss.com, *Counsel to the Debtors and Debtors in Possession*

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

[2] Capitalized terms used but not defined have the meanings ascribed to them in the Bidding Procedures Order, the Bidding Procedures, or the *Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of the Debtors' Assets, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of the Notice Thereof, (IV) Approving Procedures Regarding Entry into Stalking Horse Agreement(s), (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Sale of the Debtors' Assets Free and Clear of Claims, Interests, and Encumbrances, (VII) Approving Procedures for the Sale, Transfer, or Abandonment of De Minimis Assets, and (VIII) Granting Related Relief* [Docket No. 30] (the "Motion"), as applicable.

## COMMERCIAL REAL ESTATE

**NOTICE OF UCC PUBLIC SALE OF COLLATERAL**

PLEASE TAKE NOTICE, that in accordance with applicable provisions of the Uniform Commercial Code as enacted in New York, KTB CRE Debt Fund No. 11, a Korean investment trust, the facility agent under a certain loan agreement ("Secured Party") will offer at public auction, via Mannion Auctions, LLC, by Matthew D. Mannion, Auctioneer, all member and other equity interests in and to 100% of the limited liability company interests (the "Pledged Securities") in 285 Madison Owner LLC (the "Debtor"), which Mortgage Borrower, directly or indirectly owns, leases and/or operates the real property located at 285 Madison Avenue, New York, New York 10022 (the "Premises").

Secured Party is offering for sale the Pledged Securities and certain rights and property related thereto each of which was pledged by the Debtor under a Pledge and Security Agreement, dated November 6, 2017, in favor of Secured Party (the "Pledge Agreement"). The sale is being made in connection with the foreclosure by Secured Party under the Pledge Agreement, pursuant to which the Debtor granted to Secured Party a first priority lien on the Pledged Securities as collateral for the loan (the "Mezzanine Loan") from Secured Party to the Debtor. The Mezzanine Loan was made pursuant to a loan agreement dated November 6, 2017 (the "Mezzanine Loan Agreement"). The Mezzanine Loan is subordinate to a mortgage loan (the "Mortgage Loan") made pursuant to a loan agreement dated November 6, 2017 (the "Mortgage Loan Agreement") and other obligations and liabilities of the Mortgage Borrower or that are otherwise affecting the Premises. The Pledged Securities are also subject to the governing documents of the Mortgage Borrower (including its operating agreement). The Mezzanine Loan and Mortgage Loan are each subject to the terms of an Intercreditor Agreement, as of November 6, 2017 (the "Intercreditor Agreement").

The public auction will be held in person at the offices of DLA Piper LLP (US) at 1251 Avenue of the Americas, 27th Floor, New York, New York 10020 and virtually via Zoom Remote Meeting on April 15, 2025 at 1:00 p.m. (EST). Secured Party reserves the right to cancel the sale in its entirety, or to adjourn the sale to a future date. The Pledged Securities have not been and will not be registered under the Securities Act of 1933 (the "Act") and are being offered for sale in a transaction exempt from the requirements of the Act. All potential bidders will be required to comply with all federal and state securities laws in effect in respect of the submission of bids and actual purchases of the Pledged Securities. The Secured Party reserves the right to require bidders to represent that the Pledged Securities are being purchased with investment intent for the bidder's own account and not with a view toward resale or distribution and will not be resold except pursuant to a valid registration statement under the Act or pursuant to an applicable exemption. Additional representations may be required to comply with transfer requirements and state securities laws that may apply. The Pledged Securities will be sold "as-is, where-is", with no express or implied warranties or representations of any kind made by Secured Party and without any recourse whatsoever to Secured Party.

Secured Party reserves the right to credit bid, reject bids from any bidder that is not a "Qualified Transferee" as that term is defined in the Intercreditor Agreement, terminate, or adjourn the sale to another time, and to sell the Interests at a subsequent public or private sale and to impose any other commercially reasonable conditions upon the sale of the Interests as Secured Party may deem proper. Secured Party further reserves the right to determine the qualifications of any bidder, including a prospective bidder's ability to close the transaction on the terms and conditions referenced herein and to modify these terms of sale.

The sale shall be a public auction to the highest qualified bidder. In order to bid at the auction, qualifying bidders shall be required not later than April 11, 2025 to deposit a qualifying deposit of $500,000.00 (a "Qualifying Deposit") with an escrow company selected by the Secured Party as described in greater detail in the terms of sale. All bids (other than bids submitted by Secured Party) must be submitted in writing and must be for cash. No sale shall be final until accepted in writing by Secured Party. Any successful bid (other than a bid submitted by Secured Party) must be accompanied with its acceptance at the sale by a certified check made payable to Secured Party or an immediate wire transfer in an amount, less the amount of any Qualifying Deposit, not less than ten percent (10%) of the bid amount (the "Deposit") within one (1) business day of the auction, as a deposit on the sale price, with the entire balance payable in immediately available good funds (wire transferred from, or certified check drawn on and certified by, a U.S. commercial bank that is a member of the Federal Reserve system) within ten (10) business days after the conclusion of the auction at the offices of DLA Piper LLP (US), 1251 Avenue of the Americas, 27th Floor, New York, New York 10020.

Interested parties must execute a standard confidentiality and non-disclosure agreement (the "Confidentiality Agreement"). To review and execute the Confidentiality Agreement, please visit our website at REVERE (https://bit.ly/285MadisonUCC). For questions, inquiries, and information on how to register for the auction, interested bidders must contact Amy Brooks of NEWMARK at Amy.Brooks@nmrk.com or Dennis D. Kiely, Esq. of DLA Piper LLP (US), counsel for Secured Party, at dennis.kiely@dlapiper.com. Interested parties who do not comply with the foregoing and any other requirements of the applicable terms of sale prior to the deadlines set forth therein will not be permitted to enter a bid.

## COMMERCIAL REAL ESTATE

**UCC Public Sale Notice**

Please take notice that EMERALD CREEK CAPITAL 3, LLC, a New York limited liability company (the "Secured Party"), in its capacity as administrative agent, offers for sale at public auction on May 15, 2025 at 2:00 p.m. (prevailing Eastern Time) at the offices of HERRICK, FEINSTEIN LLP, 2 PARK AVENUE, NEW YORK, NEW YORK 10016, pursuant to the New York Uniform Commercial Code: (i) 100% of the membership interests of 17 EAST 47TH STREET DEVCO MEZZ LLC and 12 EAST 52ND STREET DEVCO MEZZ LLC (each an individual "Pledgor" and collectively, the "Pledgors") in 17 EAST 47TH STREET DEVCO LLC, a Delaware limited liability company and 12 EAST 52ND STREET DEVCO LLC, a Delaware limited liability company (collectively, the "Borrowers"); (ii) all other collateral pledged by Pledgors under the Pledge and Security Agreement, dated as of February 13, 2023, between Pledgors and Secured Party; and (iii) all other tangible and intangible property in respect of which Secured Party is granted any lien, security interest, claim, liability, charge or encumbrance of any kind or nature under the Loan Documents, as defined in that certain Amended and Restated Mortgage, Spreader, Assignment of Leases and Rents and Security Agreement, dated as of February 13, 2023, between Borrowers, as mortgagors, and Secured Party, as mortgagee (romanettes (i) through (iii) collectively are the "Collateral").

Pledgors, collectively, own 100% of the legal and beneficial membership interests in the Borrowers.

Borrowers are the makers of a note in favor of Secured Party, dated as of February 13, 2023, in the principal amount of fifteen million dollars ($15,000,000).

The sale of the Collateral will be a public auction sale conducted by a licensed auctioneer on terms and conditions (the "Terms and Conditions") that will be posted to the data room (the "Data Room") maintained by Secured Party's broker, Cushman & Wakefield, 1290 Avenue of the Americas, New York, NY 10104 (the "Broker") in connection with the Sale, which contains the relevant loan documents and other information concerning the Collateral. Prospective bidders who wish to obtain access to the Data Room must execute a confidentiality and non-disclosure agreement and be approved by Secured Party. Secured Party reserves the right to amend the Terms and Conditions at any time prior to the date of the Sale by posting revised Terms and Conditions to the Data Room. Secured Party further reserves the right to amend the Terms and Conditions of the Sale on the date of the Sale by announcement made at the Sale.

Any individual or entity desiring to bid at the Sale must register with the Broker, Attn: Craig Waggner, (craig.waggner@cushwake.com) at 212-660-7744, and must satisfy the requirements for becoming a qualified bidder ("Qualified Bidder") as set forth in the Terms and Conditions. Any individual who wishes to attend the Sale must contact Secured Party's counsel, Stephen B. Selbst (sselbst@herrick.com) at 212-592-1405, and/or Rodger T. Quigley (rquigley@herrick.com) at 212-592-1577, at least seventy-two (72) hours prior to the sale date to obtain access to the offices of Secured Party's counsel, Herrick, Feinstein LLP, at 2 Park Avenue, New York, New York. All attendees must also show a government-issued photo identification to building security before they will be granted access to the sale location.

The Collateral is being offered as "as-is, where-is," with no express or implied warranties, representations, statements or conditions of any kind made by the Secured Party or any person acting for or on behalf of the Secured Party, without any recourse whatsoever to the Secured Party or any other person acting for or on behalf of the Secured Party. Each bidder must make its own investigation of the Collateral. Secured Party will determine, in its sole discretion, whether any prospective participant has satisfied participation conditions set forth in the Terms and Conditions and may bid at the auction.

The Secured Party reserves the right to: (i) credit bid; (ii) reject all bids (including without limitation any bid that it deems to have been made by a bidder that is unable to satisfy the requirements imposed by the Secured Party upon prospective bidders in connection with the Sale or to whom in the Secured Party's sole judgment a sale may not lawfully be made) and terminate or adjourn the Sale to another time, without further publication or notice; (iii) accept a lower bid if the bid is on terms Secured Party determines are more favorable to Secured Party or is from a bidder that, in Secured Party's determination, offers a more certain likelihood of execution; (iv) terminate or adjourn the Sale to another date at any time and from time to time in its sole and absolute discretion; and (v) impose any other commercially reasonable conditions upon the sale of the Collateral as the Secured Party may deem proper.

Each prospective bidder (other than the Secured Party or its affiliates) will be required to represent in writing to the Secured Party that such bidder: (i) has the financial ability to tender the required deposit and the purchase price for the Collateral; and (ii) will comply with the requirements to participate in the Sale as set forth in the Terms and Conditions. **Meeting the requirements to participate in the Sale of the Collateral will be the sole responsibility, risk, cost, and expense of a prospective bidder.**

For further information, please contact the Broker, Attn: Craig Waggner, (craig.waggner@cushwake.com) at 212-660-7744, and/or counsel for Secured Party, Herrick, Feinstein LLP, 2 Park Avenue, New York, New York 10016, Attention: Stephen B. Selbst and Rodger T. Quigley; or via phone or e-mail: Stephen B. Selbst at 212-592-1405 or sselbst@herrick.com; and Rodger T. Quigley at 212-592-1577 or rquigley@herrick.com. Interested parties who would like additional information regarding the Collateral, the requirements to be a Qualified Bidder, or the Terms and Conditions should visit the Data Room or contact the Broker or Secured Party's counsel.

March 25, 2025
New York, New York

**EMERALD CREEK CAPITAL 3, LLC**
a New York limited liability company
By: */s/ Mark Bahiri*
Name: Mark Bahiri
Title: Managing Partner

**NOTICE OF PUBLIC SALE OF COLLATERAL**

**NOTICE IS HEREBY GIVEN** that, pursuant to (a) Section 9-610 of the Uniform Commercial Code ("**UCC**") as in effect in the State of New York and (b) the Pledge and Security Agreement, dated as of July 20, 2015 (as amended, restated, or otherwise modified, the "**Security Agreement**") made by CCP Mezzanine Nashville I, LLC, a Delaware limited liability company (collectively, "**Debtor**") to DIV Mezz Portfolio I 2020, LLC,, a Delaware limited liability company (as successor-in-interest to Redwood Commercial Mortgage Corporation, a Delaware corporation, the "**Secured Party**"), the Secured Party will offer for sale at public sale (the "**Auction**") all right, title, and interest of the Debtor in and to the following collateral (the "**Subject Collateral**"): (i) one hundred percent (100%) of the membership interests in CCP Property Owner Nashville I, LLC, a Delaware limited liability company, and (ii) all proceeds (as defined in the UCC) of the foregoing. The Subject Collateral is security for the Debtor's obligations under the Mezzanine Loan Agreement, dated as of July 20, 2015 (as amended, supplemented or otherwise modified, the "**Loan Agreement**"), among Debtor and the Secured Party.

**TERMS AND CONDITIONS OF THE AUCTION**: The Subject Collateral is being sold as described above on an "**AS IS, WHERE IS, WITH ALL FAULTS**" basis pursuant to the following terms and conditions. 1. Parties interested in bidding at the Auction may, subject to executing confidentiality agreements and meeting the bidder qualifications set forth in the bidding procedures (the "**Bidding Procedures**"), which can be obtained by contacting Newmark as provided below, obtain additional information concerning the Subject Collateral by contacting Newmark. The Bidding Procedures provide additional information about the bidding process, including bidder qualifications, Auction participation and determination of the winning bid. 2. The Auction will be held on April 24, 2025, at 10:00 A.M. EDT via a web-based video conferencing and/or telephonic conferencing program selected by the Secured Party, access to which will be made available to qualified bidders, and in person, at the offices of Mannion Auctions, LLC, 299 Broadway, Suite 1601, New York, New York 10007. 3. The Subject Collateral will be sold on an "AS-IS, WHERE IS, WITH ALL FAULTS" basis, without recourse, and without and express or implied representations or warranties whatsoever including, without limitation, as to the condition of title, value, or quality of the Subject Collateral, or without regard to assets, liabilities, financial condition, or earnings of Debtor or any of their affiliates. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALL WARRANTIES, WHETHER OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR OTHERWISE, ARE EXPRESSLY DISCLAIMED. The sale of the Subject Collateral is specifically subject to all taxes, liens (other than those of the Secured Party), claims, assessments, liabilities and encumbrances, if any, that may exist against the Subject Collateral under the UCC or other applicable law. The Secured Party makes no representations or warranties and provides no assurances as to any Subject Collateral. Prospective bidders should perform their own diligence as to the Subject Collateral. The Secured Party reserves the right to determine which bidders qualify for participation in the Auction, reject any bid or all bids at the Auction, to announce such other terms at the Auction as may be commercially reasonable in the Secured Party's discretion or to accept non-conforming bids. Further, the Secured Party reserves the right to cancel, postpone, or adjourn the Auction by announcement made at the Auction, either before or after the commencement of bidding, without written notice or further publication. The Secured Party reserves the right to credit bid any portion of its secured indebtedness then outstanding under the Loan Agreement at the Auction. The Secured Party reserves the right to implement such other terms or conditions at the Auction or regarding the Auction procedures as the Secured Party, in its sole discretion, determines to be commercially reasonable under the circumstances.

All inquiries concerning this Notice of Public Sale and the terms and conditions of the sale (including requirements to be a "qualified bidder") should be made to: Brock Cannon, brock.cannon@nmrk.com, 646-315-4785, and Kezia Belfield, kezia.belfield@nmrk.com, 214-674-7610. Any person making any inquiry or request must: (i) disclose the person or entity on whose behalf such information is being sought, (ii) execute the confidentiality agreement, which will be provided upon request, and (iii) maintain the confidentiality of the information provided in accordance with the confidentiality agreement.

## PUBLIC NOTICES

At a Term, Part 42, of the Supreme Court of the State of New York, held in and for the County of New York, at 111 Centre Street, New York, New York, on March 13, 2025.

PRESENT: Hon. Emily Morales- Minerva, J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------X

In the Matter of the Application of:

Matt Del Percio, Jose Jara, Allen Waxman, Carol Chen, Brigette R. McLeod-Williams, Margery E. Ames, Susan S. Benedict, Judith Benitez, Joyce R. Coppin-Mondesire, Adani Illo, Rakesh "Rick" Jain, Jason Kyrwood, Dorothy Mehta, Karen Myrie, M.D., Gary Moross, Ellen Polansky, Matthew Porter, Robert Schanz, David Theobald, Graham Thomas, Duncan Turnbull, and Colleen Wagner,

Petitioners,

- against –

For Judicial Dissolution of Edwin Gould Services for Children and Families, Inc., pursuant to Section 1102 of the Not-for-Profit Corporation Law

-----------------------------------------------------------------X

Index. No. 153061 / 2025

**ORDER TO SHOW CAUSE**
**MS#1 Dissolution**

Upon the annexed Verified Petition (the "**Petition**") sworn to on March 3, 2025, together with the exhibits annexed thereto;

**Let**, all persons interested in EDWIN GOULD SERVICES FOR CHILDREN AND FAMILIES, INC. (the "**Company**"), show cause before this Court at an IAS term thereof to be held before the Hon. Emily Morales-Minerva at 111 Centre Street, Part 42, New York, New York, on May 14, 2025, at 10:30-11:30 am, or as soon thereafter as counsel may be heard, why an order should not be entered dissolving EDWIN GOULD SERVICES FOR CHILDREN AND FAMILIES, INC., pursuant to Article 11 of the New York Not-for-Profit Corporation Law, ("**NY N-PCL**") Section 1102; and it is further

**ORDERED**, that pursuant to NY N-PCL § 1104(b), the Company shall publish or cause to be published a copy of this Order to Show Cause in The Wall Street Journal at least once in each of the three weeks immediately prior to the return date specified above; and it is further

**ORDERED**, that pursuant to NY N-PCL § 1104(c), service of a copy of this Order to Show Cause and the Petition upon which it is based, upon persons and entities entitled to service thereof and hereof, including, (a) the New York State Department of Taxation and Finance, (b) the Office of the New York State Attorney General, (c) the Company's current creditors, (d) plaintiffs and/or their counsel, who have commenced litigation against the Company as set forth in the Petition, and (e) any other state agencies entitled to service thereof and hereof, all as more fully set forth in Exhibit E annexed to the Petition, by delivering the same personally, at least ten (10) days before the time appointed for the hearing, or by mailing a copy of the order, postage prepaid, at least twenty (20) days before the time so appointed, addressed to the person or entity to be served at its/his/her last known address, on or before March 21, 2025 shall be deemed good and sufficient service; and it is further

**ORDERED**, that pursuant to NY N-PCL § 1104(d), that the Company is directed to file a copy of this Order to Show Cause and Petition, together with such scheduled furnished to the Court pursuant to NY N-PCL § 1104, in the office of the New York County Clerk within ten (10) days of the date hereof. #102194

**Dated: 3/13/2025**

**ENTER:** Emily Morales-Minerva, J.S.C
HON.

## BANKRUPTCIES

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: AZZUR GROUP HOLDINGS LLC, *et al.*,[1] Debtors. Chapter 11 Case No. 25-10342 (KBO) (Jointly Administered) **Related D.I.: 93, 179**

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM, INCLUDING 503(b)(9) CLAIMS BAR DATE**

**PLEASE TAKE NOTICE** that, on March 5, 2025 (the "Petition Date"), Azzur Group Holdings LLC and its affiliated debtors (collectively, the "Debtors") in the above-captioned chapter 11 cases filed voluntary petitions for relief under chapter 11 of 11 U.S.C. 101 *et seq.* (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that, on March 28, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 179] (the "Bar Date Order") establishing:

(a) **General Bar Date**: the date that is thirty (30) days from the date on which the Debtors file the schedules of assets and liabilities (the "Schedules") and serve this Publication Notice, which shall be **April 30, 2025 at 5:00 p.m. (ET)**, as the deadline for all persons or entities, other than governmental units (as defined in section 101(27) of the Bankruptcy Code, "Governmental Units"), to file proofs of claim (each, a "Proof of Claim") based on claims against any Debtor that arose prior to the Petition Date, including claims for the value of goods sold to any Debtor in the ordinary course of business and received by such Debtor within twenty (20) days before the Petition Date (each, a "503(b)(9) Claim")[2] that remain unpaid (the "General Bar Date");

(b) **Governmental Bar Date**: **September 1, 2025, at 5:00 p.m. (ET)** as the deadline for all Governmental Units to file Proofs of Claim against any Debtor based on claims against such Debtor that arose prior to the Petition Date that remain unpaid (the "Governmental Bar Date");

(c) **Amended Schedules Bar Date**: The later of (i) the General Bar Date or the Governmental Bar Date, as applicable; and (ii) 5:00 p.m. (ET) on the date that is thirty (30) days from the date on which the Debtors provide notice of an amendment or supplement to the Schedules as the deadline by which claimants holding claims affected by such amendment or supplement must file Proofs of Claim with respect to such claim; and

(d) **Rejection Damages Claims Bar Date**: The later of (i) the General Bar Date or the Governmental Bar Date, as applicable, and (ii) 5:00 p.m. (ET) on the date that is thirty (30) days following entry of an order approving the rejection of an executory contract or unexpired lease (a "Rejection Order") as the deadline for any non-debtor counterparty to a rejected executory contract or lease to file a Proof of Claim based on any relief set forth in the applicable Rejection Order.

**You should consult an attorney if you have any questions, including whether to file a Proof of Claim. If you have any questions with respect to this notice, you may contact the Debtors' claims and noticing agent, Stretto, Inc., by e-mail at TeamAzzur@stretto.com, or by calling the toll-free information line at (833) 900-1730 (or (949) 202-5650 if calling from outside the United States or Canada). Please note that Stretto is not permitted to provide legal advice.**

[1] A list of the Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Azzur. The Debtors' headquarters and the mailing address for the Debtors is 330 South Warminster Road, Suite 341, Hatboro, PA 19040.

[2] "503(b)(9)" refers to section 503(b)(9) of the Bankruptcy Code. *See* 11 U.S.C. § 503(b)(9).

## COMMERCIAL REAL ESTATE

**UNIFORM COMMERCIAL CODE PUBLIC SALE NOTICE**

Please take notice that Mannion Auctions, LLC, Matthew D. Mannion, licensed auctioneer (DCA #1434494), on behalf of Fairbridge Strategic Capital LLC, a Delaware limited liability company ("**Secured Party**"), offers for sale at public auction on May 9, 2025 at 2:30 p.m. (Eastern Time) at the offices of Braunstein Turkish LLP, 7600 Jericho Turnpike, Suite 402, Woodbury, New York 11797, and simultaneously by remote auction via Zoom (Meeting link: https://bit.ly/551Albany; Meeting ID: 890 4136 7684; Meeting passcode: 488890; Call-in number: +1 646 558 8656), in connection with a Uniform Commercial Code sale of the limited liability company membership interests ("**Interests**") in 551 Albany Ave, LLC, a New York limited liability company ("**Borrower**"), which entity is the fee owner of real property located at 551 Albany Avenue, Brooklyn, N.Y. 11203. The Interests represent one hundred percent (100%) of the ownership interest in Borrower and is owned by 551 Albany Ave, LLC, a series of TTC ICE, LLC, a Delaware limited liability company.

The Interests are being offered as a single lot, "AS-IS, WHERE-IS", with no express or implied warranties, representations, statements or conditions of any kind made by the Secured Party or any person acting for or on behalf of the Secured Party, without any recourse whatsoever to the Secured Party or any other person acting for or on behalf of the Secured Party. The winning bidder shall be responsible for the payment of all transfer taxes, stamp duties and similar taxes incurred in connection with the purchase of the Interests.

All interested parties shall be required to provide a minimum deposit of $100,000 with Secured Party's counsel at least 5 days prior to the auction, and all bids (other than credit bids of the Secured Party) must be in U.S. Dollars, and the successful bidder must be prepared to deliver immediately available good funds by wire or bank check to the Secured Party, within twenty-four (24) hours after the sale and otherwise comply with the bidding requirements.

Interested parties who would like additional information concerning the sale of the Interests should contact the Secured Party's counsel, Braunstein Turkish LLP, 7600 Jericho Turnpike, Suite 402, Woodbury, New York 11797, Attn: Vincent L. Georgetti, Esq., Tel: (516) 802-0700 x312, E-mail: vg@braunsteinturkish.com.

## NOTICE OF SALE

**NOTICE OF DISPOSITION OF COLLATERAL VIA PUBLIC SALE**

DATE: March 28, 2025

TO: **EXPANSION INDUSTRIES, LLC** (the "Debtor"), c/o Eric Hill, Registered Agent, 302 West, Commerce Street, 200, Dallas, TX 75208

**BOWIE CENTRAL APPRAISAL DISTRICT**, Interested Party, c/o McCreary Veselka Bragg & Allen, P.C., P.O. Box 1269, Round Rock, Texas 78680-1269

FROM: **NEXMARK, LLC** (the "Secured Party"), c/o John D. Gaither, Neligan LLP, 4851 LBJ Freeway, Suite 700, Dallas, Texas 75244, jgaither@neliganlaw.com

Re: Secured Promissory Note, by and among Expansion Industries, LLC, as Maker, and NexMark, LLC, as Holder, dated August 3, 2022 (as amended, restated, supplemented, or modified from time to time, the "Note"); Security Agreement, by and among Expansion Industries, LLC, as Debtor, and NexMark, LLC, as Secured Party, dated August 3, 2022 (as amended, restated, supplemented, or modified from time to time, the "Security Agreement", and together with the Note, the "Loan Documents").

**PLEASE TAKE NOTICE** that on or after 10:00 a.m. (CT) on April 14, 2025, the Secured Party will conduct a public sale (the "Public Sale") of all of its rights, title, and interest in all of the Debtor's tangible personal property, including without limitation all present and future inventory, equipment (including items of equipment that are or become fixtures) (the "Assets"), which was pledged to the Secured Party in order to secure the Debtor's obligations to the Secured Party under the Loan Documents, provided no addressee of this notice has redeemed the Assets by payment to the Secured Party of the amount required to satisfy the Debtor's obligations under the Note, together with the Secured Party's reasonable costs of disposition. The Public Sale may be cancelled or rescheduled at the discretion of the Secured Party.

**PLEASE TAKE FURTHER NOTICE** that the Public Sale is being held to enforce the rights of the Secured Party under the Loan Documents. The Secured Party intends to acquire the Assets at the Asset Sale via a credit bid in an amount up to the amount due and owing to the Secured Party under the Loan Documents as of the date of the Asset Sale.

**PLEASE TAKE FURTHER NOTICE** that Public Sale is with reserve and is made on an "as is, where is" basis. There will be no warranty made or provided relating to title, possession, quiet enjoyment or the like in connection with the disposition. The purchase price must be paid in cash in immediately available funds upon completion of the Public Sale.

**PLEASE TAKE FURTHER NOTICE** that prospective bidders are invited to submit bids in writing prior to the Public Sale. Interested parties who would like to submit bids or request additional information regarding the sale of the Assets should contact John D. Gaither, counsel for the Secured Party, by e-mail at jgaither@neliganlaw.com.

**PLEASE TAKE FURTHER NOTICE** that the Borrower shall, upon request, be entitled to an accounting of the unpaid indebtedness secured by the Assets that the Secured Party intends to sell. Such an accounting may be requested by contacting the Secured Party c/o John D. Gaither, Neligan LLP, 4851 LBJ Freeway, Suite 700, Dallas, Texas 75244, jgaither@neliganlaw.com.

**NOTIFICATION OF ARTICLE 9 DISPOSITION OF COLLATERAL at PUBLIC AUCTION**

Notice is hereby given that pursuant to (i) Section 9610 of the California Commercial Code, (ii) that certain Pledge Agreement dated November 2, 2017, as subsequently amended (the "Cavileer Pledge Agreement") between Craig Cavileer ("Cavileer") and Majestic Realty Co., ("Majestic"), and (iii) that certain Pledge Agreement dated December 18, 2015, as subsequently amended (the "Cavileer Trust Pledge Agreement", and together with the Cavileer Pledge Agreement, the "Pledge Agreements"), Edward P. Roski, Jr., Trustee of the Edward P. Roski, Jr. Living Trust UID 11/1/1987, as amended ("Secured Party"), as successor in interest to Majestic, will sell the assets of Craig Cavileer, individually and in his capacity as Trustee of the Craig and Charlene Cavileer Family Trust (together, "Debtor") as generally described below (collectively, the "Collateral"). Braun Internatinoal. ("Braun") will, on behalf of Secured Party, conduct an auction (the "Auction") on May 6, 2025 NOON PT VIA ZOOM (Zoom information will be provided to Qualified Bidders). The unpaid principal and interest which is subject to the Pledge Agreements (excluding other costs and attorneys' fees) as of February 28, 2025 is $77,829,536.21, with interest continuing to accrue after such date. To obtain further information about the Collateral, bidders must contact Braun at email: info@braunco.com; tel.: 866.568.6638x100 or view at Braunco.com or Braunmimx.com and sign a Confidentiality Agreement to be provided by Braun. To participate in the Auction, bidders will need to execute a Qualified Bidder Certification and comply with certain Bid Procedures and Qualified Bid Requirements to be furnished by Braun. There is no warranty relating to title, possession, quiet enjoyment or the like in the Collateral or the disposition of the Collateral. A general summary of the Collateral is immediately below.

The Collateral consists of 50% and minority interests in limited liability companies which own, directly or indirectly, or operate the following: (i) the Hyatt Place Fort Worth Historic Stockyards hotel, the Hotel Drover, the Stockyards Hotel, the Stockyards Station retail complex, historic horse and mule barns, a mixed use complex, the Cowtown Coliseum, a single family residential building, individual warehouses and/or undeveloped land all located in Fort Worth, Texas; (ii) undeveloped land in Pahrump, Nevada, and (iii) the Hyatt Place Las Vegas Hotel, a Starbucks coffee franchise, and/or a retail complex all located in Las Vegas, Nevada.

Contact Braun International for bidding information at Braunco.com or info@braunco.com

## BUSINESS OPPORTUNITIES

MORTGAGE REIT
8%-9% RETURN
TAX EFFICIENCY
REAL ESTATE SECURED
GROWTH / INCOME
SEEKING RIA'S &
ACCREDITED INVESTORS
866-700-0600
ALLIANCE MORTGAGE FUND
120 Vantis Dr., Ste. 515 • Aliso Viejo, CA 92656
www.AlliancePortfolio.com
RE Broker • CA DRE • 02066955 Broker License ID

## COMMERCIAL REAL ESTATE

Sold by Owner - CIRCA 1841
HISTORIC INN & RESTAURANT
20K+ SF, NEXT TO LARGE NATIONAL-
HISTORIC-SITE IN WEST-CENTRAL IL.
ADJOINING PROPERTIES ALSO AVAILABLE
AT LOW COST. $3.9M
DETAILS: TEMPLEPROXIMITY@GMAIL.COM

THE WALL STREET JOURNAL.
SHOWROOM
(800) 366-3975 | wsj.com/classifieds
© 2025 Dow Jones & Company, Inc.
All Rights Reserved.

THE WALL STREET JOURNAL.
THE MARKETPLACE
ADVERTISE TODAY

(800) 366-3975
For more information visit:
wsj.com/classifieds
© 2025 Dow Jones & Company, Inc.
All Rights Reserved.
DOW JONES