| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | 23andMe Holding Co.<br>Name | EIN: 87–1240344 | |
| United States Bankruptcy Court | Eastern District of Missouri | Date case filed for chapter: | 11   3/23/25 |
| Case number: | 25–40976 | | Case Number 25–40976 |

Official Form 309F1 (For Corporations or Partnerships)
## Order and Notice of Chapter 11 Bankruptcy Case                                                    02/20

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the case imposed an automatic stay against most collection activities (see Bankruptcy Code §362 for prohibited collection actions). This means that creditors generally may not take action to collect debts from the debtor, from the debtor's property, or from certain codebtors. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, telephone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the Court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the Bankruptcy Clerk's Office within the deadline specified in this notice. (See section number 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the Bankruptcy Clerk's Office cannot give legal advice.**

**Do not file this notice with any Proof of Claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | 23andMe Holding Co. | |
| **2. All other names used in the last 8 years** | dba VG Acquisition Corp. | |
| **3. Address** | 870 Market Street<br>Room 415<br>San Francisco, CA 94102 | |
| **4. Debtor's attorney** Name and address | Thomas H Riske<br>Carmody MacDonald P.C.<br>120 South Central Ave., Ste. 1800<br>St. Louis, MO 63105 | Contact phone: 314–854–8600<br><br>Email: thr@carmodymacdonald.com |
| **5. Bankruptcy Clerk's Office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | 111 South Tenth Street<br>Fourth Floor<br>St. Louis, MO 63102<br>Telephone number: (314) 244–4500<br>McVCIS: 1–866–222–8029, #87<br>Electronic Case Information/PACER: https://ecf.moeb.uscourts.gov<br><br>Office Hours: Monday – Friday 8:30 a.m. – 4:30 p.m. | |
| **6. Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 2, 2025 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the Court docket. | Location:<br><br>**Call 1-844-767-5651. Once prompted, enter 9613859. For more details see, www.moeb.uscourts.gov/341meetings** |

**For more information, see page 2 >**

Official Form 309F1 (For Corporations or Partnerships)    **Notice of Chapter 11 Bankruptcy Case**    page 1

| Debtor **23andMe Holding Co.** | | Case number **25–40976** |
|---|---|---|

| 7. Proof of Claim deadline | **Deadline for filing Proof of Claim:** | Not yet set. If a deadline is set, the court will send you another notice. |
|---|---|---|
| | **For a governmental unit:** | **September 19, 2025** |
| | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form is not included with this notice. You can obtain one at any Bankruptcy Clerk's Office, or by visiting www.uscourts.gov. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a Proof of Claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a Proof of Claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a Proof of Claim even if your claim is scheduled. | |
| | You may review the schedules at the Bankruptcy Clerk's Office or online at www.pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a Proof of Claim. Filing a Proof of Claim submits a creditor to the jurisdiction of the Bankruptcy Court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.<br>**Proofs of Claims can be filed via the Court's Electronic Proof of Claim system (ePOC) found on the Court's web site at www.moeb.uscourts.gov.**<br>Do not include this notice with any filing you make with the Court. | |
| 8. Exception to discharge deadline<br>The Bankruptcy Clerk's Office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint: July 1, 2025** | |
| 9. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the Court to extend the deadlines in this notice. Consult an attorney familiar with United States Bankruptcy Law if you have any questions about your rights in this case. | |
| 10. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the Court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). However, unless the Court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must file a complaint and pay the filing fee by the deadline. | |

**So Ordered:**

*Brian C. Walsh*

United States Bankruptcy Court
Judge **Date:** April 3, 2025

Any paper that you file in this bankruptcy case should be filed at the Bankruptcy Clerk's Office at the address listed in section number 6 of this Order and Notice. Registered electronic users should file through our Case Management/Electronic Case Files (CM/ECF) system at https://ecf.moeb.uscourts.gov. **This Court requires all attorneys to file electronically through CM/ECF.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the Bankruptcy Clerk's Office or via the Internet if you have a PACER subscription. You may register for PACER at www.pacer.uscourts.gov. Case status information is available 24 hours a day by contacting **McVCIS (Multi–Court Voice Case Information System)** or via the Internet using PACER. Information about the meeting of creditors, certain forms, and other matters can be obtained from the Court's website: https://www.moeb.uscourts.gov.

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| **23andMe Holding Co.** | ) | Case No. 25-40976 |
| LPRXOne LLC | ) | |
| 23andMe, Inc. | ) | |
| 23andMe Pharmacy Holdings, Inc. | ) | Chapter 11 |
| Lemonaid Community Pharmacy, Inc. | ) | |
| Lemonaid Health, Inc. | ) | Jointly Administered |
| Lemonaid Pharmacy Holdings, Inc. | ) | |
| LPharm CS LLC | ) | |
| LPharm INS LLC | ) | |
| LPharm RX LLC | ) | |
| LPRXThree LLC | ) | |
| LPRXTwo LLC | ) | |
| | ) | |
| Debtors. | ) | |

**Notice:** When filing a Proof of Claim you must identify the debtor against whom your claim is asserted.

| Case Name | Case Number | Tax ID/EIN |
|---|---|---|
| **23andMe Holding Co.**<br>    dba VG Acquisition Corp. | 25-40976 | 87-1240344 |
| LPRXOne LLC | 25-40975 | 87-1453447 |
| 23andMe, Inc.<br>    dba Chrome Merger Sub, Inc. | 25-40977 | 20-4857371 |
| 23andMe Pharmacy Holdings, Inc. | 25-40978 | 93-3084690 |
| Lemonaid Community Pharmacy, Inc. | 25-40979 | 85-1117330 |
| Lemonaid Health, Inc.<br>    dba Icebreaker Health, Inc. | 25-40980 | 87-4006739 |
| Lemonaid Pharmacy Holdings Inc. | 25-40981 | 87-1286500 |
| LPharm CS LLC | 25-40982 | 87-1381125 |
| LPharm INS LLC | 25-40983 | 87-1429800 |
| LPharm RX LLC | 25-40984 | 87-1397746 |
| LPRXThree LLC | 25-40985 | 87-1483852 |
| LPRXTwo LLC | 25-40986 | 87-1471595 |