**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 25-40976-357 |
| 23ANDME HOLDING CO., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**NOTICE OF APPOINTMENT OF**
**OFFICIAL UNSECURED CREDITORS' COMMITTEE**

Pursuant to 11 U.S.C. §1102(a), the United States Trustee hereby appoints the following creditors of the debtors in these jointly administered cases to the Official Committee of Unsecured Creditors:

Laboratory Corporation of America
Holdings and subsidiaries, including
National Genetics Institute
531 South Spring Street
Burlington, NC 27215
Attn: Matthew Mall, Vice President
Phone: (336) 524-4278
Email: mallm@labcorp.com

Workday, Inc.
6110 Stoneridge Mall Road
Pleasonton, CA 94588
Attn.: Joel Smith
Phone: (801) 515-7895
Email: j.smith@workday.com

Telus International Services Limited
Voxpro House Point Village East Wall Road
Dublin, Ireland
Attn.: Jeff Brown
Phone: (303) 827-1547
Email: jeff.brown@telusdigital.com

Jellyfish US Limited
155 Avenue of the Americas
11th Floor
New York, NY 10013
Attn.: Peter Acimovic
Phone: (347) 420-3502
Email: peter.acimovic@jellyfish.com

---

[1] The chapter 11 cases being jointly administered are *In re 23andMe Holding Co.* (Tax ID No. 87-1240344), case number 25-40976; *In re 23andMe, Inc.* (Tax ID No. 20-4857371), case number 25-40977; *In re 23andMe Pharmacy Holdings, Inc.* (Tax ID No. 93-3084690), case number 25-40978; *In re 23andMe Community Pharmacy, Inc.* (Tax ID No. 85-1117330), case number 25-40979; *In re Lemonaid Health, Inc.* (Tax ID No. 87-4006739), case number 25-40980; *In re Lemonaid Pharmacy Holdings Inc.* (Tax ID No. 87-1286500), case number 25-40981; *In re LPHARM CS LLC* (Tax ID No. 87-1381125), case number 25-40982; *In re LPHARM INS LLC* (Tax ID No. 87-1429800), case number 25-40983; *In re LPHARM RX LLC* (Tax ID No. 87-1397746), case number 25-40984; *In re LPRXONE LLC* (Tax ID No. 87-1453447)*,* case number 25-40975; *In re LPRXTHREE LLC* (Tax ID No. 87-1483852)*,* case number 25-40985; and *LPRXTWO LLC* (Tax ID No. 87-1471595)*,* case number 25-40986.

Whitney S. Grubb, Committee Chair
c/o Alexander F. Schlow
Labaton Keller Sucharow
140 Broadway
New York, NY 10005
Email: aschlow@labaton.com

Pamela Zager-Maya

Michelle Igoe

                              JERRY L. JENSEN
                              Acting United States Trustee

                              PAUL A. RANDOLPH
                              Assistant United States Trustee

                By:     /s/ *Carole J. Ryczek*
                          E.D. MO #6195873IL
                          111 S. 10th Street,
                          Suite 6.353
                          St. Louis, MO 63102
                          PH: (314) 539-2982
                          FAX: (314) 539-2990
                          Email: carole.ryczek@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on April 3, 2025, a true and correct copy of the foregoing document was filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri and was served on the following parties in interest via e-mail by the Court's CM/ECF System:

James Treece, attorney for the Missouri Department of Revenue: james.treece@dor.mo.gov

Shawn M Christianson, attorney for Oracle America, Inc: schristianson@buchalter.com

Robert E. Eggmann, III, attorney for the Debtors: ree@carmodymacdonald.com

Thomas H. Riske, attorney for the Debtors: thr@carmodymacdonald.com

Nathan R. Wallace, attorney for the Debtors: nrw@carmodymacdonald.com

Joshua Michael Jones, attorney for the United States of America: joshua.m.jones@usdoj.gov

Lawrence E. Parres, attorney for the Special Committee: lparres@lewisrice.com
Joshua M. Watts, attorney for JMB Capital Partners Lending, LLC: josh.watts@nortonrosefulbright.com

Heather M. Crockett, attorney for the State of Indiana: heather.crockett@atg.in.gov

Marvin E. Clements, attorney for the State of Tennessee: agbankmo@ag.tn.gov

Erin M. Edelman, attorney for TTAM 2.0, LLC: eedelman@armstrongteasdale.com

David L. Going, attorney for TTAM 2.0, LLC: dgoing@armstrongteasdale.com

Evan Hill, attorney for TTAM 2.0, LLC: Evan.Hill@skadden.com

I further certify that on April 3, 2025, a true and correct copy of the foregoing document was filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri and that no parties were served via United States mail.

/s/ Carole J. Ryczek
Carole J. Ryczek
Trial Attorney
Office of the United States Trustee