**Amanda D. Austin**
956.432.4116
amandadianeaustin@gmail.com
3324 Granada St.
Edinburg, TX, 78542

```
RECEIVED & FILED
APR - 3 2025
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
```

March 31, 2025

**The Honorable Brian C. Walsh**
United States Bankruptcy Court
4th Floor Clerk's Office
111 South 10th Street
St. Louis, MO 63102
**Attn: Craig Spidle, Courtroom Deputy**
Email: BCW_matters@moeb.uscourts.gov

      **Re: *In re 23andMe Holding Co., et al.*, No. 25-40976 – Personal Amicus Submission Requesting Permanent Data Deletion and User Privacy Protections**

Hon. Brian C. Walsh:

    I respectfully submit the attached letter in my personal capacity as a former user of 23andMe's services. My intent is to raise concerns regarding the scope and permanency of personal and genetic data deletion during the company's Chapter 11 bankruptcy proceedings, currently pending before this Court.

    I am not a party to the case and I am not licensed to practice law in the Eastern District of Missouri. I am not seeking to formally intervene. Rather, I write as an individual whose sensitive personal data was entrusted to 23andMe, and whose privacy rights are materially implicated by the decisions made in this case.

    Thank you for your attention to this matter and for considering the perspective of affected individuals like myself.

Respectfully,

*Amanda Diane Austin*

## Amicus Submission: Request for Permanent Deletion of Data and Transparency

Hon. Brian C. Walsh:

As a former user of 23andMe, I am writing to express a serious and personal concern regarding the permanent deletion of genetic and personal data collected by the company. I am one of many individuals who have formally requested that our data be deleted from 23andMe's systems. However, based on publicly available information and the ongoing bankruptcy process, it remains unclear whether these deletions are fully executed across all systems and backups—or if they are merely limited to user-facing access.

Given the deeply sensitive nature of genetic information, I respectfully ask this Court to consider entering an order directing 23andMe to:

1. **Permanently delete** all genetic and personal data for users who have submitted deletion requests, ensuring that no residual copies—whether archived, anonymized, or otherwise—are retained in any system, storage medium, or backup;
2. **Prohibit any transfer or retention** of such data in the event of corporate acquisition, restructuring, or sale of assets;
3. **Provide clear notice to all users**—past and present—clarifying the scope and technical effect of data deletion requests, specifically addressing whether deleted data is fully removed from 23andMe's internal databases and storage systems or merely made inaccessible to the user.

This request arises out of the belief that genetic data should not be treated as a transactional asset in bankruptcy. Unlike traditional commercial data, genetic and health-related information carries lasting implications for individuals and their families. It is not merely a record—it is a reflection of our biological identity.

I do not consent to my data being retained, transferred, sold, or otherwise made available to any third party, now or in the future, under any condition, including as part of asset transfers in bankruptcy. In light of the company's stated intent to preserve customer relationships through its "First Day" motions, I believe it is both reasonable and necessary to ensure user privacy is fully honored as part of that commitment.

Thank you for your time and thoughtful consideration of this important matter. I trust the Court will weigh not only the financial and operational priorities presented in these proceedings, but also the privacy rights and dignity of the individuals who entrusted 23andMe with their most personal data.

Respectfully,

_____
Amanda Diane Austin
3324 Granada St.
Edinburg, TX, 78542
Telephone: 956.432.4116
Email: amandadianeaustin@gmail.com