UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.* [1] | Case No. 25-40976-357 |
| Debtors. | Jointly Administered |

NOTICE OF APPEARANCE AND
REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND ORDERS

**PLEASE TAKE NOTICE** that API Innovation Center hereby enters its appearance in the above-captioned case by and through John G. Willard of the law firm Spencer Fane LLP, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that such party in interest hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings and orders in the above-captioned case be given to and served upon the undersigned counsel as follows:

> John G. Willard
> SPENCER FANE LLP
> 1 N. Brentwood Blvd., Suite 1200
> St. Louis, Missouri 63105
> Telephone: (314) 746-0976
> Facsimile:  (314) 862-4656
> Email: jgwillard@spencerfane.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes, without limitation, each notice, order, pleading,

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344); 23andMe, Inc. (7371); 23andMe Pharmacy Holdings, Inc. (4690); Lemonaid Community Pharmacy, Inc. (7330); Lemonaid Health, Inc. (6739); Lemonaid Pharmacy Holdings Inc. (6500); LPharm CS LLC (1125); LPharm INS LLC (9800); LPharm RX LLC (7746); LPRXOne LLC (3447); LPRXThree LLC (3852); and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, California 94102.

motion, application, complaint, demand, hearing, report, memorandum, brief, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, facsimile, overnight carrier, or otherwise filed or made with regard to the captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any prior or subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive API Innovation Center's: (1) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge; (2) right to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (3) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments, or remedies to which API Innovation Center is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are hereby expressly reserved.

Dated: April 4, 2025
St. Louis, Missouri

Respectfully submitted,

SPENCER FANE LLP

*/s/ John G. Willard*
John G. Willard (MO 67049)
SPENCER FANE LLP
1 N. Brentwood Blvd., Suite 1200
St. Louis, Missouri 63105
Telephone: (314) 746-0976
Facsimile: (314) 862-4656
Email: jgwillard@spencerfane.com

*Counsel to API Innovation Center*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was filed electronically on April 4, 2025 with the United States Bankruptcy Court for the Eastern District of Missouri, and has been served on the parties in interest via e-mail by the Bankruptcy Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

*/s/  John G. Willard*