DAN RAYFIELD
Attorney General
JUSTIN D. LEONARD
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
Telephone:  (503) 934-4400
Facsimile:  (503) 373-7067
E-mail: justin.leonard@doj.oregon.gov

Attorneys for State of Oregon

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISON**

| | |
|---|---|
| In Re:<br><br>23ANDME HOLDING Co., *et al*[1].,<br><br>      Debtors. | Chapter 11<br>Case No. 25-40976-357<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, Justin D. Leonard, Senior Assistant Attorney General hereby enters an appearance as counsel in the above-captioned case for the State of Oregon, by and through the Oregon Department of Justice, Consumer Protection. Mr. Leonard is admitted in this court (E.D. Mo. D.C. # 033736OR). The undersigned requests that all papers served or required to be served in this proceeding, including adversary, be given to and served at the following (ideally via ECF):

> Justin D. Leonard
> Senior Assistant Attorney General
> Oregon Department of Justice
> 1162 Court Street NE
> Salem, OR 97301-4096
> Telephone: (503) 934-4400
> Facsimile: (503) 373-7067
> E-mail: justin.leonard@doj.oregon.gov

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102

This Notice of Appearance does not constitute, and shall not be construed to be, a consent to general jurisdiction or a waiver of sovereign immunity by or on behalf of the State of Oregon.

Dated: April 7, 2025.

                                            Respectfully submitted,

                                            DAN RAYFIELD
                                            Attorney General

                                            /s/ Justin D. Leonard
                                            Justin D. Leonard, E.D. Mo. D.C. # 033736OR
                                            Senior Assistant Attorney General
                                            Of Attorneys for Plaintiff
                                            Oregon Department of Justice
                                            1162 Court Street NE
                                            Salem, OR 97301-4096
                                            Telephone:  (503) 934-4400
                                            Facsimile:  (503) 373-7067
                                            E-mail:  justin.leonard@doj.oregon.gov
                                            Counsel for State of Oregon

CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, a true and correct copy of the foregoing document was electronically filed and served upon all those who receive electronic notification.

    /s/ Justin D. Leonard
Justin D. Leonard
Senior Assistant Attorney General