**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

RECEIVED + FILED

2025 APR -8  AM 11: 16

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 23ANDMEHOLDING CO., *et al.*, | § | Case No. 25-40976 |
| | § | |
| Debtors. | § | (Jointly Administrated) |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 2090 and Rule 12.01(E) of the local rules of the

United States District Court for the Eastern District of Missouri, I, Abigail R. Ryan, move to be

admitted pro hac vice to the bar of this Court for the purpose of representing the following

governmental entities in the instant matter:

| **State/Territory** | **Client Name** |
|---|---|
| Arizona | The State of Arizona, *ex rel.* Kristin K. Mayes, the Attorney General |
| District of Columbia | District of Columbia, Office of the Attorney General |
| Florida | State of Florida, Office of the Attorney General, Department of Legal Affairs |
| Louisiana | State of Louisiana |
| Michigan | Michigan Attorney General, *ex rel.* the People of the State of Michigan |
| Oregon | Oregon Attorney General Dan Rayfield |
| Vermont | State of Vermont by and through the State Attorney General |
| Washington | Attorney General Nick Brown |
| West Virginia | Office of the West Virginia Attorney General |
| Wisconsin | State of Wisconsin |

---

In support of this motion, I submit the following information as required by Rule

12.01(E):

a.     *Full name of the movant-attorney*:
Abigail Rushing Ryan

b.     *Address and telephone number of the movant-attorney*:
1850 M Street NW, 12th Floor
Washington, D.C. 20036
(202) 326-6000, Ext. 258

c.     *Name of the firm or letterhead under which the movant practices*:
National Association of Attorneys General

d.     *Name of the law school(s) movant attended and the date(s) of graduation therefrom*:
Texas Wesleyan School of Law (now known as Texas A&M School of Law).
Graduation date: May 13, 2005

e.     *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any*:

| Court | Date of Admission | Registration/Bar Number |
|---|---|---|
| Texas Supreme Court | November 4, 2005 | 24035956 |
| United States Supreme Court | November 25, 2024 | NA |
| United States Court of Appeals for the Fifth Circuit | August 10, 2023 | NA |
| United States District Court for the Northen District of Texas | February 10, 2025 | NA |
| United States District Court for the Southern District of Texas | February 21, 2006 | 614700 |
| United States District Court for the Eastern District of Texas | June 28, 2006 | NA |
| United States District Court for the Western District of Texas | April 13, 2006 | NA |

f.     I am a member in good standing of all bars of which I am a member, and I am not under suspension or disbarment from any bar;

---

g.     I do not reside in the Eastern District of Missouri, I am not regularly employed in this District, and I am not regularly engaged in the practice of law in this District.

I attest under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted, and that I be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated: April 3, 2025,
Austin, Texas

Respectfully submitted,

ABIGAIL R. RYAN
BANKRUPTCY COUNSEL
NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
1850 M Street NW, 12th Floor
Washington, DC 20036
Telephone: (202) 326-6000, Ext. 258
Email: aryan@naag.org

COUNSEL FOR:

THE STATE OF ARIZONA, EX REL. KRISTIN K. MAYES, THE ATTORNEY GENERAL

DISTRICT OF COLUMBIA, OFFICE OF THE ATTORNEY GENERA

STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS

STATE OF LOUISIANA

MICHIGAN ATTORNEY GENERAL, *EX REL.* THE PEOPLE OF THE STATE OF MICHIGAN

OREGON ATTORNEY GENERAL DAN RAYFIELD

STATE OF VERMONT BY AND THROUGH THE STATE ATTORNEY GENERAL

OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL

WASHINGTON ATTORNEY GENERAL NICK BROWN

STATE OF WISCONSIN

## CERTIFICATE OF SERVICE

I certify that on Thursday, April 3, 2025. a true and correct copy of the foregoing *Verified Motion for Pro Hac Vice* was sent via overnight courier to the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri, and as listed below, it has been served via email on the attorneys for the parties involved in the matter and the United States Trustee.

Abigail R. Ryan

| | |
|---|---|
| United States Trustee | carole.ryczek@usdoj.gov;<br>Joseph.schlotzhauer@usdoj.gov |
| United States Department of Justice | joshua.m.jones@usdoj.gov; |
| State of Indiana | Heather.Crockett@atg.in.gov |
| State of Missouri | edmoecf@dor.mo.gov; |
| State of Tennessee | marvin.clements@ag.tn.gov;; |
| Debtors' Counsel | thr@carmodymacdonald.com;<br>wclareman@paulweiss.com;<br>pbasta@paulweiss.com;<br>lcastillo@paulweiss.com;<br>jsimms@paulweiss.com;<br>jchoi@paulweiss.com;<br>ghotz@paulweiss.com;<br>chopkins@paulweiss.com;<br>nrw@carmodymacdonald.com;<br>jjg@carmodymacdonald.com<br>ree@carmodymacdonald.com; |
| Counsel to the Special Committee Board of Directors | rlemons@goodwinlaw.com;<br>lparres@lewisrice.com;<br>klynn@goodwinlaw.com;<br>dhoehne@goodwinlaw.com; |
| Counsel to TTAM 2.0, LLC | dgoing@atllp.com;<br>eedelman@atllp.com<br>Jason.Kestecher@skadden.com;<br>joseph.larkin@skadden.com;<br>ron.meisler@skadden.com;<br>Evan.Hill@skadden.com |
| Counsel to JMB Capital Partners Lending, LLC | jeffrey.kalinowski@nortonrosefulbright.com;<br>josh.watts@nortonrosefulbright.com;<br>kristian.gluck@nortonrosefulbright.com;<br>robert.hirsh@nortonrosefulbright.com;<br>james.copeland@nortonrosefulbright.com |