# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976-357 |
| Debtors. | Jointly Administered |

## CERTIFICATE OF PUBLICATION

I, Tariful Huq, do declare and state as follows:

I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Certificate of Publication includes a certification verifying that *Order and Notice of Chapter 11 Bankruptcy Case*, as conformed for publication, was published on April 7, 2025 in the national edition of *The Wall Street Journal*, as described in the affidavit of publication attached hereto as **Exhibit A**.

Dated: April 8, 2025

/s/ *Tariful Huq*
Tariful Huq

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

SRF 87372

## Exhibit A

# AFFIDAVIT

**STATE OF NEW JERSEY** )
) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): 04/07/2025

ADVERTISER: 23andMe Holding Co

and that the foregoing statements are true and correct to the best of my knowledge.

_Wayne Sidor_

Sworn to
before me this
8th day of
April 2025

_____
Notary Public



IAN C. MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES
07/18/2028
STATE OF NEW JERSEY

# BUSINESS NEWS

# New Factories Face Higher Cost Burden

*Trump tariffs mean higher material and equipment costs as manufacturers build*

By John Keilman
And Owen Tucker-Smith

Roofing-products manufacturer **IKO North America** has been on a factory-building spree in the U.S., with one plant completed and four more under construction. After President Trump launched a barrage of tariffs on U.S. trading partners, the math abruptly changed.

Chief Executive David Koschitzky said IKO's just-finished factory in Texas now faces higher prices on the steel it uses to fabricate metal shingles, while the plants that are still being built need machinery that isn't made in the U.S. The company will continue with the projects, he said, but tariffs will make them much more expensive.

"If we're to be successful, that's a cost that's going to be passed on to the consumer," Koschitzky said.

Trump's tariff announcement threw a wrench into factory builders' plans—and complicates a yearslong government effort to reinvigorate U.S. manufacturing. Companies are double-checking the numbers on planned factories, or halting them altogether.

Tariff-swollen building costs helped to kill a $300 million plastics recycling plant in Erie, Pa., that had been in the works for four years. International Recycling Group, helmed by CEO Mitch Hecht, said Thursday it was canceling the factory partly because new duties on material and imported machinery had created "expectations of substantially higher project development costs than anticipated."

The company said the plant, which had been expected to generate 200 jobs, also was hampered by delays in securing a $182 million loan guarantee the federal government conditionally granted last year.

The past three years have seen an explosion of U.S. factory investment, driven in part by billions of dollars in Biden administration subsidies for manufacturers supporting the semiconductor and electric-vehicle industries as well as renewable-energy projects. Companies also have sought to shorten supply chains that became strained during the Covid-19 pandemic.

The momentum has persisted under Trump. The value of manufacturing-related construction, which hit a record $233 billion last year, continued to rise in the first two months of 2025, according to the U.S. Census Bureau.

Administration officials maintain that persistent trade imbalances with other countries led to the deterioration of domestic manufacturing over recent decades, and that limiting U.S. reliance on imports will boost economic growth.

Trump told reporters on Thursday that it might take several years to achieve his goal of on-shoring manufacturing.

"They can build them fast, but they're still very big plants," he said. "I'd always say it'd take a year and a half to two years."

The administration envisions tariffs motivating companies to source more domestically produced goods, supporting an expanded U.S. manufacturing sector. But higher costs for imported materials and components could push up prices at home, industry professionals said.

Earth Breeze, which makes detergent sheets for washing machines, is investing nearly $6 million in a Kentucky factory that will replace its Chinese contract manufacturer and create more than 200 U.S. jobs. Chief Operating Officer Ben Smith said the project will continue even though it now faces escalating costs, including a bill for imported machinery that tariffs could drive up by $250,000.

"We feel like we're actually contributing to the economy by on-shoring manufacturing, and there's now additional barriers to entry here," he said.

After Trump announced tariffs on steel and aluminum in February, construction firm **Skanska** estimated the cost of metal panels, metal studs and structural steel would rise around 20% to 30% over the next year. Plumbing equipment prices could rise as much as 10% and drywall as much as 20%, alongside higher costs for electrical gear such as generators, HVAC equipment, roofing products and insulation. The new tariffs could add to the increases.

Tom Park, who runs Skanska's supply-chain strategy, said that while some products compliant with the U.S.-Mexico-Canada Agreement will be exempt from the latest tariffs, even equipment manufactured in the U.S. often relies on imported parts.

An industrial chiller produced in a U.S. factory might contain wire from China, steel from Canada, pipes from India, harnesses and fan coils from Mexico, motors from Germany, copper from Peru and electronics from Korea—which could be subject to an array of tariffs, according to Skanska.

"These confrontational measures are inflationary across the board," said José Torres, senior economist at Interactive Brokers. "It's a risky path. There's a chance we did all this, and we barely gained anything."

Before Trump's tariff expansion, contractors had been rushing to preorder materials and get ahead of cost increases for building projects, said Kevin Evernham, regional vice president for architecture firm Ware Malcomb.

While it typically takes years to get a new project fully planned and approved, Ware Malcomb has been trying to speed things up. "That is the new normal…schedules are not finalized, yet we're moving forward," Evernham said.

Evernham said the higher costs could price some projects out of existence. For factories looking at a building cost of $100 to $200 a square foot, increasing roofing costs by $5 a square foot can be substantial, he said.



CEO Mitch Hecht's International Recycling Group canceled a planned plant in Erie, Pa., owing to tariff-swollen building costs.



**Average cost per square foot in manufacturing construction**

$521 ('22)
$373 ('24)
$227 ('19)

Source: Dodge Construction Network

---

# Bets on Manufacturing in Asia Leave Shoe and Clothing Makers Boxed In

By Suzanne Kapner
And Jon Emont

When President Trump imposed tariffs on Chinese imports during his first term, apparel brands turned to Plan B—moving production to other parts of Asia, including Vietnam, Cambodia and Bangladesh.

Now they need a Plan C.

Trump last Wednesday announced new tariffs of more than 25% on goods from each of the top six apparel-exporting countries to the U.S. China still comes out highest, with a total tariff rate estimated by economists at around 65% to 70%. The blitz included new tariffs of 49% on products from Cambodia, 46% for Vietnam and 37% for Bangladesh.

Trump said Friday that Vietnam's leader To Lam told him he would cut Vietnam's tariffs down "to ZERO if they are able to make an agreement with the U.S." News of the call, which Trump posted about on social media, boosted stocks of companies that make their goods in Vietnam.

Since Wednesday, American companies have been scouring the world for options. If the levies remain in place, apparel and shoe makers—and American consumers—likely won't be able to escape the tariffs' impact.

Outside Asia, few countries have the factories and trained workforces to churn out the quantities of shirts and shoes demanded by U.S. shoppers. To the extent that other options exist—in places like Turkey, which got off lightly with the minimum 10% tariff—a stampede of new buyers is expected to drive up factory prices.

Chris Riccobono, founder and executive chairman of apparel company Untuckit, said he is considering moving production out of Vietnam, where about 40% of his shirts, pants and jackets are made. On his list are Peru and Mauritius, where he already makes some goods and tariffs are lower. The new tariff on Peru is 10%.

Mauritius, population 1.3 million, won't cut it for giant brands such as **Nike** and **H&M**, which are highly dependent on East Asian supply chains. Nike makes 95% of its shoes in three heavily tariffed countries—Vietnam, China and Indonesia—and will struggle to find new factories elsewhere in a pinch, analysts say.

Vietnam was largely off limits to American businesses until the 1990s, when the U.S. lifted economic restrictions. Vietnam blossomed more recently as a lower-cost alternative to Chinese production.

Saitex, which makes denim at its factories in Vietnam for brands including **Ralph Lauren**, Madewell and Everlane, is considering shifting production to Los Angeles, where it operates a factory staffed by 250 employees, said Chief Executive Sanjeev Bahl.

It would be pricey because of higher U.S. labor costs. Making jeans in Los Angeles is twice as expensive as in Vietnam, Bahl said. He is thinking of a hybrid model whereby he cuts and sews jeans in Vietnam and washes them in the U.S.—a move he hopes would lower his tariff bill. He is also hoping his U.S. factory will win him points with the Trump administration.

Despite the higher costs of producing in the U.S., some smaller brands see no other viable option.

"We are done with this game of whack-a-mole," said Aaron Luo, founder and CEO of handbag maker Caraa. He said it no longer made sense to shift production to lower-tariff countries as he did after Trump imposed tariffs on Chinese imports in his first term.

Luo said he was looking to move some manufacturing from Asia to Los Angeles or New York. "As a small brand, we have agility," he said.

William Wong, a consultant with the Hong Kong Footwear Association, has been fielding inquiries from American retailers looking for new countries where they can source shoes. But he said factory owners were reluctant to move to new locations such as the Philippines or African countries subjected to 10% tariff rates, given the years it takes to build a new manufacturing base.

"These manufacturing businesses are not like switching on or off the lights," Wong said.

**Steve Madden** for years has been shifting production out of China. Though the company still produces more than half its products there, it also manufactures in Cambodia, Vietnam, Mexico and Brazil.

"We've worked hard over a multiyear period to develop our factory base and our sourcing capability in alternative countries," Steve Madden CEO Edward Rosenfeld told analysts in November.

The tariffs, if they stick, also will have ramifications for the countries that produce much of the world's clothing.

Rubana Huq, a garment-factory owner in Bangladesh, said the new levies would heap pressure on the country's exporters, who count the U.S. as their largest market.

"We will definitely encounter a huge squeeze from U.S. buyers," she said.

**U.S. imports of apparel and footwear from the top exporting countries**

$100 billion

Cambodia, India, Indonesia, Bangladesh, Vietnam, China

2014 – '24

Source: U.S. Census Bureau

---

## Danish Jeweler Plans for Impact



Pandora expects a potential impact of around $175 million annually from President Trump's tariffs, but will explore mitigating measures including price increases and changes to its supply chain.

The Danish jeweler's main production hub is Thailand, which will be hit by new U.S. tariffs of 36%.

It also has products originating from Vietnam, India, China and a number of others that will be subject to hefty U.S. import duties.

The total impact of the tariffs, before any mitigating actions, is estimated to be around 1.2 billion Danish kroner, or $174.6 million, a year, with the hit in 2025 estimated at around 700 million kroner, the company said.

Of the potential 1.2 billion kroner, around 250 million kroner is linked to goods that are eventually sold in Canada and Latin America but distributed via the U.S., it said.

Pandora expects to fully mitigate this portion within the next 12 months, and said that it plans to explore further mitigating actions to address the potential remaining 950 million kroner, including price increases and supply-chain setup.

Pandora shares fell on Thursday in trading in Denmark, and continued their decline on Friday, ending the day down 8%.

—*Dominic Chopping*

---

ADVERTISEMENT

# The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

## BANKRUPTCIES

**Information to identify the case:**
Debtor: 23andMe Holding Co.   EIN: 87-1240344
United States Bankruptcy Court, Eastern District of Missouri
Date case filed for chapter 11: 3/23/25
Case number: 25-40976
**Official Form 309F1 (For Corporations or Partnerships)**
**Order and Notice of Chapter 11 Bankruptcy Case   02/20**
For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.
This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor, from the debtor's property, or from certain codebtors. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, telephone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the Court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wishes to have a particular debt excepted from discharge may be required to file a complaint in the Bankruptcy Clerk's Office within the deadline specified in this notice. (See section number 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

The staff of the Bankruptcy Clerk's Office cannot give legal advice.
Do not file this notice with any Proof of Claim or other filing in the case.

1. **Debtor's full name:** 23andMe Holding Co.
2. **All other names used in the last 8 years:** dba VG Acquisition Corp.
3. **Address:** 870 Market Street, Room 415, San Francisco, CA 94102
4. **Debtor's attorney:** Thomas H Riske, Carmody MacDonald P.C., 120 South Central Ave., Ste. 1800, St. Louis, MO 63105. Contact phone: 314-854-8600. Email: thr@carmodymacdonald.com
5. **Bankruptcy Clerk's Office:** 111 South Tenth Street, Fourth Floor, St. Louis, MO 63102. Office Hours: Monday – Friday 8:30 a.m. - 4:30 p.m. Documents in this case may be filed at this address. You may inspect all documents filed in this case at this office or online at www.pacer.uscourts.gov. Telephone number: (314) 244-4500, McVCIS: 1-866-222-8029, #87. Electronic Case Information/PACER: https://ecf.moeb.uscourts.gov
6. **Meeting of creditors:** May 2, 2025 at 10:00 AM, **Call 1-844-767-5651.** Once prompted, enter 9613859. For more details see, www.moeb.uscourts.gov/341meetings. The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. The meeting may be continued or adjourned to a later date. If so, the date will be on the Court docket.
7. **Proof of Claim deadline: Deadline for filing Proof of Claim:** Not yet set. If a deadline is set, the court will send you another notice. **For a governmental unit: September 19, 2025.** A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form may be obtained at www.uscourts.gov or any Bankruptcy Clerk's Office, or by visiting www.uscourts.gov. Your claim will be allowed in the amount scheduled unless: · your claim is designated as *disputed, contingent,* or *unliquidated;* · you file a Proof of Claim in a different amount; or · you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated,* you must file a Proof of Claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a Proof of Claim even if your claim is scheduled. You may review the schedules at the Bankruptcy Clerk's Office or online at www.pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a Proof of Claim. Filing a Proof of Claim submits a creditor to the jurisdiction of the Bankruptcy Court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.
**Proofs of Claim can be filed via the Court's Electronic Proof of Claim system (ePOC) found on the Court's web site at www.moeb.uscourts.gov.** Do not include this notice with anything you make with the Court.
8. **Exception to discharge deadline:** The Bankruptcy Clerk's Office must receive a complaint and any required filing fee by the following deadline. If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint: July 1, 2025**
9. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the Court to extend the deadlines in this notice. Consult an attorney familiar with United States Bankruptcy Law if you have any questions about your rights in this case.
10. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the Court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.
11. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). However, unless the Court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must file a complaint and pay the filing fee by the deadline.

**So Ordered:**

*/s/ Brian C. Walsh*

United States Bankruptcy Court Judge    Date: April 5, 2025

Any paper that you file in this bankruptcy case should be filed at the Bankruptcy Clerk's Office at the address listed in section number 6 of this Order and Notice. Registered electronic users should file through our Case Management/Electronic Case Files (CM/ECF) system at https://ecf.moeb.uscourts.gov. **This Court requires all attorneys to file electronically through CM/ECF.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the Bankruptcy Clerk's Office or via the Internet if you have a PACER subscription. You may register for PACER at www.pacer.uscourts.gov. Case status information is available 24 hours a day by contacting **McVCIS (Multi--Court Voice Case Information System)** or via the Internet using PACER. Information about the meeting of creditors, certain forms, and other matters can be obtained from the Court's website: https://www.moeb.uscourts.gov.

**IN THE UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION**

In Re:
23andMe Holding Co.,
LPRXOne LLC, 23andMe, Inc., 23andMe Pharmacy Holdings, Inc., Lemonaid Community Pharmacy, Inc., Lemonaid Health, Inc., Lemonaid Pharmacy Holdings, Inc., LPharm CS LLC, LPharm INS LLC, LPharm RX LLC, LPRXThree LLC, LPRXTwo LLC,

Debtors.

Case No. 25-40976
Chapter 11
Jointly Administered

**Notice: When filing a Proof of Claim you must identify the debtor against whom your claim is asserted.**

Case Name, Case Number, Tax ID/EIN: 23andMe Holding Co. dba VG Acquisition Corp., 25-40976, 87-1240344; LPRXOne LLC, 25-40975, 87-1453447; 23andMe, Inc. dba Everwell Pharmacy Sub, Inc., 25-40977, 20-4857371; 23andMe Pharmacy Holdings, Inc., 25-40978, 93-3084690; Lemonaid Community Pharmacy, Inc., 25-40979, 85-1117330; Lemonaid Health, Inc. dba Icebreaker Health, Inc., 25-40980, 87-4006739; Lemonaid Pharmacy Holdings Inc., 25-40981, 87-1286500; LPharm CS LLC, 25-40982, 87-1381125; LPharm INS LLC, 25-40983, 87-1429800; LPharm RX LLC, 25-40984, 87-1397746; LPRXThree LLC, 25-40985, 87-1483852; LPRXTwo LLC, 25-40986, 87-1471595

---

## PUBLIC NOTICES

**LEGAL NOTICE**
IN THE MATTER OF:
The Companies Act 1981 of Bermuda and
IN THE MATTER OF
**COVENANT INTERNATIONAL INSURANCE COMPANY, LTD.**
(the "Company")

NOTICE IS HEREBY GIVEN pursuant to Section 104B(2)(e) of the Companies Act 1981, as amended, that the Company intends to merge with its affiliate, Mission Care Communities, Inc., a non-profit corporation existing under the laws of the State of Vermont, United States of America, with the surviving corporation as a result of the merger, being Mission Care Communities, Inc., continuing to exist as a Vermont-law governed corporation under the laws of the State of Vermont, United States of America.

---

THE WALL STREET JOURNAL.

# THE MARKETPLACE
ADVERTISE TODAY
**(800) 366-3975**
For more information visit:
**wsj.com/classifieds**

© 2025 Dow Jones & Company, Inc.
All Rights Reserved.