ABIGAIL R. RYAN
Bankruptcy Counsel
National Association of Attorneys General
1850 M Street NW, 12th Floor
Washington, D.C. 20036
E-mail: aryan@naag.org

ATTORNEY FOR THE FOLLOWING:
THE STATE OF ARIZONA, EX REL. KRISTIN K. MAYES, THE ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL, STATE OF CONNECTICUT
DISTRICT OF COLUMBIA, OFFICE OF THE ATTORNEY GENERAL
STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS
OFFICE OF THE ILLINOIS ATTORNEY GENERAL, AND MATT VAN HISE
STATE OF LOUISIANA
OFFICE OF THE MAINE ATTORNEY GENERAL, CONSUMER PROTECTION DIVISION
MICHIGAN ATTORNEY GENERAL, *EX REL.* THE PEOPLE OF THE STATE OF MICHIGAN
NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL, CONSUMER PROTECTION DIVISION
NEW YORK STATE ATTORNEY GENERAL'S OFFICE
STATE OF NORTH CAROLINA
OHIO ATTORNEY GENERAL
STATE OF UTAH, OFFICE OF THE UTAH ATTORNEY GENERAL
STATE OF VERMONT BY AND THROUGH THE STATE ATTORNEY GENERAL
WASHINGTON ATTORNEY GENERAL NICK BROWN
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
STATE OF WISCONSIN

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION**

| | § | |
|---|---|---|
| 23ANDME HOLDING CO., *et al.*,[1] | § | Chapter 11 |
| | § | Case No. 25-40976-357 |
| | § | |
| Debtors. | | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, Abigail R. Ryan, Bankruptcy Counsel, National Association of Attorneys General, hereby enters an appearance as counsel in the above-captioned case for the following:

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

THE STATE OF ARIZONA, EX REL. KRISTIN K. MAYES, THE ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL, STATE OF CONNECTICUT
DISTRICT OF COLUMBIA, OFFICE OF THE ATTORNEY GENERAL
STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS
OFFICE OF THE ILLINOIS ATTORNEY GENERAL, AND MATT VAN HISE
STATE OF LOUISIANA
OFFICE OF THE MAINE ATTORNEY GENERAL, CONSUMER PROTECTION DIVISION
MICHIGAN ATTORNEY GENERAL, *EX REL.* THE PEOPLE OF THE STATE OF MICHIGAN
NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL, CONSUMER PROTECTION DIVISION
NEW YORK STATE ATTORNEY GENERAL'S OFFICE
STATE OF NORTH CAROLINA
OHIO ATTORNEY GENERAL
STATE OF UTAH, OFFICE OF THE UTAH ATTORNEY GENERAL
STATE OF VERMONT BY AND THROUGH THE STATE ATTORNEY GENERAL
WASHINGTON ATTORNEY GENERAL NICK BROWN
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
STATE OF WISCONSIN[2]

By the order entered at docket number 173, Ms. Ryan is admitted *pro hac vice* to practice before the Court in this case. The undersigned requests that all papers served or required to be served in this proceeding, including adversary proceedings, be given to and served at the following (ideally via ECF):

Abigail R. Ryan
Bankruptcy Counsel
National Association of Attorneys General
1850 M Street NW, 12th Floor
Washington, D.C. 20036
Phone: 202-326-6000, Ext. 258
E-mail: aryan@naag.org

This Notice of Appearance does not constitute, and shall not be construed to be, a consent to general jurisdiction or a waiver of sovereign immunity by or on behalf of the NAAG Client States.

---

[2] Collectively referred to as the "NAAG Client States."

| | |
|---|---|
| Dated: April 9, 2025. | Respectfully submitted, |

   /s/ *Abigail R. Ryan*
ABIGAIL R. RYAN
Bankruptcy Counsel
National Association of Attorneys General
1850 M Street NW, 12th Floor
Washington, D.C. 20036
Phone: 202-326-6000, Ext. 258
E-mail: aryan@naag.org

ATTORNEY FOR THE FOLLOWING:

THE STATE OF ARIZONA, EX REL. KRISTIN K. MAYES, THE ATTORNEY GENERAL

OFFICE OF THE ATTORNEY GENERAL, STATE OF CONNECTICUT

DISTRICT OF COLUMBIA, OFFICE OF THE ATTORNEY GENERAL

STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS

OFFICE OF THE ILLINOIS ATTORNEY GENERAL, AND MATT VAN HISE

STATE OF LOUISIANA

OFFICE OF THE MAINE ATTORNEY GENERAL, CONSUMER PROTECTION DIVISION

MICHIGAN ATTORNEY GENERAL, *EX REL.* THE PEOPLE OF THE STATE OF MICHIGAN

NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL, CONSUMER PROTECTION DIVISION

NEW YORK STATE ATTORNEY GENERAL'S OFFICE

STATE OF NORTH CAROLINA

OHIO ATTORNEY GENERAL

STATE OF UTAH, OFFICE OF THE UTAH ATTORNEY GENERAL

STATE OF VERMONT BY AND THROUGH THE STATE ATTORNEY GENERAL

WASHINGTON ATTORNEY GENERAL NICK BROWN

OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL

STATE OF WISCONSIN

CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, a true and correct copy of the foregoing document was electronically filed and served upon all those who receive electronic notification.

    /s/ *Abigail R. Ryan*
Abigail R. Ryan
Bankruptcy Counsel
National Association of Attorneys General