IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

In re:

23andMe Holding Co,

        Debtor.

Case No. 25-40976

Chapter 11

# VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Court Rule 2090 and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Michael S. Greger ("Movant") move to be admitted pro hac vice to the bar of this court for the purpose of representing KR OP TECH, LLC in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a) Full name of the movant-attorney: Michael S. Greger

(b) Name of the firm or letterhead under which the movant practices:

    Name:        Allen Matkins Leck Gamble Mallory & Natsis LLP
    Address:     2010 Main Street, 8th Floor
    City, State, Zip:  Irvine, CA 92614-7214
    Phone No.:   949-553-1313
    Fax No.:     949-553-8354

(c) Email for movant-attorney: mgreger@allenmatkins.com

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom:

Southwestern University School of Law, 1991

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:

| **Jurisdiction** | **Year Admitted** | **Registration Number** |
|---|---|---|
| California | 1991 | 156525 |
| Eastern District of California | 1993 | |
| Northern District of California | 1994 | |

KC 24323487.2

| Central District of California | 1991 | |
| Southern District of California | 1995 | |
| Ninth Circuit Court of Appeals | 1995 | |
| United States Supreme Court | 2008 | |

(f) Movant is currently a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in the Eastern District of Missouri.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted, and that Movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated: April 9, 2025

> Respectfully submitted,
>
> APPLICANT:
>
>  /s/ *Michael S. Greger*
> Michael S. Greger      (*pro hac vice* pending)
> Allen Matkins Leck Gamble Mallory & Natsis LLP
> 2010 Main Street, 8th Floor
> Irvine, CA 92614-7214
> Tel: (949) 553-1313
> Email: mgreger@allenmatkins.com
>
> ***Counsel to KR OP TECH, LLC***
>
> SPENCER FANE LLP
>
> By:      /s/ *Camber M. Jones*
> Camber M. Jones      MO Bar No. 71026
> 2144 E. Republic Rd., Ste. B300
> Springfield, MO 65804
> Tel: (417) 888-1000
> Fax: (417) 881-8035
> E-mail: cjones@spencerfane.com
>
> ***Local Counsel to KR OP TECH, LLC***

KC 24323487.2

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of April, 2025, a true and correct copy of the foregoing was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notices in this case.

                                                 */s/ Camber M. Jones*
                                                 Attorney

KC 24323487.2