# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 4/8/2025

**LICENSEE NAME:** Michael Stephen Greger

**LICENSEE BAR NUMBER:** 156525

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/16/1991

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Michael Stephen Greger's current standing with the State Bar of California as of the issue date.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record