# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976-357 |
| Debtor. | Jointly Administered |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE OF
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, each of the undersigned counsel hereby appears on behalf of the Official Committee of Unsecured Creditors (the "Committee"), in the above-referenced chapter 11 cases, and requests copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceedings, whether formal or informal, be served on the Committee by and through their counsel as follows:

| | |
|---|---|
| Nicholas J. Zluticky | Jason R. Adams (*pro hac vice* forthcoming) |
| Zachary H. Hemenway | Eric R. Wilson (*pro hac vice* forthcoming) |
| Miranda S. Swift | Maeghan J. McLoughlin (*pro hac vice* forthcoming) |
| **STINSON LLP** | Steven Yachik (*pro hac vice* forthcoming) |
| 1201 Walnut, Suite 2900 | **KELLEY DRYE & WARREN LLP** |
| Kansas City, MO 64106 | 3 World Trade Center |
| Telephone: (816) 842-8600 | 175 Greenwich Street |
| Facsimile: (816) 691-3495 | New York, NY 10007 |
| Email: nicholas.zluticky@stinson.com | Telephone: (212) 808-7800 |
| zachary.hemenway@stinson.com | Facsimile: (212) 808-7897 |
| miranda.swift@stinson.com | Email: mmcloughlin@kelleydrye.com |
| | syachik@kelleydrye.com |
| | kdwbankruptcydepartment@kelleydrye.com |

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

CORE/9990000.8169/197840568.1

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation (i) all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, 9010, and 1109(b); (ii) all notices of hearings and entry of orders; (iii) every order signed in these cases; and (iv) every pleading or report filed in these cases, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, plans of reorganization, disclosure statements, answering or reply papers, and memorandum briefs in support of any of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Committee to (1) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) have the District Court withdraw reference to any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of the Bankruptcy Court for any purpose, (5) any election of remedy, or (6) any other right(s), claim(s), defense(s), setoff(s), or recoupment(s), under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: April 9, 2025 | Respectfully submitted,<br><br>**STINSON LLP**<br><br>By: */s/ Nicholas J. Zluticky*<br>Nicholas J. Zluticky (MO # 61203)<br>Zachary H. Hemenway (MO # 59670)<br>Miranda S. Swift (MO # 75782)<br>1201 Walnut, St. 2900<br>Kansas City, MO 64106<br>Telephone: (816) 842-8600<br>Facsimile: (816) 691-3495<br>Email: nicholas.zluticky@stinson.com<br>      zachary.hemenway@stinson.com<br>      miranda.swift@stinson.com<br><br>-and-<br><br>**KELLEY DRYE & WARREN LLP**<br><br>Jason R. Adams (*pro hac vice* forthcoming)<br>Eric R. Wilson (*pro hac vice* forthcoming)<br>Maeghan J. McLoughlin (*pro hac vice* forthcoming)<br>Steven Yachik (*pro hac vice* forthcoming)<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br>Email: jadams@kelleydrye.com<br>      ewilson@kelleydrye.com<br>      mmcloughlin@kelleydrye.com<br>      syachik@kelleydrye.com<br><br>*Proposed Co-Counsel to the Official Committee of Unsecured Creditors* |

3

CORE/9990000.8169/197840568.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 9, 2025, the foregoing document was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

>  */s/ Nicholas Zluticky*
>  Proposed Co-Counsel for the Committee