**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976-357 |
| Debtor. | Jointly Administered |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Bankruptcy Rule 2090 and Rule 12.01(E) of the local rules of the United States District Court for the Eastern District of Missouri, I, Maeghan J. McLoughlin, move to be admitted pro hac vice to the bar of this court for the purpose of representing the Official Committee of Unsecured Creditors in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

a. *Full name of the movant-attorney;*
Maeghan J. McLoughlin

b. *Address and telephone number of the movant-attorney;*
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800

c. *Name of the firm or letterhead under which the movant practices:*
Kelley Drye & Warren LLP

d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom;*
St. John's University, 2011

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;*
New York (6/12/2012) 5015524

f. Movant is a member in good standing of all bars of which movant is a member and movant is not under suspension or disbarment from any bar;

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

CORE/197849111.1

    g. Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted, and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Respectfully submitted,

*/s/ Maeghan J. McLoughlin*
Maeghan J. McLoughlin
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: mmcloughlin@kelleydrye.com

-and-

**STINSON LLP**
By: */s/ Nicholas J. Zluticky*
Nicholas J. Zluticky (MO # 61203)
Zachary H. Hemenway (MO # 59670)
Miranda S. Swift (MO # 75782)
1201 Walnut, St. 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
Email: nicholas.zluticky@stinson.com
       zachary.hemenway@stinson.com
       miranda.swift@stinson.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 9, 2025, the foregoing document was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

*/s/ Nicholas J. Zluticky*
Proposed Co-Counsel for the Committee
