UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | § | |
|---|---|---|
| 23ANDME HOLDING CO., *et al.*,[1] | § | Chapter 11 |
| | § | Case No. 25-40976-357 |
| | § | |
| Debtors. | § | (Jointly Administered) |

### SUPPLEMENTAL NOTICE OF APPEARANCE AND REQUEST FOR NOTICE SUPPLEMENTING DOCKET NUMBER 180

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, Abigail R. Ryan, Bankruptcy Counsel, National Association of Attorneys General, hereby enters an appearance as counsel in the above-captioned case for the New Mexico Department of Justice.

By the order entered at docket number 173, Ms. Ryan is admitted *pro hac vice* to practice before the Court in this case. The undersigned requests that all papers served or required to be served in this proceeding, including adversary proceedings, be given to and served at the following (ideally via ECF):

Abigail R. Ryan
Bankruptcy Counsel
National Association of Attorneys General
1850 M Street NW, 12th Floor
Washington, D.C. 20036
Phone: 202-326-6000, Ext. 258
E-mail: aryan@naag.org

This Notice of Appearance does not constitute, and shall not be construed to be, a consent to general jurisdiction or a waiver of sovereign immunity by or on behalf of the NAAG Client States.[2]

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

[2] NAAG Client States include: The State of Arizona, ex rel. Kristin K. Mayes, the Attorney General; Office of the Attorney General, State of Connecticut; District of Columbia, Office of the Attorney General; State of Florida, Office of the Attorney General, Department of Legal Affairs; Office of the Illinois Attorney General, and Matt Van Hise; State of Louisiana; Office of the Maine Attorney General, Consumer Protection Division; Michigan Attorney General, *ex rel.* the People of the State of Michigan; New Hampshire Office of the Attorney General, Consumer Protection Division; New Mexico Department of Justice; New York State Attorney General's Office; State of North Carolina;

| | |
|---|---|
| Date: April 10, 2025, | Respectfully Submitted, |
| | /s/ *Abigail R. Ryan* |
| | ABIGAIL R. RYAN |
| | Bankruptcy Counsel |
| | National Association of Attorneys General |
| | 1850 M Street NW, 12th Floor |
| | Washington, D.C. 20036 |
| | Phone: 202-326-6000, Ext. 258 |
| | E-mail: aryan@naag.org |

Attorney for the following:

THE STATE OF ARIZONA, EX REL. KRISTIN K. MAYES, THE ATTORNEY GENERAL

OFFICE OF THE ATTORNEY GENERAL, STATE OF CONNECTICUT

DISTRICT OF COLUMBIA, OFFICE OF THE ATTORNEY GENERAL

STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS

OFFICE OF THE ILLINOIS ATTORNEY GENERAL, AND MATT VAN HISE

STATE OF LOUISIANA

OFFICE OF THE MAINE ATTORNEY GENERAL, CONSUMER PROTECTION DIVISION

MICHIGAN ATTORNEY GENERAL, *EX REL.* THE PEOPLE OF THE STATE OF MICHIGAN

NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL, CONSUMER PROTECTION DIVISION

NEW MEXICO DEPARTMENT OF JUSTICE

NEW YORK STATE ATTORNEY GENERAL'S OFFICE

STATE OF NORTH CAROLINA

OHIO ATTORNEY GENERAL

STATE OF UTAH, OFFICE OF THE UTAH ATTORNEY GENERAL

STATE OF VERMONT BY AND THROUGH THE STATE ATTORNEY GENERAL

WASHINGTON ATTORNEY GENERAL NICK BROWN

OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL

STATE OF WISCONSIN

---

Ohio Attorney General; State of Utah, Office of the Utah Attorney General; State of Vermont by and through the State Attorney General; Washington Attorney General Nick Brown; Office of the West Virginia Attorney General; State of Wisconsin.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2025, a true and correct copy of the foregoing document was electronically filed and served upon all those who receive electronic notification.

    /s/ *Abigail R. Ryan*
Abigail R. Ryan
Bankruptcy Counsel
National Association of Attorneys General