# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# ST. LOUIS DIVISION

| | | |
|---|---|---|
| IN RE: | \| | Chapter 11 |
| | \| | Case No. 25-40976 |
| 23ANDME HOLDING CO., et al.,[1] | \| | |
| | \| | Joint Administration Requested |
| Debtors. | \| | |

## APPEARANCE

Comes now Todd Rokita, Attorney General of Indiana and enters his appearance by counsel, L. Leona Frank, Deputy Attorney General, pursuant to Bankruptcy Rule 9010(b), hereby files this Notice of Appearance on behalf of the State of Indiana, as an Interested Party, in the above-referenced cause. Listed below is the additional information required by Bankruptcy Rule 9010(b):

L. Leona Frank
Deputy Attorney General
Office of the Attorney General of Indiana
302 W. Washington St., IGCS-5th Floor
Indianapolis, IN 46204
Phone: 317-232-6315 Fax: 317-232-7979
Leona.Frank@atg.in.gov

Pursuant to Bankruptcy Rule 2002, counsel also respectfully requests that copies of all documents, including, but not limited to, notices, pleadings, plans, proposed orders and orders which are filed with the Court in regard to this case or mailed to creditors, parties in interest, committees of creditors, or to the Debtors be mailed to counsel at the above address.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

Respectfully submitted,

By: /s/ L. Leona Frank
L. Leona Frank, Atty. No. 24585-49
Deputy Attorney General
Office of Attorney General of Indiana
Indiana Government Center S., 5th Fl.
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone: 317-232-6315
Facsimile: 317-232-7979
Email:  Leona.Frank@atg.in.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on April 10, 2025.

*/s/ L. Leona Frank*
L. Leona Frank

2