# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 25-40976-357 |
| | ) | Jointly Administered |
| 23ANDME HOLDING CO., *et al.*, | ) | |
| | ) | Hon. Brian C. Walsh |
| | ) | U.S. Bankruptcy Judge |
| Debtors. | ) | |
| | ) | Hearing Date:   April 29, 2025 |
| | ) | Hearing Time:   1:30 p.m. |
| _____ | ) | Hearing Location: |
| | ) | Thomas F. Eagleton U.S. Courthouse |
| JERRY L. JENSEN, | ) | 111 S. 10th Street |
| Acting United States Trustee, | ) | Courtroom 5 North |
| Movant, | ) | St. Louis, MO 63102 |
| | ) | |
| v. | ) | |
| | ) | |
| 23ANDME HOLDING CO., *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the United States Trustee has requested an expedited hearing before the Court on its (I) Motion For Appointment Of Consumer Privacy Ombudsman Or, In The Alternative, Appointment Of An Examiner And (II) Objection To Debtors' Motion For Appointment Of Independent Customer Data Representative (the "Motion").

**THE MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE**

1

**DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE BY APRIL 29, 2025.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT YOU MUST ATTEND THE HEARING.  THE DATE IS SET OUT ABOVE.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

   PLEASE TAKE NOTICE that the United States Trustee has filed a Motion For Appointment of Consumer Privacy Ombudsman or, in the Alternative, Appointment of an Examiner (the "Motion"). A copy of the Motion may be obtained from the undersigned at the address below or from the Clerk of the U.S. Bankruptcy Court, 111 S. 10th St., 4th Floor, St. Louis, MO 63102.

   PLEASE TAKE FURTHER NOTICE that the hearing to consider the Motion will be held before the Honorable Brian C. Walsh, U.S. Bankruptcy Judge, on April 29, 2025, at 1:30 p.m., Courtroom 5-North at the Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, St. Louis, Missouri. Only parties opposing the Motion are required to appear. Any **response or objection** to the Motion must be copied to the U.S. Trustee attorney identified below and filed with the U.S. Bankruptcy Court at its address listed above and in accordance with its procedures no later than April 29, 2025, prior to the hearing.  The failure to timely file an objection or response in opposition could result in the granting of the relief requested in the Motion.  Please read the **BOLD** language above.

         Respectfully submitted,

         JERRY L. JENSEN
         Acting United States Trustee

         PAUL A. RANDOLPH
         Assistant United States Trustee

By: *Joseph R. Schlotzhauer*
JOSEPH R. SCHLOTZHAUER
E.D. Mo #62138MO, MO #62138
United States Department of Justice
Office of the U.S. Trustee
111 South 10th Street, Suite 6.353
St. Louis, MO 63102
(314) 539-2980
Email: joseph.schlotzhauer@usdoj.gov

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on April 10, 2025, with the United States Bankruptcy Court and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I further certify that a true and correct copy of the foregoing document was served on April 10, 2025, on the parties listed in and by the method set forth on the Master Service List attached at Exhibit A.

/s/ Margaret Slaughter
Paralegal Specialist
Office of the United States Trustee
