# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# ST. LOUIS DIVISION

| | |
|---|---|
| IN RE:<br><br>23ANDME HOLDING CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-40976-357<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorney set forth below hereby appears as counsel for the State of Alaska, by and through the Office of the Attorney General of Alaska, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned request that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

J. Paige Smothers
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: paige.smothers@alaska.gov

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: April 10, 2025

                                              TREG TAYLOR
                                              ATTORNEY GENERAL

                                              By: */s/ J. Paige Smothers*
                                              J. Paige Smothers (Alaska Bar No. 2305063)
                                              Assistant Attorney General
                                              Department of Law
                                              1031 W. 4th Avenue, Suite 200
                                              Anchorage, AK 99501
                                              Telephone: (907) 269-5232
                                              Facsimile: (907) 279-2834
                                              Email: paige.smothers@alaska.gov

                                              Attorney for the State of Alaska

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on the 10th day of April 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

By:/s/ *J. Paige Smothers*
J. Paige Smothers (Alaska Bar No. 2305063)
Assistant Attorney General