UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re:<br><br>23ANDME HOLDING CO., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-40976<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND ORDERS

COME NOW Laura Toledo and the law firm of Armstrong Teasdale LLP, pursuant to Bankruptcy Rule 9010(b), hereby file this Notice of Appearance on behalf of TTAM 2.0, LLC in the above-referenced cause. Listed below is the additional information required by Bankruptcy Rule 9010(b):

Laura Toledo, MO #56954
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 552-6662
Facsimile: (314) 621-5065
ltoledo@atllp.com

Pursuant to Bankruptcy Rule 2002, counsel also respectfully requests that copies of all documents, including but not limited to notices, pleadings, plans, proposed orders and orders which are filed with the Court in regard to this case or mailed to creditors, parties in interest, committees of creditors, or to the Debtor be mailed to counsel at the above address.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

Dated: April 10, 2025

ARMSTRONG TEASDALE LLP

By: */s/ Laura Toledo*
  Laura Toledo    MO #56954
  7700 Forsyth Blvd., Suite 1800
  St. Louis, Missouri 63105
  314.552.6662
  314.621.5065 (Facsimile)
  ltoledo@atllp.com

ATTORNEY FOR TTAM 2.0, LLC

### CERTIFICATE OF SERVICE

 I certify that a true and correct copy of the foregoing document was filed electronically on April 10, 2025 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

*/s/ Laura Toledo*