

April 10, 2025

To Whom It May Concern:

I'm writing to request that you admit Dalila Jordan, an Assistant Attorney General employed by our office to appear in the Chapter 11 Bankruptcy for 23ANDME Co. (#25-04976-357), and any necessary related cases. She is representing the State of Minnesota in this matter.

Please do not hesitate to contact this office should anything further be required.

Sincerely,

*/s/Raymond Smith*

RAYMOND SMITH
Director of Consumer Protection Resource
Growth & Operations


(651) 757-1484 (Voice)
(651) 296-9663 (Fax)
raymond.smith@ag.state.mn.us