KEITH ELLISON
Attorney General
DALILA JORDAN
Assistant Attorney General
Minnesota Attorney General's Office
445 Minnesota Street, Suite 600
St. Paul, MN  55101
Telephone:  (651) 300-7640
Facsimile:  (651) 296-7438
E-mail:  dalila.jordan@ag.state.mn.us
Bankruptcy E-mail:  bankruptcy.notices@ag.state.mn.us

Attorneys for State of Minnesota

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MISSOURI
### ST. LOUIS DIVISON

| | |
|---|---|
| **In Re:** | |
| | |
| **23ANDME HOLDING Co.,** *et al*[1]**.,** | **Chapter 11**<br>**Case No. 25-40976-357** |
| **Debtors.** | |
| | **(Jointly Administered)** |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that pursuant to Federal Bankruptcy Rules 2002 and 9010,

Dalila Jordan, Assistant Attorney General hereby enters an appearance as counsel in the above-

captioned case for the State of Minnesota, by and through the Federal Bankruptcy Court. The

undersigned requests that all papers served or required to be served in this proceeding, including

adversary, be given to and served at the following (ideally via ECF):

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102

Assistant Attorney General Dalila Jordan
Minnesota Attorney General's Office
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone:  (651) 300-7640
Fax:  (651) 296-7438
dalila.jordan @ag.state.mn.us
bankruptcy.notices@ag.state.mn.us

This Notice of Appearance does not constitute, and shall not be construed to be, a consent to

general jurisdiction or a waiver of sovereign immunity by or on behalf of the State of Minnesota.

Dated:  April 11, 2025                          Respectfully submitted,

                                               KEITH ELLISON
                                               Attorney General
                                               State of Minnesota

                                               */s/Dalila Jordan*
                                               DALILA JORDAN
                                               Assistant Attorney General
                                               Atty. Reg. No. 0403120

                                               445 Minnesota Street, Suite 600
                                               St. Paul, MN 55101-2131
                                               (651) 300-7640 (Voice)
                                               (651) 296-7438 (Fax)
                                               Dalila.Jordan@ag.state.mn.us

                                               ATTORNEYS FOR STATE OF MINNESOTA,
                                               BY ITS ATTORNEY GENERAL, KEITH
                                               ELLISON