## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>23ANDME HOLDING CO., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-40976<br><br>(Jointly Administered)<br><br>**Hearing Date: April 29, 2025**<br>**Hearing Time: 1:30 p.m. CDT**<br>**Hearing Location: Courtroom 5 North**<br>**Objection Deadline: April 22, 2025 at 4:00 p.m. CDT** |

### AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the below listed motions (collectively, the "**Motions**") is scheduled for **April 29, 2025 at 1:30 p.m. (Central Time) in Courtroom 5-North** at the United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri:

   a.   *Debtors' Motion for Entry of an Order (I) Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief* [Docket No. 24];

   b.   *Debtors' Motion for Entry of an Order (I) Appointing an Independent Customer Data Representative and (II) Granting Related Relief* [Docket No. 169]; and

   c.   *Debtors' Motion for Entry of an Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 178].

**ANY OBJECTIONS OR EXCEPTIONS TO ENTRY OF THE ORDERS ON A FINAL BASIS MUST BE FILED BY NO LATER THAN APRIL 22, 2025 AT 4:00 P.M.**

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102..

AND MUST BE SERVED UPON THE UNDERSIGNED AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THOMAS F. EAGLETON COURTHOUSE, 111 SOUTH TENTH STREET, 4TH FLOOR, ST. LOUIS, MISSOURI 63102 AS PER THE ELECTRONIC CASE FILING REQUIREMENTS OF THE COURT.

WARNING: THESE MOTIONS SEEK AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE ONE OR BOTH OF THE MOTIONS, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY 22ND DAY OF APRIL, 2025. YOUR RESPONSE MUST STATE WHY THE MOTION(S) SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE ONE OR BOTH OF THE MOTIONS AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTIONS AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled the hearing on the Motions to commence on April 29, 2025 at 1:30 p.m. (prevailing Central Time) in Courtroom 5 North of the Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri (the "Hearing").  Interested parties who wish to appear remotely by video conference must contact the Honorable Brian C. Walsh's Courtroom Deputy, Craig Spidle, at (314) 244-4806 or  BCW_matters@moeb.uscourts.gov to obtain permission and make arrangements.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the Motions carefully and discuss them with your attorney, if you have one in these chapter 11 cases. (If you do not have an attorney, you may wish to consult one).

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Motions, or if you want the Court to consider your view on the Motions, then you or your attorney must attend the Hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter orders granting the relief requested in the Motions.

Dated: April 11, 2025
St. Louis, Missouri

Respectfully submitted,

**Carmody MacDonald P.C.**
/s/ Thomas H. Riske
Thomas H Riske #61838MO
Robert E. Eggmann #37374MO
Nathan R. Wallace #74890MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone:    (314) 854-8600
Facsimile:    (314) 854-8660
Email:        thr@carmodymacdonald.com
              ree@carmodaymacdonald.com
              nrw@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Jessica I. Choi (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:    (212) 373-3000
Facsimile:    (212) 757-3990
Email:        pbasta@paulweiss.com
              chopkins@paulweiss.com
              jchoi@paulweiss.com

ghotz@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*