**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

| | |
|---|---|
| **In re:** | **Case No.: 25−40976 − B357** |
| 23andMe Holding Co. | **Chapter: 11** |
| **Debtor(s)** | |

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

The Court, having considered Maeghan J. McLoughlin's motion for admission *pro hac vice*, has determined that cause exists to grant the relief requested. It is, therefore,

ORDERED that the motion is GRANTED, and Maeghan J. McLoughlin is admitted pro hac vice to the bar of this Court for the purpose of appearing in this case only.

*[Signature]*

**U. S. Bankruptcy Judge**

**Dated:** 4/10/25
**St. Louis, Missouri**
**Rev. 09/16 omphvbk**

United States Bankruptcy Court
Eastern District of Missouri

In re:  
23andMe Holding Co.  
    Debtor

Case No. 25-40976-bcw  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0865-4      User: admin      Page 1 of 4  
Date Rcvd: Apr 10, 2025      Form ID: omphvbk      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 23andMe Holding Co., 870 Market Street, Room 415, San Francisco, CA 94102-3010 |
| aty | + | Christopher Hopkins, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Deborah A. Hoehne, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Evan Hill, Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, New York, NY 10001-0193 |
| aty | + | Grace C Hotz, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | James A. Copeland, 1301 Avenue of the Americas, New York, NY 10019-6022 |
| aty | + | Jason Adams, Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007-2759 |
| aty | + | Jason Kestecher, Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, New York, NY 10001-0193 |
| aty | + | Jessica I Choi, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Joe Larkin, Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, 920 N. King Street, Wilmington, DE 19801-3356 |
| aty | + | Justin Simms, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Katherine M Lynn, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Kristian W Gluck, 2200 Ross Ave., Suite 3600, Dallas, TX 75201-7921 |
| aty | + | Lauren Castillo, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Maeghan J McLoughlin, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007-2439 |
| aty | + | Michael S Greger, 2010 Main Street, 8th Floor, Irvine, CA 92614-7203 |
| aty | + | Paul M. Basta, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Robert J. Lemons, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Robert M Hirsh, 1301 Avenue of the Americas, New York, NY 10019-6022 |
| aty | + | Ron E Meisler, 320 S Canal Street, Chicago, IL 60606-5707 |
| aty | + | Steven L Yachik, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007-2439 |
| aty | + | William A. Clareman, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| intp | + | API Innovation Center, 20 S. Sarah Street, St. Louis, MO 63108-2819 |
| intp | + | Amanda Austin, 3324 Granada St., Edinburg, TX 78542-2196 |
| crcm | + | Jellyfish US Limited, Attn.: Peter Acimovic, 155 Avenue of the Americas, 11th Floor, New York, NY 10013-1507 |
| op | + | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| intp | + | NAAG Client States, National Assoc. of Attys. General, 1850 M Street NW, 12th Floor, Washington, DC 20036 UNITED STATES 20036-5882 |
| intp | | State of Indiana, Office of the Indiana Attorney General, 302 W Washington St, IGCS-5th Floor, Indianapolis, IN 46204 |
| intp | + | TTAM 2.0, LLC, c/o Armstrong Teasdale LLP, 7700 Forsyth Blvd, Suite 1800, St. Louis, MO 63105-1807 |
| crcm | | Telus International Services Limited, Attn.: Jeff Brown, Voxpro House Point Village East Wall Roa, Dublin, IRELAND |
| crcmch | + | Whitney S. Grubb, Committee Chair, c/o Alexander F. Schalow, Labaton Keller Sucharow, 140 Broadway, New York, NY 10005-1108 |
| crcm | + | Workday, Inc., 6110 Stoneridge Mall Road, Attn: Joel Smith, Pleasonton, CA 94588-3211 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Apr 10 2025 23:44:34 | Commonwealth of Pennsylvania, Office of Attorney G, 1251 Waterfront Place, Mezzanine Level, Attn: Lauren Michaels, Pittsburgh, PA 15222, UNITED STATES 15222-4227 |
| op | ^ | MEBN | Apr 10 2025 23:44:17 | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |

Case 25-40976    Doc 222    Filed 04/12/25    Entered 04/12/25 23:21:56    Imaged
Certificate of Notice    Pg 3 of 5

| District/off: 0865-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 10, 2025 | Form ID: omphvbk | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| crcm | ^ MEBN | | Apr 10 2025 23:43:48 | Laboratory Corporation of America Holdings and Sub, Attn: Matthew Mall, 531 South Spring Street, Burlington, NC 27215-5866 |
| cr | + Email/Text: ecfnotices@dor.mo.gov | | Apr 10 2025 23:47:00 | Missouri Department of Revenue, Bankruptcy Unit, PO Box 475, 301 W High St, Jefferson City, MO 65101-1517 |
| cr | + Email/Text: schristianson@buchalter.com | | Apr 10 2025 23:47:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, Esq., 425 Market Street, Suite 2900, San Francisco, CA 94105-2491 |
| intp | + Email/Text: AGBankAGO@ag.tn.gov | | Apr 10 2025 23:47:00 | State of Tennessee, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN, UNITED STATES 37202-4015 |
| intp | + Email/Text: bcd@oag.texas.gov | | Apr 10 2025 23:47:00 | State of Texas, c/o Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548, UNITED STATES 78711-2548 |

TOTAL: 7

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2025            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail Rushing Ryan | on behalf of Interested Party NAAG Client States aryan@naag.org |
| Abigail Rushing Ryan | on behalf of Interested Party National Association of Attorneys General aryan@naag.org |
| Camber Jones | on behalf of Creditor KR OP Tech  LLC cjones@spencerfane.com, klane@spencerfane.com;camber-jones-5741@ecf.pacerpro.com |
| Carole J. Ryczek | on behalf of U.S. Trustee Office of US Trustee carole.ryczek@usdoj.gov |
| David L. Going | on behalf of Interested Party TTAM 2.0  LLC dgoing@armstrongteasdale.com, jscharf@armstrongteasdale.com |
| Eric R Wilson | on behalf of Creditor Committee Official Committee of Unsecured Creditors kdwbankruptcydepartment@kelleydrye.com |
| Erin M. Edelman | on behalf of Interested Party TTAM 2.0  LLC eedelman@armstrongteasdale.com |

Heather M Crockett
    on behalf of Interested Party State of Indiana heather.crockett@atg.in.gov marie.baker@atg.in.gov

James Treece
    on behalf of Creditor Missouri Department of Revenue james.treece@dor.mo.gov

John G. Willard
    on behalf of Interested Party API Innovation Center jgwillard@spencerfane.com cwilkison@spencerfane.com;bcollins@spencerfane.com

Joseph Richard Schlotzhauer
    on behalf of U.S. Trustee Office of US Trustee joseph.schlotzhauer@usdoj.gov

Joshua M Watts
    on behalf of Interested Party JMB Capital Partners Lending LLC josh.watts@nortonrosefulbright.com

Joshua Michael Jones
    on behalf of Interested Party United States of America joshua.m.jones@usdoj.gov rebecca.ferguson@usdoj.gov;peggy.dryden@usdoj.gov;caseview.ecf@usdoj.gov;usamoe.crimdock@usdoj.gov;usamoe.civldock@usdoj.gov

Justin D Leonard
    on behalf of Interested Party State of Oregon justin.leonard@doj.oregon.gov

Lauren A. Michaels
    on behalf of Creditor Commonwealth of Pennsylvania Office of Attorney General, Bureau of Consumer Protection lmichaels@attorneygeneral.gov

Lawrence E. Parres
    on behalf of Debtor 23andMe Holding Co. lparres@lewisrice.com larry-parres-3537@ecf.pacerpro.com

Layla Milligan
    on behalf of Interested Party State of Texas layla.milligan@oag.texas.gov

Lillian Leona Frank
    on behalf of Interested Party State of Indiana Leona.Frank@atg.in.gov marie.baker@atg.in.gov

Marvin E. Clements
    on behalf of Interested Party State of Tennessee agbankmo@ag.tn.gov

Nathan R Wallace
    on behalf of Debtor 23andMe Holding Co. nrw@carmodymacdonald.com kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Nicholas J. Zluticky
    on behalf of Creditor Committee Official Committee of Unsecured Creditors nicholas.zluticky@stinson.com

Office of US Trustee
    USTPRegion13.SL.ECF@USDOJ.gov

Robert E Eggmann, III
    on behalf of Debtor 23andMe Holding Co. ree@carmodymacdonald.com thr@carmodymacdonald.com;ala@carmodymacdonald.com;kxd@carmodymacdonald.com

Roma N Desai
    on behalf of Interested Party State of Texas roma.desai@oag.texas.gov

Shawn M Christianson
    on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Thomas H Riske
    on behalf of Debtor LPRXOne LLC thr@carmodymacdonald.com kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor 23andMe Holding Co. thr@carmodymacdonald.com kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor Lemonaid Community Pharmacy Inc. thr@carmodymacdonald.com, kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor Lemonaid Health Inc. thr@carmodymacdonald.com, kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor LPharm RX LLC thr@carmodymacdonald.com kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor LPRXThree LLC thr@carmodymacdonald.com kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor 23andMe Pharmacy Holdings Inc. thr@carmodymacdonald.com,

Case 25-40976   Doc 222   Filed 04/12/25   Entered 04/12/25 23:21:56   Imaged
Certificate of Notice   Pg 5 of 5

| District/off: 0865-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 10, 2025 | Form ID: omphvbk | Total Noticed: 38 |

| | | |
|---|---|---|
| | | kxd@carmodymacdonald.com;ala@carmodymacdonald.com |
| Thomas H Riske | | |
| | | on behalf of Debtor LPharm CS LLC thr@carmodymacdonald.com  kxd@carmodymacdonald.com;ala@carmodymacdonald.com |
| Thomas H Riske | | |
| | | on behalf of Debtor Lemonaid Pharmacy Holdings Inc. thr@carmodymacdonald.com kxd@carmodymacdonald.com;ala@carmodymacdonald.com |
| Thomas H Riske | | |
| | | on behalf of Debtor LPRXTwo LLC thr@carmodymacdonald.com  kxd@carmodymacdonald.com;ala@carmodymacdonald.com |
| Thomas H Riske | | |
| | | on behalf of Debtor LPharm INS LLC thr@carmodymacdonald.com kxd@carmodymacdonald.com;ala@carmodymacdonald.com |
| Thomas H Riske | | |
| | | on behalf of Debtor 23andMe  Inc. thr@carmodymacdonald.com, kxd@carmodymacdonald.com;ala@carmodymacdonald.com |

TOTAL: 37