April 3, 2025

Honorable Brian C. Walsh
United States Bankruptcy Court
Eastern District of Missouri
Thomas F. Eagleton United States Courthouse
111 South Tenth Street, Courtroom 5 North
St. Louis, Missouri 63102

RECEIVED & FILED

APR 14 2025

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

Re: Difficulty in Deleting DNA Account with 23andMe

Dear Judge Walsh,

I am writing to bring to your attention a significant issue I am facing with 23andMe regarding the deletion of a DNA account associated with my late mother. I originally opened three accounts with 23andMe—one for myself, one for my mother, and one for my wife. Unfortunately, 23andMe has made it extremely difficult to cancel my mother's account due to its policies and procedures.

When setting up the accounts, I used alternative names and dates of birth. Specifically, my mother's account was created under the dummy name ████████ with a date of birth listed as ████████. Her unique vial ID was ████████. I canceled my wife and mine accounts but when I attempted to cancel the account online, I was locked out after mistakenly entering her actual birthdate rather than the alternative one I had originally used. Upon realizing my error, I attempted to use the correct login credentials, but by then, I had exceeded the allowed login attempts.

Since then, I have made multiple attempts to have 23andMe unfreeze the account so I can access it using the original login information. However, the company insists on requiring legal identification for verification—something that is impossible to provide, as the account was not created with my mother's real name and birthdate. I have repeatedly clarified to 23andMe that I am not asking for any changes to login credentials, passwords, or identity verification. **I am simply requesting that they unfreeze the account so I can log in and proceed with the account deletion process.**

Additionally, my mother has since passed away, making 23andMe's request for further verification even more unreasonable. **Their rigid policies are preventing me from fulfilling a straightforward request to delete an account. I believe this issue highlights broader concerns regarding the difficulty users face in canceling accounts with 23andMe, especially in cases involving deceased individuals.**

I respectfully request that this matter be considered as part of any ongoing proceedings involving 23andMe's business practices, particularly as they relate to account deletion and

customer service for deceased individuals. I would appreciate any guidance or intervention that may help resolve this issue.

Thank you for your time and consideration.

Sincerely,

Atul Kishore
27076 Ironwood Drive
Laguna Hills, CA  92653
248-444-5614