**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **23ANDME HOLDING CO., et al.,**[1] | ) | Case No. 25-40976-357 |
| Debtors. | ) | Chapter 11 |
| | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE, REQUEST FOR NOTICE, AND
RESERVATION OF RIGHTS**

Pursuant to Rules 9010 and 2002(g), Fed. R. Bankr. P., Robert Padjen, Senior Assistant Attorney General, State of Colorado, enters his appearance on behalf of the State of Colorado ("Colorado"), a party in interest herein, and hereby requests that copies of all notices, pleadings, motions, and other documents filed or served in this case be sent to or served upon:

> Robert Padjen #14678CO
> Colorado Department of Law
> Ralph L. Carr Colorado Judicial Center
> 1300 Broadway, 8th Floor
> Denver, Colorado 80203
> Direct dial: 720-508-6346
> E-mail: robert.padjen@coag.gov

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules noted above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affect or seek to affect rights or interests of any creditor or party in interest in this case, with respect to the (a) debtor, (b)

property of the estate, or proceeds thereof, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) require or seek to require any act, delivery of any property, payment, or other conduct by the undersigned.[2]

Dated 14 April 2025.

/s/ Robert Padjen
ROBERT PADJEN, No. 14678CO
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 8th Floor
Denver, Colorado 80203
Direct dial: 720-508-6346
E-mail: robert.padjen@coag.gov

## CERTIFICATE OF SERVICE

I hereby certify that on 14 April 2025 a true and correct copy of the foregoing document is served via CM/ECF to all parties registered to receive such notice.

/s/ Robert Padjen
Robert Padjen

---

[1] The Debtors in each of these cases, and the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

[2] Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, suit, or other filing is intended to waive any rights, including: (i) any right to challenge the jurisdiction of the Court pursuant to the Eleventh Amendment to the United States Constitution, the State of Colorado's sovereign immunity, or other provision; (ii) the right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (iii) the right to a jury trial in any proceeding; (iv) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or

discretionary withdrawal or abstention; or (v) any other rights, claims, actions, or defenses to which the Colorado is or may be entitled in law or in equity, all of which are hereby reserved. Colorado does not, by this Notice of Appearance, Request for Notice, and Reservation of Rights, submit to the jurisdiction of this Court, or any other Court, in this case.