IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| 23 AND ME HOLDING CO. | ) | Case No.: 25-40976 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ENTRY OF APPEARANCE

COME NOW A. Thomas DeWoskin and the law firm of Danna McKitrick, P.C. and hereby enter their appearance on behalf of CoreWeave Inc. and requests that all notices given in this case and all papers served be given and served upon the undersigned.

DANNA MCKITRICK, P.C.

/s/ A. Thomas DeWoskin
A. Thomas DeWoskin, #25320MO
7701 Forsyth Blvd., Suite 1200
St. Louis, MO  63105-3907
(314) 726-1000/(314) 725-6592 fax
E-Mail: tdewoskin@dmfirm.com
ATTORNEYS FOR COREWEAVE INC.

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2024, the foregoing was filed via the Court's electronic filing system, which sent electronic notification to all counsel of record.

/s/ A. Thomas DeWoskin

4899-6797-7769, v. 1