UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

**In re:**
23andMe Holding Co.

**Debtor(s)**

**Case No.:** 25−40976 − B357
**Chapter:** 11

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE

   The Court, having considered Alysa Z. Hutnik's motion for admission *pro hac vice*, has determined that cause exists to grant the relief requested. It is, therefore,

   ORDERED that the motion is GRANTED, and Alysa Z. Hutnik is admitted pro hac vice to the bar of this Court for the purpose of appearing in this case only.

*/s/ Brian C. Walsh*

**U. S. Bankruptcy Judge**

**Dated:** 4/15/25
**St. Louis, Missouri**
**Rev. 09/16 omphvbk**