UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>23ANDME HOLDING CO., *et al.*, | Chapter 11<br><br>Case Nos. 25-40976 *et seq.*<br><br>(Jointly Administered) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE OF THE DATA BREACH CLASS ACTION PLAINTIFFS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned counsel hereby appears on behalf of the Data Breach Class Action Plaintiffs and the certified class in the above-referenced chapter 11 cases and requests copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceedings, whether formal or informal, be served by and through their counsel as follows:

Norman E. Siegel
STUEVE SIEGEL HANSON LLP
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

**PLEASE TAKE FURTHER NOTICE** that, by filing this request, the Data Breach Class Action Plaintiffs do not waive or otherwise limit (a) their right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (b) their right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) their right to have the District Court withdraw the reference in any matter subject to withdrawal, or (d) any other rights, claims or actions, to which the Data Breach Class Action Plaintiffs are or

may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Data Breach Class Action Plaintiffs expressly reserve.

      /s/ Norman E. Siegel
Norman E. Siegel, MO #44378
STUEVE SIEGEL HANSON LLP
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

*Attorney for the Data Breach Class Action Plaintiffs and the Certified Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 15, 2025, the foregoing document was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

      /s/ Norman E. Siegel