UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 23ANDMEHOLDING CO., *et al.*, | ) | Case No. 25-40976 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, Assistant Attorneys General Caleb Lewis, Michael Schwalbert, Alison Esbeck, and Zachary Elam hereby enters their appearance as counsel in the above-captioned case for the Office of the Missouri Attorney General.

The undersigned requests that all papers served or required to be served in this proceeding, including adversary proceedings, be served to the following (ideally via ECF):

Caleb Lewis
Assistant Attorney General
Missouri Attorney General's Office
615 E. 13th Street, Suite 401
Kansas City, MO 64106
Telephone: (816) 889-5047
Caleb.Lewis@ago.mo.gov

and

Michael Schwalbert
Assistant Attorney General
Missouri Attorney General's Office
815 Olive Street, Suite 200
St. Louis, MO 63101
Telephone: (314) 340-7888
Facsimile: (314) 340-7981
Michael.Schwalbert@ago.mo.gov

and

Alison Esbeck
Assistant Attorney General
Missouri Attorney General's Office
815 Olive Street, Suite 200
St. Louis, MO 63101
Telephone: (314) 340-4977
Facsimile: (314) 340-7981
Alison.Esbeck@ago.mo.gov

and

Zachary Elam
Assistant Attorney General
Missouri Attorney General's Office
815 Olive Street, Suite 200
St. Louis, MO 63101
(314) 340-7883
Facsimile: (314) 340-7981
Zachary.Elam@ago.mo.gov

This Notice of Appearance does not constitute, and shall not be construed to be, a consent to general jurisdiction or a waiver of sovereign immunity by or on behalf of the State of Missouri or the Missouri Attorney General's Office.

Dated: April 15, 2025                              Respectfully Submitted,

**ANDREW BAILEY**
Attorney General

By: */s/ Caleb Lewis*
Caleb M. Lewis, Mo. Bar #61894
   Assistant Attorney General
Michael Schwalbert, Mo. Bar #63119
   Assistant Attorney General
Alison Esbeck, Mo. Bar. #58501
   Assistant Attorney General
Zachary Elam, Mo. Bar #76935
   Assistant Attorney General

2

        Missouri Attorney General's Office
        815 Olive Street Suite 200
        St. Louis, MO 63101
        (314) 340-7883
        FAX: (314) 340-7981
        Caleb.Lewis@ago.mo.gov
        Michael.Schwalbert@ago.mo.gov
        Alison.Esbeck@ago.mo.gov
        Zachary.Elam@ago.mo.gov

        *Attorneys for the Office of the Missouri Attorney General*

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document was filed electronically on April 15, 2025, with the United States Bankruptcy Court and has been served on the parties in interest via e-mail by the Court's CM/ECF System.

                                    */s/Caleb Lewis*
                                    Michael Schwalbert