UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 23ANDMEHOLDING CO., *et al.*, | ) | Case No. 25-40976 |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| The State of Missouri, ex rel. Attorney General Andrew Bailey | ) | |
| | ) | Hon. Brian C. Walsh |
| Movant | ) | U.S. Bankruptcy Judge |
| | ) | |
| v. | ) | |
| | ) | **Response Deadline:** April 29, 2025 |
| 23ANDME HOLDING CO., *et al.*,[1] | ) | **Hearing Date:**       April 29, 2025 |
| | ) | **Hearing Time:**       1:30 p.m. (CST) |
| Respondents. | ) | **Hearing Location:** |
| | ) | Thomas F. Eagleton U.S. Courthouse |
| | ) | 111 S. 10th Street |
| | ) | Courtroom 5 North |
| | ) | St. Louis, MO 63102 |

**MISSOURI ATTORNEY GENERAL'S MOTION TO EXPEDITE HEARING AND NOTICE OF HEARING**

**WARNING: THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY APRIL 29, 2025. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is:  870 Market Street, Room 415, San Francisco, CA 94102.

1

**COMES NOW**, the State of Missouri, at the relation of Attorney General Andrew Bailey ("Missouri"), and hereby files this *Motion to Expedite Hearing*, and states as follows:

## I.  OVERVIEW

1. Currently pending before this Court is the Debtors' *Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of the Debtors' Assets, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of the Notice Thereof, (IV) Approving Procedures Regarding Entry Into Stalking Horse Agreement(s), if any, (V)Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (VII) Approving Procedures for the Sale, Transfer, or Abandonment of De Minimis Assets, and (VIII) Granting Related Relief*[2] in which, among other things, the Debtors seek approval from this Court to auction off the Debtors' assets, including over 15 million consumers' genetic data.

2. Also pending before this Court is the Debtors' *Motion for Entry of an Order (I) Appointing an Independent Customer Data Representative and (II) Granting Related Relief*,[3] the State of Texas's *Motion for Order Appointing a Consumer Privacy Ombudsman Under 11 U.S.C. §§ 105(a), 332, and 363(b)(1) and Notice of Hearing*[4], and the United States Trustee's *(I) Motion For Appointment Of Consumer Privacy Ombudsman Or, In The Alternative, Appointment Of An Examiner And (II) Objection To Debtors' Motion For Appointment Of Independent Customer Data Representative*.[5]

---

[2] Dkt. No. 30. Hereinafter "Bidding Procedures Motion."
[3] Dkt. No. 169. Hereinafter "Debtors' Motion."
[4] Dkt. No. 181. Hereinafter "Texas's Motion."
[5] Dkt. No. 195. Hereinafter "UST's Motion."

3. On April 15, 2025, Missouri filed its *Motion for the Appointment of a Consumer Privacy Ombudsman Pursuant to 11 U.S.C. Sections 105(a), 332, 336(b)(1) and Notice of Hearing* (hereinafter "Missouri's CPO Motion").

4. Currently, this Court is set to hear arguments on the Debtors' Motion, Texas's Motion, and the UST's Motion on April 29, 2025, at 1:30 PM CT, and Missouri files this Motion to Expedite so that the Missouri's CPO Motion may be considered at that hearing.

## II. JURISDICTION AND VENUE

5. This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§ 157 and 1334 and rule 9.01(B) of the Local Rules of the United States District Court for the Eastern District of Missouri. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

6. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## III. RELIEF REQUESTED

7. Missouri moves this Court under 11 U.S.C. § 105(a) and Local Rule of Procedure 9013-2(A) to schedule an expedited hearing on Missouri's CPO Motion.

8. Specifically, the Debtors' Bidding Procedures Motion sets out a very fast timeline by which the Debtors seek to sell all their assets, including over 15 million consumers' genetic data and personally identifiable data, with a proposed bid deadline of May 7, 2025, an auction date of May 14, 2025, and a sale hearing date of June 17, 2025.[6]

9. Because of the 2023, 23andMe data breach, and because the Debtors' privacy policies do not clearly allow for this sale, and because such sale may be contrary to Missouri law, Missouri's CPO Motion seeks the appointment of a Consumer Privacy Ombudsman to

---

[6] Dkt. No. 125.

3

ensure that any sale will comply with the applicable state laws, and that the Debtors' security measures in place are sufficient to protect this data.

10. Due to the Debtors' expedited sales timeline, and the highly sensitive and unique nature of the assets being sold, the Missouri seeks to have a Consumer Privacy Ombudsman appointed as quickly as possible to preserve consumers' privacy and preserve the security in these assets.

11. As such, Missouri requests that Missouri's CPO Motion be heard on April 29, 2025, at 1:30 PM CT.

## IV.   NOTICE

12. As required by docket 131 the *Interim Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures, and (II) Granting Related Relief*, notice is hereby given that copies of the proposed order granting the relief requested herein will be made available on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/23andMe.

## V.   PRAYER

WHEREFORE, Missouri respectfully ask that this Court grant this *Motion to Expedite* and set the hearing on the States' Motion for April 29, 2025, at 1:30 PM CT, and for any other relief that this Court finds the States entitled.

(*Remainder of Page Intentionally Left Blank
Signature Page Follows*)

| | |
|---|---|
| Dated: April 15, 2025 | Respectfully Submitted,<br><br>**ANDREW BAILEY**<br>Attorney General<br><br>By: */s/ Caleb Lewis*<br>Caleb M. Lewis, Mo. Bar #61894<br>  Assistant Attorney General<br>Michael Schwalbert, Mo. Bar #63119<br>  Assistant Attorney General<br>Alison Esbeck, Mo. Bar. #58501<br>  Assistant Attorney General<br>Zachary Elam, Mo. Bar #76935<br>  Assistant Attorney General<br>Missouri Attorney General's Office<br>815 Olive Street Suite 200<br>St. Louis, MO 63101<br>(314) 340-7883<br>FAX: (314) 340-7981<br>Caleb.Lewis@ago.mo.gov<br>Michael.Schwalbert@ago.mo.gov<br>Alison.Esbeck@ago.mo.gov<br>Zachary.Elam@ago.mo.gov<br><br>*Attorneys for the Office of the Missouri Attorney General* |

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on April 15, 2025, with the United States Bankruptcy Court and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I further certify that a true and correct copy of the foregoing document was served via email on April 15, 2025, on the parties listed in the Master Service List attached at Exhibit A and on April 16, 2025, a true and correct copy of the foregoing was served via United States Mail on those parties listed in the Master Service List that did not have an email address and are not a Movant herein.

*/s/Caleb Lewis*
Caleb Lewis