In re: 23andMe Holding Co., et al.
Master Service List
Case No. 25-40976 (BCW)



Exhibit A

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BOTTINI & BOTTINI, INC. | ATTN: ALBERG CHANG, ANNE BOTTINI BEST, FRANCIS ALEXANDER BOTTINI | 7817 IVANHOE AVE STE 102 | | LA JOLLA | CA | 92037 | | 858-914-2001 | | ACHANG@BOTTINILAW.COM ABESTE@BOTTINILAW.COM FBOTTINI@BOTTINILAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | ROBBINS GELLER RUDMAN & DOWD, LLP | ATTN: ALEXANDER C. COHEN, DOROTHY P. ANTULLIS, LINDSEY H. TAYLOR, NICOLLE B. BRITO, STUART A. DAVIDSON | 225 NE MIZNER BOULEVARD | SUITE 720 | BOCA RATON | FL | 33432 | | 561-750-3000 | | ACOHEN@RGRDLAW.COM DANTULLIS@RGRDLAW.COM LTAYLOR@RGRDLAW.COM NBRITO@RGRDLAW.COM SDAVIDSON@RGRDLAW.COM |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 100 NORTH CARSON STREET | | CARSON CITY | NV | 89701 | | 775-684-1100 | 775-684-1108 | AGINFO@AG.NV.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004-2926 | | 602-542-5025 | 602-542-4085 | AGINFO@AZAG.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 2115 STATE CAPITOL | 2ND FL, RM 2115 | LINCOLN | NE | 68509-8920 | | 402-471-2683 | 402-471-3297 | AGO.INFO.HELP@NEBRASKA.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KAZEROUNI LAW GROUP | ATTN: ABBAS KAZEROUNIAN, MONA AMINI | 245 FISCHER AVE STE D1 | | COSTA MESA | CA | 92626 | | 800-400-6808 | | AK@KAZLG.COM MONA@KAZLG.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BARNOW & ASSOCIATES P.C. | ATTN: ANTHONY L. PARKHILL, BEN BARNOW | 205 W RANDOLPH ST STE 1630 | | CHICAGO | IL | 60606 | | 312-621-2000 | | APARKHILL@BARNOWLAW.COM B.BARNOW@BARNOWLAW.COM |
| COUNSEL TO THE NAAG CLIENT STATES, THE STATE OF ARIZONA, EX REL. KRISTIN K. MAYES, THE ATTORNEY GENERAL OFFICE OF THE ATTORNEY GENERAL, STATE OF CONNECTICUT DISTRICT OF COLUMBIA, OFFICE OF THE ATTORNEY GENERAL STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS OFFICE OF THE ILLINOIS ATTORNEY GENERAL, AND MATT VAN HISE STATE OF LOUISIANA OFFICE OF THE MAINE ATTORNEY GENERAL, CONSUMER PROTECTION DIVISION MICHIGAN ATTORNEY GENERAL, EX REL. THE PEOPLE OF THE STATE OF MICHIGAN NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL, CONSUMER PROTECTION DIVISION NEW MEXICO DEPARTMENT OF JUSTICE NEW YORK STATE ATTORNEY GENERAL'S OFFICE STATE OF NORTH CAROLINA OHIO ATTORNEY GENERAL STATE OF UTAH, OFFICE OF THE UTAH ATTORNEY GENERAL STATE OF VERMONT BY AND THROUGH THE STATE ATTORNEY GENERAL WASHINGTON ATTORNEY GENERAL NICK BROWN OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL STATE OF WISCONSIN, COMMONWEALTH OF VIRGINIA, EX REL. JASON S. MIYARES, ATTORNEY GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: ABIGAIL R. RYAN | 1850 M STREET NW 12TH FLOOR | | WASHINGTON | DC | 20036 | | 202-326-6000 EXT. 258 | 202-331-1427 | aryan@naag.org |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SCHUBERT JONCKHEER & KOLBE LLP | ATTN: AMBER L. SCHUBERT, ROBERT C. SCHUBERT, WILLEM F. JONCKHEER | 2001 UNION ST STE 200 | | SAN FRANCISCO | CA | 94123 | | 415-788-4220 | | ASCHUBERT@SJK.LAW RSCHUBERT@SJK.LAW WJONCKHEER@SJK.LAW |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | EDELSBERG LAW, P.A. | ATTN: ANDREW J. SHAMIS, SCOTT EDELSBERG | 1925 CENTURY PARK E #1700 | | LOS ANGELES | CA | 90067 | | 305-479-2299 | | ASHAMIS@SHAMISGENTILE.COM SCOTT@EDELSBERGLAW.COM |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | RJ HUGHES JUSTICE COMPLEX | 25 MARKET STREET, P.O. BOX 080 | TRENTON | NJ | 08625-0080 | | 609-292-4925 | 609-292-3508 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | SUPREME COURT BUILDING | 207 W. HIGH ST. | JEFFERSON CITY | MO | 65102 | | 573-751-3321 | 573-751-0774 | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 165 CAPITOL AVENUE | | HARTFORD | CT | 06106 | | 860-808-5318 | 860-808-5387 | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CARVEL STATE OFFICE BLDG. | 820 N. FRENCH ST. | WILMINGTON | DE | 19801 | | 302-577-8338 | 302-577-6630 | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 33 CAPITOL ST. | | CONCORD | NH | 03301-0000 | | 603-271-3658 | 603-271-2110 | ATTORNEYGENERAL@DOJ.NH.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | THE MEHDI FIRM LLP | ATTN: AZRA Z. MEHDI | 201 MISSION STREET | SUITE 1200 | SAN FRANCISCO | CA | 94105 | | 415-293-8039 | | AZRAM@THEMEHDIFIRM.COM |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PO BOX 142320 | | SALT LAKE CITY | UT | 84114-2320 | | 801-538-9600 | 801-538-1121 | BANKRUPTCY@AGUTAH.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 944255 | | SACRAMENTO | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | BANKRUPTCY@COAG.GOV |
| SECURITIES & EXCHANGE COMMISSION | SECURITIES & EXCHANGE COMMISSION - NY REGIONAL OFFICE | ATTN: ANTONIA APPS, REGIONAL DIRECTOR | 100 PEARL ST. | SUITE 20-100 | NEW YORK | NY | 10004-2616 | | 212-336-1100 | | BANKRUPTCYNOTICESCHR@SEC.GOV NEWYORK@SEC.GOV |

In re: 23andMe Holding Co., et al.
Master Service List
Case No. 25-40976 (BCW)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ PLLC | ATTN: BRYAN AYLSTOCK, E. SAMUEL GEISLER, SIN-TING MARY LIU | 17 E. MAIN STREET SUITE 200 | | PENSACOLA | FL | 32502 | | 844-794-7402 | | BAYLSTOCK@AWKOLAW.COM SGEISLER@AWKOLAW.COM MLIU@AWKOLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BONI, ZACK & SNYDER LLC | ATTN: BENJAMIN J. EICHEL, JOSHUA D. SNYDER, MICHAEL J. BONI | 15 SAINT ASAPHS RD | | BALA-CYNWYD | PA | 19004 | | 610-822-0200 | | BEICHEL@BONIZACK.COM JSNYDER@BONIZACK.COM MBONI@BONIZACK.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KLEINE PC | ATTN: BENJAMIN H. KLEINE | 95 3RD ST FL 9048 # 2 | | SAN FRANCISCO | CA | 94103-3103 | | 415-465-5655 | | BEN@KLEINEPC.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | ARON LAW FIRM | ATTN: WILLIAM ARON | 15 W CARRILLO ST, SUITE 217 | | SANTA BARBARA | CA | 93101 | | 805-618-1768 | | BILL@ARONLAWFIRM.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CLAYEO C. ARNOLD, PROFESSIONAL LAW CORP. | ATTN: BRANDON P. JACK, GREGORY HAROUTUNIAN, MICHAEL ANDERSON BERRY | 865 HOWE AVE STE 300 | | SACRAMENTO | CA | 95825 | | 916-777-7777 | | BJACK@JUSTICE4YOU.COM GHAROUTUNIAN@JUSTICE4YOU.COM ABERRY@JUSTICE4YOU.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | GLANCY PRONGAY & MURRAY LLP | ATTN: BRIAN P. MURRAY, MARC L. GODINO | 1925 CENTURY PARK EAST, SUITE 2100 | | LOS ANGELES | CA | 90067 | | 310-201-9150 | | BMURRAY@GLANCYLAW.COM MGODINO@GLANCYLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KAPLAN FOX & KILSHEIMER LLP | ATTN: BLAIR E. REED, LAURENCE D. KING, MATTHEW B. GEORGE | 1999 HARRISON STREET | SUITE 1560 | OAKLAND | CA | 94612 | | 415-772-4700 | | BREED@KAPLANFOX.COM LKING@KAPLANFOX.COM MGEORGE@KAPLANFOX.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CUNEO GILBERT & LADUCA | ATTN: BRENDAN THOMPSON, CHARLES J. LADUCA | 4725 WISCONSIN AVENUE NW SUITE 200 | | WASHINGTON | DC | 20016 | | 202-789-3960 | | BRENDANT@CUNEOLAW.COM CHARLES@CUNEOLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP | ATTN: RACHELE R. BYRD | 750 B ST STE 1820, | | SAN DIEGO | CA | 92101 | | 619-239-4599 | | BYRD@WHAFH.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SCOTT+SCOTT ATTORNEYS AT LAW LLP | ATTN: CAREY ALEXANDER, JOSEPH P. GUGLIELMO | 230 PARK AVE, 24TH FLOOR | | NEW YORK | NY | 10169 | | 212-223-6444 | | CALEXANDER@SCOTT-SCOTT.COM JGUGLIELMO@SCOTT-SCOTT.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | FALLS LAW GROUP | ATTN: CARA VALIQUET, JAY HERBERT | 255 MANITOBA STREET | | BRACEBRIDGE | ON | P1L 1S2 | CANADA | 705-645-3007 | | CARA@FALLSLAW.CA JAY@FALLSLAW.CA |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEVI & KORSINSKY, LLP | ATTN: COLIN BROWN, EDUARD KORSINSKY, MARK S. REICH | 33 WHITEHALL ST. | 17TH FLOOR | NEW YORK | NY | 10004 | | 212-363-7500 | | CBROWN@ZLK.COM EK@ZLK.COM MREICH@ZLK.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | POTTER HANDY LLP | ATTN: BARRY WALKER, CHRISTINA CARSON, JIM TREGLIO, MARK POTTER, TEHNIAT ZAMAN | 100 PINE ST., SUITE 1250 | | SAN FRANCISCO | CA | 94111-5235 | | 909-731-3865 | | CHRISC@POTTERHANDY.COM JIMT@POTTERHANDY.COM MARK@POTTERHANDY.COM TEHNIATZ@POTTERHANDY.COM 23ANDMEIL@POTTERHANDY.COM |
| COUNSEL TO KR OP TECH, LLC | SPENCER FANE LLP | ATTN: CAMBER M. JONES | 2144 E. REPUBLIC RD., STE. B300 | | SPRINGFIELD | MO | 65804 | | 417-888-1000 | 417-881-8135 | CJONES@SPENCERFANE.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KELLER ROHRBACK LLP | ATTN: CARI CAMPEN LAUFENBERG, CHRIS SPRINGER, GRETCHEN FREEMAN CAPPIO | 801 GARDEN ST STE 301 | | SANTA BARBARA | CA | 93101 | | 206-623-1900 | | CLAUFENBERG@KELLERROHRBACK.COM CSPRINGER@KELLERROHRBACK.COM GCAPPIO@KELLERROHRBACK.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | REESE LLP | ATTN: CHARLES D. MOORE, GEORGE V. GRANADE, KEVIN LAUKAITIS, MICHAEL R. REESE, SUE NAM | 8484 WILSHIRE BLVD, STE 515 | | BEVERLY HILLS | CA | 90211-3235 | | 212-643-0500 | | CMOORE@REESELLP.COM GGRANADE@REESELLP.COM KLAUKAITIS@LAUKAITISLAW.COM MREESE@REESELLP.COM SNAM@REESELLP.COM |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: JUSTIN D. LEONARD | 1162 COURT STREET NE | | SALEM | OR | 97301-4096 | | 503-934-4400 | 503-373-7067 | CONSUMER.HOTLINE@DOJ.STATE.OR.US JUSTIN.LEONARD@DOJ.OREGON.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STATE CAPITOL BLDG 1 ROOM E 26 | | CHARLESTON | WV | 25305 | | 304-558-2021 | 304-558-0140 | CONSUMER@WVAGO.GOV |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1302 EAST HIGHWAY 14 | SUITE 1 | PIERRE | SD | 57501-8501 | | 605-773-3215 | 605-773-4106 | CONSUMERHELP@STATE.SD.US |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 215 N SANDERS, THIRD FLOOR | PO BOX 201401 | HELENA | MT | 59620-1401 | | 406-444-2026 | 406-444-3549 | CONTACTDOJ@MT.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BERMAN TOBACCO | ATTN: CHRISTINA M. SARRAF, DANIEL E. BARENBAUM | 425 CALIFORNIA ST | STE 2300 | SAN FRANCISCO | CA | 94104-2208 | | 415-433-3200 | | CSARRAF@BERMANTABACCO.COM DBARENBAUM@BERMANTABACCO.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEVIN SEDRAN & BERMAN LLP | ATTN: CHARLES SCHAFFER | 510 WALNUT STREET 5TH FLOOR | | PHILADELPHIA | PA | 19106 | | 215-592-1500 | | CSCHAFFER@LFSBLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | HERMAN JONES LLP | ATTN: CANDACE N. SMITH, JOHN C. HERMAN | 3424 PEACHTREE ROAD NE | SUITE 1650 | ATLANTA | GA | 30326 | | 404-504-6555 | | CSMITH@HERMANJONES.COM JHERMAN@HERMANJONES.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LAW OFFICE OF COURTNEY WEINER PLLC | ATTN: COURTNEY L. WEINER | 1629 K ST NW STE 300 | | WASHINGTON | DC | 20006 | | 202-827-9980 | | CW@COURTNEYWEINERLAW.COM |
| COUNSEL TO THE STATE OF MINNESOTA | MINNESOTA ATTORNEY GENERAL'S OFFICE | ATTN: DALILA JORDAN | 445 MINNESOTA STREET, SUITE 1200 | | ST. PAUL | MN | 55101-2130 | | 651-300-7640 | 651-296-7438 | DALILA.JORDAN@AG.STATE.MN.US BANKRUPTCY.NOTICES@AG.STATE.MN.US |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | YLAW GROUP | ATTN: DANA ROGERS, LEENA YOUSEFI | 410-1122 MAINLAND STREET | | VANCOUVER | BC | V6B 5L1 | CANADA | 604-974-9529 | | DANA@YLAW.CA LEENA@YLAW.CA |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SROURIAN LAW FIRM, P.C. | ATTN: DANIEL SROURIAN | 3435 WILSHIRE BLVD STE 1710 | | LOS ANGELES | CA | 90010 | | 213-474-3800 | | DANIEL@SLFLA.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | NEAL & HARWELL, PLC | ATTN: DANIELLA BHADARE-VALENTE, MORGAN L. BURKETT | 1201 DEMONBREUN ST. | SUITE 1000 | NASHVILLE | TN | 37203 | | 615-244-1713 | | DBHADARE-VALENTE@NEALHARWELL.COM MBURKETT@NEALHARWELL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | ATTN: DANIEL K. BRYSON, GARY M. KLINGER | 221 W. MONROE STREET | SUITE 2100 | CHICAGO | IL | 60606 | | | | DBRYSON@MILBERG.COM GKLINGER@MILBERG.COM |

In re: 23andMe Holding Co., et al.
Master Service List
Case No. 25-40976 (BCW)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | ATTN: DANIEL BRYSON, JONATHAN COHEN, GARY KLINGER, ALEX STRAUS | 280 S. BEVERLY DRIVE | PH SUITE | LOS ANGELES | CA | 90212 | | 866-252-0878 | | DBRYSON@MILBERG.COM JCOHEN@MILBERG.COM GKLINGER@MILBERG.COM ASTRAUS@MILBERG.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | GUSTAFSON GLUEK PLLC | ATTN: DAVID A. GOODWIN | 120 SOUTH SIXTH STREET, SUITE 2600 | | MINNEAPOLIS | MN | 55402 | | 612-333-8844 | | DGOODWIN@GUSTAFSONGLUEK.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | WUCETICH & KOROVILAS LLP | ATTN: DIMITRIOS V. KOROVILAS, JASON M. WUCETICH | 222 PACIFIC COAST HIGHWAY | | EL SEGUNDO | CA | 90245 | | 310-335-2000 | | DIMITRI@WUKOLAW.COM JASON@WUKOLAW.COM |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WISCONSIN DEPARTMENT OF JUSTICE | 17 WEST MAIN STREET, POST OFFICE BOX 7857 | MADISON | WI | 53707 | | 608-266-1221 | 608-294-2907 | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CHRISTOPHER DU VERNET CARLIN MCGOOGAN DUVERNET STEWART, BARRISTERS AND SOLICITERS | | 1392 HURONTARIO STREET | | MISSISSAUGA | ON | L5G 3H4 | CANADA | 416-231-1669 | | DUVERNET@DUVERNET.CA |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | ATTN: ELIZABETH J. CABRASER, JALLÉ DAFA, MELISSA A. GARDNER, MICHAEL W. SOBOL | 275 BATTERY ST | | SAN FRANCISCO | CA | 94111 | | 415-956-1000 | | ECABRASER@LCHB.COM JDAFA@LCHB.COM MGARDNER@LCHB.COM MSOBOL@LCHB.COM |
| MISSOURI DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY UNIT, JAMES TREECE | PO BOX 475 | | JEFFERSON CITY | MO | 65105-0475 | | | | EDMOECF@DOR.MO.GOV |
| COUNSEL TO TTAM 2.0, LLC | ARMSTRONG TEASDALE LLP | ATTN: ERIN M. EDELMAN, DAVID GOING, LAURA TOLEDO | 7700 FORSYTH BLVD. | SUITE 1800 | ST. LOUIS | MO | 63105 | | 314-342-4144; 314-591-4717; 314-552-6662 | 314-552-4816; 314-621-5065 | EEDELMAN@ATLLP.COM DGOING@ATLLP.COM LTOLEDO@ATLLP.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KND COMPLEX LITIGATION | ATTN: ELI KARP, SAGE NEMATOLLAHI | 2300 YOUNGE ST | SUITE 401 | TORONTO | ON | M4P 1E4 | CANADA | 419-537-3529 | | EK@KNDLAW.COM SN@KNDLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEVI & KORSINSKY, LLP | ATTN: EDUARD KORSINSKY, MARK REICH | 1160 BATTERY STREET EAST | SUITE 100 - #3425 | SAN FRANCISCO | CA | 94111 | | 415-373-1671 | | EK@ZLK.COM MREICH@ZLK.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | POULIN | WILLEY | ANASTOPOULO, LLC | ATTN: ERIC M. POULIN, PAUL J. DOOLITTLE | 32 ANN ST | | CHARLESTON | SC | 29403-6212 | | 803-222-2222 | | ERIC.POULIN@POULINWILLEY.COM PAUL.DOOLITTLE@POULINWILLEY.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LYNCH CARPENTER LLP | ATTN: GARY F. LYNCH | 111 W. WASHINGTON ST. | SUITE 1240 | CHICAGO | IL | 60602 | | 412-322-9243 | | GARY@LCLLP.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C. | ATTN: GARY S. GRAIFMAN, MELISSA R. EMERT | 135 CHESTNUT RIDGE RD SUITE 200 | | MONTVALE | NJ | 07645 | | 845-356-2570 | | GGRAIFMAN@KGGLAW.COM MEMERT@KGGLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | COTCHETT PITRE & MCCARTHY LLP | ATTN: GIA JUNG, JOSEPH W. COTCHETT, MARK C. MOLUMPHY, TYSON C. REDENBARGER | 840 MALCOLM ROAD, SUITE 200 | | BURLINGAME | CA | 94010 | | 650-697-6000 | | GJUNG@CPMLEGAL.COM JCOTCHETT@CPMLEGAL.COM MMOLUMPHY@CPMLEGAL.COM TREDENBARGER@CPMLEGAL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MASON LLP | ATTN: GARY E. MASON | 5335 WISCONSIN AVE NW STE 640 | | WASHINGTON | DC | 20015 | | 202-256-8540 | | GMASON@MASONLLP.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP | ATTN: GAYLE M. BLATT, P. CAMILLE GUERRA, DAVID S. CASEY, JR. | 110 LAUREL STREET | | SAN DIEGO | CA | 92101 | | 619-238-1811 | | GMB@CGLAW.COM CAMILLE@CGLAW.COM DCASEY@CGLAW.COM CLAZAR@CGLAW.COM JCONNOR@CGLAW.COM |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 425 QUEEN ST. | | HONOLULU | HI | 96813 | | 808-586-1500 | 808-586-1239 | HAWAIIAG@HAWAII.GOV |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: HEATHER M. CROCKETT, L. LEONA FRANK, DEPUTY ATTORNEY GENERAL | IGCS-5TH FLOOR | 302 W. WASHINGTON ST. | INDIANAPOLIS | IN | 46204 | | 317-232-6201; 317-233-6254; 317-232-6315 | 317-232-7979 | HEATHER.CROCKETT@ATG.IN.GOV LEONA.FRANK@ATG.IN.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LONGMAN LAW, P.C. | ATTN: HOWARD T. LONGMAN | 354 EISENHOWER PARKWAY | SUITE 1800 | LIVINGSTON | NJ | 07039 | | 973-994-2315 | | HLONGMAN@LONGMAN.LAW |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | TYCKO & ZAVAREEI, LLP | ATTN: HASSAN ZAVAREEI | 1970 BROADWAY | SUITE 1070 | OAKLAND | CA | 94612 | | 510-254-6808 | | HZAVAREEI@TZLEGAL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | TYCKO & ZAVAREEI, LLP | ATTN: HASSAN ZAVAREEI, ANDREA GOLD, DAVID W. LAWLER, GLENN E. CHAPPELL | 2000 PENNSYLVANIA AVENUE NW | SUITE 1010 | WASHINGTON | DC | 20006 | | 202-973-0900 | | HZAVAREEI@TZLEGAL.COM AGOLD@TZLEGAL.COM DLAWLER@TZLEGAL.COM GCHAPPELL@TZLEGAL.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KELLEY DRYE & WARREN LLP | ATTN: JASON R. ADAMS, ERIC R. WILSON, MAEGHAN J. MCLOUGHLIN, STEVEN YACHIK | 3 WORLD TRADE CENTER | 175 GREENWICH STREET | NEW YORK | NY | 10007 | | 212-808-7800 | 212-808-7897 | JADAMS@KELLEYDRYE.COM EWILSON@KELLEYDRYE.COM MMCLOUGHLIN@KELLEYDRYE.COM SYACHIK@KELLEYDRYE.COM |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | ATTN: JAMIE COPELAND, ROBERT HIRSH | 1301 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | | 212-318-3000 | 212-318-3400 | JAMES.COPELAND@NORTONROSEFULBRIGHT.COM ROBERT.HIRSH@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | ATTN: JONATHAN B. COHEN | 3833 CENTRAL AVE. | | ST. PETERSBURG | FL | 33713 | | 865-247-0080 | | JCOHEN@MILBERG.COM |
| COUNSEL TO API INNOVATION CENTER | SPENCER FANE LLP | ATTN: JOHN G. WILLARD | 1 N. BRENTWOOD BLVD | SUITE 1200 | ST. LOUIS | MO | 63105 | | 314-746-0976 | 314-862-4656 | JGWILLARD@SPENCERFANE.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | FREED KANNER LONDON & MILLEN LLC | ATTN: JONATHAN M. JAGHER, MICHAEL E. MOSKOVITZ, NIA-IMARA BARBEROUSSE BINNS | 923 FAYETTE STREET | | CONSHOHOCKEN | PA | 19428 | | 610-234-6486 | | JJAGHER@FKLMLAW.COM MMOSKOVITZ@FKLMLAW.COM NBINNS@FKLMLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | ATTN: JOHN J. NELSON | 280 S. BEVERLY DR. | | BEVERLY HILLS | CA | 90212 | | 845-483-7100 | | JNELSON@MILBERG.COM |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | ATTN: JEFFREY KALINOWSKI, JOSHUA WATTS | 7676 FORSYTH BLVD. | SUITE 2230 | ST. LOUIS | MO | 63105 | | 314-505-8800 | 314-505-8899 | JOSH.WATTS@NORTONROSEFULBRIGHT.COM JEFF.KALINOWSKI@NORTONROSEFULBRIGHT.COM |

In re: 23andMe Holding Co., et al.
Master Service List
Case No. 25-40976 (BCW)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITED STATES ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF MISSOURI | UNITED STATES ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF MISSOURI | ATTN: SAYLER A. FLEMING, JOSHUA MICHAEL JONES | THOMAS EAGLETON U.S. COURTHOUSE | 111 S. 10TH STREET, 20TH FLOOR | ST. LOUIS | MO | 63102 | | 314-539-2310 | 314-539-2287 | JOSHUA.M.JONES@USDOJ.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | TOSTRUD LAW GROUP PC | ATTN: JON TOSTRUD | 1925 CENTURY PARK E, STE 2100 | | LOS ANGELES | CA | 90067-2722 | | 310-278-2600 | | JTOSTRUD@TOSTRUDLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | EMPLOYEE JUSTICE LEGAL GROUP, PC | ATTN: KAVEH S. ELIHU | 1001 WILSHIRE BOULEVARD | | LOS ANGELES | CA | 90017 | | 213-382-2222 | | KELIHU@EJLGLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BRADLEY/GROMBACHER LLP | ATTN: KILEY L. GROMBACHER, MARCUS J. BRADLEY | 31365 OAK CREST DR. SUITE 240 | | WESTLAKE VILLAGE | CA | 91361 | | 805-270-7100 | | KGROMBACHER@BRADLEYGROMBACHER.COM MBRADLEY@BRADLEYGROMBACHER.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LOCKRIDGE GRINDAL NAUEN P.L.L.P. | ATTN: KAREN HANSON RIEBEL, KATE BAXTER-KAUF, MAUREEN KANE BERG | 100 WASHINGTON AVE S STE 2200 | | MINNEAPOLIS | MN | 55401 | | 612-339-6900 | | KHRIEBEL@LOCKLAW.COM KMBAXTER-KAUF@LOCKLAW.COM MKBERG@LOCKLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KP LAW LIMITED | ATTN: KINGSLEY HAYES, LUCY BURROWS, KAJAL PATEL | 81 CHANCERY LANE | | LONDON | | WC3A 1DD | UNITED KINGDOM | 020-8057-7480 | | KINGSLEY.HAYES@KPL.CO.UK LUCY.BURROWS@KPL.CO.UK KAJAL.PATEL@KPL.CO.UK |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LAUKAITIS LAW LLC | ATTN: KEVIN LAUKAITIS | 954 AVE PONCE DE LEON, SUITE 205 | | SAN JUAN | PR | 00907 | | 215-789-4462 | | KLAUKAITIS@LAUKAITISLAW.COM |
| COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF 23ANDME HOLDING, CO. | GOODWIN PROCTER LLP | ATTN: KATHERINE M. LYNN, ROBERT J. LEMONS, DEBORA A. HOEHNE | 620 EIGHTH AVENUE | | NEW YORK | NY | 10018 | | 917-229-7526 | 212-355-3333 | KLYNN@GOODWINLAW.COM RLEMONS@GOODWINLAW.COM DHOEHNE@GOODWINLAW.COM |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | ATTN: KRISTIAN W. GLUCK | 1301 MCKINNEY, SUITE 5100 | | HOUSTON | TX | 77010-3095 | | 713-651-8210 | 713-651-5246 | KRISTIAN.GLUCK@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | ATTN: KRISTIAN W. GLUCK | 2200 ROSS AVENUE, SUITE 3600 | | DALLAS | TX | 75201-7932 | | 214-855-8210; 214-855-8000 | 214-855-8200 | KRISTIAN.GLUCK@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO THE STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: LAYLA D. MILLIGAN, ROMA N. DESAI, STEPHANIE EBERHARDT | BANKRUPTCY & COLLECTIONS DIVISION | P. O. BOX 12548 | AUSTIN | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 | LAYLA.MILLIGAN@OAG.TEXAS.GOV ROMA.DESAI@OAG.TEXAS.GOV STEPHANIE.EBERHARDT@OAG.TEXAS.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | THE GRANT LAW FIRM, PLLC | ATTN: LYNDA J. GRANT | 521 FIFTH AVENUE | 17TH FLOOR | NEW YORK | NY | 10175 | | 212-292-4441 | | LGRANT@GRANTFIRM.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MCSHANE & BRADY, LLC | ATTN: LUCY MCSHANE, MAUREEN M. BRADY | 1656 WASHINGTON ST STE 120 | | KANSAS CITY | MO | 64108 | | 816-888-8010 | | LMCSHANE@MCSHANEBRADYLAW.COM MBRADY@MCSHANEBRADYLAW.COM |
| COUNSEL TO COMMONWEALTH OF PENNSYLVANIA, OFFICE OF ATTORNEY GENERAL | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | ATTN: LAUREN MICHAELS, DEPUTY ATTORNEY GENERAL | 1251 WATERFRONT PLACE | MEZZANINE LEVEL | PITTSBURGH | PA | 15222 | | 412-235-9072 | | LMICHAELS@ATTORNEYEGNERAL.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | COLE & VAN NOTE | ATTN: LAURA GRACE VAN NOTE, SCOTT EDWARD COLE | 555 12TH STREET, SUITE 2100 | | OAKLAND | CA | 94607 | | 510-891-9800 | | LVN@COLEVANNOTE.COM SEC@COLEVANNOTE.COM |
| COUNSEL TO STATE OF TENNESSEE | TN ATTORNEY GENERAL'S OFFICE | ATTN: MARVIN E. CLEMENTS, JR. | BANKRUPTCY DIVISION | PO BOX 20207 | NASHVILLE | TN | 37202-0207 | | 615-741-1935 | 615-741-3334 | MARVIN.CLEMENTS@AG.TN.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | DU VERNET STEWART | ATTN: CARLIN MCGOOGAN, CHRISTOPHER DU VERNET | 1392 HURONTARIO STREET | | MISSISSAUGA | ON | L5G 3H4 | CANADA | 416-231-1668 | | MCGOOGAN@DUVERNET.CA DUVERNET@DUVERNET.CA |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | G. MENNEN WILLIAMS BUILDING, 7TH FLOOR | 525 W. OTTAWA ST., P.O. BOX 30212 | LANSING | MI | 48909-0212 | | 517-373-1110 | 517-373-3042 | MIAG@MICHIGAN.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LABATON KELLER SUCHAROW LLP | ATTN: MELISSA NAFASH, ALEXANDER SCHLOW | 140 BROADWAY | | NEW YORK | NY | 10005 | | 212-907-0700 | | MNAFASH@LABATON.COM ASCHLOW@LABATON.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MIGLIACCIO & RATHOD LLP | ATTN: JASON S. RATHOD, MATTHEW SMITH | 412 H STREET NE | | WASHINGTON | DC | 20002 | | 202-470-3520 | | MSMITH@CLASSLAWDC.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEXINGTON LAW GROUP, LLP | ATTN: MARK TODZO | 503 DIVISADERO STREET | | SAN FRANCISCO | CA | 94117 | | 415-913-7800 | | MTODZO@LEXLAWGROUP.COM |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STATE CAPITOL | 600 E BOULEVARD AVE DEPT 125 | BISMARCK | ND | 58505-0040 | | 701-328-2210 | 701-328-2226 | NDAG@ND.GOV |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | STINSON LLP | ATTN: NICHOLAS J. ZLUTICKY, ZACHARY H. HEMENWAY, MIRANDA S. SWIFT | 1201 WALNUT, ST. 2900 | | KANSAS CITY | MO | 64106 | | 816-842-8600 | 816-691-3495 | NICHOLAS.ZLUTICKY@STINSON.COM ZACHARY.HEMENWAY@STINSON.COM MIRANDA.SWIFT@STINSON.COM |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 441 4TH STREET, NW | | WASHINGTON | DC | 20001 | | 202-727-3400 | 202-347-8922 | OAG@DC.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202-2202 | | 410-576-6300 | | OAG@OAG.STATE.MD.US |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KOPELITZ OSTROW FERGUSON WEISELBERG GILBERT | ATTN: JEFF OSTROW | 1 W LAS OLAS BLVD STE 500 | | FORT LAUDERDALE | FL | 33301 | | 954-525-4100 | | OSTROW@KOLAWYERS.COM |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: J. PAIGE SMOTHERS, ASSISTANT ATTORNEY GENERAL | 1031 W. 4TH AVENUE | SUITE 200 | ANCHORAGE | AK | 99501 | | 907-269-5232 | 907-279-2834 | PAIGE.SMOTHERS@ALASKA.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LAW OFFICES OF PAUL WHALEN, PC | ATTN: PAUL WHALEN | 565 PLANDOME ROAD 212 | | MANHASSET | NY | 11030 | | 516-426-6870 | | PAUL@PAULWHALEN.COM |
| COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: PAUL M. BASTA, CHRISTOPHER HOPKINS, JESSICA I. CHOI, GRACE C. HOTZ | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | | 212-373-3000 | 212-757-3990 | PBASTA@PAULWEISS.COM CHOPKINS@PAULWEISS.COM JCHOI@PAULWEISS.COM GHOTZ@PAULWEISS.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SALTZ, MONGELUZZI & BENDESKY, PC | ATTN: PATRICK HOWARD, SIMON B. PARIS | 1650 MARKET ST O | | PHILADELPHIA | PA | 19103 | | 215-575-3895 | | PHOWARD@SMBB.COM SPARIS@SMBB.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | PIERCE GORE LAW FIRM | ATTN: BEN F. PIERCE GORE | 315 MONTGOMERY STREET | 10TH FLOOR | SAN FRANCISCO | CA | 94104 | | 408-806-4600 | | PIERCEGORE@GMAIL.COM |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CAPITOL STATION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | | 512-475-4868 | 512-475-2994 | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | EDELSON PC | ATTN: RAFEY S. BALABANIAN | 150 CALIFORNIA STREET, 18TH FLOOR | | SAN FRANCISCO | CA | 94111 | | 312-589-6376 | | RBALABANIAN@EDELSON.COM |

*In re: 23andMe Holding Co., et al.*
Master Service List
Case No. 25-40976 (BCW)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CLARKSON LAW FIRM | ATTN: RYAN J. CLARKSON, TIARA AVANESS, VALTER MALKHASYAN, YANA HART | 22525 PACIFIC COAST HWY | | MALIBU | CA | 90265 | | 213-788-4050 | | RCLARKSON@CLARKSONLAWFIRM.COM; TAVANESS@CLARKSONLAWFIRM.COM; VMALKHASYAN@CLARKSONLAWFIRM.COM; YHART@CLARKSONLAWFIRM.COM |
| COUNSEL TO THE STATE OF COLORADO | COLORADO DEPARTMENT OF LAW | ATTN: ROBERT PADJEN | RALPH L. CARR COLORADO JUDICIAL CENTER | 1300 BROADWAY, 8TH FLOOR | DENVER | CO | 80203 | | 720-508-6346 | | ROBERT.PADJEN@COAG.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | THE GOOD LAW GROUP | ATTN: ROSS MICHAEL GOOD | 800 E NORTHWEST HWY | SUITE 814 | PALATINE | IL | 60074 | | 847-600-9576 | | ROSS@THEGOODLAWGROUP.COM |
| FEDERAL TRADE COMMISSION | FEDERAL TRADE COMMISSION | ATTN: RONNIE SOLOMON | 600 PENNSYLVANIA AVE NW | MAIL STOP CC-6316 | WASHINGTON | DC | 20580 | | | | RSOLOMON@FTC.GOV |
| SECURITIES & EXCHANGE COMMISSION | SECURITIES & EXCHANGE COMMISSION - SAN FRANCISO REGIONAL OFFICE | ATTN: MONIQUE WINKLER, REGIONAL DIRECTOR | 44 MONTGOMERY STREET, SUITE 700 | | SAN FRANCISCO | CA | 94104 | | 415-705-2500 | | SANFRANCISCO@SEC.GOV |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON | 425 MARKET STREET | SUITE 2900 | SAN FRANCISCO | CA | 94105-3493 | | 415-227-0900 | | SCHRISTIANSON@BUCHALTER.COM |
| SECURITIES & EXCHANGE COMMISSION | SECURITIES & EXCHANGE COMMISSION - HEADQUARTERS | SECRETARY OF THE TREASURY | 100 F ST NE | | WASHINGTON | DC | 20549 | | 202-942-8088 | | SECBANKRUPTCY@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| CLAIMS AND NOTICING AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: JESSICA BERMAN, HERB BAER, CHRISTINE PORTER | 1 WORLD TRADE CENTER, 31ST FLOOR | | NEW YORK | NY | 10007 | | 888-357-7556 | 646-536-2810 | SERVICEQA@RA.KROLL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | ZINNS LAW, LLC | ATTN: SHARON J. ZINNS | 4243 DUNWOODY CLUB DR, STE 104 | | ATLANTA | GA | 30350-5206 | | 404-882-9002 | | SHARON@ZINNSLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | STUEVE SIEGEL HANSON LLP | ATTN: BRANDI SPATES, J. AUSTIN MOORE, NORMAN E. SIEGEL, JILLIAN R. DENT, SHERI WILLIAMS | 460 NICHOLS ROAD SUITE 200 | | KANSAS CITY | MO | 64112 | | | | SPATES@STUEVESIEGEL.COM; MOORE@STUEVESIEGEL.COM; SIEGEL@STUEVESIEGEL.COM; DENT@STUEVESIEGEL.COM; WILLIAMS@STUEVESIEGEL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SULTZER & LIPARI, PLLC | ATTN: JASON P. SULTZER | 85 CIVIC CENTER PLAZA | SUITE 200 | POUGHKEEPSIE | NY | 12601 | | 845-483-7100 | | SULTZERJ@THESULTZERLAWGROUP.COM |
| COUNSEL TO COREWEAVE INC. | DANNA MCKITRICK, P.C. | ATTN: A. THOMAS DEWOSKIN | 7701 FORSYTH BLVD. | SUITE 1200 | ST. LOUIS | MO | 63105-3907 | | 314-726-1000 | 314-725-6592 | TDEWOSKIN@DMFIRM.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KP LAW LTD. (UK) | ATTN: THIAGO LOPES | 81 CHANCERY LANE | | LONDON | | WC3A 1DD | UNITED KINGDOM | 020-8057-7480 | | THIAGO.LOPES@KPL.CO.UK |
| COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION | CARMODY MACDONALD P.C. | ATTN: THOMAS H. RISKE, NATHAN R. WALLACE, JACKSON J. GILKEY, ROBERT E EGGMANN, III | 120 S. CENTRAL AVE. SUITE 1800 | | ST. LOUIS | MO | 63105 | | 314-854-8600 | 314-854-8660 | THR@CARMODYMACDONALD.COM; NRW@CARMODYMACDONALD.COM; JJG@CARMODYMACDONALD.COM; REE@CARMODYMACDONALD.COM |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE EASTERN DISTRICT OF MISSOURI | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: CAROLE J. RYCZEK, JOSEPH SCHLOTZHAUER, PAUL A. RANDOLPH | 111 S. 10TH STREET | SUITE 6.353 | ST. LOUIS | MO | 63102 | | 314-539-2984; 314-539-2982; 314-539-2980 | 314-539-2990 | USTPREGION13.SL.ECF@USDOJ.GOV; CAROLE.RYCZEK@USDOJ.GOV; JOSEPH.SCHLOTZHAUER@USDOJ.GOV; PAUL.A.RANDOLPH@USDOJ.GOV |
| THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | JMB CAPITAL PARTNERS LENDING, LLC | ATTN: VIKAS TANDON | 205 S. MARTEL AVENUE | | LOS ANGELES | CA | 90036 | | | | VIKAS@JMBCAPITAL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | FEDERMAN & SHERWOOD | ATTN: WILLIAM FEDERMAN | 10205 N. PENNSYLVANIA AVE. | | OKLAHOMA CITY | OK | 73120 | | 405-235-1560 | | WBF@FEDERMANLAW.COM |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 100 WEST RANDOLPH STREET | | CHICAGO | IL | 60601 | | 312-814-3000 | | WEBMASTER@ATG.STATE.IL.US |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1305 E. WALNUT STREET | | DES MOINES | IA | 50319 | | 515-281-5164 | 515-281-4209 | WEBTEAM@AG.IOWA.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | YANNI LAW | ATTN: JOHN CHRISTIAN BOHREN | 501 W BROADWAY STE. 800 | | SAN DIEGO | CA | 92101 | | 619-433-2803 | | YANNI@BOHRENLAW.COM |
| DEBTOR | 23ANDME HOLDING CO. | ATTN: GUY CHAYOUN, VICE PRESIDENT, INTERIM GENERAL COUNSEL | 223 N. MATHILDA AVENUE | | SUNNYVALE | CA | 94086 | | | | |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 1111 CONSTITUTION AVE NW | | WASHINGTON | DC | 20224 | | 800-973-0424 | 855-235-6787 | |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 300152 | | MONTGOMERY | AL | 36130-0152 | | 334-242-7300 | 334-242-2433 | |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 323 CENTER ST. | SUITE 200 | LITTLE ROCK | AR | 72201-2610 | | 501-682-2007; 800-482-8982 | 501-682-8084 | |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | RALPH L. CARR COLORADO JUDICIAL CENTER | 1300 BROADWAY, 10TH FLOOR | DENVER | CO | 80203 | | 720-508-6000 | 720-508-6030 | |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | THE CAPITOL, PL 01 | | TALLAHASSEE | FL | 32399-1050 | | 850-414-3300 | 850-488-4872 | |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 40 CAPITAL SQUARE, SW | | ATLANTA | GA | 30334-1300 | | 404-656-3300 | 404-657-8733 | |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 W. JEFFERSON STREET | P.O. BOX 83720 | BOISE | ID | 83720-1000 | | 208-334-2400 | 208-854-8071 | |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 120 SW 10TH AVE., 2ND FLOOR | | TOPEKA | KS | 66612-1597 | | 785-296-2215; 888-428-8436 | 785-296-6296 | |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 CAPITOL AVENUE, SUITE 118 | | FRANKFORT | KY | 40601 | | 502-696-5300 | 502-564-2894 | |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 94095 | | BATON ROUGE | LA | 70804-4095 | | 225-326-6000 | 225-326-6499 | |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333-0000 | | 207-626-8800 | | |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | ONE ASHBURTON PLACE | | BOSTON | MA | 02108-1698 | | 617-727-2200 | | |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1400 BREMER TOWER | 445 MINNESOTA STREET | ST. PAUL | MN | 55101-2131 | | 651-296-3353; 800-657-3787 | | |

*In re: 23andMe Holding Co., et al.*
Master Service List
Case No. 25-40976 (BCW)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WALTER SILLERS BUILDING | 550 HIGH STREET, SUITE 1200, P.O. BOX 220 | JACKSON | MS | 39201 | | 601-359-3680 | | |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. DRAWER 1508 | | SANTA FE | NM | 87504-1508 | | 505-827-6000 | 505-827-5826 | |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | THE CAPITOL | | ALBANY | NY | 12224-0341 | | 518-776-2000 | 866-413-1069 | |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 9001 MAIL SERVICE CENTER | | RALEIGH | NC | 27699-9001 | | 919-716-6400 | 919-716-6750 | |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 30 E. BROAD ST., 14TH FLOOR | | COLUMBUS | OH | 43215 | | 800-282-0515 | | |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 313 NE 21ST STREET | | OKLAHOMA CITY | OK | 73105 | | 405-521-3921 | 405-521-6246 | |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 | | 717-787-3391 | 717-787-8242 | |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 150 SOUTH MAIN STREET | | PROVIDENCE | RI | 02903-0000 | | 401-274-4400 | | |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 11549 | | COLUMBIA | SC | 29211-1549 | | 803-734-3970 | | |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 109 STATE ST. | | MONTPELIER | VT | 05609-1001 | | 802 828-3171 | 802-304-1014 | |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | FINANCIAL RECOVERY SECTION | POST OFFICE BOX 610 | RICHMOND | VA | 23218-0610 | | 804-786-2071 | 804-225-4378 | |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1125 WASHINGTON ST. SE | P.O. BOX 40100 | OLYMPIA | WA | 98504-0100 | | 360-753-6200 | | |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 123 CAPITOL BUILDING | 200 W. 24TH STREET | CHEYENNE | WY | 82002 | | 307-777-7841 | 307-777-6869 | |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | | | | |