# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>23ANDME HOLDING CO., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-40976-357<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE FOR ECF NO. 244**

Dated:  April 15, 2025

Respectfully submitted,

**Rob Bonta**
Attorney General
**Nicklas A. Akers**
Senior Assistant Attorney General

*/s/ Daniel M.B. Nadal*

**Stacey D. Schesser #245735CA**
**Bernard Eskandari #244395CA**
Supervising Deputy Attorneys General
**Yen P. Nguyen #239095CA**
**Daniel M.B. Nadal #299661CA**
Deputy Attorneys General
California Department of Justice
455 Golden Gate Ave., Ste. 11000
San Francisco, CA  94102
Tel.:  415-510-3497
Stacey.Schesser@doj.ca.gov
Bernard.Eskandari@doj.ca.gov
TiTi.Nguyen@doj.ca.gov
Daniel.Nadal@doj.ca.gov

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

## DECLARATION OF SERVICE BY E-MAIL and U.S. MAIL

Case Name: **In re: 23ANDME HOLDING CO., et al.,**
No.: **25-40976-357**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. My business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004. My electronic service address is Classiemarie.Murphy@doj.ca.gov. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>April 15, 2025</u>, I served the attached **THE PEOPLE OF THE STATE OF CALIFORNIA'S JOINDER IN: (1) MOTION FOR APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN UNDER 11 U.S.C. §§ 105(A), 332, AND 363(B)(1) FILED BY INTERESTED PARTY STATE OF TEXAS; (2) MOTION FOR APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN OR, IN THE ALTERNATIVE, APPOINTMENT OF AN EXAMINER AND (II) OBJECTION TO DEBTOR'S MOTION FOR APPOINTMENT OF INDEPENDENT CUSTOMER DATA REPRESENTATIVE FILED BY U.S. TRUSTEE OFFICE OF U.S. TRUSTEE; AND (3) MOTION FOR APPOINTMENT OF CONSUMER PRIVACY OMBUDSMAN AND SECURITY EXPERT FILED BY INTERESTED PARTIES NAAG CLIENT STATES, STATE OF MINNESOTA, STATE OF OREGON** by transmitting a true copy via electronic mail. In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

**SERVICE INFORMATION CONTINUED ON ATTACHED PAGE**

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct and that this declaration was executed on April 15, 2025, at San Francisco, California.

| C. Murphy | *C. Murphy* |
|---|---|
| Declarant | Signature |

| | |
|---|---|
| SERVED VIA ELCTRONIC MAILING: | |
| ATTN: SHAWN M. CHRISTIANSON<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>COUNSEL TO ORACLE AMERICA, INC.<br>schristianson@buchalter.com | ATTN: MARVIN E. CLEMENTS, JR.<br>TN ATTORNEY GENERAL'S OFFICE<br>COUNSEL TO STATE OF TENNESSEE<br>BANKRUPTCY DIVISION<br>marvin.clements@ag.tn.gov |
| ATTN: HEATHER M. CROCKETT, L. LEONA FRANK, DEPUTY ATTORNEY GENERAL<br>STATE OF INDIANA ATTORNEY GENERAL<br>heather.crockett@atg.in.gov<br>leona.frank@atg.in.gov | ATTN: LAYLA D. MILLIGAN, ROMA N. DESAI, STEPHANIE EBERHARDT<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>COUNSEL TO THE STATE OF TEXAS<br>layla.milligan@oag.texas.gov<br>roma.desai@oag.texas.gov<br>stephanie.eberhardt@oag.texas.gov |
| ATTN: ERIN M. EDELMAN, DAVID GOING, LAURA TOLEDO<br>ARMSTRONG TEASDALE LLP<br>COUNSEL TO TTAM 2.0, LLC<br>eedelman@atllp.com<br>dgoing@atllp.com<br>ltoledo@atllp.com | ATTN: THOMAS H. RISKE, NATHAN R. WALLACE, JACKSON J. GILKEY, ROBERT E EGGMANN, III<br>CARMODY MACDONALD P.C.<br>COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION<br>thr@carmodymacdonald.com<br>nrw@carmodymacdonald.com<br>jjg@carmodymacdonald.com<br>ree@carmodymacdonald.com |
| ATTN: CAMBER M. JONES<br>SPENCER FANE LLP<br>COUNSEL TO KR OP TECH, LLC<br>cjones@spencerfane.com | ATTN: SAYLER A. FLEMING, JOSHUA MICHAEL JONES<br>UNITED STATES ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF MISSOURI<br>joshua.m.jones@usdoj.gov |
| ATTN: JOHN G. WILLARD<br>SPENCER FANE LLP<br>COUNSEL TO API INNOVATION CENTER<br>jgwillard@spencerfane.com | ATTN: JUSTIN D. LEONARD<br>STATE OF OREGON ATTORNEY GENERAL<br>consumer.hotline@doj.state.or.us<br>justin.leonard@doj.oregon.gov |
| ATTN: LAUREN MICHAELS, DEPUTY ATTORNEY GENERAL<br>PENNSYLVANIA OFFICE OF ATTORNEY GENERAL<br>COUNSEL TO COMMONWEALTH OF PENNSYLVANIA, OFFICE OF ATTORNEY GENERAL<br>lmichaels@attorneyegneral.gov | ATTN: ABIGAIL R. RYAN<br>NATIONAL ASSOCIATION OF ATTORNEYS GENERAL<br>COUNSEL TO THE NAAG CLIENT STATES<br>aryan@naag.org |

| | |
|---|---|
| ATTN: ANTHONY L. PARKHILL, BEN BARNOW<br>BARNOW & ASSOCIATES P.C.<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>aparkhill@barnowlaw.com<br>b.barnow@barnowlaw.com | ATTN: J. PAIGE SMOTHERS, ASSISTANT ATTORNEY GENERAL<br>STATE OF ALASKA ATTORNEY GENERAL<br>paige.smothers@alaska.gov |
| ATTN: WILLIAM ARON<br>ARON LAW FIRM<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>bill@aronlawfirm.com | ATTN: BANKRUPTCY UNIT, JAMES TREECE<br>MISSOURI DEPARTMENT OF REVENUE<br>edmoecf@dor.mo.gov<br>james.treece@dor.mo.gov |
| ATTN: JEFFREY KALINOWSKI, JOSHUA WATTS<br>NORTON ROSE FULBRIGHT US LLP<br>COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY<br>josh.watts@nortonrosefulbright.com<br>jeff.kalinowski@nortonrosefulbright.com | ATTN: CAROLE J. RYCZEK, JOSEPH SCHLOTZHAUER, PAUL A. RANDOLPH<br>OFFICE OF THE UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE FOR THE EASTERN DISTRICT OF MISSOURI<br>carole.ryczek@usdoj.gov<br>joseph.schlotzhauer@usdoj.gov<br>paul.a.randolph@usdoj.gov |
| ATTN: BRYAN AYLSTOCK, E. SAMUEL GEISLER, SIN-TING MARY LIU<br>AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ PLLC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>baylstock@awkolaw.com<br>sgeisler@awkolaw.com<br>mliu@awkolaw.com | ATTN: NICHOLAS J. ZLUTICKY, ZACHARY H. HEMENWAY, MIRANDA S. SWIFT<br>STINSON LLP<br>COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>nicholas.zluticky@stinson.com<br>zachary.hemenway@stinson.com<br>miranda.swift@stinson.com |
| ATTN: BENJAMIN J. EICHEL, JOSHUA D. SNYDER, MICHAEL J. BONI<br>BONI, ZACK & SNYDER LLC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>beichel@bonizack.com<br>jsnyder@bonizack.com<br>mboni@bonizack.com | ATTN: CHRISTINA M. SARRAF, DANIEL E. BARENBAUM<br>BERMAN TOBACCO<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>csarraf@bermantabacco.com<br>dbarenbaum@bermantabacco.com |

| | |
|---|---|
| ATTN: KILEY L. GROMBACHER, MARCUS J. BRADLEY<br>BRADLEY/GROMBACHER LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>kgrombacher@bradleygrombacher.com<br>mbradley@bradleygrombacher.com | ATTN: ALBERG CHANG, ANNE BOTTINI BEST, FRANCIS ALEXANDER BOTTINI<br>BOTTINI & BOTTINI, INC.<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>achang@bottinilaw.com<br>abeste@bottinilaw.com<br>fbottini@bottinilaw.com |
| ATTN: LAURA GRACE VAN NOTE, SCOTT EDWARD COLE<br>COLE & VAN NOTE<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>lvn@colevannote.com<br>sec@colevannote.com | ATTN: GAYLE M. BLATT, P. CAMILLE GUERRA, DAVID S. CASEY, JR.<br>CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>gmb@cglaw.com<br>camille@cglaw.com<br>dcasey@cglaw.com<br>clazar@cglaw.com<br>jconnor@cglaw.com |
| CHRISTOPHER DU VERNET CARLIN MCGOOGAN<br>DUVERNET STEWART, BARRISTERS AND SOLICITERS<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>duvernet@duvernet.ca | ATTN: RYAN J. CLARKSON, TIARA AVANESS, VALTER MALKHASYAN, YANA HART<br>CLARKSON LAW FIRM<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>rclarkson@clarksonlawfirm.com<br>tavaness@clarksonlawfirm.com<br>vmalkhasyan@clarksonlawfirm.com<br>yhart@clarksonlawfirm.com |
| ATTN: BRANDON P. JACK, GREGORY HAROUTUNIAN, MICHAEL ANDERSON BERRY<br>CLAYEO C. ARNOLD, PROFESSIONAL LAW CORP.<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>bjack@justice4you.com<br>gharoutunian@justice4you.com<br>aberry@justice4you.com | ATTN: ROBERT PADJEN<br>COLORADO DEPARTMENT OF LAW<br>COUNSEL TO THE STATE OF COLORADO<br>robert.padjen@coag.gov |

| | |
|---|---|
| ATTN: GIA JUNG, JOSEPH W. COTCHETT, MARK C. MOLUMPHY, TYSON C. REDENBARGER<br>COTCHETT PITRE & MCCARTHY LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>gjung@cpmlegal.com<br>jcotchett@cpmlegal.com<br>mmolumphy@cpmlegal.com<br>tredenbarger@cpmlegal.com | ATTN: BRENDAN THOMPSON, CHARLES J. LADUCA<br>CUNEO GILBERT & LADUCA<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>brendant@cuneolaw.com<br>charles@cuneolaw.com |
| ATTN: CARLIN MCGOOGAN, CHRISTOPHER DU VERNET<br>DU VERNET STEWART<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>mcgoogan@duvernet.ca<br>duvernet@duvernet.ca | ATTN: ANDREW J. SHAMIS, SCOTT EDELSBERG<br>EDELSBERG LAW, P.A.<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>ashamis@shamisgentile.com<br>scott@edelsberglaw.com |
| ATTN: RAFEY S. BALABANIAN<br>EDELSON PC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>rbalabanian@edelson.com | ATTN: KAVEH S. ELIHU<br>EMPLOYEE JUSTICE LEGAL GROUP, PC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>kelihu@ejlglaw.com |
| ATTN: CARA VALIQUET, JAY HERBERT<br>FALLS LAW GROUP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>cara@fallslaw.ca<br>jay@fallslaw.ca | ATTN: RONNIE SOLOMON<br>FEDERAL TRADE COMMISSION<br>rsolomon@ftc.gov |
| ATTN: WILLIAM FEDERMAN<br>FEDERMAN & SHERWOOD<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>wbf@federmanlaw.com | ATTN: JONATHAN M. JAGHER, MICHAEL E. MOSKOVITZ, NIA-IMARA BARBEROUSSE BINNS<br>FREED KANNER LONDON & MILLEN LLC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>jjagher@fklmlaw.com<br>mmoskovitz@fklmlaw.com<br>nbinns@fklmlaw.com |

| | |
|---|---|
| ATTN: BRIAN P. MURRAY, MARC L. GODINO<br>GLANCY PRONGAY & MURRAY LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>bmurray@glancylaw.com<br>mgodino@glancylaw.com | ATTN: KATHERINE M. LYNN, ROBERT J. LEMONS, DEBORA A. HOEHNE<br>GOODWIN PROCTER LLP<br>COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF 23ANDME HOLDING, CO.<br>klynn@goodwinlaw.com<br>rlemons@goodwinlaw.com<br>dhoehne@goodwinlaw.com |
| ATTN: DAVID A. GOODWIN<br>GUSTAFSON GLUEK  PLLC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>dgoodwin@gustafsongluek.com | ATTN: CANDACE N. SMITH, JOHN C. HERMAN<br>HERMAN JONES LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>csmith@hermanjones.com<br>jherman@hermanjones.com |
| ATTN: VIKAS TANDON<br>JMB CAPITAL PARTNERS LENDING, LLC<br>THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY<br>vikas@jmbcapital.com | ATTN: GARY S. GRAIFMAN, MELISSA R. EMERT<br>KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>ggraifman@kgglaw.com<br>memert@kgglaw.com |
| ATTN: BLAIR E. REED, LAURENCE D. KING, MATTHEW B. GEORGE<br>KAPLAN FOX & KILSHEIMER LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>breed@kaplanfox.com<br>lking@kaplanfox.com<br>mgeorge@kaplanfox.com | ATTN: ABBAS KAZEROUNIAN, MONA AMINI<br>KAZEROUNI LAW GROUP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>ak@kazlg.com<br>mona@kazlg.com |
| ATTN: CARI CAMPEN LAUFENBERG, CHRIS SPRINGER, GRETCHEN FREEMAN CAPPIO<br>KELLER ROHRBACK LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>claufenberg@kellerrohrback.com<br>cspringer@kellerrohrback.com<br>gcappio@kellerrohrback.com | ATTN: JASON R. ADAMS, ERIC R. WILSON, MAEGHAN J. MCLOUGHLIN, STEVEN YACHIK<br>KELLEY DRYE & WARREN LLP<br>COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>jadams@kelleydrye.com<br>ewilson@kelleydrye.com<br>mmcloughlin@kelleydrye.com<br>syachik@kelleydrye.com |

| | |
|---|---|
| ATTN: BENJAMIN H. KLEINE<br>KLEINE PC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>ben@kleinepc.com | ATTN: ELI KARP, SAGE NEMATOLLAHI<br>KND COMPLEX LITIGATION<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>ek@kndlaw.com<br>sn@kndlaw.com |
| ATTN: JEFF OSTROW<br>KOPELITZ OSTROW FERGUSON WEISELBERG GILBERT<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>ostrow@kolawyers.com | ATTN: KINGSLEY HAYES, LUCY BURROWS, KAJAL PATEL<br>KP LAW LIMITED<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>kingsley.hayes@kpl.co.uk<br>lucy.burrows@kpl.co.uk<br>kajal.patel@kpl.co.uk |
| ATTN: THIAGO LOPES<br>KP LAW LTD. (UK)<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>thiago.lopes@kpl.co.uk | ATTN: MELISSA NAFASH, ALEXANDER SCHLOW<br>LABATON KELLER SUCHAROW LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>mnafash@labaton.com<br>aschlow@labaton.com |
| ATTN: KEVIN LAUKAITIS<br>LAUKAITIS LAW LLC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>klaukaitis@laukaitislaw.com | ATTN: COURTNEY L. WEINER<br>LAW OFFICE OF COURTNEY WEINER PLLC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>cw@courtneyweinerlaw.com |
| ATTN: PAUL WHALEN<br>LAW OFFICES OF PAUL WHALEN, PC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>paul@paulwhalen.com | ATTN: EDUARD KORSINSKY, MARK REICH<br>LEVI & KORSINSKY, LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>ek@zlk.com<br>mreich@zlk.com |

| | |
|---|---|
| ATTN: COLIN BROWN, EDUARD KORSINSKY, MARK S. REICH<br>LEVI & KORSINSKY, LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>cbrown@zlk.com<br>ek@zlk.com<br>mreich@zlk.com | ATTN: CHARLES SCHAFFER<br>LEVIN SEDRAN & BERMAN LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>cschaffer@lfsblaw.com |
| ATTN: MARK TODZO<br>LEXINGTON LAW GROUP, LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>mtodzo@lexlawgroup.com | ATTN: ELIZABETH J. CABRASER, JALLÉ DAFA, MELISSA A. GARDNER, MICHAEL W. SOBOL<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>ecabraser@lchb.com<br>jdafa@lchb.com<br>mgardner@lchb.com<br>msobol@lchb.com |
| ATTN: KAREN HANSON RIEBEL, KATE BAXTER-KAUF, MAUREEN KANE BERG<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>khriebel@locklaw.com<br>kmbaxter-kauf@locklaw.com<br>mkberg@locklaw.com | ATTN: HOWARD T. LONGMAN<br>LONGMAN LAW, P.C.<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>hlongman@longman.law |
| ATTN: GARY F. LYNCH<br>LYNCH CARPENTER LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>gary@lcllp.com | ATTN: GARY E. MASON<br>MASON LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>gmason@masonllp.com |
| ATTN: LUCY MCSHANE, MAUREEN M. BRADY<br>MCSHANE & BRADY, LLC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>lmcshane@mcshanebradylaw.com<br>mbrady@mcshanebradylaw.com | ATTN: JASON S. RATHOD, MATTHEW SMITH<br>MIGLIACCIO & RATHOD LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>msmith@classlawdc.com |

| | |
|---|---|
| ATTN: DANIEL BRYSON, JONATHAN COHEN, GARY KLINGER, ALEX STRAUS<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>dbryson@milberg.com<br>jcohen@milberg.com<br>gklinger@milberg.com<br>astraus@milberg.com | ATTN: DANIEL K. BRYSON, GARY M. KLINGER<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>dbryson@milberg.com<br>gklinger@milberg.com |
| ATTN: JOHN J. NELSON<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>jnelson@milberg.com | ATTN: JONATHAN B. COHEN<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>jcohen@milberg.com |
| ATTN: DANIELLA BHADARE-VALENTE, MORGAN L. BURKETT<br>NEAL & HARWELL, PLC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>dbhadare-valente@nealharwell.com<br>mburkett@nealharwell.com | ATTN: JAMIE COPELAND, ROBERT HIRSH<br>NORTON ROSE FULBRIGHT US LLP<br>COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY<br>james.copeland@nortonrosefulbright.com<br>robert.hirsh@nortonrosefulbright.com |
| ATTN: KRISTIAN W. GLUCK<br>NORTON ROSE FULBRIGHT US LLP<br>COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY<br>kristian.gluck@nortonrosefulbright.com | ATTN: KRISTIAN W. GLUCK<br>NORTON ROSE FULBRIGHT US LLP<br>COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY<br>kristian.gluck@nortonrosefulbright.com |

| | |
|---|---|
| ATTN: PAUL M. BASTA, CHRISTOPHER HOPKINS, JESSICA I. CHOI, GRACE C. HOTZ<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION<br>pbasta@paulweiss.com<br>chopkins@paulweiss.com<br>jchoi@paulweiss.com<br>ghotz@paulweiss.com | ATTN: BARRY WALKER, CHRISTINA CARSON, JIM TREGLIO, MARK POTTER, TEHNIAT ZAMAN<br>POTTER HANDY LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>chrisc@potterhandy.com<br>jimt@potterhandy.com<br>mark@potterhandy.com<br>tehniatz@potterhandy.com<br>23andmeil@potterhandy.com |
| ATTN: BEN F. PIERCE GORE<br>PIERCE GORE LAW FIRM<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>piercegore@gmail.com | ATTN: ERIC M. POULIN, PAUL J. DOOLITTLE<br>POULIN \| WILLEY \| ANASTOPOULO, LLC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>eric.poulin@poulinwilley.com<br>paul.doolittle@poulinwilley.com |
| ATTN: CHARLES D. MOORE, GEORGE V. GRANADE, KEVIN LAUKAITIS, MICHAEL R. REESE, SUE NAM<br>REESE LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>cmoore@reesellp.com<br>ggranade@reesellp.com<br>klaukaitis@laukaitislaw.com<br>mreese@reesellp.com<br>snam@reesellp.com | ATTN: ALEXANDER C. COHEN, DOROTHY P. ANTULLIS, LINDSEY H. TAYLOR, NICOLLE B. BRITO, STUART A. DAVIDSON<br>ROBBINS GELLER RUDMAN & DOWD, LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>acohen@rgrdlaw.com<br>dantullis@rgrdlaw.com<br>ltaylor@rgrdlaw.com<br>nbrito@rgrdlaw.com<br>sdavidson@rgrdlaw.com |
| ATTN: PATRICK HOWARD, SIMON B. PARIS<br>SALTZ, MONGELUZZI & BENDESKY, PC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>phoward@smbb.com<br>sparis@smbb.com | ATTN: AMBER L. SCHUBERT, ROBERT C. SCHUBERT, WILLEM F. JONCKHEER<br>SCHUBERT JONCKHEER & KOLBE LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>aschubert@sjk.law<br>rschubert@sjk.law<br>wjonckheer@sjk.law |

| | |
|---|---|
| ATTN: CAREY ALEXANDER, JOSEPH P. GUGLIELMO<br>SCOTT+SCOTT ATTORNEYS AT LAW LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>calexander@scott-scott.com<br>jguglielmo@scott-scott.com | SECRETARY OF THE TREASURY<br>SECURITIES & EXCHANGE COMMISSION - HEADQUARTERS<br>SECURITIES & EXCHANGE COMMISSION<br>secbankruptcy@sec.gov<br>nyrobankruptcy@sec.gov |
| ATTN: ANTONIA APPS, REGIONAL DIRECTOR<br>SECURITIES & EXCHANGE COMMISSION - NY REGIONAL OFFICE<br>SECURITIES & EXCHANGE COMMISSION<br>bankruptcynoticeschr@sec.gov<br>newyork@sec.gov | ATTN: MONIQUE WINKLER, REGIONAL DIRECTOR<br>SECURITIES & EXCHANGE COMMISSION - SAN FRANCISO REGIONAL OFFICE<br>SECURITIES & EXCHANGE COMMISSION<br>sanfrancisco@sec.gov |
| ATTN: DANIEL SROURIAN<br>SROURIAN LAW FIRM, P.C.<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>daniel@slfla.com | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF ARIZONA ATTORNEY GENERAL<br>STATE OF ARIZONA ATTORNEY GENERAL<br>aginfo@azag.gov |
| | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF CONNECTICUT ATTORNEY GENERAL<br>attorney.general@ct.gov<br>denise.mondell@ct.gov |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF DELAWARE ATTORNEY GENERAL<br>attorney.general@state.de.us | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF HAWAII ATTORNEY GENERAL<br>hawaiiag@hawaii.gov |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF ILLINOIS ATTORNEY GENERAL<br>webmaster@atg.state.il.us | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF IOWA ATTORNEY GENERAL<br>webteam@ag.iowa.gov |

| | |
|---|---|
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF MARYLAND ATTORNEY GENERAL<br>oag@oag.state.md.us | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF MICHIGAN ATTORNEY GENERAL<br>miag@michigan.gov |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF MISSOURI ATTORNEY GENERAL<br>attorney.general@ago.mo.gov | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF MONTANA ATTORNEY GENERAL<br>contactdoj@mt.gov |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF NEBRASKA ATTORNEY GENERAL<br>ago.info.help@nebraska.gov | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF NEVADA ATTORNEY GENERAL<br>aginfo@ag.nv.gov |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF NEW HAMPSHIRE ATTORNEY GENERAL<br>attorneygeneral@doj.nh.gov | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF NEW JERSEY ATTORNEY GENERAL<br>askconsumeraffairs@lps.state.nj.us |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF NORTH DAKOTA ATTORNEY GENERAL<br>ndag@nd.gov | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF SOUTH DAKOTA ATTORNEY GENERAL<br>consumerhelp@state.sd.us |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF TEXAS ATTORNEY GENERAL<br>public.information@oag.state.tx.us | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF UTAH ATTORNEY GENERAL<br>bankruptcy@agutah.gov |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF WEST VIRGINIA ATTORNEY GENERAL<br>consumer@wvago.gov | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF WISCONSIN ATTORNEY GENERAL<br>dojbankruptcynoticegroup@doj.state.wi.us |

| | |
|---|---|
| ATTN: BRANDI SPATES, J. AUSTIN MOORE, NORMAN E. SIEGEL, JILLIAN R. DENT, SHERI WILLIAMS<br>STUEVE SIEGEL HANSON LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>spates@stuevesiegel.com<br>moore@stuevesiegel.com<br>siegel@stuevesiegel.com<br>dent@stuevesiegel.com<br>williams@stuevesiegel.com | ATTN: JASON P. SULTZER<br>SULTZER & LIPARI, PLLC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>sultzerj@thesultzerlawgroup.com |
| ATTN: ROSS MICHAEL GOOD<br>THE GOOD LAW GROUP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>ross@thegoodlawgroup.com | ATTN: LYNDA J. GRANT<br>THE GRANT LAW FIRM, PLLC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>lgrant@grantfirm.com |
| ATTN: AZRA Z. MEHDI<br>THE MEHDI FIRM LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>azram@themehdifirm.com | ATTN: JON TOSTRUD<br>TOSTRUD LAW GROUP PC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>jtostrud@tostrudlaw.com |
| ATTN: HASSAN ZAVAREEI<br>TYCKO & ZAVAREEI, LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>hzavareei@tzlegal.com | ATTN: HASSAN ZAVAREEI, ANDREA GOLD, DAVID W. LAWLER, GLENN E. CHAPPELL<br>TYCKO & ZAVAREEI, LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>hzavareei@tzlegal.com<br>agold@tzlegal.com<br>dlawler@tzlegal.com<br>gchappell@tzlegal.com |
| ATTN: BANKRUPTCY DEPARTMENT<br>WASHINGTON DC ATTORNEY GENERAL<br>oag@dc.gov | ATTN: RACHELE R. BYRD<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>byrd@whafh.com |

| | |
|---|---|
| ATTN: DIMITRIOS V. KOROVILAS, JASON M. WUCETICH<br>WUCETICH & KOROVILAS LLP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>dimitri@wukolaw.com<br>jason@wukolaw.com | ATTN: JOHN CHRISTIAN BOHREN<br>YANNI LAW<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>yanni@bohrenlaw.com |
| ATTN: DANA ROGERS, LEENA YOUSEFI<br>YLAW GROUP<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>dana@ylaw.ca<br>leena@ylaw.ca | ATTN: SHARON J. ZINNS<br>ZINNS LAW, LLC<br>COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS<br>sharon@zinnslaw.com |
| ATTN: A. THOMAS DEWOSKIN<br>DANNA MCKITRICK, P.C.<br>COUNSEL TO COREWEAVE INC.<br>tdewoskin@dmfirm.com | ATTN: JESSICA BERMAN, HERB BAER, CHRISTINE PORTER<br>KROLL RESTRUCTURING ADMINISTRATION LLC<br>CLAIMS AND NOTICING AGENT<br>serviceqa@ra.kroll.com |
| ATTN: DALILA JORDAN<br>MINNESOTA ATTORNEY GENERAL'S OFFICE<br>COUNSEL TO THE STATE OF MINNESOTA<br>dalila.jordan@ag.state.mn.us<br>bankruptcy.notices@ag.state.mn.us | |

| | |
|---|---|
| SERVED BY U.S. MAIL: | |
| JASON ADAMS<br>KELLEY DRYE & WARREN LLP<br>3 WORLD TRADE CENTER<br>175 GREENWICH STREET<br>NEW YORK, NY 10007 | AMANDA AUSTIN<br>3324 GRANADA ST.<br>EDINBURG, TX 78542 |
| PAUL M. BASTA<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 | LAUREN CASTILLO<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| JESSICA I CHOI<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | WILLIAM A. CLAREMAN<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |

| | |
|---|---|
| JAMES A. COPELAND<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | KRISTIAN W GLUCK<br>2200 ROSS AVE., SUITE 3600<br>DALLAS, TX 75201 |
| MICHAEL S GREGER<br>2010 MAIN STREET, 8TH FLOOR<br>IRVINE, CA 92614-7214 | EVAN HILL<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ONE MANHATTAN WEST<br>NEW YORK, NY 10001-8602 |
| ROBERT M HIRSH<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | DEBORAH A. HOEHNE<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 |
| CHRISTOPHER HOPKINS<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | GRACE C HOTZ<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| MOSHE JACOB<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ONE MANHATTAN WEST<br>NEW YORK, NY 10001-8602 | JELLYFISH US LIMITED<br>ATTN.: PETER ACIMOVIC<br>155 AVENUE OF THE AMERICAS<br>11TH FLOOR<br>NEW YORK, NY 10013 |
| JASON KESTECHER<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ONE MANHATTAN WEST<br>NEW YORK, NY 10001-8602 | KROLL RESTRUCTURING ADMINISTRATION LLC<br>1 WORLD TRADE CENTER<br>31ST FLOOR<br>NEW YORK, NY 10007 |
| LABORATORY CORPORATION OF AMERICA<br>HOLDINGS AND SUBSIDIARIES, INCLUDING<br>NATIONAL GENECTICS INSTITUTE<br>ATTN: MATTHEW MALL<br>531 SOUTH SPRING STREET<br>BURLINGTON, NC 27215 | JOE LARKIN<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ONE RODNEY SQUARE<br>920 N. KING STREET<br>WILMINGTON, DE 12801 |
| ROBERT J. LEMONS<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 | KATHERINE M LYNN<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 |
| MAEGHAN J MCLOUGHLIN<br>3 WORLD TRADE CENTER<br>175 GREENWICH STREET<br>NEW YORK, NY 10007 | RON E MEISLER<br>320 S CANAL STREET<br>CHICAGO, IL 60606 |

| | |
|---|---|
| JUSTIN SIMMS<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | |
| WHITNEY S. GRUBB, COMMITTEE CHAIR<br>C/O ALEXANDER F. SCHALOW<br>LABATON KELLER SUCHAROW<br>140 BROADWAY<br>NEW YORK, NY 10005 | WORKDAY, INC.<br>6110 STONERIDGE MALL ROAD<br>ATTN: JOEL SMITH<br>PLEASANTON, CA 94588 |
| STEVEN L YACHIK<br>3 WORLD TRADE CENTER<br>175 GREENWICH STREET<br>NEW YORK, NY 10007 | ATTN: GUY CHAYOUN, VICE PRESIDENT, INTERIM GENERAL COUNSEL<br>23ANDME HOLDING CO.<br>DEBTOR<br>223 N. MATHILDA AVENUE<br>SUNNYVALE, CA 94086 |
| CENTRALIZED INSOLVENCY OPERATION<br>INTERNAL REVENUE SERVICE<br>1111 CONSTITUTION AVE NW<br>WASHINGTON, DC 20224 | CENTRALIZED INSOLVENCY OPERATION<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF ALABAMA ATTORNEY GENERAL<br>P.O. BOX 300152<br>MONTGOMERY, AL 36130-0152 | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF ARKANSAS ATTORNEY GENERAL<br>323 CENTER ST. SUITE 200<br>LITTLE ROCK, AR 72201-2610 |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF COLORADO ATTORNEY GENERAL<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER, CO 80203 | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF FLORIDA ATTORNEY GENERAL<br>THE CAPITOL, PL 01<br>TALLAHASSEE, FL 32399-1050 |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF GEORGIA ATTORNEY GENERAL<br>40 CAPITAL SQUARE, SW<br>ATLANTA, GA 30334-1300 | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF IDAHO ATTORNEY GENERAL<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE, ID 83720-1000 |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF KANSAS ATTORNEY GENERAL<br>120 SW 10TH AVE., 2ND FLOOR<br>TOPEKA, KS 66612-1597 | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF KENTUCKY ATTORNEY GENERAL<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT, KY 40601 |

| | |
|---|---|
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF LOUISIANA ATTORNEY GENERAL<br>P.O. BOX 94095<br>BATON ROUGE, LA 70804-4095 | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF MAINE ATTORNEY GENERAL<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0000 |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF MASSACHUSETTS ATTORNEY GENERAL<br>ONE ASHBURTON PLACE<br>BOSTON, MA 02108-1698 | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF MINNESOTA ATTORNEY GENERAL<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL, MN 55101-2131 |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF MISSISSIPPI ATTORNEY GENERAL<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON, MS 39201 | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF NEW MEXICO ATTORNEY GENERAL<br>P.O. DRAWER 1508<br>SANTA FE, NM 87504-1508 |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF NEW YORK ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY, NY 12224-0341 | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF NORTH CAROLINA ATTORNEY GENERAL<br>9001 MAIL SERVICE CENTER<br>RALEIGH, NC 27699-9001 |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF OHIO ATTORNEY GENERAL<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS, OH 43215 | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF OKLAHOMA ATTORNEY GENERAL<br>313 NE 21ST STREET<br>OKLAHOMA CITY, OK 73105 |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF PENNSYLVANIA ATTORNEY GENERAL<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG, PA 17120 | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF RHODE ISLAND ATTORNEY GENERAL<br>150 SOUTH MAIN STREET<br>PROVIDENCE, RI 02903-0000 |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF SOUTH CAROLINA ATTORNEY GENERAL<br>P.O. BOX 11549<br>COLUMBIA, SC 29211-1549 | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF VERMONT ATTORNEY GENERAL<br>109 STATE ST.<br>MONTPELIER, VT 05609-1001 |
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF VIRGINIA ATTORNEY GENERAL<br>FINANCIAL RECOVERY SECTION<br>POST OFFICE BOX 610<br>RICHMOND, VA 23218-0610 | ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF WASHINGTON ATTORNEY GENERAL<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA, WA 98504-0100 |

| | |
|---|---|
| ATTN: BANKRUPTCY DEPARTMENT<br>STATE OF WYOMING ATTORNEY GENERAL<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE, WY 82002 | CENTRALIZED INSOLVENCY OPERATION<br>UNITED STATES OF AMERICA ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0001 |