# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **23andMe HOLDING CO., et al.,**[1] | ) | Case No. 25-40976 |
| *Debtors* | ) | Chapter 11 |
| | ) | |
| | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE, REQUEST FOR NOTICE, AND RESERVATION OF RIGHTS

Pursuant to Rules 9010 and 2002(g), Fed. R. Bankr. P., Christopher D. Hunt, Assistant Attorney General, Commonwealth of Kentucky, enters his appearance on behalf of the Commonwealth of Kentucky ("Kentucky"), a party in interest herein, and hereby requests that copies of all notices, pleadings, motions, and other documents filed or served in this case be sent to (preferably via ECF) or served upon:

Christopher D. Hunt (KY Bar No. 91775)
Assistant Attorney General
Kentucky Office of the Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
Tel: (502) 696-5691
ChrisD.Hunt@ky.gov

This Notice of Appearance does not constitute, and should not be construed as, consent to general jurisdiction, or a waiver of sovereign immunity by or on behalf of the Commonwealth of Kentucky.

Dated: April 16, 2025.

*/s/ Christopher D. Hunt*
Christopher D. Hunt (KY Bar No. 91775)
Assistant Attorney General
Kentucky Office of the Attorney General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
Tel: (502) 696-5691
ChrisD.Hunt@ky.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on April 16, 2025, a true and correct copy of the foregoing document is served via CM/ECF to all parties registered to receive such notice.

                                                    */s/ Christopher D. Hunt*
                                                    Christopher D. Hunt

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.