**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*, | Case No. 25-40976 |
| | (Jointly Administered) |

## <u>VERIFIED MOTION FOR ADMISSION PRO HAC VICE</u>

Pursuant to Local Bankruptcy Rule 2090 and Rule 12.01(E) of the local rules of the United States District Court for the Eastern District of Missouri, I, Jillian R. Dent, move to be admitted pro hac vice to the bar of this court for the purpose of representing in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

a.  Jillian Rebecca Dent

b.  460 Nichols Road, Suite 200, Kansas City, MO, 64112 / 816-714-7100;

c.  Stueve Siegel Hanson LLP;

d.  University of Missouri School of Law, May 2015;

e.  See attached;

f.  Movant is a member in good standing of all bars of which movant is a member and movant is not under suspension or disbarment from any bar;

g.  Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted, and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

<u>/s/ *Jillian R. Dent*</u>
Jillian R. Dent, MO # 68716
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
T: 816-714-7100 / F: 816-714-7101
dent@stuevesiegel.com
*Attorney for the Data Breach Class Action Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document was filed electronically on April 16, 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

*/s/    Jillian R. Dent*