| **Court** | **Admission Date** |
|---|---|
| Missouri | 04/13/2016 |
| Illinois | 11/25/2015 |
| USDC, Northern District of Illinois | 12/2/2016 |
| USDC, District of Kansas | 09/01/2022 |
| USDC, Western District of Missouri | 10/4/2019 |
| 9th Circuit Court of Appeals | 05/14/2020 |