UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re 23ANDME HOLDING CO., *et al.*,   )
                                                        )    Case No. 25- 40976 *et seq.*
                                                        )    Chapter 11
        Debtor(s).                         )

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Cari Campen Laufenberg, move to be admitted pro hac vice to the bar of this Court for the purpose of representing in the instant matter.  In support of this motion, I submit the following information as required by Rule 12.01(F):

a. *Full name of the movant-attorney;*
    Cari Campen Laufenberg

b. *Address and telephone number of the movant-attorney;*
    1201 Third Ave., Suite 3400
    Seattle, WA 98101
    Phone: 206-224-7550

c. *Name of the firm or letterhead under which the movant practices;*
    Keller Rohrback L.L.P.

d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom;*
    University of Washington School of Law, 2003

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;*
    Washington, #34354, 11/24/2003
    Western District of Washington, 4/7/2004
    Eastern District of Michigan, 2/8/2006
    Eleventh Circuit Court of Appeals, 5/9/2006
    Seventh Circuit Court of Appeals, 9/21/2011
    Eighth Circuit Court of Appeals, 10/16/2013
    Ninth Circuit Court of Appeals, 11/08/2011

f. *Statement that I am a member in good standing of all bars of which I am a member and that I am not under suspension or disbarment from any bar;*
    I am a member in good standing in the bar of the State of Washington.

g. *Statement that I do not reside in the Eastern District of Missouri, am not regularly employed in this District, and am not regularly engaged in the practice of law in this District.*

I do not reside in the Eastern District of Missouri and am not regularly employed in the District, nor have I regularly engaged in the practice of law in this District.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

/s/   *Cari Campen Laufenberg*
Cari Campen Laufenberg, WA # 34354
Keller Rohrback L.L.P.
1201 Third Ave., Suite 3400
Seattle, WA 98101
Phone:  206-224-7550    Fax:  206-623-3384
e-mail: claufenberg@kellerrohrback.com

*Attorney for Data Breach Class Action Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on April 16, 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/   *Caris Campen Laufenberg*