# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MISSOURI

# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>23ANDME HOLDING CO., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-40976-357<br><br>(Jointly Administered) |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Tobias S. Keller, move to be admitted pro hac vice to the bar of this Court for the purpose of representing in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

a. *Full name of the movant-attorney;*
   Tobias S. Keller

b. *Address and telephone number of the movant-attorney;*
   425 Market Street, 26th Floor
   San Francisco, CA 94105
   Telephone: 415-496-6723

c. *Name of the firm or letterhead under which the movant practices;*
   Keller Benvenutti Kim LLP

d. *Name of the law school(s) movant attended and the date(s) of graduation therefrom;*
   Stanford Law School (1990)

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;*
   California (12/04/1990) 151445

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco CA 94102.

  f. Movant is a member in good standing of all bars of which I am a member and movant is not under suspension or disbarment from any bar;

  g. Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated: April 16, 2025     By: */s/ Tobias S. Keller*
             Tobias S. Keller
             **Keller Benvenutti Kim LLP**
             425 Market Street, 26th Floor
             San Francisco, California 94105
             Telephone: 415-496-6723
             E-mail: tkeller@kbkllp.com
             E-mail: tdavis@kbkllp.com
             *Attorneys for the Data Breach Class Action Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on April 16, 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

*/s/ Tobias S. Keller*