

In re: 23andMe Holding Co., et al.
Master Service List
Case No. 25-40976 (BCW)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | 221 N MATHILDA, LLC | ATTN: DAVE PICKERING CFO | ONE MARKET PLAZA, SPEAR TOWER, SUITE 4125 | | SAN FRANCISCO | CA | 94105 | | 415-222-7420 | | DPICKERING@SPEARSTREETCAPITAL.COM |
| DEBTOR | 23ANDME HOLDING CO. | ATTN: GUY CHAYOUN, VICE PRESIDENT, INTERIM GENERAL COUNSEL | 223 N. MATHILDA AVENUE | | SUNNYVALE | CA | 94086 | | | | |
| TOP 30 UNSECURED CREDITOR | ADVANCED CHEMICAL TRANSPORT | ATTN: WALTER SINGER CEO | 967 MABURY RD | | SAN JOSE | CA | 95133 | | 408-548-5050 | | WSINGER@ACTENVIRO.COM |
| TOP 30 UNSECURED CREDITOR | AGANITHA AI INC. | ATTN: VIKRAM DUVVOORI CEO | 777 FIRST ST., #519 | | GILROY | CA | 95020-4918 | | 408-523-8406 | | VIKRAMD@AGANITHA.AI |
| TOP 30 UNSECURED CREDITOR | ALLIED UNIVERSAL SECURITY SERVICES | ATTN: TIM BRANDT CFO | P.O. BOX 828854 | | PHILADELPHIA | PA | 19182-8854 | | 949-713-6316 | | TIM.BRANDT@AUS.COM |
| TOP 30 UNSECURED CREDITOR | ALOM TECHNOLOGIES CORPORATION | ATTN: HANNAH KAIN PRESIDENT & CEO | PO BOX 5040 | | SAN JOSE | CA | 95150-5040 | | 510-360-3694 | | HKAIN@ALOM.COM |
| COUNSEL TO TTAM 2.0, LLC | ARMSTRONG TEASDALE LLP | ATTN: ERIN M. EDELMAN, DAVID GOING | 7700 FORSYTH BLVD. | SUITE 1800 | ST. LOUIS | MO | 63105 | | 314-342-4144; 314-591-4717 | 314-552-4816; 314-621-5065 | EEDELMAN@ATLLP.COM DGOING@ATLLP.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | ARON LAW FIRM | ATTN: WILLIAM ARON | 15 W CARRILLO ST, SUITE 217 | | SANTA BARBARA | CA | 93101 | | 805-618-1768 | | BILL@ARONLAWFIRM.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ PLLC | ATTN: BRYAN AYLSTOCK, E. SAMUEL GEISLER, SIN-TING MARY LIU | 17 E. MAIN STREET SUITE 200 | | PENSACOLA | FL | 32502 | | 844-794-7402 | | BAYLSTOCK@AWKOLAW.COM SGEISLER@AWKOLAW.COM MLIU@AWKOLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BARNOW & ASSOCIATES P.C. | ATTN: ANTHONY L. PARKHILL, BEN BARNOW | 205 W RANDOLPH ST STE 1630 | | CHICAGO | IL | 60606 | | 312-621-2000 | | APARKHILL@BARNOWLAW.COM B.BARNOW@BARNOWLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BERMAN TOBACCO | ATTN: CHRISTINA M. SARRAF, DANIEL E. BARENBAUM | 425 CALIFORNIA ST | STE 2300 | SAN FRANCISCO | CA | 94104-2208 | | 415-433-3200 | | CSARRAF@BERMANTABACCO.COM DBARENBAUM@BERMANTABACCO.COM |
| TOP 30 UNSECURED CREDITOR | BLUE SHIELD OF CALIFORNIA | ATTN: LOIS QUAM CEO | PO BOX 749415 | | LOS ANGELES | CA | 90074-9415 | | 844-831-4133 | | |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BONI, ZACK & SNYDER LLC | ATTN: BENJAMIN J. EICHEL, JOSHUA D. SNYDER, MICHAEL J. BONI | 15 SAINT ASAPHS RD | | BALA-CYNWYD | PA | 19004 | | 610-822-0200 | | BEICHEL@BONIZACK.COM JSNYDER@BONIZACK.COM MBONI@BONIZACK.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BOTTINI & BOTTINI, INC. | ATTN: ALBERG CHANG, ANNE BOTTINI BEST, FRANCIS ALEXANDER BOTTINI | 7817 IVANHOE AVE STE 102 | | LA JOLLA | CA | 92037 | | 858-914-2001 | | ACHANG@BOTTINILAW.COM ABESTE@BOTTINILAW.COM FBOTTINI@BOTTINILAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BRADLEY/GROMBACHER LLP | ATTN: KILEY L. GROMBACHER, MARCUS J. BRADLEY | 31365 OAK CREST DR. SUITE 240 | | WESTLAKE VILLAGE | CA | 91361 | | 805-270-7100 | | KGROMBACHER@BRADLEYGROMBACHER.COM MBRADLEY@BRADLEYGROMBACHER.COM |
| TOP 30 UNSECURED CREDITOR | BRAINTREE | ATTN: JAMIE MILLER CFO & COO | 2211 NORTH FIRST STREET | | SAN JOSE | CA | 95131 | | 408-967-1000 | | JMILLER@PAYPAL.COM |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON | 425 MARKET STREET | SUITE 2900 | SAN FRANCISCO | CA | 94105-3493 | | 415-227-0900 | | SCHRISTIANSON@BUCHALTER.COM |
| COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION | CARMODY MACDONALD P.C. | ATTN: THOMAS H. RISKE, NATHAN R. WALLACE, JACKSON J. GILKEY, ROBERT E EGGMANN, III | 120 S. CENTRAL AVE. SUITE 1800 | | ST. LOUIS | MO | 63105 | | 314-854-8600 | 314-854-8660 | THR@CARMODYMACDONALD.COM NRW@CARMODYMACDONALD.COM JJG@CARMODYMACDONALD.COM REE@CARMODYMACDONALD.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP | ATTN: GAYLE M. BLATT, P. CAMILLE GUERRA, DAVID S. CASEY, JR. | 110 LAUREL STREET | | SAN DIEGO | CA | 92101 | | 619-238-1811 | | GMB@CGLAW.COM CAMILLE@CGLAW.COM DCASEY@CGLAW.COM CLAZAR@CGLAW.COM JCONNOR@CGLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CHRISTOPHER DU VERNET CARLIN MCGOOGAN DUVERNET STEWART, BARRISTERS AND SOLICITERS | | 1392 HURONTARIO STREET | | MISSISSAUGA | ON | L5G 3H4 | CANADA | 416-231-1669 | | DUVERNET@DUVERNET.CA |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CLARKSON LAW FIRM | ATTN: RYAN J. CLARKSON, TIARA AVANESS, VALTER MALKHASYAN, YANA HART | 22525 PACIFIC COAST HWY | | MALIBU | CA | 90265 | | 213-788-4050 | | RCLARKSON@CLARKSONLAWFIRM.COM TAVANESS@CLARKSONLAWFIRM.COM VMALKHASYAN@CLARKSONLAWFIRM.COM YHART@CLARKSONLAWFIRM.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CLAYEO C. ARNOLD, PROFESSIONAL LAW CORP. | ATTN: BRANDON P. JACK, GREGORY HAROUTUNIAN, MICHAEL ANDERSON BERRY | 865 HOWE AVE STE 300 | | SACRAMENTO | CA | 95825 | | 916-777-7777 | | BJACK@JUSTICE4YOU.COM GHAROUTUNIAN@JUSTICE4YOU.COM ABERRY@JUSTICE4YOU.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | COLE & VAN NOTE | ATTN: LAURA GRACE VAN NOTE, SCOTT EDWARD COLE | 555 12TH STREET, SUITE 2100 | | OAKLAND | CA | 94607 | | 510-891-9800 | | LVN@COLEVANNOTE.COM SEC@COLEVANNOTE.COM |
| TOP 30 UNSECURED CREDITOR | CONVERGE TECHNOLOGY SOLUTIONS US, LLC | ATTN: GREG BERARD CEO | P.O. BOX 23623 | | NEW YORK | NY | 10087-3623 | | 678-250-7123 | | GBERARD@CONVERGETP.COM |
| TOP 30 UNSECURED CREDITOR | COREWEAVE, INC. | ATTN: NITIN AGRAWAL CFO | 101 EISENHOWER PARKWAY | SUITE 106 | ROSELAND | NJ | 07068 | | 917-373-3740 | | |

In re: 23andMe Holding Co., et al.
Master Service List
Case No. 25-40976 (BCW)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | COTCHETT PITRE & MCCARTHY LLP | ATTN: GIA JUNG, JOSEPH W. COTCHETT, MARK C. MOLUMPHY, TYSON C. REDENBARGER | 840 MALCOLM ROAD, SUITE 200 | | BURLINGAME | CA | 94010 | | 650-697-6000 | | GJUNG@CPMLEGAL.COM JCOTCHETT@CPMLEGAL.COM MMOLUMPHY@CPMLEGAL.COM TREDENBARGER@CPMLEGAL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CUNEO GILBERT & LADUCA | ATTN: BRENDAN THOMPSON, CHARLES J. LADUCA | 4725 WISCONSIN AVENUE NW SUITE 200 | | WASHINGTON | DC | 20016 | | 202-789-3960 | | BRENDANT@CUNEOLAW.COM CHARLES@CUNEOLAW.COM |
| TOP 30 UNSECURED CREDITOR | DATASITE LLC | ATTN: RUSTY WILEY CEO | 733 S MARQUETTE AVE SUITE 600 | | MINNEAPOLIS | MN | 55402 | | 407-352-2732 | | RUSTY.WILEY@DATASITE.COM |
| TOP 30 UNSECURED CREDITOR | DELTA DENTAL OF CALIFORNIA | ATTN: SARAH CHAVARRIA CEO | PO BOX 44460 | | SAN FRANCISCO | CA | 94144-0460 | | 800-632-8555 | | SCHAVARRIA@DELTA.ORG |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | DU VERNET STEWART | ATTN: CARLIN MCGOOGAN, CHRISTOPHER DU VERNET | 1392 HURONTARIO STREET | | MISSISSAUGA | ON | L5G 3H4 | CANADA | 416-231-1668 | | MCGOOGAN@DUVERNET.CA DUVERNET@DUVERNET.CA |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | EDELSBERG LAW, P.A. | ATTN: ANDREW J. SHAMIS, SCOTT EDELSBERG | 1925 CENTURY PARK E #1700 | | LOS ANGELES | CA | 90067 | | 305-479-2299 | | ASHAMIS@SHAMISGENTILE.COM SCOTT@EDELSBERGLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | EDELSON PC | ATTN: RAFEY S. BALABANIAN | 150 CALIFORNIA STREET, 18TH FLOOR | | SAN FRANCISCO | CA | 94111 | | 312-589-6376 | | RBALABANIAN@EDELSON.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | EMPLOYEE JUSTICE LEGAL GROUP, PC | ATTN: KAVEH S. ELIHU | 1001 WILSHIRE BOULEVARD | | LOS ANGELES | CA | 90017 | | 213-382-2222 | | KELIHU@EJLGLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | FALLS LAW GROUP | ATTN: CARA VALIQUET, JAY HERBERT | 255 MANITOBA STREET | | BRACEBRIDGE | ON | P1L 1S2 | CANADA | 705-645-3007 | | CARA@FALLSLAW.CA JAY@FALLSLAW.CA |
| FEDERAL TRADE COMMISSION | FEDERAL TRADE COMMISSION | ATTN: RONNIE SOLOMON | 600 PENNSYLVANIA AVE NW | MAIL STOP CC-6316 | WASHINGTON | DC | 20580 | | | | RSOLOMON@FTC.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | FEDERMAN & SHERWOOD | ATTN: WILLIAM FEDERMAN | 10205 N. PENNSYLVANIA AVE. | | OKLAHOMA CITY | OK | 73120 | | 405-235-1560 | | WBF@FEDERMANLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | FREED KANNER LONDON & MILLEN LLC | ATTN: JONATHAN M. JAGHER, MICHAEL E. MOSKOVITZ, NIA-IMARA BARBEROUSSE BINNS | 923 FAYETTE STREET | | CONSHOHOCKEN | PA | 19428 | | 610-234-6486 | | JJAGHER@FKLMLAW.COM MMOSKOVITZ@FKLMLAW.COM NBINNS@FKLMLAW.COM |
| TOP 30 UNSECURED CREDITOR | FULGENT THERAPEUTICS, LLC | ATTN: MING HSIEH CEO | P.O. BOX 748677 | | LOS ANGELES | CA | 90074-8677 | | 503-999-5576 | | MINGHSIEH@FULGENTGENETICS.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | GLANCY PRONGAY & MURRAY LLP | ATTN: BRIAN P. MURRAY, MARC L. GODINO | 1925 CENTURY PARK EAST, SUITE 2100 | | LOS ANGELES | CA | 90067 | | 310-201-9150 | | BMURRAY@GLANCYLAW.COM MGODINO@GLANCYLAW.COM |
| COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF 23ANDME HOLDING, CO. | GOODWIN PROCTER LLP | ATTN: KATHERINE M. LYNN, ROBERT J. LEMONS, DEBORA A. HOEHNE | 620 EIGHTH AVENUE | | NEW YORK | NY | 10018 | | 917-229-7526 | 212-355-3333 | KLYNN@GOODWINLAW.COM RLEMONS@GOODWINLAW.COM DHOEHNE@GOODWINLAW.COM |
| TOP 30 UNSECURED CREDITOR | GOOGLE, INC. - ADWORDS | ATTN: SUNDAR PICHAI CEO | P.O. BOX 883654 | | LOS ANGELES | CA | 90088-3654 | | 650-253-0000 | | SUNDAR@GOOGLE.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | GUSTAFSON GLUEK PLLC | ATTN: DAVID A. GOODWIN | 120 SOUTH SIXTH STREET, SUITE 2600 | | MINNEAPOLIS | MN | 55402 | | 612-333-8844 | | DGOODWIN@GUSTAFSONGLUEK.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | HERMAN JONES LLP | ATTN: CANDACE N. SMITH, JOHN C. HERMAN | 3424 PEACHTREE ROAD NE | SUITE 1650 | ATLANTA | GA | 30326 | | 404-504-6555 | | CSMITH@HERMANJONES.COM JHERMAN@HERMANJONES.COM |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | 1111 CONSTITUTION AVE NW | | WASHINGTON | DC | 20224 | | 800-973-0424 | 855-235-6787 | |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| TOP 30 UNSECURED CREDITOR | JELLYFISH US LIMITED | ATTN: NICK EMERY CEO | 1201 WILLS ST., SUITE 600 | | BALTIMORE | MD | 21231 | | +44 20 3970 0248 | | NICK.EMERY@JELLYFISH.COM |
| THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | JMB CAPITAL PARTNERS LENDING, LLC | ATTN: VIKAS TANDON | 205 S. MARTEL AVENUE | | LOS ANGELES | CA | 90036 | | | | VIKAS@JMBCAPITAL.COM |
| TOP 30 UNSECURED CREDITOR | JUICE MEDIA, INC. | ATTN: MARK ZAMUNER CEO | 4094 GLENCOE AVE | | MARINA DEL REY | CA | 90292 | | 310-439-5515 | | MARK@JUICEMEDIA.IO |
| TOP 30 UNSECURED CREDITOR | KAISER FOUNDATION HEALTH PLAN | ATTN: CHRIS GRANT, COO & EVP | NORTHERN CA FILE 5915 | | LOS ANGELES | CA | 90074-5915 | | 253-439-5492 | | CGRANT@KP.ORG |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C. | ATTN: GARY S. GRAIFMAN, MELISSA R. EMERT | 135 CHESTNUT RIDGE RD SUITE 200 | | MONTVALE | NJ | 07645 | | 845-356-2570 | | GGRAIFMAN@KGGLAW.COM MEMERT@KGGLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KAPLAN FOX & KILSHEIMER LLP | ATTN: BLAIR E. REED, LAURENCE D. KING, MATTHEW B. GEORGE | 1999 HARRISON STREET | SUITE 1560 | OAKLAND | CA | 94612 | | 415-772-4700 | | BREED@KAPLANFOX.COM LKING@KAPLANFOX.COM MGEORGE@KAPLANFOX.COM |
| TOP 30 UNSECURED CREDITOR | KATIE COURIC MEDIA, LLC | ATTN: COURTNEY LITZ EVP | 100 CROSBY ST, SUITE 301 | | NEW YORK | NY | 10012 | | 212-253-9493 | | COURTNEY@KATIECOURIC.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KAZEROUNI LAW GROUP | ATTN: ABBAS KAZEROUNIAN, MONA AMINI | 245 FISCHER AVE STE D1 | | COSTA MESA | CA | 92626 | | 800-400-6808 | | AK@KAZLG.COM MONA@KAZLG.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KELLER ROHRBACK LLP | ATTN: CARI CAMPEN LAUFENBERG, CHRIS SPRINGER, GRETCHEN FREEMAN CAPPIO | 801 GARDEN ST STE 301 | | SANTA BARBARA | CA | 93101 | | 206-623-1900 | | CLAUFENBERG@KELLERROHRBACK.COM CSPRINGER@KELLERROHRBACK.COM GCAPPIO@KELLERROHRBACK.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KLEINE PC | ATTN: BENJAMIN H. KLEINE | 95 3RD ST FL 9048 # 2 | | SAN FRANCISCO | CA | 94103-3103 | | 415-465-5655 | | BEN@KLEINEPC.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KND COMPLEX LITIGATION | ATTN: ELI KARP, SAGE NEMATOLLAHI | 2300 YOUNGE ST | SUITE 401 | TORONTO | ON | M4P 1E4 | CANADA | 419-537-3529 | | EK@KNDLAW.COM SN@KNDLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KOPELITZ OSTROW FERGUSON WEISELBERG GILBERT | ATTN: JEFF OSTROW | 1 W LAS OLAS BLVD STE 500 | | FORT LAUDERDALE | FL | 33301 | | 954-525-4100 | | OSTROW@KOLAWYERS.COM |

In re: 23andMe Holding Co., et al.
Master Service List
Case No. 25-40976 (BCW)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KP LAW LIMITED | ATTN: KINGSLEY HAYES, LUCY BURROWS, KAJAL PATEL | 81 CHANCERY LANE | | LONDON | | WC3A 1DD | UNITED KINGDOM | 020-8057-7480 | | KINGSLEY.HAYES@KPL.CO.UK LUCY.BURROWS@KPL.CO.UK KAJAL.PATEL@KPL.CO.UK |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KP LAW LTD. (UK) | ATTN: THIAGO LOPES | 81 CHANCERY LANE | | LONDON | | WC3A 1DD | UNITED KINGDOM | 020-8057-7480 | | THIAGO.LOPES@KPL.CO.UK |
| TOP 30 UNSECURED CREDITOR | KR OP TECH, LLC | ATTN: ANGELA AMAN CEO | 12200 WEST OLYMPIC BLVD., SUITE 200 | | LOS ANGELES | CA | 90064 | | 415-808-6011 | | AAMAN@KILROYREALTY.COM |
| CLAIMS AND NOTICING AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: JESSICA BERMAN, HERB BAER, CHRISTINE PORTER | 1 WORLD TRADE CENTER, 31ST FLOOR | | NEW YORK | NY | 10007 | | 888-357-7556 | 646-536-2810 | SERVICEQA@RA.KROLL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LABATON KELLER SUCHAROW LLP | ATTN: MELISSA NAFASH, ALEXANDER SCHLOW | 140 BROADWAY | | NEW YORK | NY | 10005 | | 212-907-0700 | | MNAFASH@LABATON.COM ASCHLOW@LABATON.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LAUKAITIS LAW LLC | ATTN: KEVIN LAUKAITIS | 954 AVE PONCE DE LEON, SUITE 205 | | SAN JUAN | PR | 00907 | | 215-789-4462 | | KLAUKAITIS@LAUKAITISLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LAW OFFICE OF COURTNEY WEINER PLLC | ATTN: COURTNEY L. WEINER | 1629 K ST NW STE 300 | | WASHINGTON | DC | 20006 | | 202-827-9980 | | CW@COURTNEYWEINERLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LAW OFFICES OF PAUL WHALEN, PC | ATTN: PAUL WHALEN | 565 PLANDOME ROAD 212 | | MANHASSET | NY | 11030 | | 516-426-6870 | | PAUL@PAULWHALEN.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEVI & KORSINSKY, LLP | ATTN: EDUARD KORSINSKY, MARK REICH | 1160 BATTERY STREET EAST | SUITE 100 - #3425 | SAN FRANCISCO | CA | 94111 | | 415-373-1671 | | EK@ZLK.COM MREICH@ZLK.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEVI & KORSINSKY, LLP | ATTN: COLIN BROWN, EDUARD KORSINSKY, MARK S. REICH | 33 WHITEHALL ST. | 17TH FLOOR | NEW YORK | NY | 10004 | | 212-363-7500 | | CBROWN@ZLK.COM EK@ZLK.COM MREICH@ZLK.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEVIN SEDRAN & BERMAN LLP | ATTN: CHARLES SCHAFFER | 510 WALNUT STREET 5TH FLOOR | | PHILADELPHIA | PA | 19106 | | 215-592-1500 | | CSCHAFFER@LFSBLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEXINGTON LAW GROUP, LLP | ATTN: MARK TODZO | 503 DIVISADERO STREET | | SAN FRANCISCO | CA | 94117 | | 415-913-7800 | | MTODZO@LEXLAWGROUP.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | ATTN: ELIZABETH J. CABRASER, JALLÉ DAFA, MELISSA A. GARDNER, MICHAEL W. SOBOL | 275 BATTERY ST | | SAN FRANCISCO | CA | 94111 | | 415-956-1000 | | ECABRASER@LCHB.COM JDAFA@LCHB.COM MGARDNER@LCHB.COM MSOBOL@LCHB.COM |
| TOP 30 UNSECURED CREDITOR | LINKEDIN CORPORATION | ATTN: RYAN ROSLANSKY CEO | 62228 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693-0622 | | 866-533-4332 | | RROSLANSKY@LINKEDIN.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LOCKRIDGE GRINDAL NAUEN P.L.L.P. | ATTN: KAREN HANSON RIEBEL, KATE BAXTER-KAUF, MAUREEN KANE BERG | 100 WASHINGTON AVE S STE 2200 | | MINNEAPOLIS | MN | 55401 | | 612-339-6900 | | KHRIEBEL@LOCKLAW.COM KMBAXTER-KAUF@LOCKLAW.COM MKBERG@LOCKLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LONGMAN LAW, P.C. | ATTN: HOWARD T. LONGMAN | 354 EISENHOWER PARKWAY | SUITE 1800 | LIVINGSTON | NJ | 07039 | | 973-994-2315 | | HLONGMAN@LONGMAN.LAW |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LYNCH CARPENTER LLP | ATTN: GARY F. LYNCH | 111 W. WASHINGTON ST. | SUITE 1240 | CHICAGO | IL | 60602 | | 412-322-9243 | | GARY@LCLLP.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MASON LLP | ATTN: GARY E. MASON | 5335 WISCONSIN AVE NW STE 640 | | WASHINGTON | DC | 20015 | | 202-256-8540 | | GMASON@MASONLLP.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MCSHANE & BRADY, LLC | ATTN: LUCY MCSHANE, MAUREEN M. BRADY | 1656 WASHINGTON ST STE 120 | | KANSAS CITY | MO | 64108 | | 816-888-8010 | | LMCSHANE@MCSHANEBRADYLAW.COM MBRADY@MCSHANEBRADYLAW.COM |
| TOP 30 UNSECURED CREDITOR | META PLATFORMS, INC. | ATTN: MARK ZUCKERBURG CEO | 15161 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693 | | 650-543-4800 | | MARKZUCKERBURG@FB.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MIGLIACCIO & RATHOD LLP | ATTN: JASON S. RATHOD, MATTHEW SMITH | 412 H STREET NE | | WASHINGTON | DC | 20002 | | 202-470-3520 | | MSMITH@CLASSLAWDC.COM |
| TOP 30 UNSECURED CREDITOR | MIGLIACCIO & RATHOD LLP | ATTN: NICHOLAS MIGLIACCIO, JASON RATHOD | 201 SPEAR ST | UNIT 1100 | SAN FRANCISCO | CA | 94105 | | 202-470-3510 | | NMIGLIACCIO@CLASSLAWDC.COM JRATHOD@CLASSLAWDC.COM |
| TOP 30 UNSECURED CREDITOR | MIGLIACCIO & RATHOD LLP | ATTN: NICHOLAS MIGLIACCIO, JASON RATHOD | 412 H ST. NE | | WASHINGTON | DC | 20002 | | 202-470-3510 | | NMIGLIACCIO@CLASSLAWDC.COM JRATHOD@CLASSLAWDC.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | ATTN: DANIEL BRYSON, JONATHAN COHEN, GARY KLINGER, ALEX STRAUS | 280 S. BEVERLY DRIVE | PH SUITE | LOS ANGELES | CA | 90212 | | 866-252-0878 | | DBRYSON@MILBERG.COM JCOHEN@MILBERG.COM GKLINGER@MILBERG.COM ASTRAUS@MILBERG.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | ATTN: DANIEL K. BRYSON, GARY M. KLINGER | 221 W. MONROE STREET | SUITE 2100 | CHICAGO | IL | 60606 | | | | DBRYSON@MILBERG.COM GKLINGER@MILBERG.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | ATTN: JOHN J. NELSON | 280 S. BEVERLY DR. | | BEVERLY HILLS | CA | 90212 | | 845-483-7100 | | JNELSON@MILBERG.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | ATTN: JONATHAN B. COHEN | 3833 CENTRAL AVE. | | ST. PETERSBURG | FL | 33713 | | 865-247-0080 | | JCOHEN@MILBERG.COM |
| MISSOURI DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY UNIT, JAMES TREECE | PO BOX 475 | | JEFFERSON CITY | MO | 65105-0475 | | | | EDMOECF@DOR.MO.GOV |
| TOP 30 UNSECURED CREDITOR | MOVIANTO | ATTN: THOMAS CREUZBERGER CEO | KELTENWEG 70 OSS | | OSS | | 5342 LP | NETHERLANDS | 31041-240-6420 | | THOMAS.CREUZBERGER@MOVIANTO.COM |

*In re: 23andMe Holding Co., et al.*
Master Service List
Case No. 25-40976 (BCW)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | 1850 M ST., NW 12TH FLOOR | | WASHINGTON | DC | 20036 | | 202-326-6025 | 202-331-1427 | |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | NEAL & HARWELL, PLC | ATTN: DANIELLA BHADARE-VALENTE, MORGAN L. BURKETT | 1201 DEMONBREUN ST. | SUITE 1000 | NASHVILLE | TN | 37203 | | 615-244-1713 | | DBHADARE-VALENTE@NEALHARWELL.COM MBURKETT@NEALHARWELL.COM |
| TOP 30 UNSECURED CREDITOR | NGI LABCORP (NATIONAL GENETICS INSTITUTE) | ATTN: ADAM SCHECHTER CEO | 2440 S SEPULVEDA BLVD, SUITE 100 | | LOS ANGELES | CA | 90064 | | 800-343-4407 | | SCHECHA@LABCORP.COM |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | ATTN: JAMIE COPELAND, ROBERT HIRSH | 1301 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | | 212-318-3000 | 212-318-3400 | JAMES.COPELAND@NORTONROSEFULBRIGHT.COM ROBERT.HIRSH@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | ATTN: JEFFREY KALINOWSKI, JOSHUA WATTS | 7676 FORSYTH BLVD. | SUITE 2230 | ST. LOUIS | MO | 63105 | | 314-505-8800 | 314-505-8899 | JOSH.WATTS@NORTONROSEFULBRIGHT.COM JEFF.KALINOWSKI@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | ATTN: KRISTIAN W. GLUCK | 1301 MCKINNEY, SUITE 5100 | | HOUSTON | TX | 77010-3095 | | 713-651-8210 | 713-651-5246 | KRISTIAN.GLUCK@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | ATTN: KRISTIAN W. GLUCK | 2200 ROSS AVENUE, SUITE 3600 | | DALLAS | TX | 75201-7932 | | 214-855-8210; 214-855-8000 | 214-855-8200 | KRISTIAN.GLUCK@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO THE STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: LAYLA D. MILLIGAN, ROMA N. DESAI, STEPHANIE EBERHARDT | BANKRUPTCY & COLLECTIONS DIVISION | P. O. BOX 12548 | AUSTIN | TX | 78711-2548 | | 512-463-2173 | 512-936-1409 | LAYLA.MILLIGAN@OAG.TEXAS.GOV ROMA.DESAI@OAG.TEXAS.GOV STEPHANIE.EBERHARDT@OAG.TEXAS.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE EASTERN DISTRICT OF MISSOURI | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: CAROLE J. RYCZEK, JOSEPH SCHLOTZHAUER, PAUL A. RANDOLPH | 111 S. 10TH STREET | SUITE 6.353 | ST. LOUIS | MO | 63102 | | 314-539-2984; 314-539-2982; 314-539-2980 | 314-539-2990 | USTPREGION13.SL.ECF@USDOJ.GOV CAROLE.RYCZEK@USDOJ.GOV JOSEPH.SCHLOTZHAUER@USDOJ.GOV PAUL.A.RANDOLPH@USDOJ.GOV |
| COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: PAUL M. BASTA, CHRISTOPHER HOPKINS, JESSICA I. CHOI, GRACE C. HOTZ | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | | 212-373-3000 | 212-757-3990 | PBASTA@PAULWEISS.COM CHOPKINS@PAULWEISS.COM JCHOI@PAULWEISS.COM GHOTZ@PAULWEISS.COM |
| COUNSEL TO COMMONWEALTH OF PENNSYLVANIA, OFFICE OF ATTORNEY GENERAL | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | ATTN: LAUREN MICHAELS, DEPUTY ATTORNEY GENERAL | 1251 WATERFRONT PLACE | MEZZANINE LEVEL | PITTSBURGH | PA | 15222 | | 412-235-9072 | | LMICHAELS@ATTORNEYEGNERAL.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | PIERCE GORE LAW FIRM | ATTN: BEN F. PIERCE GORE | 315 MONTGOMERY STREET | 10TH FLOOR | SAN FRANCISCO | CA | 94104 | | 408-806-4600 | | PIERCEGORE@GMAIL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | POTTER HANDY LLP | ATTN: BARRY WALKER, CHRISTINA CARSON, JIM TREGLIO, MARK POTTER, TEHNIAT ZAMAN | 100 PINE ST., SUITE 1250 | | SAN FRANCISCO | CA | 94111-5235 | | 909-731-3865 | | CHRISC@POTTERHANDY.COM JIMT@POTTERHANDY.COM MARK@POTTERHANDY.COM TEHNIATZ@POTTERHANDY.COM 23ANDMEIL@POTTERHANDY.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | POULIN \| WILLEY \| ANASTOPOULO, LLC | ATTN: ERIC M. POULIN, PAUL J. DOOLITTLE | 32 ANN ST | | CHARLESTON | SC | 29403-6212 | | 803-222-2222 | | ERIC.POULIN@POULINWILLEY.COM PAUL.DOOLITTLE@POULINWILLEY.COM |
| TOP 30 UNSECURED CREDITOR | POWER DIGITAL MARKETING, INC. | ATTN: JOHN TAUMOEPEAU COO | 2251 SAN DIEGO AVENUE, SUITE A250 | | SAN DIEGO | CA | 92110 | | 503-484-0548 | | JOHN@POWERDIGITALMARKETING.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | REESE LLP | ATTN: CHARLES D. MOORE, GEORGE V. GRANADE, KEVIN LAUKAITIS, MICHAEL R. REESE, SUE NAM | 8484 WILSHIRE BLVD, STE 515 | | BEVERLY HILLS | CA | 90211-3235 | | 212-643-0500 | | CMOORE@REESELLP.COM GGRANADE@REESELLP.COM KLAUKAITIS@LAUKAITISLAW.COM MREESE@REESELLP.COM SNAM@REESELLP.COM |
| TOP 30 UNSECURED CREDITOR | RIGHT SIDE UP LLC | ATTN: TYLER ELLISTON CEO | 9901 BRODIE LANE SUITE 160, PMB 515 | | AUSTIN | TX | 78748 | | 415-882-7765 | | TYLER@RIGHTSIDEUP.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | ROBBINS GELLER RUDMAN & DOWD, LLP | ATTN: ALEXANDER C. COHEN, DOROTHY P. ANTULLIS, LINDSEY H. TAYLOR, NICOLLE B. BRITO, STUART A. DAVIDSON | 225 NE MIZNER BOULEVARD | SUITE 720 | BOCA RATON | FL | 33432 | | 561-750-3000 | | ACOHEN@RGRDLAW.COM DANTULLIS@RGRDLAW.COM LTAYLOR@RGRDLAW.COM NBRITO@RGRDLAW.COM SDAVIDSON@RGRDLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SALTZ, MONGELUZZI & BENDESKY, PC | ATTN: PATRICK HOWARD, SIMON B. PARIS | 1650 MARKET ST O | | PHILADELPHIA | PA | 19103 | | 215-575-3895 | | PHOWARD@SMBB.COM SPARIS@SMBB.COM |

In re: 23andMe Holding Co., et al.
Master Service List
Case No. 25-40976 (BCW)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SCHUBERT JONCKHEER & KOLBE LLP | ATTN: AMBER L. SCHUBERT, ROBERT C. SCHUBERT, WILLEM F. JONCKHEER | 2001 UNION ST STE 200 | | SAN FRANCISCO | CA | 94123 | | 415-788-4220 | | ASCHUBERT@SJK.LAW RSCHUBERT@SJK.LAW WJONCKHEER@SJK.LAW |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SCOTT+SCOTT ATTORNEYS AT LAW LLP | ATTN: CAREY ALEXANDER, JOSEPH P. GUGLIELMO | 230 PARK AVE, 24TH FLOOR | | NEW YORK | NY | 10169 | | 212-223-6444 | | CALEXANDER@SCOTT-SCOTT.COM JGUGLIELMO@SCOTT-SCOTT.COM |
| SECURITIES & EXCHANGE COMMISSION | SECURITIES & EXCHANGE COMMISSION - HEADQUARTERS | SECRETARY OF THE TREASURY | 100 F ST NE | | WASHINGTON | DC | 20549 | | 202-942-8088 | | SECBANKRUPTCY@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | SECURITIES & EXCHANGE COMMISSION - NY REGIONAL OFFICE | ATTN: ANTONIA APPS, REGIONAL DIRECTOR | 100 PEARL ST. | SUITE 20-100 | NEW YORK | NY | 10004-2616 | | 212-336-1100 | | BANKRUPTCYNOTICESCHR@SEC.GOV NEWYORK@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | SECURITIES & EXCHANGE COMMISSION - SAN FRANCISO REGIONAL OFFICE | ATTN: MONIQUE WINKLER, REGIONAL DIRECTOR | 44 MONTGOMERY STREET, SUITE 700 | | SAN FRANCISCO | CA | 94104 | | 415-705-2500 | | SANFRANCISCO@SEC.GOV |
| COUNSEL TO API INNOVATION CENTER | SPENCER FANE LLP | ATTN: JOHN G. WILLARD | 1 N. BRENTWOOD BLVD | SUITE 1200 | ST. LOUIS | MO | 63105 | | 314-746-0976 | 314-862-4656 | JGWILLARD@SPENCERFANE.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SROURIAN LAW FIRM, P.C. | ATTN: DANIEL SROURIAN | 3435 WILSHIRE BLVD STE 1710 | | LOS ANGELES | CA | 90010 | | 213-474-3800 | | DANIEL@SLFLA.COM |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 300152 | | MONTGOMERY | AL | 36130-0152 | | 334-242-7300 | 334-242-2433 | |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 110300 | | JUNEAU | AK | 99811-0300 | | 907-465-2133 | 907-465-2075 | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004-2926 | | 602-542-5025 | 602-542-4085 | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 323 CENTER ST. | SUITE 200 | LITTLE ROCK | AR | 72201-2610 | | 501-682-2007; 800-482-8982 | 501-682-8084 | |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 944255 | | SACRAMENTO | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | BANKRUPTCY@COAG.GOV |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | RALPH L. CARR COLORADO JUDICIAL CENTER | 1300 BROADWAY, 10TH FLOOR | DENVER | CO | 80203 | | 720-508-6000 | 720-508-6030 | |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 165 CAPITOL AVENUE | | HARTFORD | CT | 06106 | | 860-808-5318 | 860-808-5387 | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CARVEL STATE OFFICE BLDG. | 820 N. FRENCH ST. | WILMINGTON | DE | 19801 | | 302-577-8338 | 302-577-6630 | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | THE CAPITOL, PL 01 | | TALLAHASSEE | FL | 32399-1050 | | 850-414-3300 | 850-488-4872 | |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 40 CAPITAL SQUARE, SW | | ATLANTA | GA | 30334-1300 | | 404-656-3300 | 404-657-8733 | |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 425 QUEEN ST. | | HONOLULU | HI | 96813 | | 808-586-1500 | 808-586-1239 | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 W. JEFFERSON STREET | P.O. BOX 83720 | BOISE | ID | 83720-1000 | | 208-334-2400 | 208-854-8071 | |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 100 WEST RANDOLPH STREET | | CHICAGO | IL | 60601 | | 312-814-3000 | | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: HEATHER M. CROCKETT, DEPUTY ATTORNEY GENERAL | IGCS-5TH FLOOR | 302 W. WASHINGTON ST. | INDIANAPOLIS | IN | 46204 | | 317-232-6201; 317-233-6254 | 317-232-7979 | HEATHER.CROCKETT@ATG.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1305 E. WALNUT STREET | | DES MOINES | IA | 50319 | | 515-281-5164 | 515-281-4209 | WEBTEAM@AG.IOWA.GOV |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 120 SW 10TH AVE., 2ND FLOOR | | TOPEKA | KS | 66612-1597 | | 785-296-2215; 888-428-8436 | 785-296-6296 | |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 700 CAPITOL AVENUE, SUITE 118 | | FRANKFORT | KY | 40601 | | 502-696-5300 | 502-564-2894 | |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 94095 | | BATON ROUGE | LA | 70804-4095 | | 225-326-6000 | 225-326-6499 | |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 6 STATE HOUSE STATION | | AUGUSTA | ME | 04333-0000 | | 207-626-8800 | | |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 200 ST. PAUL PLACE | | BALTIMORE | MD | 21202-2202 | | 410-576-6300 | | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | ONE ASHBURTON PLACE | | BOSTON | MA | 02108-1698 | | 617-727-2200 | | |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | G. MENNEN WILLIAMS BUILDING, 7TH FLOOR | 525 W. OTTAWA ST., P.O. BOX 30212 | LANSING | MI | 48909-0212 | | 517-373-1110 | 517-373-3042 | MIAG@MICHIGAN.GOV |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1400 BREMER TOWER | 445 MINNESOTA STREET | ST. PAUL | MN | 55101-2131 | | 651-296-3353; 800-657-3787 | | |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WALTER SILLERS BUILDING | 550 HIGH STREET, SUITE 1200, P.O. BOX 220 | JACKSON | MS | 39201 | | 601-359-3680 | | |

*In re: 23andMe Holding Co., et al.*
Master Service List
Case No. 25-40976 (BCW)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | SUPREME COURT BUILDING | 207 W. HIGH ST. | JEFFERSON CITY | MO | 65102 | | 573-751-3321 | 573-751-0774 | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 215 N SANDERS, THIRD FLOOR | PO BOX 201401 | HELENA | MT | 59620-1401 | | 406-444-2026 | 406-444-3549 | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 2115 STATE CAPITOL | 2ND FL, RM 2115 | LINCOLN | NE | 68509-8920 | | 402-471-2683 | 402-471-3297 | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 100 NORTH CARSON STREET | | CARSON CITY | NV | 89701 | | 775-684-1100 | 775-684-1108 | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 33 CAPITOL ST. | | CONCORD | NH | 03301-0000 | | 603-271-3658 | 603-271-2110 | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | RJ HUGHES JUSTICE COMPLEX | 25 MARKET STREET, P.O. BOX 080 | TRENTON | NJ | 08625-0080 | | 609-292-4925 | 609-292-3508 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. DRAWER 1508 | | SANTA FE | NM | 87504-1508 | | 505-827-6000 | 505-827-5826 | |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | THE CAPITOL | | ALBANY | NY | 12224-0341 | | 518-776-2000 | 866-413-1069 | |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 9001 MAIL SERVICE CENTER | | RALEIGH | NC | 27699-9001 | | 919-716-6400 | 919-716-6750 | |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STATE CAPITOL | 600 E BOULEVARD AVE DEPT 125 | BISMARCK | ND | 58505-0040 | | 701-328-2210 | 701-328-2226 | NDAG@ND.GOV |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 30 E. BROAD ST., 14TH FLOOR | | COLUMBUS | OH | 43215 | | 800-282-0515 | | |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 313 NE 21ST STREET | | OKLAHOMA CITY | OK | 73105 | | 405-521-3921 | 405-521-6246 | |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1162 COURT STREET NE | | SALEM | OR | 97301 | | 503-378-4400 | 503-378-4017 | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 | | 717-787-3391 | 717-787-8242 | |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 150 SOUTH MAIN STREET | | PROVIDENCE | RI | 02903-0000 | | 401-274-4400 | | |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | P.O. BOX 11549 | | COLUMBIA | SC | 29211-1549 | | 803-734-3970 | | |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1302 EAST HIGHWAY 14 | SUITE 1 | PIERRE | SD | 57501-8501 | | 605-773-3215 | 605-773-4106 | CONSUMERHELP@STATE.SD.US |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CAPITOL STATION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | | 512-475-4868 | 512-475-2994 | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PO BOX 142320 | | SALT LAKE CITY | UT | 84114-2320 | | 801-538-9600 | 801-538-1121 | BANKRUPTCY@AGUTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 109 STATE ST. | | MONTPELIER | VT | 05609-1001 | | 802 828-3171 | 802-304-1014 | |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | FINANCIAL RECOVERY SECTION | POST OFFICE BOX 610 | RICHMOND | VA | 23218-0610 | | 804-786-2071 | 804-225-4378 | |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 1125 WASHINGTON ST. SE | P.O. BOX 40100 | OLYMPIA | WA | 98504-0100 | | 360-753-6200 | | |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | STATE CAPITOL BLDG 1 ROOM E 26 | | CHARLESTON | WV | 25305 | | 304-558-2021 | 304-558-0140 | CONSUMER@WVAGO.GOV |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WISCONSIN DEPARTMENT OF JUSTICE | 17 WEST MAIN STREET, POST OFFICE BOX 7857 | MADISON | WI | 53707 | | 608-266-1221 | 608-294-2907 | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 123 CAPITOL BUILDING | 200 W. 24TH STREET | CHEYENNE | WY | 82002 | | 307-777-7841 | 307-777-6869 | |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | STUEVE SIEGEL HANSON LLP | ATTN: BRANDI SPATES, J. AUSTIN MOORE, NORMAN E. SIEGEL, JILLIAN R. DENT, SHERI WILLIAMS | 460 NICHOLS ROAD SUITE 200 | | KANSAS CITY | MO | 64112 | | | | SPATES@STUEVESIEGEL.COM MOORE@STUEVESIEGEL.COM SIEGEL@STUEVESIEGEL.COM DENT@STUEVESIEGEL.COM WILLIAMS@STUEVESIEGEL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SULTZER & LIPARI, PLLC | ATTN: JASON P. SULTZER | 85 CIVIC CENTER PLAZA | SUITE 200 | POUGHKEEPSIE | NY | 12601 | | 845-483-7100 | | SULTZERJ@THESULTZERLAWGROUP.COM |
| TOP 30 UNSECURED CREDITOR | SUREFOX NORTH AMERICAN | ATTN: JOSHUA SZOTT CEO | P.O. BOX 610028 | | DALLAS | TX | 75261 | | 888-767-7665 | | JOSHUA.SZOTT@SUREFOX.COM |
| TOP 30 UNSECURED CREDITOR | TELUS INTERNATIONAL SERVICES LIMITED | ATTN: MICHAEL RINGMAN CIO | VOXPRO HOUSE POINT VILLAGE EAST WALL ROAD | | DUBLIN, 1 | | D01X7H6 | IRELAND | 604-327-2371 | | MICHAEL.RINGMAN@TELUSINTERNATIONAL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | THE GOOD LAW GROUP | ATTN: ROSS MICHAEL GOOD | 800 E NORTHWEST HWY | SUITE 814 | PALATINE | IL | 60074 | | 847-600-9576 | | ROSS@THEGOODLAWGROUP.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | THE GRANT LAW FIRM, PLLC | ATTN: LYNDA J. GRANT | 521 FIFTH AVENUE | 17TH FLOOR | NEW YORK | NY | 10175 | | 212-292-4441 | | LGRANT@GRANTFIRM.COM |

*In re: 23andMe Holding Co., et al.*
Master Service List
Case No. 25-40976 (BCW)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | THE MEHDI FIRM LLP | ATTN: AZRA Z. MEHDI | 201 MISSION STREET | SUITE 1200 | SAN FRANCISCO | CA | 94105 | | 415-293-8039 | | AZRAM@THEMEHDIFIRM.COM |
| COUNSEL TO STATE OF TENNESSEE | TN ATTORNEY GENERAL'S OFFICE | ATTN: MARVIN E. CLEMENTS, JR. | BANKRUPTCY DIVISION | PO BOX 20207 | NASHVILLE | TN | 37202-0207 | | 615-741-1935 | 615-741-3334 | MARVIN.CLEMENTS@AG.TN.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | TOSTRUD LAW GROUP PC | ATTN: JON TOSTRUD | 1925 CENTURY PARK E, STE 2100 | | LOS ANGELES | CA | 90067-2722 | | 310-278-2600 | | JTOSTRUD@TOSTRUDLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | TYCKO & ZAVAREEI, LLP | ATTN: HASSAN ZAVAREEI | 1970 BROADWAY | SUITE 1070 | OAKLAND | CA | 94612 | | 510-254-6808 | | HZAVAREEI@TZLEGAL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | TYCKO & ZAVAREEI, LLP | ATTN: HASSAN ZAVAREEI, ANDREA GOLD, DAVID W. LAWLER, GLENN E. CHAPPELL | 2000 PENNSYLVANIA AVENUE NW | SUITE 1010 | WASHINGTON | DC | 20006 | | 202-973-0900 | | HZAVAREEI@TZLEGAL.COM AGOLD@TZLEGAL.COM DLAWLER@TZLEGAL.COM GCHAPPELL@TZLEGAL.COM |
| UNITED STATES ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF MISSOURI | UNITED STATES ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF MISSOURI | ATTN: SAYLER A. FLEMING, JOSHUA MICHAEL JONES | THOMAS EAGLETON U.S. COURTHOUSE | 111 S. 10TH STREET, 20TH FLOOR | ST. LOUIS | MO | 63102 | | 314-539-2310 | 314-539-2287 | JOSHUA.M.JONES@USDOJ.GOV |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | US DEPT OF JUSTICE | 950 PENNSYLVANIA AVE NW | WASHINGTON | DC | 20530-0001 | | | | |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | 441 4TH STREET, NW | | WASHINGTON | DC | 20001 | | 202-727-3400 | 202-347-8922 | OAG@DC.GOV |
| TOP 30 UNSECURED CREDITOR | WILSON SONSINI GOODRICH & ROSATI, PROFESSIONAL CORPORATION | ATTN: ARIELA TANNENBAUM CFO | P.O.BOX 742866 | | LOS ANGELES | CA | 90074-2866 | | 650-493-9300 | | ATANNENBAUM@WSGR.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP | ATTN: RACHELE R. BYRD | 750 B ST STE 1820, | | SAN DIEGO | CA | 92101 | | 619-239-4599 | | BYRD@WHAFH.COM |
| TOP 30 UNSECURED CREDITOR | WOOT SERVICES LLC | ATTN: KENT STEWART CEO | 4121 INTERNATIONAL PARKWAY | SUITE 900 | CARROLLTON | TX | 75007 | | 214-445-2848 | | KSTEWART@WOOT.COM |
| TOP 30 UNSECURED CREDITOR | WORKDAY, INC | ATTN: CARL ESCHENBACK CEO | P.O. BOX 886106 | | LOS ANGELES | CA | 90088-6106 | | 925-951-9522 | | CARL.ESCHENBACH@WORKDAY.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | WUCETICH & KOROVILAS LLP | ATTN: DIMITRIOS V. KOROVILAS, JASON M. WUCETICH | 222 PACIFIC COAST HIGHWAY | | EL SEGUNDO | CA | 90245 | | 310-335-2000 | | DIMITRI@WUKOLAW.COM JASON@WUKOLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | YANNI LAW | ATTN: JOHN CHRISTIAN BOHREN | 501 W BROADWAY STE. 800 | | SAN DIEGO | CA | 92101 | | 619-433-2803 | | YANNI@BOHRENLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | YLAW GROUP | ATTN: DANA ROGERS, LEENA YOUSEFI | 410-1122 MAINLAND STREET | | VANCOUVER | BC | V6B 5L1 | CANADA | 604-974-9529 | | DANA@YLAW.CA LEENA@YLAW.CA |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | ZINNS LAW, LLC | ATTN: SHARON J. ZINNS | 4243 DUNWOODY CLUB DR, STE 104 | | ATLANTA | GA | 30350-5206 | | 404-882-9002 | | SHARON@ZINNSLAW.COM |