**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976-357 |
| Debtors. | (Jointly Administered) |
| | Related Docket No.: 169 |

**NOTICE WITH RESPECT TO THE DEBTORS' CUSTOMER DATA REPRESENTATIVE MOTION AND RELATED INFORMATION**

**PLEASE TAKE NOTICE** that on April 7, 2025, the Debtors filed their *Motion for Entry of an Order (I) Appointing an Independent Customer Data Representative and (II) Granting Related Relief* [Docket No. 169] (the "CDR Motion").

**PLEASE TAKE FURTHER NOTICE** that the CDR Motion stated that the Debtors would file a notice (the "CDR Notice") no later than April 17, 2025 (*i.e.*, at least five days before the objection deadline for the CDR Motion) that discloses (a) the proposed Customer Data Representative,[2] including a declaration from the proposed individual setting forth his or her qualifications and that such individual is disinterested in these cases, and (b) the proposed compensation arrangement for such individual, which costs shall be borne by the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that as of the date hereof, the Debtors have identified a candidate and are prepared to file the CDR Notice, as well as declarations from each

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the CDR Motion.

setting forth the candidate's qualifications, disinterestedness, and proposed compensation structure.

**PLEASE TAKE FURTHER NOTICE** that as of the date hereof, the Debtors are in discussions with the Official Committee of Unsecured Creditors (the "UCC") and the Office of the United States Trustee for the Eastern District of Missouri (the "U.S. Trustee") regarding the position of Customer Data Representative, and other key stakeholders regarding (a) the proposed candidate and (b) a potential consensual resolution of pending motions seeking to appoint a consumer privacy ombudsman in lieu of the Customer Data Representative and seeking related relief (collectively, the "CPO Motions").

**PLEASE TAKE FURTHER NOTICE** that given these ongoing discussions and that the Debtors continue to explore whether a consensual resolution of the CPO Motions issues can be reached with the various parties, the Debtors have determined to delay the filing of the CDR Notice to facilitate those efforts. Notwithstanding anything contained herein, absent a consensual resolution, the Debtors will file a supplemental notice disclosing the proposed Customer Data Representative in advance of the April 29, 2025 hearing.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: April 17, 2025<br>St. Louis, Missouri | Respectfully submitted,<br><br>**Carmody MacDonald P.C.**<br>/s/ *Thomas H. Riske*<br>Thomas H. Riske #61838MO<br>Nathan R. Wallace #74890MO<br>Jackson J. Gilkey #73716MO<br>120 S. Central Avenue, Suite 1800<br>St. Louis, Missouri 63105<br>Telephone:   (314) 854-8600<br>Facsimile:    (314) 854-8660<br>Email:          thr@carmodymacdonald.com<br>                     nrw@carmodymacdonald.com<br>                     jjg@carmodymacdonald.com<br><br>- and -<br><br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>Paul M. Basta (admitted *pro hac vice*)<br>Christopher Hopkins (admitted *pro hac vice*)<br>Jessica I. Choi (admitted *pro hac vice*)<br>Grace C. Hotz (admitted *pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone:   (212) 373-3000<br>Facsimile:    (212) 757-3990<br>Email:          pbasta@paulweiss.com<br>                     chopkins@paulweiss.com<br>                     jchoi@paulweiss.com<br>                     ghotz@paulweiss.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

3