# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 25-40976 |
| 23ANME HOLDING CO., *et al.*,[1] | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned attorney is appearing on behalf of the United States Department of Justice, National Security Division. All notices and papers that are required to be served upon the United States must be given to and served upon me at the addresses (including electronic mail address), telephone and facsimile number and email address indicated below:

> Seth B. Shapiro
> Senior Trial Counsel
> U.S. Department of Justice
> Civil Division
> 1100 L Street, NW – 7th Floor
> Room 7114
> Washington DC, 20005
> (202) 514-7164 (direct)
> seth.shapiro@usdoj.gov

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) to have the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments to which the United States is or may be entitled.

Dated: April 18, 2025

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General

/s/  Seth B. Shapiro
KIRK T. MANHARDT
RODNEY A. MORRIS
SETH B. SHAPIRO (D.C. Bar No. 433988)
U.S. Department of Justice – Civil Division
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
TEL: (202) 514-7164
Email: seth.shapiro@usdoj.gov

ATTORNEYS FOR THE UNITED STATES
OF AMERICA, ON BEHALF OF THE UNITED
STATES DEPARTMENT OF JUSTICE, NATIONAL
SECURITY DIVISION

## CERTIFICATE OF SERVICE

On April 18, 2025, I caused a copy of the foregoing to be served electronically through the Court's ECF system upon those who have entered an appearance in this bankruptcy case.

Dated: April 18, 2025                             /s/ Seth B. Shapiro
                                              Seth B. Shapiro