**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: | |
| 23andMe Holding Co, | Case No. 25-40976 |
| Debtor. | Chapter 11 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

**COMES NOW** Mark Bogdanowicz, of the law firm Spencer Fane LLP, and hereby enters his appearance on behalf of KR OP Tech, LLC pursuant to Fed. R. Bankr. P. 2002 and 9007 and 11 U.S.C. §1109(b).

**PLEASE TAKE NOTICE** that KR OP Tech, LLC requests that all applications, complaints, motions, notices, orders, petitions, pleadings, disclosure statements, plans of reorganization or liquidation, reports, and papers filed in the above-captioned bankruptcy proceedings, which are authorized, permitted, or required by any provision of the United States Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, by any provision of the Federal Rules of Bankruptcy Procedure, by any Order of the United States Trustee, be given to and served upon Camber M. Jones as attorney for KR OP Tech, LLC as follows:

Mark Bogdanowicz
Spencer Fane LLP
1000 Walnut Street. Ste. 1400
Kansas City, MO  64106
mbogdanowicz@spencerfane.com

**PLEASE TAKE FURTHER NOTICE** that neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended by KR OP Tech, LLC to waive:  (i) the right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right to trial by jury in any proceeding so triable herein or in my case, controversy or

proceeding related hereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other actions, claims, defenses, privileges, rights, set-offs and recoupments to which KR OP Tech, LLC may be entitled under any agreements, at law, or in equity, all of which actions, claims, defenses, privileges, rights, set-offs and recoupments are hereby expressly reserved.

SPENCER FANE LLP

By: /s/ Mark Bogdanowicz
Mark Bogdanowicz     Mo. Bar No. 75399
1000 Walnut Street, Ste. 1400
Kansas City, MO 64106
T: 816.474.8100
F:  816.474.3216
mbogdanowicz@spencerfane.com
***Attorney for KR OP Tech, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 18th day of April, 2025, a true and correct copy of the foregoing was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notices in this case.

*/s/ Mark Bogdanowicz*
Attorney