**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

| | |
|---|---|
| **In re:** | **Case No.:** 25−40976 − B357 |
| 23andMe Holding Co. | **Chapter:** 11 |
| **Debtor(s)** | |

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE

   The Court, having considered Tobias S. Keller's motion for admission *pro hac vice*, has determined that cause exists to grant the relief requested. It is, therefore,

   ORDERED that the motion is GRANTED, and Tobias S. Keller is admitted pro hac vice to the bar of this Court for the purpose of appearing in this case only.

*[Signature: Brian C. Walsh]*

**U. S. Bankruptcy Judge**

**Dated:** 4/17/25
**St. Louis, Missouri**
**Rev. 09/16 omphvbk**

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 25-40976-bcw
23andMe Holding Co.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4      User: admin      Page 1 of 3
Date Rcvd: Apr 17, 2025      Form ID: omphvbk      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 23andMe Holding Co., 870 Market Street, Room 415, San Francisco, CA 94102-3010 |
| aty | + | Christopher Hopkins, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Deborah A. Hoehne, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Grace C Hotz, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Jessica I Choi, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Justin Simms, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Katherine M Lynn, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Lauren Castillo, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Max H Siegel, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Paul M. Basta, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Robert J. Lemons, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Tobias S Keller, Keller Benvenutti Kim LLP, 425 Market Street, 26th Floor, San Francisco, CA 94105-5401 |
| aty | + | William A. Clareman, 1285 Avenue of the Americas, New York, NY 10019-6031 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:**

**Name**      **Email Address**
A. Thomas DeWoskin
     on behalf of Creditor Core Weave Inc. tdewoskin@dmfirm.com  sray@dmfirm.com

Case 25-40976   Doc 277   Filed 04/19/25   Entered 04/19/25 23:24:08   Imaged
Certificate of Notice   Pg 3 of 4

| District/off: 0865-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: omphvbk | Total Noticed: 13 |

Abigail Rushing Ryan
    on behalf of Interested Party NAAG Client States aryan@naag.org

Abigail Rushing Ryan
    on behalf of Interested Party National Association of Attorneys General aryan@naag.org

Caleb M. Lewis
    on behalf of Creditor State of Missouri ex rel Attorney General Andrew Bailey caleb.lewis@ago.mo.gov

Camber Jones
    on behalf of Creditor KR OP Tech  LLC cjones@spencerfane.com, klane@spencerfane.com;camber-jones-5741@ecf.pacerpro.com

Carole J. Ryczek
    on behalf of U.S. Trustee Office of US Trustee carole.ryczek@usdoj.gov

Christopher Hunt
    on behalf of Interested Party Commonwealth of Kentucky ex rel. Office of Attorney General chrisd.hunt@ky.gov

Dalila Z Jordan
    on behalf of Interested Party State of Minnesota dalila.jordan@ag.state.mn.us

Daniel M Nadal
    on behalf of Interested Party The People of the State of California daniel.nadal@doj.ca.gov

David L. Going
    on behalf of Interested Party TTAM 2.0  LLC dgoing@armstrongteasdale.com, jscharf@armstrongteasdale.com

Eric R Wilson
    on behalf of Creditor Committee Official Committee of Unsecured Creditors kdwbankruptcydepartment@kelleydrye.com

Erin M. Edelman
    on behalf of Interested Party TTAM 2.0  LLC eedelman@armstrongteasdale.com

Heather M Crockett
    on behalf of Interested Party State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Jacqueline Paige Smothers
    on behalf of Interested Party State of Alaska paige.smothers@alaska.gov

James Treece
    on behalf of Creditor Missouri Department of Revenue james.treece@dor.mo.gov

John G. Willard
    on behalf of Interested Party API Innovation Center jgwillard@spencerfane.com cwilkison@spencerfane.com;bcollins@spencerfane.com

Joseph Richard Schlotzhauer
    on behalf of U.S. Trustee Office of US Trustee joseph.schlotzhauer@usdoj.gov

Joshua M Watts
    on behalf of Interested Party JMB Capital Partners Lending  LLC josh.watts@nortonrosefulbright.com

Joshua Michael Jones
    on behalf of Interested Party United States of America joshua.m.jones@usdoj.gov rebecca.ferguson@usdoj.gov;peggy.dryden@usdoj.gov;caseview.ecf@usdoj.gov;usamoe.crimdock@usdoj.gov;usamoe.civldock@usdoj.gov

Justin D Leonard
    on behalf of Interested Party State of Oregon justin.leonard@doj.oregon.gov

Laura Toledo
    on behalf of Interested Party TTAM 2.0  LLC ltoledo@atllp.com, blabrier@atllp.com

Lauren A. Michaels
    on behalf of Creditor Commonwealth of Pennsylvania  Office of Attorney General, Bureau of Consumer Protection lmichaels@attorneygeneral.gov

Lawrence E. Parres
    on behalf of Debtor 23andMe Holding Co. lparres@lewisrice.com  larry-parres-3537@ecf.pacerpro.com

Layla Milligan
    on behalf of Interested Party State of Texas layla.milligan@oag.texas.gov

Lillian Leona Frank
    on behalf of Interested Party State of Indiana Leona.Frank@atg.in.gov  marie.baker@atg.in.gov

Marvin E. Clements
    on behalf of Interested Party State of Tennessee agbankmo@ag.tn.gov

Nathan R Wallace
    on behalf of Debtor 23andMe Holding Co. nrw@carmodymacdonald.com kxd@carmodymacdonald.com;ala@carmodymacdonald.com

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 17, 2025 | Form ID: omphvbk | Total Noticed: 13 |

Nicholas J. Zluticky
　　on behalf of Creditor Committee Official Committee of Unsecured Creditors nicholas.zluticky@stinson.com

Norman Siegel
　　on behalf of Creditor Data Breach Class Action Plaintiffs siegel@stuevesiegel.com

Office of US Trustee
　　USTPRegion13.SL.ECF@USDOJ.gov

Robert Padjen
　　on behalf of Interested Party State of Colorado robert.padjen@coag.gov

Robert E Eggmann, III
　　on behalf of Debtor 23andMe Holding Co. ree@carmodymacdonald.com
　　thr@carmodymacdonald.com;ala@carmodymacdonald.com;kxd@carmodymacdonald.com

Roma N Desai
　　on behalf of Interested Party State of Texas roma.desai@oag.texas.gov

Shawn M Christianson
　　on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Thomas H Riske
　　on behalf of Debtor LPRXOne LLC thr@carmodymacdonald.com  kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
　　on behalf of Debtor 23andMe Holding Co. thr@carmodymacdonald.com
　　kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
　　on behalf of Debtor Lemonaid Community Pharmacy  Inc. thr@carmodymacdonald.com,
　　kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
　　on behalf of Plaintiff 23andMe  Inc. thr@carmodymacdonald.com, kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
　　on behalf of Debtor Lemonaid Health  Inc. thr@carmodymacdonald.com,
　　kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
　　on behalf of Plaintiff 23andMe Holding Co. thr@carmodymacdonald.com
　　kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
　　on behalf of Debtor LPharm RX LLC thr@carmodymacdonald.com  kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
　　on behalf of Debtor LPRXThree LLC thr@carmodymacdonald.com  kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
　　on behalf of Debtor 23andMe Pharmacy Holdings  Inc. thr@carmodymacdonald.com,
　　kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
　　on behalf of Debtor LPharm CS LLC thr@carmodymacdonald.com  kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
　　on behalf of Debtor Lemonaid Pharmacy Holdings Inc. thr@carmodymacdonald.com
　　kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
　　on behalf of Debtor LPRXTwo LLC thr@carmodymacdonald.com  kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
　　on behalf of Debtor LPharm INS LLC thr@carmodymacdonald.com
　　kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
　　on behalf of Debtor 23andMe  Inc. thr@carmodymacdonald.com, kxd@carmodymacdonald.com;ala@carmodymacdonald.com

TOTAL: 48