# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § § § § | Chapter 11 |
| | | Case No. 25-40976-357 |
| **23ANDME HOLDING CO.,** *et al.*, | | **(Jointly Administered)** |
| Debtors.[1] | | Hearing Date: April 22, 2025 |
| | | Hearing Time: 1:30 p.m. (Central Time) |
| | | Hearing Location: Courtroom 5 North |

## PROPOSED AGENDA FOR HEARING
## ON APRIL 22, 2025 AT 1:30 P.M. (PREVAILING CENTRAL TIME)

Location of Hearing: United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton U.S. Courthouse, before the Honorable Brian C. Walsh, Courtroom 5 North, 111 South 10th Street, St. Louis, MO 63102

.

1. <u>DIP Loan</u> – Debtors' Motion for Entry of (I) an Order Authorizing (A) Entry Into and Performance Under the Binding DIP Term Sheet, Including Payment of the Commitment Ree and Work Fee Thereunder, and (B) Granting Related Relief and (II) an Order (A) Authorizing the Debtors to Obtain Postpetition Financing, Grant Liens, and Provide Superpriority Administrative Expense Claims, (B) Modifying the Automatic Stay, and (C) Granting Related Relief [Dkt. No. 28].

    <u>Status</u>: This matter is going forward.

    <u>Objections</u>: Limited Objection Filed by Creditor Core Weave Inc. [Dkt. No. 238].

2. <u>Cash Management</u> - Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing (A) Continued Use of Cash Management System, (B) Maintenance of Bank Accounts and Business Forms,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: LPRXOne LLC (3447), 23andMe Holding Co (0344), 23andMe Pharmacy Holding Inc (4690) Lemonaid Community Pharmacy Inc (7330), Lemonaid Health Inc (6739), Lemonaid Pharmacy Holdings Inc (6500) LPharm CS LLC (1125), LPHARM INS LLC (9800), LPharm RX LLC (7746), LPRXThree LLC (3852), and LPRXTwo LLC (1595).  The address of the Debtors' principal place of business is 1015 Locust Street, Suite 420, St. Louis, MO 63101.

(C) Performance of Intercompany Transactions, and (D) Certain Prepetition Obligations to be Honored; (II) Granting Administrative Expense Priority Status to Postpetition Intercompany Claims Against the Debtors; (III) Waiving Strict Compliance With 11 U.S.C. § 345(B) and Certain Operating Guidelines, as Applicable; and (IV) Granting Related Relief [Dkt. No. 12].

    Status: This matter is going forward

    Objections: None

3. PC Obligations – Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor and Incur Obligations Related to Non-Debtor Medical Corporations and (II) Granting Related Relief [Dkt. No. 7].

    Status: This matter is going forward.

    Objections: None

4. Customer Programs – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Dkt. No. 9].

    Status: This matter is going forward.

    Objections: None

5. Critical Vendors – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Prepetition Claims of (A) Certain Critical Vendors, (B) Lien Claimants, (C) 503(B)(9) Claimants, and (D) Foreign Vendors, (II) Granting Administrative Expense Priority to and Authorizing the Payment of Outstanding Orders, and (III) Granting Related Relief [Dkt. No. 15].

    Status: This matter is going forward.

    Objections: None

6. Wages – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Prepetition Employee Wages and Benefits and (B) Continue Employee Benefits Programs and Pay Related Obligations and (II) Granting Related Relief [Dkt. No. 11].

       Status: This matter is going forward.

       Objections: None

7.    Taxes – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Dkt. No. 14].

       Status: This matter is going forward.

       Objections: None

8.    Kroll Retention - Debtors' Application for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent and Administrative Advisor Effective as of the Petition Date [Dkt. No. 8].

       Status: This matter is going forward.

       Objections: None

9.    Insurance – Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue Prepetition Insurance Policies and Pay All Prepetition Obligations in Respect Thereof and (II) Granting Related Relief Dkt. No. 13].

       Status: This matter is going forward.

       Objections: None

10.   Utilities – Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies to Have Adequate Assurance of Future Payment, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief [Dkt. No. 25].

       Status: This matter is going forward.

       Objections: None

11.   NOL – Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to

   Common Stock of 23andMe Holding Co against Debtor and (II) Granting Related Relief [Dkt. No. 6].

    Status: This matter is going forward.

    Objections: None

12.  Case Management - Debtors' Motion for Entry of an Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief [Dkt. No. 10].

    Status: This matter is going forward.

    Objections: Opposition Response Filed by Creditor Data Breach Class Action Plaintiffs [Dkt. No. 250].

13.  Rejection Motion - Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Executory Contracts and Unexpired Leases and (B) Abandonment of Certain Personal Property, if any, Each Effective as of the Petition Date and (II) Granting Related Relief [Dkt. No. 5].

    Status: This matter is going forward with the exception of the rejection of the lease of KR OP Tech, LLC, which Debtors have agreed to adjourn until April 29, 2025.

    Objections: Objection Filed by Creditor Core Weave, Inc. [Dkt. No. 273].

14.  Carmody Retention - Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Carmody MacDonald P.C. as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Dkt. No. 35].

    Status: This matter is going forward.

    Objections: None

15.  PW Retention – Debtor's Application for Entry of Interim and Final Orders Authorizing the Retention and Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Attorneys for the Debtor and Debtors in Possession Effective as of the Petition Date [Dkt. No. 31].

    Status: This matter is going forward.

4

<blockquote>

Objections: None

16.   Moelis Retention – Debtors' Application for Entry of Interim and Final Orders Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker for the Debtors and Debtors in Possession Effective as of the Petition Date [Dkt. No. 29].

Status: This matter is going forward.

Objections: None

17.   A&M Retention – Debtor's Application for Entry of Interim and Final Orders (I) Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC and (II) Designating Matthew E. Kvarda as Chief Restructuring Officer of the Debtor s and Certain Additional Personnel, in Each Case, Effective as of the Petition Date [Dkt. No. 34].

Status: This matter is going forward.

Objections: None

18.   GP Retention – Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Goodwin Procter LLP as Special Counsel on Behalf of and at the Sole Discretion of the Special Committee of the Board of Directors of 23andMe Holding Co., Effective as of the Petition Date [Dkt. No. 42].

Status: This matter is going forward.

Objections: None

19.   LR Retention – Debtor's Application for Entry of an Order Authorizing the Employment and Retention of Lewis Rice LLC as Special Local Counsel on Behalf of and at the Sole Discretion of the Special Committee of the Board of Directors of 23andMe Holding Co., Effective as of the Petition Date [Dkt. No. 43].

Status: This matter is going forward.

Objections: None

</blockquote>

Dated:  April 20, 2025

St. Louis, Missouri

**Carmody MacDonald P.C.**
/s/ Thomas H. Riske
Thomas H Riske #61838MO
Robert E. Eggmann #37374MO
Nathan R. Wallace #74890MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone:   (314) 854-8600
Facsimile:   (314) 854-8660
Email:       thr@carmodymacdonald.com
             ree@carmodaymacdonald.com
             nrw@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Jessica I. Choi (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*
1285 Avenue of the Americas
New York, New York 10019
Telephone:   (212) 373-3000
Facsimile:   (212) 757-3990
Email:       pbasta@paulweiss.com
             chopkins@paulweiss.com
             jchoi@paulweiss.com
             ghotz@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*