UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-40976 (BCW) |
| | ) | |
| 23ANDMEHOLDING CO., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### STATE OF TENNESSEE'S JOINDER TO NAAG CLIENT STATES' MOTION FOR THE APPOINTMENT OF A CONSUMER PRIVACY OMBUDSMAN AND A SECURITY EXAMINER PURSUANT TO 11 U.S.C. SECTIONS 105(a), 332, 363(b)(1) AND FEDERAL RULE OF BANKRUPTCYPROCEDURE 6004(G)

Comes now the State of Tennessee, by and through the Office of the Tennessee Attorney General, and joins in the NAAG Client States' Motion for the Appointment of a Consumer Privacy Ombudsman and a Security Examiner Pursuant to 11 U.S.C Sections 105(a), 332, 363(b)(1) and Federal Rule of Bankruptcy Procedure 6004(G), document #239.

Respectfully submitted,

**Jonathan Skrmetti**
**Tennessee Attorney General**

*/s/ Marvin E. Clements, Jr.*
Marvin E. Clements, Jr. (TN BPR # 016031)
Senior Assistant Attorney General
Office of the TN Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202
Phone: (615) 741-1935
marvin.clements@ag.tn.gov

*Attorney for The State of Tennessee*

**Dated: April 21, 2025.**

**CERTIFICATE OF SERVICE**

    I certify that on <u>April 21, 2025,</u> a copy of the foregoing was served upon all parties of record who receive notice electronically via the Court's CM/ECF system.

                                               <u>/s/ Marvin E. Clements, Jr.</u>
                                               Marvin E. Clements, Jr.