UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976 |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

PLEASE TAKE NOTICE that the undersigned counsel, having previously filed a Verified Motion for Pro Hac Vice (Docket No. 52), which the Court granted (Docket No. 59), hereby withdrawals his appearance on behalf of TTAM 2.0, LLC in the above-captioned bankruptcy case, and requests that he be removed from all service lists in the above-captioned proceedings.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

Dated: April 21, 2025

/s/ *Jason Kestecher*
Jason Kestecher

Respectfully submitted,

/s/ *Erin M. Edelman*
Erin M. Edelman, MO 67374
David Going, MO 33435
Laura Toledo, MO 56954
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 621-5065
eedelman@atllp.com
dgoing@atllp.com
ltoledo@atllp.com

*Local Counsel for TTAM 2.0, LLC*

Joe Larkin (admitted *pro hac vice*)
One Rodney Square
920 N. King Street
Wilmington, DE 12801
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Telephone: (302) 651-3124
Facsimile: (302) 651-3001

Ron Meisler (admitted *pro hac vice*)
320 S. Canal Street
Chicago, IL 60606
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Telephone: (312) 407-0549
Facsimile: (312) 407-0411

Evan Hill (admitted *pro hac vice*)
One Manhattan West
New York, NY 10001
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Telephone: (212) 735-2737
Facsimile: (212) 735-2000

*Counsel for TTAM 2.0, LLC*