# SUPPLEMENTAL EXHIBIT A

**BRENNA BIRD**
ATTORNEY GENERAL

**WILLIAM R. PEARSON**
ASSISTANT ATTORNEY GENERAL



1305 E. WALNUT ST.
DES MOINES, IA 50319
Main: 515-281-5164 • Direct: 515-242-6773
Email: william.pearson@ag.iowa.gov
www.iowaattorneygeneral.gov

**IOWA DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**

April 17, 2025

SENT VIA ELECTRONIC MAIL

Abigail R. Ryan
Bankruptcy Counsel
National Association of Attorneys General
1850 M Street NW, 12th Floor
Washington, DC 20036
aryan@naag.org

RE:  In re: 23ANDMEHOLDING CO., et al.,
     Case No. 25-40976

Dear Ms. Ryan,

The State of Iowa is in receipt of the Motion to Appoint Consumer Privacy Ombudsman and Security Examiner, Docket No. 239, and the Motion to Expedite, Docket No. 240, filed in the above-captioned case. We have carefully reviewed and fully support the Motion to Appoint Consumer Privacy Ombudsman and Security Examiner and the Motion to Expedite. You are expressly authorized and encouraged to share this letter with the Honorable Brian C. Walsh, U.S. Bankruptcy Judge for the Eastern District of Missouri, who is presiding over this case.

Thank you for your assistance and courtesies.

Very truly yours,

WILLIAM R. PEARSON



| | | |
|---|---|---|
| **PHILIP D. MURPHY**<br>*Governor*<br>**TAHESHA L. WAY**<br>*Lt. Governor* | *State of New Jersey*<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | **MATTHEW J. PLATKIN**<br>*Attorney General*<br>**MICHAEL C. WALTERS**<br>Acting *Director* |

April 17, 2025

<u>VIA ELECTRONIC MAIL</u>
Abigail R. Ryan
Bankruptcy Counsel
National Association of Attorneys General
1850 M Street NW, 12th Floor
Washington, DC 20036
aryan@naag.org

    Re:    <u>In re: 23ANDMEHOLDING CO., et al.,</u>
              Case No. 25-40976

Dear Ms. Ryan:

    We are in receipt of the Motion to Appoint Consumer Privacy Ombudsman and Security Examiner, Docket No. 239, and the Motion to Expedite, Docket No. 240, filed in the above-captioned case. We have carefully reviewed and fully support the Motion to Appoint Consumer Privacy Ombudsman Security Examiner and the Motion to Expedite. You are expressly authorized and encouraged to share this letter with the Honorable Brian C. Walsh, U.S. Bankruptcy Judge for the Eastern District of Missouri, St. Louis Division, who is presiding over this case.

    Thank you for your assistance and courtesies.

                      Very truly yours,
                      MATTHEW J. PLATKIN
                      ATTORNEY GENERAL OF NEW JERSEY

                      By: _____
                      Kashif T. Chand
                      Deputy Attorney General
                      Chief, Data Privacy & Cybersecurity Section
                      New Jersey Division of Law
                      124 Halsey Street, 5th Floor
                      Newark, NJ 07101

