UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>23ANDME HOLDING CO., *et al.*,[1]<br>     Debtors. | Case No. 25-40976-357<br>Chapter 11<br><br>(Jointly Administered)<br><br>Hearing Date:  April 22, 2025<br>Hearing Time:  1:30 p.m.<br><br>Related Doc. 5 |

**ORDER (I) AUTHORIZING (A) REJECTION OF
CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES
AND (B) ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY, EACH
EFFECTIVE AS OF THE PETITION DATE, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order") (a) authorizing the Debtors to (i) reject the Contracts and Leases set forth on **Exhibit A** to this Order and (ii) abandon the Personal Property that may be located at the Premises, if any, in each case, effective as of the Petition Date and (b) granting related relief, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and rule 9.01(B) of the Local Rules of the United States District Court for the Eastern District of Missouri; and this Court having found that this is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and this Court having found that

---

[1] A The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are:  23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595).  The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Each of the Contracts and Leases set forth on **Exhibit A** attached to this Order, including, to the extent applicable, any agreements, amendments, and modifications thereto, is rejected pursuant to section 365 of the Bankruptcy Code, and the Debtors' rights to possession of the Premises (as applicable) are terminated, effective as of the Petition Date.

3. Pursuant to section 554(a) of the Bankruptcy Code, the Debtors are authorized to abandon any Personal Property located on the Premises free and clear of all liens, claims, encumbrances, interests, and rights of third parties, and all such property is deemed abandoned as of the Petition Date. The applicable counterparty to each Lease may utilize or dispose of such Personal Property in its sole and absolute discretion without further notice or liability to the Debtors or any party claiming an interest in such abandoned property. The automatic stay, to the extent applicable, is modified to allow for such utilization or disposition. To the extent the Debtors

seek to abandon Personal Property that contains any "personally identifiable information," as that term is defined in section 101(41A) of the Bankruptcy Code, or other personal and/or confidential information about the Debtors' employees and/or customers, or any other individual, including, but not limited to, genetic material and information (the "Confidential Information"), the Debtors shall remove the Confidential Information from such property before abandonment in a manner that is secure and prevents unlawful use or disclosure and is compliant with applicable state and federal law.

4.      Claims arising out of the rejection of the Contracts and Leases must be filed on or before the later of (a) 30 days after entry of this Order and (b) the claims bar deadline for filing proofs of claim against any of the Debtors, as set by an order of this Court.

5.      Notwithstanding the relief granted herein and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) other than with respect to the Contracts and Leases, a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law; (h) a waiver of the obligation of any party in interest to file a

proof of claim; or (i) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection of, or seek avoidance of, all such liens.

6. Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

7. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

10. No later than two business days after entry of this Order, the Debtors shall serve a copy of this Order on the Notice Parties and shall file a certificate of service no later 24 hours after service.

Dated:  April 23, 2025
St. Louis, Missouri
cjs

Brian C. Walsh
United States Bankruptcy Judge

**Order Prepared By:**

**Carmody MacDonald P.C.**
Thomas H. Riske #61838MO
Nathan R. Wallace #74890MO
Jackson J. Gilkey #73716MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone:     (314) 854-8600
Facsimile:      (314) 854-8660
Email:            thr@carmodymacdonald.com
                     nrw@carmodymacdonald.com
                     jjg@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Jessica I. Choi (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:     (212) 373-3000
Facsimile:      (212) 757-3990
Email:            pbasta@paulweiss.com
                     chopkins@paulweiss.com
                     jchoi@paulweiss.com
                     ghotz@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

## Exhibit A

## The Contracts and Leases

## Lease Contract Rejection Exhibit

| # | Counterparty Name | Debtor Counterparty | Description of Contract[1] | Property Address | Description of Abandoned property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| 1 | 221 N MATHILDA, LLC / SCG Grove 221, LLC | 23ANDME, INC. | LEASE AGREEMENT SUNNYVALE OFFICE, DATED 01/24/2019 | 223 N. MATHILDA AVENUE, SUNNYVALE, CA 94086 | Furniture and fixtures | 3/23/2025 |
| 2 | COREWEAVE, INC. | 23ANDME, INC. | SUBLEASE AGREEMENT SUNNYVALE OFFICE, DATED 08/15/2024 | 223 N. MATHILDA AVENUE, SUNNYVALE, CA 94086 | -- | 3/23/2025 |

**Notes**
[1] The agreements referenced herein include any amendments or modifications thereto

**Other Contract Rejection Exhibit**

| # | Counterparty Name | Debtor Counterparty | Description of Contract[1] | Counterparty Address | Rejection Effective Date |
|---|---|---|---|---|---|
| 1 | ABM INDUSTRY GROUPS, LLC | 23ANDME, INC. | ADDENDUM NO. 1 TO THE MASTER SERVICES AGREEMENT DATED 11/09/2020 | 14141 SOUTHWEST FREEWAY, SUITE 477 SUGAR LAND, TX 77478 | 3/23/2025 |
| 2 | ABM INDUSTRY GROUPS, LLC | 23ANDME, INC. | EXHIBIT A STATEMENT OF WORK #4 DATED 08/22/2022 | 14141 SOUTHWEST FREEWAY, SUITE 477 SUGAR LAND, TX 77478 | 3/23/2025 |
| 3 | ABM INDUSTRY GROUPS, LLC | 23ANDME, INC. | STATEMENT OF WORK #3 DATED 04/18/2022 | 14141 SOUTHWEST FREEWAY, SUITE 477 SUGAR LAND, TX 77478 | 3/23/2025 |
| 4 | ACCO ENGINEERED SYSTEMS | 23ANDME, INC. | MAINTENANCE SERVICE AGREEMENT DATED 10/07/2019 | 300 BROADWAY STREET SUITE 20 SAN FRANCISCO, CA 94133-4529 | 3/23/2025 |
| 5 | ADVANCED CHEMICAL TRANSPORT, INC. | 23ANDME, INC. | MASTER SERVICES AGREEMENT DATED 01/22/2025 | 967 MABURY ROAD SAN JOSE, CA 95133 | 3/23/2025 |
| 6 | ADVANCED CHEMICAL TRANSPORT, INC. | 23ANDME, INC. | LETTER AGREEMENT DATED 04/27/2020 | 967 MABURY ROAD SAN JOSE, CA 95133 | 3/23/2025 |
| 7 | ALLIED UNIVERSAL SECURITY SERVICES | 23ANDME, INC. | TERMINATION LETTER FOR THE STATEMENT OF WORK #4 DATED 10/09/2024 | 229 N FIRST STREET SAN JOSE, CA 95132 | 3/23/2025 |
| 8 | AUTOMATED BUILDING CONTROL SOLUTIONS | 23ANDME, INC. | TERMS AND CONDITIONS DATED 12/20/2021 | 330 MATHEW STREET SANTA CLARA, CA 95050 | 3/23/2025 |
| 9 | BENCHLING, INC. | 23ANDME, INC. | SALES ORDER DATED 06/24/2024 | 555 MONTGOMERY STREET #1700 SAN FRANCISCO, CA 94111 | 3/23/2025 |
| 10 | BENCHLING, INC. | 23ANDME, INC. | SALES ORDER DATED 06/24/2024 | 555 MONTGOMERY STREET #1700 SAN FRANCISCO, CA 94111 | 3/23/2025 |
| 11 | BENCHLING, INC., | 23ANDME, INC. | CUSTOMER AGREEMENT DATED 04/30/2021 | 555 MONTGOMERY STREET #1700 SAN FRANCISCO, CA 94111 | 3/23/2025 |
| 12 | BRAVOSOLUTION UK LTD | 23ANDME, INC. | USER AGREEMENT DATED (None entered) | 3020 CARRINGTON MILL BLVD SUITE 100 MORRISVILLE, NC 27560 | 3/23/2025 |
| 13 | CINTAS CORPORATION NO. 2 | 23ANDME, INC. | DATED 10/08/2019 | 6800 CINTAS BLVD. CINCINNATI, OH 45262-5737 | 3/23/2025 |

## Other Contract Rejection Exhibit

| # | Counterparty Name | Debtor Counterparty | Description of Contract[1] | Counterparty Address | Rejection Effective Date |
|---|---|---|---|---|---|
| 14 | CONTROLLED CONTAMINATION SERVICES, LLC | 23ANDME, INC. | JANITORIAL CLEANING PROPOSAL DATED 01/01/2020 | 6150 LUSK BLVD SUITE 205B SAN DIEGO, CA 92121 | 3/23/2025 |
| 15 | EGNYTE, INC. | 23ANDME, INC. | RENEWAL ORDER FORM DATED 05/26/2024 | 1350 W. MIDDLEFIELD RD MOUNTAIN VIEW, CA 94043 | 3/23/2025 |
| 16 | EGNYTE, INC. | 23ANDME, INC. | RENEWAL ORDER FORM DATED 05/26/2024 | 1350 W. MIDDLEFIELD RD MOUNTAIN VIEW, CA 94043 | 3/23/2025 |
| 17 | EGNYTE, INC. | 23ANDME, INC. | ORDER FORM DATED 05/21/2021 | 1350 W. MIDDLEFIELD RD MOUNTAIN VIEW, CA 94043 | 3/23/2025 |
| 18 | ENVOY, INC. | 23ANDME, INC. | NOTICE OF THE NON-RENEWAL OF THE ORDER FORM DATED 05/04/2024 | 410 TOWNSEND STREET 4TH FLOOR SAN FRANCISCO, CA 94107 | 3/23/2025 |
| 19 | ENVOY, INC. | 23ANDME, INC. | SAAS AGREEMENT DATED 05/04/2024 | 410 TOWNSEND STREET 4TH FLOOR SAN FRANCISCO, CA 94107 | 3/23/2025 |
| 20 | JAGGAER, LLC | 23ANDME, INC. | ORDER FORM DATED 09/09/2023 | 3020 CARRINGTON MILL BLVD SUITE 100 MORRISVILLE, NC 27560 | 3/23/2025 |
| 21 | JAGGAER, LLC | 23ANDME, INC. | ORDER FORM DATED 09/09/2022 | 3020 CARRINGTON MILL BLVD SUITE 100 MORRISVILLE, NC 27560 | 3/23/2025 |
| 22 | LINKEDIN CORPORATION | 23ANDME, INC. | TALENT TRANSFORMATION CONFERENCE DATED 03/13/2020 | 1000 W. MAUDE AVENUE SUNNYVALE, CA 94085 | 3/23/2025 |
| 23 | LINKEDIN CORPORATION | 23ANDME, INC. | ORDER FORM DATED 09/14/2023 | 1000 W. MAUDE AVENUE SUNNYVALE, CA 94085 | 3/23/2025 |
| 24 | O'SULLIVAN VENDING & COFFEE SERVICES | 23ANDME, INC. | TERMINATION OF THE STATEMENT OF WORK DATED 09/25/2022 | 3536 ARDEN RD. HAYWARD, CA 94545 | 3/23/2025 |
| 25 | OFFICE SPACE | 23ANDME, INC. | SERVICES AGREEMENT DATED (None entered) | 228 PARK AVENUE S. SUITE 39903 NEW YORK, NY 10003 | 3/23/2025 |
| 26 | OFFICESPACE SOFTWARE INC. | 23ANDME, INC. | SERVICES ORDER FORM DATED 12/01/2019 | 228 PARK AVENUE S. SUITE 39903 NEW YORK, NY 10003 | 3/23/2025 |
| 27 | OFFICESPACE SOFTWARE INC. | 23ANDME, INC. | ATA PROCESSING ADDENDUM DATED 06/01/2022 | 30000 MILL CREEK AVENUE SUITE 300 ALPHARETTA, GA 30022 | 3/23/2025 |
| 28 | OKTA, INC. | 23ANDME, INC. | ORDER FORM DATED 01/19/2024 | 100 1ST STREET SAN FRANCISCO, CA 94105 | 3/23/2025 |
| 29 | PACIFIC GAS AND ELECTRIC COMPANY | 23ANDME, INC. | INTERCONNECTION AGREEMENT DATED 05/28/2020 | 245 MARKET STREET MAIL CODE N7L SAN FRANCISCO, CA 94105-1702 | 3/23/2025 |

Case 25-40976   Doc 311   Filed 04/23/25   Entered 04/23/25 16:01:51   Main Document
Pg 10 of 10

## Other Contract Rejection Exhibit

| # | Counterparty Name | Debtor Counterparty | Description of Contract[1] | Counterparty Address | Rejection Effective Date |
|---|---|---|---|---|---|
| 30 | SHARP ELECTRONICS CORPORATION DBA SHARP BUSINESS SYSTEMS | 23ANDME, INC. | VALUE LEASE SUPPLEMENT DATED 12/03/2019 | 100 PARAGON DRIVE MONTVALE, NJ 07645 | 3/23/2025 |
| 31 | SHARP ELECTRONICS CORPORATION DBA SHARP BUSINESS SYSTEMS | 23ANDME, INC. | LEASE APPLICATION DATED 03/18/2022 | 100 PARAGON DRIVE MONTVALE, NJ 07645 | 3/23/2025 |
| 32 | SILICON VALLEY MECHANICAL, INC. | 23ANDME, INC. | STATEMENT OF WORK #2 DATED 03/01/2024 | 2115 RINGWOOD AVE. SAN JOSE, CA 95131 | 3/23/2025 |
| 33 | SILICON VALLEY MECHANICAL, INC. | 23ANDME, INC. | MASTER SERVICES AGREEMENT DATED 02/01/2023 | 2115 RINGWOOD AVE. SAN JOSE, CA 95131 | 3/23/2025 |
| 34 | SILICON VALLEY MECHANICAL, INC. | 23ANDME, INC. | STATEMENT OF WORK #3 DATED 09/12/2024 | 2115 RINGWOOD AVE. SAN JOSE, CA 95131 | 3/23/2025 |
| 35 | SIMPLE BUT NEEDED, INC. | 23ANDME, INC. | PRIVACY AND SECURITY ADDENDUM DATED 03/15/2021 | 2425 CHANNING WAY BERKELEY, CA 94704 | 3/23/2025 |
| 36 | SIMPLE BUT NEEDED, INC. | 23ANDME, INC. | MASTER SERVICES AGREEMENT DATED 03/15/2021 | 2425 CHANNING WAY BERKELEY, CA 94704 | 3/23/2025 |
| 37 | TWILIO, INC. | 23ANDME, INC. | PLATFORM AGREEMENT (SEGMENT) DATED 08/01/2024 | 101 SPEAR STREET, 5TH FLOOR SAN FRANCISCO, CA 94105 | 3/23/2025 |
| 38 | UNIVERSAL PROTECTION SERVICE, LP DBA ALLIED UNIVERSAL SECURITY SERVICES | 23ANDME, INC. | STATEMENT OF WORK #2 DATED 05/25/2022 | 229 N FIRST STREET SAN JOSE, CA 95132 | 3/23/2025 |
| 39 | VERISK 3E | 23ANDME, INC. | VERISK 3E ORDER FORM – 3E PROTECT DATED 09/29/2020 | 3207 GREY HAWK CT. SUITE 200 CARLSBAD, CA 92010 | 3/23/2025 |
| 40 | VIVREAU USA LP | 23ANDME, INC. | RENTAL AGREEMENT DATED 10/03/2019 | 131 WEST 35TH STREET 8TH FLOOR NEW YORK, NY 10001 | 3/23/2025 |
| 41 | VIVREAU USA LP | 23ANDME, INC. | RENTAL AGREEMENT DATED 11/01/2019 | 14 MADISON ROAD, UNIT D FAIRFIELD, NJ 07004 | 3/23/2025 |

**Notes**
[1] The agreements referenced herein include any amendments or modifications thereto