

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
THOMAS F. EAGLETON U.S. COURTHOUSE
111 SOUTH TENTH STREET, FOURTH FLOOR
ST. LOUIS, MISSOURI 63102
www.moeb.uscourts.gov

DANA C. MCWAY
CLERK OF COURT

DIANA DURKEE AUGUST
CHIEF DEPUTY CLERK

(314) 244-4500
MCVCIS (866) 222-8029, #87
FAX (314) 244-4990
PACER (314) 244-4998

TO:    Delcotto Law Group
       200 N Upper St
       Lexington, KY 40507

DATE:    April 24, 2025

RE:    Motion for Admission Pro Hac Vice

CASE NAME:    25-40976 23andMe Holding

The enclosed documents are being returned to you for the following reasons:

(☒)    Pleading was not signed or does not contain an original signature by the filer.

(☒)    Filing fee was not enclosed with the Motion for Admission Pro Hac Vice. Amount due: $150.00.

Dana McWay, Clerk
U.S. Bankruptcy Court

Jessica Zupnik
Deputy Clerk
United States Bankruptcy Court
Eastern District of Missouri
111 S. Tenth Street, 4th Floor
St. Louis, MO 63102
314-244-4500

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RECEIVED & FILED  returned jz
No payment
+ no sig.

2025 APR 24  AM 11: 05

CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST. LOUIS, MISSOURI

In Re:

23andMe Holding Co., et al.,.

    Debtors

Case No. 25-40976
Chapter 11

Jointly Administered

---

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

---

    Pursuant to Local Bankruptcy Court Rule 2090 and Rule 12.01(E) of the local rules of the United States District Court for the Eastern District of Missouri, I, Laura Day DelCotto ("Movant") move to be admitted pro hac vice to the bar of this court for the purpose of representing Converge Technology Solutions LLC in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

    a.    Full name of the Movant-attorney: Laura Day DelCotto

    b.    Name of the firm or letterhead under which the Movant practices:

        Name:                DelCotto Law Group PLLC
        Address:             200 North Upper Street
        City, State, Zip:     Lexington, KY 40507
        Phone No.          (859) 231-5800
        Fax No.            (859) 281-1179

    c.    Email for Movant-attorney: ldelcotto@dlgfirm.com

    d.    Name of law school(s) Movant attended and the date(s) of graduation therefrom:

    University of Kentucky College of Law (J.D. 1986)

    e.    Bars, state and federal, of which the Movant is a member, with dates of admission and registration numbers, if any:

| Jurisdiction | Year Admitted | Registration Number |
|---|---|---|
| Kentucky Bar Association | 1986 | 81763 |

f.  Movant is currently a member in good standing of all bars of which Movant is a member; the Movant is not under suspension or disbarment from any bar; the Movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the Movant resides or is regularly employed as an attorney.

g.  Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in the Eastern District of Missouri.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted, and that Movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated: April 23, 2025

Respectfully submitted,

DELCOTTO LAW GROUP PLLC

/s/ Laura Day DelCotto
Laura Day DelCotto, Esq.
KY Bar No. 81763
200 North Upper Street
Lexington, KY 40507
Telephone: (859) 231-5800
Facsimile: (859) 281-1179
ldelcotto@dlgfirm.com
COUNSEL FOR CONVERGE
TECHNOLOGY SOLUTIONS LLC

## CERTIFICATE OF SERVICE

      In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing was served by electronic mail, on April 23, 2025 on the email parties on the Combined Master Service List.

                                         /s/ Laura Day DelCotto
                                         COUNSEL FOR CONVERGE
                                         TECHNOLOGY SOLUTIONS LLC

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Rhonda Jennings Blackburn
President

Todd V. McMurtry
President-Elect

Matthew P. Cook
Vice President

W. Fletcher McMurry Schrock
Immediate Past President

Donald H. Combs III
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
LaToi D. Mayo
Stephanie McGehee-Shacklette
Susan Montalvo-Gesser
Susan D. Phillips
Ryan C. Reed
James M. Ridings
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

*LAURA DAY DELCOTTO*
*Delcotto Law Group PLLC*
*The Barton House*
*200 North Upper Street*
*Lexington, Kentucky  40507*

*Membership No. 81763*

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 16th day of April, 2025.

**JOHN MEYERS
REGISTRAR**

By: *Michele Pogrotsky*
Michele M. Pogrotsky, Deputy Registrar



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re:

23andMe Holding Co., et al.,

Debtors

Case No. 25-40976
Chapter 11

Jointly Administered

**ORDER ON MOTION FOR ADMISSION PRO HAC VICE**

The Court, having considered Laura Day DelCotto's motion for admission pro hac vice, has determined that cause exists to grant relief requested. It is, therefore,

**ORDERED** that the motion is GRANTED, and Laura Day DelCotto is admitted pro hac vice to the bar of this Court for the purpose of appearing in this case only.

**Laura Day DelCotto**

**From:** Tresine Callahan
**Sent:** Wednesday, April 23, 2025 1:19 PM
**To:** Laura Day DelCotto; Cynthia Spataro
**Subject:** RE: fed ex or USPO overnight mail today

United States Bankruptcy Court
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th St., 4th Floor
St. Louis, MO 63102



**Tresine Callahan**
Paralegal
DelCotto Law Group PLLC
200 North Upper Street
Lexington, KY 40507
DD: 859-251-7153 | Office: 859-231-5800 | Fax: 859-281-1179
tcallahan@dlgfirm.com | www.dlgfirm.com

*[Handwritten: Thank you – please contact me if anything else is needed – Tresine (paralegal)]*

NOTICE: This message (including attachments) is from a law firm and may contain information which is confidential, privileged, and/or proprietary. If you received this message in error, reading, forwarding, or copying this message may be legally prohibited. If this message was not intended for you, please advise the sender immediately by telephone or reply email and delete this message and any attachments without retaining a copy.

If this message or attachments contain advice about federal tax issues, it may not be used or relied upon for the avoidance of federal tax penalties or to promote any transaction or matter mentioned in this message.

From: Laura Day DelCotto <ldelcotto@dlgfirm.com>
Sent: Wednesday,