## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

|  |  |
|---|---|
| In re: | Case No. 25-40976 |
| 23andMe Holding Co, | Chapter 11 |
| Debtor. | |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Court Rule 2090 and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Ivan Gold ("Movant") move to be admitted pro hac vice to the bar of this court for the purpose of representing KR OP TECH, LLC in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a)  Full name of the movant-attorney: Ivan M. Gold

(b)  Name of the firm or letterhead under which the movant practices:

| | |
|---|---|
| Name: | Allen Matkins Leck Gamble Mallory & Natsis LLP |
| Address: | 3 Embarcadero Center, 12th Floor |
| City, State, Zip: | San Francisco, CA 94111-4074 |
| Phone No.: | 415-273-7431 |
| Fax No.: | 949-553-8354 |

(c)  Email for movant-attorney: igold@allenmatkins.com

(d)  Name of the law school(s) movant attended and the date(s) of graduation therefrom:

UC Law San Francisco (formerly UC Hastings), 1985.

(e)  Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:

| Jurisdiction | Year Admitted | Registration Number |
|---|---|---|
| California | 1985 | 121486 |
| U.S. District Court for the Central District of California | 1987 | |
| U.S. District Court for the Eastern District of California | 1987 | |
| U.S. District Court for the Northern District of California | 1985 | |
| U.S. District Court for the Southern District of California | 2010 | |
| U.S. District Court for the Eastern District of Michigan | 2019 | |

(f) Movant is currently a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in the Eastern District of Missouri.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted, and that Movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated: April 24, 2025

Respectfully submitted,

APPLICANT:

/s/ Ivan M. Gold
Ivan M. Gold  (*pro hac vice* pending)
Allen Matkins Leck Gamble Mallory & Natsis LLP
3 Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Tel: (415) 837-1515
Email: igold@allenmatkins.com

**Counsel to KR OP TECH, LLC**

- 2 -

and

SPENCER FANE LLP

By: /s/ Camber M. Jones
Camber M. Jones          MO Bar No. 71026
2144 E. Republic Rd., Ste. B300
Springfield, MO 65804
Tel: (417) 888-1000
Fax: (417) 881-8035
E-mail: cjones@spencerfane.com

***Local Counsel to KR OP TECH, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of April, 2025, a true and correct copy of the foregoing was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notices in this case.

/s/ Camber M. Jones
Attorney

KC 24323389.1