# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 4/8/2025

**LICENSEE NAME:** Ivan Mark Gold

**LICENSEE BAR NUMBER:** 121486

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/10/1985


**To Whom it May Concern:**


This certificate of standing certifies the record above is a true and correct copy of Ivan Mark Gold's current standing with the State Bar of California as of the issue date.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**

Custodian of Record