UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>23ANDME HOLDING CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-40976<br><br>(Jointly Administered) |

**DECLARATION OF NATALIA MORALES IN SUPPORT OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF KR OP TECH, LLC TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING (A) REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (B) ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY, EACH EFFECTIVE AS OF THE PETITION DATE AND (II) GRANTING RELATED RELIEF [Doc. 5]**

I, Natalia Morales, declare and state as follows:

1. I am a Senior Director, Asset Management for Kilroy Realty Corporation ("KRC"). KRC is a real estate investment trust and is the general partner of Kilroy Realty, L.P. ("KRLP") which is the sole member of KR OP Tech, LLC, a Delaware limited liability company ("KR OP").

2. My duties as Senior Director, Asset Management for KRC include responsibility for operations and management of KR OP's real property commonly known as 349 Oyster Point Boulevard, South San Francisco, California (the "Building") which Building is part of a three (3) building project commonly known as Oyster Point Tech Center (the "Project") that KR OP acquired from Oyster Point Tech Center LLC ("Original Landlord") in or about January of 2018.

3. As a consequence of my position as Senior Director, Asset Management, I am one of the custodians of the books, records, and files of KR OP relating to KR OP's leases for space in the Building and Project which books, records, and files are maintained by KR OP in the ordinary course of business. If called upon to testify in this proceeding, as to the matters set forth in this declaration, I could and would competently testify thereto under oath, since the facts set forth herein are personally known to me to be true or are based upon my review of KR OP's business records.

4. KR OP, as successor-in-interest in the Project to Original Landlord, and 23andMe, Inc. ("Tenant Debtor"), as tenant, are parties to that certain Triple Net Lease dated November 3, 2016 (as amended, the "Oyster Point Tech Center Lease") for approximately 65,340 rentable square feet of space (the "Premises") consisting of the entire rentable square feet in the Building. The Oyster Point Tech Center Lease provides for the use of the Premises only for general business office, administration, laboratory, research and development use, including a vivarium, and no other business or purpose without the prior consent of KR OP.

5. On or about March 24, 2025, Eli Fry of Tenant Debtor sent Peter Dowley of KRC an email (the "March 24 Email") which attached certain letters dated March 23, 2025 (the "Rejection Letters"). True and correct copies of the March 24 Email and attached Rejection Letters are collectively attached hereto as Exhibit "1".

6. On April 15, 2025, Nick McEwain of Tenant Debtor sent Jessica Hart of KRC an email notifying KR OP that Tenant Debtor has scheduled a final "Hazwaste" pickup for April 23, 2025, in the Building. A true and correct copy of Nick McEwain's email is attached hereto as Exhibit "2".

7. On or about April 22, 2025, Tenant Debtor, through its counsel, sent KR OP an inventory of material and items that Tenant Debtor sought to remove from the Building as part of its scheduled "Hazwaste" pickup scheduled for April 23, 2025. A true and correct copy of Tenant Debtor's list of material and items is attached hereto and incorporated herein as Exhibit "3" (the "Hazwaste Items").

8. On April 23, 2025, Tenant Debtor accessed the Building together with its contractor for the purpose of removing the Hazwaste Items.

9. On or about April 22, 2025, Tenant Debtor, through its counsel, also notified KR OP that it had scheduled an inspection of the Building by San Mateo County on April 24, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 24, 2025, at Los Angeles, California.

Natalia Morales

4905-4139-0646.2

Dated: April 25, 2025 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Camber M. Jones*
　　　　　　　　　　　　　　　　　　　Camber M. Jones  MO Bar No. 71026
　　　　　　　　　　　　　　　　　　　2144 E. Republic Rd., Ste. B300
　　　　　　　　　　　　　　　　　　　Springfield, MO 65804
　　　　　　　　　　　　　　　　　　　Telephone: (417) 888-1000
　　　　　　　　　　　　　　　　　　　Facsimile: (417) 881-8035
　　　　　　　　　　　　　　　　　　　E-mail: cjones@spencerfane.com
　　　　　　　　　　　　　　　　　　　**Local Counsel to KR OP TECH, LLC**

　　　　　　　　　　　　　　　　　　　and
　　　　　　　　　　　　　　　　　　　*/s/ Michael S. Greger*
　　　　　　　　　　　　　　　　　　　Michael S. Greger, Esquire (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Ivan M. Gold (*pro hac vice* pending)
　　　　　　　　　　　　　　　　　　　ALLEN MATKINS LECK GAMBLE
　　　　　　　　　　　　　　　　　　　 MALLORY & NATSIS LLP
　　　　　　　　　　　　　　　　　　　2010 Main Street, 8th Floor
　　　　　　　　　　　　　　　　　　　Irvine, CA 92614
　　　　　　　　　　　　　　　　　　　Telephone: (949) 553-1313
　　　　　　　　　　　　　　　　　　　Facsimile: (949) 553-8354
　　　　　　　　　　　　　　　　　　　E-mail: mgreger@allenmatkins.com
　　　　　　　　　　　　　　　　　　　E-mail: igold@allenmatkins.com
　　　　　　　　　　　　　　　　　　　**Counsel for KR OP Realty, L.P.**

## CERTIFICATE OF SERVICE

　　　The undersigned certifies, under penalty of perjury, that on April 25, 2025, the foregoing document was electronically filed with the Clerk of Court using the Eastern District of Missouri CM/ECF and the document was thereby served electronically through the CM/ECF system to all parties who have appeared in this action.

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Camber M. Jones*