**From:** Eli Fry <elif@23andme.com>
**Sent:** Monday, March 24, 2025 7:00:00 AM
**To:** Dowley, Peter <pdowley@kilroyrealty.com>
**Cc:** Joe Selsavage <joes@23andme.com>; Guy Chayoun <guyc@23andme.com>
**Subject:** 349 Oyster Point Blvd Notification

Peter,
I am writing to let you know that yesterday, 23andMe initiated voluntary Chapter 11 proceedings. Our press release can be found here. As a part of the process we have filed to reject our lease at 349 Oyster Point Blvd. The attached documents have been sent to the appropriate contacts as outlined per the lease.

Regards,
Eli Fry

**EXHIBIT 1**



23andMe, Inc.
870 Market Street, Suite 415
San Francisco, California 94102
650.933.9472 phone

March 23, 2025

Oyster Point Tech Center LLC
c/o Bentall Kennedy (U.S.) Limited Partnership
Attn: Director of Asset Management
1215 Fourth Avenue, Suite 2400
Seattle, WA 98161

Dear Sir or Madam,

This letter serves as formal notification that, as of March 23, 2025, 23andMe, Inc., a Delaware Corporation, filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the Eastern District of Missouri.

As you are aware, 23andMe, Inc. has vacated the premises located at 349 Oyster Point Boulevard, South San Francisco, California 94080. In connection with the bankruptcy proceedings, 23andMe, Inc. intends to reject the lease agreement for this property, effective as of the petition date, March 23, 2025.

The lease in question relates to Oyster Point Tech Center LLC, a Delaware limited liability company (the "**Original Landlord**"). The Original Landlord and 23andMe, Inc., as tenant (the "**Tenant**") are parties to that certain Triple Net Lease dated as of November 3, 2016 (the "**Original Lease**"), as amended by (i) that certain Commencement Date Memorandum signed by Original Landlord on January 24, 2017 and by Tenant on January 23, 2017 (the "**Commencement Date Memorandum**"), (ii) that certain First Amendment to Lease dated May 3, 2019 between Landlord and Tenant (the "**First Amendment**"), (iii) that certain Second Amendment to Lease dated January 26, 2021 between Landlord and Tenant (the "**Second Amendment**"), and (iv) that certain Third Amendment to Lease dated February 28, 2022 between Landlord and Tenant (the "**Third Amendment**", which together with the Original Lease, the Commencement Date Memorandum, the First Amendment, and the Second Amendment is the "**Lease**"), whereby the Original Landlord leases to Tenant and Tenant leases from Landlord, certain space (the "**Premises**"), containing a total of 65,340 rentable square feet, known as Suites 1, 2, 3 and 4 on the first (1st) and second (2nd) floors of the building (the "**Building**") located at 349 Oyster Point Boulevard, South San Francisco, California 94080. The Premises consists of the entirety of the rentable square footage in the Building. The Building is part of a three (3) building project commonly known as Oyster Point Tech Center.

In addition to this letter, you will receive service of the motion to reject the Lease that 23andMe, Inc. filed in the bankruptcy court, along with further details, in due course. Please direct any inquiries regarding this matter to my bankruptcy counsel, Guy Chayoun, at guyc@23andme.com.

Sincerely,

Joe Selsavage
Chief Financial Officer



23andMe, Inc.
870 Market Street, Suite 415
San Francisco, California 94102
650.933.9472 phone

March 23, 2025

Oyster Point Tech Center LLC
c/o NewTower Trust Company
Attn: President - Robert B. Edwards
7315 Wisconsin Avenue, Suite 350
West Bethesda, MD 20814

Dear Sir or Madam,

This letter serves as formal notification that, as of March 23, 2025, 23andMe, Inc., a Delaware Corporation, filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the Eastern District of Missouri.

As you are aware, 23andMe, Inc. has vacated the premises located at 349 Oyster Point Boulevard, South San Francisco, California 94080. In connection with the bankruptcy proceedings, 23andMe, Inc. intends to reject the lease agreement for this property, effective as of the petition date, March 23, 2025.

The lease in question relates to Oyster Point Tech Center LLC, a Delaware limited liability company (the "**Original Landlord**"). The Original Landlord and 23andMe, Inc., as tenant (the "**Tenant**") are parties to that certain Triple Net Lease dated as of November 3, 2016 (the "**Original Lease**"), as amended by (i) that certain Commencement Date Memorandum signed by Original Landlord on January 24, 2017 and by Tenant on January 23, 2017 (the "**Commencement Date Memorandum**"), (ii) that certain First Amendment to Lease dated May 3, 2019 between Landlord and Tenant (the "**First Amendment**"), (iii) that certain Second Amendment to Lease dated January 26, 2021 between Landlord and Tenant (the "**Second Amendment**"), and (iv) that certain Third Amendment to Lease dated February 28, 2022 between Landlord and Tenant (the "**Third Amendment**", which together with the Original Lease, the Commencement Date Memorandum, the First Amendment, and the Second Amendment is the "**Lease**"), whereby the Original Landlord leases to Tenant and Tenant leases from Landlord, certain space (the "**Premises**"), containing a total of 65,340 rentable square feet, known as Suites 1, 2, 3 and 4 on the first (1st) and second (2nd) floors of the building (the "**Building**") located at 349 Oyster Point Boulevard, South San Francisco, California 94080. The Premises consists of the entirety of the rentable square footage in the Building. The Building is part of a three (3) building project commonly known as Oyster Point Tech Center.

In addition to this letter, you will receive service of the motion to reject the Lease that 23andMe, Inc. filed in the bankruptcy court, along with further details, in due course. Please direct any inquiries regarding this matter to my bankruptcy counsel, Guy Chayoun, at guyc@23andme.com.

Sincerely,

*Joe Selsavage*
Joe Selsavage
Chief Financial Officer



23andMe, Inc.
870 Market Street, Suite 415
San Francisco, California 94102
650.933.9472 phone

March 23, 2025

McNaul Ebel Nawrot & Helgren PLLC
Attn: Erin G. Howshar
600 University Street, Suite 2700
Seattle, WA 98101

Dear Sir or Madam,

This letter serves as formal notification that, as of March 23, 2025, 23andMe, Inc., a Delaware Corporation, filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the Eastern District of Missouri.

As you are aware, 23andMe, Inc. has vacated the premises located at 349 Oyster Point Boulevard, South San Francisco, California 94080. In connection with the bankruptcy proceedings, 23andMe, Inc. intends to reject the lease agreement for this property, effective as of the petition date, March 23, 2025.

The lease in question relates to Oyster Point Tech Center LLC, a Delaware limited liability company (the "**Original Landlord**"). The Original Landlord and 23andMe, Inc., as tenant (the "**Tenant**") are parties to that certain Triple Net Lease dated as of November 3, 2016 (the "**Original Lease**"), as amended by (i) that certain Commencement Date Memorandum signed by Original Landlord on January 24, 2017 and by Tenant on January 23, 2017 (the "**Commencement Date Memorandum**"), (ii) that certain First Amendment to Lease dated May 3, 2019 between Landlord and Tenant (the "**First Amendment**"), (iii) that certain Second Amendment to Lease dated January 26, 2021 between Landlord and Tenant (the "**Second Amendment**"), and (iv) that certain Third Amendment to Lease dated February 28, 2022 between Landlord and Tenant (the "**Third Amendment**", which together with the Original Lease, the Commencement Date Memorandum, the First Amendment, and the Second Amendment is the "**Lease**"), whereby the Original Landlord leases to Tenant and Tenant leases from Landlord, certain space (the "**Premises**"), containing a total of 65,340 rentable square feet, known as Suites 1, 2, 3 and 4 on the first (1st) and second (2nd) floors of the building (the "**Building**") located at 349 Oyster Point Boulevard, South San Francisco, California 94080. The Premises consists of the entirety of the rentable square footage in the Building. The Building is part of a three (3) building project commonly known as Oyster Point Tech Center.

In addition to this letter, you will receive service of the motion to reject the Lease that 23andMe, Inc. filed in the bankruptcy court, along with further details, in due course. Please direct any inquiries regarding this matter to my bankruptcy counsel, Guy Chayoun, at guyc@23andme.com.

Sincerely,

Joe Selsavage
Chief Financial Officer