**From:** Nick McElwain <nickm@23andme.com>
**Sent:** Tuesday, April 15, 2025 1:08 PM
**To:** Hart, Jessica <JHart@kilroyrealty.com>
**Cc:** Margaret Adams <madams@23andme.com>
**Subject:** ACT Hazwaste Pickup

We have a scheduled date for the final Hazwaste pickup for 4/23. Would you like to grant access to ACT or would you like me on site to manage this?

--
Nicholas McElwain
*Lead Facilities Technician - WEx*
**23andMe, Inc.**

A little spit can go a long way. Join 23andMe.

NOTICE TO RECIPIENT: The information contained in this email message, including any attachments, is confidential and may be privileged. If you have received this email communication in error, please immediately notify the sender and destroy the original message and any copies. Any review, use, distribution or other disclosure of this material is strictly prohibited. Thank you

_____

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system. Thank you.

**EXHIBIT 2**