5495067 IA-10006

04/23/2025

Jason Catalano

**23andME**

**349 Oyster Point Blvd. Suite #23**

**South San Francisco, CA 94080**
   **CAL000422952**

   **Nick  McElwain 360-672-1657**

**BILL TO DEPOSIT**

Aerosols must be transfered from existing container into a new drum.
Label and date both drums
****BILL TO DEPOSIT****

AFTER 830AM** - CALL NICK 1 HOUR PRIOR TO ARRIVAL WITH ETA
POC:Nick McElwain (360) 672-1657

Lab Pack and waste pickup. Lab pack is packed. Bring 1xcyb, 3x96gal bio
bins and 7x55gal otp drums

EWS32390 - transfer broken glassware boxes into CYB or transfer liners
and glassware waste into 55gal OTPs
5x5gal OTPs for repacks

5 - 5 -  - LABPACK- REACTIVE - ACT248346
5 - 5 -  - LABPACK-NON REACTIVE - ACT248349
1 - 55 -  - LABPACK-NON REACTIVE - ACT248349
3 - 5 -  - LABPACK-ACIDS (TREATMENT) - ACT248348
2 - 5 -  - LABPACK-BASES (TREATMENT) - ACT248347
1 - 5 -  - LABPACK-NON REACTIVE - ACT248008

EXHIBIT

3

5495087/ IA-10006

04/23/2025

Jason Catalano

**23andME**

**349 Oyster Point Blvd. Suite #23**

**South San Francisco, CA 94080**
    **CAL000422952**

    **Nick  McElwain 360-672-1657**


        **BILL TO DEPOSIT**

3 - 15 -  - DAB/FAST RED WASTE - 070131570- 23507
1 - 15 -  - LAB DEBRIS W/ ETHIDIUM BROMIDE - 070131570-24401
2 - 30 -  - SOLVENT WASTE - ACT61900
11 - 55 -  - SOLID LAB DEBRIS - EWS32390
1 - 15 -  - VACUUM PUMP OIL - EWS3512
1 - 4 -  - 4FT FLUORESCENT TUBES - AERC-4FT-23A
1 - 5 -  - ALKALINE BATTERIES - AERC-ALK-23A
1 - 5 -  - LEAD ACID BATTERIES - AERC-LEA-23A
1 - 5 -  - LITHIUM BATTERIES - AERC-LIT-23A
1 - 15 -  - U-TUBES/COMPACTS/CIRCULAR - AERC-UTB-23A
2 - 5 -  - LABPACK- REACTIVE - ACT253120
1 - 55 -  - LABPACK-NON REACTIVE - ACT253159
1 - 30 -  - LABPACK-NON REACTIVE - ACT253159
8 - 5 -  - LABPACK-NON REACTIVE - ACT253159
1 - 5 -  - LABPACK- MERCURY COMPOUND (PHARMA CONSOLIDATE) -
ACT253123
6 - 5 -  - LABPACK- REACTIVE - ACT253126
1 - 5 -  - LABPACK-FLAM LIQUID / SOLID FUEL BLENDING - ACT253140
4 - 5 -  - LABPACK-BASES (TREATMENT) - ACT253144
2 - 5 -  - LABPACK-ACIDIC (TREATMENT) - ACT253156
1 - 30 -  - SOLVENT WASTE - ACT61900
1 - 5 -  - FORMALDEHYDE WASTE SOLUTION - ACT61902

5495087 / IA-10006

04/23/2025

Jason Catalano

**23andME**

**349 Oyster Point Blvd. Suite #23**


**South San Francisco, CA 94080**
   **CAL000422952**

   **Nick  McElwain 360-672-1657**


   **BILL TO DEPOSIT**

6 - 96 -  - WASTE TO ENERGY - HW-96-AC-23
2 - 55 -  - NON-RCRA SOLIDS - LOOSEPACK - EWS38087
2 -  - CYB - NON-RCRA LIQUIDS - LOOSEPACK - EWS38086
2 - 5 -  - UNIVERSAL AEROSOLS - ABQ - ACT260717
1 -  - CYB - SOLID LAB DEBRIS - EWS32390
1 - 5 -  - LABPACK- LITHIUM COMPOUND - ACT260913
1 - 15 -  - LABPACK- OXIDIZERS - ACT260915
4 - 5 -  - LABPACK- OXIDIZERS - ACT260915
14 - 5 -  - LABPACK-NON REACTIVE - ACT260926
1 - 55 -  - LABPACK-FLAM LIQ / SOLID FUEL BLENDING - ACT260931
1 - 30 -  - LABPACK-FLAM LIQ / SOLID FUEL BLENDING - ACT260931
1 - 15 -  - LABPACK-FLAM LIQ / SOLID FUEL BLENDING - ACT260931
3 - 5 -  - LABPACK-BASES (TREATMENT) - ACT260933
1 - 15 -  - LABPACK-BASES (TREATMENT) - ACT260933
1 - 55 -  - LABPACK-BASES (TREATMENT) - ACT260933
2 - 5 -  - LABPACK-ACIDS (TREATMENT) - ACT260938
1 - 15 -  - LABPACK-ACIDS (TREATMENT) - ACT260938
1 - 30 -  - LABPACK-ACIDS (TREATMENT) - ACT260938
10 - 5 -  - LABPACK- REACTIVE - ACT260921
8 - HR - Labor - Class B Driver
8 - HR - Labor - Chemist
2 - EA - Personal Protective Equipment - Level D

5495087 IA-10006

04/23/2025

Jason Catalano

**23andME**

**349 Oyster Point Blvd. Suite #23**

**South San Francisco, CA 94080**
  **CAL000422952**

  **Nick  McElwain 360-672-1657**


**BILL TO DEPOSIT**

- EA - Environmental Service Charge
4 - EA - Manifest Fee
3 - EA - 96 Gallon Biohazardous Drums
7 - EA - 55 Gallon Recon Poly Drum UN1H2 - Open Top  with Lever Locks
1 - EA - Cubic Yard Box w/Pallet
7 - EA - 5 Gallon Poly Drum (Carboy) UN3H1 - Closed Top
2 - EA - Bag of Vermiculite
8 - HR - Labor - Technician
8 - HR - Labor - Chemist