UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RECEIVED

2025 APR 25  PM 1:56

CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST. LOUIS, MISSOURI

In Re:

23andMe Holding Co., et al.,.

    Debtors

Case No. 25-40976
Chapter 11

Jointly Administered

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Court Rule 2090 and Rule 12.01(E) of the local rules of the United States District Court for the Eastern District of Missouri, I, Laura Day DelCotto ("Movant") move to be admitted pro hac vice to the bar of this court for the purpose of representing Converge Technology Solutions LLC in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

    a.    Full name of the Movant-attorney: Laura Day DelCotto

    b.    Name of the firm or letterhead under which the Movant practices:

| | |
|---|---|
| Name: | DelCotto Law Group PLLC |
| Address: | 200 North Upper Street |
| City, State, Zip: | Lexington, KY 40507 |
| Phone No. | (859) 231-5800 |
| Fax No. | (859) 281-1179 |

    c.    Email for Movant-attorney: ldelcotto@dlgfirm.com

    d.    Name of law school(s) Movant attended and the date(s) of graduation therefrom:

University of Kentucky College of Law (J.D. 1986)

    e.    Bars, state and federal, of which the Movant is a member, with dates of admission and registration numbers, if any:

| Jurisdiction | Year Admitted | Registration Number |
|---|---|---|
| Kentucky Bar Association | 1986 | 81763 |

f. Movant is currently a member in good standing of all bars of which Movant is a member; the Movant is not under suspension or disbarment from any bar; the Movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the Movant resides or is regularly employed as an attorney.

g. Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in the Eastern District of Missouri.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted, and that Movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated: April 23, 2025

                Respectfully submitted,

                DELCOTTO LAW GROUP PLLC

                */s/ Laura Day DelCotto*
                Laura Day DelCotto, Esq.
                KY Bar No. 81763
                200 North Upper Street
                Lexington, KY 40507
                Telephone: (859) 231-5800
                Facsimile: (859) 281-1179
                ldelcotto@dlgfirm.com
                COUNSEL FOR CONVERGE
                TECHNOLOGY SOLUTIONS LLC

## CERTIFICATE OF SERVICE

      In addition to the parties who will be served electronically by the Court's ECF System, the undersigned certifies that a true and accurate copy of the foregoing was served by electronic mail, on April 23, 2025 on the email parties on the Combined Master Service List.

/s/ *signature*
COUNSEL FOR CONVERGE
TECHNOLOGY SOLUTIONS LLC

3

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Rhonda Jennings Blackburn
President

Todd V. McMurtry
President-Elect

Matthew P. Cook
Vice President

W. Fletcher McMurry Schrock
Immediate Past President

Donald H. Combs III
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
LaToi D. Mayo
Stephanie McGehee-Shacklette
Susan Montalvo-Gesser
Susan D. Phillips
Ryan C. Reed
James M. Ridings
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

*LAURA DAY DELCOTTO*
Delcotto Law Group PLLC
The Barton House
200 North Upper Street
Lexington, Kentucky 40507

## Membership No. 81763

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 16th day of April, 2025.

**JOHN MEYERS**
**REGISTRAR**



By: _Michele Pogrotsky_
Michele M. Pogrotsky, Deputy Registrar