## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976-357 |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Justin Lewenson, declare under penalty of perjury that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 24, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via overnight mail or next business day service on the banks, brokers, dealers, agents, nominees or their agents (collectively, the "*Nominees*") identified on the Depository and Nominees service list attached hereto as **Exhibit A**. The Nominees were provided with instructions and sufficient quantities to distribute the aforementioned documents to the beneficial holders of the Debtors' public securities:

- Notice of (I) Disclosure Procedures Applicable to Certain Holders of Common Stock or Options, (II) Disclosure Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock, and (III) Final Hearing on the Application Thereof, a copy of which is attached hereto as **Exhibit B** (the "*NOL Notice of Final Order*")

In addition to the hard copy service detailed above, on April 24, 2025, at my direction and under my supervision, employees of Kroll caused the NOL Notice of Final Order to be served via email on the Nominee and Depository Service List attached hereto as **Exhibit C**.

Dated: April 25, 2025

*/s/ Justin Lewenson*
Justin Lewenson

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

**<u>Exhibit A</u>**

Exhibit A
Depository and Nominees Service List
Served via Overnight Mail or Next Business Day Service

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| BROADRIDGE | JOBS N18504 | 51 MERCEDES WAY | | EDGEWOOD | NY | 11717 | |
| BETANXT | ATTN Stephany Hernandez | 100 Demarest Drive | | WAYNE | NJ | 07470-0000 | |
| DEPOSITORY TRUST CO | ATTN ED HAIDUK | 570 Washington Boulevard | | JERSEY CITY | NJ | 07310-0000 | |
| DEPOSITORY TRUST CO | ATTN HORACE DALEY | 570 Washington Boulevard | | JERSEY CITY | NJ | 07310-0000 | |
| AMERICAN ENTERPRISE 0216 0756 2146 | ATTN ERIN M  STIELER | 682 AMP FINANCIAL CENTER | | MINNEAPOLIS | MN | 55474 | |
| APEX CLEARING CORPORATION 0158 | ATTN BRIAN DARBY | 350 M ST PAUL SUITE 1300 | | DALLAS | TX | 75201 | |
| AXOS CLEARING LLC 0052 | ATTN LUKE HOLLAND OR PROXY MGR | 15950 West Dodge Road | SUITE 300 | OMAHA | NE | 68118 | |
| BAIRD CO INCORPORATED 0547 | ATTN JAN  SUDFELD | 777 E WISCONSIN AVENUE | 19TH FLOOR | MILWAUKEE | WI | 53202 | |
| BAIRD CO INCORPORATED 0547 | ATTN JANE ERBE OR PROXY MGR | 777 E WISCONSIN AVENUE | | MILWAUKEE | WI | 53202 | |
| BANK NY MELLN 901 2510 2209 2106 | ATTN JENNIFER MAY | 525 WILLIAM PENN PL SUITE 153 0400 | | PITTSBURGH | PA | 15259 | |
| BARCLAY CAP 229 7256 7254 8455 7263 | ATTN Anthony Sciaraffo or Proxy Mgr | 745 SEVENTH AVENUE | 16TH FLOOR | NEW YORK | NY | 10019 | |
| BMO NESBITT BURNS INC CDS 5043 | ATTN PHUTHORN PENIKETT D FERNANDES | BMO FINANCIAL GROUP | 250 YONGE ST 8TH FLOOR | TORONTO | ON | M5B 2M8 | Canada |
| BNP 1569 2147 2154 2787 2884 2885 | ATTN DEAN GALLI OR PROXY DEPT | 525 Washington Blvd 7th floor | | JERSEY CITY | NJ | 07310-0000 | |
| BNP 1569 2147 2154 2884 2885 | ATTN DEAN GALLI OR PROXY DEPT | 525 Washington Blvd 7th floor | | JERSEY CITY | NJ | 07310-0000 | |
| BNP 2787 | ATTN DTC 2787 PROXY DEPARTMENT | 735 Chesterbrook Blvd 2nd Fl | | Wayne | PA | 19087 | |
| BNP PARIBAS 2787 | ATTN D GALLI OR OPS SUPR OR PXY MGR | AD D JOAO II N 49 | | LISBON | PORTUGAL | 1988 028 | Portugal |
| BNP PARIBAS NEW YORK BRANCH 2147 | ATTN G BANFI AARON COLIE PROXY MGR | 525 WASHINGTON BLVD 9TH FLOOR | | JERSEY CITY | NJ | 07310-0000 | |
| BNP PARIBAS NEW YORK BRANCH 2147 | ATTN RONALD PERSAUD | 525 WASHINGTON BLVD | 9TH FLOOR | JERSEY CITY | NJ | 07310-0000 | |
| BNP PARIBAS NY BRANCH 2787 | ATTN DTC 2787 PROXY DEPARTMENT | 735 Chesterbrook Blvd 2nd Fl | | Wayne | PA | 19087 | |
| BNP PARIBAS PB STOCK 2885 | ATN G BANFI OR R PERSAUD OR PXY MGR | 525 WASHINGTON BLVD 9TH FLOOR | | JERSEY CITY | NJ | 07310-0000 | |
| BNY MELLON NEW ENGLAND 0954 | ATTN  SEAN GARRISON OR PROXY MGR | 525 WILLIAM PENN PLACE | SUITE 153 0400 | PITTSBURGH | PA | 15259 | |
| BROWN BROTHERS HARRIMAN CO 0010 | ATTN JERRY TRAVERS | 525 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310-0000 | |
| CANACCORD FINANCIAL LTD 5046 | ATTN AARON CAUGHLAN OR PROXY MGR | PACIFIC CENTER | 2200 609 GRANVILLE STREET | VANCOUVER | BC | V7Y 1H2 | Canada |
| CANACCORD FINANCIAL LTD 5046 | ATN A GOCA OR B THIESSEN OR PXY MGR | PACIFIC CENTER | 2200 609 GRANVILLE STREET | VANCOUVER | BC | V7Y 1H2 | Canada |
| CHARLES SCHWAB CO INC 0164 | ATTN CHRISTINA  YOUNG | 2423 E LINCOLN DRIVE | | PHOENIX | AZ | 85016-1215 | |
| CHARLES SCHWAB CO INC 0164 | ATTN JANA TONGSON OR PROXY MGR | 2423 E LINCOLN DR PHXPEAK 01 1B571A | | PHOENIX | AZ | 85016 | |
| CIBC WORLD MARKETS INC CDS 5030 | ATTN NICASTRO JERRY OR PROXY MGR | 161 BAY ST 10TH FL | | TORONTO | ON | M5J 2S8 | Canada |
| CIBC WORLD MARKETS INC CDS 5030 | ATTN REED JON | CANADIAN IMPERIAL BANK OF COMMERCE | 22 FRONT ST W 7TH FL ATTN CORP ACT | TORONTO | ON | M5J 2W5 | Canada |
| CIBC WORLD MARKETS INC CDS 5030 | ATTN HENRY H LIANG | 22 FRONT ST W | 7TH FLOOR | TORONTO | ON | M5J 2W5 | Canada |
| CIBC WORLD MARKETS INC CDS 5030 | ATTN R ROOPSINGH OR PROXY MGR | 22 FRONT ST | | TORONTO | ON | M5J 2W5 | Canada |
| CITADEL SECURITIES LLC 0395 | ATTN MARCIA BANKS OR PROXY MGR | 131 SOUTH DEARBORN STREET | | CHICAGO | IL | 60603 | |
| CITIBANK NA 0908 | ATTN PAUL WATTERS | 3801 CITIBANK CENTER | B 3RD FLOOR ZONE 12 | TAMPA | FL | 33610 | |
| CITIBANK NA 0908 | ATTN CAROLYN TREBUS OR PROXY MGR | 3800 CITIBANK CENTER B3 12 | | TAMPA | FL | 33610 | |
| CITIGROUP GLOBAL MARKETS 0418 0505 | ATTN ROSE MARIE YODICE OR PROXY MGR | 388 GREENWHICH STREET 11TH FLOOR | | NEW YORK | NY | 10013 | |
| CREDENTIAL SECURITIES INC CDS 5083 | ATTN PROXY DEPARTMENT | 700 1111 WEST GEORGIA ST | | VANCOUVER | BC | V6E4T6 | Canada |
| CREST INTL NOMINEES LIMITED 2012 | ATTN JASON MURKIN OR PROXY MGR | 33 CANNON STREET | | LONDON | UK | EC4M 5SB | United Kingdom |
| CREST INTL NOMINEES LIMITED 2012 | ATTN NATHAN ASHWORTH OR PROXY MGR | 33 CANNON STREET | | LONDON | UK | UK EC4M 5SB | United Kingdom |
| DA DAVIDSON CO 0361 | ATTN RITA LINSKEY OR PROXY MGR | 8 THIRD STREET NORTH | | GREAT FALLS | MT | 59403 | |
| Desjardins Securities inc 5028 | A S Reorganisation Dept | 1 Complexe Desjardins | CP 1200 | Montreal | QC | H5B 1C3 | Canada |
| DESJARDINS SECURITIES INC 5028 | ATTN KARLA DIAZ FOR MATERIALS | VALEURS MOBILIARES DESJARDINS | 2 COMPLEXE DESJARDINS TOUR EST | NIVEAU 62 E1 22 | QC | H5B 1J2 | Canada |
| DESJARDINS SECURITIES INC 5028 | 1253 MCGILL COLLEGE AVEENUE | 10TH FLOOR | | MONTREAL | QC | H3B 2Y5 | Canada |
| DESJARDINS SECURITIES INC CDS 5028 | ATTN VERONIQUE LEMIEUX OR PROXY MGR | 1060 UNIVERSITY STREET | SUITE 101 | MONTREAL | PQ | H5B 5L7 | Canada |

Exhibit A

Depository and Nominees Service List

Served via Overnight Mail or Next Business Day Service

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| DESJARDINS SECURITIES VMD 5028 | Proxy Reorg Events 34B | 1 Complexe Desjardins succ | Desjardins | Montreal | QC | H5B 1B2 | Canada |
| DEUTSCHE BANK SECS CEDEAR 2690 | ATTN PROXY DEPARTMENT | 5022 GATE PARKWAY | MAILSTOP JCK01 0124 | JACKSONVILLE | FL | 32256 | |
| EDWARD D JONES CO 0057 | ATTN ELIZABETH ROLWES | 201 PROGRESS PARKWAY | | MARYLAND HEIGHTS | MO | 63043-3042 | |
| EDWARD D JONES CO 0057 | ATTN AJ MAYTAS OR PROXY MGR | CORPORATE ACTIONS DISTRIBUTION | 12555 MANCHESTER ROAD | ST LOUIS | MO | 63141 | |
| EDWARD JONES CDS 5012 | ATTN Dennis New OR PROXY MGR | 12555 Manchester Road | | ST LOUIS | MO | 63131 | |
| EDWARD JONES CDS 5012 | ATTN DIANE YOUNG | 1255 MANCHESTER ROAD | | ST LOUIS | MO | 63141 | |
| EDWARD JONES CDS 5012 | ATTN KENNIQUE MEALS | CORP ACTION AND DISTRIBUTION | 12555 MANCHESTER ROAD | ST LOUIS | MO | 63131 | |
| FIDELITY CLEARING CANADA 5040 | ATTN LINDA SARGEANT | BELL TRINITY SQUARE SOUTH TOWER | 483 BAY STREET SUITE 200 | TORONTO | ON | M5G 2N7 | Canada |
| FIDELITY CLEARING CANADA ULC 5040 | ATTN CAROL ANDERSON OR PROXY MGR | 483 BAY STREET SOUTH TOWER | SUITE 200 | TORONTO | ON | M5G 2N7 | Canada |
| FIFTH THIRD BANK THE 2116 | ATTN LANCE WELLS | 5001 KINGSLEY DRIVE | MAIL DROP 1MOB2D | CINCINNATI | OH | 45227 | |
| FIFTH THIRD BANK THE 2116 | ATTN CARRIE POTTER OR PROXY MGR | 5001 KINGSLEY DR MAIL DROP 1M0B2D | | CINCINNATI | OH | 45227 | |
| FOLIO FN INVESTMENTS INC 0728 | ATTN ASHLEY THEOBALD OR PROXY MGR | 8180 GREENSBORO DRIVE 8TH FLOOR | | MCLEAN | VA | 22102 | |
| FORTIS CLEARING AMERICAS 0695 0396 | ATTN KIM VILARA | 175 W JACKSON BLVD | SUITE 400 | CHICAGO | IL | 60605 | |
| FUTU CLEARING INC 4272 | ATTN COLETTE REX OR PROXY MGR | 12750 MERIT DR STE 475 | | DALLAS | TX | 75251 | |
| GOLDMAN SACHS CO 0005 | ATTN DEVIN GEIMAN OR PROXY MGR | 30 HUDSON STREET PROXY DEPARTMENT | | JERSEY CITY | NJ | 07302-0000 | |
| GOLDMAN SACHS INTERNATIONAL 5208 | ATTN DEVIN GEIMAN OR PROXY MGR | 30 HUDSON STREET PROXY DEPARTMENT | | JERSEY CITY | NJ | 07302-0000 | |
| HAYWOOD SECURITIES INC CDS 5058 | ATN T GILLRD OR J BRERTN OR PXY MGR | WATERFRONT CENTER SUITE 700 | 200 BURRARD ST | VANCOUVER | BC | V6C 3L6 | Canada |
| HAYWOOD SECURITIES INC CDS 5058 | ATTN ANNA MADILAO | 400 BURRARD STREET | 20TH FLOOR COMMERCE PLACE | VANCOUVER | BC | V6C 3A6 | Canada |
| HSBC BANK USA NA CLEARING 8396 | ATTN JOSEPH TELEWIAK | 545 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310-0000 | |
| HSBC CLEAR 8396 | ATTN BARBARA SKELLY | 545 WASHINGTON BLVD | 10TH FLOOR | JERSEY CITY | NJ | 07302-0000 | |
| HSBC SECURITIES INC 0816 | ATTN CHRIS ARMATO OR PROXY MGR | 1 WEST 39TH STREET | | NEW YORK | NY | 10018 | |
| INGALLS SNYDER LLC 0124 | ATTN MIKE SCURA OR PROXY MGR | 1325 AVENUE OF THE AMERICAS | 18TH FLOOR | NEW YORK | NY | 10019 | |
| INTERACTIVE BROKERS 0017 0534 | Attn Proxy Bankruptcy Dept | 2 Pickwick Plaza 2nd Floor | | GREENWICH | CT | 06830-0000 | |
| INTL FCSTONE INC 0750 | ATTN KEN SIMPSON OR PROXY MGR | 2 PERIMETER PARK SOUTH STE 100 W | | BIRMINGHAM | AL | 35243 | |
| JP MORGAN CLEARING CORP 0352 | ATTN BRODERICK WALKER OR PROXY MGR | DEPT C CASHIER DEPART 1 METROTECH | CENTER NORTH REORG DEPT 4TH FL | BROOKLYN | NY | 11201-3862 | |
| JPMC BLKRK 3622 | ATTN SACHIN GOYAL OR PROXY MGR | 500 STANTON CHRISTIANA ROAD OPS 4 | FLOOR 02 | NEWARK | DE | 19713 | |
| JPMC EURO 1970 | ATTN DTC CUSTODY LINE SACHIN GOYAL | 500 STANTON CHRISTIANA ROAD | | NEWARK | DE | 19713 | |
| JPMC EURO 1970 | ATTN Proxy Dept | 4 METROTECH CENTER 3RD FLOOR | | BROOKLYN | NY | 11245 | |
| JPMORGAN CHASE BANK NA 0902 | ATTN JACOB BACK OR PROXY MGR | 14201 DALLAS PARKWAY 12TH FLOOR | | DALLAS | TX | 75254 | |
| JPMORGAN CHASE BANK NA 0902 | ATTN SACHIN GOYAL | 500 STANTON CHRISTIANA ROAD OPS 4 | FLOOR 02 | NEWARK | DE | 19713-2107 | |
| JPMS JPMC 0352 | ATTN JOHN FAY | 500 STANTON CHRISTIANA ROAD OPS 4 | FLOOR 03 | NEWARK | DE | 19713-2107 | |
| LPL FINANCIAL CORPORATION 0075 | Attn Corporate Actions Dept | 1055 LPL Way | | FORT MILL | SC | 29715 | |
| LPL FINANCIAL CORPORATION 0075 | ATTN MARTHA LANG | 4828 PARKWAY PLAZA BLVD | | CHARLOTTE | NC | 28217 | |
| LPL FINANCIAL CORPORATION 0075 | ATTN CORPORATE ACTIONS | 4707 EXECUTIVE DRIVE | | SAN DIEGO | CA | 92121 | |
| MACKIE RESEARCH 5029 | ATTN TONY RODRIGUES OR PROXY MGR | 199 BAY STREET COMMERCE CRT W | SUITE 4600 | TORONTO | ON | M5L 1G2 | Canada |
| MLPFS 8862 | ATTN EARL WEEKS OR PROXY MGR | 4804 DEERLAKE DR E | | JACKSONVILLE | FL | 32246 | |
| MORGAN STANLEY CO LLC 0015 | ATTN ELIZABETH TELESE | ONE NEW YORK PLAZA 39TH FLOOR | | NEW YORK | NY | 10004 | |
| MORGAN STANLEY CO LLC 50 2187 2267 | ATTN RAQUEL DEL MONTE OR PROXY MGR | ONE NEW YORK PLAZA 41st FLOOR | | NEW YORK | NY | 10004 | |
| MORGAN STANLEY CO LLC 7309 | ATTN RAQUEL DEL MONTE OR PROXY MGR | ONE NEW YORK PLAZA 41st FLOOR | | NEW YORK | NY | 10004 | |
| NATIONAL FINANCIAL SERVICE LLC 0226 | ATTN PETER CLOSS | 499 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310-0000 | |
| NATIONAL FINANCIAL SERVICE LLC 0226 | ATTN SEAN COLE OR PROXY MGR | 499 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310-0000 | |
| NATL BANK FIN INC CDS 5008 | ATTN A MEDEIROS OR PROXY MGR | 1010 RUE DE LA GAUCHETIERE | | MONTREAL | QC | H3B 5J2 | Canada |
| NBCN INC CDS 5008 | ATTN GESTION DE INFO TR 5609 1 | 1010 RUE DE LA GAUCHETIERE | OUEST 17e étage | MONTREAL | QC | H3B 5J2 | Canada |

Exhibit A
Depository and Nominees Service List
Served via Overnight Mail or Next Business Day Service

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| NORTHERN TRUST CO 2669 | ATTN RYAN CHISLETT OR PROXY MGR | 801 S CANAL STREET | ATTN CAPITAL STRUCTURES C1N | CHICAGO | IL | 60607 | |
| OPPENHEIMER CO INC 0571 0303 | ATTN OSCAR MAZARIO OR PROXY MGR | 85 BROAD STREET 4TH FL | | NEW YORK | NY | 10004 | |
| PERSHING LLC 0443 | ATTN JOSEPH LAVARA | ONE PERSHING PLAZA | | JERSEY CITY | NJ | 07399-0000 | |
| PERSHING LLC 0443 | ATTN AL HERNANDEZ OR PROXY MGR | SECURITIES CORPORATION 1 PERSHING | PLAZA 7TH REORG | JERSEY CITY | NJ | 07399-0000 | |
| PHILLIP CAPITAL INC 8460 | ATTN STEVEN MILCAREK | 141 W JACKSON BLVD SUITE 3050 | | CHICAGO | IL | 60604 | |
| PHILLIP CAPITAL INC 8460 | ATTN BILL WEBBER OR PROXY MGR | 141 W JACKSON BLVD | SUITE 1531A | CHICAGO | IL | 60604 | |
| PRIMEVEST 0701 | ATTN ANGELA HANDELAND OR PROXY MGR | 400 1ST STREET SOUTH SUITE 300 ST | | CLOUD | MN | 56301 | |
| PRIMEVEST 0701 | ATTN MARK SCHOUVILLER OR PROXY MGR | 400 1ST STREET SOUTH SUITE 300 ST | | CLOUD | MN | 56301 | |
| Principal Custody Solutions | ATTN PROXY MANAGER | 222 SOUTH 9th ST | SUITE1400 | MINNEAPOLIS | MN | 55402 | |
| QUESTRADE INC 5084 | ATTN MAURIZIO ARANI OR PROXY MGR | 5650 YONGE STREET SUITE 1700 | | TORONTO | ON | M2M 4G3 | Canada |
| RAYMOND JAMES ASSOCIATES INC 0725 | ATTN ROBERTA GREEN | 880 CARILION PARKWAY | | ST PETERSBURG | FL | 33716 | |
| RAYMOND JAMES ASSOCIATES INC 0725 | ATTN GEORGE GREEN OR PROXY MGR | 880 CARILION PARKWAY TOWER 2 4TH FL | | ST PETERSBURG | FL | 33716 | |
| RAYMOND JAMES LTD CDS 5076 | ATTN GINA HAYDEN | 925 GEORGIA STREET | SUITE 2200 | VANCOUVER | BC | V6C 3L2 | Canada |
| RBC CAPITAL MARKET CORPORATION 0235 | ATTN STEVE SCHAFER OR PROXY MGR | 510 MARQUETTE AVE SOUTH | | MINNEAPOLIS | MN | 55402 | |
| RBC DOMINION CDS 5002 | ATTN SHAREHOLDER SERVICES | 180 WELLINGTON ST W 9TH FLOOR | | TORONTO | ON | M5J 0C2 | Canada |
| RBC DOMINION CDS 5002 | ATTN KAREN  OLIVERES | 200 BAY STREET 6TH FLOOR | ROYAL BANK PLAZA NORTH TOWER | TORONTO | ON | M5J 2W7 | Canada |
| RBC INVESTOR SERVICES 0901 | ATTN EMMA SATTAR OR PROXY MGR | 155 WELLINGTON ST W 3RD FLOOR | | TORONTO | ON | M5V 3L3 | Canada |
| RHSECURLLC 6769 | ATTN DAWN PAGLIARO | 500 COLONIAL CENTER PKWY 100 | | LAKE MARY | FL | 32746 | |
| RIDGE CLEARING 0158 | ATTN Yasmine Casseus | Broadridge Financial Sol Reorg Dept | 2 Gateway Center 283 299 Market St | Newark | NJ | 07102-0000 | |
| SCOTIA CAPITAL INC CDS 5011 | ATTN NORMITA RAMIREZ CORP ACT DEPT | 40 KING STREET WEST | | TORONTO | ON | M5H 1H1 | Canada |
| SCOTIA CAPITAL INC CDS 5011 | ATN L NIE OR L DOMINGUES OR PXY MGR | 40 KING STREET WEST | | TORONTO | ON | M5H 1H1 | Canada |
| SEI PRIVATE TRUST COMPANY 2039 2663 | ATTN ERIC GREENE OR PROXY MGR | ONE FREEDOM VALLEY DRIVE | | OAKS | PA | 19456 | |
| SEI PRIVATE TRUST COMPANY 2039 2663 | ATTN MELVIN ALLISON OR PROXY MGR | ONE FREEDOM VALLEY DRIVE | | OAKS | PA | 19456 | |
| SG AMERICAS SECURITIES LLC 0286 | ATTN CHARLES HUGHES OR PROXY MGR | 245 PARK AVE | | NEW YORK | NY | 10167 | |
| SG AMERICAS SECURITIES LLC 0286 | ATTN PAUL MITSAKOS | 480 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310-0000 | |
| STATE STREET 0997 | ATTN MIKE FEELEY ROB RAY PROXY MGR | CORP ACTIONS JAB5E 1776 | HERITAGE DRIVE NORTH | QUINCY | MA | 02171-0000 | |
| STATE STREET 0997 | ATTN PROXY DEPARTMENT | 1 CONGRESS STREET | | BOSTON | MA | 2171 | |
| STATE STREET 2399 | ATTN MARIA SASINOSKI OR PROXY MGR | 525 WILLIAM PENN PLACE ROOM 0300 | | PITTSBURGH | PA | 15259 | |
| STERNE AGEE LEACH INC 0750 | ATTN JAMES MEZRANO | 2 PERIMETER PARK | SUITE 100W | BIRMINGHAM | AL | 35209 | |
| STIFEL NICOLAUS CO 0793 | ATTN CHRIS WIEGAND OR PROXY MGR | 501 N BROADWAY 7TH FL STOCK REC DEP | | ST LOUIS | MO | 63102 | |
| TD WATERHOUSE CANADA INC CDS 5036 | ATTN YOUSUF AHMED OR PROXY MGR | 77 BLOOR STREET WEST | 3RD FLOOR | TORONTO | ON | M4Y 2T1 | Canada |
| TD WATERHOUSE CANADA INC CDS 5036 | ATTN PROXY MANAGER | 77 BLOOR STREET WEST 3RD FLOOR | | TORONTO | ON | M5S 1M2 | Canada |
| THE BANK NY MELLON 901 | ATTN CELESTE MORRIS VICE | 500 GRANT STREET ROOM 151 2610 | | PITTSBURGH | PA | 15259 | |
| THE BANK OF NEW YORK MELLON 0901 | ATTN JENNIFER MAY | 525 WILLIAM PENN PL SUITE 153 0400 | | PITTSBURGH | PA | 15259 | |
| THE NORTHERN TRUST COMPANY 2669 | ATTN RYAN CHISLETT OR PROXY MGR | 801 S CANAL STREET | ATTN CAPITAL STRUCTURES C1N | CHICAGO | IL | 60607 | |
| TRADESTATION 0271 | ATTN PROXY MGR | 8050 SW 10th Street | | Plantation | FL | 33324 | |
| UBS FINANCIAL SERVICES LLC 0221 | ATTN JANE FLOOD OR PROXY MGR | 1000 HARBOR BLVD | | WEEHAWKEN | NJ | 07086-0000 | |
| UBS SECURITIES LLC 0642 | ATTN GREG CONTALDI OR PROXY MGR | 1000 HARBOR BLVD | 5TH FLOOR | WEEHAWKEN | NJ | 07086-0000 | |
| UBS SECURITIES LLC 0642 | ATTN MICHAEL HALLETT | 315 DEADERICK STREET | | NASHVILLE | TN | 37238 | |
| US BANCORP INVESTMENTS INC 0280 | ATTN KATHY DABRUZZI OR PROXY MGR | 60 LIVINGSTON AVE EP MN WN2H | | ST PAUL | MN | 55107-1419 | |
| US BANCORP INVESTMENTS INC 0280 | ATTN KEVIN BROWN | 60 LIVINGSTON AVE | | ST PAUL | MN | 55107-1419 | |
| US BANK NA 2803 | ATTN STEPHANIE KAPTA OR PROXY MGR | 1555 N RIVERCENTER DRIVE SUITE 302 | | MILWAUKEE | WI | 53212 | |

Exhibit A
Depository and Nominees Service List
Served via Overnight Mail or Next Business Day Service

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| US BANK NA 2803 | ATTN PAUL KUXHAUS OR PROXY MGR | 1555 N RIVER CENTER DRIVE SUITE 302 | | MILWAUKEE | WI | 53212 | |
| VANGUARD 0062 | ATTN BEN BEGUIN OR CORPORATE ACTION | 14321 N NORTHSIGHT BLVD | | SCOTTSDALE | AZ | 85260 | |
| VANGUARD MARKETING CORP 0062 | ATTN CORPORATE ACTIONS | 100 VANGUARD BOULEVARD | | MALVERN | PA | 19355 | |
| WEDBUSH MORGAN SECURITIES INC 0103 | ATTN ALAN FERREIRA OR PROXY MGR | 1000 WILSHIRE BLVD | | LOS ANGELES | CA | 90017 | |
| WEDBUSH SECURITIES INC P3 8199 8237 | ATTN ALAN FERREIRA OR PROXY MGR | 1000 WILSHIRE BLVD | SUITE 850 | LOS ANGELES | CA | 90017 | |
| WELLS FARGO CLEARING 0141 | ATTN PROXY DEPARTMENT | One North Jefferson Avenue | | ST LOUIS | MO | 63103 | |

**<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976-357 |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 312** |

**NOTICE OF (I) DISCLOSURE PROCEDURES APPLICABLE
TO CERTAIN HOLDERS OF COMMON STOCK OR OPTIONS,
(II) DISCLOSURE PROCEDURES FOR CERTAIN TRANSFERS OF
AND DECLARATIONS OF WORTHLESSNESS WITH RESPECT TO
COMMON STOCK, AND (III) FINAL HEARING ON THE APPLICATION THEREOF**

**TO:  ALL ENTITIES (AS DEFINED BY SECTION 101(15) OF THE BANKRUPTCY
CODE) THAT MAY HOLD BENEFICIAL OWNERSHIP OF COMMON STOCK OF
23ANDME HOLDING CO. (THE "<u>COMMON STOCK</u>"):**

   **PLEASE TAKE NOTICE** that on March 23, 2025 (the "<u>Petition Date</u>"), the

above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed petitions with

the United States Bankruptcy Court for the Eastern District of Missouri (the "<u>Court</u>") under

chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").  Subject to certain

exceptions, section 362 of the Bankruptcy Code operates as a stay of any act to obtain possession

of property of or from the Debtors' estates or to exercise control over property of or from the

Debtors' estates.

---

[1]   The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are:  23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595).  The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

PLEASE TAKE FURTHER NOTICE that on the Petition Date, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock of 23andMe Holding Co. and (II) Granting Related Relief* [Docket No. 6] (the "Motion").

PLEASE TAKE FURTHER NOTICE that on April 23, 2025, the Court entered the *Final Order (I) Establishing Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock of 23andMe Holding Co. Inc and (II) Granting Related Relief* [Docket No. 312] (the "Order")[2] approving procedures for certain transfers of, and declarations of worthlessness with respect to, Common Stock, set forth in **Exhibit 1** attached to the Order (the "Procedures").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, a Substantial Shareholder or person that may become a Substantial Shareholder may not consummate any purchase, sale, or other transfer of Common Stock or Beneficial Ownership of Common Stock in violation of the Procedures, any such transaction in violation of the Procedures shall be null and void *ab initio*, and certain remedial actions may be required to restore the status quo ante.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, a 50% Shareholder may not claim a worthless stock deduction in respect of the Common Stock or Beneficial Ownership of Common Stock in violation of the Procedures, any such deduction in violation of the Procedures is null and void *ab initio*, and the 50% Shareholder shall be required to file an amended tax return revoking such proposed deduction.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, the Procedures shall apply to the holding and transfers of Common Stock or any Beneficial Ownership therein by a Substantial Shareholder or someone who may become a Substantial Shareholder.

2

**PLEASE TAKE FURTHER NOTICE** that upon the request of any entity, the proposed notice, solicitation, and claims agent for the Debtors, Kroll Restructuring Administration LLC, will provide a copy of the Order and a form of each of the declarations required to be filed by the Procedures in a reasonable period of time. The Order and such declarations are also available via PACER at https://pacer.uscourts.gov/ for a fee, or at no charge by accessing the Debtors' restructuring website at https://restructuring.ra.kroll.com/23andMe.

**PLEASE TAKE FURTHER NOTICE** THAT FAILURE TO FOLLOW THE PROCEDURES SET FORTH IN THE ORDER SHALL CONSTITUTE A VIOLATION OF, AMONG OTHER THINGS, THE AUTOMATIC STAY PROVISIONS OF SECTION 362 OF THE BANKRUPTCY CODE.

**PLEASE TAKE FURTHER NOTICE** THAT ANY PROHIBITED PURCHASE, SALE, OTHER TRANSFER OF, OR DECLARATION OF WORTHLESSNESS WITH RESPECT TO COMMON STOCK OR BENEFICIAL OWNERSHIP THEREIN IN VIOLATION OF THE ORDER IS PROHIBITED AND SHALL BE NULL AND VOID *AB INITIO* AND MAY BE SUBJECT TO ADDITIONAL SANCTIONS AS THIS COURT MAY DETERMINE.

**PLEASE TAKE FURTHER NOTICE** that the requirements set forth in the Order are in addition to the requirements of applicable law and do not excuse compliance therewith.

---

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion or the Order, as applicable.

3

Dated: April 24, 2025
St. Louis, Missouri

Respectfully submitted,

**Carmody MacDonald P.C.**
*/s/ Thomas H. Riske*
Thomas H. Riske #61838MO
Nathan R. Wallace #74890MO
Jackson J. Gilkey #73716MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone:     (314) 854-8600
Facsimile:     (314) 854-8660
Email:          thr@carmodymacdonald.com
                nrw@carmodymacdonald.com
                jjg@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Jessica I. Choi (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:     (212) 373-3000
Facsimile:     (212) 757-3990
Email:          pbasta@paulweiss.com
                chopkins@paulweiss.com
                jchoi@paulweiss.com
                ghotz@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

**<u>Exhibit C</u>**

Exhibit C
Nominee and Depository Service List
Served via email

| NAME | EMAIL |
|---|---|
| Betanxt | corporateactions@betanxt.com; noel.seguin@betanxt.com; michele.kass@betanxt.com; maya.hamdan@betanxt.com; Rachel.Fisher@BetaNXT.com |
| Broadridge | SpecialProcessing@broadridge.com; BankruptcyJobs@broadridge.com |
| Clearstream | nathalie.chataigner@clearstream.com; cherifa.maameri@clearstream.com; CA_Luxembourg@clearstream.com; david.mccauley@clearstream.com; ca_mandatory.events@clearstream.com; hulya.din@clearstream.com |
| DTC | mandatoryreorgannouncements@dtcc.com; voluntaryreorgannouncements@dtcc.com; rgiordano@dtcc.com |
| Euroclear | eb.ca@euroclear.com; JPMorganInformation.Services@jpmorgan.com |
| Sisclear | ca.notices@six-securities-services.com |
| Axos Clearing LLC (0052) | EMAIL ADDRESS ON FILE |
| Bank of America (0955) | EMAIL ADDRESS ON FILE |
| BARCLAYS CAPITAL /BARCLAYS BANK (0229/7254/5101) | EMAIL ADDRESS ON FILE |
| BMO NSBT BURNS (5043) | EMAIL ADDRESS ON FILE |
| BNP PARIBAS (2787/1569/2154/2884/2885/2147) | EMAIL ADDRESS ON FILE |
| CHARLES SCHWAB & CO., INC. (0164) | EMAIL ADDRESS ON FILE |
| CIBC (5030) | EMAIL ADDRESS ON FILE |
| CITIBANK, N.A. (0908/0418/0505/0274) | EMAIL ADDRESS ON FILE |
| DESJARDINS(5028) | EMAIL ADDRESS ON FILE |
| GOLDMAN SACHS (0005 / 5208 / 2941) | EMAIL ADDRESS ON FILE |
| HSBC (816) | EMAIL ADDRESS ON FILE |
| HSBC (8396) | EMAIL ADDRESS ON FILE |
| INGALLS & SNYDER, L.L.C. (0124) | EMAIL ADDRESS ON FILE |
| INTERACTIVE BROKERS/TH (0534) | EMAIL ADDRESS ON FILE |
| INTL FCSTONE, INC.f.k.a STERNE, AGEE & LEACH, INC. (0750) | EMAIL ADDRESS ON FILE |
| J.P. MORGAN CLEARING CORP. (0352/2035/0902) | EMAIL ADDRESS ON FILE |
| LPL FINANCIAL CORPORATION (0075) | EMAIL ADDRESS ON FILE |
| Morgan Stanley (0050) | EMAIL ADDRESS ON FILE |
| NBCN Inc./CDS (5008) | EMAIL ADDRESS ON FILE |
| NORTHERN TRUST CO (2669) | EMAIL ADDRESS ON FILE |
| OPPENHEIMER & CO. INC. (0571) | EMAIL ADDRESS ON FILE |

Exhibit C
Nominee and Depository Service List
Served via email

| NAME | EMAIL |
|---|---|
| BNY Mellon/ Pershing (0443) | EMAIL ADDRESS ON FILE |
| STATE STREET BANK AND TRUST (0997/2319/2950) | EMAIL ADDRESS ON FILE |
| STIFEL, NICOLAUS & CO (0793) | EMAIL ADDRESS ON FILE |
| UBS FINANCIAL SERVICES LLC (0221) | EMAIL ADDRESS ON FILE |
| US Bank (2803) | EMAIL ADDRESS ON FILE |
| WEDBUSH MORGAN SECURITIES (0103) | EMAIL ADDRESS ON FILE |