UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>23ANDME HOLDING CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-40976<br><br>(Jointly Administered)<br><br>**Related Docket No.: 178** |

**REVISED EXHIBIT A AND EXHIBIT B TO MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION AND COMPENSATION OF CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS AND (II) GRANTING RELATED RELIEF**

COMES NOW Debtor 23andMe Holding Co., et al., by and through undersigned counsel, and hereby files its Revised Exhibit A and Exhibit B to its Motion for Entry of an Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief.

Dated: April 25, 2025
St. Louis, Missouri

Respectfully submitted,

**Carmody MacDonald P.C.**
*/s/ Thomas H. Riske*
Thomas H. Riske #61838MO
Nathan R. Wallace #74890MO
Jackson J. Gilkey #73716MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone:   (314) 854-8600
Facsimile:    (314) 854-8660
Email:          thr@carmodymacdonald.com
                     nrw@carmodymacdonald.com
                     jjg@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON &**

**GARRISON LLP**
Paul M. Basta (*pro hac vice* pending)
Christopher Hopkins (*pro hac vice* pending)
Jessica I. Choi (*pro hac vice* pending)
Grace C. Hotz (*pro hac vice* pending)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: pbasta@paulweiss.com
chopkins@paulweiss.com
jchoi@paulweiss.com
ghotz@paulweiss.com

*Proposed Counsel to the Debtors and Debtors in Possession*

**Exhibit A**

**OCP List**

**OCP List**

| Ordinary Course Professional | Description | Tier |
|---|---|---|
| KPMG LLP | Accounting Services - Auditor | Tier 1 |
| Morgan, Lewis & Bockius LLP | Legal Services - Corporate Counsel | Tier 1 |
| Greenberg Traurig LLP | Legal Services - Cyber Litigation & Regulatory | Tier 1 |
| Deloitte & Touche LLP | Accounting Services - SOX & Tax Services | Tier 2 |
| BDO USA LLP | Accounting Services - Tax Filing Support | Tier 3 |
| Reevemark, LLC | Professional Services - Communications | Tier 3 |
| Scale Strategy Operations LLC | Professional Services - Communications | Tier 3 |
| Captiva Advisory, Inc. | Accounting Services - Technical Accounting | Tier 3 |
| Gibson, Dunn & Crutcher LLP | Legal Services - Data Privacy Counsel | Tier 3 |
| Hintze Law PLLC | Legal Services - Privacy Counsel | Tier 4 |
| Wilson Sonsini Goodrich & Rosati | Legal Services - Transactional Counsel | Tier 4 |
| Duane Morris LLP | Legal Services - Intellectual Property | Tier 4 |
| FisherBroyles, LLP | Legal Services - Intellectual Property | Tier 4 |
| Foley & Lardner LLP | Legal Services - Healthcare Counsel | Tier 4 |
| McDonnell Boehnen Hulbert & Berghoff LLP | Legal Services - Intellectual Property | Tier 4 |
| Sheppard Mullin | Legal Services - Litigation Support | Tier 4 |
| Osler Hoskin & Harcourt LLP | Legal Services - Canadian Litigation Counsel | Tier 4 |
| Quarles & Brady LLP | Legal Services - LMND Pharmacy Counsel | Tier 4 |
| Frank, Rimerman+Co LLP | Accounting Services - 401k Audit | Tier 4 |
| Ryan, LLC | Accounting Services - Property Tax | Tier 4 |

**<u>Exhibit B</u>**

**OCP Declaration**

Case 25-40976 Doc 324 Filed 04/25/25 Entered 04/25/25 18:15:36 Main Document Pg 5 of 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>23ANDME HOLDING CO., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-40976-357<br><br>(Jointly Administered) |

DECLARATION AND DISCLOSURE
STATEMENT OF _____
ON BEHALF OF _____

I _____, declare that the following is true to the best of my knowledge, information, and belief:

1. I am a [Title] of [Company], located at [Street, City, State, Zip Code] (the "Firm").

2. 23andMe Holding Co. and its debtor subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Firm provide [description of type of services] services to the Debtors, and the Firm has consented to provide such services (the "Services").

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases,

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties-in-interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases and will use best efforts to avoid any duplication of services provided by any of the Debtors' other Ordinary Course Professionals[2]. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates, with respect to the matters on which the Firm is to be retained.

6. The Debtors owe the Firm $_____ for prepetition services.

7. As of March 23, 2025, the Firm held a prepetition retainer of $_____.

8. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this declaration.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

[2] Capitalized terms used herein but not defined shall have the meaning ascribed to them in the *Debtors' Motion for Entry of an Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. \_\_ ].

Date: _____, 2025

_____
[Name]
[Title]
[Firm Name]