**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**23ANDME HOLDING CO.,** *et al.*,[1]<br>　　　　　　Debtors. | Case No. 25-40976-357<br>Chapter 11<br><br>(Jointly Administered)<br><br>Related Doc. 30 & 125 |

**NOTICE OF EXTENSION OF STALKING
HORSE DEADLINE PURSUANT TO BIDDING PROCEDURES**

**PLEASE TAKE NOTICE** that, on March 23, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of Missouri (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on March 28, 2025, the Court entered the *Order (I) Approving Bidding Procedures for the Sale of the Debtors' Assets, (II) Scheduling Certain Dates and Deadlines With Respect Thereto, (III) Approving the Form and Manner of the Notice Thereof, (IV) Approving Procedures Regarding Entry Into Stalking Horse Agreement(s), If Any, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Approving Procedures for the Sale, Transfer, or Abandonment of De Minimis Assets, and (VII) Granting Related Relief* [Docket No. 125] (the "Bidding Procedures Order"),[2]

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

approving, among other things, Bidding Procedures with respect to the Debtors' proposed sale of Company Assets.[3]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures, the initial deadline for the Debtors to select one or more bidders to act as Stalking Horse Bidder(s) (the "Stalking Horse Deadline") was April 25, 2025.

**PLEASE TAKE FURTHER NOTICE** that (a) the Bidding Procedures Order provides that the Debtors may extend in their discretion the deadlines set forth in the Bidding Procedures Order or the Bidding Procedures and (b) the Bidding Procedures provide that the Debtors have the right to modify the Bidding Procedures in their reasonable business judgment and after consultation with the Consultation Parties, in any manner that will best promote the goals of the bidding process, including, among other things, extending the deadlines set forth in the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order and the Bidding Procedures and following consultation with the Consultation Parties, **the Debtors have extended the Stalking Horse Deadline to April 28, 2025**, as the Debtors continue to negotiate with potential bidders who may be selected as Stalking Horse Bidder(s).

**PLEASE TAKE FURTHER NOTICE** that nothing herein shall limit the Debtors' ability to further modify the Bidding Procedures in accordance with the terms thereof.

[*Reminder of page intentionally left blank*]

---

[3]   The Bidding Procedures are attached as Exhibit 1 to the Bidding Procedures Order.

Dated: April 25, 2025
St. Louis, Missouri

Respectfully submitted,

**Carmody MacDonald P.C.**
/s/ *Thomas H. Riske*
Thomas H. Riske #61838MO
Robert E. Eggmann #37374MO
Nathan R. Wallace #74890MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8600
Facsimile: (314) 854-8660
Email: thr@carmodymacdonald.com
ree@carmodaymacdonald.com
nrw@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Jessica I. Choi (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: pbasta@paulweiss.com
chopkins@paulweiss.com
jchoi@paulweiss.com
ghotz@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*