**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| In re: § | Chapter 11 |
| § | |
| § | Case No. 25-40976-357 |
| 23ANDME HOLDING CO., *et al.*, § | (Jointly Administered) |
| § | |
| Debtors.[1] § | Hearing Date: April 29, 2025 |
| § | Hearing Time: 1:30 p.m. (Central Time) |
| § | Hearing Location: Courtroom 5 North |

**PROPOSED AGENDA FOR HEARING**
**ON APRIL 29, 2025 AT 1:30 P.M. (PREVAILING CENTRAL TIME)**

Location of Hearing:     United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton U.S. Courthouse, before the Honorable Brian C. Walsh, Courtroom 5 North, 111 South 10th Street, St. Louis, MO 63102.

1. <u>Bar Date</u> – Debtors' Motion for Entry of an Order (I) Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief [Dkt. No. 24].

    <u>Status</u>: This matter is going forward.

    <u>Objections</u>: Joint Objection filed by associated States [Dkt. No. 285]; Amended Joint Objection file by associated States [Dkt. No. 286]; Objection filed by Data Breach Victim Class Action Plaintiffs [Dkt. No. 290]; Joinder to Objection of the States filed by Creditors Commonwealth of Pennsylvania et al. [Dkt. No 288].

2. <u>Data Representative</u> - Debtors' Motion for Entry of an Order (I) Appointing and Independent Customer Data Representative and (II) Granting Related Relief [Dkt. No. 169]; Motions for Appointment of Consumer Privacy Ombudsman and Joinders filed by various parties

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: LPRXOne LLC (3447), 23andMe Holding Co (0344), 23andMe Pharmacy Holding Inc (4690) Lemonaid Community Pharmacy Inc (7330), Lemonaid Health Inc (6739), Lemonaid Pharmacy Holdings Inc (6500) LPharm CS LLC (1125), LPHARM INS LLC (9800), LPharm RX LLC (7746), LPRXThree LLC (3852), and LPRXTwo LLC (1595).  The address of the Debtors' principal place of business is 1015 Locust Street, Suite 420, St. Louis, MO 63101.

in interest [Dkt. Nos. 181, 195, 239, 244, 246, 248, 254, 282, 284, 292]

Status: This matter is going forward.

Objections: Objection filed by the United States Trustee and Joinders filed by various parties in interest [Dkt. Nos. 195, 244, 246, 254, 284];; Objection and Joinder filed by State of Texas [Dkt. No. 294]; Joint Objection filed by associated States [Dkt. No. 295].

3. Retention of Ordinary Course Professionals – Debtors' Motion for Entry of an Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Dkt. No. 178].

Status: This matter is going forward.

Objections: None

4. Rejection –Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Executory Contracts and Unexpired Leases and (B) Abandonment of Certain Personal Property, if any, Each Effective as of the Petition Date and (II) Granting Related Relief [Dkt. No. 5]

Status: This matter is going forward as a status conference with respect to the objection of KP OP Tech, LLC.

Objections: Objection filed by KR OP Tech, LLC [Dkt. No. 317]

Dated:  April 27, 2025
St. Louis, Missouri

**Carmody MacDonald P.C.**
/s/ Thomas H. Riske_____
Thomas H Riske #61838MO
Robert E. Eggmann #37374MO
Nathan R. Wallace #74890MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone:    (314) 854-8600
Facsimile:     (314) 854-8660
Email:           thr@carmodymacdonald.com
                     ree@carmodaymacdonald.com

2

    nrw@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Jessica I. Choi (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*
1285 Avenue of the Americas
New York, New York 10019
Telephone:   (212) 373-3000
Facsimile:   (212) 757-3990
Email:   pbasta@paulweiss.com
    chopkins@paulweiss.com
    jchoi@paulweiss.com
    ghotz@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*