**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

| | |
|---|---|
| **In re:** | **Case No.:** 25−40976 − B357 |
| 23andMe Holding Co. | **Chapter:** 11 |
| **Debtor(s)** | |

## ORDER ON MOTION FOR ADMISSION PRO HAC VICE

The Court, having considered Laura Day DelCotto's motion for admission *pro hac vice*, has determined that cause exists to grant the relief requested. It is, therefore,

ORDERED that the motion is GRANTED, and Laura Day DelCotto is admitted pro hac vice to the bar of this Court for the purpose of appearing in this case only.

*/s/ Brian C. Walsh*

**U. S. Bankruptcy Judge**

**Dated:** 4/25/25
**St. Louis, Missouri**
**Rev. 09/16 omphvbk**

United States Bankruptcy Court
Eastern District of Missouri

In re:  Case No. 25-40976-bcw
23andMe Holding Co.  Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4      User: admin      Page 1 of 4
Date Rcvd: Apr 25, 2025      Form ID: omphvbk      Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 23andMe Holding Co., 870 Market Street, Room 415, San Francisco, CA 94102-3010 |
| aty | + | Alysa Z Hutnik, Washington Harbour, Suite 400, 3050 K Street, NW, Washington, DC 20007-5108 |
| aty | + | Cari Campen Laufenberg, Keller Rohrback L.L.P., 1201 Third Ave., Suite 3400, Seattle, WA 98101-3268 |
| aty | + | Christopher Hopkins, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Deborah A. Hoehne, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Evan Hill, Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, New York, NY 10001-0193 |
| aty | + | Grace C Hotz, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Ivan M. Gold, 3 Embarcadero Center, 12th Floor, San Francisco, CA 94111-4003 |
| aty | + | James A. Copeland, 1301 Avenue of the Americas, New York, NY 10019-6022 |
| aty | + | Jason Adams, Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007-2759 |
| aty | + | Jessica I Choi, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Jillian R Dent, Stueve Siegel Hanson LLP, 460 Nichols Road, Suite 200, Kansas City, MO 64112-2003 |
| aty | + | Joe Larkin, Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, 920 N. King Street, Wilmington, DE 19801-3356 |
| aty | + | Justin Simms, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Katherine M Lynn, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Kristian W Gluck, 2200 Ross Ave., Suite 3600, Dallas, TX 75201-7921 |
| aty | + | Laura Day DelCotto, DelCotto Law Group PLLC, 200 North Upper Street, Lexington, KY 40507-1017 |
| aty | + | Lauren Castillo, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Maeghan J McLoughlin, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007-2439 |
| aty | + | Matthew Tyler Davis, Keller Benvenutti Kim LLP, 425 Market Street, 26th Floor, San Francisco, CA 94105-5401 |
| aty | + | Max H Siegel, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Michael S Greger, 2010 Main Street, 8th Floor, Irvine, CA 92614-7203 |
| aty | + | Moshe Jacob, Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, New York, NY 10001-0193 |
| aty | + | Paul M. Basta, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| aty | + | Robert J. Lemons, 620 Eighth Avenue, New York, NY 10018-1618 |
| aty | + | Robert M Hirsh, 1301 Avenue of the Americas, New York, NY 10019-6022 |
| aty | + | Ron E Meisler, 320 S Canal Street, Chicago, IL 60606-5707 |
| aty | + | Steven L Yachik, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007-2439 |
| aty | + | Tobias S Keller, Keller Benvenutti Kim LLP, 425 Market Street, 26th Floor, San Francisco, CA 94105-5401 |
| aty | + | William A. Clareman, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| intp | + | API Innovation Center, 20 S. Sarah Street, St. Louis, MO 63108-2819 |
| intp | + | Amanda Austin, 3324 Granada St., Edinburg, TX 78542-2196 |
| cr | + | Core Weave Inc., 101 Eisenhower Parkway, Roseland, NJ 07068-1050 |
| crcm | + | Jellyfish US Limited, Attn.: Peter Acimovic, 155 Avenue of the Americas, 11th Floor, New York, NY 10013-1507 |
| op | + | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| intp | + | NAAG Client States, National Assoc. of Attys. General, 1850 M Street NW, 12th Floor, Washington, DC 20036 UNITED STATES 20036-5882 |
| intp | + | State of Alaska, State of Alaska, 1031 W 4th Ave, Anchorage, AK 99501, UNITED STATES 99501-5900 |
| intp | | State of Indiana, Office of the Indiana Attorney General, 302 W Washington St, IGCS-5th Floor, Indianapolis, IN 46204 |
| intp | + | TTAM 2.0, LLC, c/o Armstrong Teasdale LLP, 7700 Forsyth Blvd, Suite 1800, St. Louis, MO 63105-1807 |
| crcm | | Telus International Services Limited, Attn.: Jeff Brown, Voxpro House Point Village East Wall Roa, Dublin, IRELAND |
| crcmch | + | Whitney S. Grubb, Committee Chair, c/o Alexander F. Schalow, Labaton Keller Sucharow, 140 Broadway, New York, NY 10005-1108 |
| crcm | + | Workday, Inc., 6110 Stoneridge Mall Road, Attn: Joel Smith, Pleasonton, CA 94588-3211 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0865-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 25, 2025 | Form ID: omphvbk | Total Noticed: 50 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | ^ MEBN | Apr 25 2025 22:33:27 | Commonwealth of Pennsylvania, Office of Attorney G, 1251 Waterfront Place, Mezzanine Level, Attn: Lauren Michaels, Pittsburgh, PA 15222, UNITED STATES 15222-4227 |
| op | ^ MEBN | Apr 25 2025 22:33:19 | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| crcm | ^ MEBN | Apr 25 2025 22:33:20 | Laboratory Corporation of America Holdings and Sub, Attn: Matthew Mall, 531 South Spring Street, Burlington, NC 27215-5866 |
| cr | + Email/Text: ecfnotices@dor.mo.gov | Apr 25 2025 22:46:00 | Missouri Department of Revenue, Bankruptcy Unit, PO Box 475, 301 W High St, Jefferson City, MO 65101-1517 |
| cr | + Email/Text: schristianson@buchalter.com | Apr 25 2025 22:46:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, Esq., 425 Market Street, Suite 2900, San Francisco, CA 94105-2491 |
| intp | + Email/Text: bankruptcy@coag.gov | Apr 25 2025 22:46:00 | State of Colorado, Colorado Department of Law, 1300 Broadway, 8th Floor, Denver, CO 80203, UNITED STATES 80203-2104 |
| intp | + Email/Text: bankruptcy.notices@ag.state.mn.us | Apr 25 2025 22:46:00 | State of Minnesota, Minnesota Attorney General's Office, 445 Minnesota Street, Suite 1400, St. Paul, MN 55101-2131 |
| intp | + Email/Text: AGBankAGO@ag.tn.gov | Apr 25 2025 22:46:00 | State of Tennessee, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN, UNITED STATES 37202-4015 |
| intp | + Email/Text: bcd@oag.texas.gov | Apr 25 2025 22:46:00 | State of Texas, c/o Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548, UNITED STATES 78711-2548 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|

Case 25-40976   Doc 328   Filed 04/27/25   Entered 04/27/25 23:22:12   Imaged
Certificate of Notice   Pg 4 of 5

| District/off: 0865-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 25, 2025 | Form ID: omphvbk | Total Noticed: 50 |

A. Thomas DeWoskin
    on behalf of Creditor Core Weave Inc. tdewoskin@dmfirm.com  sray@dmfirm.com

Abigail Rushing Ryan
    on behalf of Interested Party NAAG Client States aryan@naag.org

Abigail Rushing Ryan
    on behalf of Interested Party National Association of Attorneys General aryan@naag.org

Caleb M. Lewis
    on behalf of Creditor State of Missouri ex rel Attorney General Andrew Bailey caleb.lewis@ago.mo.gov

Camber Jones
    on behalf of Creditor KR OP Tech  LLC cjones@spencerfane.com, klane@spencerfane.com;camber-jones-5741@ecf.pacerpro.com

Carole J. Ryczek
    on behalf of U.S. Trustee Office of US Trustee carole.ryczek@usdoj.gov

Christopher Hunt
    on behalf of Interested Party Commonwealth of Kentucky ex rel. Office of Attorney General chrisd.hunt@ky.gov

Dalila Z Jordan
    on behalf of Interested Party State of Minnesota dalila.jordan@ag.state.mn.us

Daniel M Nadal
    on behalf of Interested Party The People of the State of California daniel.nadal@doj.ca.gov

David L. Going
    on behalf of Interested Party TTAM 2.0  LLC dgoing@armstrongteasdale.com, jscharf@armstrongteasdale.com

Eric R Wilson
    on behalf of Creditor Committee Official Committee of Unsecured Creditors kdwbankruptcydepartment@kelleydrye.com

Erin M. Edelman
    on behalf of Interested Party TTAM 2.0  LLC eedelman@armstrongteasdale.com

Heather M Crockett
    on behalf of Interested Party State of Indiana heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Jacqueline Paige Smothers
    on behalf of Interested Party State of Alaska paige.smothers@alaska.gov

James Treece
    on behalf of Creditor Missouri Department of Revenue james.treece@dor.mo.gov

John G. Willard
    on behalf of Interested Party API Innovation Center jgwillard@spencerfane.com cwilkison@spencerfane.com;bcollins@spencerfane.com

Joseph Richard Schlotzhauer
    on behalf of U.S. Trustee Office of US Trustee joseph.schlotzhauer@usdoj.gov

Joshua M Watts
    on behalf of Interested Party JMB Capital Partners Lending  LLC josh.watts@nortonrosefulbright.com

Joshua Michael Jones
    on behalf of Interested Party United States of America joshua.m.jones@usdoj.gov rebecca.ferguson@usdoj.gov;peggy.dryden@usdoj.gov;caseview.ecf@usdoj.gov;usamoe.crimdock@usdoj.gov;usamoe.civldock@usdoj.gov

Justin D Leonard
    on behalf of Interested Party State of Oregon justin.leonard@doj.oregon.gov

Laura Toledo
    on behalf of Interested Party TTAM 2.0  LLC ltoledo@atllp.com, blabrier@atllp.com

Lauren A. Michaels
    on behalf of Creditor Commonwealth of Pennsylvania  Office of Attorney General, Bureau of Consumer Protection lmichaels@attorneygeneral.gov

Lawrence E. Parres
    on behalf of Debtor 23andMe Holding Co. lparres@lewisrice.com  larry-parres-3537@ecf.pacerpro.com

Layla Milligan
    on behalf of Interested Party State of Texas layla.milligan@oag.texas.gov

Lillian Leona Frank
    on behalf of Interested Party State of Indiana Leona.Frank@atg.in.gov  marie.baker@atg.in.gov

Mark A. Bogdanowicz
    on behalf of Creditor KR OP Tech  LLC mbogdanowicz@spencerfane.com

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 25, 2025 | Form ID: omphvbk | Total Noticed: 50 |

Marvin E. Clements
    on behalf of Interested Party State of Tennessee agbankmo@ag.tn.gov

Nathan R Wallace
    on behalf of Debtor 23andMe Holding Co. nrw@carmodymacdonald.com
    kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Nicholas J. Zluticky
    on behalf of Creditor Committee Official Committee of Unsecured Creditors nicholas.zluticky@stinson.com

Norman Siegel
    on behalf of Creditor Data Breach Class Action Plaintiffs siegel@stuevesiegel.com  perez@stuevesiegel.com

Office of US Trustee
    USTPRegion13.SL.ECF@USDOJ.gov

Robert Padjen
    on behalf of Interested Party State of Colorado robert.padjen@coag.gov

Robert E Eggmann, III
    on behalf of Debtor 23andMe Holding Co. ree@carmodymacdonald.com
    thr@carmodymacdonald.com;ala@carmodymacdonald.com;kxd@carmodymacdonald.com

Roma N Desai
    on behalf of Interested Party State of Texas roma.desai@oag.texas.gov

Seth B Shapiro
    on behalf of Interested Party U.S. Department of Justice  National Security Division seth.shapiro@usdoj.gov

Shawn M Christianson
    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Thomas H Riske
    on behalf of Debtor 23andMe  Inc. thr@carmodymacdonald.com, kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor LPRXOne LLC thr@carmodymacdonald.com  kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor 23andMe Holding Co. thr@carmodymacdonald.com
    kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor Lemonaid Community Pharmacy  Inc. thr@carmodymacdonald.com,
    kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Plaintiff 23andMe  Inc. thr@carmodymacdonald.com, kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor Lemonaid Health  Inc. thr@carmodymacdonald.com,
    kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Plaintiff 23andMe Holding Co. thr@carmodymacdonald.com
    kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor LPharm RX LLC thr@carmodymacdonald.com  kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor LPRXThree LLC thr@carmodymacdonald.com  kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor 23andMe Pharmacy Holdings  Inc. thr@carmodymacdonald.com,
    kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor LPharm CS LLC thr@carmodymacdonald.com  kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor Lemonaid Pharmacy Holdings Inc. thr@carmodymacdonald.com
    kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor LPRXTwo LLC thr@carmodymacdonald.com  kxd@carmodymacdonald.com;ala@carmodymacdonald.com

Thomas H Riske
    on behalf of Debtor LPharm INS LLC thr@carmodymacdonald.com
    kxd@carmodymacdonald.com;ala@carmodymacdonald.com

TOTAL: 50