UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

|  |  |
|---|---|
| 23ANDME HOLDING CO., *et al.*,[1] <br><br> Debtors. | § Chapter 11 <br> § Case No. 25-40976-357 <br> § <br> § (Jointly Administered) <br> § <br> § **Response Deadline**: April 29, 2025 <br> § **Hearing Date**: April 29, 2025 <br> § **Hearing Time**: 1:30 PM CT <br> § **Hearing Location**: <br> § Thomas F. Eagleton U.S. Courthouse <br> § 111 S. 10th Street <br> § Courtroom 5 North <br> § St. Louis, MO 63102 <br> § <br> § **Relates to Docket No. 24 & 286** |

**THE COMMONWEALTH OF KENTUCKY'S JOINDER TO THE STATES' AMENDED (A) OBJECTION TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF (II) GRANTING RELATED RELIEF AND (III) NOTICE OF HEARING *AND* (B) NOTICE OF HEARING**
(*Relates to Docket No. 24 & 286*)

COMES NOW, the Commonwealth of Kentucky, *ex rel.* Russell Coleman, Attorney General, and files *The Commonwealth of Kentucky's joinder to The States' (A) Objection to the Debtors' Motion for Entry of an Order (I) Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof and (II) Granting Related Relief*,[2] *and (B) Notice of Hearing* and respectfully states that the Commonwealth of Kentucky fully joins the States' Objection and likewise requests that this Court grant the relief sought in the States' Objection.

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

[2] Hereinafter, "States' Objection."

Dated: April 28, 2025,   Respectfully submitted,

*/s/* CHRISTOPHER D. HUNT
CHRISTOPHER D. HUNT (KY BAR NO. 91775)
ASSISTANT ATTORNEY GENERAL
KENTUCKY OFFICE OF THE ATTORNEY GENERAL
1024 CAPITAL CENTER DRIVE, SUITE 200
FRANKFORT, KY 40601
TEL: (502) 696-5691
CHRISD.HUNT@KY.GOV
**ATTORNEY FOR THE COMMONWEALTH OF KENTUCKY, EX REL. RUSSELL COLEMAN, ATTORNEY GENERAL**

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system upon all those who receive electronic notification and as required by the Case Management Procedures at docket number 131.

/s/ *Christopher D. Hunt*