UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976-357 |
| Debtors. | Jointly Administered |

**CERTIFICATE OF PUBLICATION**

I, Tariful Huq, do declare and state as follows:

I am employed by Kroll Restructuring Administration LLC, the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Certificate of Publication includes a certification verifying that *Notice of (I) Disclosure Procedures Applicable to Certain Holders of Common Stock or Options, (II) Disclosure Procedures for Certain Transfers of and Declarations of Worthlessness With Respect to Common Stock, and (III) Final Hearing on the Application Thereof*, as conformed for publication, was published on April 29, 2025, in the national edition of *The Wall Street Journal* as described in the affidavit of publication attached hereto as **Exhibit A**.

Dated: April 29, 2025

*/s/ Tariful Huq*
Tariful Huq

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

SRF 87912

**<u>Exhibit A</u>**

# AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s):

APR-29-2025;

ADVERTISER: 23ANDME HOLDING CO.;

and that the foregoing statements are true and correct to the best of my knowledge.

Keith Oechsner

Sworn to before me this
29 day of April 2025

Notary Public

IAN C. MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES 07/18/2028
STATE OF NEW JERSEY

## IBM Plans To Spend $150 Billion In U.S.

By KATHERINE HAMILTON

**International Business Machines** plans to invest $150 billion in the U.S. over the next five years as tariffs threaten to make international manufacturing more expensive.

The Armonk, N.Y., software company said the investment includes more than $30 billion in research and development for making mainframe and quantum computers in the U.S. IBM already manufactures mainframes in Poughkeepsie, N.Y. It operates a fleet of quantum computers, a growing sector of the software industry.

The company said its investment reaffirms its commitment to U.S. innovation and economic opportunity.

Apple, Nvidia and Taiwan Semiconductor Manufacturing boosted their investments in U.S. manufacturing over the past few months as President Trump implemented new tariffs.

## Robotaxi Firm Says It Is Closer to Profit

**Pony AI says it has cut cost of building its most-advanced system by 70%**

By JIAHUI HUANG

Chinese robotaxi company **Pony AI** says it is getting closer to profitability after clearing a cost hurdle its chief technology officer believes can help unlock the commercialization of driverless vehicles.

Pony AI rolled out three new robotaxis co-developed with **Toyota** and Chinese automakers **BAIC Motor** and **Guangzhou Automobile Group** at the Shanghai Auto Show last week, and said it could now build its most advanced autonomous driving system for 70% less than before.

Pony AI's cost cuts bring it closer to single-unit break-even, meaning it books profit every time a new robotaxi joins its fleet, Chief Technology Officer Lou Tiancheng said.

Analysts at Nomura estimate the Guangzhou, China-based company has cut bill-of-materials costs for its robotaxis to about $41,565 from $137,217.

"The key is software optimization," Lou said. "For example, our software performance has tripled under the same computing power."

Cheaper production is a crucial step toward the single-unit break-even goal that Chinese autonomous-driving companies have been racing toward.

Bernstein analysts think that the latest generation of robotaxis puts the break-even goal within reach for Pony AI by the end of this year, but that it is unlikely to post a profit for at least five more years until its fleet size reaches about 50,000 vehicles.

Pony AI is planning to start mass production of robotaxis in mid-2025, aiming to expand its fleet size to more than 1,000 from about 300 by the end of this year.

Lou said Pony AI's team was zeroed in on cutting down costs and scaling to reach commercialization.

Pony AI has yet to turn a profit, reporting a sharply wider quarterly loss in its first results since going public late last year.

Chinese companies are taking different routes to commercializing their autonomous driving offerings. Baidu's Apollo Go is banking on fleet size to boost profit, U.S.-listed WeRide's strategy is to diversify into various types of vehicles, and Pony AI's aim is to press its technological advantage and grow its presence in China.

Pony AI's technology continues to lead other players such as Baidu and ride-hailing firm Didi in ride performance, Bernstein analysts said in a recent note, especially in areas like U-turns, lane switching on highways, and controlling speed in a straight line.

"The key of our self-driving technology is to let the computer think about what to do instead of just trying to mimic human behavior," said Lou. "We are trying to use less computing power to deliver stronger network capabilities."

Though there are more driverless vehicles circulating in China than ever before, concerns about safety persist that could challenge companies' ambitions to get more riders into robotaxis.

While acknowledging those worries, Lou said there were lessons to be learned from incidents like the recent fatal crash involving a vehicle with assisted-driving features. Accidents can raise safety awareness and push the industry in the right direction on more rigorous testing, he said.

Tensions around tariffs and U.S.-China relations have also raised concern that tech companies could struggle to source the chips they need.

Lou said restricted access to chips won't hurt Pony AI much, since the company has prepared system alternatives using domestic chips.

Whether the Silicon Valley-founded company will manage to outpace larger robotaxi contenders remains to be seen. For now, the focus is on getting costs down and profitability up.

"The most critical goal is to break even," said Lou.



Pony AI's booth at the Shanghai International Auto Show.

## Climate Tech Struggles for Traction

By YUSUF KHAN

On an overcast spring morning this year, a group of bankers, investors and officials from some of the world's largest companies gathered at the Royal Institution in London to discuss technologies they hope can save the world from the effects of climate change.

Despite their optimism about advances in how carbon can be removed from the atmosphere, they reached a dispiriting conclusion as they sat around a table in a centuries-old building that has witnessed scientific breakthroughs going back to the Victorian era: The market that could drive carbon removal doesn't exist in any meaningful way and trying to scale it at the moment is a fruitless task.

The problem is almost no one wants a part of it. Companies are wary of the risks of investing in nascent technologies and the criticism they could face if removal projects don't deliver as promised. Many also fear blowback for spending money on carbon removal instead of investing that money on trying to reduce their own emissions.

"Companies want to be celebrated, not attacked for helping to accelerate this market by coming in as an early-stage participant," said Simon Manley, director of carbon dioxide removal at Sylvera, a carbon market ratings agency, who attended the event.

Manley added that at the moment the market has a relatively small buying pool, with



Enhanced rock weathering involves spreading dust from crushed rocks over soil to capture carbon.

investors and purchasers who are being asked to make final investment decisions off the back of a market that lacks liquidity. "It's difficult to know what it is that you're actually investing in when the businesses that you're potentially putting money into haven't really put much product into the marketplace," he said.

Carbon removals are a broad set of technologies which have the common goal of removing $CO_2$ and other greenhouse gases from the atmosphere. Examples include planting new forests and spreading rock dust across farmland to absorb carbon dissolved in rainwater. More futuristic technologies are coming online which literally suck the carbon dioxide out of the air. It is estimated that the market could grow to as much as $250 billion a year if it were scaled, according to MSCI Carbon Markets, a carbon research database.

The Intergovernmental Panel on Climate Change says 10 billion metric tons of carbon removals a year are going to be needed by 2050. But only 175 million tons have been sold to date, or less than 2% of what is required, according to Allied Offsets, a carbon markets database. A lack of buyers means that new technologies are unlikely to get funding and be deployed at scale.

Currently, much of the market is dominated by a handful of technology companies, with **Microsoft** by far the largest buyer, making up roughly 35% of purchases. Excluding nature-based removals and including just the engineered solutions, only 24.3 million tons of carbon removals have been sold, according to CDR.fyi. That is just 0.2% of what is required.

Microsoft makes up 76% of these engineered removals purchases, while a number of other tech firms, including payments business **Stripe**, search giant Google and consulting firm McKinsey under an umbrella organization called Frontier, together account for another 5% of purchases.

One of the main problems is that the market is still nascent. Most technologies are yet unproven, making trading different types of credit a problem.

"It is really early days," said Hannah Bebbington, head of deployment at Frontier. "When you think about it was 2018, when carbon removal was first discussed in detail in the IPCC report, we are not even 10 years in this field."

In most commodity markets, traders can hedge on future prices knowing that a unit of the goods they are trading—be it a ton of copper, a barrel of crude oil, or a bushel of wheat—will be the same each time they trade it and can be exchanged for an almost identical unit.

Carbon markets could operate in the same way, with one ton of carbon being equivalent to the next. But at the moment, companies don't see different types of removal credit as interchangeable, and they hold vastly different values. A credit from a forest-planting project costs $80 a ton while a top-of-the-range direct air capture credit can come in at $1,000 a ton.

And while proponents of direct air capture and enhanced rock weathering claim the technologies can store carbon for hundreds if not thousands of years, a lack of testing over time has put some companies off investing in these products.

This means that in the event of a default, companies are unable to substitute one type of credit for another in a way that they could if they were buying, say, a ton of copper.

"There is a fear of integrity that makes it difficult for some large companies to really commit," said Lisa Schneider, investment manager at Aramco Ventures, the venture capital arm of Aramco. "While there's still a lot of risk involved, ensuring integrity, transparency and reliability are key focus areas to mature the market."

Then there is a lack of incentives to purchase credits.

At the moment, no standards body or government requires companies to lower their carbon emissions. The only authorities overseeing the market are emissions trading schemes that exist in places like Europe and the U.K., the United Nations' Article 6 mechanism that allows countries to trade credits to meet their Paris climate targets, and CORSIA's carbon credit mechanism for airlines.

Companies which have set emissions reduction targets, for example through the Science Based Targets initiative, may have some incentive to purchase removals. But to date SBTi has said that companies should focus on reducing their emissions through their own actions and from within their supply chain.

## Carbon-Capture Startup Remora Sets Sights on Freight Rail

By YULIYA CHERNOVA

Startup company Remora recently bought a 4,400-horsepower locomotive that is about to be delivered this week to its parking lot in the Detroit suburbs via a new rail spur.

The company plans to use the 1994 General Electric unit to test its mobile carbon-capture technology for rail use, said Paul Gross, Remora's 28-year-old chief executive and co-founder. "It's such an amazing learning tool for us," he said, adding that the company's system would be able to capture a ton of carbon dioxide per hour.

Remora's technology is designed to extract $CO_2$ from the exhaust of diesel freight train locomotives and semi trucks, then purify and liquefy the greenhouse gas on board. It plans to sell the $CO_2$, sharing the revenue with its transportation partners. The goal is to help decarbonize the freight industry, a major contributor to carbon emissions.

The technology has drawn interest from railroad companies and trucking operators that will test Remora's systems. The startup has raised $117 million in venture capital to date.

Its supporters will need patience. While software startups can generate almost immediate revenue selling their tools, Remora is now in its fifth year of development as it navigates the challenges of commercializing a new hardware product.

The company had to redesign its system after the first version became waterlogged and added backpressure to the engine in a pilot test on an 18-wheel **Ryder System** truck in 2023. It plans to test the revamped and scaled-up technology on running trains next year.

The interest from Remora's rail and trucking partners shows that demand for sustainable transportation technologies remains, despite the Trump administration's move to reverse climate-change rules. Remora signed technology evaluation agreements with railroad companies including **Union Pacific**, **Norfolk Southern** and Pacific Harbor Lines, as well as trucking operators DHL, Ryder and others.

"Even though there may not be as many regulations, a lot of our customers still view these things as important over the long term," said Peter A. Gilbertson, president and chief executive of Anacostia Rail Holdings.

The freight railroad operator expects to test Remora's prototype as part of its other sustainability efforts, Gilbertson said. Rail companies have already been experimenting with technologies, such as battery electric locomotives. Gilbertson said he liked that Remora's carbon-capture system could be used to retrofit an existing fleet of diesel locomotives.

Remora's system would be loaded onto a separate tender car that would sit between the locomotive and the rest of the train.

The startup's venture investors are supporting it through the long development cycle. The company's latest round was a $60 million Series B led by Valor Equity Partners in May 2023. Other investors include Lowercarbon Capital, Union Square Ventures, First Round Capital, Neo Ventures, Voyager Ventures and Ryder-Ventures. Gross said the B round was committed in tranches, so the company expects to unlock funding when it hits technical milestones.

"We knew we were embarking on a long shot," said Clay Dumas, founding partner at Lowercarbon. "On the other end, if they succeed there's a huge opportunity waiting for them," he added.

Mobile carbon capture for transportation has been elusive for decades, said Daniel Sperling, an engineering professor and the founding director of the Institute of Transportation Studies at the University of California, Davis. "It hasn't been commercialized because it is expensive and there are no policies to support its adoption," he said.

Gross said the company expected the system to generate a positive return, factoring in the costs to manufacture and operate. He said there would be carbon-dioxide buyers from industries including agriculture and food and beverage.



A Remora rendering of a capture car with a locomotive.

ADVERTISEMENT

The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

**BANKRUPTCIES**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION**

In re:                                Chapter 11
23ANDME HOLDING CO., et al.,[1]       Case No. 25-40976-357
Debtors.                              (Jointly Administered)
                                      Related Docket No. 312

**NOTICE OF (I) DISCLOSURE PROCEDURES APPLICABLE TO CERTAIN HOLDERS OF COMMON STOCK OR OPTIONS, (II) DISCLOSURE PROCEDURES FOR CERTAIN TRANSFERS OF AND DECLARATIONS OF WORTHLESSNESS WITH RESPECT TO COMMON STOCK, AND (III) FINAL HEARING ON THE APPLICATION THEREOF**

**TO: ALL ENTITIES (AS DEFINED BY SECTION 101(15) OF THE BANKRUPTCY CODE) THAT MAY HOLD BENEFICIAL OWNERSHIP OF COMMON STOCK OF 23ANDME HOLDING CO. (THE "COMMON STOCK"):**

**PLEASE TAKE NOTICE** that on March 23, 2025 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed petitions with the United States Bankruptcy Court for the Eastern District of Missouri (the "Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Subject to certain exceptions, section 362 of the Bankruptcy Code operates as a stay of any act to inhibit possession of property of or from the Debtors' estates or to exercise control over property of or from the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock of 23andMe Holding Co. and (II) Granting Related Relief* [Docket No.6] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on April 23, 2025, the Court entered the *Final Order (I) Establishing Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock of 23andMe Holding Co. Inc and (II) Granting Related Relief* (Docket No. 312) (the "Order")[2] approving procedures for certain transfers of, and declarations of worthlessness with respect to, Common Stock, set forth in **Exhibit 1** attached to the Order (the "Procedures").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, a Substantial Shareholder or person that may become a Substantial Shareholder may not consummate any purchase, sale, or other transfer of Common Stock or Beneficial Ownership of Common Stock in violation of the Procedures, any such transaction in violation of the Procedures shall be null and void *ab initio*, and certain remedial actions may be required to restore the status quo ante.

**PLEASE TAKE FURTHER NOTICE** that the Order requires a 50% Shareholder may not claim a worthless stock deduction in respect of the Common Stock or Beneficial Ownership of Common Stock in violation of the Procedures, any such deduction in violation of the Procedures is null and void *ab initio*, and the 50% Shareholder shall be required to file an amended tax return revoking such proposed deduction.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order,

the Procedures shall apply to the holding and transfers of Common Stock or any Beneficial Ownership therein by a Substantial Shareholder or someone who may become a Substantial Shareholder.

**PLEASE TAKE FURTHER NOTICE** that upon the request of any entity, the proposed notice, solicitation, and claims agent for the Debtors, Kroll Restructuring Administration LLC, will provide a copy of the Order and a form of each of the declarations required to be filed by the Procedures in a reasonable period of time. The Order and such declarations are also available via PACER at https://pacer.uscourts.gov/ for a fee, or at no charge by accessing the Debtors' restructuring website at https://restructuring.ra.kroll.com/23andMe.

**PLEASE TAKE FURTHER NOTICE** that FAILURE TO FOLLOW THE PROCEDURES SET FORTH IN THE ORDER SHALL CONSTITUTE A VIOLATION OF, AMONG OTHER THINGS, THE AUTOMATIC STAY PROVISIONS OF SECTION 362 OF THE BANKRUPTCY CODE.

**PLEASE TAKE FURTHER NOTICE** THAT ANY PROHIBITED PURCHASE, SALE, OTHER TRANSFER OF, OR DECLARATION OF WORTHLESSNESS WITH RESPECT TO COMMON STOCK OR BENEFICIAL OWNERSHIP THEREIN IN VIOLATION OF THE ORDER IS PROHIBITED AND SHALL BE NULL AND VOID *AB INITIO* AND MAY BE SUBJECT TO ADDITIONAL SANCTIONS AS THIS COURT MAY DETERMINE.

**PLEASE TAKE FURTHER NOTICE** that the requirements set forth in the Order are in addition to the requirements of applicable law and do not excuse compliance therewith.

Dated: April 24, 2025, St.Louis, Missouri

Respectfully submitted, **Carmody MacDonald P.C.,** /s/ *Thomas H. Riske* , Thomas H. Riske #61838MO, Nathan R. Wallace #74890MO, Jackson J. Gilkey #73716MO, 120 S. Central Avenue, Suite 1800, St. Louis, Missouri 63105, Telephone: (314) 854-8600, Facsimile: (314) 854-8660, Email:  thr@carmodymacdonald.com,  nrw@carmodymacdonald.com,  jjg@carmodymacdonald.com -and- **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP,** Paul M. Basta (admitted *pro hac vice*), Christopher Hopkins (admitted *pro hac vice*), Jessica I. Choi (admitted *pro hac vice*), Grace C. Hotz (admitted *pro hac vice*), 1285 Avenue of the Americas, New York, New York 10019, Telephone: (212) 373-3000, Facsimile: (212) 757-3990, Email: pbasta@paulweiss.com, chopkins@paulweiss.com, jchoi@paulweiss.com, ghotz@paulweiss.com, *Counsel to the Debtors and Debtors in Possession*

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion or the Order, as applicable.