*returned JZ*
*No Signature*

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MISSOURI**

IN RE:

Case No.:  25-40977

23andMe Inc.                                    CONSUMER OBJECTION TO

a/k/a/ Chrome Merge Sub, Inc.                   SALE OF PERSONALLY

Debtor.                                          IDENTIFIABLE INFORMATION

Movant David S Neal, herein respectfully requests that this Honorable Court enter a protective order prohibiting the transfer or sale of his personally identifiable information to any third party for any reason, based upon 11 USC 363(b)(1) and the facts set forth below.

1. On March 24, 2025, movant became aware of this bankruptcy filing by 23and Me Inc.

2. Movant is a customer of debtor 23and Me Inc.

3. Movant submitted genetic samples to debtor for genetic testing.

4. Debtor is in possession of movant's personal information including highly sensitive genetic information.

5. Movant attempted to delete his personal information from debtor's systems on March 24, 2025.

6. However debtor's systems are malfunctioning and responded with a message "Well, this is embarrassing". (Exhibit 1)

---

**OBJECTION TO SALE**                                              **Page 1 of 4**

7. Debtor's failure to honor movant's request for data deletion is a violation of debtor's privacy policy.

8. Debtor's intention to sell movant's personal information despite his desire to have his data deleted is a violation of 11 USC 363(b)(1) and is fraudulent.

9. Movant suggests to this Honorable Court that he is probably not the only consumer wishing to delete/protect their PII and that debtor may be systematically denying data deletion requests in an effort to preserve records to receive an increased valuation in the debtor's sale.

WHEREFORE, movant requests that this Honorable Court, deny the bankruptcy application of debtor 23andme Inc. until such time as debtor has processed his data deletion request.

Dated: March 24, 2025                          Respectfully submitted,

                                               /S/ DAVID S NEAL

                                               DAVID S NEAL

                                               5-5-25

---

**OBJECTION TO SALE**                                        **Page 2 of 4**

1

**EXHIBIT 1**

2

        C      you.23andme.com/delete-landing?internal_redirected_from=%2Fdelete-confirmation%2F

# Well, this is embarrassing.

### Please excuse our site error.

It looks like a site error has occurred. Please try visiting this page again later.
We track these errors automatically, but if the problem persists, please

3

4

5

---

**OBJECTION TO SALE**                                                              **Page 3 of 4**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MISSOURI**

IN RE:

**Case No.:  25-40977**

**23andMe Inc.**                                    **AFFIRMATION OF SERVICE**

**a/k/a/ Chrome Merge Sub, Inc.**

   **Debtor**.

I, David S Neal, declare under penalty of perjury, that I served a copy of the attached

Consumer's Objection upon all other parties in this case by email to the following persons:

   Joseph Schlotzhauer, Trial Attorney          Joseph.schlotzhauer@usdoj.gov

   Carole J Ryczek                              carole.ryczek@usdoj.gov

   Thomas H. Riske                              thr@carmodymacdonald.com

Dated: March 24, 2025                          Respectfully submitted,

                                               /s/ DAVID S NEAL

                                               DAVID. S. NEAL
                                               5-5-25

**OBJECTION TO SALE**                                          **Page 4 of 4**



# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
THOMAS F. EAGLETON U.S. COURTHOUSE
111 SOUTH TENTH STREET, FOURTH FLOOR
ST. LOUIS, MISSOURI 63102
www.moeb.uscourts.gov

DANA C. MCWAY
CLERK OF COURT

DIANA DURKEE AUGUST
CHIEF DEPUTY CLERK

(314) 244-4500
MCVCIS (866) 222-8029, #87
FAX (314) 244-4990
PACER (314) 244-4998

TO:          David Neal
             111 Centrenest Ln
             Wilmington DE 19807

DATE:        April 29, 2025

RE:          Objection to Sale

CASE NAME:   25-40976 23andMe Inc

The enclosed documents are being returned to you for the following reasons:

(☒)          Pleading was not signed or does not contain an original signature by the filer.

SIGNED ENCLOSED

Dana McWay, Clerk
U.S. Bankruptcy Court

Jessica Zupnik
Deputy Clerk
United States Bankruptcy Court
Eastern District of Missouri
111 S. Tenth Street, 4th Floor
St. Louis, MO 63102
314-244-4500