**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>23ANDME HOLDING CO., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-40976-357<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Eladio Perez, declare under penalty of perjury that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 12, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Order (I) Authorizing Matthew Kvarda to Act as Foreign Representative; and (II) Granting Related Relief [Docket No. 392]

Dated: May 13, 2025

*/s/ Eladio Perez*
Eladio Perez

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

SRF 88355

## **Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | ARON LAW FIRM | ATTN: WILLIAM ARON<br>15 W CARRILLO ST, SUITE 217<br>SANTA BARBARA CA 93101 | BILL@ARONLAWFIRM.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ PLLC | ATTN: BRYAN AYLSTOCK, E. SAMUEL GEISLER, SIN-TING MARY LIU<br>17 E. MAIN STREET SUITE 200<br>PENSACOLA FL 32502 | BAYLSTOCK@AWKOLAW.COM<br>SGEISLER@AWKOLAW.COM<br>MLIU@AWKOLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BARNOW & ASSOCIATES P.C. | ATTN: ANTHONY L. PARKHILL, BEN BARNOW<br>205 W RANDOLPH ST STE 1630<br>CHICAGO IL 60606 | APARKHILL@BARNOWLAW.COM<br>B.BARNOW@BARNOWLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BERMAN TOBACCO | ATTN: CHRISTINA M. SARRAF, DANIEL E. BARENBAUM<br>425 CALIFORNIA ST<br>STE 2300<br>SAN FRANCISCO CA 94104-2208 | CSARRAF@BERMANTABACCO.COM<br>DBARENBAUM@BERMANTABACCO.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BONI, ZACK & SNYDER LLC | ATTN: BENJAMIN J. EICHEL, JOSHUA D. SNYDER, MICHAEL J. BONI<br>15 SAINT ASAPHS RD<br>BALA-CYNWYD PA 19004 | BEICHEL@BONIZACK.COM<br>JSNYDER@BONIZACK.COM<br>MBONI@BONIZACK.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BOTTINI & BOTTINI, INC. | ATTN: ALBERG CHANG, ANNE BOTTINI BEST, FRANCIS ALEXANDER BOTTINI<br>7817 IVANHOE AVE STE 102<br>LA JOLLA CA 92037 | ACHANG@BOTTINILAW.COM<br>ABESTE@BOTTINILAW.COM<br>FBOTTINI@BOTTINILAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BRADLEY/GROMBACHER LLP | ATTN: KILEY L. GROMBACHER, MARCUS J. BRADLEY<br>31365 OAK CREST DR. SUITE 240<br>WESTLAKE VILLAGE CA 91361 | KGROMBACHER@BRADLEYGROMBACHER.COM<br>MBRADLEY@BRADLEYGROMBACHER.COM | Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email |
| COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION | CARMODY MACDONALD P.C. | ATTN: THOMAS H. RISKE, NATHAN R. WALLACE, JACKSON J. GILKEY, ROBERT E EGGMANN, III<br>120 S. CENTRAL AVE.<br>SUITE 1800<br>ST. LOUIS MO 63105 | THR@CARMODYMACDONALD.COM<br>NRW@CARMODYMACDONALD.COM<br>JJG@CARMODYMACDONALD.COM<br>REE@CARMODYMACDONALD.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP | ATTN: GAYLE M. BLATT, P. CAMILLE GUERRA, DAVID S. CASEY, JR.<br>110 LAUREL STREET<br>SAN DIEGO CA 92101 | GMB@CGLAW.COM<br>CAMILLE@CGLAW.COM<br>DCASEY@CGLAW.COM<br>CLAZAR@CGLAW.COM<br>JCONNOR@CGLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CHRISTOPHER DU VERNET CARLIN MCGOOGAN DUVERNET STEWART, BARRISTERS AND SOLICITERS | 1392 HURONTARIO STREET<br>MISSISSAUGA ON L5G 3H4 CANADA | DUVERNET@DUVERNET.CA | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CLARKSON LAW FIRM | ATTN: RYAN J. CLARKSON, TIARA AVANESS, VALTER MALKHASYAN, YANA HART<br>22525 PACIFIC COAST HWY<br>MALIBU CA 90265 | RCLARKSON@CLARKSONLAWFIRM.COM<br>TAVANESS@CLARKSONLAWFIRM.COM<br>VMALKHASYAN@CLARKSONLAWFIRM.COM<br>YHART@CLARKSONLAWFIRM.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CLAYEO C. ARNOLD, PROFESSIONAL LAW CORP. | ATTN: BRANDON P. JACK, GREGORY HAROUTUNIAN, MICHAEL ANDERSON BERRY<br>865 HOWE AVE STE 300<br>SACRAMENTO CA 95825 | BJACK@JUSTICE4YOU.COM<br>GHAROUTUNIAN@JUSTICE4YOU.COM<br>ABERRY@JUSTICE4YOU.COM | Email |

In re: 23andMe Holding Co., et al.
Case No. 25-40976 (BCW)

Page 1 of 12

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | COLE & VAN NOTE | ATTN: LAURA GRACE VAN NOTE, SCOTT EDWARD COLE<br>555 12TH STREET, SUITE 2100<br>OAKLAND CA 94607 | LVN@COLEVANNOTE.COM<br>SEC@COLEVANNOTE.COM | Email |
| COUNSEL TO THE STATE OF COLORADO | COLORADO DEPARTMENT OF LAW | ATTN: ROBERT PADJEN<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 8TH FLOOR<br>DENVER CO 80203 | ROBERT.PADJEN@COAG.GOV | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | COTCHETT PITRE & MCCARTHY LLP | ATTN: GIA JUNG, JOSEPH W. COTCHETT, MARK C. MOLUMPHY, TYSON C. REDENBARGER<br>840 MALCOLM ROAD, SUITE 200<br>BURLINGAME CA 94010 | GJUNG@CPMLEGAL.COM<br>JCOTCHETT@CPMLEGAL.COM<br>MMOLUMPHY@CPMLEGAL.COM<br>TREDENBARGER@CPMLEGAL.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CUNEO GILBERT & LADUCA | ATTN: BRENDAN THOMPSON, CHARLES J. LADUCA<br>4725 WISCONSIN AVENUE NW SUITE 200<br>WASHINGTON DC 20016 | BRENDANT@CUNEOLAW.COM<br>CHARLES@CUNEOLAW.COM | Email |
| COUNSEL TO COREWEAVE INC. | DANNA MCKITRICK, P.C. | ATTN: A. THOMAS DEWOSKIN<br>7701 FORSYTH BLVD.<br>SUITE 1200<br>ST. LOUIS MO 63105-3907 | TDEWOSKIN@DMFIRM.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | DU VERNET STEWART | ATTN: CARLIN MCGOOGAN, CHRISTOPHER DU VERNET<br>1392 HURONTARIO STREET<br>MISSISSAUGA ON L5G 3H4 CANADA | MCGOOGAN@DUVERNET.CA<br>DUVERNET@DUVERNET.CA | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | EDELSBERG LAW, P.A. | ATTN: ANDREW J. SHAMIS, SCOTT EDELSBERG<br>1925 CENTURY PARK E #1700<br>LOS ANGELES CA 90067 | ASHAMIS@SHAMISGENTILE.COM<br>SCOTT@EDELSBERGLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | EDELSON PC | ATTN: RAFEY S. BALABANIAN<br>150 CALIFORNIA STREET, 18TH FLOOR<br>SAN FRANCISCO CA 94111 | RBALABANIAN@EDELSON.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | EMPLOYEE JUSTICE LEGAL GROUP, PC | ATTN: KAVEH S. ELIHU<br>1001 WILSHIRE BOULEVARD<br>LOS ANGELES CA 90017 | KELIHU@EJLGLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | FALLS LAW GROUP | ATTN: CARA VALIQUET, JAY HERBERT<br>255 MANITOBA STREET<br>BRACEBRIDGE ON P1L 1S2 CANADA | CARA@FALLSLAW.CA<br>JAY@FALLSLAW.CA | Email |
| FEDERAL TRADE COMMISSION | FEDERAL TRADE COMMISSION | ATTN: RONNIE SOLOMON, GENEVIEVE BONAN<br>600 PENNSYLVANIA AVE NW<br>MAIL STOP CC-6316<br>WASHINGTON DC 20580 | RSOLOMON@FTC.GOV<br>GBONAN@FTC.GOV | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | FEDERMAN & SHERWOOD | ATTN: WILLIAM FEDERMAN<br>10205 N. PENNSYLVANIA AVE.<br>OKLAHOMA CITY OK 73120 | WBF@FEDERMANLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | FREED KANNER LONDON & MILLEN LLC | ATTN: JONATHAN M. JAGHER, MICHAEL E. MOSKOVITZ, NIA-IMARA BARBEROUSSE BINNS<br>923 FAYETTE STREET<br>CONSHOHOCKEN PA 19428 | JJAGHER@FKLMLAW.COM<br>MMOSKOVITZ@FKLMLAW.COM<br>NBINNS@FKLMLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | GLANCY PRONGAY & MURRAY LLP | ATTN: BRIAN P. MURRAY, MARC L. GODINO<br>1925 CENTURY PARK EAST, SUITE 2100<br>LOS ANGELES CA 90067 | BMURRAY@GLANCYLAW.COM<br>MGODINO@GLANCYLAW.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF 23ANDME HOLDING, CO. | GOODWIN PROCTER LLP | ATTN: KATHERINE M. LYNN, ROBERT J. LEMONS, DEBORA A. HOEHNE<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018 | KLYNN@GOODWINLAW.COM<br>RLEMONS@GOODWINLAW.COM<br>DHOEHNE@GOODWINLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | GUSTAFSON GLUEK PLLC | ATTN: DAVID A. GOODWIN<br>120 SOUTH SIXTH STREET, SUITE 2600<br>MINNEAPOLIS MN 55402 | DGOODWIN@GUSTAFSONGLUEK.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | HERMAN JONES LLP | ATTN: CANDACE N. SMITH, JOHN C. HERMAN<br>3424 PEACHTREE ROAD NE<br>SUITE 1650<br>ATLANTA GA 30326 | CSMITH@HERMANJONES.COM<br>JHERMAN@HERMANJONES.COM | Email |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | JMB CAPITAL PARTNERS LENDING, LLC | ATTN: VIKAS TANDON<br>205 S. MARTEL AVENUE<br>LOS ANGELES CA 90036 | VIKAS@JMBCAPITAL.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C. | ATTN: GARY S. GRAIFMAN, MELISSA R. EMERT<br>135 CHESTNUT RIDGE RD SUITE 200<br>MONTVALE NJ 07645 | GGRAIFMAN@KGGLAW.COM<br>MEMERT@KGGLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KAPLAN FOX & KILSHEIMER LLP | ATTN: BLAIR E. REED, LAURENCE D. KING, MATTHEW B. GEORGE<br>1999 HARRISON STREET<br>SUITE 1560<br>OAKLAND CA 94612 | BREED@KAPLANFOX.COM<br>LKING@KAPLANFOX.COM<br>MGEORGE@KAPLANFOX.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KAZEROUNI LAW GROUP | ATTN: ABBAS KAZEROUNIAN, MONA AMINI<br>245 FISCHER AVE STE D1<br>COSTA MESA CA 92626 | AK@KAZLG.COM<br>MONA@KAZLG.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KELLER ROHRBACK LLP | ATTN: CARI CAMPEN LAUFENBERG, CHRIS SPRINGER, GRETCHEN FREEMAN CAPPIO<br>801 GARDEN ST STE 301<br>SANTA BARBARA CA 93101 | CLAUFENBERG@KELLERROHRBACK.COM<br>CSPRINGER@KELLERROHRBACK.COM<br>GCAPPIO@KELLERROHRBACK.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KELLEY DRYE & WARREN LLP | ATTN: JASON R. ADAMS, ERIC R. WILSON, MAEGHAN J. MCLOUGHLIN, STEVEN YACHIK<br>3 WORLD TRADE CENTER<br>175 GREENWICH STREET<br>NEW YORK NY 10007 | JADAMS@KELLEYDRYE.COM<br>EWILSON@KELLEYDRYE.COM<br>MMCLOUGHLIN@KELLEYDRYE.COM<br>SYACHIK@KELLEYDRYE.COM | Email |
| COUNSEL TO COMMONWEALTH OF KENTUCKY | KENTUCKY OFFICE OF THE ATTORNEY GENERAL | ATTN: CHRISTOPHER D. HUNT<br>1024 CAPITAL CENTER DRIVE<br>SUITE 200<br>FRANKFORT KY 40601 | ChrisD.Hunt@ky.gov | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KLEINE PC | ATTN: BENJAMIN H. KLEINE<br>95 3RD ST FL 9048 # 2<br>SAN FRANCISCO CA 94103-3103 | BEN@KLEINEPC.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KND COMPLEX LITIGATION | ATTN: SAGE NEMATOLLAHI, TAEK SOO SHIN<br>2300 YOUNGE ST<br>SUITE 401<br>TORONTO ON M4P 1E4 CANADA | sn@knd.law<br>ts@knd.law | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KOPELITZ OSTROW FERGUSON WEISELBERG GILBERT | ATTN: JEFF OSTROW<br>1 W LAS OLAS BLVD STE 500<br>FORT LAUDERDALE FL 33301 | OSTROW@KOLAWYERS.COM | Email |

In re: 23andMe Holding Co., et al.
Case No. 25-40976 (BCW)

Page 3 of 12

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KP LAW LIMITED | ATTN: KINGSLEY HAYES, LUCY BURROWS, KAJAL PATEL<br>81 CHANCERY LANE<br>LONDON WC3A 1DD UNITED KINGDOM | KINGSLEY.HAYES@KPL.CO.UK<br>LUCY.BURROWS@KPL.CO.UK<br>KAJAL.PATEL@KPL.CO.UK | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KP LAW LTD. (UK) | ATTN: THIAGO LOPES<br>81 CHANCERY LANE<br>LONDON WC3A 1DD UNITED KINGDOM | THIAGO.LOPES@KPL.CO.UK | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LABATON KELLER SUCHAROW LLP | ATTN: MELISSA NAFASH, ALEXANDER SCHLOW<br>140 BROADWAY<br>NEW YORK NY 10005 | ASCHLOW@LABATON.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LAUKAITIS LAW LLC | ATTN: KEVIN LAUKAITIS<br>954 AVE PONCE DE LEON, SUITE 205<br>SAN JUAN PR 00907 | KLAUKAITIS@LAUKAITISLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LAW OFFICE OF COURTNEY WEINER PLLC | ATTN: COURTNEY L. WEINER<br>1629 K ST NW STE 300<br>WASHINGTON DC 20006 | CW@COURTNEYWEINERLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LAW OFFICES OF PAUL WHALEN, PC | ATTN: PAUL WHALEN<br>565 PLANDOME ROAD 212<br>MANHASSET NY 11030 | PAUL@PAULWHALEN.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEVI & KORSINSKY, LLP | ATTN: EDUARD KORSINSKY, MARK REICH<br>1160 BATTERY STREET EAST<br>SUITE 100 - #3425<br>SAN FRANCISCO CA 94111 | EK@ZLK.COM<br>MREICH@ZLK.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEVI & KORSINSKY, LLP | ATTN: EDUARD KORSINSKY, MARK S. REICH<br>33 WHITEHALL ST.<br>17TH FLOOR<br>NEW YORK NY 10004 | EK@ZLK.COM<br>MREICH@ZLK.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEVIN SEDRAN & BERMAN LLP | ATTN: CHARLES SCHAFFER<br>510 WALNUT STREET 5TH FLOOR<br>PHILADELPHIA PA 19106 | CSCHAFFER@LFSBLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEXINGTON LAW GROUP, LLP | ATTN: MARK TODZO<br>503 DIVISADERO STREET<br>SAN FRANCISCO CA 94117 | MTODZO@LEXLAWGROUP.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | ATTN: ELIZABETH J. CABRASER, JALLÉ DAFA, MELISSA A. GARDNER, MICHAEL W. SOBOL<br>275 BATTERY ST<br>SAN FRANCISCO CA 94111 | ECABRASER@LCHB.COM<br>JDAFA@LCHB.COM<br>MGARDNER@LCHB.COM<br>MSOBOL@LCHB.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LOCKRIDGE GRINDAL NAUEN P.L.L.P. | ATTN: KAREN HANSON RIEBEL, KATE BAXTER-KAUF, MAUREEN KANE BERG<br>100 WASHINGTON AVE S STE 2200<br>MINNEAPOLIS MN 55401 | KHRIEBEL@LOCKLAW.COM<br>KMBAXTER-KAUF@LOCKLAW.COM<br>MKBERG@LOCKLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LONGMAN LAW, P.C. | ATTN: HOWARD T. LONGMAN<br>354 EISENHOWER PARKWAY<br>SUITE 1800<br>LIVINGSTON NJ 07039 | HLONGMAN@LONGMAN.LAW | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LYNCH CARPENTER LLP | ATTN: GARY F. LYNCH<br>111 W. WASHINGTON ST.<br>SUITE 1240<br>CHICAGO IL 60602 | GARY@LCLLP.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MASON LLP | ATTN: GARY E. MASON<br>5335 WISCONSIN AVE NW STE 640<br>WASHINGTON DC 20015 | GMASON@MASONLLP.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MCSHANE & BRADY, LLC | ATTN: LUCY MCSHANE, MAUREEN M. BRADY<br>1656 WASHINGTON ST STE 120<br>KANSAS CITY MO 64108 | LMCSHANE@MCSHANEBRADYLAW.COM<br>MBRADY@MCSHANEBRADYLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MIGLIACCIO & RATHOD LLP | ATTN: JASON S. RATHOD, MATTHEW SMITH<br>412 H STREET NE<br>WASHINGTON DC 20002 | MSMITH@CLASSLAWDC.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | ATTN: DANIEL BRYSON, JONATHAN COHEN, GARY KLINGER, ALEX STRAUS<br>280 S. BEVERLY DRIVE<br>PH SUITE<br>LOS ANGELES CA 90212 | DBRYSON@MILBERG.COM<br>JCOHEN@MILBERG.COM<br>GKLINGER@MILBERG.COM<br>ASTRAUS@MILBERG.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | ATTN: DANIEL K. BRYSON, GARY M. KLINGER<br>221 W. MONROE STREET<br>SUITE 2100<br>CHICAGO IL 60606 | DBRYSON@MILBERG.COM<br>GKLINGER@MILBERG.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | ATTN: JOHN J. NELSON<br>280 S. BEVERLY DR.<br>BEVERLY HILLS CA 90212 | JNELSON@MILBERG.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | ATTN: JONATHAN B. COHEN<br>3833 CENTRAL AVE.<br>ST. PETERSBURG FL 33713 | JCOHEN@MILBERG.COM | Email |
| COUNSEL TO THE STATE OF MINNESOTA | MINNESOTA ATTORNEY GENERAL'S OFFICE | ATTN: DALILA JORDAN<br>445 MINNESOTA STREET, SUITE 1200<br>ST. PAUL MN 55101-2130 | DALILA.JORDAN@AG.STATE.MN.US<br>BANKRUPTCY.NOTICES@AG.STATE.MN.US<br>RAYMOND.SMITH@AG.STATE.MN.US | Email |
| COUNSEL TO THE OFFICE OF THE MISSOURI ATTORNEY GENERAL | MISSOURI ATTORNEY GENERAL'S OFFICE | ATTN: CALEB LEWIS<br>615 E. 13TH STREET<br>SUITE 401<br>KANSAS CITY MO 64106 | CALEB.LEWIS@AGO.MO.GOV | Email |
| COUNSEL TO THE OFFICE OF THE MISSOURI ATTORNEY GENERAL | MISSOURI ATTORNEY GENERAL'S OFFICE | ATTN: MICHAEL SCHWALBERT, ALISON ESBECK, ZACHARY ELAM<br>815 OLIVE STREET<br>SUITE 200<br>ST. LOUIS MO 63101 | MICHAEL.SCHWALBERT@AGO.MO.GOV<br>ALISON.ESBECK@AGO.MO.GOV<br>ZACHARY.ELAM@AGO.MO.GOV | Email |
| MISSOURI DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY UNIT, JAMES TREECE<br>PO BOX 475<br>JEFFERSON CITY MO 65105-0475 | EDMOECF@DOR.MO.GOV | Email |
| COUNSEL TO THE NAAG CLIENT STATES | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: ABIGAIL R. RYAN<br>1850 M STREET NW 12TH FLOOR<br>WASHINGTON DC 20036 | aryan@naag.org | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | NEAL & HARWELL, PLC | ATTN: DANIELLA BHADARE-VALENTE, MORGAN L. BURKETT<br>1201 DEMONBREUN ST.<br>SUITE 1000<br>NASHVILLE TN 37203 | DBHADARE-VALENTE@NEALHARWELL.COM<br>MBURKETT@NEALHARWELL.COM | Email |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | ATTN: JAMIE COPELAND, ROBERT HIRSH<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | JAMES.COPELAND@NORTONROSEFULBRIGHT.COM<br>ROBERT.HIRSH@NORTONROSEFULBRIGHT.COM | Email |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | ATTN: JEFFREY KALINOWSKI, JOSHUA WATTS<br>7676 FORSYTH BLVD.<br>SUITE 2230<br>ST. LOUIS MO 63105 | JOSH.WATTS@NORTONROSEFULBRIGHT.COM<br>JEFF.KALINOWSKI@NORTONROSEFULBRIGHT.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | ATTN: KRISTIAN W. GLUCK<br>1301 MCKINNEY, SUITE 5100<br>HOUSTON TX 77010-3095 | KRISTIAN.GLUCK@NORTONROSEFULBRIGHT.COM | Email |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | ATTN: KRISTIAN W. GLUCK<br>2200 ROSS AVENUE, SUITE 3600<br>DALLAS TX 75201-7932 | KRISTIAN.GLUCK@NORTONROSEFULBRIGHT.COM | Email |
| COUNSEL TO THE STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: LAYLA D. MILLIGAN, ROMA N. DESAI, STEPHANIE EBERHARDT<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P. O. BOX 12548<br>AUSTIN TX 78711-2548 | LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ROMA.DESAI@OAG.TEXAS.GOV<br>STEPHANIE.EBERHARDT@OAG.TEXAS.GOV | Email |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE EASTERN DISTRICT OF MISSOURI | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: CAROLE J. RYCZEK, JOSEPH SCHLOTZHAUER, PAUL A. RANDOLPH<br>111 S. 10TH STREET<br>SUITE 6.353<br>ST. LOUIS MO 63102 | USTPREGION13.SL.ECF@USDOJ.GOV<br>CAROLE.RYCZEK@USDOJ.GOV<br>JOSEPH.SCHLOTZHAUER@USDOJ.GOV<br>PAUL.A.RANDOLPH@USDOJ.GOV | Email |
| COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: PAUL M. BASTA, CHRISTOPHER HOPKINS, JESSICA I. CHOI, GRACE C. HOTZ<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | PBASTA@PAULWEISS.COM<br>CHOPKINS@PAULWEISS.COM<br>JCHOI@PAULWEISS.COM<br>GHOTZ@PAULWEISS.COM | Email |
| COUNSEL TO COMMONWEALTH OF PENNSYLVANIA, OFFICE OF ATTORNEY GENERAL | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | ATTN: LAUREN MICHAELS, DEPUTY ATTORNEY GENERAL<br>1251 WATERFRONT PLACE<br>MEZZANINE LEVEL<br>PITTSBURGH PA 15222 | LMICHAELS@ATTORNEYEGNERAL.GOV | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | PIERCE GORE LAW FIRM | ATTN: BEN F. PIERCE GORE<br>315 MONTGOMERY STREET<br>10TH FLOOR<br>SAN FRANCISCO CA 94104 | PIERCEGORE@GMAIL.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | POTTER HANDY LLP | ATTN: BARRY WALKER, CHRISTINA CARSON, JIM TREGLIO, MARK POTTER, TEHNIAT ZAMAN<br>100 PINE ST., SUITE 1250<br>SAN FRANCISCO CA 94111-5235 | CHRISC@POTTERHANDY.COM<br>JIMT@POTTERHANDY.COM<br>MARK@POTTERHANDY.COM<br>TEHNIATZ@POTTERHANDY.COM<br>23ANDMEIL@POTTERHANDY.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | POULIN \| WILLEY \| ANASTOPOULO, LLC | ATTN: ERIC M. POULIN, PAUL J. DOOLITTLE<br>32 ANN ST<br>CHARLESTON SC 29403-6212 | ERIC.POULIN@POULINWILLEY.COM<br>PAUL.DOOLITTLE@POULINWILLEY.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | REESE LLP | ATTN: CHARLES D. MOORE, GEORGE V. GRANADE, KEVIN LAUKAITIS, MICHAEL R. REESE, SUE NAM<br>8484 WILSHIRE BLVD, STE 515<br>BEVERLY HILLS CA 90211-3235 | CMOORE@REESELLP.COM<br>GGRANADE@REESELLP.COM<br>KLAUKAITIS@LAUKAITISLAW.COM<br>MREESE@REESELLP.COM<br>SNAM@REESELLP.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | ROBBINS GELLER RUDMAN & DOWD, LLP | ATTN: ALEXANDER C. COHEN, DOROTHY P. ANTULLIS, LINDSEY H. TAYLOR, NICOLLE B. BRITO, STUART A. DAVIDSON<br>225 NE MIZNER BOULEVARD<br>SUITE 720<br>BOCA RATON FL 33432 | ACOHEN@RGRDLAW.COM<br>DANTULLIS@RGRDLAW.COM<br>LTAYLOR@RGRDLAW.COM<br>NBRITO@RGRDLAW.COM<br>SDAVIDSON@RGRDLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SALTZ, MONGELUZZI & BENDESKY, PC | ATTN: PATRICK HOWARD, SIMON B. PARIS<br>1650 MARKET ST O<br>PHILADELPHIA PA 19103 | PHOWARD@SMBB.COM<br>SPARIS@SMBB.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SCHUBERT JONCKHEER & KOLBE LLP | ATTN: AMBER L. SCHUBERT, ROBERT C. SCHUBERT, WILLEM F. JONCKHEER<br>2001 UNION ST STE 200<br>SAN FRANCISCO CA 94123 | ASCHUBERT@SJK.LAW<br>RSCHUBERT@SJK.LAW<br>WJONCKHEER@SJK.LAW | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SCOTT+SCOTT ATTORNEYS AT LAW LLP | ATTN: CAREY ALEXANDER, JOSEPH P. GUGLIELMO<br>230 PARK AVE, 24TH FLOOR<br>NEW YORK NY 10169 | CALEXANDER@SCOTT-SCOTT.COM<br>JGUGLIELMO@SCOTT-SCOTT.COM | Email |
| SECURITIES & EXCHANGE COMMISSION | SECURITIES & EXCHANGE COMMISSION - HEADQUARTERS | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES & EXCHANGE COMMISSION | SECURITIES & EXCHANGE COMMISSION - NY REGIONAL OFFICE | ATTN: ANTONIA APPS, REGIONAL DIRECTOR<br>100 PEARL ST.<br>SUITE 20-100<br>NEW YORK NY 10004-2616 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NEWYORK@SEC.GOV | Email |
| SECURITIES & EXCHANGE COMMISSION | SECURITIES & EXCHANGE COMMISSION - SAN FRANCISO REGIONAL OFFICE | ATTN: MONIQUE WINKLER, REGIONAL DIRECTOR<br>44 MONTGOMERY STREET, SUITE 700<br>SAN FRANCISCO CA 94104 | SANFRANCISCO@SEC.GOV | Email |
| COUNSEL TO KR OP TECH, LLC | SPENCER FANE LLP | ATTN: CAMBER M. JONES<br>2144 E. REPUBLIC RD., STE. B300<br>SPRINGFIELD MO 65804 | CJONES@SPENCERFANE.COM | Email |
| COUNSEL TO API INNOVATION CENTER | SPENCER FANE LLP | ATTN: JOHN G. WILLARD<br>1 N. BRENTWOOD BLVD<br>SUITE 1200<br>ST. LOUIS MO 63105 | JGWILLARD@SPENCERFANE.COM | Email |
| COUNSEL TO KR OP TECH, LLC | SPENCER FANE LLP | ATTN: MARK BOGDANOWICZ<br>1000 WALNUT STREET<br>STE. 1400<br>KANSAS CITY MO 64106 | MBOGDANOWICZ@SPENCERFANE.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SROURIAN LAW FIRM, P.C. | ATTN: DANIEL SROURIAN<br>3435 WILSHIRE BLVD STE 1710<br>LOS ANGELES CA 90010 | DANIEL@SLFLA.COM | Email |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: J. PAIGE SMOTHERS, ASSISTANT ATTORNEY GENERAL<br>1031 W. 4TH AVENUE<br>SUITE 200<br>ANCHORAGE AK 99501 | PAIGE.SMOTHERS@ALASKA.GOV | Email |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | Email |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>323 CENTER ST.<br>SUITE 200<br>LITTLE ROCK AR 72201-2610 | | First Class Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | BANKRUPTCY@COAG.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | | First Class Mail |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>165 CAPITOL AVENUE<br>HARTFORD CT 06106 | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV | Email |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | First Class Mail |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | | First Class Mail |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | Email |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | | First Class Mail |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | WEBMASTER@ATG.STATE.IL.US | Email |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: HEATHER M. CROCKETT, L. LEONA FRANK, DEPUTY ATTORNEY GENERAL<br>IGCS-5TH FLOOR<br>302 W. WASHINGTON ST.<br>INDIANAPOLIS IN 46204 | HEATHER.CROCKETT@ATG.IN.GOV<br>LEONA.FRANK@ATG.IN.GOV | Email |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | WEBTEAM@AG.IOWA.GOV | Email |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | | First Class Mail |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333-0000 | | First Class Mail |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | OAG@OAG.STATE.MD.US | Email |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108-1698 | | First Class Mail |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | MIAG@MICHIGAN.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | | First Class Mail |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>215 N SANDERS, THIRD FLOOR<br>PO BOX 201401<br>HELENA MT 59620-1401 | CONTACTDOJ@MT.GOV | Email |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV | Email |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AGINFO@AG.NV.GOV | Email |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>33 CAPITOL ST.<br>CONCORD NH 03301-0000 | ATTORNEYGENERAL@DOJ.NH.GOV | Email |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET, P.O. BOX 080<br>TRENTON NJ 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US | Email |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | | First Class Mail |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>THE CAPITOL<br>ALBANY NY 12224-0341 | | First Class Mail |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | First Class Mail |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | NDAG@ND.GOV | Email |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | First Class Mail |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: JUSTIN D. LEONARD<br>1162 COURT STREET NE<br>SALEM OR 97301-4096 | CONSUMER.HOTLINE@DOJ.STATE.OR.US<br>JUSTIN.LEONARD@DOJ.OREGON.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First Class Mail |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>150 SOUTH MAIN STREET<br>PROVIDENCE RI 02903-0000 | | First Class Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | CONSUMERHELP@STATE.SD.US | Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | Email |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | BANKRUPTCY@AGUTAH.GOV | Email |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | | First Class Mail |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>FINANCIAL RECOVERY SECTION<br>POST OFFICE BOX 610<br>RICHMOND VA 23218-0610 | | First Class Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | Email |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>17 WEST MAIN STREET, POST OFFICE BOX 7857<br>MADISON WI 53707 | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US | Email |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | | First Class Mail |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | STINSON LLP | ATTN: NICHOLAS J. ZLUTICKY, ZACHARY H. HEMENWAY, MIRANDA S. SWIFT<br>1201 WALNUT, ST. 2900<br>KANSAS CITY MO 64106 | NICHOLAS.ZLUTICKY@STINSON.COM<br>ZACHARY.HEMENWAY@STINSON.COM<br>MIRANDA.SWIFT@STINSON.COM | Email |

In re: 23andMe Holding Co., et al.
Case No. 25-40976 (BCW)

Page 10 of 12

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | STUEVE SIEGEL HANSON LLP | ATTN: BRANDI SPATES, J. AUSTIN MOORE, NORMAN E. SIEGEL, JILLIAN R. DENT, SHERI WILLIAMS<br>460 NICHOLS ROAD SUITE 200<br>KANSAS CITY MO 64112 | SPATES@STUEVESIEGEL.COM<br>MOORE@STUEVESIEGEL.COM<br>SIEGEL@STUEVESIEGEL.COM<br>DENT@STUEVESIEGEL.COM<br>WILLIAMS@STUEVESIEGEL.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SULTZER & LIPARI, PLLC | ATTN: JASON P. SULTZER<br>85 CIVIC CENTER PLAZA<br>SUITE 200<br>POUGHKEEPSIE NY 12601 | SULTZERJ@THESULTZERLAWGROUP.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | THE GOOD LAW GROUP | ATTN: ROSS MICHAEL GOOD<br>800 E NORTHWEST HWY<br>SUITE 814<br>PALATINE IL 60074 | ROSS@THEGOODLAWGROUP.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | THE GRANT LAW FIRM, PLLC | ATTN: LYNDA J. GRANT<br>521 FIFTH AVENUE<br>17TH FLOOR<br>NEW YORK NY 10175 | LGRANT@GRANTFIRM.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | THE MEHDI FIRM LLP | ATTN: AZRA Z. MEHDI<br>201 MISSION STREET<br>SUITE 1200<br>SAN FRANCISCO CA 94105 | AZRAM@THEMEHDIFIRM.COM | Email |
| COUNSEL TO STATE OF TENNESSEE | TN ATTORNEY GENERAL'S OFFICE | ATTN: MARVIN E. CLEMENTS, JR.<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | MARVIN.CLEMENTS@AG.TN.GOV | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | TOSTRUD LAW GROUP PC | ATTN: JON TOSTRUD<br>1925 CENTURY PARK E, STE 2100<br>LOS ANGELES CA 90067-2722 | JTOSTRUD@TOSTRUDLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | TYCKO & ZAVAREEI, LLP | ATTN: HASSAN ZAVAREEI<br>1970 BROADWAY<br>SUITE 1070<br>OAKLAND CA 94612 | HZAVAREEI@TZLEGAL.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | TYCKO & ZAVAREEI, LLP | ATTN: HASSAN ZAVAREEI, ANDREA GOLD, DAVID W. LAWLER, GLENN E. CHAPPELL<br>2000 PENNSYLVANIA AVENUE NW<br>SUITE 1010<br>WASHINGTON DC 20006 | HZAVAREEI@TZLEGAL.COM<br>AGOLD@TZLEGAL.COM<br>DLAWLER@TZLEGAL.COM<br>GCHAPPELL@TZLEGAL.COM | Email |
| COUNSEL TO UNITED STATES DEPARTMENT OF JUSTICE, NATIONAL SECURITY DIVISION | U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: SETH B. SHAPIRO<br>1100 L STREET, NW<br>7TH FLOOR ROOM 7114<br>WASHINGTON DC 20005 | SETH.SHAPIRO@USDOJ.GOV | Email |
| UNITED STATES ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF MISSOURI | UNITED STATES ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF MISSOURI | ATTN: SAYLER A. FLEMING, JOSHUA MICHAEL JONES<br>THOMAS EAGLETON U.S. COURTHOUSE<br>111 S. 10TH STREET, 20TH FLOOR<br>ST. LOUIS MO 63102 | JOSHUA.M.JONES@USDOJ.GOV | Email |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | OAG@DC.GOV | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP | ATTN: RACHELE R. BYRD<br>750 B ST STE 1820,<br>SAN DIEGO CA 92101 | BYRD@WHAFH.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | WUCETICH & KOROVILAS LLP | ATTN: DIMITRIOS V. KOROVILAS, JASON M. WUCETICH<br>222 PACIFIC COAST HIGHWAY<br>EL SEGUNDO CA 90245 | DIMITRI@WUKOLAW.COM<br>JASON@WUKOLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | YANNI LAW | ATTN: JOHN CHRISTIAN BOHREN<br>501 W BROADWAY STE. 800<br>SAN DIEGO CA 92101 | YANNI@BOHRENLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | ZINNS LAW, LLC | ATTN: SHARON J. ZINNS<br>4243 DUNWOODY CLUB DR, STE 104<br>ATLANTA GA 30350-5206 | SHARON@ZINNSLAW.COM | Email |