UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976-357 |
| Debtors. | (Jointly Administered) |

**DECLARATION AND DISCLOSURE
STATEMENT OF MARK STEINER
ON BEHALF OF DUANE MORRIS LLP**

I, Mark Steiner, declare that the following is true to the best of my knowledge, information, and belief (in particular, all statements regarding other Duane Morris LLP client representations are based upon representations made to me by Duane Morris LLP's Senior Conflicts and Business Intake Compliance Counsel):

1. I am a partner of Duane Morris LLP, located at One Market Plaza, Spear Tower, Suite 2200, San Francisco, California 94105 (the "Firm").

2. 23andMe Holding Co. and its debtor subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), have requested that the Firm provide intellectual property legal services in the nature of trademark and copyright matters to the Debtors, and the Firm has consented to provide such services (the "Services").

3. The Firm represents Chubb in connection with the Debtors' chapter 11 cases and has obtained waivers of any potential or actual conflicts of interest from both the Debtors and Chubb.

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

4. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties-in-interest in these chapter 11 cases. Other than as described in number 3 above, the Firm does not perform services for any such person in connection with these chapter 11 cases and will use best efforts to avoid any duplication of services provided by any of the Debtors' other Ordinary Course Professionals[2]. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm ran conflicts searches on the parties listed on the Potential Parties in Interest provided by Debtors' Counsel, which is attached hereto as Exhibit A. We have also attached hereto as Exhibit B a list of parties on the Potential Parties in Interest list that the Firm represents in matters unrelated to the Debtors' chapter 11 cases (other than Chubb, which we represent in the Debtors' chapter 11 cases as disclosed in number 3 above).

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

7. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates,

---

[2] Capitalized terms used herein but not defined shall have the meaning ascribed to them in the *Debtors' Motion for Entry of an Order (I) Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief.*

with respect to the matters on which the Firm is to be retained.

8. The Debtors owe the Firm $474 for prepetition services.

9. As of March 23, 2025, the Firm did not hold a prepetition retainer.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this declaration.

11. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 15, 2025

_____
Mark A. Steiner
Partner
Duane Morris LLP

**EXHIBIT A**

**POTENTIAL PARTIES IN INTEREST[1]**

1. (FINANCIAL ADVISOR TO) POTENTIAL BUYER
   - JPMORGAN SECURITIES LLC
   - TD COWEN
2. (LEGAL COUNSEL TO) POTENTIAL BUYER
   - ROPES & GRAY LLC
   - SKADDEN, ARPS, SLATE, MEAEGHER & FLOM LLP
3. BANKRUPTCY JUDGES/STAFF
   - CATHERINE NORWOOD
   - CHICQUITA GREENE-HESTER
   - CHIEF JUDGE BONNIE L. CLAIR
   - COURTNEY KIRBIS
   - HAYLEY KOONTZ
   - JUDGE BRIAN C. WALSH
   - JUDGE KATHY A. SURRATT-STATES
   - KAILA SPIVEY
   - TAYLOR ROWLAND
4. BANKRUPTCY PROFESSIONALS - RETAINED
   - ALVAREZ AND MARSAL NORTH AMERICA, LLC
   - CARMODY MACDONALD P.C.
   - DELOITTE TAX LLP
   - GOODWIN PROCTER LLP
   - KROLL RESTRUCTURING ADMINISTRATION LLC
   - LEWIS RICE LLC
   - MOELIS & COMPANY LLC
   - PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
5. BANKS/LENDER/UCC LIEN PARTIES/ADMINISTRATIVE AGENTS
   - CARDINAL HEALTH 110 LLC, "AS AGENT"
   - JPMORGAN CHASE BANK N.A.
   - JPMORGAN CHASE BANK N.A. - TORONTO BRANCH
   - SMITH DRUG COMPANY-DIVISION OF JM SMITH CORP.
   - U.S. BANK EQUIPMENT FINANCE
   - U.S. BANK NATIONAL ASSOCIATION
6. COUNSEL REPRESENTING CYBER SECURITY INCIDENT CLAIMANTS
   - ARON LAW FIRM
   - AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ PLLC
   - BARNOW & ASSOCIATES P.C.
   - BERMAN TOBACCO

---

[1] This list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that otherwise may fall under multiple categories is likely to be listed under only one category.

2

- BONI, ZACK & SNYDER LLC
- BOTTINI & BOTTINI, INC.
- BRADLEY/GROMBACHER LLP
- CLARKSON LAW FIRM
- CLAYEO C. ARNOLD, PROFESSIONAL LAW CORP.
- COLE & VAN NOTE
- COTCHETT PITRE & MCCARTHY LLP
- CUNEO GILBERT & LADUCA
- DU VERNET STEWART
- EDELSBERG LAW, P.A.
- EMPLOYEE JUSTICE LEGAL GROUP, PC
- FALLS LAW GROUP
- FEDERMAN & SHERWOOD
- FREED KANNER LONDON & MILLEN LLC
- GLANCY PRONGAY & MURRAY LLP
- GUSTAFSON GLUEK PLLC
- HERMAN JONES LLP
- KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.
- KAPLAN FOX & KILSHEIMER LLP
- KAZEROUNI LAW GROUP
- KLEINE PC
- KOPELITZ OSTROW FERGUSON WEISELBERG GILBERT
- KP LAW LTD. (UK)
- LABATON KELLER
- LAUKAITIS LAW LLC
- LAW OFFICE OF COURTNEY WEINER PLLC
- LAW OFFICES OF PAUL WHALEN, PC
- LEVI & KORSINSKY
- LEVIN SEDRAN & BERMAN LLP
- LEXINGTON LAW GROUP, LLP
- LIEFF CABRASER HEIMANN & BERNSTEIN AND ROBBINS GELLER
- LOCKRIDGE GRINDAL NAUEN P.L.L.P.
- LOFTUS & EISENBERG, LTD.
- LONGMAN LAW, P.C.
- LYNCH CARPENTER LLP
- MASON LLP
- MCSHANE & BRADY, LLC
- MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN
- MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC
- NEAL & HARWELL
- PIERCE GORE LAW FIRM
- POTTER HANDY LLP
- POULIN | WILLEY | ANASTOPOULO, LLC
- REESE LLP

- ROBBINS GELLER RUDMAN & DOWD, LLP
- SALTZ, MONGELUZZI & BENDESKY, PC
- SCHUBERT JONCKHEER & KOLBE LLP
- SCOTT+SCOTT ATTORNEYS AT LAW LLP
- SROURIAN LAW FIRM, P.C.
- THE GRANT LAW FIRM, PLLC
- THE MEHDI FIRM LLP
- TOSTRUD LAW GROUP PC
- TYCKO & ZAVAREEI
- TYCKO & ZAVAREEI, LLP
- WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
- WUCETICH & KOROVILAS LLP
- YANNI LAW
- ZINNS LAW, LLC

7. CUSTOMERS
   - ABBVIE INC.
   - AMAZON
   - AMAZON : AMAZON CA
   - AMAZON : AMAZON UK
   - AMAZON : WOOT
   - CARDINAL HEALTH, INC.
   - COREWEAVE, INC.
   - GLAXOSMITHKLINE & GLAXOSMITHKLINE LLC
   - GSK
   - MICHAEL J FOX FOUNDATION : MJFF PD
   - MYHERITAGE
   - SANOFI US SERVICES INC.
   - WALMART.COM

8. DEBTORS
   - 23 AND ME
   - 23ANDME HOLDING CO.
   - 23ANDME INC.
   - 23ANDME PHARMACY HOLDINGS, INC.
   - LEMONAID COMMUNITY PHARMACY
   - LEMONAID HEALTH INC.
   - LEMONAID PHARMACY HOLDINGS, INC.
   - LPHARM CS LLC
   - LPHARM INS LLC
   - LPHARM RX LLC
   - LPRXONE, LLC
   - LPRXTHREE LLC
   - LPRXTWO, LLC

9. DIRECTOR/OFFICER
   - ANDRE FERNANDEZ

- AVI FACTOR
- ELAND SIDDLE
- GUY CHAYOUN
- JIM FRANKOLA
- JOE SELSAVAGE
- MARK JENSEN
- THOMAS WALPER

10. INSURANCE
    - AIG FINANCIAL LINES CLAIMS
    - ALLIED WORLD SPECIALTY INSURANCE COMPANY
    - ARCH SPECIALTY INSURANCE COMPANY
    - AXIS INSURANCE
    - BEAZLEY USA SERVICES, INC
    - BERKLEY LIFE SCIENCES
    - BERKLEY PROFESSIONAL LIABILTY
    - CHUBB GROUP
    - CHUBB GROUP OF INSURANCE CO
    - CNA CLAIMS REPORTING
    - COMMERCIAL MANAGEMENT LIABILITY
    - GREAT AMERICAN INSURANCE COMPANY
    - HCC GLOBAL FINANCIAL PRODUCTS, LLC.
    - HISCOX USA
    - HUDSON INSURANCE COMPANY
    - LLOYD'S AMERICA, INC.
    - OLD REPUBLIC PROFESSIONAL LIABILITY, INC.
    - RESILIENCE CYBER INSURANCE SOLUTIONS
    - THE HARTFORD FINANCIAL LINES
    - THE TRAVELERS COMPANIES, INC.
    - TRIUM CYBER US SERVICES, INC.
    - WOODRUFF SAWYER
    - XL PROFESSIONAL INSURANCE

11. KNOWN AFFILIATES - JV
    - LMND CA
    - LMND KS
    - LMND NJ
    - LMND TX

12. LANDLORDS/ SUBTENANTS
    - KR OP TECH, LLC
    - OYSTER POINT TECH CENTER LLC, A DELEWARE LIMITED LIABILITY COMPANY

13. LETTER OF CREDIT- BENEFICIARY
    - 221 N MATHILDA, LLC, A DELEWARE LIMITED LIABILITY COMPANY
    - PAYPAL, INC.

14. LITIGATION

5

- ADRIANE FARMER
- ALEX VELARDE
- ALEXANDRA HOFFMAN
- ALMEIDA LAW GROUP LLC
- ALYSON HU
- ANDEZ JONES
- ANTOINETTE POWELL
- BONNIE EDEN
- BRANDON MOLINA
- BRIANA DUBE
- BRIANNA SORENSEN
- CAMIE PICHA
- CAROLINE GREENBERG
- CAROLYN ROCK
- CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP
- CHRISTINA SHAW
- CHRISTOPHER DU VERNET CARLIN MCGOOGAN DUVERNET STEWART, BARRISTERS AND SOLICITERS
- CLAIRE PADDY
- DAVID MELVIN
- DAVID TULCHINSKY
- DHAMAN GILL
- EDELSON PC
- ELAINE FRALIX
- ERIK STANFORD
- FALLS LAW GROUP
- HARIS MIRZA
- HAROLD GARRETT
- HAROLD VELEZ
- JOHN DIAZ
- JULIE MACMILLAN
- KATHY VASQUEZ
- KATIANNE NAVARRO
- KELLER ROHRBACK L.L.P.
- KERRY LAMONS
- KND COMPLEX LITIGATION
- KP LAW LIMITED
- KRISTEN RIVERS
- LABATON KELLER SUCHAROW LLP
- LAQUISHA SMITH
- LEENA YOUSEFI YLAW GROUP
- LEVI + KORSINSKY LLP
- LUIS VALLADARES
- MARJORIE MORGENSTERN

6

- MATTHEW A. SMITH
- MATTHEW MARDEN
- MAX ALPERSTEIN
- MCGUIRE LAW, P.C.
- MELANIE BERMAN
- MELISSA RYAN
- MICHAEL SCHUTZ
- MICHELE BACUS
- MICHELLE ANDRIZZI
- MICHELLE IGOE
- MIGLIACCIO & RATHOD LLP
- MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLC
- MONICA SANTANA
- NEIL BENEDICT
- NICHOLAS FURIA
- NICHOLE FRIEND
- PATRICK CAPSTICK
- POLINA IOFFE
- POTTER HANDY, LLP
- RICHARD ROE
- RUDY K. THOMPSON
- SARAH CANTU
- STEPHEN L. SEIKEL
- STEVE SIEGEL HANSON LLP
- THOMAS VICKERY
- TRACY SCOTT
- TRISHA WILKUS
- TYRELL BROWN

15. POTENTIAL BUYER
    - NEW MOUNTAIN CAPITAL, LLC
16. REGULATORS
    - AGENCIA ESPAÑOLA DE PROTECCIÓN DE DATOS
    - BUREAU OF CONSUMER PROTECTION
    - FEDERAL TRADE COMMISSION
    - OFFICE OF ATTORNEY GENERAL TODD ROKITA
    - OFFICE OF THE ATTORNEY GENERAL - CONNECTICUT
    - OFFICE OF THE PRIVACY COMMISSIONER OF CANADA
    - UNITED KINGDOM INFORMATION COMMISSIONER'S OFFICE
17. SIGNIFICANT EQUITY HOLDERS
    - ABEEC 2.0, LLC
    - ANNE WOJCICKI
    - ZENTREE INVESTMENTS LIMITED
18. U.S. TRUSTEE OFFICE
    - PAUL RANDOLPH

7

**19.** VENDORS (TOP 85% OF ACCOUNTS PAYABLE)
- ACCO ENGINEERED SYSTEMS
- AGANITHA AI INC.
- ALIXPARTNERS, LLC
- ALLIED UNIVERSAL SECURITY SERVICES
- ALOM TECHNOLOGIES CORPORATION
- AMAZON WEB SERVICES
- ANDRE JOHN FERNANDEZ
- BDO USA LLP
- BLUE SHIELD OF CALIFORNIA
- BRAINTREE
- CATALENT CTS SINGAPORE PRIVATE LIMITED
- CDW DIRECT LLC
- CLOUDFLARE, INC.
- COALITION FOR GENETIC DATA PROTECTION INC.
- CONSULTING, JW LLC
- CONVERGE TECHNOLOGY SOLUTIONS US, LLC
- DECHERT LLP
- DELOITTE & TOUCHE LLP
- DELOITTE CONSULTING LLP
- DELTA DENTAL OF CALIFORNIA
- DNA GENOTEK INC.
- EGON ZEHNDER INTERNATIONAL, INC
- FEDEX CORP
- FOLK DEVILS LLC
- FOODA, INC.
- FULGENT THERAPEUTICS, LLC
- GLAXOSMITHKLINE INTELLECTUAL PROPERTY LTD.
- GOODWIN PROCTER LLP
- GOOGLE, INC. - ADWORDS
- GREENBERG TRAURIG LLP
- HEALTHLINE MEDIA INC
- IHEARTMEDIA + ENTERTAINMENT
- ILLUMINA, INC.
- INTEGRAL RX
- JELLYFISH US LIMITED
- KAISER FOUNDATION HEALTH PLAN NORTHERN CA
- KATIE COURIC MEDIA, LLC
- KILROY REALTY, LP
- KPMG LLP
- L.E.K. CONSULTING LLC
- LIFEBIT BIOTECH LIMITED
- MARK E. JENSEN
- MEDPACE INC.

8

- META PLATFORMS, INC.
- METROPOLITAN LIFE INSURANCE COMPANY
- MOELIS & COMPANY, LLC
- MORGAN, LEWIS & BOCKIUS LLP
- MOVIANTO
- NATIONAL GENETICS INSTITUTE
- PACIFIC GAS AND ELECTRIC COMPANY
- PARTNERIZE
- PETER M LEFKOWITZ
- POWER DIGITAL MARKETING, INC.
- PRECISION FOR MEDICINE, INC.
- PRITI PATEL CONSULTING LLC
- RAIN THE GROWTH AGENCY
- RIGHT SIDE UP LLC
- SALESFORCE.COM
- SANTA CLARA COUNTY TAX COLLECTOR
- SCALE STRATEGY OPERATIONS LLC
- SCG GROVE 221, LLC
- STEADYMD, INC.
- SUREFOX NORTH AMERICAN
- TANGO CARD, INC.
- TATARI, INC.
- TCWGLOBAL (WMBE PAYROLLING INC.)
- TELUS INTERNATIONAL SERVICES LIMITED
- UNUM LIFE INSURANCE COMPANY OF AMERICA
- VENTANA MEDICAL SYSTEMS, INC.
- WILSON SONSINI GOODRICH & ROSATI, PROFESSIONAL CORPORATION
- WOODRUFF-SAWYER & CO.
- WOOT SERVICES LLC
- WORLD ARCHIVES
- WUXI BIOLOGICS (HONG KONG) LIMITED
- ZENDESK, INC

**EXHIBIT B**

**Financial Advisors**
JPMorgan Securities LLC
TD Cowen

**Bankruptcy Professionals**
Deloitte Tax LLP
Goodwin Procter LLP
Kroll Restructuring Administration LLC
Moelis & Company LLC

**Banks/Lender/UCC Lien Parties/Administrative Agents**
JPMorgan Chase Bank N.A. – Toronto Branch
JPMorgan Chase Bank N.A.
U.S. Bank Equipment Finance
U.S. Bank National Association

**Counsel Representing Cyber Security Incident Claimants**
Cotchett, Pitre & McCarthy LLP
Robins Geller Rudman & Dowd, LLP

**Customers**
Walmart.com

**Insurance**
AIG Financial Line Claims
Allied World Specialty Insurance Company
Arch Specialty Insurance Company
Axis Insurance
Berkley Life Sciences
Berkley Professional Liability
Chubb Group (Duane Morris represents Chubb in the 23andMe bankruptcy)
Chubb Group of Insurance Co. (Duane Morris represents Chubb in the 23andMe bankruptcy)
CNA Claims Reporting
Great American Insurance Company
Hudson Insurance Company
Lloyd's America, Inc.
Resilience Cyber Insurance Solutions
XL Professional Insurance

**Litigation**

Ryan, Melissa (unclear whether this is the same individual as the individual that Duane Morris represents)

Smith, Matthew A. (unclear whether this is the same individual as the individual that Duane Morris represents)

**Vendors (Top 85% of Accounts Payable)**
BDO USA LLP
Catalent CTS (Singapore) Private Limited
Deloitte & Touche LLP
Deloitte Consulting LLP
Fulgent Therapeutics, LLC
Goodwin Procter LLP
Google, Inc.- Adwords
Integral RX
KPMG LLP
Meta Platforms, Inc.
Moelis & Company LLC
Wilson Sonsini Goodrich & Rosati
Zendesk, Inc.

**Significant Equity Holders**
Wojcicki, Anne (Duane Morris represents an affiliated entity unrelated to 23andMe)