UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*, | § § § | Case No. 25-40976-357 (Jointly Administered) |
| Debtors.[1] | § § § § | Hearing Date: May 28, 2025 Hearing Time: 11:00 a.m. (Central Time) Hearing Location: Courtroom 5 North |

**NOTICE OF ADJOURNMENT AND CONTINUANCE OF MATTER TO BE HEARD ON MAY 20, 2025 AT 1:30 P.M. (PREVAILING CENTRAL TIME)**

**PLEASE TAKE NOTICE** that the hearing originally noticed for May 20, 2025 at 1:30 a.m. Prevailing Central Time on the Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Executory Contracts and Unexpired Leases and (B) Abandonment of Certain Personal Property, if any, Each Effective as of the Petition Date and (II) Granting Related Relief [Dkt. No. 5] is hereby adjourned and continued to **May 28, 2025 at 11:00 a.m. Central Prevailing Time in the United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton U.S. Courthouse, before the Honorable Brian C. Walsh, Courtroom 5 North, 111 South 10th Street, St. Louis, MO 63102.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: LPRXOne LLC (3447), 23andMe Holding Co (0344), 23andMe Pharmacy Holding Inc (4690) Lemonaid Community Pharmacy Inc (7330), Lemonaid Health Inc (6739), Lemonaid Pharmacy Holdings Inc (6500) LPharm CS LLC (1125), LPHARM INS LLC (9800), LPharm RX LLC (7746), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The address of the Debtors' principal place of business is 1015 Locust Street, Suite 420, St. Louis, MO 63101.

1

Dated: May 19, 2025
St. Louis, Missouri

      **Carmody MacDonald P.C.**
      /s/ Thomas H. Riske
      Thomas H Riske #61838MO
      Robert E. Eggmann #37374MO
      Nathan R. Wallace #74890MO
      120 S. Central Avenue, Suite 1800
      St. Louis, Missouri 63105
      Telephone:  (314) 854-8600
      Facsimile:  (314) 854-8660
      Email:  thr@carmodymacdonald.com
          ree@carmodaymacdonald.com
          nrw@carmodymacdonald.com

      - and -

      **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
      Paul M. Basta (admitted *pro hac vice*)
      Christopher Hopkins (admitted *pro hac vice*)
      Jessica I. Choi (admitted *pro hac vice*)
      Grace C. Hotz (admitted *pro hac vice*
      1285 Avenue of the Americas
      New York, New York 10019
      Telephone:  (212) 373-3000
      Facsimile:  (212) 757-3990
      Email:  pbasta@paulweiss.com
          chopkins@paulweiss.com
          jchoi@paulweiss.com
          ghotz@paulweiss.com

      *Counsel to the Debtors and Debtors in Possession*