# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| 23ANDMEHOLDING CO., *et al.*,[1] | ) Case No. 25-40976 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**THE CONSUMER PRIVACY OMBUDSMAN'S NOTICE OF NON-OPPOSITION TO HIS APPLICATION FOR AUTHORIZING THE RETENTION AND EMPLOYMENT OF WILMER CUTLER PICKERING HALE AND DORR LLP AS COUNSEL**

Neil M. Richards, the Court-appointed Consumer Privacy Ombudsman ("CPO"), by and through counsel, hereby gives notice of non-opposition to his Application for the retention and employment of Wilmer Cutler Pickering Hale and Dorr LLP as counsel to the CPO, and states as follows:

1. On May 13, 2025, the CPO filed his *Application for the Retention and Employment of Wilmer Cutler Pickering Hale and Dorr LLP as Counsel* (the "Application") [Doc. #406].

2. The deadline to file a response to the Application was May 29, 2025.

3. No response (timely or otherwise) to the Application has been filed.

4. Accordingly, the CPO respectfully requests that the Court enter the order granting the Application, a copy of which was submitted to chambers on same day as the Application (May 13, 2025) by Debtors' counsel.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

HB: 4925-1010-8743.2

Respectfully submitted:

HUSCH BLACKWELL LLP

 */s/ Christopher C. Miles*
Christopher C. Miles, MO #63654
4801 Main Street, Suite 1000
Kansas City, MO  64112
Telephone:  816-983-8000
Facsimile:   816-983-8080
christopher.miles@huschblackwell.com

-and-

WILMER CUTLER PICKERING HALE AND DORR LLP

Andrew N. Goldman (*pro hac vice* application forthcoming)
Austin M. Chavez (*pro hac vice* application forthcoming)
250 Greenwich St.
New York, New York 10007
Telephone:  (212) 230-8800
Facsimile:   (212) 230-8888
andrew.goldman@wilmerhale.com
austin.chavez@wilmerhale.com

WILMER CUTLER PICKERING HALE AND DORR LLP

Kirk J. Nahra (*pro hac vice* application forthcoming)
Ali A. Jessani (*pro hac vice* application forthcoming)
2100 Pennsylvania Ave NW
Washington, D.C. 20037
Telephone:  (202) 663-6000
Facsimile:   (202) 663-6363
kirk.nahra@wilmerhale.com
ali.jessani@wilmerhale.com

HB: 4925-1010-8743.2

*Proposed Attorneys for Neil M.
Richards, the Court-appointed Consumer
Privacy Ombudsman*

Case 25-40976   Doc 516   Filed 05/29/25   Entered 05/29/25 11:09:22   Main Document
Pg 3 of 4

HB: 4925-1010-8743.2

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing was electronically filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri on May 29, 2025, and was served upon all parties receiving CM/ECF notification in this matter, as evidenced by the receipt generated at the time of filing.

                                                       */s/ Christopher C. Miles*
                                                       Christopher C. Miles

HB: 4925-1010-8743.2