UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-40976-357 |
| 23ANDME HOLDING CO., *et al.*, | § | |
| | § | Chapter 11 |
| Debtors.[1] | § | |
| | § | (Jointly Administered) |

**VERIFIED STATEMENT OF THE AD HOC GROUP
OF SHAREHOLDERS PURSUANT TO BANKRUPTCY RULE 2019**

Brown Rudnick LLP ("Brown Rudnick") and The Desai Law Firm LLC ("Desai", and together with Brown Rudnick, "Counsel") hereby submit this verified statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection with Counsel's representation of an ad hoc group of certain holders of common equity (the "Ad Hoc Group") issued by 23andMe Holding Co. (together with its affiliate debtors, the "Debtors"), and in support thereof state as follows:

1. On April 29, 2025, the Ad Hoc Group retained Brown Rudnick to represent it in connection with seeking to obtain the appointment of an Official Equity Committee in the Debtors' chapter 11 cases. On June 2, 2024, the Ad Hoc Group retained Desai to serve as its Missouri co-counsel with respect to such matters.

2. As of the date of this Statement, Counsel represents only the Ad Hoc Group and does not represent, or purport to represent, any other entity in connection with the Debtors' chapter 11 cases. Counsel does not represent the Ad Hoc Group as a "committee" (as such term

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

4922-0672-0329.3

is employed in the Bankruptcy Code and the Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any creditor, party in interest, or entity other than the Ad Hoc Group. In addition, the Ad Hoc Group does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases.

3. Each member of the Ad Hoc Group beneficially holds common equity of 23andMe Holding Co. (the "Common Equity").

4. In accordance with Bankruptcy Rule 2019 and based upon information provided to Counsel by each member of the Ad Hoc Group, attached hereto as **Exhibit A** is a list of the names, addresses, nature of economic interest, and amount of disclosable economic interests in relation to the Debtors of each of the members that presently comprise the Ad Hoc Group.

5. Upon information and belief formed after due inquiry, Counsel does not hold any claim against, or interests in, the Debtors or their estates, other than potential claims for fees and expenses incurred in representing the Ad Hoc Group.

6. Counsel submits this Statement out of an abundance of caution, and nothing herein should be construed as an admission that the requirements of Bankruptcy Rule 2019 apply to Counsel's representation of the Ad Hoc Group.

7. Nothing contained in this Statement (or the exhibit hereto) should be construed as (i) a limitation upon, or waiver of, any rights of any member or affiliate of any member of the Ad Hoc Group to assert, file, and/or amend any claim or proof of claim filed in accordance with applicable law and any orders entered in these cases, or (ii) an admission with respect to any fact or legal theory.

8. Counsel reserves the right to amend this Statement as necessary in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated: June 3, 2025
St. Louis, MO

Respectfully submitted,

**THE DESAI LAW FIRM LLC**

By: /s/ *Spencer P. Desai*
Spencer P. Desai #39877
13321 North Outer Forty Rd., Suite 300
St. Louis, MO 63017
Telephone: (314) 666-9781
Email: spd@desailawfirmllc.com

-and-

**BROWN RUDNICK LLP**

Robert J. Stark (*pro hac vice* forthcoming)
Bennett S. Silverberg (*pro hac vice* forthcoming)
Andrew M. Carty (*pro hac vice* forthcoming)
Alexander F. Kasnetz (*pro hac vice* forthcoming)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: rstark@brownrudnick.com
       bsilverberg@brownrudnick.com
       acarty@brownrudnick.com
       akasnetz@brownrudnick.com

Shari I. Dwoskin (*pro hac vice* forthcoming)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: sdwoskin@brownrudnick.com

*Counsel for the Ad Hoc Group*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2025, a true and correct copy of the foregoing document was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

                              */s/ Spencer P. Desai*
                              Spencer P. Desai

**EXHIBIT A**

| Name | Address | Common Equity (in shares) | Other Disclosable Economic Interests |
|---|---|---|---|
| Kevin Barnes | 4030 S. Whitehorse Rd, #408 Malvern, PA 19432 | 50,000 | N/A |
| Camac Fund, LP | 317 West Avenue, #113197, SMB# 35983 Stamford, CT 06911 | 857,360 | N/A |
| Group Hearn, LLC | 555 S Ocean Blvd, Apt 5 Boca Raton FL 33432 | 406,925 | N/A |
| Justin Hilgart | RR3 box 3818 San Juan, PR 00926 | 50,000 | N/A |
| Victor Mankovsky | 360 Estate Point Road Toms River, NJ 08753 | 5,000 | N/A |
| Shay Capital LLC | 280 Park Avenue 5th Floor New York, NY 10017 | 620,090 | N/A |
| Ray of Hope Development LLC | 360 Estate Point Road Toms River, NJ 08753 | 5,500 | N/A |
| Ray of Hope Development LLC 2 | 360 Estate Point Road Toms River, NJ 08753 | 232,147 | N/A |
| Charles Viscito | 5702 NW 48th CT Coral Springs, FL 33067 | 38,309 | N/A |
| Patrick Conlin | 3131 Campus Drive Suite 100 Plymouth, MN 55441 | 30,600 | N/A |
| Milestone Vimba Fund L.P. | 3131 Campus Drive Suite 100 Plymouth, MN 55441 | 725,000 | N/A |
| Alexander Keoleian | 6901 Stoneridge Drive North Richland Hills, TX 76182 | 79,000 | N/A |
| Richard A. Magides | 03/12 Leedon Residences 10 Leedon Heights Singapore 266217 | 3,132,593 | N/A |
| Zentree Investments Pte Ltd | 15-01. 18 Robinson 18 Robinson road Singapore 048547 | 566,643 | N/A |
| Austin Viny | 392 Lorimer Street, Apt 1 Brooklyn, NY 11206 | 6,599 | N/A |
| **Total:** | | **6,805,766** | |

5