## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | Case No. 25-40976-357 |
| Debtors. | Jointly Administered |

## <u>CERTIFICATE OF SERVICE</u>

I, Eladio Perez, declare under penalty of perjury that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 3, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via Email on the Master Email Service List attached hereto as **<u>Exhibit A</u>**:

- Proposed Agenda for Hearing on June 3, 2025 at 1:30 p.m. (prevailing Central Time) [Docket No. 588]

On June 3, 2025, at my direction and under my supervision, employees of Kroll caused the following documents to be served via Email to Office of the United States Trustee, Attn: Carole J. Ryczek, Joseph Schlotzhauer, Paul A. Randolph, ustpregion13.sl.ecf@usdoj.gov; carole.ryczek@usdoj.gov; joseph.schlotzhauer@usdoj.gov; paul.a.randolph@usdoj.gov:

- Chapter 11 Monthly Operating Report for Case Number 25-40977 for the Month Ending: 03/31/2025 [Docket No. 355]

- Chapter 11 Monthly Operating Report for Case Number 25-40975 for the Month Ending: 03/31/2025 [Docket No. 356]

- Chapter 11 Monthly Operating Report for Case Number 25-40980 for the Month Ending: 03/31/2025 [Docket No. 357]

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

- Chapter 11 Monthly Operating Report for Case Number 25-40976 for the Month Ending: 03/31/2025 [Docket No. 358]

- Chapter 11 Monthly Operating Report for Case Number 25-40978 for the Month Ending: 03/31/2025 [Docket No. 359]

- Chapter 11 Monthly Operating Report for Case Number 25-40979 for the Month Ending: 03/31/2025 [Docket No. 360]

- Chapter 11 Monthly Operating Report for Case Number 25-40981 for the Month Ending: 03/31/2025 [Docket No. 361]

- Chapter 11 Monthly Operating Report for Case Number 25-40982 for the Month Ending: 03/31/2025 [Docket No. 362]

- Chapter 11 Monthly Operating Report for Case Number 25-40983 for the Month Ending: 03/31/2025 [Docket No. 363]

- Chapter 11 Monthly Operating Report for Case Number 25-40984 for the Month Ending: 03/31/2025 [Docket No. 364]

- Chapter 11 Monthly Operating Report for Case Number 25-40985 for the Month Ending: 03/31/2025 [Docket No. 365]

- Chapter 11 Monthly Operating Report for Case Number 25-40986 for the Month Ending: 03/31/2025 [Docket No. 366]

- Chapter 11 Monthly Operating Report for Case Number 25-40977 for the Month Ending: 04/30/2025 [Docket No. 546]

- Chapter 11 Monthly Operating Report for Case Number 25-40975 for the Month Ending: 04/30/2025 [Docket No. 547]

- Chapter 11 Monthly Operating Report for Case Number 25-40980 for the Month Ending: 04/30/2025 [Docket No. 548]

- Chapter 11 Monthly Operating Report for Case Number 25-40976 for the Month Ending: 04/30/2025 [Docket No. 549]

- Chapter 11 Monthly Operating Report for Case Number 25-40978 for the Month Ending: 04/30/2025 [Docket No. 550]

- Chapter 11 Monthly Operating Report for Case Number 25-40979 for the Month Ending: 04/30/2025 [Docket No. 551]

- Chapter 11 Monthly Operating Report for Case Number 25-40981 for the Month Ending: 04/30/2025 [Docket No. 552]

- Chapter 11 Monthly Operating Report for Case Number 25-40982 for the Month Ending: 04/30/2025 [Docket No. 553]

- Chapter 11 Monthly Operating Report for Case Number 25-40983 for the Month Ending: 04/30/2025 [Docket No. 554]

- Chapter 11 Monthly Operating Report for Case Number 25-40984 for the Month Ending: 04/30/2025 [Docket No. 555]

- Chapter 11 Monthly Operating Report for Case Number 25-40985 for the Month Ending: 04/30/2025 [Docket No. 556]

- Chapter 11 Monthly Operating Report for Case Number 25-40986 for the Month Ending: 04/30/2025 [Docket No. 557]

Dated: June 4, 2025

*/s/ Eladio Perez*
Eladio Perez

SRF 88952

**<u>Exhibit A</u>**

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | ARON LAW FIRM | BILL@ARONLAWFIRM.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ PLLC | BAYLSTOCK@AWKOLAW.COM<br>SGEISLER@AWKOLAW.COM<br>MLIU@AWKOLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BARNOW & ASSOCIATES P.C. | APARKHILL@BARNOWLAW.COM<br>B.BARNOW@BARNOWLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BERMAN TOBACCO | CSARRAF@BERMANTABACCO.COM<br>DBARENBAUM@BERMANTABACCO.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BONI, ZACK & SNYDER LLC | BEICHEL@BONIZACK.COM<br>JSNYDER@BONIZACK.COM<br>MBONI@BONIZACK.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BOTTINI & BOTTINI, INC. | ACHANG@BOTTINILAW.COM<br>ABESTE@BOTTINILAW.COM<br>FBOTTINI@BOTTINILAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BRADLEY/GROMBACHER LLP | KGROMBACHER@BRADLEYGROMBACHER.COM<br>MBRADLEY@BRADLEYGROMBACHER.COM |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | SCHRISTIANSON@BUCHALTER.COM |
| COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION | CARMODY MACDONALD P.C. | THR@CARMODYMACDONALD.COM<br>NRW@CARMODYMACDONALD.COM<br>JJG@CARMODYMACDONALD.COM<br>REE@CARMODYMACDONALD.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP | GMB@CGLAW.COM<br>CAMILLE@CGLAW.COM<br>DCASEY@CGLAW.COM<br>CLAZAR@CGLAW.COM<br>JCONNOR@CGLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CHRISTOPHER DU VERNET CARLIN MCGOOGAN DUVERNET STEWART, BARRISTERS AND SOLICITERS | DUVERNET@DUVERNET.CA |

In re: 23andMe Holding Co., *et al.*
Case No. 25-40976 (BCW)

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CLARKSON LAW FIRM | RCLARKSON@CLARKSONLAWFIRM.COM<br>TAVANESS@CLARKSONLAWFIRM.COM<br>VMALKHASYAN@CLARKSONLAWFIRM.COM<br>YHART@CLARKSONLAWFIRM.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CLAYEO C. ARNOLD,  PROFESSIONAL LAW CORP. | BJACK@JUSTICE4YOU.COM<br>GHAROUTUNIAN@JUSTICE4YOU.COM<br>ABERRY@JUSTICE4YOU.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | COLE & VAN NOTE | LVN@COLEVANNOTE.COM<br>SEC@COLEVANNOTE.COM |
| COUNSEL TO THE STATE OF COLORADO | COLORADO DEPARTMENT OF LAW | ROBERT.PADJEN@COAG.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | COTCHETT PITRE & MCCARTHY LLP | GJUNG@CPMLEGAL.COM<br>JCOTCHETT@CPMLEGAL.COM<br>MMOLUMPHY@CPMLEGAL.COM<br>TREDENBARGER@CPMLEGAL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CUNEO GILBERT & LADUCA | BRENDANT@CUNEOLAW.COM<br>CHARLES@CUNEOLAW.COM |
| COUNSEL TO COREWEAVE INC. | DANNA MCKITRICK, P.C. | TDEWOSKIN@DMFIRM.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | DU VERNET STEWART | MCGOOGAN@DUVERNET.CA<br>DUVERNET@DUVERNET.CA |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | EDELSBERG LAW, P.A. | ASHAMIS@SHAMISGENTILE.COM<br>SCOTT@EDELSBERGLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | EDELSON PC | RBALABANIAN@EDELSON.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | EMPLOYEE JUSTICE LEGAL GROUP, PC | KELIHU@EJLGLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | FALLS LAW GROUP | CARA@FALLSLAW.CA<br>JAY@FALLSLAW.CA |
| FEDERAL TRADE COMMISSION | FEDERAL TRADE COMMISSION | RSOLOMON@FTC.GOV<br>GBONAN@FTC.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | FEDERMAN & SHERWOOD | WBF@FEDERMANLAW.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | FREED KANNER LONDON & MILLEN LLC | JJAGHER@FKLMLAW.COM<br>MMOSKOVITZ@FKLMLAW.COM<br>NBINNS@FKLMLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | GLANCY PRONGAY & MURRAY LLP | BMURRAY@GLANCYLAW.COM<br>MGODINO@GLANCYLAW.COM |
| COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF 23ANDME HOLDING, CO. | GOODWIN PROCTER LLP | KLYNN@GOODWINLAW.COM<br>RLEMONS@GOODWINLAW.COM<br>DHOEHNE@GOODWINLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | GUSTAFSON GLUEK  PLLC | DGOODWIN@GUSTAFSONGLUEK.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | HERMAN JONES LLP | CSMITH@HERMANJONES.COM<br>JHERMAN@HERMANJONES.COM |
| THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | JMB CAPITAL PARTNERS LENDING, LLC | VIKAS@JMBCAPITAL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C. | GGRAIFMAN@KGGLAW.COM<br>MEMERT@KGGLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KAPLAN FOX & KILSHEIMER LLP | BREED@KAPLANFOX.COM<br>LKING@KAPLANFOX.COM<br>MGEORGE@KAPLANFOX.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KAZEROUNI LAW GROUP | AK@KAZLG.COM<br>MONA@KAZLG.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KELLER ROHRBACK LLP | CLAUFENBERG@KELLERROHRBACK.COM<br>CSPRINGER@KELLERROHRBACK.COM<br>GCAPPIO@KELLERROHRBACK.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KELLEY DRYE & WARREN LLP | JADAMS@KELLEYDRYE.COM<br>EWILSON@KELLEYDRYE.COM<br>MMCLOUGHLIN@KELLEYDRYE.COM<br>SYACHIK@KELLEYDRYE.COM |
| COUNSEL TO COMMONWEALTH OF KENTUCKY | KENTUCKY OFFICE OF THE ATTORNEY GENERAL | CHRISD.HUNT@KY.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KLEINE PC | BEN@KLEINEPC.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KND COMPLEX LITIGATION | SN@KND.LAW<br>TS@KND.LAW |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KOPELITZ OSTROW FERGUSON WEISELBERG GILBERT | OSTROW@KOLAWYERS.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KP LAW LIMITED | KINGSLEY.HAYES@KPL.CO.UK<br>LUCY.BURROWS@KPL.CO.UK<br>KAJAL.PATEL@KPL.CO.UK |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KP LAW LTD. (UK) | THIAGO.LOPES@KPL.CO.UK |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LABATON KELLER SUCHAROW LLP | ASCHLOW@LABATON.COM |
| COUNSEL TO REGENERON PHARMACEUTICALS, INC. | LATHROP GPM LLP | BENJAMIN.STRUBY@LATHROPGPM.COM<br>STEVE.SUTTON@LATHROPGPM.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LAUKAITIS LAW LLC | KLAUKAITIS@LAUKAITISLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LAW OFFICE OF COURTNEY WEINER PLLC | CW@COURTNEYWEINERLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LAW OFFICES OF PAUL WHALEN, PC | PAUL@PAULWHALEN.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEVI & KORSINSKY, LLP | EK@ZLK.COM<br>MREICH@ZLK.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEVI & KORSINSKY, LLP | EK@ZLK.COM<br>MREICH@ZLK.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEVIN SEDRAN & BERMAN LLP | CSCHAFFER@LFSBLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEXINGTON LAW GROUP, LLP | MTODZO@LEXLAWGROUP.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | ECABRASER@LCHB.COM<br>JDAFA@LCHB.COM<br>MGARDNER@LCHB.COM<br>MSOBOL@LCHB.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LOCKRIDGE GRINDAL NAUEN P.L.L.P. | KHRIEBEL@LOCKLAW.COM<br>KMBAXTER-KAUF@LOCKLAW.COM<br>MKBERG@LOCKLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LONGMAN LAW, P.C. | HLONGMAN@LONGMAN.LAW |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LYNCH CARPENTER LLP | GARY@LCLLP.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MASON LLP | GMASON@MASONLLP.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MCSHANE & BRADY, LLC | LMCSHANE@MCSHANEBRADYLAW.COM<br>MBRADY@MCSHANEBRADYLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MIGLIACCIO & RATHOD LLP | MSMITH@CLASSLAWDC.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | DBRYSON@MILBERG.COM<br>JCOHEN@MILBERG.COM<br>GKLINGER@MILBERG.COM<br>ASTRAUS@MILBERG.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | DBRYSON@MILBERG.COM<br>GKLINGER@MILBERG.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | JNELSON@MILBERG.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | JCOHEN@MILBERG.COM |
| COUNSEL TO THE STATE OF MINNESOTA | MINNESOTA ATTORNEY GENERAL'S OFFICE | DALILA.JORDAN@AG.STATE.MN.US<br>BANKRUPTCY.NOTICES@AG.STATE.MN.US<br>RAYMOND.SMITH@AG.STATE.MN.US |
| COUNSEL TO THE OFFICE OF THE MISSOURI ATTORNEY GENERAL | MISSOURI ATTORNEY GENERAL'S OFFICE | CALEB.LEWIS@AGO.MO.GOV |
| COUNSEL TO THE OFFICE OF THE MISSOURI ATTORNEY GENERAL | MISSOURI ATTORNEY GENERAL'S OFFICE | MICHAEL.SCHWALBERT@AGO.MO.GOV<br>ALISON.ESBECK@AGO.MO.GOV<br>ZACHARY.ELAM@AGO.MO.GOV |
| MISSOURI DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE | EDMOECF@DOR.MO.GOV |
| COUNSEL TO THE NAAG CLIENT STATES, STATE OF OKLAHOMA | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ARYAN@NAAG.ORG |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | NEAL & HARWELL, PLC | DBHADARE-VALENTE@NEALHARWELL.COM<br>MBURKETT@NEALHARWELL.COM |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | JAMES.COPELAND@NORTONROSEFULBRIGHT.COM<br>ROBERT.HIRSH@NORTONROSEFULBRIGHT.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | JOSH.WATTS@NORTONROSEFULBRIGHT.COM JEFF.KALINOWSKI@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | KRISTIAN.GLUCK@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | KRISTIAN.GLUCK@NORTONROSEFULBRIGHT.COM |
| COUNSEL TO THE STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | LAYLA.MILLIGAN@OAG.TEXAS.GOV ROMA.DESAI@OAG.TEXAS.GOV STEPHANIE.EBERHARDT@OAG.TEXAS.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE EASTERN DISTRICT OF MISSOURI | OFFICE OF THE UNITED STATES TRUSTEE | USTPREGION13.SL.ECF@USDOJ.GOV CAROLE.RYCZEK@USDOJ.GOV JOSEPH.SCHLOTZHAUER@USDOJ.GOV PAUL.A.RANDOLPH@USDOJ.GOV |
| COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | PBASTA@PAULWEISS.COM CHOPKINS@PAULWEISS.COM JCHOI@PAULWEISS.COM GHOTZ@PAULWEISS.COM |
| COUNSEL TO COMMONWEALTH OF PENNSYLVANIA, OFFICE OF ATTORNEY GENERAL | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | LMICHAELS@ATTORNEYEGNERAL.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | PIERCE GORE LAW FIRM | PIERCEGORE@GMAIL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | POTTER HANDY LLP | CHRISC@POTTERHANDY.COM JIMT@POTTERHANDY.COM MARK@POTTERHANDY.COM TEHNIATZ@POTTERHANDY.COM 23ANDMEIL@POTTERHANDY.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | POULIN | WILLEY | ANASTOPOULO, LLC | ERIC.POULIN@POULINWILLEY.COM PAUL.DOOLITTLE@POULINWILLEY.COM |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO TTAM 2.0 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | CAMERONKELLY@QUINNEMANUEL.COM |
| COUNSEL TO TTAM 2.0 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSHEELKIRPALANI@QUINNEMANUEL.COM KENHERSHEY@QUINNEMANUEL.COM EMMAMCCABE@QUINNEMANUEL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | REESE LLP | CMOORE@REESELLP.COM GGRANADE@REESELLP.COM KLAUKAITIS@LAUKAITISLAW.COM MREESE@REESELLP.COM SNAM@REESELLP.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | ROBBINS GELLER RUDMAN & DOWD, LLP | ACOHEN@RGRDLAW.COM DANTULLIS@RGRDLAW.COM LTAYLOR@RGRDLAW.COM NBRITO@RGRDLAW.COM SDAVIDSON@RGRDLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SALTZ, MONGELUZZI & BENDESKY, PC | PHOWARD@SMBB.COM SPARIS@SMBB.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SCHUBERT JONCKHEER & KOLBE LLP | ASCHUBERT@SJK.LAW RSCHUBERT@SJK.LAW WJONCKHEER@SJK.LAW |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SCOTT+SCOTT ATTORNEYS AT LAW LLP | CALEXANDER@SCOTT-SCOTT.COM JGUGLIELMO@SCOTT-SCOTT.COM |
| SECURITIES & EXCHANGE COMMISSION | SECURITIES & EXCHANGE COMMISSION - HEADQUARTERS | SECBANKRUPTCY@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | SECURITIES & EXCHANGE COMMISSION - NY REGIONAL OFFICE | BANKRUPTCYNOTICESCHR@SEC.GOV NEWYORK@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | SECURITIES & EXCHANGE COMMISSION - SAN FRANCISO REGIONAL OFFICE | SANFRANCISCO@SEC.GOV |
| COUNSEL TO KR OP TECH, LLC | SPENCER FANE LLP | CJONES@SPENCERFANE.COM |
| COUNSEL TO API INNOVATION CENTER | SPENCER FANE LLP | JGWILLARD@SPENCERFANE.COM |
| COUNSEL TO KR OP TECH, LLC | SPENCER FANE LLP | MBOGDANOWICZ@SPENCERFANE.COM |

In re: 23andMe Holding Co., *et al.*
Case No. 25-40976 (BCW)

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SROURIAN LAW FIRM, P.C. | DANIEL@SLFLA.COM |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | PAIGE.SMOTHERS@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | BANKRUPTCY@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | HEATHER.CROCKETT@ATG.IN.GOV<br>LEONA.FRANK@ATG.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | WEBTEAM@AG.IOWA.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | OAG@OAG.STATE.MD.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | MIAG@MICHIGAN.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | NEDOJ@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | NDAG@ND.GOV |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | CONSUMER.HOTLINE@DOJ.STATE.OR.US<br>JUSTIN.LEONARD@DOJ.OREGON.GOV |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | CONSUMERHELP@STATE.SD.US |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | BANKRUPTCY@AGUTAH.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | CONSUMER@WVAGO.GOV |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | STINSON LLP | NICHOLAS.ZLUTICKY@STINSON.COM<br>ZACHARY.HEMENWAY@STINSON.COM<br>MIRANDA.SWIFT@STINSON.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | STUEVE SIEGEL HANSON LLP | SPATES@STUEVESIEGEL.COM<br>MOORE@STUEVESIEGEL.COM<br>SIEGEL@STUEVESIEGEL.COM<br>DENT@STUEVESIEGEL.COM<br>WILLIAMS@STUEVESIEGEL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SULTZER & LIPARI, PLLC | SULTZERJ@THESULTZERLAWGROUP.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | THE GOOD LAW GROUP | ROSS@THEGOODLAWGROUP.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | THE GRANT LAW FIRM, PLLC | LGRANT@GRANTFIRM.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | THE MEHDI FIRM LLP | AZRAM@THEMEHDIFIRM.COM |
| COUNSEL TO STATE OF TENNESSEE | TN ATTORNEY GENERAL'S OFFICE | MARVIN.CLEMENTS@AG.TN.GOV |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | TOSTRUD LAW GROUP PC | JTOSTRUD@TOSTRUDLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | TYCKO & ZAVAREEI, LLP | HZAVAREEI@TZLEGAL.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | TYCKO & ZAVAREEI, LLP | HZAVAREEI@TZLEGAL.COM<br>AGOLD@TZLEGAL.COM<br>DLAWLER@TZLEGAL.COM<br>GCHAPPELL@TZLEGAL.COM |
| COUNSEL TO UNITED STATES DEPARTMENT OF JUSTICE, NATIONAL SECURITY DIVISION | U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | SETH.SHAPIRO@USDOJ.GOV |

In re: 23andMe Holding Co., *et al.*
Case No. 25-40976 (BCW)

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | EMAIL |
|---|---|---|
| UNITED STATES ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF MISSOURI | UNITED STATES ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF MISSOURI | JOSHUA.M.JONES@USDOJ.GOV |
| COUNSEL TO THE SUCCESSFUL BIDDER, REGENERON PHARMACEUTICALS, INC. | WACHTELL, LIPTON, ROSEN & KATZ | MSBENN@WLRK.COM<br>VGOLDFELD@WLRK.COM<br>MHCASSEL@WLRK.COM<br>EPGOLIN@WLRK.COM<br>EAKLEINHAUS@WLRK.COM |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | OAG@DC.GOV |
| INTERESTED PARTY | WASHU LAW | NRICHARDS@WUSTL.EDU<br>RDURRIE@WUSTL.EDU |
| INTERESTED PARTY | WILMERHALE | ALI.JESSANI@WILMERHALE.COM<br>BLYTHE.RIGGAN@WILMERHALE.COM<br>KIRK.NAHRA@WILMERHALE.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP | BYRD@WHAFH.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | WUCETICH & KOROVILAS LLP | DIMITRI@WUKOLAW.COM<br>JASON@WUKOLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | YANNI LAW | YANNI@BOHRENLAW.COM |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | ZINNS LAW, LLC | SHARON@ZINNSLAW.COM |