RECEIVED

2025 JUN 11   AM 11: 13

CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST LOUIS MISSOURI

**DECLARATION OF SUPPORT AND AUTHORIZATION FOR INCLUSION**
**In re: 23andMe Holding Co., et al., Case No. 25-40976 (Bankr. E.D. Mo.)**
**For Verified Statement of Interest Filed by The Light Collective**

I, the undersigned, make the following declaration in support of the Verified Statement of Interest and Request for Limited Appearance filed on June 8, 2025, by Andrea Downing and The Light Collective:

1.  I served as a consultant and/or patient advocate for the purposes of community engagement, education, and participant recruitment into research or genetic cohort programs involving 23andMe between 2015-2019.
2.  My work involved grassroots or community-based outreach and was governed by ethical principles of transparency, trust, and patient-centered governance, regardless of whether my compensation was issued under a marketing, education, or advocacy agreement.
3.  I was directly involved in **recruiting individuals into research cohorts**, often under assurances—whether verbal, written, or implied—of **data privacy, non-commercial use, and shared governance** of community-generated research data.
4.  I was **personally affected** by the October 2023 data breach and/or the potential sale or misuse of the datasets that resulted from my work, and I consider myself both a harmed individual and a representative of the ethical obligations owed to the communities I helped recruit.
5.  I respectfully authorize inclusion of my name and this declaration as part of the Verified Statement of Interest, and support the requests made therein for:
     ○  Recognition of patient-recruited data as ethically governed;
     ○  Stakeholder consultation before sale or continued use of such data;
     ○  Participation in any hearings or processes relating to data governance in this case.
6.  I reserve the right to supplement this declaration with supporting documentation, and/or request that any proprietary or sensitive content be submitted under protective order pursuant to 11 U.S.C. § 107 and Rule 9018.

---

**Name:** Christine Von Raesfeld
**Affiliation(s) during contract period:** Lupus Foundation of Northern California
**Role or Title:** Social Media Manager
**Dates of Service:** 2015 to 2019
**Contact Email:** contact@lightcollective.org
**Phone (optional):**

**Signature:** _____
**Date:** 06/08/2025

[ X] Check here if also personally affected by the October 2023 breach.

[ X ] Check here if supporting documents (e.g., contract, email, MOU) are available upon request or submission under seal.