UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**23ANDME HOLDING CO., *et al.*,**[1]<br>　　　　　Debtors. | Case No. 25-40976-357<br>Chapter 11<br><br>(Jointly Administered) |

## NOTICE OF PRO SE OBJECTIONS STATUS REPORT

**PLEASE TAKE NOTICE** that on March 23, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Missouri (the "Court").

**PLEASE TAKE FURTHER NOTICE** at an omnibus hearing held on June 4, 2025, the Court requested that the Debtors file a report on the status of objections filed by pro se objectors in the Debtors' chapter 11 cases by June 13, 2025 (the "Pro Se Objections Status Report").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have contacted the pro se objectors having filed pleadings in the Debtors' chapter 11 cases to determine the status of their objections and if such objections could be resolved. Pursuant to the Court's request, the Debtors have prepared the Pro Se Objections Status Report, which is attached hereto as **Exhibit A**.

[*Reminder of page intentionally left blank*]

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

Dated: June 13, 2025
St. Louis, Missouri

Respectfully submitted,

**Carmody MacDonald P.C.**
/s/ *Thomas H. Riske*
Thomas H. Riske #61838MO
Robert E. Eggmann #37374MO
Nathan R. Wallace #74890MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8600
Facsimile: (314) 854-8660
Email: thr@carmodymacdonald.com
ree@carmodaymacdonald.com
nrw@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Jessica I. Choi (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: pbasta@paulweiss.com
chopkins@paulweiss.com
jchoi@paulweiss.com
ghotz@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

## Exhibit A

**Pro Se Objections Status Report**

## In re 23andMe Holding Co., *et al.*
## Pro Se Objections Status Report – as of June 13, 2025[1]

| | OBJECTION PARTY | ECF # | FILING DATE | DOCUMENT | STATUS |
|---|---|---|---|---|---|
| **I.** | **PRO SE SHAREHOLDER OBJECTIONS** | | | | |
| 1. | Ann-Jie Ching | 533 | 5/30/25 | *Objection to Sealing Motion of TTAM Parties from Equity Shareholder and General Public* | • The Debtors' counsel had an phone call with Ms. Chin on June 4, 2025.<br>• Since then, the Debtors' counsel contacted Ms. Ching to confirm the status of the objection but have not yet received a response. |
| 2. | Charles Viscito | 599 | 6/3/25 | *Limited Objection to Debtors' Motion for Entry of an Order Establishing Procedures for the Submission of Final Proposals from the Backup Bidder and Successful Bidder and Granting Related Relief from Equity Shareholder* | • The Debtors' counsel contacted Mr. Viscito to confirm the status of the objection, and Mr. Viscito confirmed the objection has been resolved. |
| **II.** | **PRO SE CUSTOMER OBJECTIONS** | | | | |
| 1. | Amanda Austin | 161 | 4/3/25 | *Personal Amicus Submission: Requesting Permanent Deletion of Data and User Privacy Protections* | • The Debtors provided Ms. Austin with account deletion instructions and have not yet received a response. |
| 2. | Atul Kishore | 226 | 4/14/25 | *Difficulty in Deleting DNA Account with 23andMe* | • The Debtors provided assistance with Mr. Kishore's request and confirm customer's account has been deleted. |
| 3. | Frank J. Duerr | 342 | 4/29/25 | *Request for Clarification on Data Retention and Privacy Following Chapter 11 Filing* | • The Debtors' counsel contacted Mr. Duerr to confirm the status of the objection but have not yet received a response. |
| 4. | David Neal | 408<br><br>704<br>706 | 5/13/25<br><br>6/10/25<br>6/10/25 | *Consumer Objection to Sale of Personally Identifiable Information*<br><br>*Motion to Intervene*<br><br>*Emergency Motion for Protective Order* | • Mr. Neal did not provide contact information on his pleadings and the Debtors were unable to locate contact information for Mr. Neal in their records. |
| 5. | Derek Ryba | 441 | 5/22/25 | *Customer Concern Regarding Protection of DNA and Personal Data in Bankruptcy Proceedings* | • The Debtors' counsel contacted Mr. Ryba to confirm status of objection and connected him to the Debtors' Customer Care to resolve his request. |
| 6. | Pamela Norton | 634 | 6/5/25 | *Emergency Motion for Constitutional Intervention and Request for Preliminary Injunction* | • The Debtors' counsel provided Ms. Norton with deletion instructions to resolve Ms. Norton's objection and have not yet received a response. |
| 7. | Jerry Edward Makin | 666 | 6/6/2025 | *Bill in Equity to Enjoin the Sale of Assets and for Other Equitable Relief* | • The Debtors' counsel provided Mr. Makin with deletion instructions to resolve Mr. Makin's objection. Mr. Makin does not believe this resolves his pleading so this matter may go forward at the sale hearing. |

---

[1] This Pro Se Objections Status Report includes publicly filed objections by the pro se objectors. The Debtors have also received several non-public inquiries from customers and shareholders not disclosed herein to limit public disclosure of personally identifiable information, but are also working to resolve such inquiries.