**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**23ANDME HOLDING CO.,** *et al.*,[1]<br>          Debtors. | Case No. 25-40976-357<br>Chapter 11<br><br>(Jointly Administered)<br><br>Hearing Date: June 18, 2025<br>Hearing Time: 9:00 a.m. CDT<br>Hearing Location: Courtroom 5 North<br><br>Related Docs. 30, 125, 420, 574, 657, 668 |

**NOTICE OF CHANGE OF OWNERSHIP OF PERSONAL INFORMATION**

      **PLEASE TAKE NOTICE** that beginning on June 11, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") caused a notice in the form attached hereto as **Exhibit A** to be sent to all current and former customers of the Debtors, notifying the Debtors' current customers that, in connection with the Debtors' sale process, there will be a change in ownership of their Personal Information,[2] among other things (the "Customer Notice").[3]

      **PLEASE TAKE FURTHER NOTICE** that, on June 13, 2024, the Debtors filed the *Notice of Winning Bidder with Respect to the Final Proposal Procedures to Acquire the Debtors' Assets* [Docket No. 739] (the "Winning Bidder Notice"), disclosing that the Debtors selected TTAM Research Institute ("TTAM") as the Winning Bidder and Regeneron Pharmaceuticals, Inc. ("Regeneron") as the Backup Bidder.[4] A copy of the Asset Purchase

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

[2] "Personal Information" means data or information relating to an identified or identifiable individual natural person, including any data or information on any media that, alone or in combination with other data or information, can, directly or indirectly, reasonably identify an individual natural person, or any data or information that is defined as personal data, protected health information, personally identifiable information, personal information or similar defined term under any privacy law.

[3] A certificate of service for the Customer Notice will be filed on the docket when available.

[4] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the *Order (I) Establishing Procedures for the Submission of Final Proposals from the Backup Bidder and Successful Bidder and (II) Granting Related Relief* [Docket No. 657].

Agreement with TTAM (the "TTAM Asset Purchase Agreement") is attached to the Winning Bidder Notice as Exhibit A thereto.

**PLEASE TAKE FURTHER NOTICE** that, on June 14, 2025, the Debtors filed the *Notice of (I) Adjournment of Sale Hearing and (II) Election of NewCo Drop Down and NewCo Equity Transfer Pursuant to TTAM Asset Purchase Agreement* [Docket No. 746], whereby the Debtors provided notice that the Sale Hearing to consider (a) approval of the sale, liquidation, or other disposition of the Debtors' Assets to the Winning Bidder, free and clear of all liens, claims, interests, and encumbrances in accordance with Bankruptcy Code section 363(f), and (b) entry of the Sale Order, will commence on **June 18, 2025, at 9:00 a.m. prevailing Central Time** in the United States Bankruptcy Court for the Eastern District of Missouri, 111 South Tenth Street, 5th Floor, St. Louis, Missouri 63102.

**PLEASE TAKE FURTHER NOTICE** that copies of the documents filed in the chapter 11 cases may be obtained by accessing (a) Kroll's website, at https://restructuring.ra.kroll.com/23andMe, for no charge, or (b) the Court's internet site: https://www.moeb.uscourts.gov/, for a fee, through an account obtained from the PACER website at http://pacer.psc.uscourts.gov.

[*Reminder of page intentionally left blank*]

Dated: June 16, 2025
St. Louis, Missouri

Respectfully submitted,

**Carmody MacDonald P.C.**
/s/ *Thomas H. Riske*
Thomas H. Riske #61838MO
Robert E. Eggmann #37374MO
Nathan R. Wallace #74890MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone:   (314) 854-8600
Facsimile:   (314) 854-8660
Email:   thr@carmodymacdonald.com
         ree@carmodaymacdonald.com
         nrw@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Jessica I. Choi (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:   (212) 373-3000
Facsimile:   (212) 757-3990
Email:   pbasta@paulweiss.com
         chopkins@paulweiss.com
         jchoi@paulweiss.com
         ghotz@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*

## Exhibit A

**Customer Notice**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>**23ANDME HOLDING CO.,** *et al.*,[1]<br>　　　　　Debtors. | Case No. 25-40976-357<br>Chapter 11<br><br>(Jointly Administered)<br><br>Hearing Date:  June 17, 2025<br>Hearing Time:  9:00 a.m. CDT<br><br>Related Docs. 30, 125, 420, 574, 657, 668 |

**NOTICE OF POTENTIAL CHANGE OF OWNERSHIP
OF PERSONAL INFORMATION**

**PLEASE TAKE NOTICE** that you are not required to take any action, and this notice is being sent for informational purposes only.

**PLEASE TAKE FURTHER NOTICE** that if you are a former customer of the Debtors (as defined below), this notice does not apply to you.

**PLEASE TAKE FURTHER NOTICE** that on March 23, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Missouri (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, in connection with these chapter 11 cases, the Debtors (a) conducted an auction for the sale of all or substantially all of their assets and (b) on May 19, 2025, filed the *Notice of Successful and Backup Bidders, With Respect to the Auction of the Debtors' Assets* [Docket No. 420] (the "Notice of Successful and Backup Bidders"), announcing Regeneron Pharmaceuticals, Inc. ("Regeneron"), as the successful bidder and TTAM Research Institute ("TTAM" and, together with Regeneron, the "Bidders"), as the backup bidder, respectively.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order (I) Establishing Procedures for the Submission of Final Proposals from the Backup Bidder and Successful Bidder and (II) Granting Related Relief* [Docket No. 657] (the "Final Proposal

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are:  23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595).  The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

Procedures Order")[2], the Debtors will file a further notice (the "Winning Bidder Notice") with the Court disclosing which Bidder submitted the highest and best proposal (such proposal, the "Winning Bid") no later than 11:59 p.m. (prevailing Central Time) on the date that is two business days after the later of (a) the Sale Objection Deadline (as defined below) and (b) the public filing of the Consumer Privacy Ombudsman's report.

**PLEASE TAKE FURTHER NOTICE** that, in connection with the Debtors' sale process, there will be a change in ownership of your Personal Information.[3] Pursuant to the terms of the Debtors' privacy policies and the terms of the applicable Asset Purchase Agreement, the Winning Bidder is required to comply with the Debtors' privacy policies and statements, consent documents, and all applicable privacy laws with respect to the treatment of Personal Information. This means that the Debtors' sale will not change how your Personal Information is currently processed, used, or stored, and you will continue to have the same privacy rights to your Personal Information as you did prior to the sale. The Winning Bidder will abide by the Debtors' privacy policies and applicable privacy laws, including by providing notice and/or obtaining the requisite consent, before any new use of your Personal Information.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to consider (a) approval of the sale, liquidation, or other disposition of the Debtors' Assets to the Winning Bidder, free and clear of all liens, claims, interests, and encumbrances in accordance with Bankruptcy Code section 363(f), and (b) entry of the Sale Order, is set for **June 17, 2025, at 9:00 a.m. prevailing Central Time** in the United States Bankruptcy Court for the Eastern District of Missouri, 111 South Tenth Street, 5th Floor, St. Louis, Missouri 63102.

**PLEASE TAKE FURTHER NOTICE** that copies of the documents filed in the chapter 11 cases may be obtained by accessing (a) Kroll's website, at https://restructuring.ra.kroll.com/23andMe, for no charge, or (b) the Court's internet site: https://www.moeb.uscourts.gov/, for a fee, through an account obtained from the PACER website at http://pacer.psc.uscourts.gov.

[*Reminder of page intentionally left blank*]

---

[2] Terms used but not defined herein shall have the meaning ascribed to them in the Final Proposal Procedures Order.

[3] "Personal Information" means data or information relating to an identified or identifiable individual natural person, including any data or information on any media that, alone or in combination with other data or information, can, directly or indirectly, reasonably identify an individual natural person, or any data or information that is defined as personal data, protected health information, personally identifiable information, personal information or similar defined term under any privacy law.

2