Sonia Herb

2970 West 27th Street

Brooklyn, N.Y. 11224

Cush_beaute_noire@proton.me

Date: June 13, 2025

Clerk of the Court

United States Bankruptcy Court

Eastern District of Missouri

111 South Tenth Street, 4th Floor

St. Louis, MO 63102

Re: Objection to Sale or Transfer of Personal Information

Case No.: 25-40976-357 (23andMe Holding Co., et al.)

Dear Judge and Court Officials,

I am writing to formally object to the sale or transfer of my personal information in connection with the bankruptcy proceedings of 23andMe Holding Co. and its affiliated entities (Case No. 25-40976-357).

As a customer of 23andMe, I entrusted the company with sensitive and personal data, including but not limited to genetic information, health-related insights, and personally identifiable information. This data is highly private and uniquely tied to my identity. I do not consent to the transfer, sale, or use of my data by any third party, including the potential purchasers referenced in recent court filings.

I am particularly concerned about the potential misuse of genetic and health data, and I request that the Court take all necessary steps to prevent the transfer of my information to any acquiring party. I believe such a transfer would violate the spirit, if not the letter, of 23andMe's original privacy policy under which my data was collected.

I respectfully urge the Court to honor my right to privacy and exclude my personal information from the proposed sale.

Thank you for your attention to this matter.

Sincerely,

*Sonia Herb*
Sonia Herb