Aaron Pehrson
9643 Hamlet Avenue South
Cottage Grove, MN 55016
719-964-9051
aarow@aol.com

RECEIVED-FILED

2025 JUN 16  AM 11:05

Date: 11 June 2025

Re: Kroll Restructuring Administration LLC
  23andMe Holding Co. Claims Processing Center
  Grand Central Station, PO Box 4850
  New York, NY 10163

Re: Formal Notice of Opt-Out and Reservation of Individual Legal Rights
In re: 23andMe Holding Co., et al., Case No. 25-40976 (Bankr. E.D. Mo.)

To Whom It May Concern,

I am writing to formally notify the Debtors - 23andMe Holding Co. and its affiliates - and the United States Bankruptcy Court for the Eastern District of Missouri that:

1. I am an individual whose personal data may have been affected by the cyber security incident involving 23andMe and/or its affiliates.

2. I hereby opt out of any current or future class action settlements, resolutions, or consolidated claims relating to this matter, including but not limited to any filed or approved Class Proofs of Claim under Rule 7023 of the Federal Rules of Bankruptcy Procedure.

3. I expressly reserve my full legal rights to pursue individual claims and remedies, including but not limited to damages, injunctive relief, and any statutory or equitable remedies, outside the scope of any class or consolidated settlement process.

4. This notice is submitted in addition to and not in lieu of any Proof of Claim I may file individually in these Chapter 11 proceedings under the Cyber Security Incident Bar Date Order.

Please confirm receipt of this letter and direct any relevant legal correspondence to me at the contact information listed above.

Sincerely,

*Aaron Pehrson*

Aaron Pehrson

CC:

- Kroll Restructuring Administration LLC
  23andMe Holding Co. Claims Processing Center
  Grand Central Station, PO Box 4850
  New York, NY 10163

- Kroll Restructuring Administration LLC
  850 3rd Avenue, Suite 412
  Brooklyn, NY 11232

- Paul M. Basta, Esq.
  Paul, Weiss, Rifkind, Wharton & Garrison LLP
  1285 Avenue of the Americas
  New York, NY 10019
  Email: pbasta@paulweiss.com

- United States Bankruptcy Court – Eastern District of Missouri
  Clerk of the Court
  111 S. 10th Street, 4th Floor
  St. Louis, MO 63102