**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re:<br>23andMe Holding Co., *et al.*,[1]<br>                Debtors. | Case No. 25-40976<br>Chapter 11<br>(Jointly Administered)<br>Hearing Date: June 18, 2025<br>Hearing Time: 9:00 a.m. CDT<br>Related Dkt. Nos.: 30, 125, 420, 657, 739, 746 |

## THE PEOPLE OF THE STATE OF CALIFORNIA'S WITNESS LIST

The People of the State of California (the "People"), appearing through Rob Bonta, Attorney General of the State of California, files this Witness List for the hearing on The People of the State of California's Objection to Debtors' Proposed Asset Sale [Dkt. No. 683], set for hearing on June 18, 2025, at 9:00 a.m. before the Honorable Brian C. Walsh in the Thomas F. Eagleton U.S. Courthouse, located at 111 S. 10th Street, Courtroom 5 North, St. Louis, MO 63102.

## Witnesses

1. The People reserve the right to call any witnesses called, listed, or examined by any other party.

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

Dated: June 16, 2025

Respectfully submitted,

**Rob Bonta**
Attorney General

**Nicklas A. Akers**
Senior Assistant Attorney General

*/s/ Daniel M.B. Nadal*

_____
**Bernard A. Eskandari #244395CA**
**Stacey D. Schesser #245735CA**
Supervising Deputy Attorneys General
**Yen P. Nguyen #239095CA**
**Daniel M.B. Nadal #299661CA**
Deputy Attorneys General
California Department of Justice
455 Golden Gate Ave., Ste. 11000
San Francisco, California 94102
Telephone:     (415) 510-3497
Email:         bernard.eskandari@doj.ca.gov
               stacey.schesser@doj.ca.gov
               titi.nguyen@doj.ca.gov
               daniel.nadal@doj.ca.gov

*Counsel for the People of the State of California*

## CERTIFICATE OF SERVICE

 The undersigned certifies that on June 16, 2025, a true and correct copy of the foregoing document will be filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri and will be served on the parties registered to receive electronic notice via the Court's CM/ECF System.

              /s/ Daniel M.B. Nadal
              Daniel M.B. Nadal
              Deputy Attorney General