**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| | § | **Chapter 11** |
| **In re:** | § | |
| | § | **Case No. 25-40976-357** |
| **23ANDME HOLDING CO.,** *et al.*, | § | **(Jointly Administered)** |
| | § | |
| **Debtors.**[1] | § | Hearing Date: June 18, 2025 |
| | § | Hearing Time: 9:00 a.m. (Central Time) |
| | § | Hearing Location: Courtroom 5 North |

**AMENDED PROPOSED AGENDA FOR HEARING**
**ON JUNE 18, 2025 AT 9:00 a.m. (PREVAILING CENTRAL TIME)**

Location of Hearing:    United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton U.S. Courthouse, before the Honorable Brian C. Walsh, Courtroom 5 North, 111 South 10th Street, St. Louis, MO 63102.

1.   Sale Hearing *Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures for the Sale of the Debtors' Assets, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of the Notice Thereof, (IV) Approving Procedures Regarding Entry into Stalking Horse Agreement(s), if any, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (VII) Approving Procedures for the Sale, Transfer, or Abandonment of De Minimis Assets, and (VIII) Granting Related Relief* filed by Debtor 23andMe Holding Co. [Dkt. No. 30].

Status: This matter is going forward.

Objections & Responses: *Consumer Objection to Sale of Personally Identifiable Information* filed by David Neal [Dkt. No. 408]; *Emergency Motion for Constitutional Intervention and Request for Preliminary*

---

[1]   The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are:  23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595).  The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

*Injunction* filed by Pamela Norton [Dkt. No. 634]; *Bill in Equity to Enjoin the Sale of Assets and for Other Equitable Relief* filed by Jerry Edward Makin [Dkt. No. 666]; *The People of the State of California's Objection to Debtors' Proposed Asset Sale* filed by The People of the State of California [Dkt. 683]; *The States' Objection to the Debtors' Proposed Sale of Customers' Assets* filed by NAAG Client States [Dkt. No. 687]; *State of Tennessee's Limited Objection to the Debtors' Motion Approving Sale of Assets* filed by State of Tennessee [Dkt. No. 693]; *Notice of Joinder in the People of the State of California's Objection to Debtors' Proposed Asset Sale* filed by State of Alaska [Dkt. No. 696]; *Limited Objection of Intellectual Property, Health Law, and Bioethics Scholars to Debtors' Proposed Asset Sale* filed by Intellectual Property, Health Law, and Bioethics Scholars [Dkt. No. 701]; *The State of Texas' Objection to Debtors' Sale Transaction and Proposed Sale Order* filed by State of Texas [Dkt. No. 703]; *State of Delaware's Joinder to the States' Objection to the Debtors' Proposed Sale of Customers' Assets* filed by the State of Delaware Department of Justice [Dkt. No. 736]; *Objection to Sale or Transfer of Personal Information* filed by Sonia Herb [Dkt. No. 756]; *The People of the State of California's Supplemental Objection to Debtors' "Final" Proposed Asset Sale* filed by the People of the State of California [Dkt. No. 769]; *The State of Texas's Supplemental Objection to Debtors' Sale Transaction and Proposed Sale Order* filed by State of Texas [Dkt. No. 781]; *The State of Tennessee's Supplemental Objection to the Debtors' Motion Approving Sale of Assets* filed by the State of Tennessee [Dkt. No. 787]; *Commonwealth of Kentucky's Supplemental Objection to the Debtors' Motion Approving Sale of Assets* filed by the Commonwealth of Kentucky [Dkt. No. 792].

Replies: *Debtors' Omnibus Reply in Support of Entry of the Sale Order* filed by Debtor 23andMe Holding Co. [Dkt. No. 771]; *Omnibus Reply of TTAM Research Institute in Support of Entry of the Sale Order* filed by Interested Party TTAM Research Institute [Dkt. No. 776]; *Statement of the Official Committee of Unsecured Creditors in Support of Sale* filed by Official Committee of Unsecured Creditors [Dkt. No. 779]; *Statement of JMB Capital Partners Lending, LLC in Support of the Debtors' Proposed Sale and Entry of the Sale Order* filed by JMB Capital Partners Lending, LLC [Dkt. No. 790]; *Statement of Regeneron in Response to Certain Sale Objections* filed by Regeneron Pharmaceuticals, Inc. [Dkt. No. 793].

2.   Preliminary Injunction/Temporary Restraining Order *Motion for an Order (I) Preliminarily Enjoining the Proposed Sale Transaction and (II) Granting Temporary Restraining Order*  Filed by Plaintiff State of Texas [Adversary No. 25-04036] [Dkt. No. 4].

2

Status: This matter is going forward.

3.    Cure Notice *Notice of (I) Potential Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (II) Proposed Cure Amounts* filed by Debtor 23andMe Holding Co. [Dkt. No. 591].

Status: This matter is not going forward. Debtors shall notice this matter for hearing at a later date pursuant to the Bidding Procedures Order.

Objections & Responses: *Objection to Notice of Assumption and Assignment* filed by Data Breach Class Action Plaintiffs [Dkt. No. 690]; *Objection to Notice of Assumption and Assignment* filed by Converge Technology Solutions LLC [Dkt. No. 692]; *Objection to Notice of Assumption and Assignment* filed by Oracle America, Inc. [Dkt. No. 694]; *Objection to Notice of Assumption and Assignment* filed by Telus International Services Limited [Dkt. No. 695]; *Objection to Notice of Assumption and Assignment* filed by Workday, Inc. [Dkt. No. 697]; *Objection to Notice of Assumption and Assignment* filed by Laboratory Corporation of America Holdings and Subsidiaries, including National Genectics Institute [Dkt. No. 699]; *Objection to Notice of Assumption and Assignment* filed by California Physicians' Service dba Blue Shield of California [Dkt. No. 700]; *Objection to Notice of Assumption and Assignment* filed by GlaxoSmithKline Intellectual Property (No.3) Limited [Dkt. No. 712].

Dated:  June 17, 2025
          St. Louis, Missouri

**Carmody MacDonald P.C.**
/s/ *Thomas H. Riske*
Thomas H Riske #61838MO
Robert E. Eggmann #37374MO
Nathan R. Wallace #74890MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone:     (314) 854-8600
Facsimile:      (314) 854-8660
Email:           thr@carmodymacdonald.com
                     ree@carmodaymacdonald.com
                     nrw@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Jessica I. Choi (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*
1285 Avenue of the Americas
New York, New York 10019
Telephone:     (212) 373-3000
Facsimile:      (212) 757-3990
Email:           pbasta@paulweiss.com
                     chopkins@paulweiss.com
                     jchoi@paulweiss.com
                     ghotz@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*