**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | ) | Case No. 25-40976 (BCW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket Nos. 30, 125, 420, 687,** |
| | ) | **and 736** |

**DELAWARE'S NOTICE OF RESOLUTION OF**
**JOINDER TO THE OBJECTION  TO**
**DEBTORS' PROPOSED SALE OF CUSTOMERS' ASSETS**

PLEASE TAKE NOTICE that the State of Delaware ("Delaware") has resolved the *State of Delaware's Joinder to the States' Objection to the Debtors' Proposed Sale of Customers' Assets* (Docket No. 736) ("Delaware's Objection") regarding the equity sale (the "Sale") currently contemplated by the above-referenced Debtors (collectively, the "Debtors") and TTAM Research Institute ("TTAM"), the proposed purchaser of the Debtors' assets.

PLEASE TAKE FURTHER NOTICE that while the Sale may violate certain Delaware genetic informed consent and privacy protection laws, in its discretion Delaware does not oppose the proposed Sale given the revised consumer privacy protection language included in the proposed Order approving the Sale (the "Sale Order"), including current paragraph 37 of the proposed Sale Order that provides that "[t]he findings and provisions of this Order regarding the transfer of Customer Data are based upon the specific facts and circumstances of this case, are of no precedential value, and do not waive any States' laws."

(*Remainder of page intentionally left blank*)

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is:  870 Market Street, Room 415, San Francisco, CA 94102.

PLEASE TAKE FURTHER NOTICE that the resolution of Delaware's Objection is conditioned on a final order of this Court ordering the Sale of the Debtors' assets to TTAM, and Delaware reserves all rights in the event the proposed Sale to TTAM is not approved.

Date: June 18, 2025

Respectfully Submitted,

**Kathleen Jennings**
**Delaware Attorney General**


/s/ *Shelley A. Kinsella*
SHELLEY KINSELLA (DE STATE BAR # 4023)
JOHN EAKINS (DE STATE BAR # 5160)
BRIAN CANFIELD (DE STATE BAR # 7027)
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, Delaware 19801
(302) 683-8800
Shelley.Kinsella@delaware.gov
John.Eakins@delaware.gov
Brian.Canfield@delaware.gov

2