UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| 23ANDME HOLDING CO., *et al.*,[1] | ) | Case No. 25-40976-357 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Brian C. Walsh |
| | ) | U.S. Bankruptcy Judge |

Hearing Date: June 18, 2025
Hearing Time: 9:00 a.m.
Hearing Location: Thomas F. Eagleton U.S. Courthouse
111 S. 10th St.
Courtroom 5 North
St. Louis, MO 63102

Relates to Docket Nos. 30, 125, 420, 657, 683, 739, 746

**THE STATE OF ALASKA'S NOTICE OF RESOLUTION OF JOINDER TO THE PEOPLE OF THE STATE OF CALIFORNIA'S OBJECTION TO THE DEBTOR'S PROPOSED ASSET SALE**

**PLEASE TAKE NOTICE** that the State of Alaska has resolved its' Notice of Joinder in The People of the State of California's Objection to Debtors' Proposed Asset Sale filed June 9, 2025 (Dkt. No. 683) with the proposed purchase, TTAM Research Institute, and represents the following to the Court:

1. Based on the specific facts and circumstances of the Debtors' proposed equity sale to TTAM set forth in the June 13, 2025 Asset Purchase Agreement, the State of Alaska conditionally withdraws its Notice of Joinder in The People of

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

the State of California's Objection to Debtors' Proposed Asset Sale filed June 9, 2025 (Dkt. No. 683) subject to the conditions outlined in paragraphs 2-6 of this Notice.

2. The following language must appear in any order approving this sale:

    *As to Alaska residents, TTAM will only receive the industry data of those individuals who consented to 23andMe's Research Consent Document, Individual Data Sharing Consent, or Biobanking Consent form ("consent forms") in accordance with the manner identified in the consent forms. This includes (1) aggregate data, (2) individual-level, deidentified data, or (3) biobanked samples. TTAM agrees it will continue to use Alaskan residents' industry data only in accordance with the consent Alaska residents provided to 23andMe in the consent forms unless TTAM receives the informed consent from such residents to use the data for a different purpose.*

    *TTAM will not receive access to the industry data of Alaska residents and will lock those accounts of those residents that did not consent to research. TTAM will act as a service provider to delete the industry data of Alaska residents who do not provide informed consent to opt in within 12 months. TTAM will process deletion requests from Alaskan residents in the same method that it processes deletion requests for other customers. TTAM will implement access controls to ensure that the data of residents who did not opt in to research is not disclosed to any person unless TTAM receives the informed consent from such residents within 12 months.*

3. The definition of "industry data" as defined by the Winning Bidder Asset Purchase Agreement (Docket 739), which states:

    > **"Industry Data"** means all Customer Data and all biological samples of the Business that are biobanked or otherwise in the possession of Sellers, including genetic data, processed genetic data, analyses of raw genotyped data, phenotype data, ancestry, surveys, user-generated or reported data, linked medical records or other linked health data, account information and biological samples (saliva and blood samples) of the Business.

    applies to the language in paragraph 2 of this Notice.

4. The State of Alaska is a member of the "Participating States" for the purpose of the Participating State Enhancements in the "TTAM Consumer Protection and Privacy Safeguards" that will be part of any sale of Debtors' assets to TTAM.

5. This withdrawal does not waive any of Alaska's state law requirements.

6. This resolution on Alaska's objection is conditioned on a final order of this Court ordering the sale of the Debtors' assets to TTAM, and Alaska reserves its right to further object to the sale in the event the proposed Sale to TTAM is not approved.

WHEREFORE, subject to the inclusion of the foregoing in any order approving the sale of Debtors' assets to TTAM, the State of Alaska withdraws its Notice of Joinder in The People of the State of California's Objection to Debtors' Proposed Asset Sale filed June 9, 2025 (Dkt. No. 683)

Respectfully submitted,

Dated: June 18, 2025

TREG TAYLOR
ATTORNEY GENERAL

By:/s/ J. Paige Smothers
J. Paige Smothers (E.D. MO #2305063AK)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 279-2834
Email: paige.smothers@alaska.gov

Attorney for the State of Alaska

# **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on the 18th day of June 2025, with the United States Bankruptcy Court, and has been served on the parties registered to receive electronic notice by the Court's CM/ECF System.

By:*/s/ J. Paige Smothers*
J. Paige Smothers (E.D. MO #2305063AK)
Assistant Attorney General