UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | |
|---|---|
| 23ANDME HOLDING CO., *et al.*,[1] <br><br>Debtors. | Chapter 11 <br> Case No. 25-40976-357 <br><br> (Jointly Administered) <br><br> **Hearing Date**: June 20, 2025 <br> **Hearing Time**: 9:00 AM CT <br> **Hearing Location**: <br> Thomas F. Eagleton U.S. Courthouse <br> 111 S. 10th Street <br> Courtroom 5 North <br> St. Louis, MO 63102 <br><br> **Relates to Docket Nos. 30, 125, 420, 687, 736, 803, & 823** |

<u>**THE STATES' FIRST SUPPLEMENT TO DOCKET NUMBER 803 WITH UPDATED SIGNATURE BLOCK FOR DOCKET NO. 823**</u>
**(*Relates to Docket Nos. 30, 125, 420, 687, 736, 803 & 823*)**

COMES NOW, The State of <u>Arizona</u>, *ex rel*. Kristin K. Mayes, the Attorney General; Office of the Attorney General, State of <u>Connecticut</u>; <u>District of Columbia</u>, Office of the Attorney General; State of <u>Florida</u>, Office of the Attorney General, Department of Legal Affairs; Office of the <u>Illinois</u> Attorney General; The State of <u>Kansas</u>, *ex rel.* Kris Kobach; State of <u>Louisiana</u>; Office of the <u>Maine</u> Attorney General, Consumer Protection Division; <u>Michigan</u> Attorney General, *ex rel*. the People of the State of Michigan; <u>New Hampshire</u> Office of the Attorney General, Consumer Protection Division; <u>New Mexico</u> Department of Justice; <u>New York</u> State Attorney General's Office; State of <u>North Carolina</u>; State of <u>Ohio</u>; State of <u>Oklahoma</u>; The State of <u>South Carolina</u> *ex rel*. Alan Wilson; The Attorney General for the State of <u>South Dakota</u>; State of

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

Vermont; The State of Washington; Office of the West Virginia Attorney General, and The State of Wisconsin, by and through Abigail R. Ryan, Bankruptcy Counsel, National Association of Attorneys General; and through the additional undersigned counsel,

- The State of Colorado, by and through Senior Assistant Attorney General, Robert Padjen;

- The State of Indiana, by and through Assistant Attorney General, Heather M. Crockett, Section Chief, Asset Recovery and Bankruptcy Litigation;

- The State of Minnesota, by its Attorney General, Keith Ellison, by and through Assistant Attorney General Dalila Jordan;

- The State of Missouri, Andrew Bailey, Attorney General;

- The State of Oregon *ex rel*. Dan Rayfield, Oregon Attorney General, by and through Senior Assistant Attorney General, Justin D. Leonard; and

- The Commonwealth of Pennsylvania, Office of the Attorney General, David W. Sunday, Jr., Attorney General, by and through Deputy Attorney General Lauren A. Michaels, and

file this *First Supplement to Docket No. 803*, and represents as follows:

### I.    NO WITHDRAWAL OF OBJECTION OR COMPLAINT

1.    The above-referenced coalition of twenty-seven (27) states (the "**States**") hereby reiterate, and do not withdraw their objection (Docket No. 687) or their related Complaint (AP No. 25-4035-357) at this time. The States still contend that Debtors have no right to auction off and transfer to a third party their customers' biological material, genetic data, and phenotype information without first obtaining express, informed consent from each customer prior to transfer. The States understand that neither bidder intends to do so.

## II. LIMITED AND CONDITIONAL ACCEPTANCE OF PROPOSED TTAM SALE

2. Notwithstanding the States' position, with the inclusion of certain requested language in any order approving this sale that will protect the States' consumers who trusted 23andMe with their genetic data and that will protect the States' regulatory rights, the States, based upon these specific facts and circumstances, and with no waiver of the States' laws, are <u>not</u> opposed to the newly proposed equity sale to TTAM set forth in the June 13, 2025, Asset Purchase Agreement.

3. The States' position as to this particular transaction with TTAM is not incongruent with their pending Objection and Complaint, including because this particular buyer is arguably an affiliate[2] of the Debtors and not a third party. Furthermore, there is no actual physical or electronic transfer or disclosure of any DNA or other customer material or data.[3] The States recognize that all the customers previously entrusted their data with 23andMe.[4] That initial consent appears applicable to this proposed transition of 23andMe into a nonprofit form. Besides giving such consent to 23andMe, consumers each gave 23andMe specific directions as to whether and how their data could be used in various forms of medical research – and those specific directions will continue to be honored by the new nonprofit version of 23andMe.[5]

4. The States appreciate TTAM's additional assurances as to consumer protection and cybersecurity issues, beyond what 23andMe provided. Among other things, customers will retain deletion rights in perpetuity, to the extent a consumer changes their mind as to the consent

---

[2] TTAM's sole owner and executive is the founder, chief executive (pre-bankruptcy), current board member, and a major owner of the Debtors. Besides its leadership and ownership, TTAM will be substantially the same, including as to employees, consumer interface, privacy and cybersecurity protocols, public research programs, etc., albeit in a solely-held nonprofit form.
[3] The fact that there will be no movement or disclosure of customer data resolves the States' concerns regarding such exposure.
[4] Perhaps based on its leadership, mission, research programs, and/or name recognition – all which remain effectively the same.
[5] The State of North Carolina's sign on to this supplement excludes paragraph 3.

previously provided. Customers will receive a notice in advance of the transition to the new nonprofit, so they can adjust their consents or delete their account and data if they wish. TTAM will establish a mechanism for the states to ensure the requested deletions are being made as represented. TTAM is also accepting the regulatory safeguards that the original 44-state multistate group had requested of 23andMe prior to this bankruptcy filing.

5. In the event that Regeneron, as backup bidder, becomes the winning bidder, the States reserve all rights to further object to that sale.

### III. STATEMENT OF CONSENT

WHEREFORE, subject to the inclusion in any order approving the sale of the States' requested language and upon review and approval of the Privacy Term Sheet Requirements (APA Exhibit D) and the Sale Order consistent with the Debtors' and TTAM's representations, the undersigned States consent to the proposed transaction to TTAM.

Date: June 19, 2025,

*(Remainder of the Page Intentionally Left Blank*
*Signature Pages Follow)*

Respectfully submitted,

*/S/ ABIGAIL R. RYAN*
ABIGAIL R. RYAN
BANKRUPTCY COUNSEL
NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
1850 M Street NW, 12th Floor
Washington, DC 20036
Telephone: (202) 326-6000, Ext. 258
Email: aryan@naag.org

COUNSEL FOR:

THE STATE OF ARIZONA, *EX REL*. KRISTIN K. MAYES, THE ATTORNEY GENERAL

OFFICE OF THE ATTORNEY GENERAL, STATE OF CONNECTICUT

DISTRICT OF COLUMBIA, OFFICE OF THE ATTORNEY GENERAL

STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS

OFFICE OF THE ILLINOIS ATTORNEY GENERAL

THE STATE OF KANSAS, *EX REL.* KRIS KOBACH

STATE OF LOUISIANA

OFFICE OF THE MAINE ATTORNEY GENERAL, CONSUMER PROTECTION DIVISION

MICHIGAN ATTORNEY GENERAL, *EX REL*. THE PEOPLE OF THE STATE OF MICHIGAN

NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL, CONSUMER PROTECTION DIVISION

NEW MEXICO DEPARTMENT OF JUSTICE

THE STATE OF NORTH CAROLINA

NEW YORK STATE ATTORNEY GENERAL'S OFFICE

THE STATE OF OHIO

THE STATE OF OKLAHOMA

THE STATE OF SOUTH CAROLINA *EX REL*. ALAN WILSON

THE ATTORNEY GENERAL FOR THE STATE OF SOUTH DAKOTA

STATE OF VERMONT

THE STATE OF WASHINGTON

OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL

STATE OF WISCONSIN

FOR THE STATE OF INDIANA

*/S/ HEATHER M. CROCKETT*
HEATHER M. CROCKETT
Section Chief, Asset Recovery and Bankruptcy Litigation
Office of Attorney General Todd Rokita
302 West Washington Street
IGCS-5th Floor
Indianapolis, IN 46204
p: 317.233.6254 │f: 317.232.7979
hcrockett@atg.in.gov

FOR THE STATE OF MINNESOTA
KEITH ELLISON ATTORNEY GENERAL OF MINNESOTA

*/S/ DALILA Z. JORDAN*
DALILA Z. JORDAN, ATTORNEY REG # 0403120
ASSISTANT ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
445 Minnesota Street, Suite 600
Saint Paul, Minnesota 55101
Telephone: (651) 300-7640
Email: Dalila.Jordan@ag.state.mn.us

COUNSEL FOR THE STATE OF MINNESOTA

FOR THE STATE OF MISSOURI
ANDREW BAILEY, ATTORNEY GENERAL

BY: */S/ CALEB LEWIS*
Caleb M. Lewis, Mo. Bar #61894
  Assistant Attorney General
Michael Schwalbert, Mo. Bar #63119
  Assistant Attorney General
Alison Esbeck, Mo. Bar. #58501
  Assistant Attorney General
Zachary Elam, Mo. Bar #76935
  Assistant Attorney General

Missouri Attorney General's Office
815 Olive Street Suite 200
St. Louis, MO 63101
(314) 340-7883
FAX: (314) 340-7981
Caleb.Lewis@ago.mo.gov
Michael.Schwalbert@ago.mo.gov
Alison.Esbeck@ago.mo.gov
Zachary.Elam@ago.mo.gov
*ATTORNEYS FOR THE OFFICE OF THE MISSOURI ATTORNEY GENERAL*

FOR THE STATE OF COLORADO

/s/ ROBERT PADJEN
ROBERT PADJEN, NO. 14678CO
SENIOR ASSISTANT ATTORNEY GENERAL COLORADO
DEPARTMENT OF LAW
RALPH L. CARR COLORADO JUDICIAL CENTER
1300 Broadway, 8th Floor
Denver, Colorado 80203
Direct dial: 720-508-6346
E-mail: robert.padjen@coag.gov

FOR THE STATE OF OREGON, DAN RAYFIELD
ATTORNEY GENERAL OF OREGON

/s/ JUSTIN D. LEONARD
JUSTIN D. LEONARD, E.D. MO. D.C. # 033736OR
SENIOR ASSISTANT ATTORNEY GENERAL
OREGON DEPARTMENT OF JUSTICE
1162 Court Street NE
Salem, Oregon 97301-4096
Telephone: (503) 378-4400
Email: Justin.Leonard@doj.oregon.gov

COUNSEL FOR THE STATE OF OREGON, *EX REL.*, DAN RAYFIELD, ATTORNEY GENERAL OF OREGON

FOR THE COMMONWEALTH OF PENNSYLVANIA
OFFICE OF THE ATTORNEY GENERAL

DAVID W. SUNDAY, JR.
ATTORNEY GENERAL

BY: /s/LAUREN A. MICHAELS
LAUREN A. MICHAELS
DEPUTY ATTORNEY GENERAL
PA I.D. NO. 320686

MELISSA L. VAN ECK
CHIEF DEPUTY ATTORNEY GENERAL FINANCIAL ENFORCEMENT SECTION

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
1251 WATERFRONT PLACE
MEZZANINE LEVEL
PITTSBURGH, PA 15222
TEL: (412) 235-9072
E-MAIL: LMICHAELS@ATTORNEYGENERAL.GOV

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2025, a true and correct copy of the foregoing document was electronically filed and served upon all those who receive electronic notification.

/s/Abigail R. Ryan
Abigail R. Ryan
Bankruptcy Counsel
National Association of Attorneys General