**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>23andMe Holding Co., *et al.*,<br><br>                  Debtors. | Case No. 25-40976<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Related Dkt. Nos.: 30, 125, 420, 657, 739, 746 |

**THE PEOPLE OF THE STATE OF CALIFORNIA'S SUPPLEMENTAL EXHIBIT LIST
AND DECLARATION OF BERNARD A. ESKANDARI**

The People of the State of California (People) submit this supplemental exhibit list in connection with Debtors' sale-approval hearing, along with a declaration of Bernard A. Eskandari in support.

**SUPPLEMENTAL EXHIBIT LIST**

In addition to any exhibit designated by any other party in interest to this matter, any exhibit for impeachment purposes or to lay foundation, and any exhibit for rebuttal purposes, the People identify the following supplemental exhibits:

    CA-1: 23andMe Blog, California Expands Consumer Protections for Genetic Testing (Oct. 8, 2021), https://blog.23andme.com/articles/california-expands-consumer-protections-for-genetic-testing.

    CA-2: 23andMe, Inc., Privacy, https://www.23andme.com/privacy.

    CA-3: 23andMe Blog, Privacy, https://blog.23andme.com/tag/privacy.

    CA-4: 23andMe Holding Co., FORM 10-K, for the fiscal year ended March 31, 2022.

The People reserve the right to request that the Court take judicial notice of any document and to supplement or amend their witness and exhibit lists.

/ / /

Dated: June 19, 2025

Respectfully submitted,

Rob Bonta
Attorney General
Nicklas A. Akers
Senior Assistant Attorney General

/s/ Bernard A. Eskandari
Bernard A. Eskandari #244395CA
Stacey D. Schesser #245735CA
Supervising Deputy Attorneys General
Yen P. Nguyen #239095CA
Daniel M.B. Nadal #299661CA
Deputy Attorneys General
CALIFORNIA DEPARTMENT OF JUSTICE
455 Golden Gate Ave., Ste. 11000
San Francisco, California 94102
Telephone:   (415) 510-3497
Facsimile:   (916) 731-2146
Email:       bernard.eskandari@doj.ca.gov
             stacey.schesser@doj.ca.gov
             titi.nguyen@doj.ca.gov
             daniel.nadal@doj.ca.gov

*Counsel for the People of the State of California*

## DECLARATION OF BERNARD A. ESKANDARI

I, Bernard A. Eskandari, declare as follows:

1. I am a Supervising Deputy Attorney General and a member of the California State Bar. I represent the People of the State of California in this matter. The following facts are within my personal knowledge, except for those stated on information and belief. If called as a witness, I could and would competently testify thereto.

2. On June 19, 2025, I downloaded or caused to be downloaded each of the above-listed exhibits from 23andme.com, a website I believe to be owned and operated by Debtors.

3. As of June 19, 2025, the exhibits were available at the following URLs:

CA-1: https://blog.23andme.com/articles/california-expands-consumer-protections-for-genetic-testing

CA-2: https://www.23andme.com/privacy

CA-3: https://blog.23andme.com/tag/privacy

CA-4: https://investors.23andme.com/static-files/536ba9a7-8a85-4b73-8b09-8215451089a0

4. Each exhibit is a true and correct copy from Debtors' website.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2025, in Indian Wells, California.

                                                      Bernard A. Eskandari

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 19, 2025, a true and correct copy of the foregoing document was filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri and was served on the parties registered to receive electronic notice via the Court's CM/ECF System.

                                          /s/ Bernard A. Eskandari
                                          An Attorney for the People of the State of California