UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| | Case No. 25-40976-357 |
| **23ANDME HOLDING CO.,** *et al.*, | (Jointly Administered) |
| | Hearing Date: June 17, 2025 |
| | Hearing Time: 9:00 AM CT |
| | Hearing Location: |
| **Debtors.** | Thomas F. Eagleton U.S. Courthouse 111 S. 10th Street Courtroom 5 North St. Louis, MO 63102 |

**AMENDED DECLARATION OF JAMI MILLS VIBBERT IN SUPPORT OF TTAM'S OMNIBUS REPLY IN SUPPORT OF ENTRY OF THE SALE ORDER**

I, Jami Mills Vibbert, declare as follows:

1. I am a partner at the law firm Arnold & Porter Kaye Scholer LLP. I am a member in good standing of the Bar of the State of New York. I am privacy counsel for bidder TTAM Research Institute ("TTAM") in this proceeding. I submit this declaration in support of TTAM's Omnibus Reply In Support of Entry Of The Sale Order. I have personal knowledge of the matters described herein and could testify to them if called upon to do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a printout of the webpage https://www.23andme.com/legal/privacy/full-version/ as of June 11, 2025. This webpage, titled "Privacy Statement," contains 23andMe's current privacy statement, which was last updated on March 14, 2025.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a printout of the

webpage https://www.23andme.com/legal/privacy/full-version/7.3 as of June 11, 2025. This webpage, titled "Privacy Statement," is a prior version of 23andMe's privacy statement and was last updated on September 24, 2024.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20240920194451/https://www.23andme.com/legal/privacy/full-version/ as of June 11, 2025. This webpage is titled "Privacy Statement" and was obtained from a September 20, 2024 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document is a set of privacy practices 23andMe posted to its webpage and last updated on October 4, 2023.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20230915153439/https://www.23andme.com/legal/privacy/full-version/ as of June 11, 2025. This webpage is titled "Privacy Statement" and was obtained from a September 15, 2023 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document is a set of privacy practices 23andMe posted to its webpage and last updated on December 14, 2022.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20220909143047/https://www.23andme.com/legal/privacy/full-version/ as of June 11, 2025. This webpage is titled "Privacy Statement" and was obtained from a September 9, 2022 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document is a set of privacy practices 23andMe posted to its webpage and last updated on June 8, 2022.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20220603071913/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from

2

a June 3, 2022 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and last updated on February 3, 2022.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20220131232259/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from a January 31, 2022 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and last updated on January 25, 2022.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20220124204105/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from a January 24, 2022 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and last updated on October 30, 2020.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20201030011505/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from a October 30, 2020 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and had an effective date of January 1, 2020.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20191216212256/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from

a December 16, 2019 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and was last updated on September 30, 2019.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20190922165559/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from a September 22, 2019 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and was last updated on August 22, 2019.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20180820183119/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from an August 21, 2018 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and was last updated on July 17, 2018.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20180614123807/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from a June 14, 2018 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and was last updated on May 24, 2018.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20180509185352/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from

a May 9, 2018 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and was last updated on September 29, 2016.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20160913052850/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from a September 13, 2016 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and was last updated on December 7, 2015.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20151015182035/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from a October 15, 2015 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and was last updated on July 14, 2015.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20150623195145/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from a June 23, 2015 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and was last updated on November 13, 2014.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20140708030534/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from

5

a July 8, 2014 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and was last updated on March 25, 2013.

20. Attached hereto as **Exhibit 19** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20130112222500/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from a January 12, 2013 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and was last updated on November 1, 2012.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20120418233040/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from a April 18, 2012 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and was last updated on December 1, 2011.

22. Attached hereto as **Exhibit 21** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20111006093620/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from an October 6, 2011 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and was last updated on June 24, 2010.

23. Attached hereto as **Exhibit 22** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20081113224231/https://www.23andme.com/about/privacy/ as of June 11, 2025. This webpage contains the title "Full Privacy Statement," and was obtained from

6

a November 13, 2008 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of privacy practices 23andMe posted to its webpage and was last updated on November 11, 2007.

24. Attached hereto as **Exhibit 23** is a true and correct copy of a printout of the webpage https://www.23andme.com/legal/us-privacy/ as of June 11, 2025. This webpage, titled "Privacy Notice for U.S. State Residents," contains 23andMe's current privacy notice, last updated March 15, 2024.

25. Attached hereto as **Exhibit 24** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20240312014101/https://www.23andme.com/legal/us-privacy/ as of June 11, 2025. This webpage is titled "Privacy Notice for U.S. State Residents," and was obtained from a March 12, 2024 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of 23andMe's privacy practices last updated June 2, 2023.

26. Attached hereto as **Exhibit 25** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20230526041043/https://www.23andme.com/legal/us-privacy/ as of June 11, 2025. This webpage is titled "Privacy Notice for U.S. State Residents," and was obtained from a May 26, 2023 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of 23andMe's privacy practices last updated March 30, 2023.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20230324153004/https://www.23andme.com/legal/us-privacy/ as of June 11, 2025. This webpage is titled "Privacy Notice for U.S. State Residents," and was obtained from a March 24, 2023 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of 23andMe's privacy practices last updated

7

Case 25-40976    Doc 826    Filed 06/19/25    Entered 06/19/25 21:16:43    Main Document
Pg 8 of 8

December 14, 2022.

28. Attached hereto as **Exhibit 27** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20221127182626/https://www.23andme.com/about/california-privacy/ as of June 11, 2025. This webpage is titled "Privacy Notice for California Residents," and was obtained from a November 27, 2023 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of 23andMe's privacy practices last updated August 2, 2022.

29. Attached hereto as **Exhibit 28** is a true and correct copy of a printout of the webpage https://web.archive.org/web/20220812001810/https://www.23andme.com/about/california-privacy/?version=1.0 as of June 11, 2025. This webpage is titled "Privacy Notice for California Residents," and was obtained from an August 12, 2022 capture by the Internet Archive of the contents of a webpage from 23andMe's website. This document contains a set of 23andMe's privacy practices last updated January 1, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 19th day of June, 2025 in New York, New York.

By: */s/ Jami Vibbert*
Jami Mills Vibbert
Jami.Vibbert@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone:    212.836.7383
Facsimile:    212.836.8689

*Privacy Counsel for TTAM Research Institute*

8