# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>23ANDME HOLDING CO., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-40976-357<br><br>(Jointly Administered)<br><br>Hearing Date: July 15, 2025<br>Hearing Time: 9:00 a.m. (Prevailing Central)<br>Hearing Location: Courtroom 5N<br>Objection Deadline: July 8, 2025 at 4:00 p.m. |

### NOTICE OF HEARING ON MOTION FOR AN ORDER ALLOWING PIXEL CLASS TO FILE A CLASS PROOF CLAIM

**PLEASE TAKE NOTICE** that a hearing on the *Motion for an Order Allowing Pixel Class to File a Class Proof of Claim* (the "Motion," ECF No. 837) is scheduled for a hearing on **July 15, 2025** at **9:00 a.m. (prevailing Central Time)** in **Courtroom 5N** of the United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri, 63102.

ANY OBJECTION TO THE MOTION MUST BE FILED BY NO LATER THAN JULY 8, 2025 AT 4:00 P.M. (PREVAILING CENTRAL TIME) AND MUST BE SERVED UPON THE UNDERSIGNED AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THOMAS F. EAGLETON COURTHOUSE, 111 SOUTH TENTH STREET, 4TH FLOOR, ST. LOUIS, MISSOURI 63102 AS PER THE ELECTRONIC CASE FILING REQUIREMENTS OF THE COURT.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled the hearing to

---

[1] A complete list of each of the Debtors in these cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/23andMe. The Debtors' service address for purposes of these cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

1

commence on July 15, 2025 at 9:00 a.m. (prevailing Central Time) in Courtroom 5N of the Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri (the "Hearing"). Interested parties who wish to appear remotely by video conference must contact the Honorable Brian C. Walsh's Courtroom Deputy, Craig Spidle, at (314) 244-4806 or BCW_matters@moeb.uscourts.gov to obtain permission and to make arrangements.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the Motion carefully and discuss it with your attorney, if you have one in these chapter 11 cases (if you do not have an attorney, you may wish to consult one).

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your view on the Motion, then you or your attorney must attend the Hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.

*(remainder of page left intentionally blank)*

Dated: June 23, 2025

Respectfully Submitted,

**ALMEIDA LAW GROUP LLC**
Matthew J. Langley, *pro hac vice* forthcoming
849 W. Webster Avenue
Chicago, Illinois 60614
Tel: (773) 554-9354
Email: matt@almeidalawgroup.com

**MIGLIACCIO & RATHOD, LLP**
Bryan G. Faubus, *pro hac vice* forthcoming
412 H. St. NE #302
Washington, DC 20002
Tel: (202) 470-3520
Email: bfaubus@classlawdc.com

**LEVENFELD PEARLSTEIN, LLC**
By: /s/ Ryan C. Hardy
Ryan C. Hardy, 62926MO
120 S. Riverside Plaza, Suite 1800
Chicago, Illinois 60606
Tel: (312)346-8380
Email: rhardy@lplegal.com

*Attorneys for the Pixel Class Action Plaintiffs and the Pixel Class*

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of June, I caused the foregoing *Notice of Hearing* to be served on all persons appearing on the Master Service List dated June 18, 2025 by email where an email address was available, and by U.S. Mail, first-class postage pre-paid, on all others. In addition, on that same date, copies of the foregoing were filed electronically with the Clerk of Court, causing a copy of same to be delivered to all counsel of record via ECF, with notice of case activity generated.

/s/ Ryan C. Hardy