UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:

23ANDME HOLDING CO., et al.,   Case No. 25-40976
Chapter 11
(Jointly Administered)

Debtors.

# MOTION TO EXPEDITE HEARING ON CORRECTED MOTION FOR LEAVE TO FILE AMENDED/SUPPLEMENTAL BRIEF [DOC 880]AND MOTION TO REOPEN HEARING[DOC 876]

COME NOW, certain current and former customers of Debtor and Amici Curiae listed in Exhibit A (attached), including The University of California, Santa Cruz Center for Applied Ethics in Advancing Technologies ("CAVEAT"), members of the Global BioData Trust Bioethics Committee, Linda MacDonald Glenn, JD, LLM, Lisa A. Berkley, PhD, Alexander M. Capron, LLB, Camille Nebeker, EdD, MS, Nanette Elster, JD, MPH, Arthur L. Caplan, PhD, Paul Root Wolpe, PhD, Kayte Spector-Bagdady, JD, MBe, Robert Cook-Deegan, MD, Andrea Downing, and Elizabeth Dreicer, ("Movants"), by and through counsel, and move this Honorable Court to expedite the hearing on their *Corrected Motion for Leave to File Amended Supplemental Amici Curiae Brief* (the "Corrected Motion re Brief")(doc 880) and *Motion to Reopen Sale Hearing Due to Material Changes in Transaction Structure, New Information, and Missing Information without Proper Notice and Discovery Fundamental Asset Misrepresentations* (the "Motion to Reopen") (doc 876) . In support of this motion ("Motion"), Movants respectfully state:

1. Debtor filed for protection under Chapter 11 of the Bankruptcy Code on March 23, 2025 .

2. This court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334 and 157(b). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (N). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. Debtor seeks a fast track sale of its assets, including genetic data of its customers and former customers, with short and limited notice but serious adverse consequences for 15 million plus

customers and 2 million former customers of Debtor and millions of family members and descendants of such customers, as well as the general public, as set forth in more detail in the Corrected Motion re Brief and attached Amended Supplemental Brief (the "Brief") and the Motion to Reopen.

4. The proposed sale is under advisement and would close very shortly after approval, if granted, and the adverse consequences set forth in the Corrected Motion re Brief, Brief and Motion to Reopen would then be suffered with no meaningful opportunity for those suffering the adverse affects to be fully heard on all of the critical issues  (as the changes to transaction structure and notice provided only shortly before the hearings concluding on June 19 prevented Movants, who include current and former customers, and others similarly situated, from fully addressing all critical issues) .

5. Section 105(a) of the Bankruptcy Code authorizes this Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a). Further, Bankruptcy Rule 9006(c) provides that the Court, for cause shown, may in its discretion reduce the notice period normally required for motions. Finally, Local Bankruptcy Rule 9013 2(A) allows a hearing to be scheduled on an expedited basis "by written motion, setting forth the reason the matter should be considered on an expedited . . . basis."

6. Movants respectfully  request that this Court shorten the notice period and hear the Corrected Motion re Brief and Motion to Reopen  on an expedited basis as determined by the Court.

WHEREFORE, the Movants pray this Honorable Court enter its Order granting the Movants' Motion to hear the Corrected Motion re Brief and Motion to Reopen on an expedited basis as determined by the Court (and prior to ruling on Debtor's proposed sale of assets), before the Honorable Brian Walsh , 5th floor, North Courtroom, 111 South Tenth Street, St. Louis, Missouri 63102, and granting Movants such other and further relief as the Court deems just and proper.

          **Respectfully submitted,**

/s/John Talbot Sant, Jr.
**John Talbot Sant, Jr., MoBar#35324**
BECK & SANT, LLC
11775 Borman Drive, Suite 216
Maryland Heights, MO 63146 Phone: 636-240-3632
Fax: 636-240-6803
tal@beckandsantlaw.com
*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of this document was filed electronically with the United States Bankruptcy Court and has been served on the parties in interest via email by the Court's CM/ECF system as listed on the Court's Electronic Mail Notice List on this 24th day of June, 2025.

          /s/ John Talbot Sant, Jr.

# EXHIBIT A - AMICI CURIAE SIGNATURES

**Linda MacDonald Glenn /s/**
Linda MacDonald Glenn, JD, LLM
Ethicist, Futurist and Attorney-at-law
Faculty, California State University Monterey Bay
Faculty, University of California Santa Cruz
Founding Director, Center for Applied Values and Ethics in Advanced Technologies (CAVEAT)

**Lisa A. Berkley /s/**
Lisa A. Berkley, PhD
Founder and Director, Crown College, University of California Santa Cruz, Resiliency Program
Founding Executive Director, Center for Applied Values and Ethics in Advancing Technologies (CAVEAT), Crown College, University of California Santa Cruz
Professor, Crown College, University of California, Santa Cruz

**Alexander M. Capron /s/**
Alexander M. Capron, LLB
University Professor Emeritus, Scott H. Bice Chair Emeritus in Healthcare Law, Policy, and Ethics, Gould School of Law
Professor Emeritus of Law and Medicine, Keck School of Medicine
Founding Co-Director of the Pacific Center for Health Policy and Ethics, University of Southern California

**Camille Nebeker /s/**
Camille Nebeker, EdD, MS
Professor, Herbert Wertheim School of Public Health and Human Longevity Science, University of California San Diego, Director, ReCODE Health and Director, Research Ethics Program, University of California San Diego

**Nanette Elster /s/**
Nanette Elster, JD, MPH
Professor of Bioethics Neiswanger Institute for Bioethics, Loyola University Chicago Stritch School of Medicine

**Arthur L. Caplan /s/**
Arthur L. Caplan, PhD
Drs. William F. and Virginia Connolly Mitty Professor, Founding Head of the Division of Medical Ethics, NYU Grossman School of Medicine, Department of Population Health

**Paul Root Wolpe /s/**
Paul Root Wolpe, Ph.D.
Raymond F. Schinazi Distinguished Research Chair of Jewish Bioethics Professor of Medicine, Pediatrics, Psychiatry, Neuroscience and Biological Behavior, and Sociology Emory University Atlanta, Georgia

**Kayte Spector-Bagdady /s/**
Kayte Spector-Bagdady, JD, MBe
MBioethics, HEC-C Director, Michigan Bioethics Associate Professor, Obstetrics & Gynecology Associate Editor, American Journal of Bioethics

**Robert Cook-Deegan /s/**
Robert Cook-Deegan, MD
Professor, Arizona State University Barrett & O'Connor Washington Center

**Andrea Downing /s/**
Andrea Downing
Co-Founder & Board President, The Light Collective

**Elizabeth Dreicer /s/**
**Elizabeth Dreicer**
Founding Chairperson and Trustee, The Global BioData Trust