**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Case No. 25-40976-357 |
| | Chapter 11 |
| 23ANDME HOLDING CO., *et al.*,[1] | |
| | (Jointly Administered) |
| Debtor. | Related Doc. 881 |

**ORDER (I) AUTHORIZING THE FILING UNDER SEAL OF CONFIDENTIAL INFORMATION AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the Special Committee of the Board of Directors of 23andMe Holding Co. (the "Special Committee"), by and through their counsel, Goodwin Procter LLP (the "Goodwin") and Lewis Rice LLP ("Lewis Rice"), for entry of an order (this "Order") (a) authorizing the Special Committee to file under seal portions of certain Supplemental Declarations to the Retention Applications, including the Second Supplemental Declaration, containing certain Confidential Information of Potential Bidders and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and rule 9.01(B) of the Local Rules of the United States District Court for the Eastern District of Missouri; and this Court having found that this is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Special Committee's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court; and this Court having determined that the legal and factual bases set forth in the Motion and at the hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion (Doc.881) is **GRANTED**.

2. Pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, the Special Committee is authorized to file the portions of the Supplemental Declarations, including the Second Supplemental Declarations, containing or related to Confidential Information under seal. The Special Committee must file a redacted version of the Supplemental Declarations on the public docket and, within two (2) business days thereafter, deliver an unredacted hard-copy version to the Clerk of the Court, prominently labeled as a document filed under seal, as provided in Local Rule 9037-2(C).

3. The portions of the Supplemental Declarations containing Confidential Information shall remain under seal and confidential and shall only be made available to the Limited Notice Parties.

4. The Limited Notice Parties shall be bound by this Order and shall at all times keep the Confidential Information strictly confidential and shall not disclose the Confidential Information in the Supplemental Declarations to any party whatsoever.

5. Any pleadings filed in these chapter 11 cases that reference or disclose Confidential Information shall be filed under seal and served only on those parties authorized to receive such documents in accordance with this Order.

6. The Clerk shall return the unredacted Supplemental Declarations to the Special Committee following the closure of these jointly administered cases.

7. The Special Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

8. Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

9. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

10. The Special Committee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

12.     No later than two (2) business days after the date of entry of this Order, the Special Committee shall serve on the Notice Parties a copy of the Order and shall file a certificate of service no later than 24 hours after service.

Dated: June 25, 2025
St. Louis, Missouri
cjs

_____
Brian C. Walsh
United States Bankruptcy Judge

Order Prepared by:

**LEWIS RICE LLP**

Larry E. Parres, # 35597MO
600 Washington Avenue, Ste 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7660
Facsimile: (314) 612-7660
Email: lparres@lewisrice.com

**GOODWIN PROCTER LLP**

Robert J. Lemons (*pro hac vice*)
Debora A. Hoehne (*pro hac vice*)
Katherine M. Lynn (*pro hac vice*)
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8925
Facsimile: (212) 355-3333
Email: rlemons@goodwinlaw.com
          dhoehne@goodwinlaw.com
          klynn@goodwinlaw.com

*Co-Counsel to the Special Committee of the Board of Directors of 23andMe Holding, Co.*