**UNITED STATE BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

In re:

*23ANDME HOLDING CO.*, et al.,

Debtors.

Case No. 25-40976
Chapter 11
(Jointly Administered)

# SUPPLEMENTAL CERTIFICATE OF SERVICE

I, J. Talbot Sant, Jr., do hereby certify that on the **24th day of June 2025**, a copy of the *Corrected Motion for Leave to File Amended Supplemental Amici Curiae Brief and attached Amended Supplemental Amici Curiae Brief* [*Dkt. #880*], *Motion to Reopen Sale Hearing Due to Material Changes in Transaction Structure, New Information, and Missing Information without Proper Notice and Discovery of Fundamental Asset Misrepresentations* [*Dkt #876*], and *Motion to Expedite Hearing on Corrected Motion for Leave to File Amended/Supplemental Brief and Motion to Reopen* [*Dkt #882*] were served *via* United States Mail, postage pre-paid and/or via electronic service through the Court's CM/ECF System on all Parties listed on Exhibits A and B attached hereto.

THIS, the 25th day of June 2025, in addition to service through ecf/Pacer.

**Respectfully submitted,**

/s/John Talbot Sant, Jr.
**John Talbot Sant, Jr., MoBar#35324**
BECK & SANT, LLC
11775 Borman Drive, Suite 216 Maryland Heights, MO 63146 Phone: 636-240-3632
Fax: 636-240-6803
tal@beckandsantlaw.com
*Counsel for Amici Curiae*

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | ARON LAW FIRM | ATTN: WILLIAM ARON<br>15 W CARRILLO ST, SUITE 217<br>SANTA BARBARA CA 93101 | BILL@ARONLAWFIRM.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ PLLC | ATTN: BRYAN AYLSTOCK, E. SAMUEL GEISLER, SIN-TING MARY LIU<br>17 E. MAIN STREET SUITE 200<br>PENSACOLA FL 32502 | BAYLSTOCK@AWKOLAW.COM<br>SGEISLER@AWKOLAW.COM<br>MLIU@AWKOLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BARNOW & ASSOCIATES P.C. | ATTN: ANTHONY L. PARKHILL, BEN BARNOW<br>205 W RANDOLPH ST STE 1630<br>CHICAGO IL 60606 | APARKHILL@BARNOWLAW.COM<br>B.BARNOW@BARNOWLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BERMAN TOBACCO | ATTN: CHRISTINA M. SARRAF, DANIEL E. BARENBAUM<br>425 CALIFORNIA ST<br>STE 2300<br>SAN FRANCISCO CA 94104-2208 | CSARRAF@BERMANTABACCO.COM<br>DBARENBAUM@BERMANTABACCO.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BONI, ZACK & SNYDER LLC | ATTN: BENJAMIN J. EICHEL, JOSHUA D. SNYDER, MICHAEL J. BONI<br>15 SAINT ASAPHS RD<br>BALA-CYNWYD PA 19004 | BEICHEL@BONIZACK.COM<br>JSNYDER@BONIZACK.COM<br>MBONI@BONIZACK.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BOTTINI & BOTTINI, INC. | ATTN: ALBERG CHANG, ANNE BOTTINI BEST, FRANCIS ALEXANDER BOTTINI<br>7817 IVANHOE AVE STE 102<br>LA JOLLA CA 92037 | ACHANG@BOTTINILAW.COM<br>ABESTE@BOTTINILAW.COM<br>FBOTTINI@BOTTINILAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | BRADLEY/GROMBACHER LLP | ATTN: KILEY L. GROMBACHER, MARCUS J. BRADLEY<br>31365 OAK CREST DR. SUITE 240<br>WESTLAKE VILLAGE CA 91361 | KGROMBACHER@BRADLEYGROMBACHER.COM<br>MBRADLEY@BRADLEYGROMBACHER.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF SHAREHOLDERS | BROWN RUDNICK LLP | ATTN: ROBERT J. STARK, BENNETT S. SILVERBERG, ANDREW M. CARTY, ALEXANDER F. KASNETZ<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036 | RSTARK@BROWNRUDNICK.COM<br>BSILVERBERG@BROWNRUDNICK.COM<br>ACARTY@BROWNRUDNICK.COM<br>AKASNETZ@BROWNRUDNICK.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF SHAREHOLDERS | BROWN RUDNICK LLP | ATTN: SHARI I. DWOSKIN<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | SDWOSKIN@BROWNRUDNICK.COM | Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email |
| COUNSEL TO THE PEOPLE OF THE STATE OF CALIFORNIA | CALIFORNIA DEPARTMENT OF JUSTICE | ATTN: BERNARD A. ESKANDARI, STACEY D. SCHESSER, YEN P. NGUYEN, DANIEL M.B. NADAL<br>455 GOLDEN GATE AVE.<br>STE 11000<br>SAN FRANCISCO CA 94102 | BERNARD.ESKANDARI@DOJ.CA.GOV,<br>STACEY.SCHESSER@DOJ.CA.GOV,<br>TITI.NGUYEN@DOJ.CA.GOV,<br>DANIEL.NADAL@DOJ.CA.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION | CARMODY MACDONALD P.C. | ATTN: THOMAS H. RISKE, NATHAN R. WALLACE, JACKSON J. GILKEY, ROBERT E EGGMANN, III, SAMUEL S. BRAND<br>120 S. CENTRAL AVE.<br>SUITE 1800<br>ST. LOUIS MO 63105 | THR@CARMODYMACDONALD.COM<br>NRW@CARMODYMACDONALD.COM<br>JJG@CARMODYMACDONALD.COM<br>REE@CARMODYMACDONALD.COM<br>SSB@CARMODYMACDONALD.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP | ATTN: GAYLE M. BLATT, P. CAMILLE GUERRA, DAVID S. CASEY, JR.<br>110 LAUREL STREET<br>SAN DIEGO CA 92101 | GMB@CGLAW.COM<br>CAMILLE@CGLAW.COM<br>DCASEY@CGLAW.COM<br>CLAZAR@CGLAW.COM<br>JCONNOR@CGLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CHRISTOPHER DU VERNET CARLIN MCGOOGAN DUVERNET STEWART, BARRISTERS AND SOLICITERS | 1392 HURONTARIO STREET<br>MISSISSAUGA ON L5G 3H4 CANADA | DUVERNET@DUVERNET.CA | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CLARKSON LAW FIRM | ATTN: RYAN J. CLARKSON, TIARA AVANESS, VALTER MALKHASYAN, YANA HART<br>22525 PACIFIC COAST HWY<br>MALIBU CA 90265 | RCLARKSON@CLARKSONLAWFIRM.COM<br>TAVANESS@CLARKSONLAWFIRM.COM<br>VMALKHASYAN@CLARKSONLAWFIRM.COM<br>YHART@CLARKSONLAWFIRM.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CLAYEO C. ARNOLD, PROFESSIONAL LAW CORP. | ATTN: BRANDON P. JACK, GREGORY HAROUTUNIAN, MICHAEL ANDERSON BERRY<br>865 HOWE AVE STE 300<br>SACRAMENTO CA 95825 | BJACK@JUSTICE4YOU.COM<br>GHAROUTUNIAN@JUSTICE4YOU.COM<br>ABERRY@JUSTICE4YOU.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | COLE & VAN NOTE | ATTN: LAURA GRACE VAN NOTE, SCOTT EDWARD COLE<br>555 12TH STREET, SUITE 2100<br>OAKLAND CA 94607 | LVN@COLEVANNOTE.COM<br>SEC@COLEVANNOTE.COM | Email |
| COUNSEL TO THE STATE OF COLORADO | COLORADO DEPARTMENT OF LAW | ATTN: ROBERT PADJEN<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 8TH FLOOR<br>DENVER CO 80203 | ROBERT.PADJEN@COAG.GOV | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | COTCHETT PITRE & MCCARTHY LLP | ATTN: GIA JUNG, JOSEPH W. COTCHETT, MARK C. MOLUMPHY, TYSON C. REDENBARGER<br>840 MALCOLM ROAD, SUITE 200<br>BURLINGAME CA 94010 | GJUNG@CPMLEGAL.COM<br>JCOTCHETT@CPMLEGAL.COM<br>MMOLUMPHY@CPMLEGAL.COM<br>TREDENBARGER@CPMLEGAL.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | CUNEO GILBERT & LADUCA | ATTN: BRENDAN THOMPSON, CHARLES J. LADUCA<br>4725 WISCONSIN AVENUE NW SUITE 200<br>WASHINGTON DC 20016 | BRENDANT@CUNEOLAW.COM<br>CHARLES@CUNEOLAW.COM | Email |
| COUNSEL TO COREWEAVE INC. | DANNA MCKITRICK, P.C. | ATTN: A. THOMAS DEWOSKIN<br>7701 FORSYTH BLVD.<br>SUITE 1200<br>ST. LOUIS MO 63105-3907 | TDEWOSKIN@DMFIRM.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE STATE OF DELAWARE | DELAWARE DEPARTMENT OF JUSTICE | ATTN: SHELLEY KINSELLA, JOHN ALLEN EAKINS, AND BRIAN CANFIELD<br>820 N. FRENCH STREET, 5TH FLOOR<br>WILMINGTON DE 19801 | SHELLEY.KINSELLA@DELAWARE.GOV<br>JOHN.EAKINS@DELAWARE.GOV<br>BRIAN.CANFIELD@DELAWARE.GOV | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | DU VERNET STEWART | ATTN: CARLIN MCGOOGAN, CHRISTOPHER DU VERNET<br>1392 HURONTARIO STREET<br>MISSISSAUGA ON L5G 3H4 CANADA | MCGOOGAN@DUVERNET.CA<br>DUVERNET@DUVERNET.CA | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | EDELSBERG LAW, P.A. | ATTN: ANDREW J. SHAMIS, SCOTT EDELSBERG<br>1925 CENTURY PARK E #1700<br>LOS ANGELES CA 90067 | ASHAMIS@SHAMISGENTILE.COM<br>SCOTT@EDELSBERGLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | EDELSON PC | ATTN: RAFEY S. BALABANIAN<br>150 CALIFORNIA STREET, 18TH FLOOR<br>SAN FRANCISCO CA 94111 | RBALABANIAN@EDELSON.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | EMPLOYEE JUSTICE LEGAL GROUP, PC | ATTN: KAVEH S. ELIHU<br>1001 WILSHIRE BOULEVARD<br>LOS ANGELES CA 90017 | KELIHU@EJLGLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | FALLS LAW GROUP | ATTN: CARA VALIQUET, JAY HERBERT<br>255 MANITOBA STREET<br>BRACEBRIDGE ON P1L 1S2 CANADA | CARA@FALLSLAW.CA<br>JAY@FALLSLAW.CA | Email |
| FEDERAL TRADE COMMISSION | FEDERAL TRADE COMMISSION | ATTN: RONNIE SOLOMON, GENEVIEVE BONAN<br>600 PENNSYLVANIA AVE NW<br>MAIL STOP CC-6316<br>WASHINGTON DC 20580 | GBONAN@FTC.GOV | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | FEDERMAN & SHERWOOD | ATTN: WILLIAM FEDERMAN<br>10205 N. PENNSYLVANIA AVE.<br>OKLAHOMA CITY OK 73120 | WBF@FEDERMANLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | FREED KANNER LONDON & MILLEN LLC | ATTN: JONATHAN M. JAGHER, MICHAEL E. MOSKOVITZ, NIA-IMARA BARBEROUSSE BINNS<br>923 FAYETTE STREET<br>CONSHOHOCKEN PA 19428 | JJAGHER@FKLMLAW.COM<br>MMOSKOVITZ@FKLMLAW.COM<br>NBINNS@FKLMLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | GLANCY PRONGAY & MURRAY LLP | ATTN: BRIAN P. MURRAY, MARC L. GODINO<br>1925 CENTURY PARK EAST, SUITE 2100<br>LOS ANGELES CA 90067 | BMURRAY@GLANCYLAW.COM<br>MGODINO@GLANCYLAW.COM | Email |
| COUNSEL TO BAMBUMETA VENTURES, LLC | GOLDENBERG HELLER & ANTOGNOLI, P.C. | ATTN: STEVEN M. WALLACE<br>2227 S. STATE ROUTE 157<br>EDWARDSVILLE IL 62025 | STEVEN@GHALAW.COM | Email |
| COUNSEL TO THE SPECIAL COMMITTEE OF THE BOARD OF DIRECTORS OF 23ANDME HOLDING, CO. | GOODWIN PROCTER LLP | ATTN: KATHERINE M. LYNN, ROBERT J. LEMONS, DEBORA A. HOEHNE<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018 | KLYNN@GOODWINLAW.COM<br>RLEMONS@GOODWINLAW.COM<br>DHOEHNE@GOODWINLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | GUSTAFSON GLUEK PLLC | ATTN: DAVID A. GOODWIN<br>120 SOUTH SIXTH STREET, SUITE 2600<br>MINNEAPOLIS MN 55402 | DGOODWIN@GUSTAFSONGLUEK.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | HERMAN JONES LLP | ATTN: CANDACE N. SMITH, JOHN C. HERMAN<br>3424 PEACHTREE ROAD NE<br>SUITE 1650<br>ATLANTA GA 30326 | CSMITH@HERMANJONES.COM<br>JHERMAN@HERMANJONES.COM | Email |
| COUNSEL TO NEIL M RICHARDS, THE COURT-APPOINTED CONSUMER PRIVACY OMBUDSMAN | HUSCH BLACKWELL LLP | ATTN: CHRISTOPHER C. MILES<br>8606 MOHAWK ROAD<br>LEAWOOD KS 66206 | CHRISTOPHER.MILES@HUSCHBLACKWELL.COM | Email |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | JMB CAPITAL PARTNERS LENDING, LLC | ATTN: VIKAS TANDON<br>205 S. MARTEL AVENUE<br>LOS ANGELES CA 90036 | VIKAS@JMBCAPITAL.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C. | ATTN: GARY S. GRAIFMAN, MELISSA R. EMERT<br>135 CHESTNUT RIDGE RD SUITE 200<br>MONTVALE NJ 07645 | GGRAIFMAN@KGGLAW.COM<br>MEMERT@KGGLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KAPLAN FOX & KILSHEIMER LLP | ATTN: BLAIR E. REED, LAURENCE D. KING, MATTHEW B. GEORGE<br>1999 HARRISON STREET<br>SUITE 1560<br>OAKLAND CA 94612 | BREED@KAPLANFOX.COM<br>LKING@KAPLANFOX.COM<br>MGEORGE@KAPLANFOX.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KAZEROUNI LAW GROUP | ATTN: ABBAS KAZEROUNIAN, MONA AMINI<br>245 FISCHER AVE STE D1<br>COSTA MESA CA 92626 | AK@KAZLG.COM<br>MONA@KAZLG.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KELLER ROHRBACK LLP | ATTN: CARI CAMPEN LAUFENBERG, CHRIS SPRINGER, GRETCHEN FREEMAN CAPPIO<br>801 GARDEN ST STE 301<br>SANTA BARBARA CA 93101 | CLAUFENBERG@KELLERROHRBACK.COM<br>CSPRINGER@KELLERROHRBACK.COM<br>GCAPPIO@KELLERROHRBACK.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KELLEY DRYE & WARREN LLP | ATTN: JASON R. ADAMS, ERIC R. WILSON, MAEGHAN J. MCLOUGHLIN, STEVEN YACHIK<br>3 WORLD TRADE CENTER<br>175 GREENWICH STREET<br>NEW YORK NY 10007 | JADAMS@KELLEYDRYE.COM<br>EWILSON@KELLEYDRYE.COM<br>MMCLOUGHLIN@KELLEYDRYE.COM<br>SYACHIK@KELLEYDRYE.COM | Email |
| COUNSEL TO COMMONWEALTH OF KENTUCKY | KENTUCKY OFFICE OF THE ATTORNEY GENERAL | ATTN: CHRISTOPHER D. HUNT<br>1024 CAPITAL CENTER DRIVE<br>SUITE 200<br>FRANKFORT KY 40601 | CHRISD.HUNT@KY.GOV | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KLEINE PC | ATTN: BENJAMIN H. KLEINE<br>95 3RD ST FL 9048 # 2<br>SAN FRANCISCO CA 94103-3103 | BEN@KLEINEPC.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KND COMPLEX LITIGATION | ATTN: SAGE NEMATOLLAHI, TAEK SOO SHIN<br>2300 YOUNGE ST<br>SUITE 401<br>TORONTO ON M4P 1E4 CANADA | SN@KND.LAW<br>TS@KND.LAW | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KOPELITZ OSTROW FERGUSON WEISELBERG GILBERT | ATTN: JEFF OSTROW<br>1 W LAS OLAS BLVD STE 500<br>FORT LAUDERDALE FL 33301 | OSTROW@KOLAWYERS.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KP LAW LIMITED | ATTN: KINGSLEY HAYES, LUCY BURROWS, KAJAL PATEL<br>81 CHANCERY LANE<br>LONDON WC3A 1DD UNITED KINGDOM | KINGSLEY.HAYES@KPL.CO.UK<br>LUCY.BURROWS@KPL.CO.UK<br>KAJAL.PATEL@KPL.CO.UK | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | KP LAW LTD. (UK) | ATTN: THIAGO LOPES<br>81 CHANCERY LANE<br>LONDON WC3A 1DD UNITED KINGDOM | THIAGO.LOPES@KPL.CO.UK | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LABATON KELLER SUCHAROW LLP | ATTN: MELISSA NAFASH, ALEXANDER SCHLOW<br>140 BROADWAY<br>NEW YORK NY 10005 | ASCHLOW@LABATON.COM | Email |
| COUNSEL TO REGENERON PHARMACEUTICALS, INC. | LATHROP GPM LLP | ATTN: BENJAMIN C. STRUBY, STEPHEN B. SUTTON<br>2345 GRAND BLVD.<br>SUITE 2200<br>KANSAS CITY MO 64108 | BENJAMIN.STRUBY@LATHROPGPM.COM<br>STEVE.SUTTON@LATHROPGPM.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LAUKAITIS LAW LLC | ATTN: KEVIN LAUKAITIS<br>954 AVE PONCE DE LEON, SUITE 205<br>SAN JUAN PR 00907 | KLAUKAITIS@LAUKAITISLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LAW OFFICE OF COURTNEY WEINER PLLC | ATTN: COURTNEY L. WEINER<br>1629 K ST NW STE 300<br>WASHINGTON DC 20006 | CW@COURTNEYWEINERLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LAW OFFICES OF PAUL WHALEN, PC | ATTN: PAUL WHALEN<br>565 PLANDOME ROAD 212<br>MANHASSET NY 11030 | PAUL@PAULWHALEN.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEVI & KORSINSKY, LLP | ATTN: EDUARD KORSINSKY, MARK REICH<br>1160 BATTERY STREET EAST<br>SUITE 100 - #3425<br>SAN FRANCISCO CA 94111 | EK@ZLK.COM<br>MREICH@ZLK.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEVI & KORSINSKY, LLP | ATTN: EDUARD KORSINSKY, MARK S. REICH<br>33 WHITEHALL ST.<br>17TH FLOOR<br>NEW YORK NY 10004 | EK@ZLK.COM<br>MREICH@ZLK.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEVIN SEDRAN & BERMAN LLP | ATTN: CHARLES SCHAFFER<br>510 WALNUT STREET 5TH FLOOR<br>PHILADELPHIA PA 19106 | CSCHAFFER@LFSBLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LEXINGTON LAW GROUP, LLP | ATTN: MARK TODZO<br>503 DIVISADERO STREET<br>SAN FRANCISCO CA 94117 | MTODZO@LEXLAWGROUP.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | ATTN: ELIZABETH J. CABRASER, JALLÉ DAFA, MELISSA A. GARDNER, MICHAEL W. SOBOL<br>275 BATTERY ST<br>SAN FRANCISCO CA 94111 | ECABRASER@LCHB.COM<br>JDAFA@LCHB.COM<br>MGARDNER@LCHB.COM<br>MSOBOL@LCHB.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LOCKRIDGE GRINDAL NAUEN P.L.L.P. | ATTN: KAREN HANSON RIEBEL, KATE BAXTER-KAUF, MAUREEN KANE BERG<br>100 WASHINGTON AVE S STE 2200<br>MINNEAPOLIS MN 55401 | KHRIEBEL@LOCKLAW.COM<br>KMBAXTER-KAUF@LOCKLAW.COM<br>MKBERG@LOCKLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LONGMAN LAW, P.C. | ATTN: HOWARD T. LONGMAN<br>354 EISENHOWER PARKWAY<br>SUITE 1800<br>LIVINGSTON NJ 07039 | HLONGMAN@LONGMAN.LAW | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | LYNCH CARPENTER LLP | ATTN: GARY F. LYNCH<br>111 W. WASHINGTON ST.<br>SUITE 1240<br>CHICAGO IL 60602 | GARY@LCLLP.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MASON LLP | ATTN: GARY E. MASON<br>5335 WISCONSIN AVE NW STE 640<br>WASHINGTON DC 20015 | GMASON@MASONLLP.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MCSHANE & BRADY, LLC | ATTN: LUCY MCSHANE, MAUREEN M. BRADY<br>1656 WASHINGTON ST STE 120<br>KANSAS CITY MO 64108 | LMCSHANE@MCSHANEBRADYLAW.COM<br>MBRADY@MCSHANEBRADYLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MIGLIACCIO & RATHOD LLP | ATTN: JASON S. RATHOD, MATTHEW SMITH<br>412 H STREET NE<br>WASHINGTON DC 20002 | MSMITH@CLASSLAWDC.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | ATTN: DANIEL BRYSON, JONATHAN COHEN, GARY KLINGER, ALEX STRAUS<br>280 S. BEVERLY DRIVE<br>PH SUITE<br>LOS ANGELES CA 90212 | DBRYSON@MILBERG.COM<br>JCOHEN@MILBERG.COM<br>GKLINGER@MILBERG.COM<br>ASTRAUS@MILBERG.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | ATTN: DANIEL K. BRYSON, GARY M. KLINGER<br>221 W. MONROE STREET<br>SUITE 2100<br>CHICAGO IL 60606 | DBRYSON@MILBERG.COM<br>GKLINGER@MILBERG.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | ATTN: JOHN J. NELSON<br>280 S. BEVERLY DR.<br>BEVERLY HILLS CA 90212 | JNELSON@MILBERG.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP | ATTN: JONATHAN B. COHEN<br>3833 CENTRAL AVE.<br>ST. PETERSBURG FL 33713 | JCOHEN@MILBERG.COM | Email |
| COUNSEL TO THE STATE OF MINNESOTA | MINNESOTA ATTORNEY GENERAL'S OFFICE | ATTN: DALILA JORDAN<br>445 MINNESOTA STREET, SUITE 1200<br>ST. PAUL MN 55101-2130 | DALILA.JORDAN@AG.STATE.MN.US<br>BANKRUPTCY.NOTICES@AG.STATE.MN.US<br>RAYMOND.SMITH@AG.STATE.MN.US | Email |
| COUNSEL TO THE OFFICE OF THE MISSOURI ATTORNEY GENERAL | MISSOURI ATTORNEY GENERAL'S OFFICE | ATTN: CALEB LEWIS<br>615 E. 13TH STREET<br>SUITE 401<br>KANSAS CITY MO 64106 | CALEB.LEWIS@AGO.MO.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE OFFICE OF THE MISSOURI ATTORNEY GENERAL | MISSOURI ATTORNEY GENERAL'S OFFICE | ATTN: MICHAEL SCHWALBERT, ALISON ESBECK, ZACHARY ELAM<br>815 OLIVE STREET<br>SUITE 200<br>ST. LOUIS MO 63101 | MICHAEL.SCHWALBERT@AGO.MO.GOV<br>ALISON.ESBECK@AGO.MO.GOV<br>ZACHARY.ELAM@AGO.MO.GOV | Email |
| MISSOURI DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY UNIT, JAMES TREECE<br>PO BOX 475<br>JEFFERSON CITY MO 65105-0475 | EDMOECF@DOR.MO.GOV | Email |
| COUNSEL TO THE NAAG CLIENT STATES, STATE OF OKLAHOMA, STATE OF SOUTH DAKOTA | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: ABIGAIL R. RYAN<br>1850 M STREET NW 12TH FLOOR<br>WASHINGTON DC 20036 | ARYAN@NAAG.ORG | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | NEAL & HARWELL, PLC | ATTN: DANIELLA BHADARE-VALENTE, MORGAN L. BURKETT<br>1201 DEMONBREUN ST.<br>SUITE 1000<br>NASHVILLE TN 37203 | DBHADARE-VALENTE@NEALHARWELL.COM<br>MBURKETT@NEALHARWELL.COM | Email |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | ATTN: JAMIE COPELAND, ROBERT HIRSH<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | JAMES.COPELAND@NORTONROSEFULBRIGHT.COM<br>ROBERT.HIRSH@NORTONROSEFULBRIGHT.COM | Email |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | ATTN: JEFFREY KALINOWSKI, JOSHUA WATTS<br>7676 FORSYTH BLVD.<br>SUITE 2230<br>ST. LOUIS MO 63105 | JOSH.WATTS@NORTONROSEFULBRIGHT.COM<br>JEFF.KALINOWSKI@NORTONROSEFULBRIGHT.COM | Email |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | ATTN: KRISTIAN W. GLUCK<br>1301 MCKINNEY, SUITE 5100<br>HOUSTON TX 77010-3095 | KRISTIAN.GLUCK@NORTONROSEFULBRIGHT.COM | Email |
| COUNSEL TO JMB CAPITAL PARTNERS LENDING, LLC, THE ADMINISTRATIVE AGENT UNDER THE DEBTORS' PROPOSED POSTPETITION FINANCING FACILITY | NORTON ROSE FULBRIGHT US LLP | ATTN: KRISTIAN W. GLUCK<br>2200 ROSS AVENUE, SUITE 3600<br>DALLAS TX 75201-7932 | KRISTIAN.GLUCK@NORTONROSEFULBRIGHT.COM | Email |
| COUNSEL TO THE STATE OF TEXAS | OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: LAYLA D. MILLIGAN, ROMA N. DESAI, STEPHANIE EBERHARDT<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P. O. BOX 12548<br>AUSTIN TX 78711-2548 | LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>ROMA.DESAI@OAG.TEXAS.GOV<br>STEPHANIE.EBERHARDT@OAG.TEXAS.GOV | Email |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE EASTERN DISTRICT OF MISSOURI | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOSEPH SCHLOTZHAUER, PAUL A. RANDOLPH<br>111 S. 10TH STREET<br>SUITE 6.353<br>ST. LOUIS MO 63102 | USTPREGION13.SL.ECF@USDOJ.GOV<br>JOSEPH.SCHLOTZHAUER@USDOJ.GOV<br>PAUL.A.RANDOLPH@USDOJ.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: PAUL M. BASTA, CHRISTOPHER HOPKINS, JESSICA I. CHOI, GRACE C. HOTZ<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | PBASTA@PAULWEISS.COM<br>CHOPKINS@PAULWEISS.COM<br>JCHOI@PAULWEISS.COM<br>GHOTZ@PAULWEISS.COM | Email |
| COUNSEL TO COMMONWEALTH OF PENNSYLVANIA, OFFICE OF ATTORNEY GENERAL | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | ATTN: LAUREN MICHAELS, DEPUTY ATTORNEY GENERAL<br>1251 WATERFRONT PLACE<br>MEZZANINE LEVEL<br>PITTSBURGH PA 15222 | LMICHAELS@ATTORNEYGENERAL.GOV | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | PIERCE GORE LAW FIRM | ATTN: BEN F. PIERCE GORE<br>315 MONTGOMERY STREET<br>10TH FLOOR<br>SAN FRANCISCO CA 94104 | PIERCEGORE@GMAIL.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | POTTER HANDY LLP | ATTN: BARRY WALKER, CHRISTINA CARSON, JIM TREGLIO, MARK POTTER, TEHNIAT ZAMAN<br>100 PINE ST., SUITE 1250<br>SAN FRANCISCO CA 94111-5235 | CHRISC@POTTERHANDY.COM<br>JIMT@POTTERHANDY.COM<br>MARK@POTTERHANDY.COM<br>TEHNIATZ@POTTERHANDY.COM<br>23ANDMEIL@POTTERHANDY.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | POULIN \| WILLEY \| ANASTOPOULO, LLC | ATTN: ERIC M. POULIN, PAUL J. DOOLITTLE<br>32 ANN ST<br>CHARLESTON SC 29403-6212 | ERIC.POULIN@POULINWILLEY.COM<br>PAUL.DOOLITTLE@POULINWILLEY.COM | Email |
| COUNSEL TO TTAM 2.0 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: CAMERON KELLY<br>700 LOUISIANA STREET<br>SUITE 3900<br>HOUSTON TX 77002 | CAMERONKELLY@QUINNEMANUEL.COM | Email |
| COUNSEL TO TTAM 2.0 | QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: SUSHEEL KIRPALANI, KENNETH HERSHEY, EMMA MCCABE<br>295 FIFTH AVENUE<br>NEW YORK NY 10016 | SUSHEELKIRPALANI@QUINNEMANUEL.COM<br>KENHERSHEY@QUINNEMANUEL.COM<br>EMMAMCCABE@QUINNEMANUEL.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | REESE LLP | ATTN: CHARLES D. MOORE, GEORGE V. GRANADE, KEVIN LAUKAITIS, MICHAEL R. REESE, SUE NAM<br>8484 WILSHIRE BLVD, STE 515<br>BEVERLY HILLS CA 90211-3235 | CMOORE@REESELLP.COM<br>GGRANADE@REESELLP.COM<br>KLAUKAITIS@LAUKAITISLAW.COM<br>MREESE@REESELLP.COM<br>SNAM@REESELLP.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | ROBBINS GELLER RUDMAN & DOWD, LLP | ATTN: ALEXANDER C. COHEN, DOROTHY P. ANTULLIS, LINDSEY H. TAYLOR, NICOLLE B. BRITO, STUART A. DAVIDSON<br>225 NE MIZNER BOULEVARD<br>SUITE 720<br>BOCA RATON FL 33432 | ACOHEN@RGRDLAW.COM<br>DANTULLIS@RGRDLAW.COM<br>LTAYLOR@RGRDLAW.COM<br>NBRITO@RGRDLAW.COM<br>SDAVIDSON@RGRDLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SALTZ, MONGELUZZI & BENDESKY, PC | ATTN: PATRICK HOWARD, SIMON B. PARIS<br>1650 MARKET ST O<br>PHILADELPHIA PA 19103 | PHOWARD@SMBB.COM<br>SPARIS@SMBB.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SCHUBERT JONCKHEER & KOLBE LLP | ATTN: AMBER L. SCHUBERT, ROBERT C. SCHUBERT, WILLEM F. JONCKHEER<br>2001 UNION ST STE 200<br>SAN FRANCISCO CA 94123 | ASCHUBERT@SJK.LAW<br>RSCHUBERT@SJK.LAW<br>WJONCKHEER@SJK.LAW | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SCOTT+SCOTT ATTORNEYS AT LAW LLP | ATTN: CAREY ALEXANDER, JOSEPH P. GUGLIELMO<br>230 PARK AVE, 24TH FLOOR<br>NEW YORK NY 10169 | JGUGLIELMO@SCOTT-SCOTT.COM | Email |
| SECURITIES & EXCHANGE COMMISSION | SECURITIES & EXCHANGE COMMISSION - HEADQUARTERS | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES & EXCHANGE COMMISSION | SECURITIES & EXCHANGE COMMISSION - NY REGIONAL OFFICE | ATTN: ANTONIA APPS, REGIONAL DIRECTOR<br>100 PEARL ST.<br>SUITE 20-100<br>NEW YORK NY 10004-2616 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES & EXCHANGE COMMISSION | SECURITIES & EXCHANGE COMMISSION - SAN FRANCISO REGIONAL OFFICE | ATTN: MONIQUE WINKLER, REGIONAL DIRECTOR<br>44 MONTGOMERY STREET, SUITE 700<br>SAN FRANCISCO CA 94104 | SANFRANCISCO@SEC.GOV | Email |
| COUNSEL TO KR OP TECH, LLC | SPENCER FANE LLP | ATTN: CAMBER M. JONES<br>2144 E. REPUBLIC RD., STE. B300<br>SPRINGFIELD MO 65804 | CJONES@SPENCERFANE.COM | Email |
| COUNSEL TO LABORATORY CORPORATION OF AMERICA HOLDINGS AND NATIONAL GENETICS INSTITUTE | SPENCER FANE LLP | ATTN: ERIC C. PETERSON<br>1 NORTH BRENTWOOD, SUITE 1200<br>ST. LOUIS MO 63105 | EPETERSON@SPENCERFANE.COM | Email |
| COUNSEL TO API INNOVATION CENTER | SPENCER FANE LLP | ATTN: JOHN G. WILLARD<br>1 N. BRENTWOOD BLVD<br>SUITE 1200<br>ST. LOUIS MO 63105 | JGWILLARD@SPENCERFANE.COM | Email |
| COUNSEL TO KR OP TECH, LLC | SPENCER FANE LLP | ATTN: MARK BOGDANOWICZ<br>1000 WALNUT STREET<br>STE. 1400<br>KANSAS CITY MO 64106 | MBOGDANOWICZ@SPENCERFANE.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SROURIAN LAW FIRM, P.C. | ATTN: DANIEL SROURIAN<br>3435 WILSHIRE BLVD STE 1710<br>LOS ANGELES CA 90010 | DANIEL@SLFLA.COM | Email |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: J. PAIGE SMOTHERS, ASSISTANT ATTORNEY GENERAL<br>1031 W. 4TH AVENUE<br>SUITE 200<br>ANCHORAGE AK 99501 | PAIGE.SMOTHERS@ALASKA.GOV | Email |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>323 CENTER ST.<br>SUITE 200<br>LITTLE ROCK AR 72201-2610 | | First Class Mail |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | | First Class Mail |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>165 CAPITOL AVENUE<br>HARTFORD CT 06106 | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV | Email |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | First Class Mail |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | | First Class Mail |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | Email |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | | First Class Mail |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | WEBMASTER@ATG.STATE.IL.US | Email |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: HEATHER M. CROCKETT, L. LEONA FRANK, DEPUTY ATTORNEY GENERAL<br>IGCS-5TH FLOOR<br>302 W. WASHINGTON ST.<br>INDIANAPOLIS IN 46204 | HEATHER.CROCKETT@ATG.IN.GOV<br>LEONA.FRANK@ATG.IN.GOV | Email |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | WEBTEAM@AG.IOWA.GOV | Email |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | | First Class Mail |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333-0000 | | First Class Mail |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | OAG@OAG.STATE.MD.US | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108-1698 | | First Class Mail |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | MIAG@MICHIGAN.GOV | Email |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | | First Class Mail |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>215 N SANDERS, THIRD FLOOR<br>PO BOX 201401<br>HELENA MT 59620-1401 | CONTACTDOJ@MT.GOV | Email |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | NEDOJ@NEBRASKA.GOV | Email |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AGINFO@AG.NV.GOV | Email |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>33 CAPITOL ST.<br>CONCORD NH 03301-0000 | ATTORNEYGENERAL@DOJ.NH.GOV | Email |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET, P.O. BOX 080<br>TRENTON NJ 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US | Email |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | | First Class Mail |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>THE CAPITOL<br>ALBANY NY 12224-0341 | | First Class Mail |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | NDAG@ND.GOV | Email |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: JUSTIN D. LEONARD<br>1162 COURT STREET NE<br>SALEM OR 97301-4096 | CONSUMER.HOTLINE@DOJ.STATE.OR.US<br>JUSTIN.LEONARD@DOJ.OREGON.GOV | Email |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First Class Mail |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>150 SOUTH MAIN STREET<br>PROVIDENCE RI 02903-0000 | | First Class Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | Email |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | | First Class Mail |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>FINANCIAL RECOVERY SECTION<br>POST OFFICE BOX 610<br>RICHMOND VA 23218-0610 | | First Class Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | Email |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>17 WEST MAIN STREET, POST OFFICE BOX 7857<br>MADISON WI 53707 | DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | | First Class Mail |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | STINSON LLP | ATTN: NICHOLAS J. ZLUTICKY, ZACHARY H. HEMENWAY, MIRANDA S. SWIFT<br>1201 WALNUT, ST. 2900<br>KANSAS CITY MO 64106 | NICHOLAS.ZLUTICKY@STINSON.COM<br>ZACHARY.HEMENWAY@STINSON.COM<br>MIRANDA.SWIFT@STINSON.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | STUEVE SIEGEL HANSON LLP | ATTN: BRANDI SPATES, J. AUSTIN MOORE, NORMAN E. SIEGEL, JILLIAN R. DENT, SHERI WILLIAMS<br>460 NICHOLS ROAD SUITE 200<br>KANSAS CITY MO 64112 | SPATES@STUEVESIEGEL.COM<br>MOORE@STUEVESIEGEL.COM<br>SIEGEL@STUEVESIEGEL.COM<br>DENT@STUEVESIEGEL.COM<br>WILLIAMS@STUEVESIEGEL.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | SULTZER & LIPARI, PLLC | ATTN: JASON P. SULTZER<br>85 CIVIC CENTER PLAZA<br>SUITE 200<br>POUGHKEEPSIE NY 12601 | SULTZERJ@THESULTZERLAWGROUP.COM | Email |
| COUNSEL TO THE AD HOC GROUP OF SHAREHOLDERS | THE DESAI LAW FIRM LLC | ATTN: SPENCER DESAI<br>13321 NORTH OUTER FORTY RD.<br>SUITE 300<br>ST. LOUIS MO 63017 | SPD@DESAILAWFIRMLLC.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | THE GOOD LAW GROUP | ATTN: ROSS MICHAEL GOOD<br>800 E NORTHWEST HWY<br>SUITE 814<br>PALATINE IL 60074 | ROSS@THEGOODLAWGROUP.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | THE GRANT LAW FIRM, PLLC | ATTN: LYNDA J. GRANT<br>521 FIFTH AVENUE<br>17TH FLOOR<br>NEW YORK NY 10175 | LGRANT@GRANTFIRM.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | THE MEHDI FIRM LLP | ATTN: AZRA Z. MEHDI<br>201 MISSION STREET<br>SUITE 1200<br>SAN FRANCISCO CA 94105 | AZRAM@THEMEHDIFIRM.COM | Email |
| COUNSEL TO STATE OF TENNESSEE | TN ATTORNEY GENERAL'S OFFICE | ATTN: MARVIN E. CLEMENTS, JR.<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | MARVIN.CLEMENTS@AG.TN.GOV | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | TOSTRUD LAW GROUP PC | ATTN: JON TOSTRUD<br>1925 CENTURY PARK E, STE 2100<br>LOS ANGELES CA 90067-2722 | JTOSTRUD@TOSTRUDLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | TYCKO & ZAVAREEI, LLP | ATTN: HASSAN ZAVAREEI<br>1970 BROADWAY<br>SUITE 1070<br>OAKLAND CA 94612 | HZAVAREEI@TZLEGAL.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | TYCKO & ZAVAREEI, LLP | ATTN: HASSAN ZAVAREEI, ANDREA GOLD, DAVID W. LAWLER, GLENN E. CHAPPELL<br>2000 PENNSYLVANIA AVENUE NW<br>SUITE 1010<br>WASHINGTON DC 20006 | HZAVAREEI@TZLEGAL.COM<br>AGOLD@TZLEGAL.COM<br>DLAWLER@TZLEGAL.COM<br>GCHAPPELL@TZLEGAL.COM | Email |
| COUNSEL TO UNITED STATES DEPARTMENT OF JUSTICE, NATIONAL SECURITY DIVISION | U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: SETH B. SHAPIRO<br>1100 L STREET, NW<br>7TH FLOOR ROOM 7114<br>WASHINGTON DC 20005 | SETH.SHAPIRO@USDOJ.GOV | Email |
| UNITED STATES ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF MISSOURI | UNITED STATES ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF MISSOURI | ATTN: SAYLER A. FLEMING, JOSHUA MICHAEL JONES<br>THOMAS EAGLETON U.S. COURTHOUSE<br>111 S. 10TH STREET, 20TH FLOOR<br>ST. LOUIS MO 63102 | JOSHUA.M.JONES@USDOJ.GOV | Email |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| COUNSEL TO THE OFFFICE OF UTAH ATTORNEY GENERAL | UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: DEREK E. BROWN<br>160 EAST 300 SOUTH, 5TH FLOOR<br>SALT LAKE CITY UT 84114 | CRAPO@AGUTAH.GOV<br>BNEDICK@AGUTAH.GOV<br>BANKRUPTCY@AGUTAH.GOV | Email |
| COUNSEL TO THE SUCCESSFUL BIDDER, REGENERON PHARMACEUTICALS, INC. | WACHTELL, LIPTON, ROSEN & KATZ | ATTN: MICHAEL S. BENN, VICTOR GOLDFELD, MICHAEL H. CASSEL; ELAINE P. GOLIN, EMIL A. KLEINHAUS<br>51 W. 52ND ST<br>NEW YORK NY 10019 | MSBENN@WLRK.COM<br>VGOLDFELD@WLRK.COM<br>MHCASSEL@WLRK.COM<br>EPGOLIN@WLRK.COM<br>EAKLEINHAUS@WLRK.COM | Email |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | OAG@DC.GOV | Email |
| INTERESTED PARTY | WASHU LAW | ATTN: PROFESSOR NEIL M. RICHARDS, RYAN DURRIE<br>1 BROOKINGS DRIVE<br>ST. LOUIS MO 63130 | NRICHARDS@WUSTL.EDU<br>RDURRIE@WUSTL.EDU | Email |
| COUNSEL TO NEIL M RICHARDS, THE COURT-APPOINTED CONSUMER PRIVACY OMBUDSMAN | WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: ALI A. JESSANI, KIRK J. NAHRA<br>2100 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20037 | ALI.JESSANI@WILMERHALE.COM<br>KIRK.NAHRA@WILMERHALE.COM | Email |
| COUNSEL TO NEIL M RICHARDS, THE COURT-APPOINTED CONSUMER PRIVACY OMBUDSMAN | WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: AUSTIN M.CHAVEZ, ANDREW N. GOLDMAN<br>7 WORLD TRADE CENTER<br>250 GREENWICH STREET<br>NEW YORK NY 10007 | AUSTIN.CHAVEZ@WILMERHALE.COM<br>ANDREW.GOLDMAN@WILMERHALE.COM | Email |
| INTERESTED PARTY | WILMERHALE | ATTN: ALI JESSANI, BLYTHE RIGGAN, KIRK NAHRA<br>2100 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20037 | ALI.JESSANI@WILMERHALE.COM<br>BLYTHE.RIGGAN@WILMERHALE.COM<br>KIRK.NAHRA@WILMERHALE.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP | ATTN: RACHELE R. BYRD<br>750 B ST STE 1820,<br>SAN DIEGO CA 92101 | BYRD@WHAFH.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | WUCETICH & KOROVILAS LLP | ATTN: DIMITRIOS V. KOROVILAS, JASON M. WUCETICH<br>222 PACIFIC COAST HIGHWAY<br>EL SEGUNDO CA 90245 | DIMITRI@WUKOLAW.COM<br>JASON@WUKOLAW.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | YANNI LAW | ATTN: JOHN CHRISTIAN BOHREN<br>501 W BROADWAY STE. 800<br>SAN DIEGO CA 92101 | YANNI@BOHRENLAW.COM | Email |
| COUNSEL TO CREDITOR ALEXANDRA HOFFMAN | ZIMMERMAN LAW OFFICES, P.C. | ATTN: THOMAS A. ZIMMERMAN, JR.<br>77 W. WASHINGTON STREET<br>SUITE 1220<br>CHICAGO IL 60602 | FIRM@ATTORNEYZIM.COM | Email |
| COUNSEL TO CYBER SECURITY INCIDENT CLAIMANTS | ZINNS LAW, LLC | ATTN: SHARON J. ZINNS<br>4243 DUNWOODY CLUB DR, STE 104<br>ATLANTA GA 30350-5206 | SHARON@ZINNSLAW.COM | Email |

**<u>Exhibit B</u>**

Exhibit B

Notice Parties Service List Served via First Class Mail and Email

| AddressID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Email |
|---|---|---|---|---|---|---|---|---|
| 29961650 | TTAM | Bryan Cave Leighton Paisner LLP | Attn: David M. Unseth | One Metropolitan Square, 211 N. Broadway, Suite 3600 | St. Louis | MO | 63102-2750 | david.unseth@bclplaw.com |
| 29961657 | TTAM | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Joseph O. Larkin | One Rodney Square, P.O. Box 636 | Wilmington | DE | 19899-0636 | Joseph.Larkin@skadden.com |
| 29961605 | TTAM Research Institute | Attn: Stephen P. Magowan | 171 Main Street, Suite 259 | | Los Altos | CA | 94022 | steve@redwoodpacificllc.com |
| 29961666 | TTAM Research Institute | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Graham Robinson, Chade Severin, Richard West | Ron Meisler, Evan Hill, 500 Boylston Street, Floor 23 | Boston | MA | 02116 | Graham.Robinson@skadden.com; Chade.Severin@skadden.com; Richard.West@skadden.com; Ron.Meisler@skadden.com; Evan.Hill@skadden.com |