David Anthony Watson
868 Aetna St.
Salem, Ohio, 44460

RECEIVED

2025 JUL -1 PM 12: 06

Date: June 30, 2025

To:
U.S. Bankruptcy Court
Eastern District of Missouri
111 South 10th Street
St. Louis, MO 63102

RE: Objection to the Transfer of Personal Data in 23andMe Holding Co. Bankruptcy (Case No. 24-40573)

To Whom It May Concern:

I am submitting this written objection in response to the Notice regarding the potential sale or transfer of personal data held by 23andMe Holding Co. as part of its Chapter 11 bankruptcy case, Case No. 24-40573, currently pending in the U.S. Bankruptcy Court for the Eastern District of Missouri.

I am a current customer of 23andMe, and I provided personal and genetic information to the company under the understanding that it would remain protected and subject to strict privacy terms. I do not consent to the sale, transfer, or disclosure of my personal, genetic, or health-related data to any third party, including any purchaser of the company's assets.

Please consider this letter a formal objection to the proposed transfer of any data related to me. I respectfully request that the Court uphold my privacy rights and prohibit any transfer of my data without my explicit, informed consent.

Sincerely,
David Watson