UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 25-40976-357 |
| 23andMe Holding Co., *et al.*,[1] | Chapter 11 |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):

   The People of the State of California

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❏ Plaintiff
   ❏ Defendant
   ❏ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ❏ Debtor
   ☑ Creditor
   ❏ Trustee
   ❏ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:

   - ECF No. 910: Order (I) Approving (A) the Debtors Entry into the Sale Transaction Documents, (B) The Sale to the Purchaser of the Acquired Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (C) The Assumption and Assignment of Certain Executory Contracts and Unexpired

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: 23andMe Holding Co. (0344), 23andMe, Inc. (7371), 23andMe Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

1

      Leases; (II) Authorizing the Debtors to Consummate Transactions in Connection Therewith; And (III) Granting Related Relief

- ECF No. 909: Order Addressing Objections to Proposed Sale and Related Matters

- ECF No. 908: Memorandum Opinion

2. State the date on which the judgment—or the appealable order or decree—was entered:

- June 27, 2025

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Debtors          Attorney: See continuation sheet.

2. Party: TTAM Research Institute    Attorney: See continuation sheet.

*See continuation sheet.*

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

    ☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

Rob Bonta  Date: July 3, 2025
Attorney General
Nicklas A. Akers #211222CA
Senior Assistant Attorney General

/s/ Daniel M.B. Nadal

Bernard A. Eskandari #244395CA
Stacey D. Schesser #245735CA
Supervising Deputy Attorneys General
Yen P. Nguyen #239095CA
Daniel M.B. Nadal #299661CA
Deputy Attorneys General
CALIFORNIA DEPARTMENT OF JUSTICE
455 Golden Gate Ave., Ste. 11000
San Francisco, California 94102
Telephone:   (415) 510-3497
Facsimile:   (916) 731-2146
Email:       bernard.eskandari@doj.ca.gov
             stacey.schesser@doj.ca.gov
             titi.nguyen@doj.ca.gov
             daniel.nadal@doj.ca.gov

*Counsel for the People of the State of California*

> Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

> [**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

**(contd.) Part 3: Identify the other parties to the appeal**

1. Debtors and Debtors in Possession, represented by:

    **Carmody MacDonald P.C.**
    Thomas H. Riske #61838MO
    Nathan R. Wallace #74890MO
    Jackson J. Gilkey #73716MO
    120 S. Central Avenue, Suite 1800
    St. Louis, Missouri 63105
    Telephone: (314) 854-8600
    Facsimile: (314) 854-8660
    Email: thr@carmodymacdonald.com
    nrw@carmodymacdonald.com
    jjg@carmodymacdonald.com

    **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
    Paul M. Basta (admitted pro hac vice)
    Christopher Hopkins (admitted pro hac vice)
    William A. Clareman (admitted pro hac vice)
    Jeffrey J. Recher (admitted pro hac vice)
    Lyuba Shamailova (pro hac vice pending)
    1285 Avenue of the Americas
    New York, New York 10019
    Telephone: (212) 373-3000
    Facsimile: (212) 757-3990
    Email: pbasta@paulweiss.com
    chopkins@paulweiss.com
    wclareman@paulweiss.com
    jrecher@paulweiss.com
    lshamailova@paulweiss.com

2. TTAM Research Institute, represented by:

    **BRYAN CAVE LEIGHTON PAISNER LLP**
    David M. Unseth, #48086MO
    One Metropolitan Square
    211 N. Broadway, Suite 3600
    St. Louis, Missouri 63102-2750
    Telephone: (314) 259-2000
    Fax: (314) 259-2020
    Email: david.unseth@bclplaw.com

    **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
    Joseph O. Larkin (admitted pro hac vice)
    One Rodney Square
    P.O. Box 636

        Wilmington, Delaware 19899-0636
        Telephone: (302) 651-3000
        Fax: (302) 651-3001

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
        Susheel Kirpalani (admitted pro hac vice)
        Kenneth Hershey (admitted pro hac vice)
        Emma McCabe (admitted pro hac vice)
        295 Fifth Avenue
        New York, NY 10016
        Telephone: (212) 849-7000
        Fax: (212) 849-7100
        – and –
        Cameron Kelly (admitted pro hac vice)
        700 Louisiana Street, Suite 3900
        Houston, TX 77002
        Telephone: (713) 221-7000
        Fax: (713) 221-7100

3. State of Texas, acting by and through the Office of the Texas Attorney General:
        KEN PAXTON
        Attorney General
        BRENT WEBSTER
        First Assistant Attorney General
        RALPH MOLINA
        Deputy First Assistant Attorney General
        AUSTIN KINGHORN
        Deputy Attorney General for Civil Litigation
        RACHEL R. OBALDO
        Chief for Bankruptcy & Collections Division
        LAYLA D. MILLIGAN
        Texas State Bar No. 24026015
        ROMA N. DESAI
        Texas State Bar No. 24095553
        STEPHANIE EBERHARDT
        Texas State Bar No. 24084728
        Assistant Attorneys General
        **Office of the Texas Attorney General**
        Bankruptcy & Collections Division
        P. O. Box 12548
        Austin, Texas 78711-2548
        P: (512) 463-2173/F: (512) 936-1409
        layla.milligan@oag.texas.gov
        roma.desai@oag.texas.gov
        stephanie.eberhardt@oag.texas.gov

4. State of Tennessee, by and through the Office of the Tennessee Attorney General:
   Jonathan Skrmetti
   Tennessee Attorney General
   Marvin E. Clements, Jr. (TN BPR # 016031)
   Senior Assistant Attorney General
   **Office of the TN Attorney General**
   Bankruptcy Division
   P.O. Box 20207
   Nashville, TN 37202
   Phone: (615) 741-1935
   marvin.clements@ag.tn.gov

5. Commonwealth of Kentucky, by and through the Office of the Kentucky Attorney General:
   Christopher D. Hunt (KY Bar No. 91775)
   Assistant Attorney General
   **Kentucky Office of the Attorney General**
   1024 Capital Center Drive, Suite 200
   Frankfort, KY 40601
   Tel: (502) 696-5691
   ChrisD.Hunt@ky.gov

6. State of Utah, by and through the Office of the Utah Attorney General:
   **DEREK BROWN**
   **Utah Attorney General**
   Douglas Crapo Utah Bar No. 14620
   Deputy Attorney General
   Brett J. Nedick Utah Bar No. 19173
   Assistant Attorney General
   Utah Office of the Attorney General
   160 East 300 South, 5th Floor
   Salt Lake City, UT 84114
   (801) 622-3862
   crapo@agutah.gov
   bnedick@agutah.gov

7. Various other parties filed objections to the Debtors' Sale Motion. As outlined in the Bankruptcy Court's *Order Addressing Objections to Proposed Sale and Related Matters*, these include: other States represented by or in coordination with the National Association of Attorneys General; amici curiae; consumers; and other scholars. (ECF No. 909.)

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on July 3, 2025, a true and correct copy of the foregoing document will be filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri and will be served on the parties registered to receive electronic notice via the Court's CM/ECF System.

                                      /s/ Daniel M.B. Nadal
                                      An Attorney for the People of the State of California