3532UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:

*23ANDME HOLDING CO*., et al.,

Debtors.

AMICI CUIRAE,

    Appellants/Movants

v.

*23ANDME HOLDING CO.* ET AL.,

    Appellees/Respondents

Case No. 25-40976
Chapter 11
(Jointly Administered)

# EMERGENCY MOTION FOR STAY PENDING APPEAL OF ORDER APPROVING SALE OF DEBTORS' ASSETS AND RELATED ORDER AND SALE TRANSACTION

COME NOW, certain current and former customers of *23AndMe Holding Co* and Amici Curiae listed in Exhibit A (attached), including The University of California, Santa Cruz Center for Applied Ethics in Advancing Technologies ("CAVEAT"), members of the Global BioData Trust Bioethics Committee, Linda MacDonald Glenn, JD, LLM, Lisa A. Berkley, PhD, Alexander M. Capron, LLB, Camille Nebeker, EdD, MS, Nanette Elster, JD, MPH, Arthur L. Caplan, PhD, Paul Root Wolpe, PhD, Kayte Spector-Bagdady, JD, MBe, Robert Cook-Deegan, MD, Andrea Downing, and Elizabeth Dreicer, ("Movants"), by and through counsel, and for their Emergency Motion, state:

    1.    *23AndMe Holding Co*.("Debtor" or "23AndMe") is a direct-to consumer genetic testing company that filed for protection under Chapter 11 of the Bankruptcy Code on March 23, 2025 in this Court (the "Bankruptcy Court")

    2.    This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334 and 157(b)(1) and (2) and Rule 8007 of the Federal Rules of Bankruptcy Procedure ("FRBP").. This is a core

proceeding pursuant to 28 U.S.C. 157(b)(2)(A) and (O).Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. Movants are scholars concerning ethical issues in the treatment of genetic data and bio materials and include current and former customers of Debtors as indicated in Exhibit A.

4. Debtors filed Debtors' Motion for Entry of an Order (I)_ Approving Bidding Procedures for the Sale of Debtors Assets, (II) Scheduling Certain Dates and Deadlines with Respect Thereto, (III) Approving the Form and Manner of Notice Thereof, (IV) Approving Procedures Regarding Entry into Stalking Horse Agreement(s), If Any, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Authorizing the Sale of the Debtors' Assets Free and Clear of Liens, Claims and Encumbrances, (VII) Approving Procedures for the Sale, Transfer or Abandonment of De Minimis Assets, and (VIII) Granting Related Relief (doc 30) (the "Sale Motion")  seeking this Court's approval of the sale of its assets, including customers genetic materials and data, ultimately to TTAM Research Institute ("TTAM") , the winning bidder at an auction, through a two step process involving transfer of assets to "Newco" and transfer to TTAM of equity interests in Newco, among alternative deal structures .

5. Movants,  filed  a Motion to File Amici Curae Brief in Support of Establishing the Global Biodata Trust (the "Motion for Leave")  and attached Amici Curae Brief (the "Amici Brief")  (doc 807) opposing the sale of assets for reasons set forth therein and at the hearing on the Sale Motion and seeking certain protections for customer genetic data and information.

6.  Various  Attorneys General for  States, including California, Texas, Tennessee, Kentucky and Utah filed objections to the proposed sale of assets, as well, asserting that the proposed sale was prohibited by applicable state Statutes.

7. This  Court, in an Order Regarding Filings by Amici Curae (doc 902)(the "Amici Order") granted Movants' Motion for Leave, allowing the filing of the Amici Brief and treating it as an objection to Debtors sale of assets, and overruled the objection, finding that to the extent the Court may have the power to modify the terms of the parties' transaction , or to condition approval of the transaction on the

involvement of the Global BioData Trust, it was not appropriate to place the transaction at risk by doing so.

8. In an Order (I) Approving (A) the Debtors' Entry Into the Sale Transaction Documents, (B) the Sale to the Purchaser of the Acquired Assets Free and Clear of All Liens, Claims and Encumbrances, and (C) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing the Debtors to Consummate the Transactions in Connection Therewith; and (III) Granting Related Relief, dated June 27, 2025 (doc 910 ) (the "Sale Order") this Court approved Debtors proposed sale of assets to TTAM . This Court set forth the legal bases for entry of the Sale Order in a Memorandum Opinion (doc 908) .

9. Movants filed Notices of Appeal of the Amici Order; and the Sale Order and Memorandum Opinion and, pursuant to Rule 8007 FRBP, seek a stay of the effectiveness of such Orders and the sale of assets pending conclusion of the appeal which ,if denied, would allow the sale of assets to close, mooting Movants' appeal pursuant to section 363(m) of the Bankruptcy Code, (assuming the "Purchasers" TTAM Research Institute and/or Newco are good faith purchasers).

10. As set forth in more detail in the Brief in Support of Motion for Stay Pending Appeal filed contemporaneously with this Motion, : (i) Movants are likely to succeed on the merits on this case involving issues of of first impression ;(ii) Movants and millions of similarly situated customers and former customers would suffer harm in the absence of a stay pending appeal, through their genetic information and bio data being at heightened risk, (iii) granting of the stay pending appeal would cause little harm because, even if the sale transaction failed to close and Debtors' failed to receive the $305 Million sale price, each of the 6.9 Million customer creditors damaged by Debtors' 2023 cyber breach would only forego their pro rata share of the $305 Million sale price , which is only $44.20 (without deducting attorneys' fees or factoring in claims of creditors other than the cyber breach plaintiffs); granting the stay is in the public interest as treatment of genetic information and bio data and the interplay of the Bankruptcy Code and state laws regarding Personally Identifiable Information (PII) and genetic data and information in asset sales is an important question of first impression..

WHEREFORE, Movants respectfully pray that this Court enter an Order staying Debtors' proposed sale of assets pending appeal (and the effectiveness and relief granted in the Sale Order) and granting Movants such additional relief as is just

          **Respectfully submitted,**

          /s/John Talbot Sant, Jr.
          **John Talbot Sant, Jr., MoBar#35324**
          BECK & SANT, LLC
          11775 Borman Drive, Suite 216
          Maryland Heights, MO 63146 Phone: 636-240-3632
          Fax: 636-240-6803
          tal@beckandsantlaw.com
          *Counsel for Movants*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of this document was filed electronically with the United States Bankruptcy Court and has been served on the parties in interest via email by the Court's CM/ECF system as listed on the Court's Electronic Mail Notice List on this 3rd day of July, 2025.

          /s/ John Talbot Sant, Jr.

# EXHIBIT A – MOVANTS SIGNATURES

**Linda MacDonald Glenn /s/**
Linda MacDonald Glenn, JD, LLM
Ethicist, Futurist and Attorney-at-law
Faculty, California State University Monterey Bay
Faculty, University of California Santa Cruz
Founding Director, Center for Applied Values and Ethics in Advanced Technologies (CAVEAT)

**Lisa A. Berkley /s/**
Lisa A. Berkley, PhD
Founder and Director, Crown College, University of California Santa Cruz, Resiliency Program
Founding Executive Director, Center for Applied Values and Ethics in Advancing Technologies (CAVEAT), Crown College, University of California Santa Cruz
Professor, Crown College, University of California, Santa Cruz

**Alexander M. Capron /s/**
Alexander M. Capron, LLB
University Professor Emeritus, Scott H. Bice Chair Emeritus in Healthcare Law, Policy, and Ethics, Gould School of Law
Professor Emeritus of Law and Medicine, Keck School of Medicine
Founding Co-Director of the Pacific Center for Health Policy and Ethics, University of Southern California

**Camille Nebeker /s/**
Camille Nebeker, EdD, MS
Professor, Herbert Wertheim School of Public Health and Human Longevity Science, University of California San Diego, Director, ReCODE Health and Director, Research Ethics Program, University of California San Diego

**Nanette Elster /s/**
Nanette Elster, JD, MPH
Professor of Bioethics Neiswanger Institute for Bioethics, Loyola University Chicago Stritch School of Medicine

**Arthur L. Caplan /s/**
Arthur L. Caplan, PhD
Drs. William F. and Virginia Connolly Mitty Professor, Founding Head of the Division of Medical Ethics, NYU Grossman School of Medicine, Department of Population Health

**Paul Root Wolpe /s/**
Paul Root Wolpe, Ph.D.
Raymond F. Schinazi Distinguished Research Chair of Jewish Bioethics Professor of Medicine, Pediatrics, Psychiatry, Neuroscience and Biological Behavior, and Sociology Emory University Atlanta, Georgia

**Kayte Spector-Bagdady /s/**
Kayte Spector-Bagdady, JD, MBe
MBioethics, HEC-C Director, Michigan Bioethics Associate Professor, Obstetrics & Gynecology Associate Editor, American Journal of Bioethics

**Robert Cook-Deegan /s/**
Robert Cook-Deegan, MD
Professor, Arizona State University Barrett & O'Connor Washington Center

**Andrea Downing /s/**
Andrea Downing
Co-Founder & Board President, The Light Collective

**Elizabeth Dreicer /s/**
**Elizabeth Dreicer**
Founding Chairperson and Trustee, The Global BioData Trust