UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:

*23ANDME HOLDING CO.*, et al.,            Case No. 25-40976
                                          Chapter 11
                                          (Jointly Administered)

Debtors.

AMICI CURAE,

    Appellants/Movants

v.

*23ANDME HOLDING CO.* ET AL.,

    Appellees/Respondents

**REQUEST FOR EXPEDITED HEARING ON EMERGENCY MOTION FOR STAY PENDING APPEAL OF ORDER APPROVING SALE OF DEBTORS' ASSETS AND RELATED ORDER AND SALE TRANSACTION**

    COME NOW, certain current and former customers of *23AndMe Holding Co* and Amici Curiae listed in Exhibit A (attached), including The University of California, Santa Cruz Center for Applied Ethics in Advancing Technologies ("CAVEAT"), members of the Global BioData Trust Bioethics Committee, Linda MacDonald Glenn, JD, LLM, Lisa A. Berkley, PhD, Alexander M. Capron, LLB, Camille Nebeker, EdD, MS, Nanette Elster, JD, MPH, Arthur L. Caplan, PhD, Paul Root Wolpe, PhD, Kayte Spector-Bagdady, JD, MBe, Robert Cook-Deegan, MD, Andrea Downing, and Elizabeth Dreicer, ("Movants"), by and through counsel, and for their Request for Expedited Hearing, state:

    1.    *23AndMe Holding Co.*("Debtor" or "*23AndMe*") is a direct-to consumer genetic testing company that filed for protection under Chapter 11 of the Bankruptcy Code on March 23, 2025 in this Court.

2. This court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334 and 28 U.S.C. sections 157(b)(1) and (2) and Rule 8007 of the Federal Rules of Bankruptcy Procedure ("FRBP").. This is a core proceeding pursuant to 28 U.S.C. sectiosn 157(b)2)(A) and (O). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. Movants are scholars concerning ethical issues in the treatment of genetic data and bio materials and include current and former customers of Debtors as indicated in Exhibit A.

4. As set forth in more detail in Movants Emergency Motion for Stay Pending Appeal of Order Approving Sale of Debtors' Assets and Related Order and Sale Transaction, (the "Motion for Stay") this Court entered an Order (the "Sale Order") approving the sale of all of Debtors' assets to TTAM Research Institute ("TTAM") , which assets include genetic data and information provided by customers; and Order Regarding Filings by Amici Curae (doc 902)(the "Amici Order"). Movants field notices of appeal of each order.

5. The Sale Order provides that it is effective as of 11:59 p.m. on July 7, 2025; and, based on this Court's finding that TTAM is a good faith purchaser, and pursuant to section 363(m) of the Bankruptcy Code, absent this Court's or the District Court's consideration and granting of the Motion for Stay, Debtors and TTAM would close the sale transaction and Movants' appeal would be moot.

6. The foregoing constitutes "cause" pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure for the granting of the Request and shortening the time for notice of the hearing on the Stay Motion..

WHEREFORE, Movants respectfully pray that this Court enter an Order granting this Request and setting a hearing on the Motion for Stay on shortened notice. and granting Movants such additional relief as is just.

**Respectfully submitted,**

/s/John Talbot Sant, Jr.
**John Talbot Sant, Jr., MoBar#35324**
BECK & SANT, LLC
11775 Borman Drive, Suite 216
Maryland Heights, MO 63146
Phone: 636-240-3632
Fax: 636-240-6803
tal@beckandsantlaw.com
*Counsel for Movants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document was filed electronically with the United States Bankruptcy Court and has been served on the parties in interest via email by the Court's CM/ECF system as listed on the Court's Electronic Mail Notice List on this 3rd day of July, 2025.

/s/ John Talbot Sant, Jr.

# EXHIBIT A - AMICI CURIAE SIGNATURES

**Linda MacDonald Glenn /s/**
Linda MacDonald Glenn, JD, LLM
Ethicist, Futurist and Attorney-at-law
Faculty, California State University Monterey Bay
Faculty, University of California Santa Cruz
Founding Director, Center for Applied Values and Ethics in Advanced Technologies (CAVEAT)

**Lisa A. Berkley /s/**
Lisa A. Berkley, PhD
Founder and Director, Crown College, University of California Santa Cruz, Resiliency Program
Founding Executive Director, Center for Applied Values and Ethics in Advancing Technologies (CAVEAT), Crown College, University of California Santa Cruz
Professor, Crown College, University of California, Santa Cruz

**Alexander M. Capron /s/**
Alexander M. Capron, LLB
University Professor Emeritus, Scott H. Bice Chair Emeritus in Healthcare Law, Policy, and Ethics, Gould School of Law
Professor Emeritus of Law and Medicine, Keck School of Medicine
Founding Co-Director of the Pacific Center for Health Policy and Ethics, University of Southern California

**Camille Nebeker /s/**
Camille Nebeker, EdD, MS
Professor, Herbert Wertheim School of Public Health and Human Longevity Science, University of California San Diego, Director, ReCODE Health and Director, Research Ethics Program, University of California San Diego

**Nanette Elster /s/**
Nanette Elster, JD, MPH
Professor of Bioethics Neiswanger Institute for Bioethics, Loyola University Chicago Stritch School of Medicine

**Arthur L. Caplan /s/**
Arthur L. Caplan, PhD
Drs. William F. and Virginia Connolly Mitty Professor, Founding Head of the Division of Medical Ethics, NYU Grossman School of Medicine, Department of Population Health

**Paul Root Wolpe /s/**
Paul Root Wolpe, Ph.D.
Raymond F. Schinazi Distinguished Research Chair of Jewish Bioethics Professor of Medicine, Pediatrics, Psychiatry, Neuroscience and Biological Behavior, and Sociology Emory University Atlanta, Georgia

**Kayte Spector-Bagdady /s/**
Kayte Spector-Bagdady, JD, MBe
MBioethics, HEC-C Director, Michigan Bioethics Associate Professor, Obstetrics &
Gynecology Associate Editor, American Journal of Bioethics

**Robert Cook-Deegan /s/**
Robert Cook-Deegan, MD
Professor, Arizona State University Barrett & O'Connor Washington Center

**Andrea Downing /s/**
Andrea Downing
Co-Founder & Board President, The Light Collective

**Elizabeth Dreicer /s/**
**Elizabeth Dreicer**
Founding Chairperson and Trustee, The Global BioData Trust
Customer of *23anddMe* since 2012 and resident of San Diego, CA