UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:

*23ANDME HOLDING CO.*, et al.,

Debtors.

AMICI CURIAE,

    Appellants/Movants

v.

*23ANDME HOLDING CO.* ET AL.,

    Appellees/Respondents

Case No. 25-40976
Chapter 11
(Jointly Administered)

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Appellants/Movants Amici Curiae listed in Exhibit A attached filed:

(i)    An Emergency Motion for Stay Pending Appeal of Order Approving Sale of Debtor's Assets and Related Order (the "Motion for Stay"); and

(ii)    A Motion to Expedite Hearing on Emergency Motion for Stay Pending Appeal of Order Approving Sale of Debtor's Assets (the "Motion to Expedite")

A hearing on the Motion to Expedite, and if that Motion is granted, on the Motion for Stay will be held on **Monday, July 7, 2025 at 1:30p.m**. in the **United States Bankruptcy Court for the Eastern District of Missouri, Thomas Eagleton Courthouse, Fifth Floor, Courtroom 5N, 111 South 10th Street, St. Louis, MO  63102.**

    **Parties who wish to appear remotely may contact Judge Walsh's Courtroom Deputy**

at **BCW_Matters@moeb.uscourts.gov** to obtain a Webex invitation. Parties who have obtained permission to appear remotely for prior hearings do not need to make a request and will receive an invitation automatically.

/s/John Talbot Sant, Jr.
**John Talbot Sant, Jr., MoBar#35324**
BECK & SANT, LLC
11775 Borman Drive, Suite 216
Maryland Heights, MO 63146

Phone: 636-240-3632
Fax: 636-240-6803
tal@beckandsantlaw.com
*Counsel for Movants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document was filed electronically with the United States Bankruptcy Court and has been served on the parties in interest via email by the Court's CM/ECF system as listed on the Court's Electronic Mail Notice List on this 3rd day of July, 2025.

/s/ John Talbot Sant, Jr.

# EXHIBIT A - AMICI CURIAE

Linda MacDonald Glenn, JD, LLM
Ethicist, Futurist and Attorney-at-law
Faculty, California State University Monterey Bay
Faculty, University of California Santa Cruz
Founding Director, Center for Applied Values and Ethics in Advanced Technologies (CAVEAT)

Lisa A. Berkley, PhD
Founder and Director, Crown College, University of California Santa Cruz, Resiliency Program
Founding Executive Director, Center for Applied Values and Ethics in Advancing Technologies (CAVEAT), Crown College, University of California Santa Cruz
Professor, Crown College, University of California, Santa Cruz

Alexander M. Capron, LLB
University Professor Emeritus, Scott H. Bice Chair Emeritus in Healthcare Law, Policy, and Ethics, Gould School of Law
Professor Emeritus of Law and Medicine, Keck School of Medicine
Founding Co-Director of the Pacific Center for Health Policy and Ethics, University of Southern California

Camille Nebeker, EdD, MS
Professor, Herbert Wertheim School of Public Health and Human Longevity Science, University of California San Diego, Director, ReCODE Health and Director, Research Ethics Program, University of California San Diego

/
Nanette Elster, JD, MPH
Professor of Bioethics Neiswanger Institute for Bioethics, Loyola University Chicago Stritch School of Medicine

Arthur L. Caplan, PhD
Drs. William F. and Virginia Connolly Mitty Professor, Founding Head of the Division of Medical Ethics, NYU Grossman School of Medicine, Department of Population Health

Paul Root Wolpe, Ph.D.
Raymond F. Schinazi Distinguished Research Chair of Jewish Bioethics Professor of Medicine, Pediatrics, Psychiatry, Neuroscience and Biological Behavior, and Sociology Emory University Atlanta, Georgia

Kayte Spector-Bagdady, JD, MBe
MBioethics, HEC-C Director, Michigan Bioethics Associate Professor, Obstetrics & Gynecology Associate Editor, American Journal of Bioethics

Robert Cook-Deegan, MD
Professor, Arizona State University Barrett & O'Connor Washington Center

Andrea Downing
Co-Founder & Board President, The Light Collective

Elizabeth Dreicer
Founding Chairperson and Trustee, The Global BioData Trust
Customer of *23AndMe* since 2023 and resident of San Diego, CA