| | |
|---|---|
| From: | Moed_AutoSend@moed.uscourts.gov |
| To: | MOED_ECF_Notification |
| Subject: | Activity in Case 4:25-cv-01002 Center for Applied Values and Ethics in Advanced Technologies et al v. 23andMe Holding Co. Bankruptcy Appeal |
| Date: | Monday, July 7, 2025 4:31:10 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of Missouri

## Notice of Electronic Filing

The following transaction was entered on 7/7/2025 at 4:30 PM CDT and filed on 7/7/2025

| | |
|---|---|
| **Case Name:** | Center for Applied Values and Ethics in Advanced Technologies et al v. 23andMe Holding Co. |
| **Case Number:** | 4:25-cv-01002 |
| **Filer:** | Alexander M. Capron |
| | Andrea Downing |
| | Arthur L. Caplan |
| | Camille Nebeker, EdD, MS |
| | Center for Applied Values and Ethics in Advanced Technologies |
| | Elizabeth Dreicer |
| | Kayte Spector-Bagdady, JD |
| | Linda MacDonald Glenn, JD |
| | Lisa A. Berkley, PhD |
| | Nanette Elster, JD, MPH |
| | Paul Root Wolpe, Ph.D. |
| | Robert Cook-Deegan, MD |
| **Document Number:** | 1 |

**Docket Text:**
**Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 25-40976. by Appellants Alexander M. Capron, Andrea Downing, Arthur L. Caplan, Camille Nebeker, EdD, MS, Center for Applied Values and Ethics in Advanced Technologies, Elizabeth Dreicer, Kayte Spector-Bagdady, JD, Linda MacDonald Glenn, JD, Lisa A. Berkley, PhD, Nanette Elster, JD, MPH, Paul Root Wolpe, Ph.D., Robert Cook-Deegan, MD. (JWD)**

**4:25-cv-01002 Notice has been electronically mailed to:**

John Talbot Sant, Jr    tal@beckandsantlaw.com, sarah@beckandsantlaw.com

U.S. BANKRUPTCY COURT    CAMailbox@moeb.uscourts.gov

Thomas H Riske    thr@carmodymacdonald.com, ala@carmodymacdonald.com, kxd@carmodymacdonald.com, thr@ecf.courtdrive.com

Nathan R. Wallace    nrw@carmodymacdonald.com, ala@carmodymacdonald.com, kxd@carmodymacdonald.com, nrw@ecf.courtdrive.com

Jackson J. Gilkey    jjg@carmodymacdonald.com, arb@carmodymacdonald.com, jjg@ecf.courtdrive.com

Paul M. Basta    pbasta@paulweiss.com

Christopher Hopkins    chopkins@paulweiss.com

William A. Clareman    wclareman@paulweiss.com

Jeffrey Recher    jrecher@paulweiss.com

**4:25-cv-01002 Notice has been delivered by other means to:**

23andMe Holding Co.


The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=7/7/2025] [FileNumber=11461016-0
] [96475ee42019a41ad96e8beeec529fe98482d2f2e77b3db2d5f70292d8d03a561a6
df55c8df5f253e0475b957da18289984596bf02daaa9501250a7dcc95b28a]]