UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF | ) | |
| CALIFORNIA, et. al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| Vs. | ) | Case No. 4:25-cv-0999-MTS |
| | ) | |
| 23 AND ME Holding Co., d/b/a | ) | Consol. Appeal of 4:25-bk-40976 |
| VG ACQUISITION CORP., | ) | |
| | ) | |
| Appellee | ) | |

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD AND STATEMENT OF THE ISSUES ON APPEAL

COME NOW certain current and former members of 23andMe Holding Co. and Amici Curiae The University of California, Santa Cruz Center for Applied Values and Ethics in the Advancing Technologies (CAVEAT), members of the Global BioData Trust Bioethics Committee (Linda MacDonald Glenn, JD, LLM, Lisa A. Berkley, PhD, Alexander M. Capron, LLB, Camille Nebeker, EdD, MS, Nanette Elster, JD, MPH, Arthur L. Caplan, PhD, Paul Root Wolpe, PhD, Kayte Spector-Bagdady, JD, MBe, Robert Cook-Deacon, M.D., Andrea Downing and Elizabeth Dreicer), and submit this statement of the issues presented and designation of the items to be included in the record on appeal.

I.      ISSUES ON APPEAL

The bankruptcy court's order approving the Debtors' motion to sell substantially all of Debtors assets under 11 U.S.C. § 363 to TTAM Research Institute is violative of § 363(b)(1)'s requirement of due consideration of the Consumer Privacy Ombudsman's recommendations and

1

allows the involuntary transfer of uniquely identifying biometric data of persons in violation of their constitutional rights to due process. The issues presented by this appeal include the following:

1. Did the bankruptcy court err in that it failed to give due consideration to the Consumer Privacy Ombudsman's report?

2. Did the bankruptcy court err in allowing the transfer of persons' uniquely identifying biometric data in violation of the property rights secured by the Fifth and Fourteenth amendments of the United States Constitution?

3. Did the bankruptcy court err by entering an order authorizing the sale of individual genetic data and biological samples without the separate and express consent of those persons?

4. Did the bankruptcy court err in determining that TTAM and NewCo - a nondebtor affiliate controlled by Debtors and formed by Debtors to facilitate the sale to TTAM - purchased in good faith within the meaning of 11 U.S.C. § 363(m)?

II.    ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

These Appellants adopt and incorporate by reference The People of the State of California's statement of the Items to Be Included in the Record on Appeal as set forth in Document number 1028, adding the following additional documents:

| Dkt. No. | Description |
| --- | --- |
| 807 | Brief Filed by Other Professional Amici Curiae |
| 874 | Supplemental Brief Filed by Other Professional Amici Curiae |
| 876 | Motion to Reopen Sale Hearing |
| 902 | Order Regarding Filings by Amici Curiae |

**Respectfully submitted,**

/s/John Talbot Sant, Jr.
**John Talbot Sant, Jr., MoBar#35324**
BECK & SANT, LLC
11775 Borman Drive, Suite 216
Maryland Heights, MO 63146 Phone:
636-240-3632
Fax: 636-240-6803
tal@beckandsantlaw.com
*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of July, 2025, a copy of the above and foregoing was filed electronically with the Clerk of the Court, using the CM/ECF system, with copies to be served all counsel of record by operation of the Court's electronic filing system.

/s/  John Talbot Sant, Jr.

3