# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-2361

_____

In re: 23andMe Holding Co.

Debtor

------------------------------

The People of the State of California

Appellant

v.

23andMe Holding Co., doing business as VG Acquisition Corp.

Appellee

TTAM Research Institute

Intervenor

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:25-cv-00999-MTS)

_____

**JUDGMENT**

Pursuant to the parties' stipulation of dismissal, this case is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

August 19, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler