# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2361

In re: 23andMe Holding Co.

------------------------------

The People of the State of California

Appellant

v.

23andMe Holding Co., doing business as VG Acquisition Corp.

Appellee

TTAM Research Institute

Intervenor

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:25-cv-00999-MTS)

___

**MANDATE**

In accordance with the judgment of August 19, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 19, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit