# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 25-2370
_____

In re: 23andMe Holding Co.

Debtor

------------------------------

The People of the State of California; Official Committee of Unsecured Creditors

Center for Applied Values and Ethics in Advancing Technology (CAVEAT); JD Linda MacDonald Glenn; Alexander M. Capron; EdD, MS Camille Nebeker; JD, MPH Nanette Elster; Arthur L. Caplan; Ph.D. Paul Root Wolpe; JD Kayte Spector-Bagdady; MD Robert Cook-Deegan; Andrea Downing; PhD Lisa A. Berkley; Elizabeth Dreicer

Appellants

v.

23andMe Holding Co., doing business as VG Acquisition Corp.

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:25-cv-00999-MTS)
_____

## JUDGMENT

The parties have filed a joint stipulation for dismissal. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 14, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler