**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>CHROME HOLDING CO. (f/k/a 23ANDME HOLDING CO.), *et al.*,[1]<br><br>Debtors. | Case No. 25-40976-357<br>Chapter 11<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Tariful Huq, declare under penalty of perjury that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 18, 2025, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on 37 affected claimants, whose e-mail addresses are invalid or otherwise undeliverable (the "***First-Class Mail Parties***"):

- Order Sustaining the Debtors' First Omnibus Objection to Certain Potentially Fraudulent Proofs of Claim [Docket No. 1576]

The names and email addresses of the First-Class Mail Parties are undisclosed due to the confidentiality provisions of the *Order (I) Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof and (II) Granting Related Relief* [Docket No. 349].

Dated: November 19, 2025

                                                                */s/ Tariful Huq*
                                                                 Tariful Huq

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: Chrome Holding Co. (0344), ChromeCo, Inc. (7371), Chrome Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

SRF 93203