# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>CHROME HOLDING CO. (f/k/a 23ANDME HOLDING CO.), *et al.*,[1]<br>             Debtors. | Chapter 11<br><br>Case No. 25-40976-357<br><br>(Jointly Administered)<br><br>**Hearing Date:  December 3, 2025**<br>**Hearing Time:  1:30 p.m. CDT**<br>**Hearing Location:  Courtroom 5 North**<br>**Objection Deadline: December 3, 2025 at 1:30 p.m. CDT** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the below listed Motions (the "Motions") is scheduled for **December 3, 2025 at 1:30 p.m. (prevailing Central Time) in Courtroom 5-North** at the United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri:

- *Debtors' Motion For Entry of an Order (I) Authorizing and Approving the Cyber Insurer Settlement and Policy Buyback Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure and (II) Granting Related Relief* [Docket No. 1663];

- *Debtors' Motion for Entry of an Order (A) Scheduling an Expedited Hearing on the Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Cyber Insurer Settlement and Policy Buyback Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure and (B) Granting Related Relief* [Docket No. 1664].

**ANY OBJECTIONS OR EXCEPTIONS TO ENTRY OF AN ORDER CORRESPONDING TO THE ABOVE-LISTED MOTIONS ON A FINAL BASIS MUST BE FILED BY NO**

---

[1] The Debtors in each of these cases, along with the last four digits of each Debtor's federal tax identification number, are: Chrome Holding Co. (0344), ChromeCo, Inc. (7371), Chrome Pharmacy Holdings, Inc. (4690), Lemonaid Community Pharmacy, Inc. (7330), Lemonaid Health, Inc. (6739), Lemonaid Pharmacy Holdings Inc. (6500), LPharm CS LLC (1125), LPharm INS LLC (9800), LPharm RX LLC (7746), LPRXOne LLC (3447), LPRXThree LLC (3852), and LPRXTwo LLC (1595). The Debtors' service address for purposes of these chapter 11 cases is: 870 Market Street, Room 415, San Francisco, CA 94102.

**LATER THAN DECEMBER 3, 2025 AT 1:30 P.M. (PREVAILING CENTRAL TIME) AND MUST BE SERVED UPON THE UNDERSIGNED AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THOMAS F. EAGLETON COURTHOUSE, 111 SOUTH TENTH STREET, 4TH FLOOR, ST. LOUIS, MISSOURI 63102 AS PER THE ELECTRONIC CASE FILING REQUIREMENTS OF THE COURT.**

**WARNING: THE MOTIONS SEEK AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTIONS, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE PRIOR TO THE SCHEDULED HEARING.  YOUR RESPONSE MUST STATE WHY THE MOTIONS SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTIONS AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING.  THE DATE OF SUCH HEARING IS SET OUT ABOVE.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTIONS AT THE HEARING.  REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE MOTIONS OR HOW IT MAY IMPACT YOUR CLAIM, YOU MAY CONTACT THE DEBTORS' CLAIMS AND NOTICING AGENT AT 888-367-7556 (TOLL FREE); 646-891-5055 (INTERNATIONAL); 23ANDMEINFO@RA.KROLL.COM.**

**THE COURT CANNOT ANSWER ANY QUESTIONS ABOUT HOW YOUR CLAIM MAY BE IMPACTED BY THE MOTIONS.  PLEASE DO NOT CONTACT THE COURT TO ASK QUESTIONS ABOUT THE MOTIONS.**

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected.  You should read the Motions carefully and discuss it with your attorney, if you have one in these chapter 11 cases.  If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Motions, or if you want the Court to consider your view on the Motions, then you or your attorney must attend the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter orders granting the relief requested in the Motions.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 2, 2025
St. Louis, Missouri

Respectfully submitted,

**Carmody MacDonald P.C.**
/s/ *Thomas H. Riske*
Thomas H Riske #61838MO
Robert E. Eggmann #37374MO
Nathan R. Wallace #74890MO
Samuel S. Brand #73638MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone:   (314) 854-8600
Facsimile:   (314) 854-8660
Email:   thr@carmodymacdonald.com
ree@carmodaymacdonald.com
nrw@carmodymacdonald.com
ssb@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Jessica I. Choi (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:   (212) 373-3000
Facsimile:   (212) 757-3990
Email:   pbasta@paulweiss.com
chopkins@paulweiss.com
jchoi@paulweiss.com
ghotz@paulweiss.com

*Counsel to the Debtors and Debtors in Possession*