**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CHROME HOLDING CO. (f/k/a 23ANDME HOLDING CO.),[1] | Case No. 25-40976-357 |
| Wind-Down Debtor. | |

**NOTICE OF ADJOURNED HEARING**

**PLEASE TAKE NOTICE** that on February 11, 2026 the Plan Administration Trust,[2] on behalf of the wind-down debtor in the above-captioned case (following the effective date of the Plan, the "Wind-Down Debtor" and, prior to the effective date of the Plan, the "Debtor") filed its first through ninth omnibus claim objections [Docket Nos. 1898, 1900, 1902, 1904, 1906, 1908, 1914, 1916, and 1920] (collectively, the "February Omnibus Objections") in the United States Bankruptcy Court for the Eastern District of Missouri (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on March 13, 2026, the Plan Administration Trust, on behalf of the Wind-Down Debtor, filed its tenth through seventeenth omnibus claim objections [Docket Nos. 2009, 2010, 2011, 2012, 2013, 2014, 2015, and 2016] (the "March Omnibus Objections") in the Court.

**PLEASE TAKE FURTHER NOTICE** that on April 3, 2026 and April 13, 2026, respectively, the Plan Administration Trust, on behalf of the Wind-Down Debtor, filed its eighteenth and nineteenth omnibus claim objections [Docket Nos. 2072 and 2080] (the "April Omnibus Objections") in the Court.

**PLEASE TAKE FURTHER NOTICE** that on May 8, 2026, the Plan Administration Trust, on behalf of the Wind-Down Debtor, filed its twentieth and twenty-first omnibus claim objections [Docket Nos. 2167 and 2168] (the "May Omnibus Objections" and, together with the February Omnibus Objections, the March Omnibus Objections, and the April Omnibus Objections, the "Objections") in the Court.

**PLEASE TAKE FURTHER NOTCE** that the February Omnibus Objections, the March Omnibus Objections, the April Omnibus Objections, and the May Omnibus Objections were originally set for a hearing scheduled for either March 18 or 19, 2026 at 10:00 a.m. (prevailing

---

[1]   The Wind-Down Debtor's service address for purposes of these chapter 11 cases is:  490 Post St., Suite 500 PMB 2065, San Francisco, CA 94102 United States.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Modified Fifth Amended Joint Plan of Chrome Holding Co. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1655] (the "Plan") or the Objections (as defined herein), as applicable.

Central Time), April 15, 2026 at 10:00 a.m. (prevailing Central Time), May 11, 2026 at 10:00 a.m. (prevailing Central Time), or June 9, 2026 at 10:00 a.m. (prevailing Central Time) (the "June 9 Hearing"), respectively, before the Honorable Brian C. Walsh, United States Bankruptcy Judge, United States Bankruptcy Court, 5th Floor North, Thomas F. Eagleton U.S. Courthouse, 111 South Tenth Street, St. Louis, Missouri 63102.

**PLEASE TAKE FURTHER NOTCE** that the Objections (a) required claimants to file a response on the Court's docket for the chapter 11 cases and upload any confidential information related to the response to the Confidential Portal in connection with the February Omnibus Objections, the March Omnibus Objections, the April Omnibus Objections, or the May Omnibus Objections, as applicable, by March 11, 2026 or March 12, 2026, April 8, 2026, May 4, 2026, or June 2, 2026, respectively, and in each case by 4:00 p.m. (prevailing Central Time) and (b) stated that failure to timely file a response may result in the disallowance of the Claims without a hearing.

**PLEASE TAKE FURTHER NOTICE** that certain claimants submitted responses on the Court's docket in the chapter 11 cases and/or uploaded documentation to the Confidential Portal in response to the Objections (the "Responses").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the February Omnibus Objections, the March Omnibus Objections, and the April Omnibus Objections was adjourned to 10:00 a.m. (prevailing Central Time) on June 9, 2026 as to holders of Claims subject to the February Omnibus Objections, the March Omnibus Objections, and the April Omnibus Objections that submitted Responses. *See Notice of Adjourned Hearing* [Docket No. 2162].

**PLEASE TAKE FURTHER NOTICE** that **the June 9 Hearing on the Objections has been adjourned to 9:00 a.m. (prevailing Central Time) on June 22, 2026 (the "Hearing")** solely as to each Response associated with the claim numbers listed on **Exhibit A** attached hereto. Claimants of claims listed on **Exhibit A** do not need to appear at the June 9 Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Plan Administration Trust reserves the right to remove any individual claims from the Objections or withdraw the Objections at any time prior to the Hearing pursuant to the terms of the Objection Procedures.

**PLEASE TAKE FURTHER NOTICE** that copies of the Objections, as well as copies of all other pleadings filed in the chapter 11 cases are available on (a) PACER at https://pacer.uscourts.gov/ and (b) the website maintained by the Wind-Down Debtor's notice and claims agent ("Kroll") at https://restructuring.ra.kroll.com/23andMe.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE OR THE OBJECTIONS, YOU MAY CONTACT KROLL AT 888-367-7556 (TOLL FREE); 646-891-5055 (INTERNATIONAL); 23ANDMEINFO@RA.KROLL.COM.  THE COURT CANNOT ANSWER ANY QUESTIONS ABOUT THIS NOTICE, THE OBJECTIONS, OR THE CLAIMS PROCESS.  PLEASE DO NOT CONTACT THE COURT TO ASK QUESTIONS ABOUT THIS NOTICE OR THE OBJECTIONS.**

[*Remainder of page intentionally left blank*]

2

Dated: June 2, 2026
St. Louis, Missouri

Respectfully submitted,

**Carmody MacDonald P.C.**

*/s/ Thomas H. Riske*
Thomas H. Riske #61838MO
Nathan R. Wallace #74890MO
Jackson J. Gilkey #73716MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone:     (314) 854-8600
Facsimile:     (314) 854-8660
Email:          thr@carmodymacdonald.com
                nrw@carmodymacdonald.com
                jjg@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Jessica I. Choi (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:     (212) 373-3000
Facsimile:     (212) 757-3990
Email:          pbasta@paulweiss.com
                chopkins@paulweiss.com
                jchoi@paulweiss.com
                ghotz@paulweiss.com

*Counsel to the Wind-Down Debtor*

## <u>EXHIBIT A</u>

**Hearing Adjournments**

| CLAIM NUMBER | OMNI |
|---|---|
| 94 | Plan Administration Trust's First Omnibus Objection |
| 120 | Plan Administration Trust's Ninth Omnibus Objection |
| 123 | Plan Administration Trust's Ninth Omnibus Objection |
| 129 | Plan Administration Trust's First Omnibus Objection<br>Plan Administration Trust's Tenth Omnibus Objection |
| 202 | Plan Administration Trust's First Omnibus Objection |
| 352 | Plan Administration Trust's First Omnibus Objection |
| 411 | Plan Administration Trust's First Omnibus Objection |
| 427 | Plan Administration Trust's Ninth Omnibus Objection |
| 439 | Plan Administration Trust's First Omnibus Objection |
| 458 | Plan Administration Trust's First Omnibus Objection |
| 463 | Plan Administration Trust's First Omnibus Objection |
| 551 | Plan Administration Trust's First Omnibus Objection |
| 572 | Plan Administration Trust's First Omnibus Objection |
| 759 | Plan Administration Trust's First Omnibus Objection |
| 909 | Plan Administration Trust's First Omnibus Objection |
| 979 | Plan Administration Trust's First Omnibus Objection |
| 987 | Plan Administration Trust's First Omnibus Objection |
| 1021 | Plan Administration Trust's First Omnibus Objection |
| 1158 | Plan Administration Trust's First Omnibus Objection |
| 1208 | Plan Administration Trust's First Omnibus Objection<br>Plan Administration Trust's Tenth Omnibus Objection |
| 1296 | Plan Administration Trust's First Omnibus Objection |
| 1299 | Plan Administration Trust's First Omnibus Objection |
| 1377 | Plan Administration Trust's First Omnibus Objection |
| 1442 | Plan Administration Trust's Ninth Omnibus Objection |
| 1472 | Plan Administration Trust's First Omnibus Objection |
| 1494 | Plan Administration Trust's First Omnibus Objection |
| 1551 | Plan Administration Trust's First Omnibus Objection<br>Plan Administration Trust's Seventeenth Omnibus Objection |
| 1650 | Plan Administration Trust's First Omnibus Objection |
| 1662 | Plan Administration Trust's First Omnibus Objection |
| 1741 | Plan Administration Trust's First Omnibus Objection<br>Plan Administration Trust's Tenth Omnibus Objection |
| 1775 | Plan Administration Trust's First Omnibus Objection |
| 1776 | Plan Administration Trust's First Omnibus Objection |
| 1859 | Plan Administration Trust's First Omnibus Objection |
| 1861 | Plan Administration Trust's First Omnibus Objection |
| 1897 | Plan Administration Trust's First Omnibus Objection |
| 1912 | Plan Administration Trust's First Omnibus Objection |
| 1913 | Plan Administration Trust's First Omnibus Objection |
| 1936 | Plan Administration Trust's First Omnibus Objection<br>Plan Administration Trust's Seventeenth Omnibus Objection |
| 1966 | Plan Administration Trust's First Omnibus Objection<br>Plan Administration Trust's Tenth Omnibus Objection |
| 1973 | Plan Administration Trust's First Omnibus Objection |
| 2074 | Plan Administration Trust's First Omnibus Objection |
| 2108 | Plan Administration Trust's First Omnibus Objection |
| 2185 | Plan Administration Trust's First Omnibus Objection |
| 2194 | Plan Administration Trust's First Omnibus Objection |
| 2206 | Plan Administration Trust's First Omnibus Objection |
| 2250 | Plan Administration Trust's Ninth Omnibus Objection |

| CLAIM NUMBER | OMNI |
|---|---|
| 2401 | Plan Administration Trust's Ninth Omnibus Objection |
| 2711 | Plan Administration Trust's Ninth Omnibus Objection |
| 2785 | Plan Administration Trust's First Omnibus Objection |
| 2856 | Plan Administration Trust's First Omnibus Objection |
| 2857 | Plan Administration Trust's Eleventh Omnibus Objection |
|  | Plan Administration Trust's Ninth Omnibus Objection |
| 3013 | Plan Administration Trust's First Omnibus Objection |
| 3015 | Plan Administration Trust's First Omnibus Objection |
| 3017 | Plan Administration Trust's First Omnibus Objection |
|  | Plan Administration Trust's Seventeenth Omnibus Objection |
| 3036 | Plan Administration Trust's Eleventh Omnibus Objection |
|  | Plan Administration Trust's Ninth Omnibus Objection |
| 3054 | Plan Administration Trust's First Omnibus Objection |
| 3091 | Plan Administration Trust's First Omnibus Objection |
| 3102 | Plan Administration Trust's Ninth Omnibus Objection |
| 3152 | Plan Administration Trust's Ninth Omnibus Objection |
| 3220 | Plan Administration Trust's First Omnibus Objection |
| 3243 | Plan Administration Trust's First Omnibus Objection |
| 3260 | Plan Administration Trust's First Omnibus Objection |
| 3357 | Plan Administration Trust's First Omnibus Objection |
| 3398 | Plan Administration Trust's First Omnibus Objection |
| 3688 | Plan Administration Trust's First Omnibus Objection |
| 3694 | Plan Administration Trust's First Omnibus Objection |
| 3733 | Plan Administration Trust's First Omnibus Objection |
| 3885 | Plan Administration Trust's First Omnibus Objection |
| 3963 | Plan Administration Trust's First Omnibus Objection |
| 4080 | Plan Administration Trust's First Omnibus Objection |
| 4130 | Plan Administration Trust's First Omnibus Objection |
| 4234 | Plan Administration Trust's First Omnibus Objection |
| 4379 | Plan Administration Trust's First Omnibus Objection |
| 4399 | Plan Administration Trust's Ninth Omnibus Objection |
| 4551 | Plan Administration Trust's First Omnibus Objection |
| 4676 | Plan Administration Trust's First Omnibus Objection |
| 4715 | Plan Administration Trust's First Omnibus Objection |
| 4851 | Plan Administration Trust's Ninth Omnibus Objection |
| 4913 | Plan Administration Trust's Eleventh Omnibus Objection |
|  | Plan Administration Trust's Ninth Omnibus Objection |
| 4935 | Plan Administration Trust's First Omnibus Objection |
| 5003 | Plan Administration Trust's First Omnibus Objection |
| 5120 | Plan Administration Trust's Ninth Omnibus Objection |
| 5165 | Plan Administration Trust's Ninth Omnibus Objection |
| 5226 | Plan Administration Trust's First Omnibus Objection |
| 5252 | Plan Administration Trust's First Omnibus Objection |
| 5354 | Plan Administration Trust's First Omnibus Objection |
|  | Plan Administration Trust's Seventeenth Omnibus Objection |
| 5373 | Plan Administration Trust's First Omnibus Objection |
| 5399 | Plan Administration Trust's First Omnibus Objection |
| 5409 | Plan Administration Trust's First Omnibus Objection |
| 5412 | Plan Administration Trust's First Omnibus Objection |
| 5420 | Plan Administration Trust's First Omnibus Objection |
| 5470 | Plan Administration Trust's First Omnibus Objection |
| 5541 | Plan Administration Trust's First Omnibus Objection |

| CLAIM NUMBER | OMNI |
|---|---|
| 5554 | Plan Administration Trust's Ninth Omnibus Objection |
| 5561 | Plan Administration Trust's First Omnibus Objection |
| 5577 | Plan Administration Trust's First Omnibus Objection |
| 5580 | Plan Administration Trust's First Omnibus Objection |
| 5636 | Plan Administration Trust's First Omnibus Objection |
| 5660 | Plan Administration Trust's First Omnibus Objection |
| 5977 | Plan Administration Trust's First Omnibus Objection |
| 6002 | Plan Administration Trust's First Omnibus Objection |
| 6013 | Plan Administration Trust's First Omnibus Objection |
| 6027 | Plan Administration Trust's Second Omnibus Objection |
| 6180 | Plan Administration Trust's Ninth Omnibus Objection |
| 6233 | Plan Administration Trust's Ninth Omnibus Objection |
| 6246 | Plan Administration Trust's First Omnibus Objection |
| 6257 | Plan Administration Trust's Ninth Omnibus Objection |
| 6312 | Plan Administration Trust's Ninth Omnibus Objection |
| 6337 | Plan Administration Trust's First Omnibus Objection |
| 6407 | Plan Administration Trust's First Omnibus Objection |
|  | Plan Administration Trust's Seventeenth Omnibus Objection |
| 6416 | Plan Administration Trust's First Omnibus Objection |
| 6449 | Plan Administration Trust's Ninth Omnibus Objection |
| 6530 | Plan Administration Trust's First Omnibus Objection |
| 6844 | Plan Administration Trust's First Omnibus Objection |
| 6905 | Plan Administration Trust's Eighteenth Omnibus Objection |
|  | Plan Administration Trust's First Omnibus Objection |
| 6933 | Plan Administration Trust's First Omnibus Objection |
| 7198 | Plan Administration Trust's First Omnibus Objection |
|  | Plan Administration Trust's Seventeenth Omnibus Objection |
|  | Plan Administration Trust's Tenth Omnibus Objection |
| 7218 | Plan Administration Trust's First Omnibus Objection |
| 7221 | Plan Administration Trust's First Omnibus Objection |
| 7253 | Plan Administration Trust's First Omnibus Objection |
|  | Plan Administration Trust's Seventeenth Omnibus Objection |
| 7362 | Plan Administration Trust's First Omnibus Objection |
| 7945 | Plan Administration Trust's First Omnibus Objection |
| 8192 | Plan Administration Trust's Ninth Omnibus Objection |
| 8401 | Plan Administration Trust's First Omnibus Objection |
| 8414 | Plan Administration Trust's First Omnibus Objection |
|  | Plan Administration Trust's Seventeenth Omnibus Objection |
| 8429 | Plan Administration Trust's First Omnibus Objection |
| 8434 | Plan Administration Trust's Second Omnibus Objection |
| 8511 | Plan Administration Trust's First Omnibus Objection |
| 8525 | Plan Administration Trust's First Omnibus Objection |
| 8577 | Plan Administration Trust's First Omnibus Objection |
| 8593 | Plan Administration Trust's First Omnibus Objection |
| 8602 | Plan Administration Trust's First Omnibus Objection |
| 8646 | Plan Administration Trust's First Omnibus Objection |
| 8701 | Plan Administration Trust's First Omnibus Objection |
| 8826 | Plan Administration Trust's First Omnibus Objection |
| 8866 | Plan Administration Trust's First Omnibus Objection |
| 8978 | Plan Administration Trust's Ninth Omnibus Objection |
| 8983 | Plan Administration Trust's First Omnibus Objection |

| CLAIM NUMBER | OMNI |
|---|---|
| 9203 | Plan Administration Trust's First Omnibus Objection |
| | Plan Administration Trust's Seventeenth Omnibus Objection |
| 9269 | Plan Administration Trust's Ninth Omnibus Objection |
| 9306 | Plan Administration Trust's Ninth Omnibus Objection |
| 9784 | Plan Administration Trust's First Omnibus Objection |
| 9805 | Plan Administration Trust's First Omnibus Objection |
| 9819 | Plan Administration Trust's Ninth Omnibus Objection |
| 10155 | Plan Administration Trust's Eleventh Omnibus Objection |
| 10393 | Plan Administration Trust's First Omnibus Objection |
| 10559 | Plan Administration Trust's First Omnibus Objection |
| 10563 | Plan Administration Trust's First Omnibus Objection |
| 10727 | Plan Administration Trust's First Omnibus Objection |
| 11216 | Plan Administration Trust's First Omnibus Objection |
| 11233 | Plan Administration Trust's First Omnibus Objection |
| 11279 | Plan Administration Trust's First Omnibus Objection |
| 11324 | Plan Administration Trust's First Omnibus Objection |
| 11436 | Plan Administration Trust's Ninth Omnibus Objection |
| 11509 | Plan Administration Trust's First Omnibus Objection |
| 11671 | Plan Administration Trust's First Omnibus Objection |
| 11725 | Plan Administration Trust's First Omnibus Objection |
| 11752 | Plan Administration Trust's First Omnibus Objection |
| 11754 | Plan Administration Trust's First Omnibus Objection |
| 11936 | Plan Administration Trust's Ninth Omnibus Objection |
| 12115 | Plan Administration Trust's First Omnibus Objection |
| | Plan Administration Trust's Seventeenth Omnibus Objection |
| 12128 | Plan Administration Trust's Ninth Omnibus Objection |
| 12192 | Plan Administration Trust's Second Omnibus Objection |
| 12578 | Plan Administration Trust's Eleventh Omnibus Objection |
| | Plan Administration Trust's Second Omnibus Objection |
| 12803 | Plan Administration Trust's Ninth Omnibus Objection |
| 12895 | Plan Administration Trust's First Omnibus Objection |
| | Plan Administration Trust's Seventeenth Omnibus Objection |
| 13420 | Plan Administration Trust's First Omnibus Objection |
| 13537 | Plan Administration Trust's First Omnibus Objection |
| 13583 | Plan Administration Trust's First Omnibus Objection |
| 13931 | Plan Administration Trust's First Omnibus Objection |
| 14267 | Plan Administration Trust's First Omnibus Objection |
| 14667 | Plan Administration Trust's Ninth Omnibus Objection |
| 15317 | Plan Administration Trust's First Omnibus Objection |
| 15701 | Plan Administration Trust's Ninth Omnibus Objection |
| 16042 | Plan Administration Trust's Ninth Omnibus Objection |
| 16099 | Plan Administration Trust's First Omnibus Objection |
| 16279 | Plan Administration Trust's Ninth Omnibus Objection |
| 16338 | Plan Administration Trust's Twentieth Omnibus Objection |
| 16607 | Plan Administration Trust's First Omnibus Objection |
| 16615 | Plan Administration Trust's First Omnibus Objection |
| 16811 | Plan Administration Trust's First Omnibus Objection |
| | Plan Administration Trust's Seventeenth Omnibus Objection |
| 16824 | Plan Administration Trust's Ninth Omnibus Objection |
| 16844 | Plan Administration Trust's First Omnibus Objection |
| | Plan Administration Trust's Seventeenth Omnibus Objection |

| CLAIM NUMBER | OMNI |
|---|---|
| 17415 | Plan Administration Trust's First Omnibus Objection |
| | Plan Administration Trust's Seventeenth Omnibus Objection |
| 17655 | Plan Administration Trust's First Omnibus Objection |
| 17682 | Plan Administration Trust's First Omnibus Objection |
| 17717 | Plan Administration Trust's Ninth Omnibus Objection |
| 17909 | Plan Administration Trust's First Omnibus Objection |
| 18348 | Plan Administration Trust's Ninth Omnibus Objection |
| 18587 | Plan Administration Trust's First Omnibus Objection |
| 19025 | Plan Administration Trust's Eleventh Omnibus Objection |
| 19137 | Plan Administration Trust's Ninth Omnibus Objection |
| 19377 | Plan Administration Trust's Ninth Omnibus Objection |
| 19958 | Plan Administration Trust's Ninth Omnibus Objection |
| 19979 | Plan Administration Trust's Ninth Omnibus Objection |
| 20113 | Plan Administration Trust's Ninth Omnibus Objection |
| 20155 | Plan Administration Trust's Ninth Omnibus Objection |
| 20468 | Plan Administration Trust's First Omnibus Objection |
| 20493 | Plan Administration Trust's First Omnibus Objection |
| 21048 | Plan Administration Trust's First Omnibus Objection |
| 21523 | Plan Administration Trust's First Omnibus Objection |
| 25113 | Plan Administration Trust's Ninth Omnibus Objection |
| 27423 | Plan Administration Trust's First Omnibus Objection |
| 28501 | Plan Administration Trust's First Omnibus Objection |
| 31246 | Plan Administration Trust's Twentieth Omnibus Objection |
| 31901 | Plan Administration Trust's First Omnibus Objection |
| 32076 | Plan Administration Trust's Ninth Omnibus Objection |
| 32448 | Plan Administration Trust's First Omnibus Objection |
| 36037 | Plan Administration Trust's First Omnibus Objection |
| 39472 | Plan Administration Trust's Ninth Omnibus Objection |
| 41362 | Plan Administration Trust's Ninth Omnibus Objection |
| 43152 | Plan Administration Trust's First Omnibus Objection |
| 43550 | Plan Administration Trust's Ninth Omnibus Objection |
| 43583 | Plan Administration Trust's First Omnibus Objection |
| 44599 | Plan Administration Trust's First Omnibus Objection |
| 45115 | Plan Administration Trust's Ninth Omnibus Objection |
| 48928 | Plan Administration Trust's Ninth Omnibus Objection |
| 51553 | Plan Administration Trust's First Omnibus Objection |
| | Plan Administration Trust's Seventeenth Omnibus Objection |
| | Plan Administration Trust's Tenth Omnibus Objection |
| 56178 | Plan Administration Trust's Ninth Omnibus Objection |
| 60162 | Plan Administration Trust's Ninth Omnibus Objection |
| 60251 | Plan Administration Trust's First Omnibus Objection |
| 60411 | Plan Administration Trust's First Omnibus Objection |
| 62673 | Plan Administration Trust's Ninth Omnibus Objection |
| 63058 | Plan Administration Trust's First Omnibus Objection |
| | Plan Administration Trust's Tenth Omnibus Objection |
| 66543 | Plan Administration Trust's Ninth Omnibus Objection |
| 67038 | Plan Administration Trust's First Omnibus Objection |
| 67366 | Plan Administration Trust's Twentieth Omnibus Objection |
| 68770 | Plan Administration Trust's First Omnibus Objection |
| 69036 | Plan Administration Trust's Ninth Omnibus Objection |
| 70440 | Plan Administration Trust's Ninth Omnibus Objection |
| 74402 | Plan Administration Trust's Ninth Omnibus Objection |

| CLAIM NUMBER | OMNI |
|---|---|
| 75325 | Plan Administration Trust's Ninth Omnibus Objection |
| 76073 | Plan Administration Trust's Ninth Omnibus Objection |
| 80746 | Plan Administration Trust's First Omnibus Objection |
| 80794 | Plan Administration Trust's First Omnibus Objection |
| 82416 | Plan Administration Trust's Ninth Omnibus Objection |
| 82741 | Plan Administration Trust's Ninth Omnibus Objection |
| 82796 | Plan Administration Trust's Ninth Omnibus Objection |
| 82847 | Plan Administration Trust's Ninth Omnibus Objection |
| 82906 | Plan Administration Trust's Ninth Omnibus Objection |
| 83842 | Plan Administration Trust's Ninth Omnibus Objection |
| 85971 | Plan Administration Trust's First Omnibus Objection |
| 87856 | Plan Administration Trust's First Omnibus Objection |
| 88326 | Plan Administration Trust's First Omnibus Objection |
| 88430 | Plan Administration Trust's First Omnibus Objection |
| 88513 | Plan Administration Trust's First Omnibus Objection |
| | Plan Administration Trust's Tenth Omnibus Objection |
| 88583 | Plan Administration Trust's First Omnibus Objection |
| 88724 | Plan Administration Trust's First Omnibus Objection |
| 88749 | Plan Administration Trust's Tenth Omnibus Objection |
| 88854 | Plan Administration Trust's First Omnibus Objection |
| 88868 | Plan Administration Trust's First Omnibus Objection |
| 88871 | Plan Administration Trust's First Omnibus Objection |
| 88946 | Plan Administration Trust's First Omnibus Objection |
| 88950 | Plan Administration Trust's First Omnibus Objection |
| 89014 | Plan Administration Trust's First Omnibus Objection |
| 89257 | Plan Administration Trust's First Omnibus Objection |
| 89488 | Plan Administration Trust's Ninth Omnibus Objection |
| 90236 | Plan Administration Trust's Eleventh Omnibus Objection |
| 90239 | Plan Administration Trust's First Omnibus Objection |
| | Plan Administration Trust's Seventeenth Omnibus Objection |
| 90248 | Plan Administration Trust's Eleventh Omnibus Objection |
| 90271 | Plan Administration Trust's First Omnibus Objection |
| 90445 | Plan Administration Trust's First Omnibus Objection |
| 90612 | Plan Administration Trust's Eleventh Omnibus Objection |
| 90988 | Plan Administration Trust's First Omnibus Objection |
| 90992 | Plan Administration Trust's First Omnibus Objection |
| | Plan Administration Trust's Seventeenth Omnibus Objection |
| 91094 | Plan Administration Trust's First Omnibus Objection |
| 91120 | Plan Administration Trust's First Omnibus Objection |
| | Plan Administration Trust's Tenth Omnibus Objection |
| 91128 | Plan Administration Trust's Second Omnibus Objection |
| 93648 | Plan Administration Trust's Ninth Omnibus Objection |
| 95084 | Plan Administration Trust's First Omnibus Objection |
| 95408 | Plan Administration Trust's First Omnibus Objection |
| 98351 | Plan Administration Trust's First Omnibus Objection |
| 100113 | Plan Administration Trust's Ninth Omnibus Objection |
| 101046 | Plan Administration Trust's First Omnibus Objection |
| 101634 | Plan Administration Trust's First Omnibus Objection |
| 102528 | Plan Administration Trust's Ninth Omnibus Objection |
| 102633 | Plan Administration Trust's Ninth Omnibus Objection |
| 106867 | Plan Administration Trust's Twentieth Omnibus Objection |
| 106867 | Plan Administration Trust's Twentieth Omnibus Objection |

| CLAIM NUMBER | OMNI |
|---|---|
| 108710 | Plan Administration Trust's Ninth Omnibus Objection |
| 110540 | Plan Administration Trust's First Omnibus Objection |
| | Plan Administration Trust's Seventeenth Omnibus Objection |
| 110588 | Plan Administration Trust's First Omnibus Objection |
| 110662 | Plan Administration Trust's First Omnibus Objection |
| 110743 | Plan Administration Trust's First Omnibus Objection |
| 110744 | Plan Administration Trust's First Omnibus Objection |
| 110745 | Plan Administration Trust's First Omnibus Objection |
| 110746 | Plan Administration Trust's First Omnibus Objection |
| 110760 | Plan Administration Trust's First Omnibus Objection |
| 110766 | Plan Administration Trust's First Omnibus Objection |
| | Plan Administration Trust's Seventeenth Omnibus Objection |
| 110990 | Plan Administration Trust's First Omnibus Objection |
| 111099 | Plan Administration Trust's Ninth Omnibus Objection |
| 111502 | Plan Administration Trust's First Omnibus Objection |
| 112025 | Plan Administration Trust's First Omnibus Objection |
| 112335 | Plan Administration Trust's First Omnibus Objection |
| 118078 | Plan Administration Trust's First Omnibus Objection |
| 119850 | Plan Administration Trust's First Omnibus Objection |
| 120390 | Plan Administration Trust's Ninth Omnibus Objection |
| 120481 | Plan Administration Trust's First Omnibus Objection |
| 120586 | Plan Administration Trust's First Omnibus Objection |
| 123753 | Plan Administration Trust's Ninth Omnibus Objection |
| 125067 | Plan Administration Trust's Ninth Omnibus Objection |
| 128364 | Plan Administration Trust's First Omnibus Objection |
| 128433 | Plan Administration Trust's First Omnibus Objection |
| 128437 | Plan Administration Trust's First Omnibus Objection |
| 128470 | Plan Administration Trust's First Omnibus Objection |
| 128471 | Plan Administration Trust's First Omnibus Objection |
| 128612 | Plan Administration Trust's First Omnibus Objection |
| 128682 | Plan Administration Trust's First Omnibus Objection |
| 128684 | Plan Administration Trust's Ninth Omnibus Objection |
| 128984 | Plan Administration Trust's First Omnibus Objection |
| 129721 | Plan Administration Trust's Eleventh Omnibus Objection |
| | Plan Administration Trust's Ninth Omnibus Objection |
| 129751 | Plan Administration Trust's Ninth Omnibus Objection |
| 129789 | Plan Administration Trust's Ninth Omnibus Objection |
| 129832 | Plan Administration Trust's Ninth Omnibus Objection |
| 129892 | Plan Administration Trust's Twentieth Omnibus Objection |
| 130259 | Plan Administration Trust's Ninth Omnibus Objection |
| 131111 | Plan Administration Trust's First Omnibus Objection |
| 131118 | Plan Administration Trust's Eleventh Omnibus Objection |
| | Plan Administration Trust's Ninth Omnibus Objection |
| 131505 | Plan Administration Trust's Second Omnibus Objection |
| 132111 | Plan Administration Trust's First Omnibus Objection |
| 132223 | Plan Administration Trust's Ninth Omnibus Objection |
| 132553 | Plan Administration Trust's First Omnibus Objection |
| 132585 | Plan Administration Trust's Ninth Omnibus Objection |
| 132686 | Plan Administration Trust's First Omnibus Objection |
| 132837 | Plan Administration Trust's Ninth Omnibus Objection |
| 133018 | Plan Administration Trust's Ninth Omnibus Objection |
| 133379 | Plan Administration Trust's Ninth Omnibus Objection |

Exhibit A

| CLAIM NUMBER | OMNI |
|---|---|
| 134602 | Plan Administration Trust's First Omnibus Objection |
| 135403 | Plan Administration Trust's Sixth Omnibus Objection |
| 135591 | Plan Administration Trust's First Omnibus Objection |
| 135676 | Plan Administration Trust's Eighth Omnibus Objection |
| 135776 | Plan Administration Trust's Eighth Omnibus Objection |
| 136089 | Plan Administration Trust's First Omnibus Objection |
| 136128 | Plan Administration Trust's Fourth Omnibus Objection |
| 136359 | Plan Administration Trust's Fourth Omnibus Objection |
| 136364 | Plan Administration Trust's Seventh Omnibus Objection |
| 136746 | Plan Administration Trust's Eighth Omnibus Objection |
| 136854 | Plan Administration Trust's Third Omnibus Objection |
| 136895 | Plan Administration Trust's Eighth Omnibus Objection |
| 137061 | Plan Administration Trust's Third Omnibus Objection |
| 137304 | Plan Administration Trust's Eighth Omnibus Objection |
| 138899 | Plan Administration Trust's Eighth Omnibus Objection |
| 138945 | Plan Administration Trust's Eighth Omnibus Objection |
| 139956 | Plan Administration Trust's Eighth Omnibus Objection |
| 140118 | Plan Administration Trust's Fourth Omnibus Objection |
| 140260 | Plan Administration Trust's Eighth Omnibus Objection |
| | Plan Administration Trust's Sixteenth Omnibus Objection |
| 141256 | Plan Administration Trust's Eighth Omnibus Objection |
| 141912 | Plan Administration Trust's Seventh Omnibus Objection |
| 142472 | Plan Administration Trust's Seventh Omnibus Objection |
| 145754 | Plan Administration Trust's Fifth Omnibus Objection |
| 146873 | Plan Administration Trust's Fifth Omnibus Objection |
| 149634 | Plan Administration Trust's Fifth Omnibus Objection |
| 159294 | Plan Administration Trust's Fourth Omnibus Objection |
| 161088 | Plan Administration Trust's Eighth Omnibus Objection |
| 161095 | Plan Administration Trust's Eighth Omnibus Objection |
| 188043 | Plan Administration Trust's Eighth Omnibus Objection |
| | Plan Administration Trust's Sixteenth Omnibus Objection |
| 189856 | Plan Administration Trust's Fifth Omnibus Objection |
| 190826 | Plan Administration Trust's Seventeenth Omnibus Objection |
| | Plan Administration Trust's Third Omnibus Objection |
| 191767 | Plan Administration Trust's Third Omnibus Objection |
| 192254 | Plan Administration Trust's Seventeenth Omnibus Objection |
| | Plan Administration Trust's Sixth Omnibus Objection |
| 201933 | Plan Administration Trust's Sixth Omnibus Objection |
| 210755 | Plan Administration Trust's Fifth Omnibus Objection |
| 211828 | Plan Administration Trust's Fourth Omnibus Objection |
| 211848 | Plan Administration Trust's Third Omnibus Objection |
| 212298 | Plan Administration Trust's Third Omnibus Objection |
| 214504 | Plan Administration Trust's Eighth Omnibus Objection |
| 216949 | Plan Administration Trust's Eighth Omnibus Objection |
| 217374 | Plan Administration Trust's Fifth Omnibus Objection |
| 218228 | Plan Administration Trust's Third Omnibus Objection |
| | Plan Administration Trust's Twelfth Omnibus Objection |
| 221456 | Plan Administration Trust's Eighth Omnibus Objection |
| 231433 | Plan Administration Trust's Sixth Omnibus Objection |
| 238536 | Plan Administration Trust's Eighth Omnibus Objection |
| 245748 | Plan Administration Trust's Eighth Omnibus Objection |
| 258583 | Plan Administration Trust's Fourth Omnibus Objection |

| CLAIM NUMBER | OMNI |
|---|---|
| 258586 | Plan Administration Trust's Third Omnibus Objection |
| 258590 | Plan Administration Trust's Eighth Omnibus Objection |
| 258592 | Plan Administration Trust's Eighth Omnibus Objection |
| 258636 | Plan Administration Trust's Fifth Omnibus Objection |
| 258661 | Plan Administration Trust's Fourth Omnibus Objection |
| 258691 | Plan Administration Trust's Fifth Omnibus Objection |
| 258778 | Plan Administration Trust's Eighth Omnibus Objection
Plan Administration Trust's Seventeenth Omnibus Objection |
| 258816 | Plan Administration Trust's Third Omnibus Objection |
| 258841 | Plan Administration Trust's Eighth Omnibus Objection |
| 258969 | Plan Administration Trust's Seventeenth Omnibus Objection, Plan Administration Trust's Twentieth Omnibus Objection |
| 258978 | Plan Administration Trust's Eighth Omnibus Objection |
| 258986 | Plan Administration Trust's Seventh Omnibus Objection |
| 258995 | Plan Administration Trust's Fifth Omnibus Objection, Plan Administration Trust's Seventeenth Omnibus Objection |
| 259043 | Plan Administration Trust's Fifth Omnibus Objection |
| 259048 | Plan Administration Trust's Seventh Omnibus Objection |
| 259050 | Plan Administration Trust's Eighth Omnibus Objection |
| 259057 | Plan Administration Trust's Eighth Omnibus Objection |
| 259093 | Plan Administration Trust's Eighth Omnibus Objection |
| 259105 | Plan Administration Trust's Eighth Omnibus Objection
Plan Administration Trust's Seventeenth Omnibus Objection |
| 259119 | Plan Administration Trust's Eighth Omnibus Objection |
| 259223 | Plan Administration Trust's Eighth Omnibus Objection |
| 259253 | Plan Administration Trust's Eighth Omnibus Objection |
| 259254 | Plan Administration Trust's Fourth Omnibus Objection |
| 259264 | Plan Administration Trust's Eighth Omnibus Objection |
| 259352 | Plan Administration Trust's Eighth Omnibus Objection |
| 259405 | Plan Administration Trust's Eighth Omnibus Objection
Plan Administration Trust's Seventeenth Omnibus Objection |
| 259477 | Plan Administration Trust's Eighth Omnibus Objection |
| 259551 | Plan Administration Trust's Eighth Omnibus Objection |
| 259554 | Plan Administration Trust's Eighth Omnibus Objection |
| 259584 | Plan Administration Trust's Sixth Omnibus Objection |
| 259624 | Plan Administration Trust's Sixth Omnibus Objection |
| 259652 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 259653 | Plan Administration Trust's Seventh Omnibus Objection |
| 259657 | Plan Administration Trust's Sixth Omnibus Objection |
| 259684 | Plan Administration Trust's Eighth Omnibus Objection |
| 259693 | Plan Administration Trust's Eighth Omnibus Objection |
| 259698 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 259699 | Plan Administration Trust's Eighth Omnibus Objection |
| 259701 | Plan Administration Trust's Eighth Omnibus Objection |
| 259717 | Plan Administration Trust's Eighth Omnibus Objection |
| 259782 | Plan Administration Trust's Fourth Omnibus Objection |
| 259820 | Plan Administration Trust's Eighth Omnibus Objection |
| 259868 | Plan Administration Trust's Fourth Omnibus Objection |
| 259872 | Plan Administration Trust's Eighteenth Omnibus Objection
Plan Administration Trust's Third Omnibus Objection |
| 259909 | Plan Administration Trust's Fourth Omnibus Objection |
| 259992 | Plan Administration Trust's Third Omnibus Objection |

| CLAIM NUMBER | OMNI |
|---|---|
| 260019 | Plan Administration Trust's Eighth Omnibus Objection |
| 260076 | Plan Administration Trust's Sixth Omnibus Objection |
| 260094 | Plan Administration Trust's Fourth Omnibus Objection |
| 260096 | Plan Administration Trust's Fifth Omnibus Objection |
| 260117 | Plan Administration Trust's Fifth Omnibus Objection |
| 260154 | Plan Administration Trust's Third Omnibus Objection |
| 260200 | Plan Administration Trust's Fourth Omnibus Objection |
|  | Plan Administration Trust's Twelfth Omnibus Objection |
| 260205 | Plan Administration Trust's Third Omnibus Objection |
| 260252 | Plan Administration Trust's Fourth Omnibus Objection |
| 260273 | Plan Administration Trust's Third Omnibus Objection |
| 260287 | Plan Administration Trust's Fourth Omnibus Objection |
| 260289 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 260304 | Plan Administration Trust's Fifth Omnibus Objection |
| 260305 | Plan Administration Trust's Third Omnibus Objection |
| 260306 | Plan Administration Trust's Third Omnibus Objection |
| 260312 | Plan Administration Trust's Third Omnibus Objection |
| 260317 | Plan Administration Trust's Fourth Omnibus Objection |
| 260328 | Plan Administration Trust's Fourth Omnibus Objection |
| 260329 | Plan Administration Trust's Fourth Omnibus Objection |
| 260369 | Plan Administration Trust's Sixth Omnibus Objection |
| 260374 | Plan Administration Trust's Third Omnibus Objection |
| 260414 | Plan Administration Trust's Third Omnibus Objection |
| 260430 | Plan Administration Trust's Third Omnibus Objection |
| 260433 | Plan Administration Trust's Third Omnibus Objection |
| 260437 | Plan Administration Trust's Fifth Omnibus Objection |
| 260467 | Plan Administration Trust's Fifth Omnibus Objection |
| 260476 | Plan Administration Trust's Fifth Omnibus Objection |
| 260480 | Plan Administration Trust's Fifth Omnibus Objection |
| 260485 | Plan Administration Trust's Third Omnibus Objection |
| 260502 | Plan Administration Trust's Fifth Omnibus Objection |
| 260503 | Plan Administration Trust's Fourth Omnibus Objection |
| 260530 | Plan Administration Trust's Fifth Omnibus Objection |
| 260546 | Plan Administration Trust's Fifth Omnibus Objection |
| 260554 | Plan Administration Trust's Fifth Omnibus Objection |
| 260570 | Plan Administration Trust's Third Omnibus Objection |
| 260580 | Plan Administration Trust's Fifth Omnibus Objection |
| 260585 | Plan Administration Trust's Sixth Omnibus Objection |
| 260587 | Plan Administration Trust's Fifth Omnibus Objection |
| 260588 | Plan Administration Trust's Third Omnibus Objection |
| 260589 | Plan Administration Trust's Fifth Omnibus Objection |
| 260593 | Plan Administration Trust's Fifth Omnibus Objection |
| 260616 | Plan Administration Trust's Fifth Omnibus Objection |
| 260640 | Plan Administration Trust's Third Omnibus Objection |
| 260642 | Plan Administration Trust's Fourth Omnibus Objection |
| 260658 | Plan Administration Trust's Fourth Omnibus Objection |
| 260664 | Plan Administration Trust's Third Omnibus Objection |
| 260672 | Plan Administration Trust's Fourth Omnibus Objection |
|  | Plan Administration Trust's Seventeenth Omnibus Objection |
|  | Plan Administration Trust's Twelfth Omnibus Objection |
| 260692 | Plan Administration Trust's Eighth Omnibus Objection |
| 260696 | Plan Administration Trust's Fourth Omnibus Objection |

| CLAIM NUMBER | OMNI |
|---|---|
| 260752 | Plan Administration Trust's Fourth Omnibus Objection |
| | Plan Administration Trust's Seventeenth Omnibus Objection |
| 260777 | Plan Administration Trust's Fourth Omnibus Objection |
| 260779 | Plan Administration Trust's Third Omnibus Objection |
| 260825 | Plan Administration Trust's Sixth Omnibus Objection |
| 260844 | Plan Administration Trust's Fifth Omnibus Objection |
| 260855 | Plan Administration Trust's Third Omnibus Objection |
| 260859 | Plan Administration Trust's Seventeenth Omnibus Objection |
| | Plan Administration Trust's Third Omnibus Objection |
| 260865 | Plan Administration Trust's Fifth Omnibus Objection |
| 260875 | Plan Administration Trust's Third Omnibus Objection |
| 260912 | Plan Administration Trust's Third Omnibus Objection |
| 260919 | Plan Administration Trust's Fourth Omnibus Objection |
| 260936 | Plan Administration Trust's Eighth Omnibus Objection |
| | Plan Administration Trust's Sixteenth Omnibus Objection |
| 261003 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261013 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261037 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261059 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261065 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261078 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261087 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261105 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261172 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261173 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261174 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261185 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261218 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261251 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261253 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261254 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261324 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261327 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261332 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261422 | Plan Administration Trust's Seventeenth Omnibus Objection |
| 261424 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261427 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261430 | Plan Administration Trust's Seventeenth Omnibus Objection |
| 261443 | Plan Administration Trust's Seventeenth Omnibus Objection |
| 261461 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261476 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261478 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261483 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261494 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261507 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261542 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261552 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261553 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261573 | Plan Administration Trust's Seventeenth Omnibus Objection |
| 261590 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261591 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261595 | Plan Administration Trust's Twenty-First Omnibus Objection |

**Exhibit A**

| CLAIM NUMBER | OMNI |
|---|---|
| 261607 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261614 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261620 | Plan Administration Trust's Eighteenth Omnibus Objection |
| 261622 | Plan Administration Trust's Eighteenth Omnibus Objection |
| 261628 | Plan Administration Trust's Twenty-First Omnibus Objection |
| 261645 | Plan Administration Trust's Eighteenth Omnibus Objection |