**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |
|---|---|
| In re:<br><br>CHROME HOLDING CO. (f/k/a 23ANDME HOLDING CO.),[1]<br><br>Wind-Down Debtor. | Case No. 25-40976-357<br>Chapter 11<br><br><br>Related to Docs. 1898, 1900, 1902, 1904, 1906, 1914, 1916, 1920, 2009, 2010, 2014, 2016, 2072, 2167, 2259 |

**ORDER SUSTAINING IN PART THE PLAN ADMINISTRATION
TRUST'S FOURTH OBJECTION TO UNRESOLVED CLAIMS**

Upon the Plan Administration Trust's first, second, third, fourth, fifth, seventh, eighth, ninth, tenth, eleventh, sixteenth, seventeenth, eighteenth, and twentieth omnibus claim objections, and the fourth objection to unresolved claims (the "Objections"),[2] all as more fully set forth in the Objections; and upon consideration of the Baer Declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objections in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objections is in the best interests of the Debtors' and the Wind-Down Debtor's estates, their creditors, and other parties in interest; and this Court having found that the Plan Administration

---

[1]    The Wind-Down Debtor's service address for purposes of these chapter 11 cases is:  490 Post St., Suite 500 PMB 2065, San Francisco, CA 94102 United States.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objections.

Trust's notice of the Objections and opportunity for a hearing on the Objections were appropriate and no other notice need be provided; and this Court having reviewed the Objections and having heard the statements in support of the relief requested therein at a hearing before this Court; and this Court having determined that the legal and factual bases set forth in the Objections and at the hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Objections are SUSTAINED IN PART as set forth below.

2. Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each Unresolved Claim identified on **Exhibit A** attached hereto is disallowed.

3. With respect to the Unresolved Claims identified on **Exhibit A** attached hereto that are subject to *The Plan Administration Trust's Amended Ninth Omnibus Objection to Certain No Liability Claims* (Doc. 1920) such claims are disallowed on the basis that the applicable claimant was not impacted by the Cyber Security Incident based on the Debtors' Data Breach Record and not on the basis that the applicable claimant was or was not a customer of the Debtors.

4. Kroll Restructuring Administration LLC is authorized and directed to update the claims register maintained in this chapter 11 case to reflect the relief granted in this Order.

5. This Order is without prejudice to the Wind-Down Debtor's or the Plan Administration Trust's rights to object to any other claims in these chapter 11 cases on any grounds whatsoever at a later date.

6. With respect to each Unresolved Claim, the applicable Objection as it pertains to each such claim constitutes a separate contested matter as contemplated by Bankruptcy Rule

9014.  This Order shall be deemed a separate order with respect to each Unresolved Claim.

7.       Notwithstanding the relief granted herein and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor or Wind-Down Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (b) a waiver of the Wind-Down Debtor's, the Plan Administration Trust's or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Objections or any order granting the relief requested by the Objections or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' or the Wind-Down Debtor's estates; (g) a waiver or limitation of the Wind-Down Debtor's, the Plan Administration Trust's, or any other party in interest's rights under the Bankruptcy Code or any other applicable law; (h) a waiver of the obligation of any party in interest to file a proof of claim; or (i) a concession by the Wind-Down Debtor or the Plan Administration Trust that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Objections are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

8.       Notice of the Objections as provided therein is hereby deemed good and sufficient notice of such Objections, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

9.      The Wind-Down Debtor and the Plan Administration Trust are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objections.

10.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

11.     No later than two business days after the date of this Order, the Plan Administration Trust shall serve on the Notice Parties a copy of the Order and shall file a certificate of service no later than 24 hours after service.

Dated:  July 7, 2026
St. Louis, Missouri
cjs

Brian C. Walsh
United States Bankruptcy Judge

**Order Prepared By:**

**Carmody MacDonald P.C.**
Thomas H. Riske #61838MO
Nathan R. Wallace #74890MO
Jackson J. Gilkey #73716MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone:      (314) 854-8600
Facsimile:      (314) 854-8660
Email:

      thr@carmodymacdonald.com
      nrw@carmodymacdonald.com
      jjg@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Jessica I. Choi (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone:      (212) 373-3000
Facsimile:      (212) 757-3990
Email:          pbasta@paulweiss.com
      chopkins@paulweiss.com
      jchoi@paulweiss.com
      ghotz@paulweiss.com

*Counsel to the Wind-Down Debtor*

## Exhibit A

**Unresolved Claims**

| Claim Number | Omnibus Objection |
|:---:|:---:|
| 202 | Plan Administration Trust's First Omnibus Objection |
| 411 | Plan Administration Trust's First Omnibus Objection |
| 439 | Plan Administration Trust's First Omnibus Objection |
| 458 | Plan Administration Trust's First Omnibus Objection |
| 551 | Plan Administration Trust's First Omnibus Objection |
| 759 | Plan Administration Trust's First Omnibus Objection |
| 979 | Plan Administration Trust's First Omnibus Objection |
| 1296 | Plan Administration Trust's First Omnibus Objection |
| 1775 | Plan Administration Trust's First Omnibus Objection |
| 1776 | Plan Administration Trust's First Omnibus Objection |
| 1913 | Plan Administration Trust's First Omnibus Objection |
| 1936 | Plan Administration Trust's First Omnibus Objection |
| 2194 | Plan Administration Trust's First Omnibus Objection |
| 3013 | Plan Administration Trust's First Omnibus Objection |
| 3015 | Plan Administration Trust's First Omnibus Objection |
| 3017 | Plan Administration Trust's First Omnibus Objection |
| 3220 | Plan Administration Trust's First Omnibus Objection |
| 3243 | Plan Administration Trust's First Omnibus Objection |
| 3357 | Plan Administration Trust's First Omnibus Objection |
| 3688 | Plan Administration Trust's First Omnibus Objection |
| 3885 | Plan Administration Trust's First Omnibus Objection |
| 5003 | Plan Administration Trust's First Omnibus Objection |
| 5226 | Plan Administration Trust's First Omnibus Objection |
| 5252 | Plan Administration Trust's First Omnibus Objection |
| 5354 | Plan Administration Trust's First Omnibus Objection |
| 5373 | Plan Administration Trust's First Omnibus Objection |
| 5399 | Plan Administration Trust's First Omnibus Objection |
| 5412 | Plan Administration Trust's First Omnibus Objection |
| 5561 | Plan Administration Trust's First Omnibus Objection |
| 5580 | Plan Administration Trust's First Omnibus Objection |
| 5636 | Plan Administration Trust's First Omnibus Objection |
| 5977 | Plan Administration Trust's First Omnibus Objection |
| 6013 | Plan Administration Trust's First Omnibus Objection |
| 6246 | Plan Administration Trust's First Omnibus Objection |

| | |
|---|---|
| 6844 | Plan Administration Trust's First Omnibus Objection |
| 6905 | Plan Administration Trust's First Omnibus Objection |
| 6933 | Plan Administration Trust's First Omnibus Objection |
| 7218 | Plan Administration Trust's First Omnibus Objection |
| 7221 | Plan Administration Trust's First Omnibus Objection |
| 7253 | Plan Administration Trust's First Omnibus Objection |
| 7362 | Plan Administration Trust's First Omnibus Objection |
| 7945 | Plan Administration Trust's First Omnibus Objection |
| 8401 | Plan Administration Trust's First Omnibus Objection |
| 8414 | Plan Administration Trust's First Omnibus Objection |
| 8429 | Plan Administration Trust's First Omnibus Objection |
| 8511 | Plan Administration Trust's First Omnibus Objection |
| 8525 | Plan Administration Trust's First Omnibus Objection |
| 8577 | Plan Administration Trust's First Omnibus Objection |
| 8602 | Plan Administration Trust's First Omnibus Objection |
| 8646 | Plan Administration Trust's First Omnibus Objection |
| 8701 | Plan Administration Trust's First Omnibus Objection |
| 8826 | Plan Administration Trust's First Omnibus Objection |
| 8866 | Plan Administration Trust's First Omnibus Objection |
| 8983 | Plan Administration Trust's First Omnibus Objection |
| 9805 | Plan Administration Trust's First Omnibus Objection |
| 10393 | Plan Administration Trust's First Omnibus Objection |
| 10727 | Plan Administration Trust's First Omnibus Objection |
| 11324 | Plan Administration Trust's First Omnibus Objection |
| 11752 | Plan Administration Trust's First Omnibus Objection |
| 11754 | Plan Administration Trust's First Omnibus Objection |
| 12895 | Plan Administration Trust's First Omnibus Objection |
| 13420 | Plan Administration Trust's First Omnibus Objection |
| 13583 | Plan Administration Trust's First Omnibus Objection |
| 15317 | Plan Administration Trust's First Omnibus Objection |
| 16844 | Plan Administration Trust's First Omnibus Objection |
| 17909 | Plan Administration Trust's First Omnibus Objection |
| 18587 | Plan Administration Trust's First Omnibus Objection |
| 20493 | Plan Administration Trust's First Omnibus Objection |
| 60411 | Plan Administration Trust's First Omnibus Objection |

| | |
|---|---|
| 63058 | Plan Administration Trust's First Omnibus Objection |
| 80746 | Plan Administration Trust's First Omnibus Objection |
| 80794 | Plan Administration Trust's First Omnibus Objection |
| 88583 | Plan Administration Trust's First Omnibus Objection |
| 88950 | Plan Administration Trust's First Omnibus Objection |
| 89014 | Plan Administration Trust's First Omnibus Objection |
| 90445 | Plan Administration Trust's First Omnibus Objection |
| 90988 | Plan Administration Trust's First Omnibus Objection |
| 95084 | Plan Administration Trust's First Omnibus Objection |
| 101046 | Plan Administration Trust's First Omnibus Objection |
| 110540 | Plan Administration Trust's First Omnibus Objection |
| 110743 | Plan Administration Trust's First Omnibus Objection |
| 110744 | Plan Administration Trust's First Omnibus Objection |
| 110745 | Plan Administration Trust's First Omnibus Objection |
| 110746 | Plan Administration Trust's First Omnibus Objection |
| 110990 | Plan Administration Trust's First Omnibus Objection |
| 112025 | Plan Administration Trust's First Omnibus Objection |
| 118078 | Plan Administration Trust's First Omnibus Objection |
| 119850 | Plan Administration Trust's First Omnibus Objection |
| 120481 | Plan Administration Trust's First Omnibus Objection |
| 128364 | Plan Administration Trust's First Omnibus Objection |
| 131111 | Plan Administration Trust's First Omnibus Objection |
| 132686 | Plan Administration Trust's First Omnibus Objection |
| 134602 | Plan Administration Trust's First Omnibus Objection |
| 260855 | Plan Administration Trust's Third Omnibus Objection |
| 260875 | Plan Administration Trust's Third Omnibus Objection |
| 139956 | Plan Administration Trust's Eighth Omnibus Objection |
| 88749 | Plan Administration Trust's Tenth Omnibus Objection |
| 63058 | Plan Administration Trust's Tenth Omnibus Objection |
| 1936 | Plan Administration Trust's Seventeenth Omnibus Objection |
| 3017 | Plan Administration Trust's Seventeenth Omnibus Objection |
| 5354 | Plan Administration Trust's Seventeenth Omnibus Objection |
| 7253 | Plan Administration Trust's Seventeenth Omnibus Objection |
| 8414 | Plan Administration Trust's Seventeenth Omnibus Objection |
| 12895 | Plan Administration Trust's Seventeenth Omnibus Objection |

| 16844 | Plan Administration Trust's Seventeenth Omnibus Objection |
|---|---|
| 110540 | Plan Administration Trust's Seventeenth Omnibus Objection |
| 6905 | Plan Administration Trust's Eighteenth Omnibus Objection |
| 12192 | Plan Administration Trust's Second Omnibus Objection |
| 260752 | Plan Administration Trust's Fourth Omnibus Objection |
| 145754 | Plan Administration Trust's Fifth Omnibus Objection |
| 141912 | Plan Administration Trust's Seventh Omnibus Objection |
| 140260 | Plan Administration Trust's Eighth Omnibus Objection |
| 161088 | Plan Administration Trust's Eighth Omnibus Objection |
| 238536 | Plan Administration Trust's Eighth Omnibus Objection |
| 258841 | Plan Administration Trust's Eighth Omnibus Objection |
| 259477 | Plan Administration Trust's Eighth Omnibus Objection |
| 259684 | Plan Administration Trust's Eighth Omnibus Objection |
| 260019 | Plan Administration Trust's Eighth Omnibus Objection |
| 260936 | Plan Administration Trust's Eighth Omnibus Objection |
| 2857 | Plan Administration Trust's Ninth Omnibus Objection |
| 129721 | Plan Administration Trust's Ninth Omnibus Objection |
| 2857 | Plan Administration Trust's Eleventh Omnibus Objection |
| 10155 | Plan Administration Trust's Eleventh Omnibus Objection |
| 19025 | Plan Administration Trust's Eleventh Omnibus Objection |
| 90236 | Plan Administration Trust's Eleventh Omnibus Objection |
| 90248 | Plan Administration Trust's Eleventh Omnibus Objection |
| 129721 | Plan Administration Trust's Eleventh Omnibus Objection |
| 140260 | Plan Administration Trust's Sixteenth Omnibus Objection |
| 260936 | Plan Administration Trust's Sixteenth Omnibus Objection |
| 261422 | Plan Administration Trust's Seventeenth Omnibus Objection |
| 260752 | Plan Administration Trust's Seventeenth Omnibus Objection |
| 67366 | Plan Administration Trust's Twentieth Omnibus Objection |