**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 25-40976-357** |
| **CHROME HOLDING CO. (f/k/a 23ANDME HOLDING CO.),** | **Chapter 11** |
| **Wind-Down Debtor.** | **Related to Docs. 1916, 2016, 2283, 2284, 2285, 2296, and 2297** |

**OMNIBUS ORDER DENYING CERTAIN MOTIONS
FOR LEAVE TO FILE CLAIMS OUT OF TIME AND SUSTAINING
IN PART PLAN ADMINISTRATION TRUST'S
OBJECTIONS TO CERTAIN RELATED CLAIMS**

Creditors Naseem Saleh, Philip Parker, Wendy Thompson, Susie Cassel, and Tony Phon were deemed to have filed motions seeking leave to file their proofs of claim after the deadline set by court order (the "Motions"). On July 6, 2026, the Plan Administration Trust (the "Trust") filed a response in opposition to the Motions.

On July 13, 2026, I held a hearing on, among other matters, the Motions and the Trust's omnibus objections to the creditors' underlying claims.

Following careful review of the record, and for the reasons stated on the record at the hearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motions (Docs. 2283, 2284, 2285, 2296, and 2297) are DENIED.

2. The Trust's Eighth Omnibus Objection to Certain Late-Filed Claims (Doc. 1916) is SUSTAINED IN PART as to the claims of Saleh, Parker, Cassel, and Phon, which are disallowed.

3. The Trust's Seventeenth Omnibus Objection to Certain Misclassified 503(b)(9) Claims and Late-Filed Administrative Claims (Doc. 2016) is SUSTAINED IN PART as to the claim of Thompson, which is disallowed.

4. Kroll Restructuring Administration LLC is authorized and directed to update the claims register maintained in the Chapter 11 cases to reflect the relief granted in this Order.

5.      This Order shall be deemed a separate order with respect to each claim identified above.

6.      This Order is without prejudice to any affected creditor's participation in any of the class actions certified in the Chapter 11 cases, provided that the creditor has complied with the requirements of the applicable class action.

7.      No later than two business days after the date of this Order, the Plan Administration Trust shall serve on the Notice Parties a copy of the Order and shall file a certificate of service no later than 24 hours after service.

Dated:  July 13, 2026
St. Louis, Missouri
cjs

_____
Brian C. Walsh
United States Bankruptcy Judge

Serve:

**Thomas H Riske**
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63105

**Christopher Hopkins**
1285 Avenue of the Americas
New York, NY 10019