**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

*In Re:  Debtor*                                        *Case No.:* 25–40976 – B357
Chrome Holding Co.

                                                       *Chapter* 11

*Appellant*
The People of the State of California

## NOTICE OF APPELLANT'S OBLIGATIONS

Notice is given to the Appellant, that the Appellant shall, within 14 days of July 20, 2026, file the following with the Clerk of the United States Bankruptcy Court:

1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee;

2. A statement of the issues to be presented and serve a copy upon the appellee; and

3. Any written order for a transcript under Fed. R. Bankr. P. 8009(b)(1).

4. If there is a cross–appeal, and you are the cross–appellee, consult Fed. R. Bankr. P. 8009 for your obligations and deadlines.


                                                       Dana C. McWay
Dated: 7/20/26                                         Clerk, U.S. Bankruptcy Court

Rev. 06/16 aploblbk                                    Kevin Nelson
                                                       Deputy Clerk