**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| In re:<br><br>Chrome Holding Co. (f/k/a 23andMe Holding Co.)<br><br>Wind-Down Debtor. | Case No. 25-40976-357<br><br>Chapter 11 |

**APPELLANT'S, THE PEOPLE OF THE STATE OF CALIFORNIA, DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD AND STATEMENT OF THE ISSUES ON APPEAL**

Under Federal Rule of Bankruptcy Procedure 8009(a)(1), the People of the State of California, appearing through its attorney, Rob Bonta, Attorney General of the State of California, submits this statement of the issues presented and designation of the items to be included in the record on appeal. *See* Notice of Appeal, Dkt. No. 2364 (People's Notice of Appeal of Dkt. No. 2333).

**I.    ISSUES ON APPEAL**

The bankruptcy court's July 10, 2026 Order, Dkt. No. 2333, which granted in part and denied in part the Plan Administration Trust's Emergency Motion to Enforce the Plan and the Confirmation Order Against the State of California, Dkt. No. 2212, and denied the People's request for permissive abstention, *see* Dkt. No. 2218, requires the chief law officer of the State of California to litigate state-law police-and-regulatory claims exclusively in bankruptcy court, in contravention of the Confirmation Order, the Bankruptcy Code, and congressional intent. The issues presented by this appeal include the following:

1

1.  Did the bankruptcy court err in precluding the People of the State of California from pursuing state-law police-and-regulatory claims for monetary relief against Chrome Holding Co. and ChromeCo, Inc. in state court?

2.  Did the bankruptcy court err in denying the People's request for abstention?

**II.      ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

**A.      In re Chrome Holding Co. (f/k/a 23andMe Holding Co.), Bankr. No. 25-40976**

| Dkt. No. | Description |
|---|---|
|  | Docket Report. |
| 1 | Chapter 11 Voluntary Petition Non-Individual, Schedules and Statements. |
| 3 | Motion for Joint Administration Filed by Debtor 23andMe Holding Co. |
| 32 | Declaration re: of Matthew Kvarda in Support of Chapter 11 Petitions and First Day Motions Filed by Debtor 23andMe Holding Co. |
| 105 | Order Granting Motion for Joint Administration |
| 125 | Order (I) Approving Bidding Procedures for the Sale of the Debtors' Assets, (II) Scheduling Certain Dates and Deadlines With Respect Thereto, (III) Approving the Form and Manner of the Notice Thereof, (IV) Approving Procedures Regarding Entry Into Stalking Horse Agreement(s), If Any, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, (VI) Approving Procedures for the Sale, Transfer, or Abandonment of De Minimis Assets, and (VII) Granting Related Relief |
| 335 | Summary of Assets and Liabilities Schedules for Non-Individual , Schedule A/B: Property Non-Individual , Schedule D: Non-Individual , Schedule E/F: Creditors Who Have Unsecured Claims Non-Individual , Schedule G: Non-Individual , Schedule H: Non-Individual , Declaration Concerning Debtor's Schedules Filed by Debtor 23andMe Holding Co. |
| 336 | Statement of Financial Affairs for Non-Individual Filed by Debtor 23andMe Holding Co. |
| 771 | Omnibus Reply in Support of Entry of the Sale Order Filed by Debtor 23andMe Holding Co. |
| 775 | Declaration re: of Thomas Walper in Support of Entry of the Sale Order Filed by Debtor 23andMe Holding Co. |
| 910 | Order (I) Approving (A) the Debtors Entry into the Sale Transaction Documents, (B) The Sale to the Purchaser of the Acquired Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (C) The Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (II) Authorizing the Debtors to Consummate Transactions in Connection Therewith; And (III) Granting Related Relief |
| 994 | Notice and  of Sale Closing Under TTAM Asset Purchase Agreement Certificate of Service: Not Filed.  Filed by Debtor 23andMe Holding Co. |

2

| 1112 | Motion to for Entry of an Order (I) Amending the Joint Administration Order to Modify the Case Caption to Reflect the Changes of Certain Debtors' Names and (II) Granting Related Relief Filed by Debtor 23andMe Holding Co. |
|------|---|
| 1113 | Chapter 11 Plan. Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Certificate of Service: Not Filed. Filed by Debtor 23andMe Holding Co. |
| 1114 | Support/Supplement Re: Disclosure Statement Filed by Debtor 23andMe Holding Co. |
| 1116 | Motion to for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures and Solicitation Package, (III) Scheduling a Confirmation Hearing, (IV) Establishing Procedures for Objecting to the Plan, (V) Establishing the California Claims Determination Procedures, (VI) Approving the Form, Manner, and Sufficiency of Notice of the Confirmation Hearing, (VII) Scheduling Certain Dates Related Thereto, and (VIII) Granting Related Relief Filed by Debtor 23andMe Holding Co. |
| 1226 | Motion to of the Debtors and U.S Data Breach Settlement Class Representatives Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 for an Order (I) Preliminarily Approving the Settlement Agreement Between the Debtors and US Data Breach Settlement Class Representatives; (II) Certifying a Class for Settlement Purposes Only; (III) Approving the Forms and Matter of Notice to Class Member of the Class Certification and Settlement; (IV) Scheduling a fairness hearing to consider Final Approval of the Settlement Agreement and (V) Granting Related Relief Filed by Debtor 23andMe Holding Co. |
| 1227 | Declaration re: OF CO-LEAD COUNSEL IN SUPPORT OF THE JOINT MOTION OF THE DEBTORS AND U.S. SETTLEMENT CLASS REPRESENTATIVES PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 9019 AND 7023 FOR AN ORDER (I) PRELIMINARILY APPROVING THE SETTLEMENT AGREEMENT BETWEEN THE DEBTORS AND U.S. SETTLEMENT CLASS REPRESENTATIVES; (II) CERTIFYING A CLASS FOR SETTLEMENT PURPOSES ONLY; (III) APPROVING THE FORMS AND MANNER OF NOTICE TO CLASS MEMBERS OF THE CLASS CERTIFICATION AND SETTLEMENT; (IV) SCHEDULING A FAIRNESS HEARING TO CONSIDER FINAL APPROVAL OF THE SETTLEMENT AGREEMENT AND (V) GRANTING RELATED RELIEF |
| 1241 | Notice and of Exhibit C to the Disclosure Statement for the Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Certificate of Service: Not Filed.  Filed by Debtor 23andMe Holding Co. |
| 1272 | Order (I) Amending the Joint Administration Order to Modify the Case Caption to Reflect the Changes of Certain Debtors' Names and (II) Granting Related Relief |
| 1352 | Objection Filed by U.S. Trustee Office of US Trustee (RE: related document(s)1116 Motion to for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures and |

| | |
|---|---|
| | Solicitation Package, (III) Scheduling a Confirmation Hearing, (IV) Establishing Procedures for Objecting to the Plan, (V) Establishing the California Claims Determination Procedures, (VI) Approving the Form, Manner, and Sufficiency of Notice of the Confirmation Hearing, (VII) Scheduling Certain Dates Related Thereto, and (VIII) Granting Related Relief Filed by Debtor 23andMe Holding Co.). (Attachments: #1 Exhibit 1 - Master Service List (Schlotzhauer, Joseph) |
| 1362 | First Amended Joint Chapter 11 Plan.  Certificate of Service: Not Filed. Filed by Debtor Chrome Holding Co. |
| 1363 | Disclosure Statement -First Amended Filed by Debtor Chrome Holding Co. |
| 1364 | Notice and of Filing of First Amended Disclosure Statement for the First Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. |
| 1365 | Notice and of Filing of First Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. |
| 1371 | Omnibus Reply in Support of Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures and Solicitation Package, (III) Scheduling a Confirmation Hearing, (IV) Establishing Procedures for Objecting to the Plan, (V) Establishing the California Claims Determination Procedures, (VI) Approving the Form, Manner, and Sufficiency of Notice of the Confirmation Hearing, (VII) Scheduling Certain Dates Related Thereto, and (VIII) Granting Related Relief Filed by Debtor Chrome Holding Co. (RE: related document(s)1116 Motion to for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures and Solicitation Package, (III) Scheduling a Confirmation Hearing, (IV) Establishing Procedures for Objecting to the Plan, (V) Establishing the California Claims Determination Procedures, (VI) Approving the Form, Manner, and Sufficiency of Notice of the Confirmation Hearing, (VII) Scheduling Certain Dates Related Thereto, and (VIII) Granting Related Relief Filed by Debtor 23andMe Holding Co.). |
| 1378 | Notice and //Proposed Agenda for Hearing on September 25, 2025 at 10:00 am (PREVAILING CENTRAL TIME) Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. |
| 1379 | Amended Notice and //Amended Proposed Agenda for Hearing on September 25, 2025 at 10:00 a.m. (Prevailing Central Time) Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. |
| 1383 | PDF with attached Audio File. Court Date & Time [ 9/25/2025 10:00:26 AM ]. File Size [ 164665 KB ]. Run Time [ 05:43:03 ]. |
| 1424 | Second Amended Disclosure Statement  Filed by Debtor Chrome Holding Co. |
| 1425 | Notice and of Filing of Second Amended Disclosure Statement for the Second Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. (RE: related document(s)1114 |

4

|  | Support/Supplement Re: Disclosure Statement Filed by Debtor 23andMe Holding Co. (RE: related document(s)1113 Chapter 11 Plan)., 1363 Disclosure Statement -First Amended Filed by Debtor Chrome Holding Co. |
|---|---|
| 1427 | Second Amended Chapter 11 Plan. Certificate of Service: Not Filed. Filed by Debtor Chrome Holding Co. |
| 1428 | Notice and of Filing of Second Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Certificate of Service: Not Filed. Filed by Debtor Chrome Holding Co. |
| 1442 | Order (I) Approving The Adequacy Of The Disclosure Statement, (II) Approving The Solicitation Procedures And Solicitation Package, (III) Scheduling A Confirmation Hearing, (IV) Establishing Procedures For Objecting To The Plan, (V) Establishing The California Claims Determination Procedures, (VI) Approving The Form, Manner, And Sufficiency Of Notice Of The Confirmation Hearing, (VII) Scheduling Certain Dates Related Thereto, And (VIII) Granting Related Relief (1116 Motion to for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures and Solicitation Package, (III) Scheduling a Confirmation Hearing, (IV) Establishing Procedures for Objecting to the Pla filed by Debtor Chrome Holding Co.) Confirmation hearing to be held on 11/19/2025 at 1:30 PM at Bankruptcy Courtroom 5 North. |
| 1445 | Transcript for Sept. 25, 2025 Hearing |
| 1450 | Order (I) Preliminarily Approving the U.S. Data Breach Settlement Agreement Between the Debtors and Settlement Class Representatives; (II) Preliminarily Certifying the Class for Settlement Purposes Only; (III) Approving the Form and Manner of Notice to Class Members of the Class Certification and Settlement; (IV) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement Agreement and (V) Granting Related Relief |
| 1458 | Notice of Hearing to Consider Confirmation of the Second Amended Joint Chapter 11 Plan filed by the Debtors and Related Voting and Objection Deadlines Filed by Debtor Chrome Holding Co. |
| 1497 | Notice and of Passage of California's Deadline to File a California Administrative Claim Certificate of Service: Not Filed. Filed by Debtor Chrome Holding Co. (RE: related document(s)1116 Motion to for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures and Solicitation Package, (III) Scheduling a Confirmation Hearing, (IV) Establishing Procedures for Objecting to the Plan, (V) Establishing the California Claims Determination Procedures, (VI) Approving the Form, Manner, and Sufficiency of Notice of the Confirmation Hearing, (VII) Scheduling Certain Dates Related Thereto, and (VIII) Granting Related Relief Filed by Debtor 23andMe Holding Co., 1442 Order (I) Approving The Adequacy Of The Disclosure Statement, (II) Approving The Solicitation Procedures And Solicitation Package, (III) Scheduling A Confirmation Hearing, (IV) Establishing Procedures For Objecting To The Plan, (V) Establishing The California Claims Determination Procedures, (VI) Approving The Form, Manner, And Sufficiency Of Notice Of The Confirmation Hearing, (VII) Scheduling Certain Dates Related Thereto, And |

| | |
|---|---|
| | (VIII) Granting Related Relief (1116 Motion to for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation Procedures and Solicitation Package, (III) Scheduling a Confirmation Hearing, (IV) Establishing Procedures for Objecting to the Pla filed by Debtor Chrome Holding Co.) Confirmation hearing to be held on 11/19/2025 at 1:30 PM at Bankruptcy Courtroom 5 North. |
| 1514 | Notice and of Filing of Initial Plan Supplement for the Second Amended Joint Plan of Chrome Holding Co. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. |
| 1544 | Objection to Confirmation of Plan  Filed by U.S. Trustee Office of US Trustee |
| 1551 | Joint Objection to the Debtors' Second Amended Joint Plan Filed by Interested Parties Commonwealth of Kentucky ex rel. Office of Attorney General, Delaware Department of Justice, NAAG Client States, State of Colorado, State of Indiana, State of Minnesota, State of Oregon, State of Tennessee, Creditors Commonwealth of Pennsylvania, Office of Attorney General, Bureau of Consumer Protection, State of Missouri ex rel Attorney General Andrew Bailey |
| 1554 | Objection to Confirmation of Plan and Joinder in the U.S. Trustee's Objection and the States' Objection Filed by Interested Party The People of the State of California (RE: related document(s)1427 Second Amended Chapter 11 Plan. Certificate of Service: Not Filed. Filed by Debtor Chrome Holding Co. |
| 1582 | Third Amended Chapter 11 Plan.  Certificate of Service: Not Filed. Filed by Debtor Chrome Holding Co. |
| 1583 | Notice and of Filing of Third Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. (RE: related document(s)1113 Chapter 11 Plan. Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Certificate of Service: Not Filed. Filed by Debtor 23andMe Holding Co. |
| 1589 | Declaration re: OF CRAIG E. JOHNSON OF KROLL RESTRUCTURING ADMINISTRATION LLC REGARDING THE SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON THE SECOND AMENDED JOINT PLAN OF CHROME HOLDING CO. AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE Filed by Debtor Chrome Holding Co. |
| 1599 | Motion to for Entry of an Order (I) Authorizing and Approving the U.S. Data Breach Arbitration Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure and (II) Granting Related Relief Filed by Debtor Chrome Holding Co. |
| 1605 | Supplemental Objection Filed by Interested Parties Commonwealth of Massachusetts, NAAG Client States, State of Indiana, State of Minnesota, State of Oregon, State of Tennessee, Creditors Commonwealth of Pennsylvania, Office of Attorney General, Bureau of Consumer Protection, State of Missouri ex rel Attorney General Andrew Bailey |
| 1606 | Brief /Debtors' Memorandum of Law In Support of The Fourth Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 |

| | |
|---|---|
| | of the Bankruptcy Code and Omnibus Reply to Objections Thereto Filed by Debtor Chrome Holding Co. |
| 1607 | Declaration re: of Matthew Kvarda, Chief Restructuring Officer of Chrome Holding Co., In Support of Fourth Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Filed by Debtor Chrome Holding Co. |
| 1609 | Fourth Amended Chapter 11 Plan.  Certificate of Service: Not Filed. Filed by Debtor Chrome Holding Co. |
| 1610 | Notice and of Filing of Fourth Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. |
| 1611 | Notice and of Filing of First Amended Plan Supplement for the Fourth Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. |
| 1613 | Notice and //Proposed Agenda for Hearing on November 19, 2025 at 1:30 p.m. (Prevailing Central Time) Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. |
| 1618 | PDF with attached Audio File. Court Date & Time [ 11/19/2025 1:30:27 PM ]. File Size [ 68709 KB ]. Run Time [ 02:23:09 ]. |
| | Hearing Held (RE: related document(s) 1609 Amended Chapter 11 Plan filed by Debtor Chrome Holding Co.) Confirmation taken under advisement. Debtors and KR OP Tech, LLC to file briefs by 11/24/2025. (Spi, C) (Entered: 11/19/2025) |
| 1633 | Transcript of November 19, 2025 Hearing |
| 1638 | Order (I) Authorizing and Approving the U.S. Data Breach Arbitration Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure and (II) Granting Related Relief. (1599 Motion to for Entry of an Order (I) Authorizing and Approving the U.S. Data Breach Arbitration Settlement Agreement Under Rule 9019 of the Federal Rules of Bankruptcy Procedure and (II) Granting Related Relief filed by Debtor Chrome Holding Co.) |
| 1646 | Memorandum Opinion |
| 1647 | Order Addressing Objections to Fourth Amended Chapter 13 Plan. |
| 1650 | Fifth Amended Chapter 11 Plan.  Certificate of Service: Not Filed. Filed by Debtor Chrome Holding Co. |
| 1651 | Notice and of Filing of Fifth Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. (RE: related document(s)1113 Chapter 11 Plan. Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Certificate of Service: Not Filed. Filed by Debtor 23andMe Holding Co. |
| 1655 | Fifth Amended Chapter 11 Plan. - Modified Certificate of Service: Not Filed. Filed by Debtor Chrome Holding Co. |
| 1656 | Notice and of Filing of Modified Fifth Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |

| | |
|---|---|
| | Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. (RE: related document(s)1113 Chapter 11 Plan. Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Certificate of Service: Not Filed. Filed by Debtor 23andMe Holding Co. |
| 1662 | Findings of Fact, Conclusions of law, and Order Confirming the Fifth Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code. |
| 1696 | Findings of Fact, Conclusions of Law, and Amended Order Confirming the Modified Fifth Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code. |
| 1699 | Notice and of Filing of Second Amended Plan Supplement for the Modified Fifth Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. |
| 1700 | Notice and of (I) Entry of Order Confirming the Modified Fifth Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, (II) Occurrence of Effective Date, and (III) Closing of the Lemonaid Sale Transaction Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. |
| 1709 | Amended Notice and of (I) Entry of Order Confirming the Modified Fifth Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, (II) Occurrence of Effective Date, and (III) Closing of the Lemonaid Sale Transaction Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. |
| 1710 | Notice and of Filing of Amended Notice of (I) Entry of Order Confirming the Modified Fifth Amended Joint Plan of Chrome Holding Co. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code, (II) Occurrence of Effective Date, and (III) Closing of the Lemonaid Sale Transaction Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. |
| 1778 | Application to for Entry of an Order (I) Closing Certain Chapter 11 Cases and (II) Granting Related Relief Filed by Debtor Chrome Holding Co. |
| 1843 | Order (I) Closing Certain Chapter 11 Cases and (II) Granting Related Relief (1778 Application to for Entry of an Order (I) Closing Certain Chapter 11 Cases and (II) Granting Related Relief filed by Debtor Chrome Holding Co.) |
| 1875 | Order Granting U.S. Data Breach Class Counsel's Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, Costs, Expenses, and Service Awards (1226 Motion to of the Debtors and U.S Data Breach Settlement Class Representatives Pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rules 9019 and 7023 for an Order (I) Preliminarily Approving the Settlement Agreement Between the Deb filed by Debtor Chrome Holding Co., 1735 Motion to Attorneys' Fees, Costs, Expenses and Service Awards filed by Creditor Data Breach Class Action Plaintiffs, 1808 Motion to Final Approval of Class Action Settlement filed by Creditor Data Breach Class Action Plaintiffs) |
| 2100 | Objection to Claim of //The Plan Administration Trust's Objection to California's Claim for $. Certificate of Service: Not Filed. (Attachments: #1 |

8

| | |
|---|---|
| | Declaration of Joseph Selsavage In Support of the Plan Administration Trust's Objection to California's Claim) Filed by Debtor Chrome Holding Co. |
| 2131 | Notice of Hearing  Filed by Debtor Chrome Holding Co. |
| 2212 | Emergency Motion to //The Plan Administration Trusts Emergency Motion to Enforce the Plan and the Confirmation Order Against the State of California Filed by Debtor Chrome Holding Co. |
| 2213 | Motion to Expedite Hearing (related documents 2212 Generic Motion)  Filed by Debtor Chrome Holding Co. |
| 2214 | Notice of Hearing  Filed by Debtor Chrome Holding Co. |
| 2218 | Response/ The People of the State of California's Response to the Trust's Objection to California's Claim Filed by Interested Party The People of the State of California (RE: related document(s)2100 Objection to Claim of //The Plan Administration Trust's Objection to California's Claim for $. Certificate of Service: Not Filed. (Attachments: # 1 Declaration of Joseph Selsavage In Support of the Plan Administration Trust's Objection to California's Claim) Filed by Debtor Chrome Holding Co.). (Attachments: #1 Exhibit A (Eskandari, Bernard) |
| 2220 | Objection / The People of the State of California's Evidentiary Objections to Declaration of Joseph Selsavage Filed by Interested Party The People of the State of California (RE: related document(s)2100 Objection to Claim of //The Plan Administration Trust's Objection to California's Claim for $. Certificate of Service: Not Filed. (Attachments: # 1 Declaration of Joseph Selsavage In Support of the Plan Administration Trust's Objection to California's Claim) Filed by Debtor Chrome Holding Co.). |
| 2232 | Order Scheduling Status Conference (RE: related document(s)2100 Objection to Claim filed by Debtor Chrome Holding Co., 2212 Generic Motion filed by Debtor Chrome Holding Co.). Status hearing to be held on 6/4/2026 at 01:00 PM at Bankruptcy Courtroom 5 North. |
| 2236 | PDF with attached Audio File. Court Date & Time [06/04/2026 01:00:40 PM]. File Size [ 4208 KB ]. Run Time [ 00:17:48 ]. |
| | Status Hearing Held  (RE: related document(s)2100 Objection to Claim Filed by Debtor Chrome Holding Co., 2212 Generic Motion Filed by Debtor Chrome Holding Co.)    (Spi, C) (Entered: 06/04/2026) |
| 2241 | Response / The People of the State of California's Opposition to the Trust's Emergency Motion to Enforce the Plan and Confirmation Order Filed by Interested Party The People of the State of California (RE: related document(s)2212 Emergency Motion to //The Plan Administration Trusts Emergency Motion to Enforce the Plan and the Confirmation Order Against the State of California Filed by Debtor Chrome Holding Co.). (Attachments: #1 Responses to the Court's Questions (Eskandari, Bernard) |
| 2242 | Reply in Support of Objection to California's Claim Filed by Debtor Chrome Holding Co. |
| 2243 | Notice and //Proposed Agenda for Hearing on June 8, 2026 at 10:00 a.m. (Prevailing Central Time) Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. |

| 2244 | Notice and //PROPOSED AGENDA FOR HEARING ON JUNE 9, 2026 AT 10:00 a.m. (PREVAILING CENTRAL TIME) Certificate of Service: Not Filed.  Filed by Debtor Chrome Holding Co. |
| | Hearing Held  (RE: related document(s)2100 Objection to Claim Filed by Debtor Chrome Holding Co.) Matter taken under advisement.    (Spi, C) (Entered: 06/08/2026) |
| 2245 | PDF with attached Audio File. Court Date & Time [06/08/2026 10:06:19 AM]. File Size [ 25632 KB ]. Run Time [ 01:49:35 ]. |
| 2246 | Order Granting Motion to Expedite Hearing (Related Doc # 2213) |
| 2252 | Order Regarding Additional Briefing (2212 Emergency Motion to //The Plan Administration Trusts Emergency Motion to Enforce the Plan and the Confirmation Order Against the State of California filed by Debtor Chrome Holding Co.) |
| 2272 | Transcript for June 8, 2026 Hearing |
| 2279 | Response / The People of the State of California's Supplemental Brief in Opposition to the Trust's Emergency Motion to Enforce the Plan and Confirmation Order Filed by Interested Party The People of the State of California |
| 2280 | Support/Supplement Re: //Statement Following June 12 Order Filed by Debtor Chrome Holding Co. |
| 2325 | Order Granting the Plan Administration Trusts Motion for Entry of an Order (I) Authorizing and Approving the Settlement Agreement by and Among the Plan Administration Trust, the Wind-Down Debtors, and U.S. Data Breach Settlement Class Representatives and (II) Granting Related Relief (2250 Motion to //The Plan Administration Trust's Motion for Entry of an Order (I) Authorizing and Approving the Settlement Agreement by and Among the Plan Administration Trust, The Wind-Down Debtors, and U.S. Data Breach Settlement Class Representative filed by Debtor Chrome Holding Co.) |
| 2333 | Order Granting in Part and Denying in Part Trust's Motion to Enforce Plan and Confirmation Order and Denying California's Request for Permissive Abstention |
| 2342 | Motion to Compromise Controversy with the Plan Administration Trust, the Wind-Down Debtor, and the Signatory Governmental Claimants Filed by Debtor Chrome Holding Co. |
| 2343 | Declaration re: of Thomas Walper Filed by Debtor Chrome Holding Co. (RE: related document(s)2342 Motion to Compromise Controversy with the Plan Administration Trust, the Wind-Down Debtor, and the Signatory Governmental Claimants). |
| 2364 | Notice of Appeal and Statement of Election |
| 2366 | Motion To Stay Pending Appeal (related documents 2333 Generic Order) Filed by Interested Party The People of the State of California Hearing scheduled 7/22/2026 at 01:30 PM at Bankruptcy Courtroom 5 North. |
| 2367 | Motion to Expedite Hearing (related documents 2366 Motion To Stay Pending Appeal) Filed by Interested Party The People of the State of California Hearing scheduled 7/22/2026 at 01:30 PM at Bankruptcy Courtroom 5 North. |

| 2368 | Notice of Hearing Filed by Interested Party The People of the State of California (RE: related document(s)2366 Motion To Stay Pending Appeal (related documents 2333 Generic Order) Filed by Interested Party The People of the State of California Hearing scheduled 7/22/2026 at 01:30 PM at Bankruptcy Courtroom 5 North., 2367 Motion to Expedite Hearing (related documents 2366 Motion To Stay Pending Appeal) Filed by Interested Party The People of the State of California Hearing scheduled 7/22/2026 at 01:30 PM at Bankruptcy Courtroom 5 North.). |
|---|---|
| 2402 | Objection//The Plan Administration Trust's Opposition to California's Motion for Stay of Enforcement Order Pending Appeal Filed by Debtor Chrome Holding Co. |
| 2403 | Transcript from June 4, 2026 Hearing |
| 2407 | PDF with attached Audio File. Court Date & Time (07/22/2026 01:30:55 PM). |
| 2408 | PDF with attached Audio File. Court Date & Time (07/22/2026 02:30:12 PM). |
| 2409 | Order Granting Motion to Expedite Hearing (Related Doc # 2367) |
| 2444 | Transcript for July 22, 2026 Hearing (Amended) |
|  | Placeholder for Anticipated Order after July 22, 2026 hearing. |

### B.    In re ChromeCo, Inc. (f/k/a 23andMe, Inc.,) Bankr. No. 25-40977

| Dkt. No. | Description |
|---|---|
|  | Docket Report. |
| 1 | Chapter 11 Voluntary Petition Non-Individual, Schedules and Statements. Fee Amount $1738 Filed by 23andMe, Inc |
| 9 | Summary of Assets and Liabilities Schedules for Non-Individual , Schedule A/B: Property Non-Individual , Schedule D: Non-Individual , Schedule E/F: Creditors Who Have Unsecured Claims Non-Individual , Schedule G: Non-Individual , Schedule H: Non-Individual , Declaration Concerning Debtor's Schedules Filed by Debtor 23andMe, Inc.. |
| 10 | Statement of Financial Affairs for Non-Individual Filed by Debtor 23andMe, Inc.. |

### C.    Proofs of Claim

| Claim No. | Description |
|---|---|
| 258656 | Proof of Claim filed by the People of the State of California in ChromeCo, Inc.'s (f/k/a 23andMe, Inc.) bankruptcy case. |
| 258657 | Proof of Claim filed by the People of the State of California in Chrome Holding Co.'s (f/k/a 23andMe Holding Co.) bankruptcy case |

Dated:  August 3, 2026

Respectfully submitted,

**Rob Bonta**
Attorney General

**Nicklas A. Akers**
Senior Assistant Attorney General

*/s/ Daniel M.B. Nadal*

**Stacey D. Schesser #245735CA**
**Bernard Eskandari #244395CA**
Supervising Deputy Attorneys General
**Yen P. Nguyen #239095CA**
**Daniel M.B. Nadal #299661CA**
**Ian C.J. Hogg #313924CA**
Deputy Attorneys General
California Department of Justice
455 Golden Gate Ave., Ste. 11000
San Francisco, CA  94102
Tel.:  415-510-3497
Stacey.Schesser@doj.ca.gov
Bernard.Eskandari@doj.ca.gov
TiTi.Nguyen@doj.ca.gov
Daniel.Nadal@doj.ca.gov
Ian.Hogg@doj.ca.gov

12

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 3, 2026, a true and correct copy of the foregoing document was filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Missouri and was served on the parties registered to receive electronic notice via the Court's CM/ECF System.

I certify that all parties of record to the appeal are registered CM/ECF Users.

*/s/ Daniel M.B. Nadal*
An Attorney for the People of the State of California