**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>CHROME HOLDING CO. (f/k/a 23ANDME HOLDING CO.),[1]<br><br>Wind-Down Debtor. | Case No. 25-40976-357<br>Chapter 11 |

**THE PLAN ADMINISTRATION TRUST'S COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009, the Plan Administration Trust (the "Trust"), on behalf of the wind-down debtor in the above-captioned case, hereby submits its designation of additional items to be included in the record on appeal (the "Counter-Designation") with respect to the appeal filed by the People of the State of California ("California") to the United States District Court for the Eastern District of Missouri of this Court's *Order Granting in Part and Denying in Part Trust's Motion to Enforce Plan and Confirmation Order and Denying California's Request for Permissive Abstention* [Docket No. 2333].

**COUNTER-DESIGNATION OF RECORD ON APPEAL**

The Trust designates the following additional items for inclusion in the appellate record pursuant to Bankruptcy Rule 8009(a). Each designated item includes all exhibits and/or attachments to such item.

[1] The Wind-Down Debtor's service address for purposes of these chapter 11 cases is: 490 Post St., Suite 500 PMB 2065, San Francisco, CA 94102 United States.

| Date Filed | ECF No. | Description |
|---|---|---|
| 6/9/2025 | 683 | People of the State of California's Objection to Debtors' Proposed Asset Sale |
| 6/16/2025 | 769 | People of the State of California's Supplemental Objection to Debtors' "Final" Proposed Asset Sale |
| 7/3/2025 | 932 | People of the State of California's Notice of Appeal and Statement of Election to District Court |
| 7/4/2025 | 945 | People of the State of California's Motion to Stay Sale Order Pending Appeal |
| 9/11/2025 | 1294 | Joint Motion Of The Debtors And Canadian Plaintiffs Pursuant To Sections 105 And 363 Of The Bankruptcy Code And Bankruptcy Rules 9019 And 7023 For An Order (I) Preliminarily Approving The Canadian Data Breach Settlement Agreement Between The Debtors And The Canadian Plaintiffs; (II) Certifying A Class For Settlement Purposes Only; (III) Approving The Form And Manner Of Notice To Class Members Of The Class Certification And Settlement; (IV) Scheduling A Fairness Hearing To Consider Final Approval Of The Settlement Agreement; And (V) Granting Related Relief |
| 10/2/2025 | 1449 | Order (I) Preliminarily Approving the Canadian Data Breach Settlement Agreement Between the Debtors and the Canadian Plaintiffs; (II) Preliminarily Certifying a Class for Settlement Purposes Only; (III) Approving the Form and Manner of Notice to Class Members of the Class Certification and Settlement; (IV) Scheduling a Fairness Hearing to Consider Final Approval of the Settlement Agreement; and (V) Granting Related Relief |
| 2/2/2026 | 1877 | Motion Of Canadian Data Breach Class Representatives And Canadian Data Breach Class Counsel For Final Approval Of The Canadian Data Breach Settlement |
| 2/17/2026 | 1931 | Order Granting Canadian Data Breach Class Representatives' And Canadian Data Breach Class Counsel's Motion For Final Approval Of The Canadian Data Breach Settlement |
| 4/16/2026 | 2101 | Plan Administration Trust's Objection To Texas's Claim |
| 5/28/2026 | 2207 | Order Enforcing Bar Date and Other Orders and Requiring Dismissal of Chromeco, Inc. From Maryland Litigation |
| 7/22/2026 | 2403 | Transcript of June 4, 2026, Status Hearing |
| 8/3/2026 | 2448 | Joint Stipulation and Agreed Order Among the Plan Administration Trust, the Wind-Down Debtor, and KP Law Limited |
| 8/7/2026 | 2459 | Order Granting The Plan Administration Trust's Motion For Entry Of An Order (I) Authorizing And Approving The |

| | | |
|---|---|---|
| | | Stipulation And Agreed Order By And Among The Plan Administration Trust, The Wind-Down Debtor, And The Signatory Governmental Claimants And (II) Granting Related Relief |

**<u>RESERVATION OF RIGHTS</u>**

The Trust expressly reserves, and does not waive, its right to supplement this Counter-Designation. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

[*Remainder of page intentionally left blank*]

Dated: August 17, 2026
St. Louis, Missouri

Respectfully submitted,

**Carmody MacDonald P.C.**

*/s/ Thomas H. Riske*
Thomas H. Riske #61838MO
Nathan R. Wallace #74890MO
Jackson J. Gilkey #73716MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8600
Facsimile: (314) 854-8660
Email: thr@carmodymacdonald.com
nrw@carmodymacdonald.com
jjg@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
William A. Clareman (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: pbasta@paulweiss.com
chopkins@paulweiss.com
wclareman@paulweiss.com

*Counsel to the Plan Administration Trust*