**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MISSOURI**

**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>**CHROME HOLDING CO. (f/k/a 23ANDME HOLDING CO.),**<br>*Wind-Down Debtor.* | Case No. 25-40976-357<br>Chapter 11<br>Claim No. 88157 |

**NOTICE OF CHANGE OF ADDRESS OF COURTNEY J. NAGLE, HOLDER OF CLAIM NO. 88157**

PLEASE TAKE NOTICE that Courtney J. Nagle ("Claimant"), the holder of Claim No. 88157 filed against the above-captioned Wind-Down Debtor, appearing pro se, hereby notifies the Court, the Plan Administration Trust, Kroll Restructuring Administration LLC as claims and noticing agent for the Debtor, and all other parties entitled to notice in this case, that Claimant's mailing address has changed.

PLEASE TAKE FURTHER NOTICE that all future notices, pleadings, orders, correspondence, and any distribution to be made on account of Claim No. 88157 should be directed to Claimant's current address set forth below, and that the prior address of record should be updated accordingly and should no longer be used:

**Prior Address of Record:**
211 Terry Road, Apt. 18B
Smithtown, NY 11787-5111

**Current Address:**
500 Peconic Street, Apt. 253B
Ronkonkoma, NY 11779

Phone: (631) 897-6578

Email: cjnagle@gmail.com

Dated: August 19, 2026

Ronkonkoma, New York

Respectfully submitted,

Courtney J. Nagle
500 Peconic Street, Apt. 253B
Ronkonkoma, NY 11779
Phone: (631) 897-6578
Email: cjnagle@gmail.com
*Claimant, Pro Se — Class 7, Claim No. 88157*

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, or such later date as this Notice is actually filed, a true and correct copy of the foregoing Notice of Change of Address was served via the Court's CM/ECF electronic filing system on all parties registered to receive electronic notice in this case, and via electronic mail and/or first-class mail upon the following:

**Kroll Restructuring Administration LLC (Claims and Noticing Agent):** 23andmeinfo@ra.kroll.com
888-367-7556 (Toll-free) / 646-891-5055 (International)

**Counsel for the Plan Administration Trust:**
Jessica I. Choi, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas, New York, NY 10019

**Co-Counsel:**
Thomas H. Riske, Esq.
Carmody MacDonald P.C.
120 S. Central Avenue, Suite 1800, St. Louis, MO 63105

**Office of the United States Trustee:**
Carole J. Ryczek / Joseph Schlotzhauer
111 South 10th Street, Suite 6.353, St. Louis, MO 63102

Courtney J. Nagle
500 Peconic Street, Apt. 253B
Ronkonkoma, NY 11779
Phone: (631) 897-6578
Email: cjnagle@gmail.com
*Claimant, Pro Se — Class 7, Claim No. 88157*