**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:**<br><br>**CHROME HOLDING CO. (f/k/a 23ANDME HOLDING CO.),**<br><br>**Wind-Down Debtor.** | **Case No. 25-40976-357**<br><br>**Chapter 11**<br><br>**Related to Docs. 1902 and 2385** |

**ORDER DENYING ALANA WEST'S MOTION FOR LEAVE TO FILE CLAIM OUT OF TIME AND SUSTAINING IN PART PLAN ADMINISTRATION TRUST'S THIRD OMNIBUS OBJECTION TO CERTAIN LATE-FILED CLAIMS**

Creditor Alana West was deemed to have filed a motion seeking leave to file her proof of claim after the deadline set by court order (the "Motion"). On August 5, 2026, the Plan Administration Trust (the "Trust") filed a response in opposition to the Motion.

On August 25, 2026, I held a hearing on the Motion and the Trust's omnibus objection to the creditor's underlying claim.

Following careful review of the record, and for the reasons stated on the record at the hearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion (Doc. 2385) is DENIED.

2. The Trust's Third Omnibus Objection to Certain Late-Filed Claims (Doc. 1902) is SUSTAINED IN PART as to the claim of Alana West, which is disallowed.

3. Kroll Restructuring Administration LLC is authorized and directed to update the claims register maintained in the Chapter 11 cases to reflect the relief granted in this Order.

4. This Order is without prejudice to the creditor's participation in any of the class actions certified in the Chapter 11 cases, provided that the creditor has complied with the requirements of the applicable class action.

5. No later than two business days after the date of this Order, the Plan Administration Trust shall serve on the Notice Parties a copy of the Order and shall file a certificate of service no later than 24 hours after service.

Dated: August 27, 2026
St. Louis, Missouri
cjs

Brian C. Walsh
United States Bankruptcy Judge