**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

In re:
CHROME HOLDING CO. (f/k/a 23ANDME HOLDING CO.),
Wind-Down Debtor.
GABRIELA EUGENIA SEIJO,
Movant,
v.
THE PLAN ADMINISTRATION TRUST,
Respondent.

Case No. 25-40976-357
Chapter 11
Related Docket No. 2485
Hearing on Related Motion:
September 15, 2026, 1:00 p.m.
(prevailing Central Time)
Courtroom 5 North, St. Louis, Missouri
Response Deadline on Related Motion:
September 8, 2026, 4:00 p.m.
(prevailing Central Time)

**CONSENT MOTION OF GABRIELA EUGENIA SEIJO FOR ENTRY OF AN ORDER EXTENDING HER DEADLINE TO RESPOND TO THE PLAN ADMINISTRATION TRUST'S DISPUTED CLAIMS RESERVES MOTION [DOCKET NO. 2485] (CLAIM NOS. 130451 AND 130123)**

I, Gabriela Eugenia Seijo, appearing pro se, respectfully move this Court, pursuant to Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure and Local Rules 9006 and 9013-1(F), for entry of an order extending my deadline to respond to the Plan Administration Trust's Motion for Entry of an Order (I) Establishing the Disputed Claims Reserves, (II) Approving the Reserve and Distribution Procedures, and (III) Granting Related Relief [Docket No. 2485] (the "Reserves Motion") through September 10, 2026 at 4:00 p.m. (prevailing Central Time). The Plan Administration Trust (the "Trust") has consented to the requested extension of time. Its consent does not constitute approval of the form of this motion or the proposed order.

In support, I state as follows:

**BACKGROUND**

1. I am the holder of Claim No. 130451 (Confirmation ID 3850-1-CPRAB-874240343, asserted at $70,000.00) and Claim No. 130123 (Confirmation ID 3850-1-VXNVX-185814926, asserted at $10,000.00), both filed on July 13, 2025. I reside in Buenos Aires, Argentina, and I am not represented by counsel.

2. The Reserves Motion provides that objecting claimants may file a response by September 8, 2026 at 4:00 p.m. (prevailing Central Time). Reserves Motion at 1; id. ¶ 67. The Reserves Motion is set for hearing on September 15, 2026 at 1:00 p.m. (prevailing Central Time).

3. A video conference between counsel to the Trust and me is scheduled for September 9, 2026 at 10:30 a.m. (prevailing Eastern Time).

## STATEMENT UNDER LOCAL RULE 9006

4. Consent. On September 4, 2026, counsel to the Trust confirmed in writing that the Trust agrees to extend my deadline to respond to the Reserves Motion, solely as to Claim Nos. 130451 and 130123, through September 10, 2026 at 4:00 p.m. (prevailing Central Time), and will not oppose my response as late-filed if filed by that time. On September 8, 2026, I provided counsel with drafts of this motion and the proposed order before filing. Counsel replied that she could not provide feedback on either document because she does not represent me. I rely only on the Trust's September 4 agreement to the extension and do not represent that the Trust has approved the form of either document.

5. Prior extensions. On August 17, 2026, counsel to the Trust agreed in writing to extend my response deadlines for the Twenty-Second and Twenty-Third Omnibus Objections [Docket Nos. 2419 and 2420] through August 21, 2026, solely as to my claims. My responses to those objections were filed on August 20, 2026 [Docket Nos. 2574 and 2575]. That extension concerned different response deadlines. The present motion concerns the September 8, 2026 deadline to respond to the Reserves Motion [Docket No. 2485] and relies on the Trust's separate September 4 agreement described in paragraph 4.

6. Reason for the request. I request two additional days to prepare and finalize my response to the Reserves Motion. A video conference with counsel to the Trust is scheduled for September 9, 2026, as stated in paragraph 3. The requested extension would allow me to complete my response after that conference and before the September 15 hearing.

7. Date certain. I request that my deadline be extended through September 10, 2026 at 4:00 p.m. (prevailing Central Time). The requested date is five days before the hearing on the Reserves Motion and does not require any change to the hearing date.

8. Timeliness. This motion is filed before the expiration of the period sought to be extended, as required by Fed. R. Bankr. P. 9006(b)(1) and Local Rule 9006.

9. Proposed order. In accordance with Local Rules 9006 and 9050, a proposed order is being submitted to the Court by e-mail, in Word format, at the time of filing this motion.

## RESERVATION OF RIGHTS

10. Nothing in this motion waives, and I expressly reserve, all of my rights with respect to the Reserves Motion, Claim Nos. 130451 and 130123, and the contested matters concerning those claims.

## SERVICE

11. A separate certificate of service will be filed within twenty-four (24) hours of the filing of this motion pursuant to Local Rule 9004(D)(3). Service of this motion will be made at the time of filing as required by that rule. The separate certificate will identify the service actually completed.

## RELIEF REQUESTED

WHEREFORE, I respectfully request that the Court enter an order, substantially in the form submitted separately, (a) extending my deadline to respond to the Reserves Motion, solely as to Claim Nos. 130451 and 130123, through September 10, 2026 at 4:00 p.m. (prevailing Central Time), and (b) granting such other and further relief as the Court deems just and proper.

Dated: September 8, 2026
Buenos Aires, Argentina

Respectfully submitted,

/s/ Gabriela Eugenia Seijo
Gabriela Eugenia Seijo, pro se
Arenales 1000, Piso 4, Depto. A
Ciudad Autónoma de Buenos Aires, C1061AAF, Argentina
+54 9 11 6297-6699
gabrielaseijo@gmail.com