**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>CHROME HOLDING CO. (f/k/a 23ANDME HOLDING CO.),[1]<br><br>Wind-Down Debtor. | Case No. 25-40976-357<br>Chapter 11 |

**CERTIFICATION OF NO OBJECTION**

**PLEASE TAKE NOTICE** that on August 27, 2026, the Plan Administration Trust filed its *Motion for an Order (I) Further Extending the Deadline to Object to Claims and (II) Granting Related Relief Filed by Debtor Chrome Holding Co.* [Doc. No. 2608] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that all entitled to notice of the Motion have been served with the Motion and the time for response has passed. No objections have been filed. The undersigned respectfully requests that the Court enter the proposed order submitted to the Court authorizing the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE** that based upon the absence of objections, the hearing associated with the Motion scheduled for September 30, 2026 at 9:00 a.m. (prevailing Central Time) is hereby cancelled.

[*Remainder of the Page Intentionally Left Blank*]

[1] The Wind-Down Debtor's service address for purposes of the chapter 11 cases is: 490 Post St., Suite 500 PMB 2065, San Francisco, CA 94102 United States.

Dated: September 29, 2026
St. Louis, Missouri

**Carmody MacDonald P.C.**

*/s/ Thomas H. Riske*
Thomas H Riske #61838MO
Robert E. Eggmann #37374MO
Nathan R. Wallace #74890MO
Samuel S. Brand #73638MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8600
Facsimile: (314) 854-8660
Email: thr@carmodymacdonald.com
ree@carmodymacdonald.com
nrw@carmodymacdonald.com
ssb@carmodymacdonald.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Jessica I. Choi (admitted *pro hac vice*)
Grace C. Hotz (admitted *pro hac vice*
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: pbasta@paulweiss.com
chopkins@paulweiss.com
jchoi@paulweiss.com
ghotz@paulweiss.com

*Counsel to the Wind-Down Debtor*